AO257
(USAO Rev. 6/99)

M nal's Office/Clerk's Office

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: Complaint SEALED PER Information 11/22/06 ☑ Indictment Sealed

Name of District Court, and/or Judge/Magistrate Location (City)

Public and unofficial staff access to this instrument are prohibited by court order.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Name and Office of Person Furnishing Information on THIS FORM: DONALD J. DeGABRIELLE, JR., USA

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): SHELLEY J. HICKS, AUSA

**DEFENDANT - U.S. vs.**

KOBIE DIALLO WILLIAMS

Address [redacted]

Birth Date [redacted]

☑ Male ☐ Alien
☐ Female (if applicable)

Social Security Number [redacted]

**Proceeding**

Name of Complainant Agency, or Person (& Title, if any)

SA Bobby Martin/SA Chris Petrowski, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Southern District of Texas

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**Defendant**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding
if not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction } ☐ Fed'l ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION -STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Ct. 1: Conspiracy [18 USC § 371]

**Penalties**

Ct. 1: Not more than 5 years and/or a $250,000 fine; not more than 3 years SRT; $100 SA