USA-74-24B
(Rev. 05/01)

UNSEALED PER ... 

CRIMINAL DOCKET

HOUSTON DIVISION

No. H-06-421

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
NOV 22 2006

MICHAEL N. MILBY, CLERK OF COURT

Public and unofficial staff access to this instrument are prohibited by court order.

USAO Number: 2005R14982

Magistrate Number:

CRIMINAL INDICTMENT

Filed

Judge: Werlein

UNITED STATES of AMERICA
vs.

ATTORNEYS:

| | | Appt'd | Private |
|---|---|---|---|
| | DONALD J. DeGABRIELLE, JR., USA (713) 567-9000 | | |
| | SHELLEY J. HICKS, AUSA (713) 567-9588 | | |
| KOBIE DIALLO WILLIAMS (Ct. 1) | JOHN T. FLOYD | ☐ | ☑ |
| aka ABDUL KABEER | | ☐ | ☐ |
| aka ABDUL KABIR | | ☐ | ☐ |
| ADNAN BABAR MIRZA (Ct. 1-4) | | ☐ | ☐ |
| | | ☐ | ☐ |

CHARGE: (TOTAL) (COUNTS:) ( 4 )

Ct. 1: Conspiracy [18 USC § 371]

Ct. 2: Alien Admitted to the United States Under a Nonimmigrant Visa Visa Unlawfully in Possession of a Firearm/Ammunition[18 USC §§ 922(g)(5)(B) and 924(a)(2)]

Cts. 3-4: Illegal Alien Unlawfully in Possession of a Firearm/Ammunition [18 USC § 922(g)(5)(A) and 924(a)(2)]

PENALTY: Ct. 1: Not more than 5 years and/or a $250,000 fine; not more than 3 years SRT; $100 SA
Cts. 2-4: Not more than 10 years and/or a $250,000 fine; 3 years SRT; $100 SA

☐ In Jail

☐ On Bond

☑ No Arrest (Both defendants)

NAME & ADDRESS
of Surety:

PROCEEDINGS: