UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-06-421 |
| | § | |
| KOBIE WILLIAMS | § | |
| aka Adul Kabeer | § | |
| aka Abdul Kabir | § | |

ORDER TO UNSEAL

The Government's Motion to Unseal the above-referenced Criminal Indictment, is hereby GRANTED.

SIGNED at Houston, Texas, this 28th day of November, 2006.

Frances H. Stacy

~~CALVIN BOTLEY~~
UNITED STATES MAGISTRATE JUDGE