**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | |
| | § | **CRIMINAL NO. H-06-421** |
| **KOBIE DIALLO WILLIAMS** | § | |
| **aka ABDUL KABEER** | § | |
| **aka ABDUL KABIR** | § | |
| | § | |
| **ADNAN BABAR MIRZA** | § | |

**UNITED STATES' NOTICE OF RELATED CASES**

**TO THE HONORABLE EWING WERLEIN, JR., UNITED STATES DISTRICT JUDGE:**

The United States of America, by and through Donald J. DeGabrielle, Jr., United States Attorney for the Southern District of Texas, and Shelley J. Hicks, Assistant United States Attorney, files this Notice of Related Cases and in support shows the following:

I.

On or about November 22, 2006, the defendants, Kobie Diallo Williams (Williams) and Adnan Babar Mirza (Mirza) were indicted in cause number H-06-421. On November 28, 2006, Williams pled guilty before this Court to Count One of the Indictment charging him with conspiracy in violation of Title 18, United States Code, Section 371. At this time, Mirza is scheduled for trial on January 22, 2007.

On November 28, 2006, the defendant, Shiraz Syed Qazi (Qazi) was indicted in cause number H-06-427. In the Indictment, Qazi is charged in Count One with being an alien admitted to the United States under a nonimmigrant visa unlawfully in possession of a firearm, a violation of Title 18, United States Code, Section 922(g)(5)(B). At this time, Qazi is scheduled for trial before the Honorable Lee H. Rosenthal, United States District

Judge, on February 5, 2007.

And finally, on November 28, 2006, the defendant, Syed Maaz Shah (Shah) was indicted in cause number H-06-428. Shah is charged in Counts One and Two of the Indictment with being an alien admitted to the United States under a nonimmigrant visa unlawfully in possession of a firearm, a violation of Title 18, United States Code, Section 922(g)(5)(B). Although the case has been assigned to the Honorable Melinda Harmon, United States District Judge, to date, no trial schedule has been issued.

II.

Although the United States did not charge defendants Williams, Mirza, Qazi and Shah in the same charging instrument, all defendants are charged with conduct which arose from the same set of facts and circumstances. As such, the United States anticipates that the same discovery, trial and ultimately, sentencing issues will arise in the three cases.

III.

Accordingly, the United States hereby provides notice that the Indictment filed against Qasi in H-06-427 and the Indictment filed against Shah in H-06-428 are legally and factually related to the Indictment filed against Mirza and Williams in H-06-421 and should be heard in the same venue.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney

BY: /s/ Shelley J. Hicks
Shelley J. Hicks
Assistant United States Attorney
Southern District of Texas