IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

Houston Division

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. H-06-421 |
| | The Hon. Ewing Werlein, Jr. |
| V. | |
| ADNAN BABAR MIRZA | |
| Defendant | |

**MOTION TO SUPPRESS EVIDENCE**

COMES NOW, the Defendant, Adnan Mirza, who, by and through counsel, and pursuant to Fed. R. Crim. P. 12(b)(3), the Fourth Amendment to the United States Constitution, and other applicable law, respectfully moves this Court to suppress all items obtained as a result of the search of Mr. Mirza's residence, located at 10157 Westview Drive, Apt. 77, Houston, Texas, all fruits of that evidence, and all other evidence, tangible or intangible, obtained directly or indirectly as a result of such search.

As grounds for this motion, Mr. Mirza states the following:

1. Mr. Mirza was indicted and arrested on the instant case on November 22, 2006. Mr. Mirza has been detained and incarcerated continuously since November 22, 2006.

2. According to an FBI FD-597 form, certain property was seized by the FBI on November 22, 2006 from Mr. Mirza's apartment, located at 10157 Westview Drive, Apt. 77, Houston, Texas 77043.

3. Property seized by the FBI from Mr. Mirza's apartment includes, but is not limited to, ammunition, a "rifle/shotgun cleaning kit," and "multiple used paper targets."

4. Mr. Mirza moves to suppress all items seized from Mr. Mirza's apartment on November 22, 2006.

5. The FBI did not obtain a search warrant before entering Mr. Mirza's apartment and seizing property from the apartment. In addition, Mr. Mirza never gave any law enforcement official consent to enter and search his apartment.

6. Searches undertaken without a warrant "are per se unreasonable under the Fourth Amendment – subject only to a few specifically established and well-delineated exceptions." Katz v. United States, 389 U.S. 347, 357 (1967).

7. Accordingly, the Court should suppress all items obtained as a result of the search of Mr. Mirza's residence, located at 10157 Westview Drive, Apt. 77, Houston, Texas, all fruits of that evidence, and all other evidence, tangible or intangible, obtained directly or indirectly as a result of such search.

8. Mr. Mirza requests an evidentiary hearing on this motion.

WHEREFORE, for the reasons stated herein and pursuant to the Fourth Amendment, Mr. Mirza respectfully moves the Court to grant suppression, or, in the alternative, to grant an evidentiary hearing in this matter.

This, the 11th day of April, 2007.

Respectfully submitted,

/S/
KHURRUM B. WAHID
*Counsel for Defendant Adnan Mirza*
Wahid, Vizcaino & Maher LLP
3191 Coral Way, Suite 406
Miami, FL 33145
(305) 444-4303
(305) 444-4302 fax

/S/
SEAN M. MAHER
*Counsel for Defendant Adnan Mirza*
Wahid, Vizcaino & Maher LLP
122 E. 42nd St., Ste 1616
New York, NY 10168
(212) 661-5333
(212) 661-5355 fax

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Suppress was electronically filed on this day, the 11th of April, 2007 to Shelly Hicks, AUSA, and Glenn Cook, AUSA, Office of the United States Attorney, Houston District.

__________/s/________________
SEAN M. MAHER
*Counsel for Defendant Adnan Mirza*
Wahid, Vizcaino & Maher LLP