# WAHID, VIZCAINO & MAHER LLP

MIAMI NEW YORK FT. LAUDERDALE

April 11, 2007

**VIA ELECTRONIC CASE FILING**

The Honorable Ewing Werlein, Jr.
United States District Judge
Southern District of Texas, Houston Division
515 Rusk Avenue
Houston, Texas 77002

RE: United States v. Adnan Mirza,
Criminal Docket No. H-06-421

Dear Judge Werlein:

The defense respectfully submits this letter concerning the issue of wiretap warrants and evidence.

It is the understanding of the defense that the government did conduct wiretaps of Mr. Mirza pursuant to a Title III warrant(s). It is also the understanding of the defense that the government does not intend to offer at trial any evidence gathered pursuant to any Title III wiretaps. The defense also previously made a discovery request for any FISA warrants and NSA wiretaps; the government has informed the defense that it has forwarded the request and is awaiting a response.

The defense acknowledges that the government has been providing discovery materials and/or making materials available to the defense on an ongoing basis. It is the understanding of the defense that the government still intends to provide the defense with additional discovery materials. As of the writing of this letter, the defense has not received from the government copies of any warrants, warrant affidavits, or return on warrants.

The defense intends to confer with the government before the scheduled April 27, 2007, pretrial conference date in order to reach agreement as to what, if any, discovery issues may still be unresolved.

The defense respectfully requests the opportunity, if ongoing discovery or a change in the government's position makes it necessary, to file appropriate motions concerning any Title III, FISA, or intelligence-related wiretaps.

Respectfully submitted,

____/S/___________
Sean M. Maher
Khurrum B. Wahid
*Counsel for Defendant Adnan Mirza*

cc: AUSA Shelley J. Hicks (via ECF)
AUSA Glenn M. Cook (via ECF)

122 E. 42nd Street, Suite 1616, New York, New York, 10168
(212) 661-5333 • (212) 661-5255 Fax