USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED

AUG 1 9 2009

Clerk of Court

HOUSTON DIVISION

No. H-06-421 SS

USAO Number: 2005R14982

Magistrate Number:

SUPERSEDING INDICTMENT Filed Clerk of Court Judge: Ewing Werlein, Jr

UNITED STATES of AMERICA

vs.

ATTORNEYS:

| | | | |
|---|---|---|---|
| TIM JOHNSON, USA | (713) 567-9000 | | |
| Glenn Cook, AUSA | (713) 567-9559 | | |
| | | Appt'd | Private |
| ADNAN BABAR MIRZA — David Adler | | ☑ | ☐ |

CHARGE: (TOTAL) (COUNTS:) ( 9 )

Ct. 1: Conspiracy [18 USC § 371]

Ct. 2: Conspiracy to Provide Funds to Terrorists [18 USC § 371 and 50 USC § 1705(b)]

Cts. 3-9: Possession of a Firearm by an Alien [18 USC § 922(g)(5)(A) and 924(a)(2)]

PENALTY:
Ct. 1: Not more than 5 years imprisonment and/or $250,000 fine; 3 years SRT; $100 SA
Ct. 2: Not more than 5 years imprisonment and/or $250,000 fine; 3 years SRT; $100 SA
Cts. 3-9: Not more than 10 years imprisonment and/or $250,000 fine; 3 years SRT; $100 SA.

☑ In Jail FDC

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: