*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL DOCKET H-06-421-02** |
| | § | **JUDGE EWING WERLEIN, JR.** |
| **ADNAN MIRZA** | § | |

**MOTION FOR DISCOVERY OF FAVORABLE EVIDENCE**

*TO THE HONORABLE JUDGE EWING WERLEIN, JR.*:

Adnan Mirza asks the court to order the Assistant United States Attorney to produce all evidence favorable to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), including but not limited to the following:

1. Any and all written or recorded statements made by any person to the police or to the government which tends to establish the defendant's innocence or to impeach or contradict the testimony of any witness whom the government will call at the trial of this cause.

2. Any law enforcement of other investigation report made to any federal department or agency which tends to establish the defendant's innocence or to impeach or contradict the testimony of any witness whom the government will call at the trial of this cause.

3. The names and addresses of witnesses who might establish the defendant's innocence or impeach the testimony of any witness whom the government will call at the trial of this cause.

4. Any information or material which would tend to establish the defendant's innocence or to impeach or contradict the testimony of any witness whom the government will call at the trial of this cause.

5. Any scientific or medical report which tends to establish the defendant's innocence or to impeach or contradict the testimony of any witness whom the government will call at the trial at this cause.

6. All information relating to psychiatric or drug treatment of any government witness.

7. All prior wrongful conduct of any potential government witness which the government knows about but is not prosecuting, including a detailed description of the act, the date, time and place of the act and the name, address and phone numbers of all persons who claimed to have witnessed the act.

8. Any statement made by potential government witnesses regarding his or her motive for making statements regarding the defendant or any of his relatives, including statements relating to revenge, jealousy, money or hatred.

9. Any record of prior criminal convictions or other evidence which would impeach the credibility of persons whom the prosecuting attorney intends to call as witnesses at a hearing or trial, including the records of the Government's informants, if any.

10. All prior wrongful conduct of any alleged co-conspirators which the government knows about but is not prosecuting which is probative of his or her character for untruthfulness, including a detailed description of the act, the date, time and place of the act and the names, addresses and phone numbers of all persons who claim to have witnessed the act.

11. Any plea agreements made with any witness in exchange for their cooperation with the government or its agents.

12. The sum of money paid the informant or informants, if any, for services in this case.

13. The total sum of money the informant or informants, if any, have earned for services to the government.

14. The probation and prison files of any and all persons whom the government intends to call as witnesses at any hearing or trial herein.

15. Any evidence deemed favorable regardless of the fact that such evidence involved is the fruition of the "work product" of the prosecutor.

The defendant asks the court to order the Assistant United States Attorney to produce all favorable evidence which is either in the government’s possession or is obtainable the government.

Respectfully submitted,

/s/ David Adler

______________________

David Adler
State Bar of Texas 00923150
Federal Identification 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Adnan Mirza

CERTIFICATE OF SERVICE

This motion was served upon the government via e-mail on November 12, 2009.

/s/ David Adler

______________________

David Adler

CERTIFICATE OF CONFERENCE

The Assistant United States Attorney is opposed to this motion.

Dated: November 12, 2009

/s/ David Adler

______________________

David Adler

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL DOCKET H-06-421-02** |
| | § | **JUDGE EWING WERLEIN, JR.** |
| **ADNAN MIRZA** | § | |

**ORDER**

The defendant's motion for discovery of favorable evidence is:

Granted.

Denied.

Signed on __________, 2009.

______________________________
Ewing Werlein, Jr.
United States District Judge