UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. H-06-421-SS |
| | § | |
| ADNAN MIRZA | § | |

**AGREED**
**PROPOSED JUROR QUESTIONNAIRE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the parties in the above referenced case number and file with this Honorable Court a Proposed Juror Questionnaire.

Respectfully submitted,

By: /s/ Jim McAlister
Jim McAlister
Assistant United States Attorney

By: /s/ David Adler
David Adler
Attorney for Adnan Mirza

# JUROR QUESTIONNAIRE

PLEASE PRINT YOUR ANSWERS

**PERSONAL INFORMATION:**

1. JUROR NAME_______________________________________________

JUROR NUMBER: ___________________

DATE OF BIRTH: _____________ AGE: ____________ SEX: ______

BIRTHPLACE: ______________________ ________________________
(city / town) (state)

**EMPLOYMENT INFORMATION:**

2. EMPLOYER: ______________________________________________________

JOB TITLE OR DESCRIPTION: _______________________________________

LENGTH OF PRESENT EMPLOYMENT: ______________________________

**FAMILY INFORMATION:**

3. Spouse or Significant Other's Job Title or Description: ______________________

Length of Present Employment: ________________________________________

4. Number of Children ___________________________________________________

Age(s) of children: _____________________________________________________

**EDUCATION:**

5. EDUCATIONAL BACKGROUND (check all appropriate)

Highschool _____
Technical School _____
College _____
Postgraduate _____
Enrolled as a student _____

Please list all certificates that relate to the above: ______________________

______________________________________________________________

6. HAVE YOU RECEIVED SPECIALIZED TRAINING IN LAW?
YES _____ NO _____ If yes, what is your training?

______________________________________________________________

7. DO YOU HAVE DIFFICULTY READING, WRITING, SPEAKING, AND/OR UNDERSTANDING THE ENGLISH LANGUAGE?

YES _____ NO ______

**RELIGION:**

8. RELIGIOUS PREFERENCE: ______________________________________

Name and Location of Church, Temple, Synagogue or Other Religious Organization with which you are affiliated, if any.

______________________________________________________________

Have you studied for the ministry, priesthood, rabbinic order, or any other clergy positions? ________

9. WOULD SERVICE ON A JURY IN WHICH YOU WILL SIT IN JUDGEMENT OF A PERSON ACCUSED OF A CRIME CONFLICT WITH YOUR RELIGIOUS BELIEF TO SUCH A DEGREE THAT YOU COULD NOT CONSIDER THE EVIDENCE AND/OR YOU COULD NOT RENDER A TRUE VERDICT?

______ Yes, my religious beliefs would interfere with my ability to consider the evidence and/or render a true verdict.

_______ No, my religious beliefs would not interfere with my ability to sit a on a jury.

**CRIMINAL JUSTICE SYSTEM/LAW ENFORCEMENT**:

10. DO YOU HAVE FAMILY OR CLOSE FRIENDS THAT ARE MEMBERS OF LAW ENFORCEMENT? YES ___ NO ___ If yes, please describe.

________________________________________________________________

________________________________________________________________

11. HAVE YOU, A FAMILY MEMBER OR CLOSE FRIEND EVER HAD A BAD EXPERIENCE WITH A POLICE OFFICER OF OTHER LAW ENFORCEMENT OFFICIAL?
YES _____ NO _____ If yes, please explain.

________________________________________________________________

________________________________________________________________

12. HAVE YOU, YOUR SPOUSE OR SIGNIFICANT OTHER, ANY FAMILY MEMBER, OR CLOSE FRIEND EVER BEEN ACCUSED, ARRESTED, INDICTED, CHARGED , OR CONVICTED (including probation, deferred adjudication, conditional discharge, etc.) OF A CRIME OTHER THAN A TRAFFIC TICKET?
YES _____ NO ______ If yes, please give details.

________________________________________________________________

________________________________________________________________

13. HAVE YOU, YOUR SPOUSE OR YOUR SIGNIFICANT OTHER, ANY FAMILY MEMBER OR CLOSE FRIEND EVER BEEN THE VICTIM OF A CRIME.?
YES _____ NO _____ If yes, please give details.

