UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL No. H-06-CR-421 |
| | § | |
| ADNAN BABAR MIRZA | § | |

**GOVERNMENT'S FIRST AMENDED EXHIBIT LIST**

**TO THE HONORABLE PRESIDING JUDGE :**

**COMES NOW,** the United States of America through Jose Angle Moreno., United States Attorney for the Southern District of Texas, and the undersigned Assistant United States Attorney, Jim McAlister, and files with this Honorable Court the attached Government's Exhibit List.

Respectfully submitted,

JOSE ANGLE MORENO.
United States Attorney

By: /S/ Jim McAlister

Jim McAlister
Assistant United States Attorney
Southern District of Texas
910 Travis, Suite 1500
Houston, TX 77208
(713) 567-9573

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
| UNITED STATES OF AMERICA<br>v.<br><br>ADNAN BABAR MIRZA | | Houston Division<br>Criminal No. H-06-421<br>EXHIBIT LIST |
| Exhibit List of the United States of America | | AUSA: Cook & McAlister |
| Judge: | Clerk: | Reporter: |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| | **AUDIO RECORDINGS** | | | | |
| 1 | 03-01-05 Recording | | | | |
| 1A | 03-01-05 Transcript excerpt | | | | |
| 2 | 03-22-05 Recording | | | | |
| 2-A | 03-22-05 Transcript excerpt | | | | |
| 2-B | 03-22-05 Transcript excerpt | | | | |
| 2-C | 03-22-05 Transcript excerpt | | | | |
| 3 | 04-19-05 Recording | | | | |
| 3-A | 04-19-05 Transcript excerpt | | | | |
| 3-B | 04-19-05 Transcript excerpt | | | | |
| 4 | 04-26-05 Recording | | | | |
| 4-A | 04-26-05 Transcript excerpt | | | | |
| 4-B | 04-26-05 Transcript excerpt | | | | |
| 5 | 05-10-05 Recording excerpt | | | | |
| 5-A | 05-10-05 Transcript excerpt | | | | |
| 5-B | 05-10-05 Transcript excerpt | | | | |
| 5-C | 05-10-05 Transcript excerpt | | | | |
| 6 | 05-21-05 Recording | | | | |
| 6-A | 05-21-05 Transcript excerpt | | | | |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| 6-B | 05-21-05 Transcript excerpt | | | | |
| 7 | 05-24-05 Recording | | | | |
| 7-A | 05-24-05 Transcript excerpt | | | | |
| 7-B | 05-24-05 Transcript excerpt | | | | |
| 8 | 06-14-05 Recording | | | | |
| 8-A | 06-14-05 Transcript excerpt | | | | |
| 8-B | 06-14-05 Transcript excerpt | | | | |
| 9 | 06-21-05 Recording | | | | |
| 9-A | 06-21-05 Transcript excerpt | | | | |
| 9-B | 06-21-05 Transcript excerpt | | | | |
| 10 | 07-15-05 Recording | | | | |
| 10-A | 07-15-05 Transcript excerpt | | | | |
| 11 | 07-16-05 Recording | | | | |
| 11-A | 07-16-05 Transcript excerpt | | | | |
| 11-B | 07-16-05 Transcript excerpt | | | | |
| 12 | 08-09-05 Recording | | | | |
| 12-A | 08-09-05 Transcript excerpt | | | | |
| 12-B | 08-09-05 Transcript excerpt | | | | |
| 13 | 08-16-05 Recording | | | | |
| 13-A | 08-16-05 Transcript excerpt | | | | |
| 13-B | 08-16-05 Transcript excerpt | | | | |
| 14 | 08-23-05 Recording | | | | |
| 14-A | 08-23-05 Transcript excerpt | | | | |
| 15 | 09-20-05 Recording | | | | |
| 15-A | 09-20-05 Transcript excerpt | | | | |
| 16 | 11-22-05 Recording | | | | |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| 16-A | 11-22-05 Transcript excerpt | | | | |
