UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. H-06-421-SS |
| | § | |
| ADNAN MIRZA | § | |

**GOVERNMENT'S PROPOSED JUROR VOIR DIRE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the parties in the above referenced case number and file with this Honorable Court a Proposed Juror Questionnaire.

Respectfully submitted,

By: /s/ Jim McAlister
Jim McAlister
Assistant United States Attorney

**Questions**

**RELIGION:**

1. WOULD SERVICE ON A JURY IN WHICH YOU WILL SIT IN JUDGEMENT OF A PERSON ACCUSED OF A CRIME CONFLICT WITH YOUR RELIGIOUS BELIEF TO SUCH A DEGREE THAT YOU COULD NOT CONSIDER THE EVIDENCE AND/OR YOU COULD NOT RENDER A TRUE VERDICT?

2. WOULD SERVICE ON A JURY INVOLVING A MUSLIM DEFENDANT ACCUSED OF A CRIME CREATE A SITUATION IN WHICH YOU COULD NOT RENDER A TRUE VERDICT? (This may be because you feel the system is unfair to Muslim Defendants or because you feel the system is not stern enough on Muslim defendants.)

3. DO YOU FEEL THAT THERE MAY BE A REASON WHY IT WOULD BE DIFFICULT OR IMPOSSIBLE FOR YOU TO BE COMPLETELY FAIR AND IMPARTIAL IN THIS CASE? IF SO, PLEASE EXPLAIN?

**FIREARMS**

4. IS THERE ANYONE AMONG YOU THAT HAS LEGAL OR MORAL OBJECTIONS OR RESERVATIONS ABOUT THE FEDERAL GUN LAWS AND THEIR ENFORCEMENT.