*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL DOCKET H-06-421-02** |
| | § | **JUDGE EWING WERLEIN, JR.** |
| **ADNAN MIRZA** | § | |

**PROPOSED VOIR DIRE QUESTIONS**

*TO THE HONORABLE EWING WERLEIN, JR.*:

Adnan Mirza provides the following questions for the Court to ask the prospective jury members during voir dire:

1. Do any of you feel that Muslims are dangerous?

2. Do any of you feel that people from Pakistan are dangerous?

3. Do any of you believe feel that a Pakistani who is accused of supporting terrorism is probably guilty?

4. Do you believe that a Muslim who is accused of supporting terrorism is probably guilty?

5. Do any of you closely follow news stories about terrorism?

6. Do any of you feel that your concerns about terrorism are such that you cannot be fair and impartial to a Muslim student from Pakistan accused of a crime?

7. Do any of feel that people should not be allowed to donate money to Muslim charities?

8. Do any of you believe that foreign students who come to the U.S. for school should not hold jobs?

9. Do you believe that foreign students living in the U.S. should not be allowed to have a firearm?

10. Do you believe there are not too many restrictions on gun ownership?

11. Does anyone think that comments made around the campfire usually include exaggerations?

12. Do you believe people should be held responsible even if they do not know they are violating the law?

Respectfully submitted,

/s/ David Adler

David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Adnan Mirza

CERTIFICATE OF SERVICE

A copy of this pleading was provided to the government by e-mail on May 20, 2010.

/s/ David Adler

David Adler