| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
| UNITED STATES OF AMERICA<br>v.<br>ADNAN BABAR MIRZA | Houston Division<br>Criminal No. H-06-421<br>EXHIBIT LIST |
| Exhibit List of the United States of America | AUSA: Cook & McAlister |
| Judge: Werlein    Clerk: Carr | Reporter: Bruce Slavin |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| | **AUDIO RECORDINGS** | | | | |
| 1 | 03-01-05 Recording | | | | |
| 1A | 03-01-05 Transcript excerpt | | | | |
| 2 | 03-22-05 Recording | | | | |
| 2-A | 03-22-05 Transcript excerpt | | | | |
| 2-B | 03-22-05 Transcript excerpt | | | | |
| 2-C | 03-22-05 Transcript excerpt | | | | |
| 3 | 04-19-05 Recording | | | | |
| 3-A | 04-19-05 Transcript excerpt | | | | |
| 3-B | 04-19-05 Transcript excerpt | | | | |
| 4 | 04-26-05 Recording | | | | |
| 4-A | 04-26-05 Transcript excerpt | | | | |
| 4-B | 04-26-05 Transcript excerpt | | | | |
| 5 | 05-10-05 Recording excerpt | | | | |
| 5-A | 05-10-05 Transcript excerpt | | | | |
| 5-B | 05-10-05 Transcript excerpt | | | | |
| 5-C | 05-10-05 Transcript excerpt | | | | |
| 6 | 05-21-05 Recording | | | | |
| 6-A | 05-21-05 Transcript excerpt | | | | |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| 6-B | 05-21-05 Transcript excerpt | | | | |
| 7 | 05-24-05 Recording | | | | |
| 7-A | 05-24-05 Transcript excerpt | | | | |
| 7-B | 05-24-05 Transcript excerpt | | | | |
| 8 | 06-14-05 Recording | | | | |
| 8-A | 06-14-05 Transcript excerpt | | | | |
| 8-B | 06-14-05 Transcript excerpt | | | | |
| 9 | 06-21-05 Recording | | | | |
| 9-A | 06-21-05 Transcript excerpt | | | | |
| 9-B | 06-21-05 Transcript excerpt | | | | |
| 10 | 07-15-05 Recording | | | | |
| 10-A | 07-15-05 Transcript excerpt | | | | |
| 11 | 07-16-05 Recording | | | | |
| 11-A | 07-16-05 Transcript excerpt | | | | |
| 11-B | 07-16-05 Transcript excerpt | | | | |
| 12 | 08-09-05 Recording | | | | |
| 12-A | 08-09-05 Transcript excerpt | | | | |
| 12-B | 08-09-05 Transcript excerpt | | | | |
| 13 | 08-16-05 Recording | ✓ | ✓ | | ✓5/25 |
| 13-A | 08-16-05 Transcript excerpt | ✓ | ✓ | | ✓ |
| 13-B | 08-16-05 Transcript excerpt | ✓ | ✓ | | ✓ |
| 14 | 08-23-05 Recording | | | | |
| 14-A | 08-23-05 Transcript excerpt | | | | |
| 15 | 09-20-05 Recording | ✓ | ✓ | | ✓5/25 |
| 15-A | 09-20-05 Transcript excerpt | ✓ | ✓ | | ✓ |
| 16 | 11-22-05 Recording | ✓ | ✓ | | ✓ |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| 16-A | 11-22-05 Transcript excerpt | ✓ | ✓ | | ✓ 5/25 |
| 17 | 12-01-05 Recording | ✓ | ✓ | | ✓ 5/25 |
| 17-A | 12-01-05 Transcript excerpt | ✓ | ✓ | | ✓ |
| 18 | 12-13-05 Recording | ✓ | ✓ | | ✓ |
| 18-A | 12-13-05 Transcript excerpt | ✓ | ✓ | | ✓ |
| 19 | 01-10-06 Recording | ✓ | ✓ | | ✓ |
| 19-A | 01-10-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 20 | 01-14-06 Recording | ✓ | ✓ | | ✓ |
| 20-A | 01-14-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 20-B | 01-14-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 21 | 01-21-06 Recording | ✓ | ✓ | | ✓ |
