| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ADNAN MIRZA | | Houston Division<br>Criminal No. H-06-421-02<br>**EXHIBIT LIST** |
| Exhibit List of Adnan Mirza | | |
| Judge Ewing Werlein, Jr. | Clerk: Carr | Reporter: Bruce Slavin |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| 1 | May 5, 2004, Letter | | | | ✓ 5/24 |
| 2 | Texas Parks & Wildlife Documents | | | | |
| 3 | Photograph - KW, JC, AM, MM | | | | ✓ |
| 4 | Photograph - JC, AM | | | | ✓ 5/24 |
| 5 | Photograph - Houston Chronicle | | | | ✓ |
| 6 | USCIS Students and Employment | | | | ✓ |
| 7 | USCIS Students/Exchange Visitors Memo | | | | ✓ |
| 8 | USCIS Students/Exchange Visitors Fact Sheet | | | | ✓ |
| 9 | UH Maintaining F-1 Status | ✓ | ✓ | | ✓ 5/26 |
| 10 | HCC Maintaining Your F-1 Status | ✓ | ✓ | | ✓ 5/26 |
| 11 | HCC Academic Record | | | | ✓ |
| 12 | OFAC Taliban Sanctions | | | | |
| 13 | Medhi Noorbaksh CV | | | | ✓ |
| 14 | Medhi Noorbaksh Lecture Announcement | | | | ✓ |
| 15 | Conversation, 1/10/06, 12:28, p. 74-75, Excerpt at 1:30:07 | | | | ✓ |
| 16 | Conversation, 1/10/06, 12:28, p. 93-96, Excerpt at 1:53:40 | | | | ✓ |

| No. | Description | Date | Ofr | Obj | Admit |
|---|---|---|---|---|---|
| 17 | Conversation, 11/22/05, 19:24, p. 256-260, Excerpt at 3:23:24 | | | | ✓ |
| 18 | Conversation, 2/14/06, 9:25, p. 96-97 Excerpt at 1:25:55 | | | | ✓ |
| 19 | Conversation, 1/13/06, p. 67 Excerpt at 1:29:13 | | | | ✓ |
| 20 | Conversation, 2/10/06 1:43, p. 20-21 Excerpt at | | | | ✓ |
| 21 | Tr. 5/16/2006 | ✓ | ✓ | | 5/25 ✓ |
| 22 | Terms / Noorbaksh | ✓ | ✓ | | 5/27 ✓ |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |