IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR. NO. H-06-421 |
| | § | |
| ADNAN BABAR MIRZA | § | |

# VERDICT

## Count One

We, the jury, unanimously find the Defendant, **Adnan Babar Mirza,** guilty, ("Guilty" or "Not Guilty") of the offense charged in Count **One** of the Second Superseding Indictment.

## Count Two

We, the jury, unanimously find the Defendant, **Adnan Babar Mirza,** guilty, ("Guilty" or "Not Guilty") of the offense charged in Count **Two** of the Second Superseding Indictment.

## Count Three

We, the jury, unanimously find the Defendant, **Adnan Babar Mirza,** guilty, ("Guilty" or "Not Guilty") of the offense charged in Count **Three** of the Second Superseding Indictment.

**Count Four**

We, the jury, unanimously find the Defendant, **Adnan Babar Mirza,** guilty, ("Guilty" or "Not Guilty") of the offense charged in Count **Four** of the Second Superseding Indictment.

**Count Five**

We, the jury, unanimously find the Defendant, **Adnan Babar Mirza,** guilty, ("Guilty" or "Not Guilty") of the offense charged in Count **Five** of the Second Superseding Indictment.

**Count Six**

We, the jury, unanimously find the Defendant, **Adnan Babar Mirza,** guilty, ("Guilty" or "Not Guilty") of the offense charged in Count **Six** of the Second Superseding Indictment.

**Count Seven**

We, the jury, unanimously find the Defendant, **Adnan Babar Mirza,** guilty, ("Guilty" or "Not Guilty") of the offense charged in Count **Seven** of the Second Superseding Indictment.

**Count Eight**

We, the jury, unanimously find the Defendant, **Adnan Babar Mirza,** guilty, ("Guilty" or "Not Guilty") of the offense charged in Count **Eight** of the Second Superseding Indictment.

**Count Nine**

We, the jury, unanimously find the Defendant, **Adnan Babar Mirza,** guilty, ("Guilty" or "Not Guilty") of the offense charged in Count **Nine** of the Second Superseding Indictment.

5/27/10
Date

Foreperson