Hunting
8-23-05 CW "*AM-I want to show you something about the public hunting. I was checking at (UI) the other day.*
*KW-(UI) by license only.*
*AM-You have to go by...they don't offer online (UI). You should buy a super combo (UI) 64 bucks right? I'm gonna get that too.*
*KW-Oh, you don't have a license?*
*AM-They just came out on the 15th because they have to renew every year. In a state park you never need to have a license.*
*KW-Oh yeah?*
*AM-If you are going in a state park, you never have to use a license.*
*KW-So you mean we can go to Sam Houston...*
*AM-Yeah and we can fish and nobody is gonna ask you for a license.*
*CW-Right, well, that sounds like Conroe, isn't it? Isn't that on Lake Conroe?*
*KW-Yeah, Lake Conroe.*
*AM-Lake Conroe, yeah. But you know the best fishing is on Lake Livingston.*
*KW-Yeah, Lake Livingston's nice.*
*CW-Really?*
*AM-That's where I'm going for (UI).*
*CW-That's where we ought to take the boat.*
*AM-(UI). We have to...uh..the public hunting. (UI).*
*CW-ah...*
*AM-We have to apply before the 3rd of September.*
*CW-Why do you have to apply? I thought you could just go out there?*
*AM-(UI). Either. Either. Either sex. Male or female.*
*KW-Oh ok. I see. (UI).*
*AM-(Laughs).*
*CW-Yeah, yeah I think the drawings are just for guided tours aren't they?*
*AM-No.*
*CW-For guided hunts, yeah. See guided..*
*AM-Where? Where? It's drawing for the parks.*
*CW-That's the (UI) man.*
*AM-This is the (UI). This is what I'm coming to. (Reading) There are two sources (UI). Each hunting (UI). If you wish to have a copy made (UI). The online public hunting system allows the user to interactively search by area (UI) type of hunting...ok.*
*KW-Alright, this is it, I guess.*
*AM-I was reading...what was I reading. Oh (UI) and fill out applications and how to use special (UI). It was giving me all the details what happened last year. Like how many applicants filed, like, how many applications are available...how many people applied. This is only, um, for like using this, otherwise we have to search out for this property.*
*KW-(UI)*
*AM-On the website.*
*CW-Well, we better apply then.*
*AM-Maybe my connection (UI).*
*KW-We have to apply?*
*AM-I think there is a $3 charge per application but once you've...a group..you have to pay $75 some places.*
*CW-What? No?*
*AM-Yeah.*
*CW-$75 to go out and shoot, like, a couple of birds.*
*AM-No, no, no, $75 for the deer hunting.*
*CW-Ohhh.*
*AM-I'm not talking..this is not for um bird hunting. Bird hunting is a (UI).*
*CW-Well, I was thinkin' about the bird hunting (UI).*
*AM-No, no, no, I'm talking about the deer hunting.*
*CW-The deer..oh ok, well, we better do that then.*
*KW-What if you wound the bird? So what if you wound the bird?*
*AM-Wound the bird? You have to kill it immediately.*
*CW-Ok now.*
*KW-How can you kill it immediately if you aren't a good shot?*
*AM-No, no no. Once you wound the bird you have to make sure you catch it. Even Islamically, I mean, you can always miss (UI).*
*KW-Yeah, it's difficult with birds.*
*AM-It is difficult...*
*CW-Ok, now with a dove it has such a small head. How do you use a (UI) on it?*
*AM-How do you?...your network is missing brother. What do mean how do you use a (UI)? You just...slaughter the head.*
*CW-Yeah, but do you have to use a knife?*
*AM-Yeah.*
*CW-So you might have to carry a knife with ya." "AM-See application deadline September 9th, application fee $3, and once you're, their..Forty five permits available. Seventy five adult hunt. Last year 223 applicants for 47 permits and there was a success rate of 17 percent. What else do we have close by? Tyler is far. Ummm. I was looking at the other ones (UI) number 4 Gulf Coast.*
*KW-(talking on phone in background) Ummm, we're at the pool. ok, just um, I'll come out to the...(UI)*
*AM-846 applicants for 132 permits.*
*CW-I'll bet you it's a first come, first serve thing.*
*AM-No, it's not. They have a drawing system.*
*CW-So you can get drawn and then I couldn't...*
*AM-Yeah. Yeah. That's a problem. They (UI).*
*CW-Doesn't RANDY hunt on that property?*
*AM-Yeah but he, he told us right, I mean, he allowed his friend last year and he did get a buck. Remember?*
*CW-Uh huh.*
*AM-Tell him to come here.*
*AM-So, it's not, the thing is we have to find properties where we can hunt.*
*CW-No, but would RANDY let us hunt on that property?*
*AM-I think RANDY would let us hunt.*
*KW-I have a feeling he would.*
*AM-I would...I think he would.*
*CW-Because all we have to do...there's two stands up there I think. All we'd have to do is get a couple people in those stands.*
*KW-Yeah, 'cause he hunts out there.*
*AM-He hunts. He also allowed his friend to hunt last year so..I don't think he'll have a problem with that.*
*KW-We'll explain him Islamically the rules of hunting and I'm sure he would totally agree with it. That we just don't endlessly kill animals, you know. 'Cause he seems like he's concerned about the care of the animals. So, we should be..*
*CW-Yeah.*
*AM-Anybody should be concerned...*
*KW-Well some people aren't. They don't care.*
*CW-Yeah." "CW-Well, this next camp can't include hunting up there. This next camp won't include hunting up there because we can't..it's not time.*
*AM-Yeah but we can talk (UI).*
*CW-Yeah.*
*AM-We need to do some hunting man. C'mon.*
*CW-Yeah, you're right.*
*AM-The thing is, the hunting season for deer is only like a month or two maximum.*

***CW-What months?***
***AM-It starts in October and ends in December. And everywhere it's different. Let me show you..lets say (UI). Next time I'm gonna have it. I usually have it in my truck." "CW-AM, we're going on Friday, right? We're going skeet shooting Friday.***
***KW-Ok, I probably won't be able to make it.***
***CW-Yeah, we figured 'cause you're working.***
***KW-Working...school. Oh school, I don't have on Friday but.***
***CW-Yeah, that's alright.***
***KW-Monday and Wednesday's...***
***CW-That's alright. We just wanted to get in the mode for, uh, hunting. So, you'll, you'll, when we, when we go on the camp. You'll have plenty of experience skeet shooting.***
***KW-Oh yeah.***
***CW-With that..if we get that new machine out there..***
***KW-Oh yeah man that's gonna be fun.***
***CW-It's the same thing. Yeah, I'm gonna take my wife's car so, not you know, not only confirm with AKHIL but if he wants to come with me I'm gonna leave early though."***
9-20-05 UCE "*KW-You know when I was in West Virginia with my wife cause that's where my wife is from, West Virginia.*
*UCE-You know what I'm talking about.*
*KW-She uh, we, I went to a highschool reunion with her, tenth year and afterwards we met up with a couple of her old high school friends and uh they had moved back (UI). They were telling me how there's a certain time of the year school's out not in the summer but it's specific.*
*UCE-Oh for harvest?*
*KW-Yeah. Everybody goes hunting. All the kids go hunting.*
*UCE-Probably around mid- October probably.*
*KW-Stocked up on the meat.*
*UCE-For the winter.*
*KW-For the winter, yeah. The official date or week or...*
*UCE-Probably, probably sometime in October, probably.*
*KW-Yeah.*
*UCE-Cause that's usually when hunting season starts in about. That's what RANDY was talking about. Fifteen days.*
*CW- I'd like to hook up with RANDY and take a deer off his property, yeah.*
*UCE-I bet RANDY has all of his friends over there. They open a can of Pearl Lite or Lonestar beer or something.*
*CW-(Laughs).*
*UCE-Get to shooting, listening to country music and have a good ole time.*
*CW-That's what that meat hook's for that he has over there (UI).*
*KW-(UI) with a chair that he has attached to a tree.*
*CW-Yeah.*
*KW-(UI) tree (UI).*
*UCE-You have a stand you're good to go. And he probably goes, he probably goes bo hunting cause the season for bo hunting is longer. So he'll go bo hunting before the rifle season starts and then....cause like bo hunting is twice as long. So he'll, he'll be doing both. I guarantee you.*
*CW-Yeah. (UI). That's what I would like to do man, go bo hunting.*
*UCE-The last time I did we hunting Javelinas and..*
*KW-Javelinas?*
*UCE-Just cause they're fun to hunt. Nobody will eat 'em.*
*KW-I'm, I'm just saying that's crazy. Javelinas*
*UCE-But that's what make its fun. Anything, anything that...you think about it....but*
*KW-Those things are vicious man.*
*UCE-But that's like that those big game hunters. That's whey they get the thrill to going towards to get stuff that's, excuse me, the dangerous. They'll have lions, tigers, and hippos, and stuff that can kill 'em. Well in American what are you really gonna hunt that's gonna kill you, you know, (UI). You know what I mean? Mountain lions, so. There you go. A Javelina is pretty ignorant so, it's a little exciting. I mean like, a wild boar is you know a lot of people do those but a deer. You know, they're just gonna run and do all that so.*
*CW-Yeah.*
*KW-Javelinas, they ambush you, right?*
*CW-Yeah, they can.*
*UCE-They can but they stink so bad you can smell 'em coming.*
*CW-Oh yeah.*
*UCE-If one is close one is between here and that street, you're gonna smell 'em.*
*CW-Yeah.*
*UCE-And they're like uh, that stinks...horrible. But its' fun cause if you hit 'em then they're gonna charge you and then it's like you got to be set and you got to be good.*
*CW-Yeah.*
*UCE-But you can't just like hit 'em in the leg and (UI). Oh you got my boy, hold up.*
*CW-(Laughs).*
*UCE-(UI) what'cha gonna do? So you got to be good right, and they're only really, you know...yea big anyway but that's cool, that's fine.*
*CW-Big Bend, they had me on the edge because of the um, the bears, the (UI) bears.*
*UCE-Don't mess with that..*
*CW-And also that um, that mountain lion. We had a mountain lion den there right on top of the hill overlooking our camp.*
*UCE-And you could see them coming out?*
*CW-No we didn't see them coming out.*
*KW-We went, we went hiking up the hill and we saw the den, but he wasn't there.*
*UCE-You just saw like the (UI) and bones and stuff.*
*KW-Well no where he*
*CW-You'd see, see all of the paw prints where he soften up the territory.*
*KW-And he created a little like uh den or something.*
*UCE-Okay, it was right above you huh*
*CW-Yeah, he was right above us.*
*UCE- You would have been scared, it would have been scary if you saw the bones of the carcass animal you bought.*
*KW-Yeah, I know.*
*UCE-Then you'd know he was hunting.*
*KW-The thing is, is that he probably came out when we were sleep and stuff, at night. During the day he was trying to chase something to eat.*
*CW-Yeah, yeah.*
*KW-That's probably why we didn't see him.*
*CW-He knew we were there from the moment we walked in there.*
*UCE-He knew you were there like, he knew you were there a mile before you knew.*
*KW-(Laughs).*
*CW-Yeah.*
*HM-You're talking about a deer or what.*
*CW-No, the mountain lion.*
*UCE-A mountain lion.*
*KW-(UI) came across like, (UI) when we were out in Big Bend..*
*HM-Oh in Big Bend*

*CW-(UI) pictures. I should show those (UI).*
*UCE-That's why I don't like people who hunt bears. Why would you hunt something that can run faster than you, climb better than you, swim better than you. There's nothing you could do to get away from a bear.*
*KW-Na.*
*UCE-Climb a tree...no good.*
*CW-(Laughs).*
*UCE-I'm gonna jump in the water. No good, it's not a gorilla.*
*HM-People actually hunt bears? People hunt bears*
*UCE-Huh.*
*HM-You hunt bears?*
*UCE-Yeah.*
*HM-Why. I mean, what do you do with it eat 'em?*
*KW-Some people do.*
*UCE-For the thrill of it getting a dangerous animal. That's what the big game hunters do.*
*CW-Yeah, or making a coat, a big bear coat you know.*
*UCE-Rugs.*
*CW-Rugs.*
*UCE-(UI) get my bear skin rug."*

3-1-05 CW "CW-And the problem, the problem is this guy drives the best of the best. AM-(Laughs) CW-He gets a Mercedes in the desert of Kuwait. CW-Drag racing in the desert of Kuwait. AM-I never drag race. (Laughs) CW-You never drag, yeah you told me drag race. AM-But that was not like a drag race. It was just racing. (Laughs) My, my merc was right here that's what, I mean not my merc. Identical twin. (Laughs) CW-Um-hum. (pause.) Drag racing. So now you want to go mudding"

3-22-05 CW "CW-Okay. AM-Iraq, I I don't know what's going on over there, man (chuckle). KW-Yeah. I I figure like someone in KUWAIT knew someone (UI). AM-Yeah, but the thing is, KUWAIT, people the people I know in KUWAIT, they're not of that type. KW-Yeah? I knew some brothers from that lived here who went back to KUWAIT, cause they finished school here. AM-Yeah, but these KW- And they were of that type. AM-Yeah, (chuckling) I would (UI). (I state that I would doubt that) CW-Well, let me AM-Over there it's different uh,"

4-19-05 CW "HM-Yeah, I know. I know. It bothers me that people leave their countries (UI). CW-So I'm I'm to the I'm to the point to where AM-I believe (UI) close the doors CW-(Coughs). AM- I (UI) like the CW-I'm to the AM-I don't think there's (UI). HM-Oh, yeah? UM-Yeah. CW-It's uh, it AM-And I like it better over here than over there. CW-Yeah. AM-Even in Pakistan or Kuwait, same thing."

5-20-22-05 Sess. 11 CW "HANY-I feel like JIM is setting me up man. Like he trying to get me out here so bad now he's taking pictures of me out here. KW-Aw you ain't seen pictures yet. CW-Yeah. HANY-He's trying to hold me." "HANY-Look at you guys you are a bunch of extremist bunch of Jihadist.

KW-All we need is the Qur'an to hold it up, you know that that one scene they show? HR-Yeah AM-Yeah, right.

HANY-You should bolt it bolt it have it bolted around you and the Qur'an tight. Look at KW man with his....

CW-He looks killer doesn't he.

HANY-KW looks like he escaped from prison And he's on a rampage.(Laughing) AM-(Laughing)

HR-Man man these pictures are awesome I need to make a copy.

HANY-This is incriminating evidence.

KW-I learned from pros.

AM-You know what JIM was saying about KW that they have to update the pictures anyways, they keep showing the old pictures (UI) (laughing). CW-Oh.

KW-Those uh old same videos they show on T.V.(UI)

HANY-(UI) CW-They need new file footage.

KW-They need new footage.

HANY-Why don't we take his pictures to ISGH or something were just gonna have a little camp for the kids(laughing).

CW- Yeah that's cool.

KW-(UI)We're gonna organize a little camp for the kids and we'll use these pictures as proof of our success

HR-That is so cool. I need (UI)

KW-You want the one with all of us.

HR-Yeah man I like all.... we're ready to go man, man.

KW-Right before the departure to Afghanistan.

AM-And don't show this to your parents alright. I'm gonna get screwed (UI)."

5-20-22-05 Sess. 16 CW "CW-Oh, god. Don't that just figure. Well, we know that by personal experience with, ah what's his name. AM-MANZOOR ALI. CW-Yeah. (KW still laughing.) How dare you say that name in CAMP KHALID IBN WHALID man. AM-You're the one who asked me man. KW-(UI) not. CW-I didn't ask you his name. AM-Well you said what's his name. CW-That's a figure of speech. AM-Okay. CW-Oh yeah, you didn't know that? Oh, that's right. You're PAKISTANI. No, I mean KUWAITI. You're KUWAITI. KW-He's not PAKISTANI. CW-ADNAN gave up his PAKISTANINESS when he was born in KUWAIT. AM-Yep. KW-Yeah. So when did you leave KUWAIT? How old were you? AM-About 2000. KW-Well how old were you in 2000? AM-Twenty-three. CW-In 2000? KW-Man, you're not a freakin PAKISTAN. AM-Huh? KW-You're not a PAKISTANI AM-I know (Laughs) CW-But you know, you know pretty good ENGLISH. What the heck KW-You know really good URDU. AM-Yeah, cause, I, I, studied in ah, in INDIAN school"

5-20-22-05 Sess. 19 CW "AM-Turned out to be nothing at all. Yea, I remember because, that's when, I mean, after, after that (UI) then I left KUWAIT. I, I wanted to be there to (UI) because I was the one in charge for that. So, I waited for that after six days left KUWAIT. HR-Never looked back huh? AM-Never looked back. And I left on my birthday actually. I was only like, 23 years old (laughing)"
5-24-05 CW "CW- and make it to KUWAIT. Make KUWAIT our destination. AM-Right. KW-I think (UI) few brothers in KUWAIT. AM-But, don't CW-Who's (UI) advisors? AM-They use to study here. KW-Yeah, they use to. CW-But these are people that we know? Do I know them?"
6-21-05 Sess. 2, 3 CW "KW-The thing is, we need a guide. CW-But do we AM-Huh? KW-We need a guide. AM-Right. CW-So KW-That guide is you. CW-Well, well AM-I know. CW-the, the g KW-You're the best guide, man. CW-Well, I think what we first is to establish contact with an organization that's already operating AM-Right KW-Well CW-Do we KW-Well JAMAAT JAMAATI ISLAMI CW-No, no, no, no They're not the ones that we would right? AM-They have the right links inside of AFGHANISTAN CW-Yeah, but they're not the ones fighting AM-No, they're not the ones fighting KW-UI AM-But they are the only ones who closest to the Taliban. KW-And we already have our links. This would be with ICNA. CW-But what we do is we, so we"
8-9-05 CW "KW-They say we shouldn't overthrow our leaders.
AM-You know I was here, the year after? (UI) KW-Oh, I haven't heard that in a while.
AM-Man, it, it, it's gonna come down on the rulers then. I mean, no, I don't, there've been so many people today that you know like people like rulers But this uh, I mean, rulers make a difference. KW-Yeah I know.
AM-I mean, they're the one's who were key, who were responsible for whatever goes on (UI)
KW-(UI) reading, hearing about, oh no that stories of the prophets. I was thinking about another tape/cd. But yeah, the rule, the whole reason why all this is going on, is cause the rulers. AM-You know these people will never These people will never enter paradise.
KW-London bombings, you name it. Yeah. AM-IMAMS, martyrs, you know these people are never ever gonna, cause these people, they're responsible. They have so much responsibility on their shoulders and their just doing like this? They just, are gonna end up KW-The House of Saud is very good. He turned on IQWAN. King ABDUL AZIZ original founder if Saudi They helped him unify Saudi Arabia But you know what they wanted to do they didn't want to stop there in the 1920's, they wanted to continue on. But he didn't want that, King ABDUL AZIZ. So he got the 'ULIMAH of Saudi Arabia. To pass a FATWAH against it. And when they did, he turned on them and killed them. Wiped them out. "
12-13-05 UCE "UCE-Did you do it yet?
AM-No, no. Um, actually I went to do it but the servers were down at the location by my place. I'm going to do it tomorrow because I have exams.
UCE-Servers were down? Alright let me, uh just let me know (UI)
AM-Inshallah I will do it by tomorrow. (UI)
UCE-You got a good amount to send him? AM-Hmm?
UCE-You got a good amount to send?
AM-Yeah. I got about $700 right now.
UCE-Is there anything else that needs to go? Like any medical supplies, clothes?
AM-Well, no. I mean (UI) maybe like fifteen days before, before the end of the, so they've got a lot of supplies." "UCE-(speaking on cell phone) Yes ma'am. Yep. Yep. Yeah. Yeah, I'm alone. Uh, he said $700 and he said he went to go do it yesterday but the server was down so that yesterday may have actually been yesterday or Sunday but he said the server was down. He tried to do it so if they, saw him go anyplace. I'll try to find out, you know, what place he claimed the server was down. But he went to go do it, he said. So not at home or anything. So......correct, then wherever he went the server was down, so I don't know if they saw go anyplace that has anything, they might want, the might already know where he was going to do it, so. And $700 is the amount that he's trying to send this time. Alright...bye."
3-11-06 disc 1 UCE "IL-No. UCE-He didn't? Knew it anyway, huh? He is just like ADNAN. Except for you talk, like, you talk more. (Laughs).. ADNAN is kinda passive on a few things. Do you get upset if you see food fall on the floor? Some. IL-(UI) UCE-sometimes?"