________________________________________________________________

________________________________________________________________

14. HAVE YOU OR YOUR SPOUSE OR SIGNIFICANT OTHER EVER SERVED ON A CIVIL JURY, CRIMINAL JURY OR GRAND JURY?

YES ______NO ______ If yes, please give details answer the following:

Civil Case ____ Criminal Case _____ Grand jury _____

Who (e.g., you, your spouse, or both)? ___________________________

When? ____________ Were you/spouse the foreperson? Yes _____ No _____

What Court was it in? ________________________________________________

Did the jury reach a verdict? Yes ______ No ______

Was the jury called upon to assess punishment? Yes _____ No _____

Is there anything about that experience as a juror which would affect your service in this case? Yes ____ No _____

If yes, please give details. _____________________________________________

**<u>CASE SPECIFICS</u>:**

15 DO YOU KNOW THE DEFENSE ATTORNEYS IN THIS CASE, DAVID ADLER and SUE JANA?
YES ______ NO ______
If yes, how do you know them or what have you heard about them?

___________________________________________________________________

16. DO YOU KNOW THE PROSECUTORS IN THIS CASE, GLENN COOK OR JIM MCALISTER?
YES ______ NO ______

If yes, how do you know them or what have you heard about them?

___________________________________________________________________

17. DO YOU KNOW OR THINK YOU MIGHT KNOW THE DEFENDANT IN THIS CASE, ADNAN MIRZA?

YES ______ NO _______ If yes, in what capacity?

____________________________________________________________________

18. DO YOU KNOW ANY OF THE FOLLOWING PERSONS:

Jamaal King, S/A FBI (See attached witness list)
Jessica Gilbeau, S/A ICE
Greg Alvarez, S/A ATF
Robert "Bobbie" Martin, S/A FBI
Malik Mohammad
Mathew Taylor, S/A FBI
Calvin Wilson, ICE
John McKinley, S/A FBI

19. DO YOU CURRENTLY HAVE ANY PERSONAL PROBLEMS THAT WOULD PREVENT YOU FROM GIVING YOUR FULL ATTENTION TO THE TESTIMONY DURING THE TRIAL?
YES _____ NO _____ If yes, please explain.

____________________________________________________________________

____________________________________________________________________

20. DO YOU FEEL THAT THERE MAY BE ANY REASON WHY IT WOULD BE DIFFICULT OR IMPOSSIBLE FOR YOU TO BE COMPLETELY FAIR AND IMPARTIAL IN THIS CASE?
YES ______ NO ______ If yes, what reason is there?

____________________________________________________________________

____________________________________________________________________

21. PLEASE RATE YOUR OPINIONS REGARDING THE FOLLOWING STATEMENTS ON A SCALE OF 1 TO 10.

A. Foreign students who come to the U.S. for school should not hold jobs.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

B. Foreign students living in the U.S. should not be allowed to have a firearm.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

C. There are not enough restrictions on gun ownership.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

D. People should not be allowed to donate money to Muslim charities.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

E. Muslims are dangerous.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

F. People from Pakistan are dangerous.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

G. The Federal Government does not make mistakes.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

H. A Pakistani who is accused of supporting terrorism is probably guilty.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

I. A Muslim who is a accused of supporting terrorism is probably guilty.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

J. I closely follow news stories about terrorism.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

K. Comments made around the campfire rarely include exaggerations.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

L. The right to freedom of speech should not be extended to foreign students studying in the U.S.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

M. People should be criminally responsible for their actions even if they do not know they are violating the law.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

N. My concerns about terrorism mean I cannot be fair and impartial to a Muslim student from Pakistan accused of a crime.

1 2 3 4 5 6 7 8 9 10
Strongly Agree Strongly Disagree

**DECLARATION**

**Sign after completing the Juror Questionnaire.**

I have never been convicted of any felony as an adult or as a juvenile. I have never been convicted of any type of theft as an adult or as a juvenile. I have never received probation or deferred adjudication for a felony or any type of theft. I am not currently under indictment or under any legal accusation for any type of theft or any felony.

I hereby declare under penalty of perjury that the information I have provided in this Juror Questionnaire is true and correct.

Executed on ____________________, 2010.

____________________________________
JUROR'S SIGNATURE