| 17 | 12-01-05 Recording | | | | |
| 17-A | 12-01-05 Transcript excerpt | | | | |
| 18 | 12-13-05 Recording | | | | |
| 18-A | 12-13-05 Transcript excerpt | | | | |
| 19 | 01-10-06 Recording | | | | |
| 19-A | 01-10-06 Transcript excerpt | | | | |
| 20 | 01-14-06 Recording | | | | |
| 20-A | 01-14-06 Transcript excerpt | | | | |
| 20-B | 01-14-06 Transcript excerpt | | | | |
| 21 | 01-21-06 Recording | | | | |
| 21-A | 01-21-06 Transcript excerpt | | | | |
| 22 | 01-27-06 Recording | | | | |
| 22-A | 01-27-06 Transcript excerpt | | | | |
| 23 | 02-14-06 Recording | | | | |
| 23-A | 02-14-06 Transcript excerpt | | | | |
| 24 | 03-04-06 Recording | | | | |
| 24-A | 03-04-06 Transcript excerpt | | | | |
| 25 | 03-14-06 Recording | | | | |
| 25-A | 03-14-06 Transcript excerpt | | | | |
| 26 | 03-15-06 Recording | | | | |
| 26-A | 03-15-06 Transcript excerpt | | | | |
| 26-B | 03-15-06 Transcript excerpt | | | | |
| 27 | 03-17-06 Recording | | | | |
| 27-A | 03-17-06 Transcript excerpt | | | | |
| 28 | 03-28-06 Recording | | | | |
| 28-A | 03-28-06 Transcript excerpt | | | | |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| 29 | 04-04-06 Recording | | | | |
| 29-A | 04-04-06 Transcript excerpt | | | | |
| 30 | 04-20-06 Recording | | | | |
| 30-A | 04-20-06 Transcript excerpt | | | | |
| 31 | 05-15-06 Recording | | | | |
| 31-A | 05-15-06 Transcript excerpt | | | | |
| 32 | 05-23-06 Recording | | | | |
| 32-A | 05-23-06 Transcript excerpt | | | | |
| 33 | 05-26-06 Recording | | | | |
| 33-A | 05-26-06 Transcript excerpt | | | | |
| 34 | 06-06-06 Recording | | | | |
| 34-A | 06-06-06 Transcript excerpt | | | | |
| 35 | 06-13-06 Recording | | | | |
| 35-A | 06-13-06 Transcript excerpt | | | | |
| | **PHOTOS** | | | | |
| | **Weekend of May 20, 2005** | | | | |
| 50 | Photo- AM with rifle | | | | |
| 51 | Photo- AM & Williams | | | | |
| 52 | Photo- Mirza shooting standing position | | | | |
| 53 | Photo - Group | | | | |
| 54 | Photo - Mirza silhouette shot | | | | |
| 55 | Video - Mirza shooting | | | | |
| | | | | | |
| | **Weekend of July 15, 2005** | | | | |
| 60 | Photo- Mirza prone | | | | |
| 61 | Photo- Mirza with Quasi | | | | |
| 62 | Photo- Weapons | | | | |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| | | | | | |
| | **Weekend of September 16, 2005** | | | | |
| 69 | Photo- Group shot | | | | |
| 70 | Photo-Mirza shooting - smoke | | | | |
| 71 | Photo- Mirza shooting | | | | |
| 72 | Photo- Mirza w/ gun | | | | |
| 73 | Photo- Mirza loading | | | | |
| 74 | Photo- Mirza loading | | | | |
| 75 | Photo- Mirza loading/shoot | | | | |
| 76 | Photo- team loading/shoot | | | | |
| 77 | Photo- team loading/shoot | | | | |
| 78 | Photo- team loading/shoot | | | | |
| 79 | Photo- team loading/shoot | | | | |
| | | | | | |
| | **Weekend of January 13, 2006** | | | | |
| | | | | | |
| | **Weekend of March 10, 2006** | | | | |
| 80 | Photo - juvenile at shoot | | | | |
| 81 | Photo- Mirza and others with guns | | | | |