| 21-A | 01-21-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 22 | 01-27-06 Recording | ✓ | ✓ | | ✓ |
| 22-A | 01-27-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 23 | 02-14-06 Recording | ✓ | ✓ | | ✓ |
| 23-A | 02-14-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 24 | 03-04-06 Recording | ✓ | ✓ | | ✓ |
| 24-A | 03-04-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 25 | 03-14-06 Recording | ✓ | ✓ | | ✓ |
| 25-A | 03-14-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 26 | 03-15-06 Recording | ✓ | ✓ | | ✓ |
| 26-A | 03-15-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 26-B | 03-15-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 27 | 03-17-06 Recording | ✓ | ✓ | | ✓ |
| 27-A | 03-17-06 Transcript excerpt | ✓ | ↓ | | ↓ |
| 28 | 03-28-06 Recording | ✓ | ↓ | | ↓ |
| 28-A | 03-28-06 Transcript excerpt | ✓ | ✓ | | ✓ |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| 29 | 04-04-06 Recording | ✓ | ✓ | | ✓ 5/25 |
| 29-A | 04-04-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 30 | 04-20-06 Recording | ✓ | ✓ | | ✓ |
| 30-A | 04-20-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 31 | 05-15-06 Recording | ✓ | ✓ | | ✓ |
| 31-A | 05-15-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 32 | 05-23-06 Recording | ✓ | ✓ | | ✓ |
| 32-A | 05-23-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 33 | 05-26-06 Recording | ✓ | ✓ | | ✓ |
| 33-A | 05-26-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 34 | 06-06-06 Recording | ✓ | ✓ | | ✓ |
| 34-A | 06-06-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| 35 | 06-13-06 Recording | ✓ | ✓ | | ✓ |
| 35-A | 06-13-06 Transcript excerpt | ✓ | ✓ | | ✓ |
| | **PHOTOS** | | | | |
| | **Weekend of May 20, 2005** | | | | |
| 50 | Photo- AM with rifle | | | | |
| 51 | Photo- AM & Williams | | | | |
| 52 | Photo- Mirza shooting standing position | | | | |
| 53 | Photo - Group | | | | |
| 54 | Photo - Mirza silhouette shot | | | | |
| 55 | Video - Mirza shooting | | | | |
| | | | | | |
| | **Weekend of July 15, 2005** | | | | |
| 60 | Photo- Mirza prone | | | | |
| 61 | Photo- Mirza with Quasi | | | | |
| 62 | Photo- Weapons | | | | |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| | | | | | |
| | **Weekend of September 16, 2005** | | | | |
| 69 | Photo- Group shot | | | | ✓ |
| 70 | Photo-Mirza shooting - smoke | | | | ✓ |
| 71 | Photo- Mirza shooting | | | | ✓ |
| 72 | Photo- Mirza w/ gun | | | | ✓ |
| 73 | Photo- Mirza loading | | | | ✓ |
| 74 | Photo- Mirza loading | | | | ✓ |
| 75 | Photo- Mirza loading/shoot | | | | ✓ |
| 76 | Photo- team loading/shoot | | | | ✓ |
| 77 | Photo- team loading/shoot | | | | ✓ |
| 78 | Photo- team loading/shoot | | | | ✓ |
| 79 | Photo- team loading/shoot | | | | ✓ |
| | | | | | |
| | **Weekend of January 13, 2006** | | | | |
| | | | | | |
| | **Weekend of March 10, 2006** | | | | |
| 80 | Photo - juvenile at shoot | | | | ✓ |
| 81 | Photo- Mirza and others with guns | | | | ✓ |
| 82 | Photo- Mirza with shotgun | | | | ✓ |