Legal
3-1-05 CW "CW-Those are the people to connect with because, they have access to those weapons.
KW-Oh yeah, he told me he could get me some stuff cheap, legal.
AM-Yeah.
CW-Yeah.
AM-(UI).
CW-Legal? UM-Yeah.
AM-I need a rifle.
CW-(Laughs)
KW-Go to this brother, man he'll hook you up." "CW-Are we talking about, I mean, are we talking about fully automatic or?
KW-I don't know. AM-I don't think so.
KW-I know I didn't ask about it.
CW-I mean because if it's a really....if it's a legal weapon then it wouldn't be fully automatic but.
KW-You could make it automatic but.
CW-Yeah.
AM-Hum, it's very simple to make it automatic.
CW-Yeah.
AM-And now it's legal.
CW-Huh?
AM-Automatic is legal now.
CW-No.
KW-Legal?
CW-No.
AM-No?
CW-No, you have to have a Class 3, uh, License for an automatic.
AM-Oh really.
CW-That's what (UI).
KW-(UI) wasn't there a bill that was old now.
CW-But that was, that was the assault weapons ban.
KW-Oh okay. CW-And what that was is it banned a certain styles and certain configurations. It didn't really do anything with regards to the number of shots because, uh, a machine gun which is fully automatic, um, that was always a Class 3 thing. You have to have a Class 3 License for that. I think, I don't know who has that, maybe dealers have Class 3 Licenses so they can get a hold of it and sell it to law enforcement and stuff like that. But I mean you're right. I mean you could easily configure it to be automatic.
AM-Yeah. Yeah. You only have to take out some stuff. It's on the internet you can download it.
CW-Yeah. See, so what are you going to Canada for man?
KW-(Laughs) Well guns are available up there easily.
CW-Yeah.
KW-And, uh...
CW-What are the laws like up there do you know?
KW-I don't know yet. I only know from Michael Moore's movie." "CW-The good thing about it is I don't have to worry about the INS myself. In fact, if I want to send my wife back all I have to do is say she's illegal. Check her out.
AM-Oh my God. (Laughs)
CW-They'll see the scarf and just take her away. (Laughter) I wouldn't do that. Not me. She would probably come back and get me in my sleep. (Laughter.)
AM-So that's why you won't do it. (Laughter)
CW-In fact I'm gonna have to lock up her swords."
3-15-05 CW "KW-Oh coming back? I I mean, the more you (UI). I mean, the questions weren't...they were more like uh, "how much did you pay for the tickets?" Just dumb questions.
HM-(UI). That's not really dumb. They are (UI) pay for it.
KW-Yeah.
HM-Did you pay, you know, they were just uh, you working for a group doing something illegal. (UI).
CW-KO...KOBIE was saying that the guy was shaking." "CW-It's all coming together, HM. What are you gonna do about it? HM-I told ya I'm gonna start a militia.
CW-Huh?
HM-I'm gonna start a militia.
CW-(Laughing) You're gonna start a militia.
KW-But I asked the guy (UI) am I on the list, am I on the list.
HM-They don't know, I'm just a middle man.
KW-Then he goes uh, (UI) well, he...I broke him down finally, so was I randomly selected? He goes, no.
HM-Okay. So uh, let's start a militia.
CW-And do what?
HM-(UI) firearms and self defense stuff and plans (UI).
CW-I already know all that stuff, man.
HM-Huh?
CW-I already know that stuff.
HM-I'm just saying, it's not illegal to start a militia here?
CW-I don't know. You have to ask some militia guys.
HM-But where, South...Southwest Texas (UI).
CW-No, it's not...it's not illegal and go to the shooting range. It's not illegal to go to the shooting range (UI).
UM-No, I'm saying (UI).
CW-Oh you...oh you're talking about...
HM-(UI) starting a full fledge militia, compound and all that good stuff. And we'll have armed people guarding those compounds and (UI). We...we're ready to roll (UI). CW-(UI). We won't...we won't let Bambi in, we won't let (laughs)...we'll keep all the...all the critters away. HM-Not really. (UI), people do that all the time, don't they. CW- Well, I know they do it a lot. I don't know... HM-You scared to do something like this (UI)? CW-I ain't scared of nothing, man. HM-Why want (UI)? CW-HM, if you can't keep track of this Palm Pilot, what makes you think you're gonna start a militia?"
3-22-05 CW "CW-So, I mean, in IRAQ I heard that there were, like every household has to have at least, you know, have...has...can have one AK47 for self defense. AM-Legally? CW-Legally. Legally. AM-I (UI). CW-In PAKISTAN it's not like that where legally everybody can own something. AM-No. I mean, legal, I mean, they have to purchase a license and go through all that, but recently, they try to confiscate all weapons, cause they had a lot of illegal weapons. A lot. KW-Well also, like in the Middle East, they're not allowed to have weapons. AM-You cannot have them. KW-Anywhere in the Middle East. CW-Well, yeah. Hey, give somebody in SAUDI a weapon and they'll try to overthrow the government, man. KW-Yeah. that's... But it's always been like that. CW-Man. KW-Even before the...all this mess. AM-The thing is after the GULF WAR, lot of people have weapons. After, especially in KUWAIT. Most of the KUWAITEES have guns. KW-Oh, yeah? AM-But the government can't do nothing. They can do a house search. KW-Yeah. Yeah. A lot of money and time. AM-But, yeah, but (UI) after GULF WAR, lot of people have weapons over there (UI). CW-Mmm. Where are they all getting them from then? I mean, they have to turn up from somewhere. They got them from KW-Black market? CW-CHINA? AM-No, no, dur...it was like uh, during the GULF WAR that's when, you know, the IRAQI'S was giving them...they had uh, weapon. They had left weapons and there was some weapons in the KUWAIT Military Army and uh, and police forces that had all of that, cause KUWAIT, everything was open to everyone, right? So, that's when they had uh, fill of (laughing) KW-wow. AM-But the other countries I don't think uh, most other people have weapons in Dubai and SAUDI ARABIA." "CW-Yeah, I gotta show you something. AM-Where do you get that? CW-I got it right here. Here, there's another one. AM-Oh, my god! Man, that's sharp! Wow! KW-Dangerous, man. AM-Oh, my god! CW-Pretty cool, huh? AM-Uh, what...what do you do with this? CW-Throw it. KW-This is even legal. AM-God! CW-Yeah, it's legal. KW-Three inches, huh? CW-Yeah. Yeah, it is, it's under...yeah, it's under...three inches and it's also uh, it's not doubled edged. AM-Man, you...you just throw it. CW-Well, underhand. Throw it underhand. KW-Oh, you throw it? You can...it's also used for stabbing, huh? CW-Yeah. Yeah, I can use it with uh, martial arts and everything. AM-

(Chuckling) I mean, it's nice. Can spread butter? (Laughs). CW-Yeah, it can spread butter, too. Actually, this could be really good for those desert things that we were out there, you know in the desert and stuff. KW-Oh, yeah. Cracking things? CW-Yeah, cracking things because it's all single tang. AM-How much...how much are these? CW-Uh, I think, well, these are the more expensive ones. They were $33.00. AM-Oh." "AM-The thing is, I...I don't wanna go buy directly from the store in my name. KW-They don't register it. CW-There's a KW-There's a background check (UI). CW-Oh, a gun? Well, just go to a KW-A gun show. They don't keep any records at the gun show. Oh, they don't check now. CW-Uh, I don't know what the laws are right now. They...they may. KW -They're trying to change the law. CW-They're trying to change the laws, yeah. AM-Yeah, but I'm just an international student. KW-Well, (UI), you know, if you thought it does happen. CW-I don't think you'd have a problem. KW-They just look for felonies. CW-That's all they're looking for. Yeah, if you're a felon. KW-(UI) so. CW-Right. Man. KW-It's real easy, you could buy at legal off the streets. AM-Anything legal (UI). KW-Anything you want (UI). AM-(UI) how much is that (UI). CW-Well... AM-Cheapest (UI). CW-...get anything, like what? KW-You got. I can get you legal. Whatever you want. CW-But you can't get...you can't get uh, legally, you can't get uh, machine guns. KW-I don't know. CW-Unless...unless, I mean, unless you have a Class III license. KW-He means...he means, legal as uh, (UI). CW-Oh, okay. KW-You know what I'm saying? I mean, you know, tracked, whereas you can also get where it can't be tracked off the streets. CW-Yeah. Can you get me a Tech 9? KW-Probably, I would if it was possible. Come to the... CW-Man, imagine me packing a Tech 9. KW-Come to the DAWAH house on Thursday for Iftar. He's there. He lives there (UI). CW-Iftar? Iftar. What time now?"

4-5-05 CW "ALI-Legally in writing. In case something happens to this brother and something happen to you, yeah, you (UI), so that it don't get into the hands of people with other agendas man."

4-19-05 CW "CW-Not unless your licensed.
HM-Okay, but you can have one if you're licensed. (UI).
CW-It...it can't be fully auto. You can have one as long as it's not fully auto.
UM-That's correct.
CW-It has to be a semi auto. Huh?
HM-AK 47 I have is legal?
CW-Yeah!
HM-It is legal?
CW-Yeah, as long as it's semi auto. But if it's fully auto, then it becomes illegal.
WMS- CLINTON banned automatic weapons, but ...
CW-Huh?
WMS-When CLINTON was in office, he banned the automatic rifles.
CW-Yeah.
HM-Can you walk around with an AK-47?
CW-Huh? HM-Can you walk around with an AK-47?
CW-No. No, that's a... that's an obvious threat. But a shotgun, you can.
HM-That's right.
HM-I think about doing that sometimes, walking around with one strapped, like on my back (chuckling).
WMS-Why?
HM-Why not? You can do it. You can do it.
WMS-Push the limits, huh?" "HM-The cops didn't tell you to put that gun away? The cops didn't tell you to put that gun away?
WMS-No!
CW-It's legal to carry it.
HM-Are you sure man?
CW-Yeah. I have the laws at home, man.
HM-That's just in Texas though, it's not everywhere..
CW-In Texas.
WMS-Yeah, in Texas. Yeah, you can...
HM-How about a sword?
CW-Mmm?
HM-Can you carry a sword?
CW-No. No.
HM-Those are all illegal in general...
CW-The only way you can...
WMS-(Simultaneously) You can't even carry a knife if it's more than three inches here. CW-The only way you can carry a sword, is if you're on your way to a sporting even with it. Like a...like a marshal arts things. Yeah.
HM-How about a bow and arrow?
CW-Mmm, I don't know. I mean, I don't...I don't see why not. But the type that it ADNAN likes the uh, crossbows or a big no, no.
HM-A big no, no?
CW-Yeah. In fact, you can't even hunt with those unless you have a...a physical...a physical uh, defect or...or a disability.
HM-Can you use one of those?" "CW-We're gonna camp...we're gonna camp out tomorrow night
HM-It's not registered. I have no idea where it came from (UI).
CW-You got one seriously?
HM-Yes, brother.
CW-So, it's legal then. It's legal then, as long as you bought it from the guy.
HM-Yeah, but I don't know where it's registered. I have no idea.
CW-Does it have...does it have numbers on it?
HM-No, it has nothing.
CW-Somebody sanded it off the numbers.
HM-I'm sure we can send...there's no...I don't know where they were even at. You can't tell where the numbers were. Nothing (UI).
CW-You would know if it was taken off. You'd be able to see it see it scratched off.
HM-How would you know (UI)?
WMS-Good.
AM-What?
HM-I couldn't tell where the numbers were.
CW-Are you serious? You have one? WMS-Really? HM-Serious, yes.CW-No. HM-Yes, he does. CW-I didn't know he had any. WMS-I think he does cause he told me a long time ago he did. CW-So...so bring it. Bring it and I'll claim it...it's mine.. HM-You'll claim responsibility."

5-17-05 CW "KW-You know they're gonna make it illegal to, uh, vitamin supplements. AM-Really? KW-Mm-mmm. CW-Why is that? AM-Why? KW- I mean, not...not for the government regulated, but like if you wanna get more (UI). AM-Yeah, (UI). CW-Why? AM-Why? KW-I think they're just passing the bill. AM-I mean, (UI) should have a pretty good reason to. KW-Act...Act of Congress is (UI) is just like a world global thing. AM-Oh, really? (UI) why? (UI). KW-Cause you know the FDA has a certain daily amount of dosage you can get (UI). Like if you buy it from the store here. AM-Yeah. KW-They have (UI), they go by the FDA regulations. AM-Oh. KW-But if you wanna go beyond that, (UI). CW-Mmm. I wonder why that is. KW-(UI). And...and that dosage that the FDA uh, gives, isn't always appropriate for that specific person's needs. You know what I'm saying? CW-Yeah. KW-Each person is different. AM-Yeah. KW-Like you may...your body may take a certain amount of Vitamin C, but I may require more. CW-Right."

5-20-22-05 Sess. 9 CW "CW-Well, I'll tell you about the ammo. This ammo is military issue, ammo. This, this will, pierce, armour. Like those, those, like the U. S. soldiers, that wear, you know, the Kevlar and all that? KW-Yeah, yeah. CW-Yeah. These will pierce a bullet-proof vest. Okay. And this is standard, this is uh, like NATO issue. KW-Oh yeah? CW-Yeah. This right here? This green thing? That uh, that's just covering up a uh, steel, a steel core. (Coughs) HR-Wow. CW-There's steel core in there. KW-Oh, so this is, this is uh, you have the brass, uh, steel here and there's a different metal here? CW-Yeah. That's a steel core, so... Um, what it does, you know, a-a normal bullet will mushroom and that's how the bullet-proof vest will stop it, right? Because it'll mushroom and it'll, it won't go through the vest? This right here, it won't mushroom, it'll stay sharp. KW-Oh. Interesting. HR-Pretty intense. CW-They're perfectly legal to buy, any military surplus store. That sells ammo. HR-How many rounds is this? CW-Thirty round. HR-Thirty. Oh yeah, I should know that. CW-Yeah, you should know... (Laughs) I was just thinking that... He play, he plays COUNTER STRIKE, he should know that. So... Man, dude, you in IRAQ, are you in AFGHANISTAN, you get a hold of some of this stuff, you can do some damage. KW-Cool. CW-Do some damage. HR-This stuff must be, really valuable right now, isn't it?"

5-20-22-05 Sess. 11 CW "RANDY-Little orange disc. HM-Oh, you're gonna shoot here. CW-Yeah. HM-Is that- that legal? RANDY-Yeah. CW-Oh, yeah. RANDY-And see. You don't have to clean up a mess because the fall in the water and they just disintegrate. CW-Disintegrate. RANDY-Yeah, yeah. They just made of clay. So. HANY-This a poisonous snake?"
6-4-05 CW "KW-Me and MALIK were talking and he was talking about how Muslims be scared to come out here you know. We were talking about that if you ask, hey you want to go shooting? Nah, I'm not going out there. Somebody might turn you in. CW-(Laughing). KW- . AM-(Laughing). What if come on man let do it any way. CW-Yeah what the...what are they gonna do? It's legal. KW-But the thing is that there so freakin scared. There's nothing to be scared about. CW-Yeah. AM-They just take everything to...I don't know really. KW-And these people got we got beards and like they look like Muslims but they're not. AM-Man, I hate to be on so many like...people like that. Don't do this. Don't do that. CW-I think that most people tend to not, not make judgements. You know?"
6-28-05 CW "KW-RADWAN didn't fire him.
CW-Well the by...
KW-Oh (UI)
CW-..the by laws...
KW-(UI) people...
CW-...the by laws were not followed.
KW-Yeah, they did everything illegally.
CW-And, and you have to have certain signatures for that to take place and you have to check with, you, you have to run it by the uh...
KW-Who are they to say he can't pray in the masjid?
CW-(UI) That's what IMRAN GHAZI tried doing." "CW-You shoulda given the one without numbers to us. We woulda dealt with it. Promptly.
HM-But I think this one was smuggled in from Egypt. (UI) the whole story (UI)
CW-But nah, I don't know man, it's, even so it still should have numbers.
HM-Yeah. Should be ok (UI) At least it's a little better than what I have.
CW-Oh the one that, the one that you have now with the numbers is, is, you're saying is from Egypt?
HM-Yeah.
CW-Oh, ok.
HM-But I might get that one. Maybe I'll bring that one.
CW-That'd be cool.
HM-Is it illegal to own a, an automatic?
KW-Automatic's illegal.
CW-Unless you have a class 3 license. But we won't tell.
HM-But (UI)
CW-Huh?
HM-(UI) to it?
CW-Obviously. HM-But semi-automatic is pretty much your (UI) rapid fire on there too.
CW-No.
HM-(UI) pull the trigger each time.
CW-Yep. The only thing is that when KOBIE and I and ADNAN were doing it, you couldn't tell a difference.
HM-Same time?
CW-Because we were good. We were that good. Yeah. Nobody would escape."
7-12-05 Sess. 1&2 CW "CW-Man, I'm ready to cap off some rounds. I want to get a new gun someday, soon.
AM-Which one?
CW-M-4. Smaller, same type of rifle, just smaller. A lot more options on it.
AM-You have options on those? What kind of options?
CW-Sliding stock, flash suppressor, options that used to illegal that are not illegal no more. What else do we need?"
7-26-05 CW "CW-Right, but they said he was on a terrorist watch list on BBC.
HM-Is he Muslim?
AM-No.
CW-No. He was BRAZILIAN. He was a BRAZILIAN electrician who was just happen to be there illegally so when he saw the cops....
HM-Yeah?
CW-He turned around and ran towards the subway. They shot him.
KW-Five times.
CW-They shot him dead.
AM-They shot him dead. I mean once...they shot him first."
8-2-05 CW "CW-In Illinois you can't carry at all. And you - and - and if you do, if you are carrying it like in your car, ammo's gotta be in the truck.
KW-Ooooo.
CW-Gun's gotta be broken down. And it can be within arms reach.
KW-So, when I carry my rifle in my truck, I have it loaded?
CW-Mmm, hmmm. And uh, in Texas? I don't know if you can have it loaded or not.
KW-Okay.
CW-But you can st - you can certainly carry it in your truck and have the ammo nearby.
KW-Yeah, yeah.
CW-In Texas, there's no real law in that (UI).
KW-Yeah, I always keep it in the glove compartment if I'm, or separate I never have it loaded.
CW-Yeah. I'd the way you were carrying it, a big gun was legal.
KW-Okay." "KW-It's a big thing on the window. I'm like man. I'm (UI) walking in with (UI)....(Laughing) (Laughs) So, yeah....
CW-But, see that's not a legal sign.
KW-Oh, yeah.
CW-Yeah.
KW-It's like a laminated...
CW-So, in other words I - I mean I couldn't get in trouble by the law.
KW-Oh, yeah.
CW-They c - they could ask me to leave. If they found out that I had one. They could ask me to leave. And that - that would be their right. They could have me removed. KW-Yeah.
CW-Even, but a legal sign there's a certain way that you have to sign and it has to be in the outside of the building, before you enter.
KW-Yeah. I've seen those.
CW-Yeah, and - and it has to be a particular sign otherwise it's still not legal.
KW-Right.
CW-Like if you go on the um, um Metro Bus. They have the - the legal sign but they have is shrunk. That may - that makes that signage illegal. That means I can still carry, because that sign is not legal. Even though....
KW-Metro will know this, right? Metro will know this?
CW-They know that. But they do it to intimidate people.
KW-Ahh.
CW-You know. But - but you can carry on a Metro Bus.
KW-Ahh. Good.
CW-Yeah.
KW-Cool. CW-So, I don't care about that, what the heck.
KW-Yeah. I'd like....
CW-What do you think you're gonna do when somebody walks into the masjid shootin' people in the back making Salat?
KW-I know.
CW-Who's gonna stop that?
KW-Yeah, yeah, I know. I know.
CW-That it's - it's - it's the stupidest thing." "CW-I tell you what though, if, if there's a way to get to Europe, or even Africa...