| 82 | Photo- Mirza with shotgun | | | | |
| 83 | Photo- Mirza running with shotgun | | | | |
| 84 | Photo- Mirza with rifle | | | | |
| 85 | Photo- Mirza with targets in distance | | | | |
| 86 | Photo- Mirza with rifle | | | | |
| 87 | Photo Mirza in woods with gun | | | | |
| 88 | Photo Mirza in woods with gun | | | | |
| | | | | | |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| | **Weekend of May 20, 2006** (shoot center) | | | | |
| 90 | Photo- Mirza with rifle | | | | |
| 91 | Photo- Mirza with rifle | | | | |
| 92 | Photo- Mirza with rifle | | | | |
| 93 | Photo- Mirza with Williams | | | | |
| 94 | Photo- Mirza with Williams | | | | |
| 95 | Photo- Mirza with gun case | | | | |
| 96 | Photo- Mirza with gun case | | | | |
| 97 | Video of Mirza shooting | | | | |
| | | | | | |
| | **Weekend of June 17, 2006** | | | | |
| 100 | Photo- Mirza with rifle | | | | |
| 101 | Photo- Mirza with rifle | | | | |
| 102 | Photo- Mirza and Malik | | | | |
| 103 | Photo-Mirza and Malik | | | | |
| 104 | Photo-Mirza with gun case | | | | |
| | | | | | |
| | **WEAPONS** | | | | |
| 110 | Armalite, M15A4 | | | | |
| 110-P | Photo of Armalite | | | | |
| 111 | Savage Arms | | | | |
| 111-P | Photo Savage Arms | | | | |
| 112 | Colt AR 15 | | | | |
| 112-P | Photo Colt | | | | |
| 113 | Remington Shotgun | | | | |
| 113-P | Photo Remington | | | | |
| 114 | Winchester shotgun owned by Mirza | | | | |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| 114-P | Photo Winchester | | | | |
| 115 | ATF reports | | | | |
| 116 | Signed release of Winchester shot gun | | | | |
| | | | | | |
| | **AMMUNITION** | | | | |
| 117 | Video of purchase | | | | |
| 117a | Photo - stills from video | | | | |
| 117b | Photo - stills from video | | | | |
| 117c | Photo - stills from video | | | | |
| 118 | Am Ex Credit Card 12-31-05 | | | | |
| | | | | | |
| | **IEEPA COUNTS** | | | | |
| 120 | 6-28-05 ATM - photo Kobie | | | | |
| 121 | 6-28-05 ATM - photo Kobie | | | | |
| 122 | 12-6-05 -$200 Money Order from Malik and deposited in Mirza's Acct (BOA) | | | | |
| 123 | 12-6-05 -$200 Money Order from Coates deposited in Mirza's Acct (BOA) | | | | |
| 124 | 12-8-05 $565 Mirza deposit slip BOA | | | | |
| 125 | 12-8-05 photos & $565 deposit Mirza at BOA | | | | |
| 126 | 3-28-06 Money order for $200 by Malik | | | | |
| 127 | 3-28-06 Money order for $200 by Coates (Wells Fargo) | | | | |
| 128 | 5-25-06 ATM withdrawl of $150 by Kobie | | | | |
| | | | | | |
| | **IMMIGRATION EXHIBITS** | | | | |
| 129 | Mirza A-File | | | | |
| 130 | Quazi A-File | | | | |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| 131 | Shah A- File | | | | |
| 132 | Mirza bank records | | | | |
| 133 | Kobie Williams bank records | | | | |
| 134 | Miranda Warnings (11-8-06) | | | | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Government's Amended Exhibit List** has been delivered to the defendant's attorney on this the 18th day of May 2010.

/s/ Jim McAlister
Jim McAlister
Assistant United States Attorney
Southern District of Texas # 30878