| 83 | Photo- Mirza running with shotgun | | | | ✓ |
| 84 | Photo- Mirza with rifle | | | | ✓ |
| 85 | Photo- Mirza with targets in distance | | | | ✓ |
| 86 | Photo- Mirza with rifle | | | | ✓ |
| 87 | Photo Mirza in woods with gun | | | | ✓ |
| 88 | Photo Mirza in woods with gun | | | | ✓ |
| | | | | | |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| | **Weekend of May 20, 2006** (shoot center) | | | | |
| 90 | Photo- Mirza with rifle | | | | ✓ |
| 91 | Photo- Mirza with rifle | | | | ✓ |
| 92 | Photo- Mirza with rifle | | | | ✓ |
| 93 | Photo- Mirza with Williams | | | | ✓ |
| 94 | Photo- Mirza with Williams | | | | ✓ |
| 95 | Photo- Mirza with gun case | | | | ✓ |
| 96 | Photo- Mirza with gun case | | | | ✓ |
| 97 | Video of Mirza shooting | | | | |
| | | | | | |
| | **Weekend of June 17, 2006** | | | | |
| 100 | Photo- Mirza with rifle | | | | ✓ |
| 101 | Photo- Mirza with rifle | | | | ✓ |
| 102 | Photo- Mirza and Malik | | | | ✓ |
| 103 | Photo-Mirza and Malik | | | | ✓ |
| 104 | Photo-Mirza with gun case | | | | ✓ |
| | | | | | |
| | **WEAPONS** | | | | |
| 110 | Armalite, M15A4 | | | | ✓ |
| 110-P | Photo of Armalite | | | | ✓ |
| 111 | Savage Arms | | | | ✓ |
| 111-P | Photo Savage Arms | | | | ✓ |
| 112 | Colt AR 15 | | | | ✓ |
| 112-P | Photo Colt | | | | ✓ |
| 113 | Remington Shotgun | | | | ✓ |
| 113-P | Photo Remington | | | | ✓ |
| 114 | Winchester shotgun owned by Mirza | | | | ✓ |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| 114-P | Photo Winchester | | | | ✓ |
| 115 | ATF reports | | | | ✓ |
| 116 | Signed release of Winchester shot gun | | | | ✓ |
| | | | | | |
| | **AMMUNITION** | | | | |
| 117 | Video of purchase | | | | ✓ |
| 117a | Photo - stills from video | | | | ✓ |
| 117b | Photo - stills from video | | | | ✓ |
| 117c | Photo - stills from video | | | | ✓ |
| 118 | Am Ex Credit Card 12-31-05 | | | | ✓ |
| | | | | | |
| | **IEEPA COUNTS** | | | | |
| 120 | 6-28-05 ATM - photo Kobie | | | | |
| 121 | 6-28-05 ATM - photo Kobie | | | | |
| 122 | 12-6-05 -$200 Money Order from Malik and deposited in Mirza's Acct (BOA) | | | | ✓ |
| 123 | 12-6-05 -$200 Money Order from Coates deposited in Mirza's Acct (BOA) | | | | ✓ |
| 124 | 12-8-05 $565 Mirza deposit slip BOA | | | | ✓ |
| 125 | 12-8-05 photos & $565 deposit Mirza at BOA | | | | ✓ |
| 126 | 3-28-06 Money order for $200 by Malik | ✓ | ✓ | | ✓ 5/25 |
| 127 | 3-28-06 Money order for $200 by Coates (Wells Fargo) | | | | ✓ |
| 128 | 5-25-06 ATM withdrawl of $150 by Kobie | | | | |
| | | | | | |
| | **IMMIGRATION EXHIBITS** | | | | |
| 129 | Mirza A-File | | | | ✓ |
| 130 | Quazi A-File | | | | |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| 131 | Shah A- File | | | | |
| 132 | Mirza bank records | | | | ✓ |
| 133 | Kobie Williams bank records | W/d | | | |
| 134 | Miranda Warnings (11-8-06) | | | | ✓ |
| 135 | Time Line | | | | ✓ |
| 136 | Definitions / noorbaksh | ✓ | ✓ | | ✓ 5/27 |
| 137 | map of Afghanistan | ✓ | ✓ | | ✓ 5/27 |