KW-There's a way.
CW-There's gotta be a way to get around.
KW-Ship.
CW-Yep.
KW-By boat.
CW-Ship and a little bit of hard cash just some uh, some guy to ignore you... You know?
KW-Yeah. I mean uh, illegal immigrants come over here all the time. It should be easy man.
CW-Illegal immigrants from over there come over here all the time too.
KW-Yeah, that' what I'm saying that it should be simple. I mean. I mean you know like how Mexicans get over here. Just pay some money.
CW-Yeah.
KW-I mean it's life threatening, it's a risk but...
CW-It's a risk you gotta take in that situation. No matter what your life is threatened."
8-9-05 CW "CW-You, you could probably do that as a job.
AM-I don't know if it, what, what's it gonna be used for? Getting high? Then it's just haram!
CW-Selling, I don't know. How, how do we know it's not going for medical purposes? We don't know that.
AM-Yeah you know you have to find out.
CW-Opiates. I mean the U.S. government has all kinds of derivatives of Opium. For pain, pain killing. So you know other governments use it so how do we know it's going for illegal?
AM-Yeah but yeah you should find out where your destination's gonna be like (UI)
CW-Why find out? Don't ask questions.
AM-(Laughing) Be on the safe side.
CW-Trust in our Muslim brothers. Ahh we do need to be going."
9-13-05 CW "CW-And SHAIKH, SHAIKH WALEED was apart of that? KW-Yeah SHAIKH WALEED was part of that.Saudia Arabia. I mean they had.top.top.
AM-Yeah they had a big riot. I mean people, people.people funded by the SAUDI consulate in embassy.
KW-And.the government just shut everything down. Nothing exists. All sorts of schools and charities and. And uh there was some young brothers who were playing paint-ball and they got accused for having training
AM-Training.
KW-An A-Qaida training camp. So they and this is what this wasn't in the news. This is what MUJAHID told me. That SHAIKH WALEED is close to ALI TAMIMI. You know you know the people of knowledge and they they know each other very well. Well.these youths were coerced in saying that ALI TAMIMI is their spiritual leader. So by the.you know.the law enforcement. So they.said it to get some time reduced or whatever. So now ALI TAMIMI is facing life in prison.
AM-That's you know.I mean.these are difficult times.
CW-And, and how did.how did SHAIKH.
KW-And just for playing paint-ball.
CW-How did the SHAIKH escape all that?
KW-Who?
CW-WALEED. How did WALEED.
KW-SHAIKH WALEED wasn't apart of that.
CW-Oh.
KW-But.he.you know talking to ALI TAMIMI through the whole process.
CW-Oh, oh I see.yeah because that's.yeah.
KW-The lawyers you know
CW-Right. KW-He saw the whole legal.SHAIKH WALEED saw the whole leading.legal process.and MUJAHID was like.there is was not out of it because.they just create a situation and.you're.closed off.
CW-WALEED, WALEED's into that sort of thing. Even if they're deviant he wants to have connections with them.and talk with them.because they're under, they're under scrutiny and oppression."
9-17-05 Sess. 5 UCE "KW-They had some Mexicans to beat up (UI) over at (UI).
UCE-Gotta love South Texas.
KW-(UI).
UCE-Gotta love south Texas. When you want somethin' done you find a Mexican that can do it.
AM-(UI) I think in Dallas. What they did they had the tire shop. They burned their own tire shop (UI) and made a video.
UCE-That they had done it?
AM-Yeah (UI) person and stuff.
UCE-You hired some illegals?
AM-To claim insurance
UCE-Yu hired some illegals to steal? I know you don't understand the words that are coming out of my mouth but you stand right there I'm gonna take a picture that's bad.
AM-(Laughs).
KW-That's dirty man"
9-20-05 UCE "HM-As long as it's full and he's smiling the grade is uh....
UCE-(UI).
CW-You know you can fish with a bow and arrow.
AM-Yeah. UCE-You got a good line hooked up to it.
AM-Yeah.
CW-Yeah. That'd be cool.
HM-(UI).
UCE-As long as you can see the fish.
CW-Huh?
UCE-As long as the water's clear enough to see the fish.
CW-Yeah that's definitely not Willis.
AM-Not Willis, not Willis.
HM-(UI).
CW-Not legally." "CW-Really, I think I spelled it wrong.
UCE-I know you spelled like UCE faith or something.
CW-Cause I wanted to make sure that I...that I... UCE-Or like ABDUL in front of my name.
AM-And what's your last name?
UCE-Mohamed.
UCE-And that's legal. I don't have any one of those government names anymore.
AM-Hum.
UCE-I got rid of that a long time ago.
AM-You've got a Houston number, so you are moving to Houston."
10-4-05 UCE "KW-Oh yeah, yeah. The training camp in Sweden. CW-It didn't come up. KW-It didn't CW-No. KW-I think the site is down CW-Really? Yeah, I did a search on it and I was able to gleen some information based off some other people's writing off of it, KW-Uh huh
CW-But I couldn't (UI)
KW-Pretty interesting, huh?
CW-Yeah, yeah.
KW-It's legalized too.
CW-Really.
UCE-Usually when they say it's legal they talk about Marijuana.
KW-(Laughing).
UCE-I'm saying usually when you see that on the site, cataract.
KW-Go to what HANY (UI)
UCE-Training camp (UI) KW-Huh
UCE-You said a training camp was legalized."

10-25-05 UCE "HM-You're not going to move there. What are you going to do there CW?
CW-Dude if I'm in Beirut I can do anything.
HM-(UI).
CW-If I want to go to Afghanistani.
HM-Something legal. Can you do something legal?
CW-All I have to do is just go like this. Hitch hike.
KW-(laughs)
HM-No seriously so she would be going here first. You can't go there start all over, you have to make money, and provide for her.
CW-I told her that.
UCE-That'a (UI), he can teach motorcycle riding in an American School.
HM-(talking to UCE) You have a motorcycle don't you. CW-Yeah I do.
KW-He's a truck driver, those jobs are everywhere.
HM-The man gets paid nothing though.
KW-What's the rate?
HM-Even Doctor's don't make money. Doctor's make the same amount as People who clean the streets.
KW-Yeah I know.
HM-I'm not saying it's bad, a job is a job is a job. But, I'm saying
CW-My whole issue HANY is not a geographical issue.
KW-Wait, wait (UI) he's white and he's American.
HM-Oh maybe you can teach. Maybe you can clean up (UI).
KW-That goes a long way" "HM-Muslim hillbilly's shooting in the woods.
UCE-We're not outwardly obvious either. KW-Yeah.
UCE-(UI) automatically because, AM looks like Mexican.
KW-Well the thing AM I'm sure that's who I'm worrying about too.
CW-Uh.
KW-He's on a visa. They can take that away from him at any time.
HM-Is it illegal to shoot off your guns if you don't have a license.
CW-What!
HM-Shooting, the way you guys shoot in the woods and stuff, is that illegal?
CW-Unless you got a, unless you have a fully auto.
UCE-Private property.
KW-It's private property.
UCE-It's private property.
KW -If you go and buy the property out in Hill Country you can go hunting on It, it's your property they can't say anything. Cause it is your property. You paid for it.
CW-(UI)
HM-But then a shotgun, you don't have to have a license for it?
CW-No!
HM-Just carry it on you.
(They are all talking at one time) KW-No no no. You don't have to get a license for any gun except for a hand gun, except for concealed.
HM-A handgun you need a license for.
UCE-When it's concealed.
CW-Only if you conceal it.
KW-Only if it's concealed. You can go to Academy right now and buy a hand gun.
HM-But I can go to the, I can go (UI) and walk around with it?
CW -You can buy it and they will ask you if you want some ammo to go with That and everything.
HM-And I can put it right there on my holster and walk around with it.
UCE-As long as it's not concealed.
CW-No.
KW-No all they do is a back ground check
HM-Concealed means (UI).
UCE-Right,
KW- Right
HM-So I can walk around
UCE-Like he has his.
KW-He has his.
HM-So he can have it out and let it be seen, you couldn't do that (UI).
UCE-But it's not a good idea. But you can. KW-Yeah (UI) look like walking down the street with a twelve gauge shotgun. (Laughing)
CW-Yeah, see how fast you get picked up.
HM-Not holding it, I'm say...
UCE-Technically you can, but it's not a good idea, but technically.
HM-You got to like safely you know, buckle it in with a holster and everything.
CW-Let's just say that you are walking (UI)
UCE-I wouldn't do it but you can. But I wouldn't do it that's all I'm saying.
HM-Like walking (UI) with a shot gun on my back.
UCE-No, because stores a lot of time sell, sell liquor and stuff like that and (UI) sign.
KW-But it has to be an official sign.
CW-Yeah, it has to be a (UI)
KW-A lot of the time like at the Masjid they have these list of no guns and people
Still walk in. And if they take you to court they can't, they'll lose. Because it not a official.
HM-How do you get an official sign.
CW-It has to be a specific letter and ah, specific ah, phrase that is out of the
Texas code. And it also have to be a certain size, the sign has to be a certain
Size if it is smaller, if they shrink it down then its illegal, it's not applicable. Like for instance if you step on a bus, a metro bus they have the sign exactly like the Texas code says but they
HM-Stop -N- Go's. Stop -N- Go's.
CW-I'm talking about the the particular sign there is one kind of sign that it
Authorizes. On the metro bus they shrink it down really small. But I
Still can carry concealed on there, because they shrunk it down illegally.
It's not illegal if it's not (UI)
But if that sign were the right correct size then they would put it on a building like let's say La Madeleine, then I couldn't walk in concealed. Now the Stop -N- Go's they have a sign that says "no unlicenced hand, hand guns are allowed (UI).
HM-(UI).
CW-At all the Stop -N- Go's.
UCE-I think ah.
CW-Or if you just put a sign like where we (UI) that says no hand guns (UI).
UCE-I think we will be OK, as long as we don't cause any attention or have the wrong people around us.
KW-Mmm hmmm
HM-(UI)
UCE-You have to forget the Black Man rule that you will also face You have to face the Black Man rule here in Houston. (Laughing) It will be like oh ok, (UI)
HM-Nah, I'm not.
UCE-You want to go to Harlem and try that, I'm with you. But ah, you will end up ah. HM-(UI) in this bucket it looks like little Mace.
KW-So tell them you (UI) jack your car. You can chase them down.

CW-Yeah, if ah if if somebody tries to car jack you. If they jack you right and they take your car, you can legally run down the street shooting at them until they stop. Legally. And if it's at night time (UI).
HM-You can throw mace at them and stuff.
CW-Uh-huh.
UCE-You have a licence to throw that grenade huh?
HM-How about I just let them take the car (UI) insurance, is that a good action?" "KW-Cause then you can get more families in there.
CW-I'd do it.
KW-You can get more families to move in. Plus you can.
CW-You can enlarge it to use it like a ah, arms area.
HM-No arms this is a gun free zone.
KW-You can buy like a twenty unit complex
HM-I'm gonna get like I'm gonna get the signs you're talking about, the official signs everywhere.
(laughter)
KW-You can get a twenty unit complex.
UCE-They are going to put us out.
HM-(UI)
UCE-Right. (laughing)
HM-They closed the store and they were gone (UI).
UCE-They spent the night. HM-No, but if it wasn't for their Dad, the other didn't come he wouldn't...the only way to get out was to break a window.
UCE-Wow.
CW-See look.
HM-Is that real? Is that legal, legal.
CW-People think (UI) now.
HM-See I'm a licenced professional.
CW-Ok. Are you licenced?
HM-Yeah.
CW-It makes a difference. It mean you can't, I can.
HM-In some areas is it really against the law (UI) a licence.
CW-Yeah.
UCE-You can choose not to want it in your place.
HM-Huh.
UCE-You can choose not to want it in your place, that is what they are doing.
CW-In this case they don't mind if you have one."
1-10-06 UCE Mag "UCE-Yeah no more than fifteen minutes away some place that's not a big inconvenience to get there.
CW-Or you can always hire somebody in the area you know a farmer close, that's close by and take care of it, that's what we used to uh...when I was in Illinois we had our own farm and we were never there and we just you know hired one of the local farmers to just go there and take care of the place (UI) watch over the place.
UCE-Here in South Texas you can get you, get you an illegal to work it (laughs).
CW-There you go.
UCE-Cause what you'll probably do is like one, one goat a month...(UI)."
1-13-06 UCE "MS-I mean I guess if you're like far, like away for sometime like you don't know them that much. I don't think that it will be that hard. Like you know someone so much.
CW-Look I have three.
KW-Ah, ah., this is kind of weird.
UCE-The same genes
CW-I have three really hot cousins man.
KW-Say what?
MS-There is a bonus in Islam at least that's legal."
1-14-06 UCE "UCE-Alright you guys wanna shoot, you guys wanna shoot first?
MS-Wake up this family there.
UCE-Ok, then you wanna do the stuff without, without the bullets first?
CW-That's probably best to start off with.
UCE-Yeah.
MS-You mean the silencer?
UCE-No, ok everybody.
MS-Now we can have one.
UCE-Everybody grab.
MS-Legally. (Laughs).
UCE-Quit stepping in the fire dude. Ok, everybody grab...
CW-Oh man KOBIE!!
UCE-Grab a uh, grab a gun. Oh, he's still cookin' eggs.
MS-Grab a gun? What you guys have a store here? Of guns.
UCE-Yeah, CW.
CW-Huh. UCE-CW.
MS-How many guns do you own?
UCE-Uh.
CW-That's classified information.
MS-That's just like Doctor AYUB man. That guy went crazy when you got like, his first gun.
UCE-(Laughs).
MS-Started buying out guns. I haven't seen like his collection, no, but, he was telling me. Said OLYMPIA is not as the same as TEXAS (UI) (Laughs). He's like and I never gotta pull those babies out anymore. I can't do it as much now but. " "CW-KOBIE becomes possessed with a gun in his hand. We don't want that.
MS-(Laughs).
CW-Maybe I left them in the car. UCE-You got the lightest one. MS-Yeah, feels pretty light when I picked up that first one (UI). UCE-Yeah, this one's heavy. ADNAN'S gonna be sore. MS-The heaviest. UCE-It's pretty heavy. MS-Compared to this. UCE-It's heavier. Got all this extra barrel. MS-Yeah. Longer barrel too. UCE-After an hour of holding this thing up Much longer. MS-Is there like a certain limit you can't pass? UCE-That's about as short as you can go legally. Probably 21 inches I think so. Put your case or anything inside or you ok with your case like that? CW-Put the gun in the car. Just locked it up. " "UCE-We got up, ate a nice leisurely breakfast, didn't do anything. We were out for like an hour and a half and you're acting like you gotta take a break for like... MS-It's just ADNAN man... UCE-Come on. MS-His gun was too heavy for him. UCE-Come on. (UI) that far away. Not until we pull out the sniper. Right now this is all gonna be 50 yards or closer. We don't need that. This is 50. You can uh, put that one over there over to the side 'cause that's, that's pretty much uh the show stopper there. Legal age for what? MS-Handling a gun. UCE-18 for a handgun." "KW-Sniping for a long time with this much ammo. CW-It's a..the deal is uh, what it was is that you couldn't have a combination of a certain amount of things on your gun. MS-Oh. CW-Any three of that combination then it was illegal so you could have like two. So they. UCE-Now I get your text back." "UCE-(Laughs). That just doesn't sound right. CW-Whatever. UCE-Hey, I didn't say it. They can shoot but we can't, huh. AM-(Laughs).
CW-Sounds like automatic fire. AM-(Laughs). UCE-Put some of that dishwashing liquid on your tent there man on that blood spot. You know what man? I'm surprised they didn't ask, "Y'all the TALIBAN?" I was waiting for it, yeah. All that plus all the names. I was waitin' for it. KW-Your name legally, um you changed it legally? UCE-I was always UCE. I just changed the last name. KW-Oh, what did your parents say? UCE-Yeah, I was born UCE. KW-You born a Muslim? UCE-I was born UCE, technically I was supposed to be Muslim but I wasn't. We all was born Muslim. KW-Yeah, your parents... UCE-I was supposed to have been but... KW-Your parents were? UCE-Uh my dad was supposed to have been but uh, he wasn't very practicing. KW-Oh ok. UCE-But you know, one of those type. KW-But he took shahada. when you were born huh? UCE-He did that all the way back when but uh, he wasn't practicing, like I said. "
3-11-06 UCE "KW-You know the (UI). In America it's saith that if your parents came over here illegal and you was born here that you don't have American citizenship. MS-That's kind of. UCE-That's of. MS-Make sense. UCE-That's kind of right. MS-That's kind of make

sense. UCE-That's right we can't sneak into some company, country has some kids and they just. KW-Ok. I understand like the aspect of like they been here for sometime and you haven't kicked them out. Ok, that might be wrong like after a certain age. AM-But, no, no, no.
UCE-It's different if they are over here on a visa.
KW-Even if that child grew up here and he is in high school now. MS-Yeah.
KW-How are you going to kick him out.
UCE-It has nothing too do with the limit it is.
MS-They said that they should have a limit.
KW-Huh.
MS-Maybe he's twelve or something then he got a limit.
KW-Well they didn't mention any limit.
UCE-But, but, you are looking at it the wrong way though.
KW-Yeah.
UCE-Because you and I can not go over to say, United Arab Emirates which is a rich place right. We can't just go over there and be like, mom and dad.
MS-Most Countries in the world you can.
UCE-Nah. Nah.
KW-No.
UCE-You can't.
MS-If you was born in that Country.
UCE-Some Countries you can.
MS-You have a choose.
UCE-Some Countries you can. MS-To pick that Country.
KW-Not Arab.
UCE-If, if your parents, if, if your parents are there illegally.
MS-If you're Muslim.
UCE-It's different if they are there on a visa" "UCE-Because " Oh, that's the one who's daddy shot the President.
KW-Well I mean socially.
UCE-He wants, he wants that job huh.
KW-Socially they will have issue probably.
UCE-Uh-huh.
KW-But, from a legal aspect they can't do nothing to the kids.UCE-Right.
KW-From a legal aspect.
UCE-Right.
MS-If they are under eighteen they will.
UCE-They may not, they may not go to prison or anything like that but, the rest of their life it's going to be miserable. You know it and I know.
KW-Socially, the neighbors will screw with them.
UCE-Uh-huh. They go to put in for something and automatically gets like denied think about it.
MS-Isn't life terrible?
UCE-I had a four point 0 and I couldn't get into Harvard. What happened?
KW-Ok, Yeah. There maybe things, not blatant but behind the scenes.
UCE-Very blatant stuff that's the same thing.
MS-It will be blatant.
UCE-And I'm saying, you and I if we want to go to pretty much any other Country it would be that same junk.
KW-Yeah, you right Middle East they got some weird crap.
UCE-Yeah.
KW-We're Muslim that's the sad part. UCE-Yeah.
MS-Hey, man go to Saudi Arabia I hear ah, resident (UI). No even marrying one of the locals (UI).
AM-It's only worse when you ah.
MS-Oh, royal local.
AM-Female, no ah, female born female marries.
MS-A born female marries then that's different (UI) you and me. Born female, females is a different story.
KW-You want more women in the Country huh.
MS-No, I mean the Saudi Arabia will be like they'll go and they'll go to Lebanese (UI) where generally women are more beautiful and marry them and come back.
AM-Not because of that.
MS-Yeah, dude.
AM-No,
MS-And because of their modernistic look.
AM-Some of these women has and attitude."
4-6-22-06 Tel CW "CW-She um...call the police on um...on uh...BRAD. You know BRAD.
AM-Who?
CW-The kid's father?
AM-Yeah. CW-Their kids were over at...at his house for a visitation...regular visitation...and out of the blue, she called the police and said they're being held captive.
AM-You're kidding?
CW- Mm-mm.
AM-Man.
CW-She's on the edge. It's kinda sad. But uh...yeah. He, he...legally he has custody of the kids. He can keep the kids if he wants to...according to the law. You know? Um...but she's ramping up to try to change that.
AM-But that's gonna hurt. I mean uh...if, if she did that, that's gonna count against her.
CW-Yeah. He called me the other day...to talk about it. I'm gonna try not to get in the middle of it though.
AM-But I think she needs help then.
CW-Well obviously she needs help. I told her that (UI).
AM-(UI).
CW-She needs, she needs more helpcoping with what's happened since...."

Recreation

3-1-05 CW "*CW-In fact I'm gonna have to lock up her swords. AM-What happened to my sword or dagger or whatever? CW-Your dagger. It's practically a sword it's so big. AM-I know that's why I said sword. CW-Still have it at home. AM-Untouched? CW-Untouched. Safe place. Safe place. We still have to sharpen it and stuff. So.* ***In fact, we've got to go camping sometime.*** *AM-Yeah inshallah*"

3-15-05 CW "***CW-Yeah. Yeah. Hey, AM? You going camping this weekend?***
***AM-Yeah, I'm going tomorrow. (UI).***
***CW-I forgot the uh, MRE's man. I don't have them with me.***
***AM-(UI) come tomorrow, right?***
***AM-Just bring them tomorrow.***
***CW-Yeah. Where you going?***
***AM-I'm going to uh, BASTROP. There's a park down there state park.***
***CW-What?***
***AM-MEADOW or something.***
*CW-PAL MEADOW?*
*CW-A big park I think.*
***CW-Who you going with, your cousin?***
***AM-Uh, one of my cousins going to come from AUSTIN.***
***CW-Oh, he lives in AUSTIN?***
***CW-So, it's not too far for him.***
*KW-I have no idea.*
*AM-No, the thing is, I just like (UI) for two days (UI) thing (UI) tomorrow. (UI) tomorrow.*
***CW-So you're camping at PAL MEADOW tomorrow and where else?***
***AM-Yeah and uh, WOODFAIR. It's close to the BASTROP (UI).***
***CW-Okay. So, I mean, it's...that's real camping, man.***
***UM-I know (laughing)***
***CW-You don't stay in one spot too long.***
***AM-I love it (UI).***
***CW-I wish I could go with you, man. I don't have that time off. I don't get my vacation until...***
***AM-Where you going? I'm going like uh, tomorrow I'm gonna go to a place that's close to SAN ANTONIO.***
***AM-And day after tomorrow (chuckling) I'm gonna go to a place close to AUSTIN.***
***KW-(UI) just don't go by the border.***
*CW-(Chuckling) Yeah. I know.*
***CW-See, I don't get my vacation until uh, late June.***
***AM-Late June? (UI).***
***CW-So you guys...you guys, you wanna go?***
***AM-Yeah. Yeah.***
***CW-We can go camping after that for a week or so.***
***AM-Let's...let's go...let's go camping to somewhere in COLORADO.***
***KW-(UI) around BIG BEND.***
***UM-No, no. Let's go to this place...***
***CW-(Chuckling) I know.***
***AM-Let 's go to COLORADO or somewhere.***
***CW-COLORADO?***
***AM-Yeah. It's gonna be cold over there.***
***CW-For a week?***
***CW-We could probably do that. We can...we can do that probably.***
***AM-Well, let's go.***
***CW-Maybe.***
***AM-Up in the mountains.***
***CW-That would be cool, but I don't like bears, man.***
***UM-You...bears?***
***CW-And I can't carry my weapon up there either.***
*AM-Yeah.*
***CW-So what good is it gonna be if the bear's coming at me and I don't have a firearm, man.***
***AM-Um, the bears don't come. There's a lot of people over there, man. Bears don't always come there.***
***CW-So what, the bears gonna say, "well, there's a lot of people, so I'm not gonna go after CW."***
***AM-No. They aren't that bad.***
***CW-(Laughs). How many bears have you wrestled with, man?***"
***"CW-Tell me when you wanna go bird hunting, man.***
***AM-Whenever the season is...***
***CW-I'm...I'm not gonna buy a guy, so until we go bird hunting.***
***CW-And when, September you said?***
***CW-I don't know. So you can go skeet shooting now. They have it over there at the AMERICAN shoot centers.***
***AM-For some...some (UI) they have open season all year long.***
***CW-I don't know. I really don't know.***
***CW-No, I think there's specific seasons for that, man.***
***AM-All the regions?***
***CW-For duck...duck is duck hunting is not easy. There's something that you really have to be prepared for. A lot involved with it. (UI) dove, quail uh, I don't know if they have pheasant hunting down there. That'd be cool.***
***AM-Mm-mmm. How...how's (UI) coming down?***
***CW-Roughly the same. But it...it's a matter of getting the bird, because duck hunting you have to go out into the water. You have to wade out in the water. You have to put up blinds, you have to, set up decoys."***
***"CW-That would be cool, man, if we could go up there. COLORADO is beautiful, man.***
***KW-Yeah, I hear. I hear. Do they have snow there?***
***UM-I don't know.***
***CW-In the mountains they do. Yeah, and...and it's not all that hard to access the mountains.***
*AM-Give him a call(UI).*
*UM-I did my (UI) there.*
***CW-Oh, they have some nice (UI) national parks. Yeah. It's beautiful there. I think it's only like 900 miles from here"***

***"CW-Did you go running uh, Monday?***
***CW-Shame.***
***CW-A shame.***
***AM-How about you?***
***CW-Yeah.***
***AM-Are you running?***
***CW-Yeah.***
***AM-Really?***
***CW-Yeah.***
***AM-I've been doing other stuff (UI). But yeah, I mean, I cycle on Sunday.***
***AM-And then I'll do at least 20 push ups everyday.***
***AM-And I'm doing the sit ups, at least 30 a day.***
***CW-But you've gotta get your heart rate and your lungs...***
***CW-...your lungs going a lot.***
***AM-I mean, I'm going hiking, I mean, two...two days I've done a lot of time I go with my son.***
***CW-You do a lot of hiking?***
***AM-But don't (UI) MRE's, because, I'm not...I'm not planning on taking any food with me. Just water (chuckling).***
***CW-Well, be sure uh, be sure to get up and call me if you can't..."***
***"CW-Have you flown your plane yet?... You know he bought a plane. KW-A plane (UI). CW-Off EBAY. KW-A real plane. AM-Radio controlled. KW-Oh, I thought you meant real. AM-Come on."***
***"AM-HM. HM-Hum. AM-Get some exercise."***
***"CW-Are you serious about COLORADO?***
***AM-Yeah, of course, I am.***
***CW-Do some research in uh, some of the parts in the south part of Colorado.***
***AM-South part of Colorado?***
***CW-Yes, the south central or southwest.***
*AM-Okay. Yeah, that's (UI).*
***CW-And its got the mountain regions, canyons and all that.***
***AM-Yeah.***
***CW-Or the northern part of Arizona.***
***AM-I don't wanna go where you have snakes and (UI).***
***CW-You're gonna get snakes no matter where you go.***
***AM-No, but not in COLORADO in the mountains.***
***CW-Yeah. Snakes are everywhere, man.***
***CW-Snakes everywhere.***
*UM-No, no. There was a (UI).*
*CW-Let me know. And...and...*
*UM-I...I'm seriously thinking (UI).*
*CW-Okay.*
*AM-See, I think (UI).*
***CW-The one...the only thing is I can't carry concealed there, so.***
***AM-Okay. That's cool.***
***CW-You might check uh, firearms laws too.***
*AM-Okay.*
*CW-(UI) just (UI) or if you find a sight like a state (UI) site.*
***AM-There's a new website. It's called the RESERVATION USA or something. Reservations (UI) Texas***
***CW-Yes. The problem is, man, I wanted to go back down not to BIG BEND pre se, but I wanted to go back and...and check on those uh, Apache Indians."***
***"CW-Yeah, so...so...KW-Yeah, he...CW-...so he wants to go to...go to COLORADO instead. I guess that's what we're gonna plan on doing. AM-COLORADO is better because I mean, if you got...CW-If you, like I say, find out some laws, because I don't feel like going some place I can't carry it, man, defend my self. AM-(Chuckles). You've (UI) can't do without CW-Shoot, you never know who's gonna come up on you. AM-Come on man, (UI). CW-Somebody like HM, might sneak up behind you or something. AM-Ni...ninety nine percent of people don't carry, man (laughing). UM-I don't believe it."***
***3-22-05 CW "UF-How was your camping? AM-It was exellent. CW-Yeah, they even got somebody lost in the woods. AM-(Laughing) That was the best part actually. CW-(Laughing) That was the best part. I don't know. "***
***"AM-We have a camp fire in the camp (UI), man.***
***CW-Yeah?***
***AM-Usually, I mean, many state parks don't allow you to...***
***CW-I know.***
***AM-...to (UI) your campfires (UI).***
***CW-I know.***
***AM-Cause I...I've been to camps in TENNESSEE and KENTUCKY that don't allow you to.***
***KW-Oh, yeah?***
***KW-But in TEXAS, you can do anything** (UI).*
*ADNAN-Yeah.*
***CW-Mm-mmm. I know in COLORADO if we go there we probably won't.***
***AM-COLORADO, right?***
***CW-Cause they have problem with fires up there.***
***AM-Yeah? (UI).***
***CW-Well, in...in TEXAS, there are certain times when you can't do a fire, I think, too, in some of the parks.***
***AM-Yeah. Yeah, but here, they have a nice...***
***CW-Especially out in the desert.***
***AM-...a nice ring and stuff like and...***
***CW-Really, they had a ring and everything?***
***AM-Yeah. Yeah, they had a ring. So, yeah.***
***CW-Man, that'd be cool.***
***AM-Yeah. That's (UI). And eight months of hiking man in the woods (UI).***
***KW-That should (UI) ANNAS got lost.***
***AM-(Laughing) That was the best part of it.***
***AM-He was bickering since the time he got in my car (UI).***
***KW-Oh, yeah?***
***AM-He didn't want to come. I don't know why he came, so (laughing).***
***KW-So, he gets lost.***

*AM-That was funny man.*
*CW-He didn't...he doesn't camp very often?*
*AM-No.*
*CW-You guys should never go out alone, man.*
*AM-Mmm?*
*CW-You should never go out alone.*
*AM-(Laughs).*
*CW-Is that what you're gonna do on jihad? You're gonna send some guy out alone?*
*AM-No, but then you have (UI).*
*KW-How do you get lost?*
*AM-See, like all of we four, we've been hiking, right? All of us were together and ANNAS, he kept like bang, bang.*
*KW-(Simultaneously) Bang, bang.*
*AM-Yeah. And they used to come join us. But it was like daylight and the and the trail was it was nicely marked, I mean.* (Laughing) I was...
CW-Oh.*Before he fell too far behind.*
*AM-Yeah. (UI).*
*CW-Well, that serves him right.*
*AM-And then...then he like missed a turn somehow.*
*CW-He really...his heart wasn't into it, I guess.*
*AM-(Laughs). And he was just doing for the heck of it.*
*CW-(Whispers) Gosh!*
*AM-(Laughing) He ended up hiking more than us.*
*KW-Did he lose a lot of weight?*
*CW-Bet he was sore, huh?*
*AM-Hell, yes. He had like four blisters (laughing).*
*KW-Oh.*
*KW-He must've been really doing some walking.*
*UM-Yeah.*
*CW-You gotta...*
*UM-And he...*
*CW-...you gotta stick with the jamat.*
*AM-Because he thought he was gonna die (laughing). That was so funny.*
*AM-He didn't have a flashlight, he didn't have a radio,..*
*AM-...he didn't have a map.*
*CW-Did he have food?*
*AM-Yeah. Let...let me wash my hands.*
*CW-Right there. That's funny, man. That serves him right.*
*KW-Yeah.*
*CW-He's lucky...he's...he's lucky he wasn't like out in the desert or some place.*
*KW-Oh, he would've...no, he would've been gone.*
*CW-He would've have been gone. Yeah.*
*KW-He would've been lost for good.*
*CW-We did some serious hiking, man.*
*KW-Really?*
*CW-Oh, man. Yeah.*
*AM-And you have to have a compass, you have to have your map, you have to at least know your whereabouts.*
*KW-The animals out there, I was surprised.*
*AM-Yeah, there were animals. I mean, I...I saw a deer that's on the...on up the road. I saw a bunny and uh, I saw foxes. Probably like...*
*AM-You know, we were hearing all sorts of noises.*
*KW-He had a went to the desert... come across some javelinas....*
*CW-Yeah. Man, you could disappear easily there...out there."*
*"KW-This is freakin' huge. CW-That'll take care of a deer. KW-This is a 308? CW-Yeah, it's a 308. KW-Mmm. Man, this is... CW-Pick it up, man. It's a...it's a heavy....it's a heavy piece of a... KW-That is heavy. AM-How you stand on a deer stand with this man? KW-You say it hardly has a kick? CW-Well, I mean you don't hold it in your hand. Yeah, hardly has kick. KW-wow CW-You don't hold it in your hands. AM-You have to have a cabin for this. KW-You just hold it like that? CW-You put it on a branch or you're on the ground or something, you know. KW-Man, this is sweet. CW-In fact, I been interested in hunting from the ground, rather than in the trees. AM-Really, you can't, I mean, the deers are like out in the woods, you can't..like I mean, if you're on the ground, you won't be able to see it. CW-If you're good, you will be. AM-But this time, we have to go (chuckling) hunting. CW-Yeah, let's go, man. AM-Well, we need to, cause we (UI) for awhile now CW-Okay. Well, did you buy that shotgun, yet? AM-HANIF is in town now. CW-He's in town now?"*
*"CW-Okay. That's good. Uh, 13th, 14th and 15th, you're going out of town, right?*
*KW-Yeah.*
*AM-Huh?*
*CW-So after that, we can go out on our...*
*AM-(UI). May?*
*CW-Yeah, in May.*
*AM-Yeah, we're going to Grand Canyon. He...he's (UI). He...he just told me that, he said, it a nice place to camp, also.*
*CW-Oh (laughing), for vacation instead of Colorado?*
*AM-No, we can go to Colorado, too.*
*KW-We're gonna see both.*
*AM-Can we or not?*
*CW-You can't do it over a weekend.*
*KW-Oh, you wanna do it (UI).*
*AM-No, no, not a...no, not a weekend!*
*CW-I'm talking about the weekend in May, man.*
*AM-Just a weekend?*
*CW-I'm talk...*
*AM-Just a weekend? (UI).*
*CW-No, I was talking about going uh, for a weekend camping trip in San...outside of San Antonio up in the Hill Country.*
*AM-Oh, that is different. That is different. We can...*
*CW-And you said...you said anytime after May,...*
*AM-Oh, okay.*
*CW-...and I'm telling you that (laughing).*
*AM-Okay. Okay, that's good. But the thing is, the thing is like, you know, the Grand Canyon place...*

*KW-Yeah.*
*AM-...it gets very hot if we uh, delayed it to July or something.*
*CW-Who cares about hot.*
*AM-I care about hot. I care about the snakes, man.*
*CW-I can't do...I...I can't do it until I get vacation timeKW-Really, you're gonna snakes are wherever you go.*
*AM-Huh? Huh?*
*KW-You're gonna get snakes wherever you go.*
*CW-Yeah.*
*AM-No, there are dangerous snakes over there (laughing).*
*KW-Wherever you go, man.*
*CW-Okay, listen. You're gonna go fishing next week.*
*AM-Yeah. Yeah.*
*CW-There's gonna be snakes, there's gonna be alligators, there's gonna be all...*
*AM-(UI) gonna be alligators.*
*CW-...lizards. They're all gonna be there.*
*AM-You know, but the camp sight is the way uh, (UI).*
*CW-Not the fishing sight.*
*AM-No, it's not the fishing sight, but...*
*KW-Well, what camp sight?*
*AM-...the Brazos.*
*CW-We're going to Brazos.*
*AM-(UI).*
*KW-Oh, down 288?*
*CW-Yeah.*
*AM-(Simultaneously) Yeah.*
*CW-And he thinks he's not gonna be eaten by an alligator.*
*AM-No, I...*
*KW-There's a lot of alligators.*
*CW-Yeah.*
*AM-...I know there are a lot of alligators.*
*KW-I almost stepped on one.*
*AM-What? (Laughs).*
*CW-(Laughs).*
*AM-Shut up!*
*KW-(UI). No, actually, we were walking on the trail and an alligator had crawled onshore. And, but the Ranger was there making sure. He was just going around the Ranger.*
*CW-Mmm!*
*KW-Making sure he wasn't gonna snap at 'em.*
*CW-Don't worry, ADNAN, if one starts chopping on you, I'll pop him.*
*AM-Man, those guys are fast when they (chuckling)...*
*CW-Yeah, they are.*
*AM-...when they find...when they find someone they just need, they'll just...*
*KW-(Laughing) They...they're not giving up.*
*AM-Oh, my god, they're not gonna give up.*
*CW-That's right. That's right, so don't worry about snakes in the desert.*
*AM-(Laughs).*
*CW-If you survive Brazos, you'll survive desert.*
*KW-(Laughs).*
*AM-Yeah, the camp sight is uh, a distance from the lake, because of the alligators.*
*CW-So, we'll hike.*
*AM-Of course, yeah, we'll hike*
*CW-So...*
*KW-So you know uh, oh, go ahead.*
*CW-No, go ahead, you're talking on a subject. I was gonna change the subject.*
*KW-I was...I was gonna go off the subject.*
*CW-I was gonna change to uh, Arizona and how that was, Grand Canyon." "AM-Albuquerque?*
*CW-I've been to Albuquerque. It's nice.*
*AM-But it's nice during the winter where you can ski and stuff. It's the cheapest (UI) station in the country.*
*KW-Did you know that?*
*CW-Yeah, but Grand Canyon's kind of far, man. If all we're gonna do is take a week...*
*AM-Well, just...*
*CW-...you're gonna spend most of your time driving.*
*KW-Mmm, we'll just fly at...*
*AM-No, flying's expensive, man.*
*CW-Fly with all of our equipment?*
*KW-Yeah.*
*AM-We can drive. I mean uh, we can drive and get there in one day if we drive 24/7.*
*CW-No.*
*KW-Yeah, you probably could. AM-Well, we can...see, if we all drive and non-stop we could get there in one hour.*
*KW-I think you could.*
*AM-In one day. Sorry, not one hour (chuckling). One day. We can do that. I went to uh New York in one day.*
*KW-I think it's probably.*
*AM-Twenty four hours driving.*
*KW-Yeah. Just, you know, don't stop anywhere."*
5-20-22-05 CW sess. 8 "*CW-These are ju...just in case we need them at the range. These people are pretty trustworthy...you think...the care taker...uh...*
*KW-Yeah.*
*CW- Ah....ah people...take...ah caretakers. (Laughs) Cause then I can just leave this stuff in the back of your truck and not have to worry about it.*
*KW-There's a boat out here.*
*CW-Yeah, you didn't see that yesterday?*
*KW-No.*
*CW-Oh, you came when it was dark didn't you?*
*KW-Does it work?*

***CW-I don't know.***
***KW-(UI) good.***
***KW- (UI) try to fish for (UI) ask RANDY about it.***
***CW-Need a couple of oars.***
***KW-Yeah, that's true.***
***CW-But yeah you're right, I mean if you get out there fishing with it you would be right there in the middle of all of them.***
***CW-The problem is people talk to much when they're fishing***.
*KW-(Laughs)*
***CW-They echo. Especially ADNAN. He echoes.***
***KW-Oh, yeah.***
***CW-Whenever he's talking on the phone or something. Get a call while your fishing and all the fish just scurry away. It happened to me yesterday.***
***KW-Oh, yeah.***
***CW-Yeah. (Laughs)***
***KW-Oh that was when I was calling?***
***CW-Uh...no. ADNAN was talking on the phone.***
*KW-Oh.*
***CW-His Urdu levels go up.***
***KW-(Laughs)***
***CW-Not like his English...uh...level, you know.***
***KW-Oh so you fish and when you catch it you...scoop it up with that net?***
***CW-Yeah, before ya. p...bring it out of the water. Otherwise, like the bass they'll flip it right out of their mouth like it happened to me yesterday.***
*KW-Oh.*
***HAMAD- Do you have the fish box? The box with all the lures and stuff. Cause I had my cell phone on top of that.***
***HAMAD-It was right there.***
***CW-Yeah. Didn't I give it to you this morning? Cause I just put it in there and uh...there was nothing on it.***"
"***AM-Miniature horses for sale? I need a horse man.***"

Factual rebuttals to "response to objections"
5-17-05 CW "CW-But um, so what else do we need, ADNAN?
KW-Some uh, should we have some Islamic activities?
CW-I think we should. I I think (UI).
AM-(UI).
KW-Yeah.
CW-Sure. If you could fit it, I could I could bring it.
AM-Yeah, I can fit it.
CW-Okay. Uh, as (UI), yeah, I definitely wanna have some Islamic activities of some sort. Uh
AM-Okay,
CW- well, where are
AM- then we use the park also, right?
CW-The park?
AM-Yeah.
CW-Yes.
AM-We can go hiking there.
CW-Uh-huh.
AM-And if there's swimming, we can go swimming (UI).
CW-On the lake? I don't see, I mean, you could if you want. I'm not I'm not objecting to that. What I what I think we should, though, is that we should break up into two groups.
AM-Okay.
CW-I think we should have some activities together and we should have some group uh, uh, individual group activities.
AM-For one thing, can we do horseback riding there (chuckling)?
CW-If they have horses for rent.
AM-Well, we we should do that (chuckling). Uh
CW-ADNAN, the sky's the limit with me, man. I I love doing all that stuff. I I'll have
AM-Now, this (UI). Or we can do something like
CW- I'll be holding
AM- (UI) narrow (UI) and horseback riding, we should know (laughing).
CW-Listen, I'll be holding HANY's AK on a black horse with my with my Islamic gear on.
KW-Looking like KHALID IBN WALEED.
CW-(Laughs).
KW-(UI) he's my favorite SAHABAH right now (Laughter among participants).
KW-After after hearing those stories about him, man, he's amazing."
5-20-22-05 CW Sess. 1-5 "CW-So ADNAN, what was the name of our camp? What name did you choose? AM-KHALID IBN WHALID (PH). KW-(Yells) Alright! CW-KHALID IBN WHALID? KW-(Yells) Yeah. AM-(Chuckles) (UI) CW-KHALID IBN WHALID CAMP. KW-(UI) on here. He talks a lot about him on here."
5-20-22-05 CW Sess. 12-14 "HM-I went to, I went today to the grocery store and I looked and I said, "man we are going camping, we need to stay simple, " and I was walking out saying, "what am I doing?" Look at all this stuff. What is all this food for?
CW-HANEY, I told you.
HR-That's why we should have live bait and eat that for breakfast.
CW-I told you what the food was for. You are our supply line. Without you, we couldn't have done it.
HM-JIM, have a seat. You are obviously delirious right now.
CW-KHALID IBN WHALID was depending on you.
HM-Like a delirious uh sold , uh delirious general. He doesn't know what he's saying to me anymore. He's just bustin' out lines.
HR-(Laughing). Delirious general.
HM-He's bustin' out lines from movies he's seen in the past.
HR-Kind of spice it up.
HM-Sit down, sit down stop hovering over me."
5-20-22-05 Sess. 15 CW "HM-Alright. (CW laughs.) Exactly. that's exactly what I wanted you to say.
KW-We're working our way up. It's training. HM-Okay. Now I'm here. One day (UI) without me?
CW-What?
HM-You guys do anything right without me?
CW-What are you talking about, man?
HM-(Noises in background.) Watch this. For the last three hours (UI)
CW-HM, we, we did everything that needed to be done.
HM-Exactly.
CW-We established base camp. We took on a name. We coordinated the supply lines and one person showed up six to eight hours late, which means we could have been dead, because, no supplies
HM-Hey, listen here FIDEL CASTRO (CW laughs) I want you to understand (UI) these are nice, man
CW-Yep. But we had a lot of fun today. We did a lot of stuff.

HM-Those pictures are going to be killers.
CW-Yeah. KW-So, When's the next time we're coming out?
CW-That's a good question.
KW-And how often?
CW-We should do it fairly often.
KW-Mmm hmm.
CW-I wish I could do it weekly." KW-But, um huh so, yeah, we established the camp. (Popping noises.) Yep, we established the camp (UI).
HM-Camp what?
KW-What do you want to call it? Oh, CAMP KHALID BIN WALID.
CW-Yep.
KW-WALEED.
CW-WALEED. HM-Who's that?
CW-That's our camp. It's our new organization.
KW-Yeah.
HM-No more WHYISLAM?
CW-Nope. (Stutters) It's been usurped now.
HM-Hey, ADNAN. Do you hear the name of their new camp?
CW-Yeah, he chose it. It was his name.
HM-What's the name of the new camp?
CW-What's the name of our camp?
AM-KHALID BIN WALEED.
HM-You like that?
CW-He's the one who chose it. Of course he likes it.
HM-No more WHYISLAM?
AM-What?
KW-This is TARBIYYAH camp. It's the true TARBIYYAH camp.
AM-(Laughs) What's is his problem. Aren't 4 minutes over?"
6-14-05 CW "KW-KHALID IBN WALEED, narrated almost no Hadith, right? He didn't narrate one Hadith, but look what he did. HM-Yeah, exactly.
CW-By the way, that's the name of our camp you know.
HM-What?
CW-KHALID IBN WALEED.
KW-(Laughs). What's up with the lip man?
HM-I don't know. It just doesn't seem very creative.
CW-(UI) we, this is the name that we chose. We all took a vote.
HM-KHALID IBN WALEED camp.
CW-Yeah. In honor of his achievements.
KW-What would you call it?
HM-JIHAD 101.
CW-BIN LADEN.
HM-JIHAD, not even JIHAD. I'd call it AMERICAN (UI) JIHAD. (UI).
CW-(UI). (Laughs).
HM-You like that name? You like the name too? You don't like (UI). I know my (UI). You like it too?
KW-I like KHALID IBN WALEED.
HM-You like it too?
CW-I like this one. His achievements were beyond what we could imagine in this world right now. So,
HM-So
CW-That's something we need to aspire to. "
8-16-05 CW "AM-This is a better one.
CW-Okay, show that one.
AM-There (UI).
CW-Click on it.
KW-How about that.
AM-The University of Texas Library, what!
CW-That's a small map.
KW-That's a better map. CW-Tajikistan.
KW-Shows the mountains.
CW-Uzbekistan, yeah that's a topographic map there.
AM-Yeah.Okay. CW-Oh wow. So Peshawar is right along the ridge or right along the basin.
AM-Right, right, it is, it is, see actually this is the area, this is the area where, where...
CW-The mountainous region is the area (coughing).
AM-Yeah, yeah exactly. See so all these mountains, I mean they start from (UI) all the way to they have the agency's people. Administrated tribal areas. So that's how it is.

**CW-So we will go up to Lahore. And then go to Peshawar from there.**
**AM-Yeah, Peshawar. Peshawar is right there. Peshawar is right here.**
**CW-So I saw a number of different organizations in that Waziristan document. What, what organization would we look for? Ah.**
**AM-I think all of that, the first thing you need to get the ah, you need to get people who are friendly to you. And not going to turn you in actually.**
**KW-For money.**
**AM-For money. That's the, that's the....**
**KW-That's the hard part.**
**AM-That's the hardest part actually because there are people who will kidnap you for money. You know.**
**CW-Yeah, will kidnap you for money that would be taking you to the Taliban side.**
**AM-No!**
**KW-No, no, no. Taking you to the Americans.**
**AM-Taking you to the Americans.**
**CW-Oh! Oh that kind of kidnaps, for money you mean like a bounty.**
**KW-Yeah.**
**AM-That's, that's why I was telling you to read the other article, that ah from the link. I sent you the link, this guy who is the reporter, he was there in that area with the ah you know, Amir of (UI) that area. People around him was saying, ah you got a guy for ah.**
**CW-Why, I imagine you can stave that off if you stay with somebody who is fairly independently wealthy don't you think?**
**AM-That's why.**
**CW-Somebody who's well off?**
**AM-That's why yeah that's true. But see these people, what they are doing right now. Because they have mountain area, and they've got a lot of land with lots of forests. They are selling the land to the Pakistani contractors. And then what's happening is they don't have any more work to do. They used to farm on those lands, but then they are giving those farms away to contractors so that they can clear the woods out of the trees and such. They get some initial money but they don't have work. So, what they are doing they are car jacking from Pakistan bringing the cars in their area and selling them to the people that owns it for a lesser price, you know, and then getting people, kidnaping people and getting money out of it. That's their livelihood now a days, not all of them but some people. You don't want to get in those hands. That's why the other links you should read all of those. Tell you what's going on. It's not as easy as (laughing).**
**KW-Pretty complicated.**
**AM-It is pretty complicated. Even though we are trying to do something good it's not easy. I mean you have the military, one and you have these people who are looking for money.**
**CW-Yeah, well yeah that's why I said if you find somebody.**
**AM-That's what I'm saying.**
**CW-Who's well off.**
**AM-Exactly, and well off.**
**CW-And they're...**
**AM-And also like powerful in that area. It's not like somebody...**
**CW-And, and.**
**KW-How would somebody well off be, I don't understand that?**
**CW-They wouldn't be tempted by turning you in for money.**
**AM-That's one thing, and the other thing is they can protect you there.**
**KW-How many people are like that, in Pakistan?**
**CW-In Peshawar.**
**AM-We're not talking about those areas, cause every tribe have a chief. Once you get, ah, access to ah one of those higher ups...**
**KW-That's not easy.**
**AM-Yeah but.**
**KW-That's like trying to know the governor here.**
**AM-No, no, but no, some people who are like God-fearing, it's not that hard to get through them. Who are looking for people who is dedicated you know.**
**CW-Uh-huh.**
**AM-But to get to them is hard initially.**
**KW-Uh-huh.**
**AM-I mean cause so many look like, ditches in between.**
**CW-Well you got to prove yourself somewhat worthy for them to take notice of you.**
**KW-It's much harder if you are an American.**
**CW-Like doing something.**
**AM-It's much harder if you are an American.**
**CW-Axe somebody.**

AM-Axe somebody (laughing).
CW-Yeah, find one of those traders and take his head off.
KW-Prove yourself. (laughing)
CW-Yeah.
AM-(Laughing) Yeah.
KW-Yeah it's, I mean being an American stick out like a sore thumb.
AM-Oh yes.
CW-Uh-huh.
KW-Everybody knows.
CW-Yeah, but there are the American fighters that gets in there all the time.
AM-Yeah, yeah it's nothing.
CW-American and the British fighters, I mean they are always arresting American and British fighters in raids.
AM-(Laughing) But you don't know how they are get into these hands, traitors.
CW-However, however, many that the Americans have captured that are American and British fighters and whatever. You got to know that there are many more over there.
AM-Definitely, definitely.
CW-So there's a way, where there is a will there is a way.
AM-Oh yeah, I'm not.
CW-And I'm telling you that probably the majority of them that they are arresting are white (laughing).
KW-What, what is Hizbatoor? Hizbatoor in London.
CW-What's that?
AM-Hizba'Tahir that's a group.
KW-Think they have contact?
AM-They might have contacts but I'm not sure.
KW-I know that they are banned in Pakistan now.
AM-Yeah, they are banned in Pakistan.
KW-But I'm sure they have ah.
AM-Even ICNA people might have some.
KW-You really think so?
AM-Yeah, definitely.
CW-And see another thing is.
KW-This is one of the reasons why I stayed with ICNA. This one of the reason I stay with ICNA.
CW-What's that?
KW-Hoping that someone would have contacts.
CW-With, with who?
KW-Over in Pakistan.
AM-Over there.
CW-Oh! in Pakistan, well this is what I'm talking about if, I mean ICNA being closely related with Jamaat Islamiya and Jamaat Islamiya being having close ties with Taliban.
AM-Yeah, what I'm trying to say, see now-a-days the government is after Jamaat Islamiya too. (UI) a reason to get them blacklisted.
CW-Yeah. yeah, but...
AM-So everyone in that organization is also like protecting himself and his family. Not trying you know let everyone know.
KW-Stepping out.
AM-Stepping out in the open that he has links over there.
CW-I understand that if you are involved with Jamaat Islamiya programs I think you can pick out you know who's who, and who's what.
AM-That's true, I mean.
CW-You know because, because we would easily translate over because we're ICNA.
AM-Right.
CW-We have reference, we have, we have reference that live in Karachi.
AM-That's true.
CW-You know, or Kashmir or wherever, wherever HANIF....
AM-Karachi.
CW-Karachi, ah you know, so that's not hard for us to get established there, initially it should be very easy.
KW-Yeah.
CW-You know because we have people. Who are part of that group.
AM-Right. CW-That will introduce us around. (drinking) That's why I say you know if we had HANIF....you know, if we need to stay over in some of those cities. We have HANIF, you know, to help us out with that.
KW-Are we sure HANIF is going to help us?
CW-Well we are not going to let him in on the whole plan.

AM-Yeah but at least ask him...
CW-Just need to know basis.
AM-If he knows some contact in Peshawar. We're going to go visit Peshawar.
CW-And stay for awhile.
AM-From there if he, he pinpoints some people, he's going to pinpoint some people who are good, right, over there, probably through them we might get a feel of (UI).
CW-And those people that he points out are going to contact him about us.
AM-Right.
CW-So they're going to talk.
KW-You sure he has contacts?
AM-Oh yeah, definitely.
KW-Definitely.
AM-Definitely, definitely.
KW-Yeah, I hope.
AM-No, no.
KW-I don't want to get over there, I don't know anybody.
CW-(Laughing) Yeah, we'll see that's just it you got to know people. It's about who you know, you know. Because if you just go over there just a blind somebody, then you run a risk of either getting turned in.
AM-Yeah.
CW-Ah, either getting...
AM-That's the worst (UI)
CW-Captured by, captured by the opp.., the side that you are trying to help, you know.
AM-You know that does not matter to me that much, I mean, but someone turning me in for money that's the worst thing (Laughing).
CW-Yeah.
KW-Sell outs.
AM-That's a problem.
CW-Yeah, I think, I think that's a pretty good plan. I mean, and it kind of protect you, because if you need to come back. You have allotted yourself that amount of time.
KW-Yeah, you have time. Yeah if nothing comes out of it you can always come back.
CW-Right, and you can always...
AM-I can't come back.
CW-And you can always try again. And why not? That's right we are going to marry you to a Pashtun.
KW-(Laughing) Well, Pakistanis go back and forth between here and there, (UI).
AM-No, no not like personally cause I may have to reapply and I probably would get rejected.
KW-Oh, because you are a student?
AM-Yeah.
KW-But you'll be graduating.
CW-You'll be graduating.
AM-And then what business do I have to come back here?
CW-Professional.
KW-A job.
AM-I have to have a job first, then...
CW-That's right, AM don't like interviewing and talking himself up. So he will never get a job. He just hope that Allah sends it out of the clouds.
AM-I hope that I get SHAHEED over there.
CW-So you got to at least be married until you get SHAHEED. You have to honor your wife by that.
AM-I wait for the ones above heaven's, forget it.
CW-Gosh! No man, I mean, I'm, right now I'm feeling that I need to do something. To support as quickly as possible. Because, what those brothers are going through, man.
KW-Yeah.
CW-It's hard to sit back on the side line and watch it happen.
KW-I feel guilty.
CW-Yeah.
AM-That's true.
CW-Yeah, you said your contact was going to come through this month.
AM-Not yet.
KW-Not yet?
AM-No, I mean he's going to come before school start. He's in Peshawar right now. So he should be here pretty soon, most likely.
CW-Well. He's coming to the U.S.?
AM-Yeah, he, he studies in U of H.
CW-Oh okay, okay. So that's why he will be here before school starts?

AM-Yeah.
CW-Cause you told me like at the beginning of the year.
KW-U of H starts next week. U of H starts next week.
CW-Yeah.
AM-Yeah, he should, he should be here.
CW-Well, he better darn well be on that plane otherwise he won't make it.
KW-(Laughing) Yeah.
CW-So what, he's going to wire it over there? How is he going to get it over there?
AM-No, I first I, I had to establish this link first. That's why I gave him some cash.
KW-Some the people our age over there, are they, would sell us out?
AM-Yeah.
KW-Easily huh.
AM-Easily.
KW-When you say that, I think of like old men.
AM-No, anybody.
KW-Nah.
AM-Anybody.
CW-How eas-easily is it to acquire a weapon?
AM-I don't know about these days.
KW-Is Pakistan like here where you can just go into the store and buy one? What is it laws like over there.
AM-I think you have to have a permit, ah and nowadays especially you have to have ah no objection from you local police station. But since we are going to go in the tribal areas over there.
KW-Not going to happen.
AM-No problems yet. It doesn't matter but if you want a weapon in the legitimate city of course you going to have.
CW-So what you are saying that the tribal areas is like Texas (laughing).
AM-Tribal areas no laws (laughing). But you have laws of the land that's a tribal land.
CW-Tribal laws, yeah.
AM-And the tribal laws...
KW-How is their Islam?
AM-Not all of them are on the right path of understanding, not all of them.
KW-That could mean problems.
CW-But, is it conducive to, ah I mean even if they are off is it still conducive to a good Islamic growth?
AM-No, that's why there's a clear, I mean there are very good people and very bad people.
CW-Huh.
KW-Oh, it's clear cut.
AM-Yeah.
KW-The good people are...
AM-They're very good. Huh?
KW-On the path.
AM-Yeah, they're on the path. That's why most of the struggle was from here. From Wazir... I mean if you read those articles, you get a feel of what's happening in Waziristan. But there are very good and bad people too. Cause they kidnap boys and girls. And they use them as sex objects and stuff also. So there both, both side, both sides.
CW-Um, I'll have a hard time not killing someone like that. If I ever saw that.
KW-Yeah.
AM-That's very common to have.
KW-Common.
AM-A lot of gays and stuff.
CW-Oh my God! Ah man.
KW-But, but Pashtuns are totally against that.
CW-Pashtuns are pretty much Taliban.
KW-But then.
AM-Yeah. But I'm not just talking about Pashtun, I'm talking about people in that area.
KW-Oh okay.
CW-Yeah, some of them are Uzbeks.
KW-Just stick with Pashtun.
AM-Well yeah.
KW-We'll be safe.
CW-Yeah, the only thing we have to worry about is all that Hashish and Opium...the smoking.
KW-(Stammers) I mean good and bad people that are amongst the Pashtun too."
1-10-06 UCE Mag "KW-You know I found out uh (UI) travel with us to hajj, Sheik Zoubir.
CW-Yeah.

**KW-(UI) I mean you know.**
**CW-What about in (UI).**
**KW-Ah...his leadership.**
**CW-Yeah.**
**KW-He has a very good leadership quality uh...some other people and supposed to be leaders just there to uh...if they were (UI).**
**UCE-They minding their own business in other words..**
**KW-Huh?**
**UCE-They were minding their business, not worried about anybody else.**
**KW-Exactly they disappearing like where is such and such?**
**AM-A lot of people rely on (UI).**
**KW-I know it Sheik Zoubir came through even though like I was under him (UI) responsibility**
**CW-Well you know that's uh that's how uh commanders in the mujahideen you know you had to be very good leaders.**
**KW-Yeah.**
**CW-They, you know they like your group is pretty much broken up wasn't it?**
**KW-Yeah.**
**CW-And then Sheik Zoubir took on the responsibility and that's...I mean it's the same concept.**
**KW-Yeah.**
**CW-Traveling like that especially for hajj prepares you, you know so...**
**UCE-Somebody's got (UI).**
**AM-It's all about organization.**
**CW-That's what I'm saying.**
**UCE-Its definitely important.**
**AM-Everything that we do has something to do with the battlefield.**
**KW-Yeah.**
**UCE-Right.**
**KW-Yeah the hajj is just like you know the video uh...I recorded off Nightline, how the mujahideen were in the tents and stuff.**
**CW-Uh huh.**
**KW-That's exactly how it is in hajj like after Arafat you go to (UI).**
**CW-Uh huh.**
**KW-You just on the ground, sleeping camping out on the ground with nothing.**
**AM-You camping on the ground really?**
**KW-Yeah, just like if your just laying right there on the ground it's a big open area, it gets rough man.**
**UCE-I feel that rock."**
**2-14-06 UCE "CW-What does that Arabic word say? KW-EL BAKE ? BAKE ? AM-LA BAKE KW-LA BAKE The call? UCE-Check out KOBIE. He's trinlingual. Speaks English, Ebonics. CW-Oh, what happened? Did they blow something up? No, they took this camp over didn't they? Now they're destroying it. KW-Yeah, they're setting everything on fire. CW-Well, who's the dead people then? KW-AFGHAN uh militia. CW-Oh really? Wow. KW-Yeah, they, they had like an artillery vehicle over there. That must be like an infrared camera. UCE-Night vision. Whenever you see green, it's night vision. CW-And, leave it to a Muslim to leave it on while we're looking in light. UCE-Burn his eyes out. CW-Oh it must have the switch on it. UCE-Without gas it does you no good. AM-It changes from Islam to something else. KW-Oh that's right. Apostate. What's he saying? AM-He's reciting a verse. KW-Oh something about AMERICA. AM-Yeah, turning to dust. UCE-AMERICA turning to dust? KW-The religion of ALLAH Mighty AM-Um, no. He says like, we have uh we're at the crossroads KW-He's speaking Arabic. AM-Yeah. CW-Look at that RPG man that uh rocket launcher he had on his shoulder. UCE-An old one huh? KW-Christian, Jews Full version AM-JUS Club KW-JIHAD UNSPUN club, you gotta be a member to see the rest. UCE-Well CW-I gotta sign up. KW-They have a lot CW-What are they pay, do they make you pay for it. Cool KW-So he's speaking Arabic. like PASHTU. AM-This is one guy man. KW-Oh okay. CW-So, that means there's other guys there than can translate for us. <u>AM-Yeah, but first we're not going into AFGHANISTAN, we're going to PAKISTAN</u> first. KW-Okay. CW-But our ultimate goal is to get into AFGHANISTAN. AM-Before that. CW-So. AM-You have be trilingual. You also have to know PASHTU. UCE-You better start making us some cheat sheets brother. AM-What? UCE-Start making us some cheat sheets. CW-Let me tell you something. You don't need to know the language of the land. BRAD when he went over there to AFGHANISTAN, he didn't know the language. You have to hook up with people. AM-See AFGHANISTAN is different PAKISTAN is. CW-He went to AFGHANISTAN. UCE-You need to know the important words. We need to know if somebody is saying shoot -them. We need to somebody you know to ask for food. Things like that you know. Basic stuff. CW-You don't need to know the language of the language. AM-No, I mean. CW-When you get over there and find a commander of a group that you want to be with, they're gonna have people that are going to be able to help you integrate into the unit. AM-The thing is <u>we're not directly going to AFGHANISTAN. We're going to PAKISTAN, first. CW-As a stopover. AM-Yes. And you don't know how long it's going to</u>**

**take. UCE-Course we do as long as we want to be there. if they're taking too long, we're gonna be like to AFGHANISTAN. CW-And in PAKISTAN the national language is what? AM-URDU. CW-ENGLISH. AM-What! CW-ENGLISH. KW-They're bilingual over there. CW-Yeah. AM-But you're going to. KW-Only the educated class, right? AM-They're minimal. UCE-Will they're be problems if I go over there and say how you doing dashi? AM-They wouldn't even understand what dashi is. Dashi only familiar outside in the west. You know what dashi means? UCE-I know it's something bad. Somebody try and shoot you. Start making us cheat sheet man, seriously. AM-What's cheat sheets? UCE-A cheat sheet, I mean as far as some of the phrases that we need to know. AM-Yeah, but I don't know PASHTOON. CW-You know people who do. KW-BHAI, ADNAN BHAI. AM-ADNAN BHAI, BHAI is like just brother."**

**3-22-05 CW "CW-Yeah. So, that's a feature. It's hard to get a uh, you can't get a cheap scope with all of these features and all of these features.**
**AM-Interesting.**
AM-(Chuckles).
CW-Okay?
UM-Yes.
**CW-You...you could probably get 'em for maybe 700 to $3000,...**
**AM-Oh, man!**
**CW-...with everything, but this right here um, there's a scope comparable to this that also has an inside and you know the inside reticle, the thing I showed you in here?**
AM-Mm-mmm.
**CW-The red thing? Some of 'em have mil dots, which are like the middle notches on the scope. You...you ever see the reticles they're...they're crossed, right, but they have these little notches on 'em? You can also range find with those.**
**AM-Mmm.**
**CW-But you gotta know how. You can buy a little card...tiny little card that tells you how.**
**AM-Uh-huh.**
**CW-And they're very inexpensive. So uh, (clearing his throat) you can get a cheap scope like this with the mil dots in it that can help you range find.**
**AM-Mm-mmm.**
**CW-Those dots also help you compensate for your bullet drop, too, if you're experienced. So you can use um, you can use that for multiple applications also. This thing doesn't have very good glass, though**
AM-Yeah. Mm-mmm (clearing his throat).
**CW-Um, the one on my rifle has...has excellent glass and I paid, yeah, I paid a 100 bucks for that. And it also has...it has the reticle like I was just telling you with the little notches. It also has the windage and elevation adjustments. And it al...and it has excellent gl...glass. But this one here doesn't. So, you just kind of have to shop around.**
AM-Mm-mmm.
**CW-You know? But you have to know kind of what you want it to be used for. If you want 'em dual purpose, then I'd say one like I have in my you you shot my gun before. The uh,...**
**AM-The big one?**
**CW-The big one. Yeah.**
AM-Yeah.
**CW-Yeah, cause that...that right there is good for dual purposes. I don't think you've ever seen that.**
**KW-Uh-uh. (UI).**
**CW-You shot my AR 15, huh? Yeah, but my elephant gun like in there. ADNAN calls it my elephant gun.**
**AM-(Laughs). You told me it's an elephant gun.**
**CW-I can show you which one.**
**KW-Mm-mmm.**
**CW-It's pretty cool.**
**KW-What is it?**
**CW-It's uh, Savage Bolt action**
UM-Mmm.
**CW-Kind of like yours, except except uh, it's a heavy barrel.**
AM-It is. Yeah.
**KW-It's a bigger barrel?**
**AM-Yeah.**
**CW-Well, it's a heavy barrel. It's thick.**
AM-Yeah.
CW-It's really thick. KW-Oh.
**CW-For accuracy. I want better accuracy.**
**KW-So it's more of a hunting rifle.**
**CW-Yeah. It's excellent for hunting. Very, very accurate at long ranges.**

KW-Sniper (UI).
CW-Yeah.
AM-Good, I'm a super sniper.
CW-(Laughs). ADNAN really likes it.
KW-Does it have a lot of kick like mine?
CW-Uh (sighing)...
AM-Not like the AR15 but I haven't tried yours (chuckling). It has a kick.
CW-No, I don't think it does. It did before I put the new stock on it"
5-10-05 CW "AM-I don't pay much attention to what Salafi's criticize, for the most part because they only criticize for, uh, other people, uh, but what they're not looking at, these, you know, the Salafi's criticize that those people who are doing action that they don't have any knowledge.
KW- Yeah, I know.
AM-And, I'm like, if you have the knowledge, why don't you do some action.
KW-Yeah, yeah, yeah. It's my basis of the Salafi is they love to quote IBN TAMIYYAH, (UI) they like to quote the SAHABAH, but their actions don't reflect any of these people that they admire. IBN TAMIYYAH fought JIHAD FISIBILLIIAH.. He was a scholar, person of knowledge. He was well rounded.
AM-That's the, that's the problem, that's the problem. I believe that most people in Jamaat Islamia or Iqwn might not be scholars but at least they're doing action. And sometimes actions speaks more than words do. And these people they seek knowledge to (UI)
CW-I don't know man, the Salafi seem to talk a lot of smack but a lot of their, a lot of people that listen to what they say go off and do stuff.
KW-Well, it depends on what Salafi, there's two camps.
CW-Well, Walidi and the Salafi light, and Salafi, Salafi
KW-Salafi Light. The Salafi Light, those are the ones me and Adnan are referring to.
CW-Yeah.
KW-They're not doing jack. But the other one, other Salafi, a lot of those scholars are in prison, in Saudi prisons to this day who have spoken out against the government.
CW-Yeah.
KW-Who have, you know, promoted JIHAD.
AM-You have to, I mean, those scholars that we have outside, they don't talk anything against the government because next thing they know that they are gonna end up behind bars. And...
KW-But that's what IBN TAMIYYAH did. He spoke out against the unjust rulers.
CW-Hmm.
AM-That's the big, one of the major, forms of jihad, that you actually speak of against a tyrant. It's like you see scholars justifying the leadership in Saudi Arabia, where nowadays on TV they have debates of scholars are defending every single thing that the government does, I mean, killing off insurgents and stuff like that, that they call operations. You know the last two day, a hundred people died in Iraq.
KW-Yeah, yeah, I heard about that.
CW-Uhuh.
AM-At least a hundred, could be more. From....
CW-Well, I heard, I heard that the insurgency has swelled up back, you know how they quieted down for a little while, I heard that it's back to what it was full force again.
AM-Yeah, yeah...(UI) government...
CW-Again and a lot more well organized too.
AM-off, uh, Umbar province which is the province where Fallujah is.
KW-Brother's aint playin'! (laughing)
CW-No they're not, they're not playing.
KW-They ambushed the hospital where there was U. S. soldiers there.
AM-I'm really glad to hear about that......
CW-I don't know. AM-(UI) but, uh, things are serious it looks like. They're going to work....
CW-They're a lot more well coordinated now they say.
KW-Oh yeah?
CW-Yeah, yeah, especially, you remember a couple weeks ago or maybe a month ago when there was an attack in, um, what they had done is that they had blew up, blew up a car bomb, and uh, everybody rushed to help all the people involved and then they blew up a secondary bomb killing all those other people. And what they were saying on television and radio was that it was very highly orchestrated, sophisticated sort of setup because what they did was they timed it just right so when everybody got there the second one went off.
KW-Oooh!. Subhanallah!. They, they, they sent out a warning the Muslims that were helping the Americans, you know,
CW-Yeah
KW-Don't help them , don't be near them.
CW-Man.

**KW-I mean the warning's there, you know.**
**CW-Yeah, yeah.**
**KW-Don't be the fool. (UI). I could understand the SHIA's, they want political power and all this stuff because they never had it, maybe that's why.**
**CW-Yeah, but that could turn on the U. S. in a heartbeat. The SHIA are very uncontrollable, highly charged people.**
**KW-Yeah, yeah."**
**5-20-22-05 Sess. 9 CW** "CW-Come here. KOBIE come. ADNAN move out the way for a second. AM-Huh? CW-Move out the way for a second. Move out the way. Back up. You're in urban warfare....right there.
AM-My car.
CW-It's only a tire.
AM-No I mean the wouldn't something come out of the window or something?
CW- No rest it on the tire it won't hurt nothing. Nice and steady.
KW-Right in the freaking neck. Actually I'll take off his shoulder. Steady it.
CW-How's that scope working for ya.
KW-Pretty good. It's just that ugh.
CW-Cuz it's scoped in for a .308. (1 gunshot)
CW-(UI) he's hittin it.
KW-He's hitting that berm in the back.
CW-Yeah, he's really hittin that dirt that we kicked up. (2 gunshots)
AM-(UI) Not to close to my car.
KW-He's getting into it man. Look at him.
CW-Yeah he's uh, he's uh doing what uh, counter strike does. (1 shot) But that's good training man he's, he's learning. (4 shots)
AM-I think we should be ready to go JIHAD any time now.
CW-(Laughs)Yeah. KW-Actually ugh I was thinking hopefully in a year ... would you guys be willing. CW-In, in a year. KW-Yeah.
CW-If we could get a way down out there.
KW-I mean Insha Allah (God Willing) he'll work a way out. AM-Inshallah.
CW-I'm sure we'd hafta work our way out there but, I'm more than willing anytime man. KW-Yeah. I'm ready to give up (UI) umm ... The thing is in that year we can like build ourselves spiritually. You know. CW-Ah huh. KW-Set some goals spiritually like FAJR TAHAJUD, accomplishing that. Fasting. CW-Um hmm. KW-Then we can do FAJR, TAHAJUD, fasting. I think we'd be Okay. CW-Yeah. KW-Then you know ZAKAT (1gunshot) we could really uh (1gunshot) gain spiritually with those (1 gunshot) and ISHA of course, I'm talking at the masjid. CW-Uh-huh. Uh-huh. KW-We just gotta find a safe passage. The passage I think could work uh. CW-Need a new clip? KW-Through DAR JAMAL. CW-I know, unlimited ammo man. KW-I think he uh safe passage using him ... as a means. CW-Using who? KW-(UI Naming someone) DAR JAMAL AM-(UI) DAR JAMAL CW-(UI saying the name of that person two times) AM-He reports ok, but I don't know if I could trust him. KW-You don't think so. I'm saying not telling him what our plans we just go with him under the guise that we're working with him. CW-What does he do? KW-He's a journalist. CW-Ahhhh that's an interesting idea yeah. AM-Excellent guy. KW-Doing video whatever, and just abandon him we get over there. Yeah because he says he's reporting in FALLUJAH and all those places. CW-Yeah, yeah. So what do you think man."
**7-15-17-05 Sess. 2 CW "CW-I hear a lot of people come up with different stages, but isn't there in the hadith , something that, that defines I mean according to the Sunnah of the Prophets (salalallai wa salam) that defines how different stages there are. I mean, correct um levels or whatever of jihad?**
**AM-(UI). KW-I don't know about 'em.**
**SHZ-I don't know.**
**AM-But, you know, I mean, as far as the Qur'an is concerned, the jihad that, in there is KATALLAH.**
**CW-Is what?**
**AM-Is KATAL .**
**KW-Killing.**
**AM-Killing. Fighting.**
**CW-Right. Yeah. Yeah.**
**AM-(UI). KW-(Interrupts. Static like noises.) You guys see that, that Frontline, I sent you the link to?**

AM-Not the whole thing.
CW-I didn't go. I didn't go to the link yet.
KW-The brother, man they interview him. And he's just like great the guy that was at interviewing him
CW-Uh hmm.
AM-Yeah.
KW-Straight TAWHEED, man. He's like .and ALLAH mentions Jihad twenty-three times in the Qur'an and ALLAH mentions fighting and killing sixty-three times in the Qur'an, I mean he just (starts laughing) .(CW laughs). It was awesome, dude. And ah, he would just say Allah (static noises) (subhana wa t'ala) says this .al.. la, la, la, la (UI) (CW laughs.). I'm like, that brothers on point, man.
AM-That's the problem with majority of the MUSLIMS reject or reject or just ignore it, I would say the other.
KW-Yeah.
AM-And then, to them, most of the MUSLIMS, jih jihad is, that's the problem with jihad is (starts laughing) JIHAD-ul-NAFS.
KW-I don't know. That's a weak hadith, man. That's fabricating Ibn Timmiyah said.
AM-Naw I
KW-That's a fabricated hadith.
CW-Uh hmm.
KW-According to Ibn Timmiyah. And, ah
CW-That's the best form of jihad?
KW-Is JIHAD-ul-NAFS
CW-Yeah.
KW-And, you know
CW-Well, there's also another hadith that says the best form of jihad is out on the battlefield. I just heard that um I mean, not, not, not to that, not that simplistic, in it. But, I'm telling ya para I mean, extremely, grossly paraphrased, but I've heard that there's, there's a lot more than just one hadith.
AM-Uh huh.
KW-Yeah, there's plenty hadiths and Qur'anic verses (laughs) that tell you that.
CW-Yeah.
AM-Yeah.
KW-I mean, look it you go straight to heaven when you die SHAHEED .
CW-Uh hmm.
AM-Oh yeah.
KW-What could be better than that? (Scratchy noises.) You don't have to go through the day of judgement.
CW-(Scratchy noises) Uh hmm.
KW-You don't have to go through the torment of the grave. (UI) (Laughs).
CW-Yeah.
KW-Straight.
CW-Uh hmm.
KW-I mean that's the highest level you could get, man. (Scratchy noises.)
AM-And (UI).
KW-But, um
AM-I (UI)." "KW-Yeah, I didn't either. But, (stutters) I, he, but I've been looking for it for the past couple of days. Information on that. I don't know, man. And I ah
AM-Man, I don't know. There's too much going on. I, I un personally, I don't know. Like, there's so much going on, man. You can't even tell who's who.
KW-Yeah.
AM-And uh, but, the guys who are fighting, anywhere fighting JIHAD, against oppressors, whatever I mean, they're in the right.
KW-That's where the legitimacy is.
AM-I mean, how can, I mean it's so obvious.
KW-Yeah. AM-Anybody who's not there and is criticizing them is on the wrong.
KW-Yeah.
AM-I mean, (stutters) I cannot criticize somebody who's on the battlefield. By sitting, by myself sitting outside, you know
KW-(Speaks at the same time as AM.) By pointing fingers, yeah.
AM- I just can't criticize them. And, and call them I mean, this is, to me that's entirely wrong. How can you judge this?
KW-Those brothers are in a lot of hardship. I, cause I was just thinking, you know, like, just what I have. I think I caught it when I was in HAJJ. I went through so much illness in traveling. These brothers are traveling, man. They're just not fighting. But they're probably going through all sorts of illnesses

CW-Uh huh.
AM-You know
KW- sicknesses and starving and
AM-Yeah, and those people, especially the SAUDI's were there. The people from the GULF STATES, most of the people with OSAMA are like from the GULF STATES. Cause he, himself is from SAUDI ARABIA.
KW-Yeah.
AM-These people had excellent lives (starts laughing) in their countries, man.
KW-Yeah.
AM-They had nothing to, I mean, ah, you know
KW-They didn't have to go JIHAD.
CW-They had, they had no reason
AM-(Speaks at the same time as CW.) (UI).
CW- to give it up.
AM-Exactly.
KW-Yeah, they had all the wealth.
AM-(Speaks at the same time as KW.) I mean, they had (UI). They had all the wealth
KW-The richest people there.
AM-Exactly. I mean, anything that you could imagine in this life, they had it all.
KW-Yeah, yeah.
AM-And why would somebody leave that
KW-(Speaks at the same time as AM.) (UI) the sacrifice.
AM- and just go and live in the mountains and
KW-In a freakin' cave.
AM- exactly. And (stutters) it just doesn't make any sense that (UI) "
6-21-05 Sess. 2, 3 CW "AM-The problem is in PASHAWAR, I won't be able to speak their language, 'cause I don't know how to speak PASHTO.
KW-Oh, 'cause the dialect, or it's a different language?
AM-It's a different language. I mean, I can speak in URDU. UI, but not all the people speak in URDU.
KW-You know how you do it? You disguise like your in IJTUMMAH in the TABLIGHI JAMMAT.
CW-Hey
AM-That's a good idea.
CW-Mashallah, brother. That's a good idea. yeah.
AM-But you know what? There not that many TABLIGHI up there.
CW-Oh, really?
KW-Oh, really?
AM-Where would they go?
KW-I SALAH UD DEEN who lived here, he went to PASHAWAR and uh, uh
AM-Who?
KW-I think it was ABDUL MALIK or SALAH UD DEEN
CW-So, Adnan
KW-Went to PASHAWAR in TABLIGHI JAMMAT
CW-If we, if we get to PASHAWAR, and we talk to a group, do we, do we risk anything by talking to that group from PASHAWAR, or should we cross first?
AM-The thing is, uh, you shouldn't be first
KW-Obvious?
AM-Yeah, I mean I..see, the thing is, where do the weapons come from?. We're going to get it from Afghanistan, right?
KW-Yeah.
CW-Yeah.
AM-So, it's not that difficult to penetrate into Afghanistan.
KW-The thing is, we need a guide.
CW-But do we
AM-Huh?
KW-We need a guide.
AM-Right. CW-So
KW-That guide is you.
CW-Well, well
AM-I know.
CW-the, the g KW-You're the best guide, man.
CW-Well, I think what we first is to establish contact with an organization that's already operating.
AM-Right.
KW-Well

CW-Do we
KW-Well, JAMAAT, JAMAATI ISLAMI
CW-No, no, no, no. They're not the ones that we would right?
AM-They have the right links inside of AFGHANISTAN.
CW-Yeah, but they're not the ones fighting.
AM-No, they're not the ones fighting
KW-UI
AM-But they are the only ones who closest to the Taliban.
KW-And we already have our links. This would be with ICNA.
CW-But what we do is we, so we
AM-See, but the problem is, the problem is, you're
CW-So what they do is, they will introduce us to the people with the JAMAAT.
KW-With the JAMAAT and we'll work with the JAMAAT for a while.
CW-The JAMAATI ISLAMI?
AM-See, the thing is you you have to understand there prospective too. They could think that you guys are spys
CW- Right
KW-That true
CW-Right, That's what we got you for.
AM:-(Laugh) They could even think I was spy.
CW-No no no no
KW-But will be with ha.. HANIF
AM-I know, I know
KW-He could vouch for us.
CW-Yeah
KW-That's the thing, man you should have HANIF ask tell you which of the people which of the contacts over there.
CW-Yeah
AM-You shouldn't, I mean this has to UI good brothers. I mean
CW-Yeah
AM-You don't need to tell him why. But just
CW-Right
AM-HANIF can guide you to nice brothers UI
CW-Well, what what I'm wondering
KW-UI we need to start to develop a relationship with these guys.
CW-What I'm wondering is what is our goal? I mean who do we join up with? When we get to Afghanistan? Because whoever is in Pakistan has to introduce us to the right people, we can't just go with any group.
KW-That's what I'm saying, JAMAATI ISLAMI. There has to be brothers within the JAMAT.
CW-Well, I know that, but, but they have to introduce us to somebody in Afghanistan because they're, JAMAATI ISLAMI is not doing faighting.
AM-Yeah, yeah they, they will introduce us."
7-15-17-05 Sess. 3 CW "CW-Yeah, uh huh. Can you hold this up like this? Paying attention ADNAN? You may have to do this one day. AM-I was wondering if we could do something without using the scopes. CW-What do you mean? You wanna use my iron sights?
AM-Cause on the battle field, I mean if you got someone elses gun, it might not have a scope on it.
CW-You can use my iron sights man, you don't have to use a scope. I have iron sights on it.
AM-Cause I want to get good at that, too.
CW-Yeah, okay now we'll adjust it.
AM-I mean some guns, like I mean, what if you don't have an iron sight then what? (Laughs). You can't fire a gun.
CW-It's gonna have an iron sight.
AM-It's gotta have it.
CW-Yeah every, every gun..
KW-It's built in, right?
CW-Unless you have a gun like this, it won't have an iron sight.
AM-That's why I was wondering why doesn't KOBIE'S have an iron sight?
CW-Yeah, but that's ah...I mean, this is... This is for ah, sniping and stuff man. A gun that's for sniping you never use iron sights. You always use a scope. A gun that's for ah, just random shooting like that is, is ah, you should have an iron sight on it." "SHZ-How much did you pay for this one?
KW-$799 bucks.
SHZ-How much did you pay for this gun? KW-I think I paid $250.
SHZ-This gun's nice. It ain't bad.
KW-That's what they use in the U. S. military.

**AM-It's an assault rifle.**
**KW-Semi automatic. It's easy to use.**
**AM-Yeah. It's, it's addictive man, if you didn't fall in love with it.**
**KW-This one's difficult.** It has a lot of kick to it.
CW-Yeah. **AM-I don't think I've tried your eye scope."**
**4-19-05 CW "CW-So you gonna come out with us? HM-Yeah at the range? CW-To SAM HOUSTON? HM-SAM HOUSTON, what are you gonna do at SAM HOUSTON? CW-We're going to SAM HOUSTON. HM-SAM HOUSTON RACE TRACK? CW-STATE PARK. WMS-STATE PARK. CW-We're gonna go camp out up there. HM-What day we're (UI). CW-Camp out, hike, maybe do some target practice. HM-Over the weekend? CW-Huh? HM-Over the weekend? CW-Next month. HM-We're going on a weekend though, right? CW-The 20th. through the 22nd."**
**5-10-05 CW "CW-So have you heard from those people or what? KW-What people? CW-The people that we're supposed to give money to. KW-Oh, are they supposed to respond to you? AM-Yeah, man. Man, it's very hard to get them. I really didn't realize that it would be so hard these days, but my brother's saying we can't trust anybody these days. It's pretty..What I've suggested is that they travel and they find out people that they are gonna do it in the summer. KW-I wonder if Ishmael has contacts AM-I've asked him KW-Oh yeah AM-But I asked him indirectly.**
**CW-What did he say? AM-I mean, he didn't respond. KW-Oh yeah.**
**AM-I asked him for, like, he was telling me that some political groups KW-The jackets (UI) AM-Have killed some people in Jamat. KW-Political groups, you mean secular AM-Yeah, secular groups. It happens, I mean, people die over there. Anyway, so I asked him about them. I said like what if, there's just one male in the family and he dies and then how do their families, things are taken care of. He never responded. So I don't know the reason why CW-Well who else can we think of that can do that.**
**AM-My brother he's gonna probably go and find out if he (UI) the Peshawar to find out something and he's gonna do that cause from Karachi he thinks it's not safe to ask anybody else CW-So it's a hotbed, huh, Karachi is......?**
**KW-(UI) giving the money is difficult to do it over there (UI)**
**AM-That's how they're living. KW-All I want is an address. AM-I know, but we need to have the right address CW-Maybe we could AM-So we can send money CW-We could fly a plane above and just drop it out AM-No, I want to be, I want to be sure that it goes to the right place KW-Yeah, yeah, of course, it doesn't need to be mishandled. AM-Yeah, I don't want that. It's very easy to mishandle funds (UI) needs to reach to the right people. CW-Hmm, yeah. AM-(UI) Because I already have something set aside in my one pocket for this long time just waiting. CW-Yeah AM-I haven't touched that. KW-If I gave you money, just know, starting now AM-Yeah. KW-Would you just like (UI) just send it AM-I can do that, cause I've already cut my side. I don't even KW-Just add up, you know, mines to yours AM-Yeah, that is possible."**
**3-22-05 CW "AM-But this time, we have to go (chuckling) hunting. CW-Yeah, let's go, man. AM-Well, we need to, cause we (UI) for awhile now CW-Okay. Well, did you buy that shotgun, yet? AM-HANIF is in town now. CW-He's in town now? KW-(UI). Yeah, I still buy that shotgun from him. (Laughs). CW-Huh, ADNAN on top of it already. AM-The thing is, I can't I don't wanna buy directly from the (UI). KW-(UI) TARGET. CW-See this? KW-It's about $50.00 cheaper than what you buy at ACADEMY. CW-Yeah. AM-You can get a shotgun for 200 bucks" "AM-The thing is, I I don't wanna go buy directly from the store in my name. KW-They don't register it. CW-There's a KW-There's a background check (UI). CW-Oh, a gun? Well, just go to a KW-A gun show. They don't keep any records at the gun show. Oh, they don't check now. CW-Uh, I don't know what the laws are right now. They they may. KW-They're trying to change the law. CW-They're trying to change the laws, yeah. AM-Yeah, but I'm just an international student. KW-Well, (UI), you know, if you thought it does happen. CW-I don't think you'd have a problem. KW-They just look for felonies. CW-That's all they're looking for. Yeah, if you're a felon. KW-(UI) so. CW-Right. Man. KW-It's real easy, you could buy at legal off the streets. AM-Anything legal (UI). KW-Anything you want (UI). AM-(UI) how much is that (UI). CW-Well AM-Cheapest (UI). CW- get anything, like what? KW-You got. I can get you legal. Whatever you want. CW-But you can't get you can't get uh, legally, you can't get uh, machine guns. KW-I don't know. CW-Unless unless, I mean, unless you have a Class III license. KW-He means he means, legal as uh, (UI). CW-Oh, okay. KW-You know what I'm saying? I mean, you know, tracked, whereas you can also get where it can't be tracked off the streets. CW-Yeah. Can you get me a Tech 9? KW-Probably, I would if it was possible. Come to the CW-Man, imagine me packing a Tech 9. KW-Come to the DAWAH house on Thursday for Iftar. He's there. He lives there (UI). CW-Iftar? Iftar. What time now?"**
**5-20-22-05 Sess. 10 CW "AM-This guns pretty good actually, I mean I didn't expect (UI) KW-It's a pretty good gun... HR-How much you get it for? AM-A hundred and fifty. HR-Not bad. Great deal. AM-Plus I don't have to go through background check and anything. KW-Yeah. AM-That's why I got it actually. KW-Yeah, (UI) got paperwork. You don't have any paperwork on it. AM-Yes."**
**11-22-05 UCE** "CW-So, AM, you were saying about the money?
AM-Yeah about the money (UI). It's hard to get it to AFGHANISTAN.

UCE-Okay.
AM-To the battlefields.
KW-You told us that.
AM-Yeah, but what's, uh, what's possible these days is to send it to the families that are in PAKISTAN. (UI). KW-Okay.
AM-Yeah, 'cause, uh, they're in need, too.
UCE-You got a clear path to get it to them?
AM-Yeah.
KW-So you have, my money right so far?
AM-Yes, yes.
KW-So I'll try and get you more, inshallah.
CW-Right. So he was, yeah, he was planning on sending it. You're planning on sending it to somebody though (UI).
AM-Yeah. This is, there's a doctor who, who's, who's working in that region...
AM-...and we send it to him. He has, he owns this, like, hospital.
CW-Like, above ground, not underground.
AM-It's not underground. It's open.
KW-Mmm.
UCE-Oh, okay.
AM-And then he supports those families.
CW-So, um...
UCE-But, uh, when do you wanna do it?
AM-Uh, whenever I have like uh accumulated a total of...
AM-...I'm, I'm, what I'm intending is to like, collect thousand every month and send a thousand every month.
AM-So when do you wanna do the first one?
KW-A thousand goes a long way, huh?
CW-I, I, I could still give you a little bit.
AM-Yeah, yeah.
CW-(UI).
AM-But there are a lot of families over there.
CW-(UI).
UCE-(UI).
CW-So, yeah, it's not gonna go to some, some...
UCE-Yeah.
CW-...some joe laying in the masjid..
UCE-(UI).
KW-(Laughs).
CW-'Man, I don't wanna work this month, man.'
KW-(Laughs).
UCE-'Dude, this is like cool man.'
KW-So these the same families that have been affected by the earthquake? Is that it?
AM-Uh, no, not really.
KW-Oh, okay, okay.
CW-No, these are the, these are like the, you know, where, you remember the Arab families that are in like WAZIRISTAN.
KW-Yeah, yeah.
KW-Okay. Alhumdulillah.
CW-Yeah. So, um, so, so, when, when do you wanna do the first one? 'Cause I can give you a little bit still.
AM-Sometime, some, sometime in December (UI).
UCE-(UI).
CW-When you do wanna give us, the, when do you want us to give you the money, man?
AM-Um, any, I mean, if you could give it to me like, by the first week, weekend, so I could then (UI).
CW-First weekend?.
AM-Yeah, yeah. So by the second I'll, I'll call (UI) I'll give it (UI)."

Sniper

3-22-05 CW "CW-Those those are sniper scopes. Specifically made for sniper scopes for sniping. However, you still can use the sniper scopes for hunting. So and um, do you remember the windage KW-Yeah, I do. CW-Thank you. This doesn't have it on here. The windage and elevation adjustments. That's one piece that this doesn't have. I can show you. I'll show you another scope for windage and elevation adjustments. This is a this is another cheap one. AM-How much? CW-It cost me less than a 100 bucks." "CW-You shot my AR 15, huh? Yeah, but my elephant gun like in there. ADNAN calls it my elephant gun. AM-(Laughs). You told me it's an elephant gun. CW-I can show you which one. KW-Mm-mmm. CW-It's pretty cool. KW-What is it? CW-It's uh, Savage Bolt action UM-Mmm. CW-Kind of like yours, except except uh, it's a heavy barrel. AM-It is. Yeah. KW-It's a bigger barrel? AM-Yeah. CW-Well, it's a heavy barrel. It's thick. AM-Yeah. CW-It's really thick. KW-Oh. CW-For accuracy. I want better accuracy. KW-So it's more of a hunting rifle. CW-Yeah. It's excellent for hunting. Very, very accurate at long ranges. KW-Sniper (UI). CW-Yeah. AM-Good, I'm a super sniper. CW-(Laughs). ADNAN really likes it. KW-Does it have a lot of kick like mine? CW-Uh (sighing) AM-Not like the AR15 but I haven't tried yours (chuckling). It has a kick. CW-No, I don't think it does. It did before I put"

5-17-05 CW "AM-You have to get the hunters education courses (laughing). CW-Yeah. Uh, we'll we'll figure something out on the property. In fact, maybe me and ADNAN can scope that out prior to guys getting there. I bought I also bought 100 rounds of of my uh, 308 rifle and stuff. AM-(UI). CW-So you guys can have some practice on my on my sniper rifle. I think that'd be really cool. KW-I would like a few more brothers out there. CW-Yeah. Yeah, me too. It'd be cool to have six of us there. KW-Yeah."

5-20-22-05 Sess. 9 CW "AM-Where's your big one? CW- a another thing is that, my big one? It's, there. AM-Why did you bring it? CW-Because it's a sniper rifle. KW-Aw, ni.. nice gun. Oh yeah, that's right. CW-We're gonna fall back to the one hundred and shoot. KW-Okay. So, I may as well use that. CW-Yeah. So uh, but what I was gonna say is that, any, combat stuff that you do is gonna be pretty much close range anyhow. So AM-Yeah, but not that close range! CW-Yep! KW-Oh yeah CW-Urban urban combat. You might be shooting across the street. AM-A-across the street, I can take care of it. Give me the blade. (Laughs) CW-Kiss my rear end! AM-(Laughs) No way. KW-Interesting. KW-It's like paintball, you get, get your, experience "

5-20-22-05 Sess. 10 CW "HR-We got we got two snipers. CW-Yes sir. Two snipers. KW-Yep HR-Nice gun. CW-Yeah it is" "CW-Okay, KOBIE since you don't have a uh tripod or bipod you're gonna have to use your hand, your arm to hold your gun up properly. KW-Huh? Say that again. CW-Since you don't have a bipod. You're gonna need to use your hand or your arm to hold you up properly there. KW-Okay. CW-Keep you stable. Or in an actual sniper situation you can use ahh.. another object. KW-Like that table. CW-Well you could grab you could grab that you could grab the uhh other ammo box there and you could use that. KW-Okay. Sounds good. CW-But you'll be laying down. KW-That's fine CW-Or that stump for realism. (laughs)" "CW-We're doing pretty good actually for time I think oops sorry KOBIE I'll move out your way It's 10:25 (1 gunshot) I didn't see a darn thing. KW-I think I hit the dirt. KW-(UI) but see that smoke? CW-You hit the dirt. How'd you do that? KW-Right there. CW-Uh tell you what because sniping is part of being sta, you know stable. Let's use this (1gunshot) To stabilize yourself and that will help you. Because you don't hafta hold it that way for as a sniper because you wanna you know wanna make sure that it is as stable and still as possible. Okay ADNAN you wanna put some in?" "KW-You hear about that in Iraq where in FALLUJAH when they first invaded it the one MUJAHADEEN that took out a hundred soldiers .you hear about that? KW-Yeah, yeah. And they and they tried to do air raids on them they couldn't get them CW-(Laughs) KW-He was like in a good spot he was a sniper. CW-Oh yeah, yeah. KW-His brother was a sniper. (laughs) They couldn't hit him man. (background noise) They even had, had that in main stream news." "HR-What kind of sniper is that? CW-Huh? Oh that's a SAVAGE uh 10 LE. HR-What kinda uh AM-Is it loaded already? HR-..like what's ammo look like? CW-.308. It's ready ADNAN" "CW-Uh tell you what because sniping is part of being sta, you know stable. Let's use this (1gunshot) To stabilize yourself and that will help you. Because you don't hafta hold it that way for as a sniper because you wanna you know wanna make sure that it is as stable and still as possible. Okay ADNAN you wanna put some in? AM-Yeah. CW-Come..I'll show ya. Open it up. Take your ammo. Press it in." "CW-Good. Maybe you just shouldn't put so many rounds in it the next time. Go ahead and move that. Nobody's shooting it. AM-Okay. (1 gunshot) CW-Hold it up there ADNAN. Mr. Sniper. "

5-20-22-05 Sess. 16 CW "HAMAD-Well the AR and me became friends, though. CW-But yeah. But after that after you shoot it a little bit, then it's pretty cool. It's not so intimidating. I really like that sniper rifle, though. HAMAD-Yeah. KW-I think it's pretty accurate. HAMAD-(Interrupts KW.) I like it's accuracy. AM-Yeah, it's accuracy is perfect. CW-Suppose to be. At a hundred yards you're suppose to be able hit the same bullet hole. HAMAD-One thing I love about one thing I love about the AR though, it's you know, you can move around a lot. It's fairly accurate too. I mean not as the sniper, but it's good enough. CW-(Sighs) It's made for, it's made for urban warfare. The sniper rifle I mean sniping is not somethin I mean you just don't go shooting up the places when sniping. HAMAD-You just hide in the window or something. CW-Cause you're, you're for the most part, you're camping out. You know? AM-Assassin. CW-Sneaking. AM-Assassin CW-Sneaking around the woods or where ever you're at. Yeah, assassinating. KW-Just remind me to assassinate ALAWI (CW laughs) HAMAD-Do you just have do you use a sniper (UI)? CW-Yeah. HAMAD-Do they use CW-Big time. HAMAD-Do they use a sniper for JFK or was it a rifle? CW-Yeah, they used well HAMAD-It was a sniper. Wasn't it? KW-Yeah, um or OSWALD yeah. CW-He was trained by the RUSSIANS, they say."

6-4-05 CW "AM-No man, I can't see anything but one. (Gun shots being fired). We might need to return all those targets. (Chuckles).
CW-We're gonna have to site mine in at 100 just to be sure. (Gun shots being fired).
AM-(Car alarm being deactivated). (Rifle shots fired). Yep, I hit it.
CW-See, sniper rifle's better than that. (Gun shots being fired).
AM-Oh yeah. (Gun shots being fired). But I think it needs to be sited in." "UM-That's what savages are in.
CW-That's a Choate stock.
UM-Yeah.
CW-Choate's a super sniper I think they call it, or ultimate sniper.
UM-How's it shoot? Pretty good?
CW-Shoots pretty accurate, yeah. Yeah real accurate For a gun that, you know that inexpensive, you know Savages isn't that expensive of a brand.
UM-Savages are huh, just as good as Remington seven hundreds.
CW-Yeah.
UM-I think it'll pay off.
CW-Yeah. That's why I like it. It's economical and very accurate, you know? A little bit on the heavy side but, I think its like eleven and half pounds." "CW-KOBIE you can shoot the sniper up.
KW-Okay.
CW-Let take the same targets. You get the one on the left. Um, you get the one on the right.
KW-I get this one?
CW-Yeah, the one on the right.
KW-Okay.
CW-ADNAN you're the one next to um, MALIK." "CW-See, you might not be hitting the first person, but it's hitting all of his buddy's back there shooting at you.
AM (Laughing). (Clapping). Hitting the back-up.
CW-Yeah.
MM-I tell you what, you can shoot him with the sniper rifle way back here and since he shot better than us, DON shot better than us, he can shoot the guys in the middle and if it gets up close I'll get him. Fair enough?
CW-(Laughing). (Shots fired). Well, if they get close enough to see their eyes, they're too close. (Laughing).
MM-Make more living . (Shots fired).
CW-Oh look. They have a little human silhouette over there. That's what we should of done. (Shots fired).
MM- easier to image that way. (Shot fired).
CW-See that ADNAN?
AM-What?
CW-Those people, there are shooting with a human silhouette down there.
AM-Oh really? Yeah, over there?
CW-Yeah, like we had over at the uh .
AM-Yeah. (Shot fired).
CW-That's what we should of done. I still got more left over.
AM-We have like a bunch of these one's. So, we can bring them next time. CW-Yeah, we don't have to buy those no more. (Shots fired). I got, I got the human silhouette ones and the, check it out and see here what you did. I got the, you know the human silhouette. I had a bunch of them left over from the last time we went shoot, and now we got a bunch of these. MM-That use to aggravate me, when uh, when we go to the ranch, military and they were like okay, put up your target. You feel like a little man, that big and yourlike way down there. (Shots fired). That's . That's what you call a Hobbit.." "AM-I told you I wasn't hitting anything.

CW-Well you know better than anybody. Hide that one man.
AM-I'll use it next time. (Laughing).
CW-Whose is this?
AM-I think this is MALIK, with your gun.
CW-Oh, okay. Yeah, that's right.
AM- I the, the sniper.
CW-I only shot two of them off and then I gave them to you guys.
AM-Yeah.
CW-That's KOBIE.
AM-But these are only the sniper, I mean the A. R. Fifteen. I don't think anybody hit the target!"
7-15-17-05 Sess. 3 CW "AM-No, even if you move your eyes around scope you're gonna finally get it in the place where you don't have that black thing.
KW-Like JIM's on his rifle, it's
AM-The sniper rifle is excellent, man.
KW-No the AR15, it's I had a, when we were shooting the last time, I had a big problem.
AM-Yeah I have big problem with that too, but his sniper rifle
KW-Oh, I don't know about that.
CW-It's perfect.
AM-It's perfect man. It can't get better than that. I mean that is excellent.
CW-Yeah and ah, you know it's all in how you lean into the gun
AM-No, I always have problems with it.
CW- and if you have a natural, if you have a natural tendency to lean into it so far that you see that black ring on the edge, then you need to adjust your scope.
AM-Oh, I thought it's something I always have problems with my eye setting and I have to move it a little bit."
7-19-05 Sess. 1&2 CW "AM-(UI) not that bit. It's almost the same. The sight (UI) thing in most accurate.
CW-KOBIE needs some time at the uh at the shooting range to sight that baby end. Um but see now the thing, the things is that KOBIE's the, that caliber has been used ever since World War I and it's been proven as a good sniper rifle however, KOBIE's is made for hunting. Mine I pur, I bought
HM-What are you gonna have left to eat after using that? What are you gonna have left to eat after using that?
CW-No it'll kill, it'll kill
HM-(UI) cook it at the same time.
CW-Yeah. Nah it's good for deer, it's good for deer but you can easily convert it for other purposes you know. Now mine is uh I got that because it was a..it's a law enforcement edition sniper rifle you know. Has an extra long barrel has a heavy barrel and um it's uh 3-0-8 which is standard throughout the military and um .um .one sixty-uh one sixty-eight grain I think it is that I shoot..is standard for sniper..so.
HM-So back to uh jihad (UI).
CW-We could draw a pen on the side of my gun.
HM-I thought we'd make pens to look like guns.
AM-I would like that one.
CW-AK-47 pens?
HM-(UI) swords. I like swords. Pull it out (makes noises).
CW-You and your swords. You and your swords man. Now with KOBIE's is pretty powerful pretty powerful but the thing is he hasn't had it sighted in and he he keeps puttin it off, putting it off and he never cleans it. When I cleaned his gun for him that night I cleaned his gun for him.
AM-You didn't clean my gun.
CW-He was
AM-You didn't help me clean my gun.
CW-You don't have, you don't even have the materials to clean your gun.
AM-No, but at least show me how to open it. (Laughs)."
8-2-05 CW "CW-Sorta thing you know. And we can, I can get a couple extra radios, give it to the teams, and we can just make, you know give each other commands, and And stuff like that. Just kinda make it a little bit more interesting.
KW-And then you'll have different rifles for different purposes, right?
CW-Right. Right.
KW-Cool.
CW-Because you and I have sniper rifles.
KW-Right.
CW-And then we have the AR Fifteen. Um, I can get somebody a handgun. Um, and then we can uh, we could work it out like that.
KW-Oooooooooo! Man, like everybody like
CW-Like - like for instance we can have like a sniper team. Right. That sniper team will be responsible on command. Well, they would get in the position and they would say like uh, they would say something like uh, "Sights hot".
KW-Right. CW-Which means they have a target. So that would mean that the other team that's gonna move in can get into position. Right. So, on command, whoever's commanding the JAMMAT, the snipers would fire and take out two of the targets. Right. After they fire, take out the two targets, then the other team would - would have to go to move in and finish the targets off.
KW-Okay.
CW-You know what I mean?
KW-Yeah.
CW-And we're all doing it at the same set, fixed targets."
9-17-05 Sess. 2 UCE "UCE-Okay. Alright. Everybody had enough of shooting this one today? You want to go to the uh, to the sniper? You guys cool with this?
CW-You want to go with the one-hundred or something?
UCE-Yeah, yeah. I mean, this is a good range, we got a good feel, everybody comfortable what they did?
KW-Yeah.
CW-Yeah, that's pretty cool man. I need some more practice.
UCE-No, see.
CW-But that's pretty cool." "UCE- okay, I'm gonna be getting this ready to do the melons that we're gonna with the sniper rifle.
KW-Okay.
UCE-Every other weapon, take all of the ammo out of every other weapon, cause we're gonna do something with them, with empty weapons, and all of us need a weapon.
KW-Okay.
UCE-So, all that. I'll be getting this set for the melons. Every other weapon. All of the ammo out. Make sure everything's out.
CW-Okay. And we'll leave it up there at the uh, at the table.
UCE-Leave the ammo at the bench and, yeah, (UI). Having fun yet man? Learn anything today? One.
CW-There's two guns down there. UCE-Two guns down there. One. that's three guns, you only have, we only have a total of four weapons here? CW-Yeah. UCE-Empty your handgun, let me use that. Alright. Before we do the most important thing, uh, we're gonna work on some teamwork stuff. We don't need any eyes and ears for this."
9-20-06 UCE "UCE-Um, you shoot like a forty-five?
KW-(UI). UCE-Yeah like, you could shoot like a forty-five sometimes but that was basically for officers but I mean they let you shoot 'em. Um, you had some people like if they gonna be like um, a sniper or something they'd end up with .223's and .308's but most of us you know. Most of us you know, They just threw a M16 in your hands for a little while just to say they did. CW-Alright. UCE-Shoot it had like the metal sites anyway. "
12-31-05 CW "JC-That's weird. That's a little too much for me. How's that huh?
AM-Shoot! What do you do with this thing?
JC-You shoot through walls. Like the sniper you know.
AM-Dang!

JC-Wow! That's like, that's huge man.
AM-I want to see the bullet size.
JC-Oh you, see how large that is man.
AM-Right.
JC-Right. It's as large as that opening is.
AM-Almost a whole missile.
JC-Yeah.
AM-What is this? Two ninety nine.
JC-I don't know what caliber that is.
AM-Looks small to me.
JC-Yeah. Sir, what caliber is this? Two seventy? Yeah. Mm-hmm. That's good, that's good gun for deer.
AM-Really?
JC-Yeah. Yeah, yeah. They shoot very flat.
AM-How much did KOBIE get his for?
JC-Three something.
AM-Three something.
JC-His thirty ought six, like three twenty five or something like that.
UM-That' probably. (Talking from a distance).
JC-Mm-hmm, mm-hmm, mm-hmm. I've got one of these. (Laughing). I've never seen that scope. What is that? Oh, a Night Force. That's an expensive scope. That's a nice scope. That's what I want to put on mine.
AM-What are you going to do with the ones that you already have?
JC-Huh?
UM-You gonna take many enemies (UI) (Speaking from a distance).
JC-Huh? Just make sure that they are not close. Make sure they stay out there. (Laughing)."
1-14-06 UCE "UCE-When did you shoot me?
CW-(UI).
UCE-You shot me? From where?
CW-Bang bang you're dead UCE.
UCE-From where? I didn't heard you. From where?
CW-Sniper position.
UCE-From way back down there?
CW-(Laughs).
UCE-Still have to come thru the woods. Um, ok. Now we're gonna make our way back so we can start shooting but we're going to do it just a little bit differently. So, uh.
CW-Sorry KOBIE, I didn't mean to navigate thru all that brush.
UCE-Uh, KOBIE you come with me. You ok?
KW-Yeah.
UCE-Alright. Alright. You three are the mujahadines. Ha ha ha. " "UCE-But still, the whole point of this was just making sure you're thinking right 'cause reality of it is and every last one of us, if somebody wants to lay out in that woods in camouflage with a sniper to shoot any one of us, doesn't matter, we're shot. Period. Any one of could wait. See what I mean, that's like the deer at the feeder up there. Any one of us can wait at a spot and somebody come by and get 'em you know so it just minimize and to be smart about it. That's what we have to do. Alright, go up and grab the ammo. Anybody need a drink of water or whatever and make it to the range.
CW-ADNAN's really had a tough day. All those thorns ripping him apart and he's worried about his jackets.
MS-(UI).
CW-I didn't feel a single thorn man.
AM-(UI).
MS-The green ones sucked, the other ones you could like (UI) high country (UI) the green one was like (UI).
CW-I did get tangled in a vine back there though.
MS-(UI).
CW-Yeah, 'cause ADNAN lost uh MAAZ and I'm like, "We gotta catch up with MAAZ man."
AM-And then we got, CW got stuck in it" "UCE-But still, the whole point of this was just making sure you're thinking right 'cause reality of it is and every last one of us, if somebody wants to lay out in that woods in camouflage with a sniper to shoot any one of us, doesn't matter, we're shot. Period. Any one of could wait. See what I mean, that's like the deer at the feeder up there. Any one of us can wait at a spot and somebody come by and get 'em you know so it just minimize and to be smart about it. That's what we have to do. Alright, go up and grab the ammo. Anybody need a drink of water or whatever and make it to the range.
CW-ADNAN's really had a tough day. All those thorns ripping him apart and he's worried about his jackets.
MS-(UI).
CW-I didn't feel a single thorn man.
AM-(UI).
MS-The green ones sucked, the other ones you could like (UI) high country (UI) the green one was like (UI).
CW-I did get tangled in a vine back there though.
MS-(UI).
CW-Yeah, 'cause ADNAN lost uh MAAZ and I'm like, "We gotta catch up with MAAZ man."
AM-And then we got, CW got stuck in it" "UCE-We got up, ate a nice leisurely breakfast, didn't do anything. We were out for like an hour and a half and you're acting like you gotta take a break for like
MS-It's just ADNAN man
UCE-Come on.
MS-His gun was too heavy for him.
UCE-Come on. (UI) that far away. Not until we pull out the sniper. Right now this is all gonna be 50 yards or closer. We don't need that. This is 50. You can uh, put that one over there over to the side 'cause that's, that's pretty much uh the show stopper there. Legal age for what?
MS-Handling a gun.
UCE-18 for a handgun." "UCE-This small one loaded?
CW-Sniper rifle.
UCE-This small one is loaded?
CW-Small one?" "UCE-See if he's got a couple of feed bags so we could uh, practice with your big boy.
MS-What, the deer?
UCE-No, you'll see. Now you're having fun with the real gun. We been playing with the toy guns now. MS-Oh, we're gonna play with toy guns now? UCE-No, we've been playing with the toy guns now we'll get the real gun. You'll see. MS-Oh the sniper rifle? UCE-We gonna shoot the sniper from right there? CW-100 yards. 100 yards is fine. UCE-So right there. "
2-14-06 UCE "KW-No. 200 yards, 500 yards. Don't they have 500 yards at the range over here CW? On highway 6?
CW-Yeah.
UCE-You just do it with a smaller target. You can simulate it with a smaller target.
CW-The things is you have to qualify to use those large ones.
AM-How do you qualify?
CW-Probably just pay them a $100 bucks to train you on how to shoot.
UCE-You can do it, you can do it with just using a smaller target cause that's what you do in -the military. They don't actually necessarily move you unless you're a sniper. They don't -move you back to 500 yards, they just put up a little bitty target that looks like it's way -out in BFE.
CW-So what I was thinking is that you need to. Whoever's getting your horses or your Jeep. -ADNAN wants a Jeep. Um. He's gonna put us on horses and he's gonna take the -Jeep.
AM-No, no, no. We need the Jeep for PESHAWAR.
CW-We need to find a way to get weapons when we're over there.
AM-Yeah, weapons should not be an issue."

3-11-06 UCE "UCE-You wanna uh, put your uh, big, your sniper up?
CW-Yeah.
UCE-KOBIE, you have, you have both of yours?
KW-Both of what?
UCE-You have both of you uh " "UCE-Uh we uh, don't need any shotguns, (UI) bring the ones other than shotguns (UI). You wanna shoot your uh, your rifle?
CW-(UI)
MS-(UI)
CW-(UI) Somebody can get my sniper rifle. (UI) whole box up here. (UI) Huh. That was good. Uh oh.
UCE-What? Drop something?
CW-(UI) My camera (UI)
UCE-Your camera? MAAZ had it, remember?
CW-MAAZ.
UCE-Your digital.
CW-No, he doesn't. MAAZ, you got my camera?" "CW-ADNAN
AM-What?
CW- will you, will you pick up that sniper rifle on your way back?
UCE-Got to uh, if you got that, I'll grab these guns. Grab one of these. You got it?"
3-15-06 UCE "CW-I downloaded the Bagdad sniper I downloaded the Bagdad sniper on the computer.
KW-Oh, yeah.
CW-Cause they just uploaded it to JIHAD UNSPUN.
UCE-JIHAD UNSPUN.
KW-Uhh huh
CW-Yeah, they just uploaded it they're a new set of files and I downloaded a whole bunch.
KW-These these sniper went crazy, you know.
CW-Yeah, he said he had nine bullets.
KW-Man.
CW-Nine bullets and he goes to send GEORGE BUSH a message.
UCE-Heh-heh, with nine bullets huh?
KW-(laughs)
CW-They he went on and took out like nine. I think every shot he had was one shot.
KW-Wow.
CW-One shot..
KW-I wonder what kind of gun he was using? 30 aught 6
CW-Well, you saw it right? That's the one you were telling me about.
UCE-308
CW-That's that one you were telling me.
KW-Yeah but I don't know what kind of rifle he had.
CW-Umm. I thought it was it looked like
UCE-If it was a sniper rifle, going to be .308 or .223, right? They don't use too much more.
KW-Oh yeah.
UCE-Not, I mean, for hunting yeah, but. When it comes to like military style sniper stuff they pretty much use the same stuff.
KW-Oh, yeah, yeah.
UCE-30 aught 6 is like my name is Bubba, I'm gonna kill me elephant. (laughter) KW-I'll be killing elephant (laugh)."
3-28-06 UCE "CW-223, looks like AK 47. UCE-It's a 223 but it looks like an AK? CW-Yeah, but it's not a a (UI) and it has a UCE-223 should be a sniper then. CW-It looks like a sniper gun. UCE-But an AK 47 looking sniper. CW-Looks like an AK 47 but it's an ISRAELI model. HM-(UI). UCE-Ok. KW-Yeah, yeah, yeah. CW-ISRAELI model made in MINNEAPOLIS, MN." "AM-(coughs). He, he's willing to spend a grand on a gun? CW-That's what he said. AM-Why doesn't he just I don't think so UCE-He can get him a much simpler he don't have to spend that much to get him one. That's his purposes 'cause he's not gonna be he gonna take your spot and be a sniper? CW-No. I'd be more than happy for him to get one 'cause then I can shoot it. UCE-Ya'll gonna challenge each other? See who gets the sniper spot? KW-Yeah, this is where CW shows up (UI). UCE-What you think man?
AM-I don't know.
UCE-Need a challenge.
AM-(Laughs) His gun is pretty good." "UCE-He's probably got it on his phone. You have, you answer messages on your phone? Didn't know you could do that did you?
CW-Oh yeah, I got it.
UCE-I figured you did.
AM-(Laughs).
UCE-I figured you did.
CW-I use it every once in awhile. (UI) with my chick.
AM-(Laughs). No wonder.
UCE-I don't think MAAZ needs to be our sniper.
CW-No.
AM-He, he can't afford $1,000 not for a gun
CW-I spent, I spent, I spent $500 for that gun that I have and then I replaced the stock which was another $150 something like that, sniper stock and then uh, of course that scope is a cheap scope but it works well. I mean, if you're smart enough you can do your own bullet drop compensating and all that. So, I spent under $1,000 for the one I got on me, probably about $700-$800.
KW-I don't have (UI) (ding).
CW-And it's spot on accurate."
5-10-06 Sess. 1-3 CW "UCE-He's probably got it on his phone. You have, you answer messages on your phone? Didn't know you could do that did you? CW-Oh yeah, I got it. UCE-I figured you did. AM-(Laughs). UCE-I figured you did. CW-I use it every once in awhile. (UI) with my chick. AM-(Laughs). No wonder. UCE-I don't think MAAZ needs to be our sniper. CW-No. AM-He, he can't afford $1,000 not for a gun CW-I spent, I spent, I spent $500 for that gun that I have and then I replaced the stock which was another $150 something like that, sniper stock and then uh, of course that scope is a cheap scope but it works well. I mean, if you're smart enough you can do your own bullet drop compensating and all that. So, I spent under $1,000 for the one I got on me, probably about $700-$800.
KW-I don't have (UI) (ding).
CW-And it's spot on accurate." "JK-Oh, I know, 'cause, targets not going to be always standing around, they're always moving.
KW-Unless you're sniping.
KW-That's (UI) exactly, and like I said, that's the only thing, with certain people and everybody's gonna be a sniper. And they're (UI) not that big first of all.
JC-Yeah.
JK-Not everybody's going to be sitting around in one spot all day long. You know, waiting for (UI) walk by.
JC-Yeah.
KW-The majority of the people going to be running, running around with troops place to place, (UI).
JC-Hmm-mmm.
MM-Alright, ADNAN's not here, but it's, it's enough of us here to get to the point you in the crew secret handshake.
JK-Where's ADNAN?
MM-Uh, what is the secret handshake?"