4-26-05 CW "HM-(UI) degree in communications.
KW-What's your stud...what are you studying anyway man (UI)? AM-(UI).
KW-I don't know anything about you. (AM laughs.) Are you, are you (UI)?
AM-No, i am in BIOMEDICAL ENGINEERING (UI). (Several people talking at one time.)
CW-He's gonna produce WMD's.
HM-(UI) Master's (UI)?
AM-Yeah. But Master's I can do it myself.
CW-AD...AD...AD... HM-Anytime, yeah. (UI).
CW-ADNAN's studying how to produce WMD's (Laughs).
AM-I didn't say BIOCHEMICAL I said BIOMEDICAL
CW-Biomedical? Okay.
HM-learn how to uh (UI)."

5-10-05 CW "AM-(UI) Yeah but this, this, this year we need to do some hunting, right. We need to plan everything out before
CW-If you're going in August, man, you can't do any hunting. KW-You gotta stay here, Adnan.
CW-Stay here one more year.
AM-One more year it's too much. I mean if I don't get any, uh, what do you call it, any solution to this, I can't stay for one year.
KW-How about DR. FUSTOK?
CW-What about him?
KW-Couldn't he sponsor Adnan to go to U of H?
CW-I don't know.
KW-He's expressed how important he is to have here. As a DA'I, I mean you know him, I
CW-Yeah, yeah, yeah, I don't know. I haven't, I haven't talked to him in a long time.
KW-It's just that (UI) scholarship for somebody, you know, (UI) CW-I haven't spoken to him in a long time. You going for what? Engineering? Bioengineering?
AM-Biomedical.
CW-Biomedical. He's studying to be a WMD, uh, designer.
KW-(UI) right? Hey, hey, uh, uhm (UI).
CW-He's gonna fix, uh, medical equipment.
KW-Yeah.
AM-Once you are in the Community you can fix any equipment. Doesn't have to be medical equipment. (laughing) Lots of stuff on the battle grounds you can.
KW-Ma sha allah! CW-Yeah KW-A bomber... CW-Wouldn't have any, wouldn't have anything to do with roadside, would it? (laughing) KW-Road kill. CW-Anti-tank (laughing) AM-Apaches.
AM-Make it fly again. (UI) train 'em to shoot at a place where it doesn't damage much. We could fix it back. CW-Yeah, so, this week, get yourself some sporting clays, how ever much you guys want to shoot. Six, seven or eight sized shot and, uh, I'll pick up targets tomorrow, in'shallah, if you want to bring some cardboard backing that would be good."

5-20-22-05 Sess. 16 CW "CW-So, ADNAN Guess I don't need to buy a shotgun. See you ain't going hunting with us. I don't know if you gonna be doing any hunting up there. You might as well just sell it. HAMAD'S in the market. HAMAD'S in the market for one. AM-(Laughs) A shotgun? CW-Yeah. (Birds chirping and banging noise.) AM-(UI) the first time I shot that gun. (Laughs) I really liked it. CW-That's why you gotta stay here, man. We'll give you more practice. (Laughs) Listen, go for quality of life, man. Quality of life. (Birds chirping) And, that's with us. That's with your brothers. AM-I'm not, I'm not saying that's wrong, but (birds chirping) I have (laughs) to complete my degree, too. CW-You could do that here. AM-It's expensive here, dude. CW-(Birds chirping) It's not that expensive. AM-It's like three times. CW-And, your point? HAMAD-So, cost of living's cheaper. And, MINNESOTA'S expensive. CW-Yeah. AM-It's not that expensive."

5-20-22-05 Sess. 19 "CW-So you're going to trade your brotherhood for a couple of thousand dollars? AM-What? CW-You're going to give up the brotherhood to save a couple of thousand dollars. AM-No, no. (UI) Uh, things I need, I need to complete, man, I don't see getting completed. You see what I am saying? CW-What are you talking about? AM-My degree. CW-You have a time table you're working with? AM-Yeah. If I go this fall and uh,...according to how I plan it, I see myself graduating by the end of next year. CW-Then what? AM-Then I can come back. HAMAD-Then if you don't go, then? AM-Then I don't see it happening (laughs). HAMAD-Why not? AM-Cause it's expensive here, man. I can't... HAMAD-How much money? AM-Like three times. CW-Three times. AM-Three times. Like if I paid $3,000 there, I would pay $9,000 here. CW-What about another school? In Houston?"

6-4-05 CW "CW-Ohhh, I forgot all about that. (Pause). My bad! Yeah, he was -ADNAN, was saying talk to him about a scholarship to stick around. KW-He does have a scholarship to AM-He also give a scholarship to the other person who works there, AMJAD. He gave him the scholarship last year. KW-To who? AM-The guy with the big beard. KW-Yeah, uh...
AM-He gave him the scholarship he's not going KW-Oh yeah? CW-What, uh, what are you going for? AM-Electrical engineering. CW-Electrical engineering. I thought it was Biotech Engineering?

AM-It's - it's actually, um, a branch of electrical engineering. Biomedical engineering. CW-Biomedical engineering. AM-Yeah, it's just like two additional courses. KW-I see. CW-But you keep changing it. AM-No, I'm not changing it. CW-(Laughs). AM- . In my country they don't have a specialty biomedical, uh technology major. CW-Uh huh. AM-They have them in a couple of engineering majors. Where I can - where I can take two other courses and I can get my biomedical engineering. CW-Well, with biomedical engineering you're going to be like a, um, a repair technician or something like that, right? AM-Yeah. It - it can be, it can be in research, it can be in instrumentation, it's other than repair. CW-Okay. AM- it's not a, not a Bachelor's Degree. CW-But electrical engineering is something different. AM-No. CW-That's like wiring stuff. AM-Electrical engineering is getting . Um, electronic, electronic engineering some the rest of the it's just a difference of a couple of courses to get the KW-Whatever. Oh, no, there is a difference in electrical and electronic engineering. AM-Just a couple of courses. KW-Yeah, but I'm saying, it's like when you get a job. AM-Right, right. CW-Yes, exactly. AM-I see, I see, I do, I - I do. The thing is I want to biomedical but it's, it's one but they don't have a specialty biomedical major over there. CW-They're not good enough man, you shouldn't be going. CW-ADNAN, it's gonna be like FIRASET, you're gonna get there and hate it. AM-(Laughs). KW-The course load is different, too. AM-It's just like two, . I did a lot of research on that. KW-Whatever. AM-Because I'm already taken like a lot of biomedical courses over here. And uh... KW-No, I'm talking about the AM- . Today I call the person and told them to KW-You did? AM-Yeah, it's just like two, two courses that are different. KW-Oh. CW-ADNAN, ALLAH will not bless somebody who leaves the Jamaat without permission. So, you gotta stick around."

6-14-05 CW "CW-Well we've been trying to discuss that before with FATIMAH and it was trying to get him to write like a letter. AM-(UI). Okay (UI). KW-What? CW-What I want FATIMAH to do is to write a letter describing his Islamic achievements here because HAKEEM is very interested in Islamic work and he is educating formally in Jordan. Uh, he's getting an Islamic degree and everything. To, highlight all those things and also highlight his educational achievements and goals and them we can use this as leverage on HAKEEM to get him a grant of however much that ADNAN needs, like say $6000.00 for the year. You know, right, for the year, and so HAKEEM will give a scholarship so that ADNAN can continue his Islamic work here in HOUSTON and go to school. KW-Also, you might want to get also some reference from FIRASET. CW-Yeah, and you can get references and everything and people who write letters saying that we would like ADNAN to stay here. KW-AYUB BADAT. CW-ADNAN, ADNAN doesn't like the idea because he thinks he's talking himself up too much. KW-I know how he feels. CW-But you have to on a resume like that. KW-I know you feel. You have to do that when go get a job anyway. AM-I'm (UI) resorting to those tactics. KW-I'm not used to that. CW-Do it. Do it. Pull out all of the guns. KW-No, just think of when you trying to get money for the dawah like ISGH. AM-That's like getting it for something else. Right now, I'm trying to get it for myself. I don't like that. CW-ADNAN, put all of your etiquette aside because it's appropriate because what you're doing is you're furthering your Islamic work. I mean you're not doing for yourself. You're doing it for the fact that you can stay here and continue doing what you're doing and educate and be with brothers and you know that it is important to us. KW-It's for the sake of Allah. CW-Yeah. AM-I understand that, but like CW-So, you should, you should view it like JIHAD. You should write it and KW-(UI). CW- do a good job and just picture yourself man, just taking that sword and just hacking away at the SHAYTAN. AM-It's like marketing myself. I don't like that. CW-It is marketing yourself. KW-You have do it anyway. It's good practice AM-Huh? KW-When you graduate, you gotta do it. CW-You have to if you want a job, you got to. AM-I don't need intend to do that am I. KW-You have to. How you gonna get a job? AM-I'm not (UI). CW-You remember what he said. He's gonna learn how to fix explosive devices KW-Oh, yeah! AM-I don't need a job. CW-See? Where we're going, we don't need a job. Like back to the future, -where we're going, we don't need roads right. KW-I'm trying to go back to school too. (UI)." "CW-So, if you do go to Minneapolis, you're not gonna forget about us and then KOBIE and I are gonna be wondering where ADNAN is. AM-Of course not. CW-Because we got a plan. AM-I've got a bigger plan. I did that degree for a reason. CW-What might that be? AM-Huh? CW-Fixin, fixin' the electronic delay. AM-Oh... (laughs) CW-Oh, bigger than that? Alhamdulillah.. AM-You know what happens. CW-ADNAN is the man with the plan. A man without a plan is not a man."

6-21-05 Sess. 2, 3 CW "KW-But, uh, there is video on JIHAD UNSPUN where the Americans have, uh, like watch towers. For sniping, in the middle of the desert. It's huge. It looks like a, uh, air traffic control tower it's big, and uh, the the MUJAHADEEN, you could see them out of the window of the car, saying Allahu Akbar, Allahu Akbar, Allahu Akbar. He like says it like twenty times...(making explosion sound)...it collapses. KW-Like Dang! CW-Man. KW-It totally collapses. AM-I need to finish my degree. CW-I'm telling you, Adnan, because I can't, man, I can't sit around here. I can sit around and for you, believe me, but, man, it's just... KW-It

just totally collapsed. I guess they, they... AM-I need to be, I need to be a part of something like that man. CW-I need to get, I need to get out of this country. You have to get me out of this country. KW-No, no, the way to do it, is to move to another country and just live. Say you run a UI... CW-I don't wanna establish more ties, man. KW-Huh? CW-I don't wanna establish no, I don't wanna be tracked." "CW-I'm telling you. Imagine what I had to go through out there in the BIG BEND man. I was just holding on best I could. We were going up and down, side, side. It was funny. He shoulda had a four wheel drive man. He woulda had a lot of fun with that. Um... Fatimah wants you to ah write a letter. AM-She said she's gonna send me a sample. CW-She's gonna go over it with you tomorrow, during lunch. She said that ah USMAN doing it is not gonna get you hardly anything. Its gonna be like another good brother sort of thing where, oh brother so and so needs some money, okay here's a bone. It won't do you any good. If you do a letter, ah, it might get you some more money. AM-Okay. CW-You gotta talk yourself up man. Gotta sell yourself. AM-I, I don't know. CW-Not to mention doing a letter shows that you put a little effort into it. AM-I'm not comfortable. CW-We gotta keep you here in Houston man. What good is it gonna be if you're in Minnesota? AM-Just gonna get my degree there. I need to learn something. CW-Yeah, but you won't be with good brothers man. Hanging out. Doing your Islamic work. So, I suppose I should be there around 7:30. I have to convince my wife to get up earlier this week." "CW-Come down off the mountain. Yeah... Yep, its gonna be hard to wait a year and a half man. AM-We have to be effective when we're there. CW-(UI) Yeah we do. AM-Can't just go and... CW-What you can't, can't just do it now? You don't have enough knowledge? AM-I wish. CW-Yeah... AM-I still have to fly my plane man. CW-Yeah. What're you gonna do, put a camera on it and do reconnaissance? AM-No, ah, over there? Probably I could set up... CW-You could, you know. Yeah, over there. AM-I need to use it for something else. But, um, to know how to fix things. CW-Yeah. You gonna fly it? You haven't flown it yet? AM-No. Just didn't get the time. Too busy. I probably will take it with me this time to the camp and see if I can do something there. CW-That's a good idea. That's a real good idea. At least you can get it off the ground a little bit."

9-20-05 UCE "CW.-Yeah. Well I'm saving, I'm still saving that plus I'm saving the money for your education. How many months in this year do you have in school? AM-Huh? CW-The first quarter? I mean the first half, first semester. AM-The first semester is kinda like, I mean I have to pay for it in December. CW-How many months is that? AM-Uh...four. CW-Okay, cause I promised you a hundred dollars a month for that. So I'll give you that, I'll give you that and a lump sum. AM-Okay. CW-Cause I'm saving it with the other stuff, so. Give you that (UI) might have it all saved. UCE-I'll have to start arranging some funds for such things. CW-Did we um...aside from, you know sending stuff we've been trying to raise funds for his education because he had an opportunity, not an opportunity I take that back. Well yeah, he had an opportunity to stay here in Houston or ditch us and go to Minnesota. And we're trying to keep him here so I, I promised him a hundred bucks a month plus uh...you need to hit HANY up cause he said that too. AM-Yeah. CW-And you also need. UCE-I'll add to the cause. CW-Hmm? UCE-I'll add to the cause. CW-Okay cool. AM-(UI). UCE-But you better teach my something dang it. AM-(Laughs). CW-(Laughs). UCE-I'm just kidding. CW-Cool. Yeah cause his, you know he's uh...working and he's paying for his school but see the thing is what the tuition went up. AM-Yeah cause, I mean I, I go to community college...that's like something cheaper but I have to go to the university to get my degree. It's like three times the amount that I pay at... UCE-Starting with December you start or January? AM-Umm, I start in January. CW-Yeah. UCE-Definitely get you some before that... for sure. CW-So um, IDC, did they pay you yet. AM-No. CW-Yeah. Follow up on these things regularly, especially with AYUB because AYUB says that whatever difference he can make up...we need to make sure he does that...cause I don't want to get you in a bind. And then uh...then he can continue his Islamic work here. You know he does all the relief work for ICNA and uh. You do relief work for other people don't you? AM-Pretty much I mean. Yeah. CW-Anything that has to do with distribution of food and all that other stuff to refugees or the homeless downtown, he does. So, not to mention he does the HPD program. You know we teach the police department Islamic courses every month. He's like my backup dude. UCE-Oh. (Laughs) CW-He does all the technology, technological stuff for me. UCE-You teach, you teach the police? AM-Yeah."

1-10-06 UCE Mag "UCE-Tell him, tell him its done. UM-Its done. KW-Adnan, we're done. AM-Your done? CW-That's why he says that he's going into electronics. He doesn't have to do any direct killing (UI)."

1-10-06 UCE Eve "CW-Actually ADNAN would make a good pilot. UCE-Yeah, he'd. CW-He'd just drop stuff. AM-(Laughing). Don't show him. CW-Fly away. Drop and fly away. AM-That's why, that's why I'm working on electronics man, doing things from far (UI) Laughing AM-It happens way down there. CW-Yeah, we were talking about uhhh, what was that um the dragon fly was it? UCE-Yeah. CW-Yeah, this little helicopter thing, it looks, it's not really a helicopter. AM-Yeah, it's like a dragon fly. CW-Yeah, it's like a dragon fly and it's remote controlled it can fly and you can go take pictures or videos every where. He would just put a couple of grenades on it. UCE-That would be right up your alley there. AM-Exactly. Exactly. (Laughing)."

5-20-22-05 Sess. 9 CW CW-(Laughs) Come on ADNAN! Nobody's gonna steal your stuff. I thought you were ready! (Laughs) Alright, I been teasing ADNAN like crazy lately.

CW-Who wants the honor, to putting this up?

AM-Honor?

CW-Tape.

AM-There's no honor.

HAMAD-You have a blade or something?

CW-What'd you need a blade for? Oh. (Laughs) Um...

HAMAD -Is it, a person?

CW-Yeah.

HAMAD-(UI) nice. I (UI) person before. I just did that...

CW-That is your enemy.

AM-Yeah but this is pretty close, man.

KW-I know, it's pretty close, isn't it (UI)?

HAMAD -We can move back.

CW-At...

AM-(UI)

CW-No, no, no, no, trust me. You-you have no clue what you are about to do.

AM-Okay.

CW-You-you will find out how, how much, skill you need.

HAMAD-It's not like (UI) twenty-two, blowing up balloons and stuff (UI). (laughs)

CW-You think this is close?

AM-Of course I...

CW-You just wait.

AM-...think it's close. Man, this is (UI)...

CW-Okay, so, so what you're saying is that you can hit, the heart, every time.

AM-(UI), no, I cannot say that...

AM-Where's your big one?

CW-...a another thing is that, my big one? It's, there.

AM-Why did you bring it?

CW-Because it's a sniper rifle.

KW-Aw, ni.. nice gun. Oh yeah, that's right.

CW-We're gonna fall back to the one hundred and shoot.

KW-Okay. So, I may as well use that.

CW-Yeah. So uh, but what I was gonna say is that, any, combat stuff that you do is gonna be pretty much close range anyhow. So

KW-Yeah. You hear about that recruiter in ALDINE? (Pause) You hear about what he did?

CW-Oh, about threatening some kid?

KW-Yeah.

CW-Yeah.

KW-Saying he was gonna put a warrant out for his arrest...

CW-Yeah, ain't that something?

HAMAD-For like, for refusing to go?

KW-Ye-he...

CW-No, for, he didn't want to show up at the uh, recruiting office, and so...

KW-I don't think he was...

CW-...and so they called him up, and...

KW-...recruited alrelady.

CW-No.

KW-He wasn't even, he didn't even take the oath or anything.

CW-Yeah.

KW-Just being, advertised to him, marketed to.

CW-Yeah. And they said we'll, if you don't come to the office, we'll put a warrant out for your arrest.

AM-Really?

CW-Yeah.

KW-The kid doesn't know, you know, that, that they, that the guy was just being, you know.

CW-Bluffing.

KW-Uh, not even just bluffing, it's, no way in the world he could do that.

CW-Uh-huh.

KW-Impossible I mean.

AM-So they...

KW-If I was the kid, I'd be like, if-if it was true, I'd be like sure, give me a warrant. So what.

CW-Hey um....

KW-I'd rather get a warrant and sit in jail for a while than freakin' die.

CW-Yeah. Let me uh, let me show you this, KOBIE. You know how to work this right?

KW-Yeah.

CW-You know how to work this?

KW-What game do you play?

CW-Counter Strike.

HAMAD-(UI) all the time (UI).

CW-Yeah, KOBIE's used that before, so he knows... And, and this has the iron sights, if you want, you can use the iron sights, or you can use the scope. But um, what I want, what I want you guys to try to do, is try to do it instinctively. You know.

KW-Okay.

CW-Try to, don't go for any head shots.

KW-Yeah.

CW-Avo-avoid the head shots.

KW-Always go for the big areas.

CW-Yeah, go-go for the heart, in the, in the chest there. (Coughs)

KW-Cause the head, you have more chance of missing.

CW-So, what I'm gonna do with these clips here, and uh, after that, then we can do some free shooting, but... (Coughs) Or maybe, if-if we finish up, is uh, the first, the first five shots, um, I'd like us to hit one target. First five shots, one target. Okay. The second five shots, two targets. Hit both the targets. As quick as you can. Okay? And then uh, the next ten shots, okay, then you're gonna, you're gonna do, both as quick as you can again, but we'll do different positions. I'll show you some positions.

HAMAD-That sounds pretty neat.

CW-Okay? So... I'll go first. Who wants to go second?

CW-Come on. Give me the ear. Gi-give, give me ear (UI)hings and, stand behind me. Stand directly behind me. So that you can see what I'm doing. Okay, um, guys, there's a couple different ways to shoot. One of the ways, is on your knee like this. So, that way, you can rest your arm. Right?

CW-Good ones. Good going. Ready HAMAD? Show us some Counter Strike action here.

HAMAD-(Laughs)

KW-I wish I could go faster.

CW-Yeah, it takes practice.

KW-Yeah.

AM-Yeah.

CW-Yeah, I was ju, I was trying to use the iron sights and those confuse me.

KW-Oh yeah?

CW-Yeah. (Pause) But this is what I do on the range, uh, sometimes, back there.

KW-Oh yeah?

CW-Just don't tell anybody about it. Right? (Laughs)

CW-Load some clips? He'll, show you how to do it.

HAMAD-Okay.

CW-Okay, uh KOBIE, I'll show you some things. Can you hold on to that, bullet? Those are stickers, man, so be careful. What we're gonna do, is we're gonna get on the ground.

KW-Okay.

CW-You know difference between cover and concealment, right?

KW-Yeah.

CW-Concealment is like, you know, you're conceal a woman in her hijab? Same thing with us. You conceal so that you hide, yourself, like, you get behind the trees, or you put camoflauge on. Well cover, is like what that berm is, so's people can't shoot it, shoot through it.

KW-Uh-huh.

CW-So, when you're, when you're on the ground, well if you have something to hide behind, you can get on the ground, and you can shoot from that. It makes it kind of harder for the gu-other guy to hit you.

KW-Uh-huh.

CW-But since he's standing up or something, it's easier for you to hit him.

KW-Okay.

CW-So when you do it, you don't do it straight on like this when you're laying on the ground, you have to do it, the same way you would stand and shoot.

KW-Okay.

CW-So, what you do... Like that. Okay? And what we'll do, I guess, is we'll do, we'll just do five, for now.

(Fires five rounds) Okay, so, so bend your body to the left a little bit, since you shoot out of your right hand.

KW-I bend this way?

CW-No your legs. Bring your legs and your whole body out that way. There you go. It'll give you a better ability to aim. You can bring your body further to the left too, if you want, and it'll be even, give you more stability. That's powerful, man! You see all the, you see all the weeds and stuff?

KW-Yeah. (Laughs)

CW-Those are dead targets.

KW-Huh?

CW-Those targets are dead.

KW-Oh, yeah.

CW-You got one?

AM-Yeah. Is it empty?

CW-Thirty rounds?

AM-I guess. Should be.

CW-You don't know?

AM-It was tight enough. I couldn't push any, I wasn't counting because HAMAD came in.

CW-Okay. Did you see what we did?

AM-I saw him lay down, but that's about it.

CW-Okay, go ahead.

AM-(Laughs) (UI)

CW-This is the, this is the wonderful thing about, not uh, ha, you know, not going to the range...

KW-Uh-huh.

CW-Cause they won't let you do this stuff. ADNAN?

AM-Yeah?

CW-Bend your body the other way. Move your whole bo-the back part of your body that way.

AM-That way?

KW-Your torso.

AM-What do you mean?

CW-Lay on the ground...

KW-(UI) point that direction.

CW-Lay diagonally. Diagonally.

AM-Oh, like this

KW-Forty-five degrees.

CW-Forty-five degrees from your target.

AM-Like this?

CW-Yeah.

KW-Yeah.

CW-See, because right here? This is a wall right here.

AM-Okay.

CW-This is uh, a wall...

AM-Oh, okay.

CW-...for a building.

AM-Okay. Got it.

CW-You see, you see how much he's covered?

KW-Yeah.

CW-With the wall right there? All you can really see is the gun and the hands. (Fires nine rounds) He's going off and doing his own thing. (Laughs) Hey, where's that other bullet? Let me give you one more to fire. Ooops. Go ahead and fire that one off. (Sound of bolt closing) KOBIE is this yours? Or this HAMAD's?

CW-Cool. Go ahead KOBIE. Is it loaded?

AM-Seems like it. But....

CW-Okay. Yeah, load is, load those.

KW-Yeah.

CW-Two uhh.. (Four bullets fired)

CW-You're a natural. They - they - they use

KW-Ohh it's jammed

CW-Okay. Go ahead and do ten out of it. Slap it in quickly, there you go. And then uhh, just press the button on the side.

KW-The side.

CW-Yeah. There you go. You're all set. Go ahead and do ten.

KW-In one?

CW-In two in each. (Commence firing) (Ten bullets fired)

CW-He's a natural man. You see that. Pop, pop. And you're hittin the center too.

KW-(Laughs)

CW-You're using the scope?

KW-Yeah. Actually the - the scope I have trouble with the scope.

CW-Really?

KW-Well, you know. You gotta there's that little black area that keeps....

CW-See what I did? That's what to do. Go - go ahead and keep that. That's a good clip. You can use that next. Smell.

HAMAD-(Laughs)

CW-How hot that is?

KW-Yeah.

KW-It get's hot there, in the battle field. Huh?

CW-Ohh, very hot. Imagine that. So pull up and - and - and - and hit the triggers as quickly as you can on that target.

KW-Just do what you just did?

CW-Okay. Uhh, let's go ahead and give that a break. For, let - let me unload it first. ADNAN?

AM-Yeah?

CW-You wanna unload the rest of this clip?

AM-Yeah.

CW-We're, and then we'll give this a cooling down period and we'll do something else.

AM-That is twenty-six you need to put in four more

CW-Did you see what we were doing?

AM-No.

CW-Good. That's it. Pop the clip out. Go ahead a lay it on the bench. Very good guy. That sucker gets hot doesn't it?

KW-Yeah.

AM-It does.

CW-Imagine out there in the battle field. You just popping away.

KW-(Laughs) Hand can't hold it anymore.

CW-Yeah.

CW- See how many - see how many shells you can get in there know.

KW-Okay.

CW-That I'm curious, I'm sure that plug, pull it out. I'm curious how many (UI)...

KW-You mix double ought and single together?

CW-Huh?

KW-Is it umm, possible to mix double and single?

CW-Yeah. If you want to.

KW-I just curious. I'm not gonna do it. But, I was wondering if it was possible.

CW-Mmm hmm. It's a cheap clip, man. These U.S. clips. (Rustling noise)

KW-You know my baby is? That thirty ought six.

CW-(Laughs). Yeah.

KW-More than the twelve gauge actually.

KW-My finger. Man.

CW-Wher - wha - what happen?

KW-Huh?

CW-It got caught?

KW-It rammed against something. I don't know.

CW-Let's see that again.

KW-Hold it there, right?

CW-No. Hold it on the pump.

KW-Yeah. That's what I thought. Every time I fire this thing man I (laughs) gotta brace.

CW-(Laughs)

AM-I don't think you're holding it right.

HAMAD-Hold it from the bottom like that. Like this. Like this.

KW-That's what I'm doing.

AM-No. You're - you're touching the top

AM-Man. It's hot out here.

CW-It's nice out here.

KW-Ready?

CW-Ready. (One bullet fired) Let's look.

KW-I missed.

CW-You missed. Oh, yeah. Yep. (One bullet fired) I don't think your missing man. How could you miss. (Laughing) Yeah, sure enough. Twenty five yards. You hit two up there.

KW-Man. It's not like ADNAN's, huh?

AM-No.

CW-No. No - your - you have fewer pellets. Where were you aiming for? Okay. (Laughing) And that - and that bar was right on top of here?

KW-Yeah. Okay. Hold on. Opps, kinda screwed it up. It's kinda jammed.

CW-Okay. Got it.

KW-Yeah. Here.

CW-Here you go.

KW-Here you go.

CW-Here you go. Let's go. (One bullet fired) I'm interested as (Laughing) how you're aiming man. Do you have, do you have one more shot?

KW-Naw that's it.

CW-Okay.

KW-Has too much kick man.

CW-Yeah, I know I hit the target a couple of times when I did it like that, so it might be your technique on how your holding it and all that. You might just have to get some practice with it.

KW-I get, I'm nervous of the thing .

CW-Yeah, you might you know another thing that happens a lot is when your anticipating the kick a lot times you'll jolt yourself and you'll completely screw up the aim.

KW-Oh.

CW-You gotta, you gotta just move your finger, ah trigger finger that's it.

KW-I keep hurting my hands.

CW-Yeah, you could just be, you could be afraid of it (giggles). We could try, we could try if you have enough on that other shot we can try that.

KW-Oh, I can I try the single shot and see how that is.

CW-Yeah, alright ADNAN can I show you how to do that? You have two shots in here?

AM-None.

CW-And it's not chamber?

AM-Oops, somebody put in some or the shell?

CW-Got another one? Okay, when, when I when ever you're ready you know and we throws that thing up. You're gonna go up and your gonna go (two shots fired) Okay, you see how fast I did that?

AM-Yeah.

CW-Yet I still got kicked in the shoulder a little bit, you have to do it that fast ( two shots fired) I think you missed man.

KW-But, I ain't hitting jack.

CW-Let, let me try one shot just one see what happens ( one shot fired) I hit the head. That's a nice weapon I like that.

KW-(talking over each other) You just gotta get away from it.

CW-You've just gotta get use to it. Uh?

KW-It's not like ADNAN's.

CW-Faster. No sooner than you pop that shot you should already be moving that.

AM-Okay.

CW-You missed, you're shooting too high.

KW-Ok.

CW-Try lower ( shot fired) I saw it hit the back ground, back drop before you shot that time before you shot over the back drop.

KW-Uh.

CW-Don't get discouraged though man. Smoking gun.

KW-That thing is freaking loud man.

CW-(giggles)

AM-It is oh, because you didn't have your ear plugs on.

CW-Okay

CW-Okay, uh (UM's talking over each other UI) Okay dudes Lets go shoot a Glock.

KW-Yeah.

CW-I'll show you what do okay? Can you grab that black thing that I just dropped.

Cynicism

5-20-22-05 CW sess. 8 "***HAMAD- Do you have the fish box? The box with all the lures and stuff. Cause I had my cell phone on top of that.***
***HAMAD-It was right there.***
***CW-Yeah. Didn't I give it to you this morning? Cause I just put it in there and uh...there was nothing on it.***
***HAMAD-Cause uh...before I left for breakfast I put cell...my cell phone on top of it. Maybe it fell down.***
***CW-Yeah, if you set it on top of it then...then it would be right here if it fell because... I just picked it up and put it inside the tent.***
***HAMAD-Why couldn't it....it still...still be on the box.***
***CW-You can look if you want.***
***HAMAD-Where is it?***
***CW-It's in my tent.***
***CW-Got all the ammo and stuff KOBIE?***
***KW-Yeah.***
***CW-Oh it's still stuck to the box.***
***HAMAD-Yep.***
***CW-How did it get stuck to the box?***
***CW-Yeah. It's got a sticker thing on the back.***
***CW-That's weird.***
***HAMAD-(UI) Really (UI).***"

12-31-05 CW "*AM-I'm going to Dallas on Wednesday. On Wednesday or Tuesday, I don't know yet.*
*JC-What's in Dallas?*
*AM-A couple of things. It's for ICNA actually.*
*JC-Uh-huh.*
*AM-Um, I want to get our printer back and I want to. My cousin, he's donating a freezer, a commercial size freezer.*
*JC-Uh-huh.*
*AM-So, I'm going to get that.*
*JC-Cool. Does it work? (Laughing). How long will it work for? A month or two?*
*AM-He has, he has two of them. He want's to keep one.*
*JC-Is it the cousin I met?*
*AM-Yeah.*
*JC-What's his name again?*
*AM-AMIR.*
*JC-AMIR. The guy with the um.*
*AM-The white, white. The guy with the.*
*JC-Yeah. Hm.*"

5-20-22-05 Sess. 9 COATES COATES-(Laughs) Come on ADNAN! Nobody's gonna steal your stuff. I thought you were ready! (Laughs) Alright, I been teasing ADNAN like crazy lately.
COATES-Who wants the honor, to putting this up?
AM-Honor?
COATES-Tape.
AM-There's no honor.
HAMAD-You have a blade or something?
COATES-What'd you need a blade for? Oh. (Laughs) Um...
HAMAD -Is it, a person?
COATES-Yeah.
HAMAD-(UI) nice. I (UI) person before. I just did that...
COATES-That is your enemy.
AM-Yeah but this is pretty close, man.
KW-I know, it's pretty close, isn't it (UI)?
HAMAD -We can move back.
COATES-At... No, no, no, no, trust me. You-you have no clue what you are about to do.
AM-Okay.
COATES-You-you will find out how, how much, skill you need.
HAMAD-It's not like (UI) twenty-two, blowing up balloons and stuff (UI). (laughs)
COATES-You think this is close?
AM-Of course I...
COATES-You just wait.
AM-...think it's close. Man, this is (UI)...
COATES-Okay, so, so what you're saying is that you can hit, the heart, every time.
AM-(UI), no, I cannot say that...
AM-Where's your big one?
COATES-...a another thing is that, my big one? It's, there.
AM-Why did you bring it?
COATES-Because it's a sniper rifle.
KW-Aw, ni.. nice gun. Oh yeah, that's right.
COATES-We're gonna fall back to the one hundred and shoot.
KW-Okay. So, I may as well use that.
COATES-Yeah. So uh, but what I was gonna say is that, any, combat stuff that you do is gonna be pretty much close range anyhow. So
5-20-22-05 Sess. 10 COATES "KW-And ADNAN...he hasn't done it yet.
AM-There's some bad news.
HR-What?
AM-ANNAS'S dad died.
KW-ANNAS'S dad died?
AM-Yea.
HR-What?
AM-ANNAS'S dad. He passed away.
COATES-When?
AM-Today morning.
HR-How?
AM-Heart attack.
KW-Wow?
HR-That's terrible.
COATES-Mm-hmm.
AM-They had uh JENAZAH uh....at NORTH ZONE at THUHR (Loud Click)
HR-We going home at THUHR today?
COATES-The other way.....turn it around.
HR-Sorry. (UI)
AM-(UI) close there the NORTH ZONE is not that far.
HR-Yeah we should go there man.
KW-We can go and come back.
AM-Yeah....we can go and come back.... NORTH ZONE
HR-Yep.....I just see....
COATES-Go and come back?
AM-Yeah.
KW-What time is the JENAZAH, oh at THUHR?
AM-Yeah two o'clock.
COATES-That would be pointless though man.
AM-Huh?
COATES-To go and come back.

AM-It's not that far from (UI)
HR-Exactly.
COATES-(Sighs)
HR-Was it sudden or was it some more expected?
AM-No. He had an operation last year (UI)
COATES-You took him out pretty darn good there.
KW-I like it (UI) ( 4 gunshots)
COATES-I think ADNAN's is having a lot of fun.
KW-You hear about that in Iraq where in FALLUJAH when they first invaded it the one MUJAHADEEN that took out a hundred soldiers you hear about that?
HR-Uh-huh.
KW-Yeah, yeah. And they and they tried to do air raids on them....they couldn't get them He was like in a good spot he was a sniper
COATES-(Laughs) Oh yeah, yeah.
KW-His brother was a sniper. (laughs) They couldn't hit him man. (background noise) They even had, had that in main stream news.
COATES-You wanna try? Shoot at the left target.
HR-Sure. (1 gunshot)
COATES-The trigger is very easy isn't it KOBIE?
KW-Yeah. It's a easier gun to shoot man.
COATES-KOBIE you wanna try your gun?
KW-Yeah. That one has a lot of kick too.
COATES-Yeah I'm interested to try that if you don't mind.
KW-Huh?
COATES-I said I'm interested to try that too if you don't mind.
KW-Yeah...you can start it off.
COATES-ADNAN trying to be a cowboy.
AM-(Laughs) I'm trying to.
COATES-Hold on ADNAN. Don't move. Don't move.
HR-Do, do, do that pose again with the hold thing?
COATES-Yeah do the pose.
AM-Point in that direction. I'm going to send this to your dad (Laughs) He's gonna like it.
HR-Yeah...my boy (more laughter) Especially when he notice there are no clips. He'll be like...
AM-You are my boy (more laughter)
COATES-This heat is nothing.
AM-Huh?
COATES-This heat is nothing. I do not recognized this as heat. Hey! Who blew away our target.
AM-What did, what did I do with the target.
COATES-Think you killed it. It's hard holding it like that.
KW-Yeah.
COATES-Come here. KOBIE come. ADNAN move out the way for a second.
AM-Huh?
COATES-Move out the way for a second. Move out the way. Back up. You're in urban warfare....right there.
AM-My car.
COATES-It's only a tire.
AM-No I mean the wouldn't something come out of the window or something?
COATES- No rest it on the tire it won't hurt nothing. Nice and steady.
KW-Right in the freaking neck. Actually I'll take off his shoulder. Steady it.
COATES-How's that scope working for ya.
KW-Pretty good. It's just that ugh.
COATES-Cuz it's scoped in for a .308. (1 gunshot)
COATES-(UI) he's hittin it.
KW-He's hitting that berm in the back.
COATES-Yeah, he's really hittin that dirt that we kicked up. (2 gunshots)
AM-(UI) Not to close to my car.
KW-He's getting into it man. Look at him.
COATES-Yeah he's uh, he's uh doing what uh, counter strike does. (1 shot) But that's good training man he's, he's learning. (4 shots)
AM-I think we should be ready to go JIHAD any time now.
COATES-(Laughs)Yeah.
KW-Actually ugh I was thinking ... (1 gunshot) hopefully in a year ... (4 gunshots) would you guys be willing.
COATES-In, in a year.
KW-Yeah.
COATES-If we could get a way down out there.
KW-I mean Insha Allah (God Willing) he'll work a way out.
AM-Inshallah.....
COATES-I'm sure we'd hafta work our way out there but, I'm more than willing anytime man.

KW-Yeah. I'm ready to give up (UI) (1 gunshot) umm ... The thing is in that year we can like build ourselves spiritually. You know.
COATES-Ah huh.
KW-Set some goals spiritually like FAJR TAHAJUD, accomplishing that. Fasting.
COATES-Um hmm.
KW-Then we can do FAJR, TAHAJUD, fasting. I think we'd be Okay.
COATES-Yeah.
KW-Then you know ZAKAT (1gunshot) we could really uh (1gunshot) gain spiritually with those (1 gunshot) and ISHA of course, I'm talking at the masjid.
COATES-Uh-huh. Uh-huh.
KW-We just gotta find a safe passage. The passage I think could work uh.
COATES-Need a new clip?
KW-Through DAR JAMAL.
COATES-I know, unlimited ammo man.
KW-I think he uh safe passage using him ... as a means.
COATES-Using who?
KW-(UI Naming someone) DAR JAMAL
AM-(UI) DAR JAMAL
COATES-(UI saying the name of that person two times)
AM-He reports ok, but I don't know if I could trust him.
KW-You don't think so. I'm saying not telling him what our plans we just go with him under the guise that we're working with him.
COATES-What does he do?
KW-He's a journalist.
COATES-Ahhhh that's an interesting idea yeah.
AM-Excellent guy.
KW-Doing video whatever, and just abandon him we get over there. Yeah because he says he's reporting in FALLUJAH and all those places.
COATES-Yeah, yeah. So what do you think man.
AM-Yeah okay. You know when they catch people having (UI) pictures.
COATES-(Laughs)
AM-Yeah, that's what I'm gonna do. This is our (UI)... (More laughter in background)
COATES-(More laughter) Yeah usually like when the ISRAELIS capture a bunch of supplies going into PALESTINIAN.
AM-(UI) unloaded one over here in this truck.
AM-Wow it's hot. Hey...somebody needs to picture, take a picture like.
COATES-Of what?
KW-All you need is a ski mask.
COATES- (Laughs)
AM-What?
KW-All you need is a ski mask.
AM-A ski mask?
COATES-Okay...pose with it man...not like that...pose with it. Put a clip in it. There you go.
KW-I wanna (UI)
COATES-Like a journalist photo. (Laughter) Aww shoot hold on.
AM-What?
COATES-(Laughter) Okay. Okay.
AM-Shoot man (more laughter) That's eh, oh my God! I'm gonna get in trouble for that.
KW-That's an awesome shot, man.
AM-Ready?
COATES-Okay go ahead.
AM-Oh my god that's real hey JIM listen your not, your not taking this delete all this (UI) don't keep it in the camera. (laughter)
COATES-(Coughs) I'll have to give you a copy before I delete it.
AM-Oh yeah...oh my god.
COATES-That's funny man.
AM-Shoot.
COATES-Here, take my picture.
AM-Yeah, sure.
KW-Lay on the ground.
AM-No. (more laughter)
KW-Hey. Try and shoot that can.
COATES-No man it'll go all the way to the, it'll go all the way to the street man. You wanna, you wanna, you wanna pose your picture.
AM-I wanna pose by sitting too.
KW-What I'm saying, I'm talking bout I'm talking bout shooting from the other direction this way.
HR-Where? (UI) desktop...
COATES-Okay.
AM-That's pretty cool. (laughter)
HR-(UI) near the ground.

COATES-Yeah! (laughter)
AM-Huh? (UI)
KW-Why, why.(UI)
AM-No, no man.
COATES-Oh you want me to send this to your father.
AM-You can't send it to him.
COATES-Why not?
AM-He's not alive.
COATES-I can still reach him. (Laughter)
AM-He's probably seeing (UI) (laughter)
KW-He's like "Oooh".....
COATES-He's rolled over in his grave right now.
HR-Like you're an idiot. (laughter)
COATES-Okay. Let's cap off those rounds man. We got, we got uh three uh, three clips.
KW-You got, You gotta realize was, the soldiers be doing it. (1 gunshot)
HR-Damn.
KW-They don't have earplugs I don't think right?
COATES-No.
HR-No they don't.
COATES-Not usually. (1 gunshot)
HR-Damn, that's loud. (1 gunshot)
KW-It's like a lot of em going off at the same time...
HR-Exactly.
KW-You wanna go for it?
COATES-I can shoot anytime I want. If you wanna go ahead, I mean.
KW-I love the AR-15.
HR-Keep it at the Austin Masjid just in case, you know. (Laughing)
COATES-See.
AM-Every masjid should have one.
COATES-See
KW-Every Muslim should have one in his house.
COATES-Yeah...
KW-It's freaking crazy. SAHABAHS had their swords wherever they went.
COATES-See now what we need, is maybe a little bit of junk here, a little bit of brush there, and we need to run between em.
KW-Yeah.
COATES-(Laughing)
KW-That's why I say, we should play paint ball.
COATES-So you guys are, you guys are done with this? KOBIE do you want to shoot his or no?
HR-(UI) I scraped up my knee ...(UI)
KW-Um, I don't wanna lay down.
COATES-Oh. (1 gunshot) look at ADNAN. I caught ADNAN in the background there acting like a, a Rambo...
COATES-You're good at that man.
HR-You got a four man militia right here...
COATES-(Laughs)
HR-Seriously. All this stuff.
COATES-Eh...that's a lot of fire power man.
HR-And if, if anybody came in here man (UI)
COATES-That's an awful lot of fire power.
HR-That thing was (UI)...
KW-You have your passport JIM?
COATES-Not yet, I'm gonna go do that, sometime real soon.
KW-(UI) you should get it (UI)
COATES-Real soon. Actually I was thinking about doing that this month. But I heard that they have new paperwork for the passports.
KW-Yeah I know.
COATES-So, that means I'm gonna have to go and get it and fill it all out, over again. Well that's a lot of fun man, isn't it?
KW-Oh yeah. We gotta come out here more.
COATES-I'm telling you.
KW-(UI) man.
COATES-SHEIKH JIM huh? (Laughter) Whew hot. Hot, hot.
COATES-Cool. (Laughing) Alright. That's a serious MUJAHADEEN.
KW-Oh yeah. You could ah take it with all of us holding guns. (Laughing)
COATES-That's a good idea.
KW-Just, you know...
COATES-We could just set this up on ADNAN's truck.

KW-Yeah.
COATES-Yeah, let's get them over here, they all...we all could do it. What's ADNAN doing?
COATES-Could just throw...whoops! (UI) truck. ADNAN! ... Where are you gonna throw all that stuff? Oh in the trash? Oh okay. Just as disorganized over there as it is over there.
AM-But that's probably better than somebody walking around (UI)...
COATES-Yeah you're right. KOBIE and I want us, want us to take pictures. Of all of us holding our guns.
AM-What's HAMAD going to...HAMAD's going to take the picture.
COATES-No...
KW-No...
COATES-No he's uh, he's gonna hold the AR 15.
KW-Yeah. I don't know what I'm gonna hold. I guess I'll hold (UI)...
COATES-You can, hold your rifle huh? Or, or your shotgun, that's
KW-That gun they used in World War II. For sniping.
HR-Good one?
COATES-And World War I.
HR-It worked well?
KW-Oh yeah. (UI) I bought it for three hundred bucks at CARTER'S COUNTRY.
COATES-Ready?
KW-Yeah.
COATES-I'm, I'm gonna kneel in front of you KOBIE.
KW-Okay.
COATES-(Laughing) Little motley crew, man.
KW-(Laughing) Okay all we need is a Qur'an now. That's the same video they always show. (Laughing)
COATES-Yeah they do need to cycle out their videos with new ones right? (Laughing)
HR-Is it too dark?
AM-(UI) because of the sun rays.
KW-Because the sun rises right behind your back.
COATES-(Stutters) yeah when I balance it out you'll see it.
KW-You can lighten it up with Photo Shop.
HR-Okay, alright, yeah.
HR-Yeah um, on the need a copy of those pictures of this.
COATES-Okay. Yeah I'll, I'll give the CD out with em on it.
COATES-Yeah without. (Grunting) Hot, hot, hot, hot.
COATES-Uh-huh. (clears throat) What's that?
KW-(UI) really motivate us with some like, good stories and (UI) Qur'an you know?
COATES-Yeah.
KW-Talk about Tarbiyya Camp....
COATES-Oh yeah, that'd be an excellent Tarbiyya camp man. And the, and, and somebody could really expound on The battles you know, not just
KW-Yeah. (UI)
COATES-Yeah.
KW-You know, the Prophet (salalallai wa salam) fought twenty two battles man.
COATES-Realize that's a battle for every, every time he was, every year he was a prophet?
KW-Yeah. Twenty two to twenty three battles. That's in that CD uh, ANWAR ALAKI says..
COATES-(drinking) Oh my.
KW-Prophet Muhammad (salalallai was salam) said he's the prophet of mercy and the prophet of war.
COATES-Yep.
KW-Yeah. The Prophet (salalallai was salam) said he's the prophet of mercy and the prophet of war. There's two sides of him, he has his compassionate side, and also (UI)...
COATES-And also don't mess with him. Otherwise he'll jack you. Uh, somebody grab my...
KW-ALI (radialla hwan)...Prophet (salalallai wa salam) didn't wanna do it (UI) Could you imagine that? All the males over (UI)
HR-Like all the soldiers?
KW-All the YAHUDI had power.
HR-All the Jews.
COATES-You guys ready? Oh that was fun, that was too much fun. I don't know if I could handle that anymore.
HR-That was great.
COATES-(Laughing)
HR-One's enough.
COATES-Shoot I'd do it once every week if I could. Till I was good enough.
KW-Whew! Man there's a whole lot of hadith that you just don't hear about (Radio Beeping) that you know he was bringing up that are authentic.
COATES-Yeah.
KW-It's like dang, I've never heard that one...
COATES-From...

KW-It gives you a whole other side to the deen you know?
COATES-Yeah it could, uh, a lot of people don't focus on all the hadith...
KW-Yeah.
COATES-You know? Especially these days...(grunts)
HR-Thanks for brining all the guns and stuff. Next time hopefully I'll, contribute. (Laughing)
COATES-Insha Allah.
KW-That was great. I know I need to get some lighter guns.
AM-Lighter guns?
KW-(UI) they're too strong where it's like uncomfortable to shoot.
HR-Last time I was out all day like this, shooting, was paint ball. Big difference.
KW-I wanna play paint ball. I've played it once.
HR-Oh man it's great.
KW-I know.
AM-Okay we can take a picture (UI)
HR-You can shoot other people
KW-And it's strategic.
COATES-Well that was killer. Literally. KW-(UI)
AM-And this, needs to be done more often you know?
COATES-Yeah.
KW-Yeah. We need a lot of practice to prepare... I'm telling you those Kafirs man, they training every freaking day.
AM-I know but we ... do it once a year. (Laughing) That too, so few of us.
KW-Yeah. I mean, those rifle ranges are full. Their kids are out hunting at ten years old...
AM-Yeah, yeah. And we are (UI) hunting haram?
KW-(Laughing)
AM-(UI) Can we hunt just for fun? Can we? I think it's haram man. I'll stay away from it. (Laughing) And I really think, (UI) And when the time comes and you don't know how to hunt, you starve to death. (Laughing). You know, you should know how to hunt.
KW-Exactly. Yeah.
AM-No brother you do it for fun. It's haram.
KW-Yeah. ... I just don't wanna get caught off by surprise you know what I'm saying?
COATES-Yep.
KW-You guys wanna take a shower there's a shower in that house.
AM-I'm not going in that house.
KW-Monster?
KW-What are you scared of man?
HR-The kid's scared him man, "there's a monster inside". (UI) like really? (Laughter)
AM-I'm scared of the snake that KOBIE saw last time that I went in there.
KW-Yeah man it was on the side. See where that red part is?
AM-Yeah.
KW-It, it climbed up on the side, cause we were sitting right there on the side.
HR-Man, if the snake comes in the shower just wash it away man.
KW-But that was like a year ago man. That snake's not still there ADNAN. (Laughing)
AM-(UI), he told me that he killed like a snake, like two weeks ago and there was another one that just ran off.
KW-Oh yeah?
AM-Two weeks ago.
HR-Well if, if we go to the JANNAZAH then we gotta shower. I'm not going like this. Stink up the place.
KW-It's amazing, ISGH owns all this property.
AM-They don't know how to do it (UI)...
KW-You can uh, move some people on this property.
COATES-Uh-huh.
KW-You know what I'm saying? You could have, you know those refugees. You can build them a complex here to live. They won't be around any of that FITNAH. With them gangs and them crazy...Man look at those birds. Beautiful birds. They could just be out here in the middle of nowhere, not bothering anybody. And they already live, know how to live in this type of an environment, you know?
AM-Yeah.
KW-Some of those countries (UI)...And you know RADWAN starting a women's shelter.
AM-He has planned (UI)
KW-I wonder how much tax is on this much property Yeah it's time for us to take a nap.
COATES-Yep. I agree.
KW-They have to, oh no they're non profit. They don't have to pay taxes on this property. They don't pay jack then if they own it outright.
COATES-That's right.
KW-Man.
KW-ADNAN's scared of snakes man.
COATES-Yeah. ... ADNAN, what's for uh, lunch?
AM-MREs
COATES-Okay.

KW-For lunch, eat lunch and then go to sleep?
AM-You wanna go to the JANNAZAH?
KW-(sniffs) Sure.
AM-You?
COATES-Dude I don't, I don't wanna leave here. I mean what's the point, to come out here to go back. Come out and go back. What time is it?
KW-It's uh, probably twelve twenty.
COATES-Yeah. You ain't gonna get to do anything. Aint going to be back till tonight.
AM-Yeah.
COATES-Won't get the chance to shoot or anything.
KW-You're just going for the prayer right? That's only like as long as prayer is.
COATES-Yeah, then all the people that wanna talk to you and...
KW-Yeah.
COATES-Conduct business and all that.

3-22-05 CW "AM-But this time, we have to go (chuckling) hunting.
CW-Yeah, let's go, man.
AM-Well, we need to, cause we (UI) for awhile now.
CW-Okay. Well, did you buy that shotgun, yet?
AM-HANIF is in town now.
CW-He's in town now?
KW-(UI). Yeah, I still buy that shotgun from him. (Laughs).
CW-Huh, ADNAN on top of it already.
AM-The thing is, I can't...I don't wanna buy directly from the (UI).
KW-(UI) TARGET. It's about $50.00 cheaper than what you buy at ACADEMY.
CW-Yeah.
AM-You can get a shotgun for 200 bucks. The thing is, I...I don't wanna go buy directly from the store in my name.
KW-They don't register it.
CW-There's a...
KW-(Simultaneously) There's a background check (UI).
CW-Oh, a gun? Well, just go to a...
KW-A gun show.
CW-Yeah.
KW-They don't keep any records at the gun show. Oh, they don't check now.
CW-Uh, I don't know what the laws are right now. They...they may.
KW -They're trying to change the law.
CW-They're trying to change the laws, yeah.
AM-Yeah, but I'm just an international student.
KW-Well, (UI), you know, if you thought it does happen.
CW-I don't think you'd have a problem.
KW-They just look for felonies.
CW-That's all they're looking for. Yeah, if you're a felon.
KW-(UI) so.
CW-Right. Man.
KW-It's real easy, you could buy at legal off the streets.
AM-Anything legal (UI).
KW-Anything you want (UI).
AM-(UI) how much is that (UI).
CW-Well...
AM-Cheapest (UI).
CW-...get anything, like what?
KW-You got. I can get you legal. Whatever you want.
CW-But you can't get...you can't get uh, legally, you can't get uh, machine guns.
KW-I don't know.
CW-Unless...unless, I mean, unless you have a Class III license."
5-10-05 CW "CW-So have you heard from those people or what?
KW-What people?
CW-The people that we're supposed to give money to.
KW-Oh, are they supposed to respond to you?
AM-Yeah, man. Man, it's very hard to get them. I really didn't realize that it would be so hard these days, but my brother's saying we can't trust anybody these days. It's pretty..What I've suggested is that they travel and they find out people that they are gonna do it in the summer.
KW-I wonder if Ishmael has contacts
AM-I've asked him
KW-Oh yeah
AM-But I asked him indirectly.
CW-What did he say?
AM-I mean, he didn't respond.
KW-Oh yeah.
AM-I asked him for, like, he was telling me that some political groups
KW-The jackets (UI)
AM-Have killed some people in Jamat.
KW-Political groups, you mean secular
AM-Yeah, secular groups. It happens, I mean, people die over there. Anyway, so I asked him about them. I said like what if, there's just one male in the family and he dies and then how do their families, things are taken care of. He never responded. So I don't know the reason why
CW-Well who else can we think of that can do that.
AM-My brother, he's gonna probably go and find out if he (UI) the peshawar to find out something, and he's gonna do that, cause from Karachi, he thinks it's not safe to ask anybody else.
CW-So it's a hotbed, huh, Karachi is......?
KW-(UI) giving the money is difficult to do it over there (UI)
AM-That's how they're living.
KW-All I want is an address.
AM-I know, but we need to have the right address
CW-Maybe we could
AM-So we can send money
CW-We could fly a plane above and just drop it out

AM-No, I want to be, I want to be sure that it goes to the right place
KW-Yeah, yeah, of course, it doesn't need to be mishandled.
AM-Yeah, I don't want that. It's very easy to mishandle funds (UI) needs to reach to the right people.
CW-Hmm, yeah.
AM-(UI) Because I already have something set aside in my one pocket for this long time just waiting.
CW-Yeah
AM-I haven't touched that.
KW-If I gave you money, just know, starting now
AM-Yeah.
KW-Would you just like (UI) just send it
AM-I can do that, cause I've already cut my side. I don't even
KW-Just add up, you know, mines to yours
AM-Yeah, that is possible.
CW-I have to pick up targets still. I haven't done that. Probably do that tomorrow. Targets and what else we need?" "CW-Listen, I'll be holding HANY's AK on a black horse with my with my Islamic gear on.
KW-Looking like KHALID IBN WALEED. CW-(Laughs).
KW-(UI) he's my favorite SAHABAH right now (Laughter). After after hearing those stories about him, man, he's amazing.
CW-Um, okay, so what I was thinking is that, like we can have our group, like Friday we'll be all in one big group. But we can split into two groups, okay? And we gotta have our radios. I have two radios. You have two radios. Make sure they have batteries in them and extra batteries just in case.
KW-You know what would be cool if we had paint guns. We could have little uh, war games in the woods with paint guns.
CW-Yeah, that would be cool, but I don't gun paint guns, man.
KW-Yeah.
CW-That would be that's something to think about for the future, but I I don't have the money for (UI) right now." "KW-Thats what SHEIKH WALEED did going out there.
CW-Mm-mmm.
KW-If we broke into like four groups and then named after after HASAN AL BASRI, and each group was named after (UI).
CW-Mm-mmm.
KW-A certain type of (UI). "
5-20-22-05 Sess. 1-5 CW "CW-So ADNAN, what was the name of our camp? What name did you choose? AM-KHALID IBN WHALID (PH). KW-(Yells) Alright! CW-KHALID IBN WHALID? KW-(Yells) Yeah. AM-(Chuckles). (UI). CW-KHALID IBN WHALID CAMP. KW-(UI) on here. He talks a lot about him on here."
5-20-22-05 Sess. 9 CW "CW-Come here. KOBIE come. ADNAN move out the way for a second.
AM-Huh?
CW-Move out the way for a second. Move out the way. Back up. You're in urban warfare....right there.
AM-My car.
CW-It's only a tire.
AM-No I mean the wouldn't something come out of the window or something?
CW- No rest it on the tire it won't hurt nothing. Nice and steady.
KW-Right in the freaking neck. Actually I'll take off his shoulder. Steady it.
CW-How's that scope working for ya.
KW-Pretty good. It's just that ugh.
CW-Cuz it's scoped in for a .308. (1 gunshot)
CW-(UI) he's hittin it.
KW-He's hitting that berm in the back.
CW-Yeah, he's really hittin that dirt that we kicked up. (2 gunshots)
AM-(UI) Not to close to my car.
KW-He's getting into it man. Look at him.
CW-Yeah he's uh, he's uh doing what uh, counter strike does. (1 shot) But that's good training man he's, he's learning. (4 shots)
AM-I think we should be ready to go JIHAD any time now.
CW-(Laughs)Yeah.
KW-Actually ugh I was thinking hopefully in a year ... would you guys be willing.
CW-In, in a year.
KW-Yeah.
CW-If we could get a way down out there.
KW-I mean Insha Allah (God Willing) he'll work a way out.
AM-Inshallah.....
CW-I'm sure we'd hafta work our way out there but, I'm more than willing anytime man.
KW-Yeah. I'm ready to give up (UI) umm ... The thing is in that year we can like build ourselves spiritually. You know.
CW-Ah huh.
KW-Set some goals spiritually like FAJR TAHAJUD, accomplishing that. Fasting.
CW-Um hmm.
KW-Then we can do FAJR, TAHAJUD, fasting. I think we'd be Okay.
CW-Yeah.
KW-Then you know ZAKAT (1gunshot) we could really uh (1gunshot) gain spiritually with those (1 gunshot) and ISHA of course, I'm talking at the masjid.
CW-Uh-huh. Uh-huh.
KW-We just gotta find a safe passage. The passage I think could work uh.

CW-Need a new clip?
KW-Through DAR JAMAL.
CW-I know, unlimited ammo man.
KW-I think he uh safe passage using him ... as a means.
CW-Using who?
KW-(UI Naming someone) DAR JAMAL
AM-(UI) DAR JAMAL
CW-(UI saying the name of that person two times)
AM-He reports ok, but I don't know if I could trust him.
KW-You don't think so. I'm saying not telling him what our plans we just go with him under the guise that we're working with him.
CW-What does he do?
KW-He's a journalist.
CW-Ahhhh that's an interesting idea yeah.
AM-Excellent guy.
KW-Doing video whatever, and just abandon him we get over there. Yeah because he says he's reporting in FALLUJAH and all those places.
CW-Yeah, yeah. So what do you think man."
5-20-22-05 Sess. 10 CW "CW-Well that was killer. Literally.
AM-And this, needs to be done more often you know?
CW-Yeah.
KW-Yeah. We need a lot of practice to prepare I'm telling you those Kafirs man, they training every freaking day.
AM-I know but we do it once a year. (Laughing) That too, so few of us.
KW-Yeah. I mean, those rifle ranges are full. Their kids are out hunting at ten years old
AM-Yeah, yeah. And we are (UI) hunting haram? KW-(Laughing)
AM-(UI) Can we hunt just for fun? Can we? I think it's haram man. I'll stay away from it. (Laughing) And I really think, (UI) And when the time comes and you don't know how to hunt, you starve to death.
AM-You know, you should know how to hunt.
KW-Exactly. Yeah.
AM-No brother you do it for fun. It's haram.
KW-Yeah. I just don't wanna get caught off by surprise you know what I'm saying?"
5-20-22-05 Sess. 11 CW "CW-To JIHAD? AM-Yeah. CW-Yeah he does, because. HR- Is he planning to go CW-Can you imagine that giving off you position. AM-I know. HR-Is he really planning go out somewhere? CW-Yeah. KW's serious man. He already wanted uhh, wanted to go to uhh, what was it Iraq. AM-Uhh, huh. CW-But he couldn't, uhh. His plan didn't go through all the way, so. He's finding different means. I'm serious man. I'd do it. I'm dying to get out of this country any how. AM-What's stopping you? CW-My wife. How am I gonna support her? HR-You have family too right? (ui) CW-Yeah. I never see him though. No. It's a matter of being able to support my- my wife and the kids. If I had the money to do that, I'd go. Get out. Who knows maybe I can get a second wife somewhere else AM-Okay I get it know. It all fit into pieces, big pieces. CW-You're starting to sound like FATIMAH, shut up (Laugh) AM-(ui) get around to get it. The other one's going (ui) where are you going to (ui)" "HR-If he goes to, if he plans to go to IRAQ does he know where to go what to do? CW-Well, typically if you get into a area from what I hear. Because I know at- at least one guy that's been to Afghanistan for JIHAD. Typically if you get into the area, umm, and you hook up, yeee, you gotta find somebody you trust or bring uhh, jamaat like we're talk about you gotta have a jamaat that you uhh, are with when you go there. People- people that you trust. And you just hook up with the commander over there. Somebody whose in charge of whatever operations you want to be involved with. There are people here Houston that, you know probably have connections. I don't see why we couldn't hook up with some of them I bet you KW knows some. The thing is that, you don't know really know who you can trust HR-You don't know."
5-20-22-05 Sess. 12-14 CW "CW-I told you what the food was for. You are our supply line. Without you, we couldn't have done it.
HM-JIM, have a seat. You are obviously delirious right now.
CW-KHALID IBN WHALID was depending on you.
HM-Like a delirious uh sold , uh delirious general. He doesn't know what he's saying to me anymore. He's just bustin' out lines.
HR-(Laughing). Delirious general.
HM-He's bustin' out lines from movies he's seen in the past.
HR-Kind of spice it up.
HM-Sit down, sit down stop hovering over me."
5-24-05 CW "KW-(Loud noise) I figured out how to get to IRAQ.
AM-How?
KW-Relief organization.
AM-Huh?
CW-Huh?
KW-Relief organization.
CW-Relief?
KW-Sign up with them, go over there, abandon ship.
AM-Yeah, I'm trying to pick a course that's, that's gonna, that I can use for that purpose. (Loud clunking noises.) (UI) UN or any relief organization.
KW-(UI).
CW-But don't you think, don't you think that they'll like alert somebody?
KW-Oh it's to late. Once you're gone they can't find you.

CW-Yeah.
AM-Yeah, but you have to be very careful.
CW-I was thinking earlier today, what about, I mean, if you think that you can get me, if you think you can get money there, why can't you get people?. Through the same contacts. I mean, all you would have to do maybe, is find a way into the country, but...
AM-See, the thing is, going there as a person is not that difficult.
KW-It's not?
AM-It's not that difficult. Going like (UI). If you really want to go...
CW-Ah huh.
AM-...you can go. But it's just like, I mean, ah...with the contacts we have (UI) so we can get like closer to them very, very fast rather than spending a lot of time. But, ah...you, you can go there.
CW-No, but...
KW-(UI) it's like my situation, I don't know JIM might be in the same situation...you go, you gonna get questioned the minute you step off that plane.
AM-No, but
CW-If you go to a friendly country, like say...even, even KUWAIT, or DUBAI, or somewhere in that area, and you're just traveling through...I think with an AMERICAN passport it shouldn't be that bad.
AM-It's true. It shouldn't be that bad. Especially if you're going to KUWAIT or DUBAI. But the thing is, where get go, I mean, from KUWAIT you could go to IRAQ.
CW-Easy.
AM-Easy. Very easy, man.
CW-So, so, what we'd have to do is step off the plane somewhere in, somewhere in the peninsula...
AM-Yeah.
CW-...and make it to KUWAIT. Make KUWAIT our destination.
AM-Right.
KW-I think (UI) few brothers in KUWAIT.
AM-But, don't..." "CW-Do, do we, do we still have their contacts?
AM-Who's con...those guys?
KW-I do. (UI) he text messages me almost every day.
CW-Really?
KW-And emails me. Yeah, (UI). I got his email and everything. But the thing is, once you I mean I don't how they would react if I (UI) over there.
CW-Well you know, I, I....
AM-I would not know that too (UI).
CW-I think, I think, I think the best thing to do would be to get there. Not necessarily tell them.
KW-Maybe contact em That's in KUWAIT (UI).
AM-See the thing is, I tell you, I tell you what....
CW-But then oh, okay. I mean not necessarily tell them the intent of everything but get there, visit with them a little and say how do we get over here? You know what I mean?
AM-Maybe, maybe the best thing. you see, I mean on my, always like if you want to do something like that, the best people to talk to would be the people who go to FAJR." "KW-What about PAKISTAN? How is that?
AM-PAKISTAN will be cheap to move around and stay and that shouldn't be a problem at all. I mean, those kind of problems you won't have in PAKISTAN. In PAKISTAN, yeah, you just have to be extra careful cause AMERICANS are there...
KW-Everywhere.
AM- Yeah, they kinda...And, ah...
CW- Hm Hey, you know, I don't know. PAKISTAN might be hard to penetrate though even on our side. Even on the MUSLIM side.
AM-How's (stutters) that? CW-Because the AMERICANS are so coming down so much on OSAMA and his troops that....
AM-Yeah, that's the problem. See, I be, I be...
CW-... that it would be hard for us ta, ta join...
AM-They're monitoring everybody who comes in and out from the airports.
CW-Yeah.
KW-I heard they had some kind of big database.
AM-Yeah.
CW-I figure it'll probably be easier to get into IRAN. Or maybe even AFGHANISTAN. I don't know. What do you think about AFGHANISTAN?
AM-AFGHANISTAN? How can you go there directly?
CW-I'm not saying directly. But in the way that we were talking about.
AM-Yeah, I mean, actually I would want to go to a friendly country first. (UI) go to IRAQ.
CW-Yeah. I'll tell you what though, the MUJAHADEEN in IRAQ man, they just killed another eight soldiers. They're going crazy man KW-Yeah (UI).What I'm concerned about in IRAQ is you get over there and then you start fighting SHIAS. You know what I'm saying?Is that tension between the SHIA and SUNNIS is increasing more.
AM-Yeah.
KW-And, I don't want to be caught up in the conflict (UI)." "CW-So, what are you going to do? Are you going to stay here or are you going to come with us? AM-No, I...
KW-Go to school?
AM-...I have to finish school first.
CW-Spring, man. Oh spring break. Yeah, leave on spring break. (AM laughs.)
KW-You could always go and come back.
CW-Actually, he could always meet us there.

KW-Just to visit. Right?
AM-I cannot go and come back.
KW-On a student visa, you mean?
AM-No. On a student visa I can. My student visa's going to expire in December.
KW-This December?
AM-My student visa's expire. So if I go back, I'll have to reapply. And the other thing is that now they like give me a hard time for students who coming back. They don't, they don't allow them to come back.
KW-Oh, yeah, yeah, there's a (UI).
CW-They're cracking down, yeah.
KW-Which is hurting (UI). CW-Well he could al...I mean, he could always come later.
AM-Yeah.
KW-That was the thing (UI) establish something (UI). But if you could go and then come back...you can make contacts (UI).
AM-I can, I mean, I, of course I can get like ah...
KW-Where we could just go and we'll have to do the research while we there (laughs).
AM-Yeah, that I can do. Even like try to plan from here and then instruct (stutters) my brothers to help you.
KW-Oh, okay.
AM-That's, that's, that's not, that's not a problem.
KW-Now, another thing...
AM-But, yeah, I mean, HANIF should be having good contacts over there.
CW-Oh, I'm sure that if we hooked up with HANIF, we would have no worries at all. I think he would take care of all the logistics for us. AM-Right.
KW-Yeah.
CW-In fact, that, that, that strongly encourages me, because...
KW-What, what, how much say would you say, do you think we need? to survive off?
CW-At least, at least, at least for, for the first few months of being there.
AM-Surviving there is not, not that expensive. I mean, as compared to the US at all i'd be very cheap. I mean, I think if you target like for $500 a month, that would be too much.
CW-Really?
AM-Yeah, I mean, if it's for just a person, you know?" "CW-So, you think you go in the summer?
AM-Next summer? CW-Yeah.
AM-Most likely not.
CW-No?
KW-When's the deadline for you? (UI).
AM-After next year.
CW-Oh, oh, so you you, you have to be in the country til after next year?
AM-No, after...ah...I mean, my target's just to complete my...
CW-Education.
AM-...education.
CW-Which is going to be?
AM-If, if...
CW-After next year. AM-...if everything goes right..yeah, yeah...
CW-Which will be next...2006.
AM-Right. Right.
CW-Okay. And then you're gonna do what afterwards?
AM-Most likely (starts to laugh) I'm gonna go back.
CW-Well, I mean, then you can go with us, right?
AM-Yeah.
CW-That's what I'm saying. So...(Speaks at the same time as AM.)...so we can all buy tickets together.
KW-Do you wanna wait on, with him?
CW-If he's gonna go in the s...when are you gonna go back?
AM-I mean, I (stutters) I'm only waiting to complete...
KW-(Speaks at the same time as AM.) 2006 to 2007.
AM-(Speaks at the same time as KW.) ...edu...2006. End of 2006, I'll be done with my studies. Hopefully.
KW-Oh, so like December of 2006. AM-Yeah. Yeah. I mean, whenever the semester ends...
CW-Oh, August.
KW-So, when would you leave?
AM-Right after then I could leave.
KW-Like 2007...
AM-Yeah.
KW-January 2007.
CW-Ah. KW-Why don't we make that a target date? It's not ma...it's a year and six months or somethin'.
CW-Yeah. That'll give us a chance to save up some more money it's...it's kind of far off, though. You wanna go together, or what?
AM-(UI).
CW-We'd, we'd be going in the winter.
KW-We'd have to go on separate planes, too.
CW-Could do that. No? KW-Separate tickets."
6-4-05 CW "CW-(Laughs). Yeah, I think that, yeah they got a sh-a skeet shooting center up here. They got a really nice one.
AM-Really?
KW-The other one, they allowed me to shoot the shotgun at the other range.

CW-The shotgun at uh, oh at the one on Almeda.
KW-Yeah.
CW-They had a, did they have a skeet shooting area there?
KW-Yeah, they do but also I got to shoot a, I got a -50 yard, uh...
CW-Oh, okay, you got to just sta- the stand and shoot.
KW-Yeah.
CW-Yeah, that's cool. (Vehicle traffic passing by). (Long pause). Oh we got our first chance to shoot those sporting clays now.
KW-Yeah.
AM-Yeah, we need to. We could do that, like, uh, every month, like just go there for a day AM-That's a good idea.
CW-Yeah, that's an excellent idea.
AM-I mean, uh...
KW-Well, you say every month, but you're not gone be here.
CW-Yeah, what's up that?
AM- too much, man.
KW-I know, you got one more month after this though.
AM-No, this is June, then July, then there's August I leaving...
KW-Yeah, but...
AM-I'm leaving at the end of August.
CW-ADNAN, we don't want to hear it, oh we gotta do this every month...
AM-(Laughs). Hey...
CW-We gotta camp every month " "CW-See and you keep talking about going hunting but you're going to Minnesota. How can we hunt if you're in Minnesota?
AM-Why don't you talk to HAKEEM, man? Why don't you talk to HAKEEM?
CW-(Chuckles). Why don't you give me...
AM-I'm, I'm returning your ball so it's in your court now.
CW-Oh, a week to hit him up for how many grand?
AM-Don't, now don't uh.. explain the situation and see what you can do.
CW-Yeah, I mean if I can catch him. See if he has a scholarship or something.
AM-I mean, he has for sure, that's not it. It's just that it depends who's asking for what. CW-Oh, the hunter's education class?
AM-You're not taking it? You need to take it.
CW-Why are you worried about it?
AM-I already took it. (Chuckles).
KW-You did?
CW-Yeah, but it doesn't matter that you took it 'cuz you're going to Minnesota.
AM-Valid, it's valid. It is, it is." "CW-Good to see you again. All right. Yeah. (Gun shot fires) This is um...
KW-KOBIE WILLIAMS.
MM- MALIK, Salaamu alaikum.
KW Salaamu alaikum.
CW-And this is uh, MALEEK, this is ADNAN MIRZA. Yeah. So, MALEEK is from um, Missouri.
CW-Thinking about moving down here. Yeah.
KW-Yeah.
MM-You still scared to go to Missouri, man?
CW-Shoot. (Chuckles). Yeah. And after I get run down. Well, actually I ran somebody down. Got in a fight with a truck driver.
MM-(Chuckles). Don't be scared .
CW-Mashallah. Back when I was driving for SCHNEIDER and having a bad day, I had a headache.
KW-Uh-hum.
CW-And this driver cut in front of me. And uh, I ended up cutting him off, and uh, what happened was, I didn't realize that we were on the same route all the down to McAllen, Texas.
AM-Okay.
CW-Yeah. I got down there and woke up the next day and there he was. (Chuckles). So, you thinking about moving down?
MM-Yeah. I um, uh, CW-(Chuckles). I thought everybody knew .
CW-It's hot down here, I'm telling you. Too hot.
MM-Let me tell you, I'm a black man, I'm used to heat." "CW-You've been doing this before? Oops, we have to go down.
MM-If I told you I'd have to kill you.
CW-(Chuckles). AM-HANEY would be happy to kill him.
CW-(Laughs).
MM-(Laughs). Who would be happy to hear that? .
AM-Huh?
MM-Who'd be happy to hear that?
AM-HANY, one of our other group members. (Gun shots fired).
MM-(Laughs). You down here pissing people off like in Missouri man? Come on now.
CW-This is the guy you gotta worry about right here.
MM-He's got the skill? (Gun shots being fired).
CW-Yeah, he got it. (Gun shots being fired)." "KW-The scope on here is on wrong
CW-It's on wrong?
KW-Yeah. It needs to turn maybe ." "CW-I wonder how KOBIE and MALIK are making out. (Dropped empty shell

on ground). (Shots fired). KOBIE put a scope on himself.
AM-Oh really.
CW-Yeah. Apparently he put it on, he put in on totally wrong.
AM-It doesn't come with instructions.
CW-No.
AM-Oh.
CW-No. You just suppose to know how to do it.
AM-Really. So he had it all wrong? CW-Yeah, totally.
AM-Totally wrong.
CW-Yeah.
AM-How can you fit it totally wrong?
CW-I don't know. Apparently he mounted in a way that uh, put it off. So, we couldn't get it targeted, sighted in and he also, you know, the mounts right here had screws he also broke (shots fired) one of those off inside his barrel.
AM-Wow.
CW-So it has to be machined. But that's not the issue today, because the issue today is how he puts the scope on. He was trying to save himself some money (low laugh)." "CW-(Laughing). You're doing pretty good for a windy day, man. I wish we can get on that three hundred range man.
AM-Lets get perfect on this one first. (Laugh). .
CW-Sure. Sure. I'm worried about KOBIE man. He must have some serious work to do on that gun." "MM-Oh quit your day job.
AM-(Laughing).
KW-(Laughing).
MM-QQuit your day job. You gotta a new job." "CW-And then huh, I think that's pretty much it. You got to get back to work, right?
AM-Yeah.
CW-Okay.
KW-Yeah, I need a gun smith to take that screw out. I need a gun smith to take that broken screw out.
CW-Yeah, that's what I thought, they probably got to drill it out. KW-Yeah, he said the guy in here was a good gun smith.
MM-You must work for the government." "CW-I got these for free. So that's why I have these.
AM-Ah, Ebay. (Laughing).
CW-And look these are the one's that goes up to here man. I've been practicing running in them everyday at work.
KW-Oh yeah?
CW-Yep.
AM-Ebay has got good deals on everything.
KW-Yeah, wasn't it the other night you were gonna get something on Ebay?
CW-You're an Ebay nut.
KW-What was it. Huh, you were gonna buy ice cream on Ebay. Was that it?
AM-No man, come on not ice cream.
CW-How do you buy ice cream on Ebay?
AM-How can you buy that?
KW-I don't know.
CW-Anybody will sell anything. Yeah, I'll mail it over night to you.
AM-Yeah but...
AM-Well if shipping from Alaska to Alaska I can understand. (Laughing). Not to Houston.
CW-(Laughing).
KW-No, cuz that ice cream festival is today.
CW-Yeah, the refrigeration on that man, the cost of refrigeration.
KW-Yeah.
CW-If they gave you a good deal on it, it wouldn't be good bout time it got down here.
AM-Better . KW- freezer and the ice cream on Ebay and have the ice cream sitting in the refrigerator when it comes.
AM-Or in an Igloo. Yeah, that's possible.
KW-Nah, you need electricity. " "CW-He into cars man.
KW-Oh really.
CW-Yeah. So, if you need a deal on a car man he might be the man!
MM-He got a good job. If can take off to go shoot for a couple of hours and come back, so you know.
CW-(Laughing).
KW-(Laughing).
MM-Maybe I need to stay with him.
AM-(Laughing).
MM-What skills, what skills do I need for your job man?
KW-(Laughing).
MM-No, I'm serious. I want that job.
CW-I think this is the skill right here. What you see.
AM-(Laughing). I don't have skills like that . MM-I thought you worked for the government. Don't you?
AM-(Laughing). I don't work for the government
KW-Bankers hours.
CW-Your father did. Wha... your father was a, wasn't he a....
AM-MINISTRY OF INTERIOR
CW-For PAKISTAN or KUWAIT.

AM For KUWAIT.
MM- its always Kuwait. No matter what it's Kuwait fault.
CW-(Laughing). Uh, yeah.
AM-(Laughing).
KW-The Minister of Interior. That's a high position.
CW-Yeah, for a Pakistani. How do you become Minister of Interior if your not arab?
KW- to like secretary of State.
AM-Its gonna be like um, whatever you have the ministry that we'll deal inside the U.S. any department that also in charge of paying inside of here, maybe like the Homeland Security.
MM-Dang. So we should be like happy. Your like important. You're the son of the son of son. CW-(Laughing). We got connections.
KW-Line hot. You really wealthy. Yeah, you were wealthy, man.
AM-(Laughing).
KW-Yeah, you hiding how rich you was.
MM-He probably still is.
KW-How rich he was.
MM-He probably still is.
CW-Are you still in that Mercedes . He races his Mercedes in the desert.
KW-Yeah. in Kuwait he had Mercedes.
MM-Ah man. you trying to say you work at rallies or something now. What's the deal?
AM-(Laughing). I just be chased on the road probably.
MM-You just be what?
AM-I used to race on the road . happen though.
MM-He fooling us. KW-So you got some real estate up in Kuwait?
AM-Nah. (Laughing).
MM-He's fooling us. You got some Rolls somewhere. Come on.
AM-Nah. (Laughing).
MM-He holding out on the brothers." "CW-He said next time we do this we need to invite him.
KW-Ah, yea right. He ain't gonna come. CW-Yeah.
KW-(Laughing). He rather do archery!
CW-Really? He's in archery, huh?" "CW-Oh look. They have a little human silhouette over there. That's what we should of done. (Shots fired).
MM- easier to image that way. (Shot fired).
CW-See that ADNAN?
AM-What?
CW-Those people, there are shooting with a human silhouette down there.
AM-Oh really? Yeah, over there?
CW-Yeah, like we had over at the uh.....
AM-Yeah. (Shot fired).
CW-That's what we should of done. I still got more left over.
AM-We have like a bunch of these one's. So, we can bring them next time. CW-Yeah, we don't have to buy those no more. (Shots fired). I got, I got the human silhouette ones and the, check it out and see here what you did. I got the, you know the human silhouette. I had a bunch of them left over from the last time we went shoot, and now we got a bunch of these.
MM-That use to aggravate me, when uh, when we go to the ranch, military and they were like okay, put up your target. You feel like a little man, that big and yourlike way down there. (Shots fired). That's . That's what you call a Hobbit..
CW-(Laughing).
MM-And you be like, alright. Guys like when you get the big ones, like the pistolrange. You get up closer, you can actually see, okay this dude about my size, .
CW-(Laughing). So when you thinking about moving down here?
MM-Hopefully, the next couple of months.
CW-Yeah, your still gonna do the same, same thing for your job?
MM-That's all I do. With all my skills, he won't give me a government job with him." "KW-RAIHAN's coming out with us next time, huh?
CW-Yeah he better. He said invite him the next time.
KW-He always do.
CW-So if turns me down the next time, I'm gonna slap him. KW-He always says he's gonna turn the FBI on us.
CW-(Laughs). Isn't that why he didn't go the last time? Said that we were being watched.
AM-Yeah.
MM-It's a ploy by the man.
CW-Because KOBIE and I were stopped after BIG BEND. I guess we, we uh, were speeding too much. (Laughs).
MM-This is like after you were.
CW-Yeah, yeah (laughs).
KW-Yeah (laughs).
MM-They never figured you for one of us anyway. You don't look the part, I do believe.
CW-No, I'm not Arab." "CW-We're allies with Vietnam, China you know other...except for North Korea and Islam is our main target AM-Yeah.
CW-Islam has taken over uh...taken over for communism as our enemy.
AM-Right, right, but yeah. I mean, the more you think about the fight, right the big fight like...it'll be a fight where the Muslims. (Interrupted). The Muslims and the...
KW-Romans.

AM-Romans they fight a common enemy first. They fight a common enemy and when that enemy's down the Roman side will raise the cross and say it is the victory of their god.
KW-Yeah, they'll take the victory. They take credit for the victory.
AM-Yeah, they get credit for the victory and , or something and at that point in time there be a Muslim that's gonna stand up and break that cross and then there will be another fight between the Romans and the Muslims.
KW-Right.
AM-I personally see that like right now they...they fought a common enemy that was SADDAM or the Taliban. I don't know, like I mean Muslims allies go to far, to far to defeat a common enemy, right? (Back ground noise). .
KW-I thought it was the Soviet Union?
CW-I think it's gonna be...it's got to be something bigger.
KW-Soviet Union, I mean America and ...MUJAHADEEN fought together, you know.
CW-Yeah.
AM-But the thing is, America they didn't claim it was a Christian, the war a the Christian thing, right? They didn't claim that... .
CW-They didn't.
KW-They do. They say they want...if they take all the credit, they say it wasn't the MUJAHADEEN because America gave weapons.
AM-I don't think it goes like that at that time . (talking over each other).
CW-America had....America had to have been as religious as it is today." "CW- And I think the war might be more on a world wide basis not just one country or another.
AM-No...no...no. It would be...it would be at the point it will be clear cut Muslims against everybody else.
KW- And the lines are being drawn more and more.
AM-Right, right.
KW-They are very defined right now.
AM-No but still you what to right now you have a lot of Muslims countries that are allied with the west. You know a lot of them, I mean I think which country is not actually.
CW-But uh, the HADITH talked about movement or just Muslims general?
AM-It would be..it would be like the Muslim who supported the allied forces...it would be amongst them that somebody would rise. That's how it is." "KW-Me and MALIK were talking and he was talking about how Muslims be scared to come out here you know. We were talking about that if you ask, hey you want to go shooting? Nah, I'm not going out there. Somebody might turn you in.
CW-(Laughing).
KW- .
AM-(Laughing). What if come on man let do it any way.
CW-Yeah what the...what are they gonna do? It's legal.
KW-But the thing is that there so freakin scared. There's nothing to be scared about.
CW-Yeah.
AM-They just take everything to...I don't know really.
KW-And these people got we got beards and like they look like Muslims but they're not.
AM-Man, I hate to be on so many like...people like that. Don't do this. Don't do that.
CW-I think that most people tend to not, not make judgements. You know?
KW-Yeah.
CW-Every once in a while you might get a wack-o but (interrupted).
KW-Yeah, but that's like (Interrupted).
CW-Yeah, that's for everybody." "CW-See if I can get that...alright man, it was fun. Thanks for coming out.
KW-Alright man thanks for inviting me!
CW-So what are we planning uh July right mid week, mid July?
KW-Yeah, let's go camping. Roughing it again.
CW-We might go to the same place or what....or you wanna try a different place...camp stay at camp or what?
KW-I don't know.
CW-I hear Huntsville is really nice.
KW-Oh yeah?
CW-Yeah, I was kind of curious about Huntsville even though, I mean, we can probably still stay at the same place if we want to.
KW-That's true. I mean those people know us. We can do some more exploring in the woods.
CW-Yeah, actually we didn't get a chance to go out and explore. KW-Yeah.
CW-Um it would be cool if we could go out there and explore even more so than shooting now just to see what's around.
KW-Yeah.
CW-But I mean, we can go cap off four hundred rounds easy enough." "CW-Yeah...I'll take a look around to see if I can get some good prices on something like that. Because it will be really good if we can use uh...the range if not we could probably from what I'm feeling from those people up there, we could probably even just set up over there...at the property.
KW-Yeah, if we give them advance notice, huh?
CW-Yeah.
KW-Yeah, because even if you wanted to start a gun range there...
CW-Yeah.
KW-If we tell them...if we probably tell them about that what we want to do there.

CW-Yeah, that might be an idea if we tell them now.
KW-And then they could make preparations to not be there with kids. CW-Yeah. Let's solidify a date, look at the calendar, solidify. Maybe we'll call them and tell them what we want to do.
KW-Still got his number?
CW-Yeah I think I have it. Yeah, that would be cool if we could shoot on our own property. That would be awesome.
KW-That'll be awesome."
6-14-05 CW "KW-I like the people there. ---
CW-Yeah the people are cool, a little bit on the arrogant side.
KW-Yeah, they're a little on the arrogant side, but...
AM-Not all of them.
KW-When I was there, I enjoyed.....
AM-Not all of them in Saudi Arabia. Kuwait, yes. The majority of them..
KW-What?
AM-Arrogant.
KW-I met a few brothers over there
CW-Well, you know..
HM-If you could move anywhere in the world, where would you go?
CW-Me? Probably Sudan or Yemen.
HM-How about you? If you could move anywhere, where would you go?
KW-Northwest Province of Pakistan.
CW-Afghanistan. Yeah, or the northwest province.
HM-That sounds pretty good. How about you? Kuwait.
AM-Same.
KW-Or Iran.
CW-Yeah, he has to go back to the Mercedes." "CW-Yeah. So ADNAN, when you suppose to hear from the people?
AM-During this summer.
CW-Did he tell you that? He's gonna...you said this, this month, right?
AM-Yeah. Inshallah.
KW-What?
CW-Those people are gonna contact him about money. Sending money? KW-Oh yeah.
CW-In fact...
KW-So, then can I give you some tomorrow?
AM-Yeah.
KW-What's (UI) an ideal amount?
AM-Anything. (UI).
CW-You don't, you don't ..... know like when.
KW-Is it worth it, or does that go far?
AM-No, I think it should be more because we won't be sending it like frequently. We'll be sending it in one shot.
CW-Right. So that's why I wanna know like when. About?
AM-Well, as soon as I get something... because right now I sent $300.00.
CW-How much?
AM-I sent $300.00
CW-$300.00.
AM-Yeah.
CW-Yeah, I can't...
KW-Are you givin' ca.... cash..(UI) AM-I give him cash.
CW-Cash money? What, what kind of bill?
KW-Electronic...(UI)
AM-Hundreds.
CW-Hundreds. Really?
AM-I give him hundreds. He can. Over there, in PAKISTAN you can easily...
CW-Yeah, but can't that be tracked?
AM-Huh?
CW-Can't that be tracked? You can't track the serial numbers of those hundreds?
AM-Humm. You could easily break them out over there. The dollar is easily breakable. I mean. Locally, once you send it from here to over there, you can easily break it. The only thing is that when you get the dollar, make sure that is the latest ones in the series. Over there it matters.
CW-The latest one?
AM-Yeah, I mean if it's like after two thousand, it's better.
CW-Oh, you mean like the brand spankin'.... Not the ones that don't have all the security stuff.
AM-No, no, no.
CW-You're talking about the newer ones that are....
AM-The newer ones are the best. But even if you get older ones, have them like after the year 2000.
CW-Okay.
AM-It matters. They give you less if it's older. Sometime they don't even accept it.
CW-Oh.
KW-Yeah, man when I was in Saudi. They were real picky about (UI).
CW-Now, how do you know that it's gonna go where we want it to go?
AM-Because I'm gonna make sure...
CW-Are you sure?

AM-That it's gonna go.
CW-It's not gonna go in your pocket?
AM-Of course not. I mean, I wouldn't have waited for that long.
KW-Yeah, let me know.
CW-Okay, I just wanna be sure. Since you know 'em.
KW-Man, I wish you weren't leaving." "CW-What I want FATIMAH to do is to write a letter describing his Islamic achievements here because HAKEEM is very interested in Islamic work and he is educating formally in Jordan. Uh, he's getting an Islamic degree and everything. To, highlight all those things and also highlight his educational achievements and goals and them we can use this as leverage on HAKEEM to get him a grant of however much that ADNAN needs, like say $6000.00 for the year. You know, right, for the year, and so HAKEEM will give a scholarship so that ADNAN can continue his Islamic work here in HOUSTON and go to school. " "CW-Have you done any research on how much money were you gonna need?
AM-Well I would suggest that uh don't, don't (UI).
CW-Well, how much should we save up, basically?
AM-I told you about the cost. That it is gonna cost you to get there.
CW -Right.
AM-Once you're there, it depends on how much time you're gonna spend in Pakistan when you get there. And it depends on what how are you gonna live.
CW-We shouldn't spend a lot of time in Pakistan.
KW-We can have a different approach. This may be more under the radar. We just go and get jobs.
AM-Huh?
KW-Go and get jobs in PAKISTAN.
CW-We'd never be able to do that... AM-Yeah, but even if you get the job (UI).
CW-...In Sync.
KW-Business visas.
CW-You wouldn't be able to do that in sync.
KW-What do you mean?
CW-We wouldn't be able to do it as a JAMAT.
KW-Yeah, (UI)
CW-Yeah, we wouldn't plan on staying in Pakistan that long and we wouldn't wanna give them our information.
KW-Yeah, but we would be on a much longer. We would be on a tourist visa, we'd be on a business visa. Which would give us a much more extended time and we would be more under the radar.
CW-I don't think we would be under the radar.
AM-Yeah.
CW-We would give them all of our personal information and everything. The authorities would have all access to all of our personal information.
KW-That's true.
CW-And if we disappeared then they're just gonna say, well they went in...
KW-Yeah, yeah.
CW-I mean because the way we're planning, we're planning on a stopover in Dubai. Is it Dubai?" "CW-So, if you do go to Minneapolis, you're not gonna forget about us and then KOBIE and I are gonna be wondering where ADNAN is.
AM-Of course not.
CW-Because we got a plan. AM-I've got a bigger plan. I did that degree for a reason.
CW-What might that be?
AM-Huh?
CW-Fixin, fixin' the electronic delay.
AM-Oh... (laughs)
CW-Oh, bigger than that? Alhamdulillah..
AM-You know what happens.
CW-ADNAN is the man with the plan. A man without a plan is not a man." "KW-KHALID IBN WALEED, narrated almost no Hadith, right? He didn't narrate one Hadith, but look what he did. HM-Yeah, exactly.
CW-By the way, that's the name of our camp you know.
HM-What?
CW-KHALID IBN WALEED.
KW-(Laughs). What's up with the lip man?
HM-I don't know. It just doesn't seem very creative.
CW-(UI) we, this is the name that we chose. We all took a vote.
HM-KHALID IBN WALEED camp.
CW-Yeah. In honor of his achievements.
KW-What would you call it?
HM-JIHAD 101.
CW-BIN LADEN.
HM-JIHAD, not even JIHAD. I'd call it AMERICAN (UI) JIHAD. (UI).
CW-(UI). (Laughs).
HM-You like that name? You like the name too? You don't like (UI). I know my (UI). You like it too?
KW-I like KHALID IBN WALEED.
HM-You like it too? CW-I like this one. His achievements were beyond what we could imagine in this world right now. So, ...
HM-So...
CW-That's something we need to aspire to. " "HM-KOBIE's did say it. (UI) did say right here and right there, but his is all wore out. Look at his buttons.

CW-Man KOBIE you do a lot of calling.
KW-Oh, yeah.
HM-Text messaging people and (UI).
CW-You know there was a time when KOBIE wouldn't even have a phone.
HM-Both of us.
CW-Yeah, you remember that?
KW-Remember that? HM-That was both of us, both of us but he showed up before me.
CW-Because you , you remember that MUJAHID that got killed because of his cell phone.
AM-Yeah.
KW-Yeah.
CW-The, the huh, the in Chechnya.
AM-Yeah, yeah, yeah.
CW-That the Russians killed. They located him on his cell phone. (Laughs).
KW-Oh yeah.
CW-When he was using his cell phone that's how they tracked him through the satellite.
HM-Whoa! Yeah, but he knew that when he got it. (UI).
CW-Yeah, he knew that.
KW-Yeah, yeah, that's how (UI).
CW-Yeah, yeah.
KW-That's why I was telling you guys I wouldn't get it..
CW-Yeah.
KW-Yeah, you just take the battery out and they can't find you, you know. CW-Yeah.
KW-But that's, that's like common knowledge. You can go on the web if you know someone's phone number. You can huh, track and look at their services. Through GPS. You'll know exactly where they're at." "KW-This society is sooo freaking dangerous man.
HM-Alright guys that's it for one night.
KW-How did that sound to ADNAN who came from a totally different?
HM-Yeah, but if he's in Kuwait he see's worse things he had some thing in a secret compartment too, that he's not as willing to .
CW-Yeah. Yeah.
HM-Yeah, instead of having one woman you have 13. CW-Well they went where did did you guys go to Bahrain, also? Where'd you go to get out?
AM-(UI) Stayed in Kuwait.
CW-Not you particularly.
AM-The Kuwaiti.
CW-Your people.
AM-Kuwaiti's go out of different places.
HM-Hotels doesn't think like that.
AM-(UI). Oh my GOD it's different.
KW-It's different than here.
CW-Do they have....(answering at the same time as ADNAN).
AM-I mean, you can do all what your talking about and this can be done but just not everyone has access.
HM-Covered on the street.
CW-So they have like private stills moonshine, wine and...
HM-Can you wear shorts on the street?
AM-Yeah!
HM-You can wear shorts in the street? AM-Yeah. In Kuwait it's not a problem.
CW-Can you pick up women easy?
AM-Huh?
CW-Can you pick up women easy?
HM-Well, if they're wearing shorts definitely (UI).
AM-Oh, yeah.
CW-Really?
HM-If their wearing shorts?
CW-In a Muslim country?
AM-It's not a problem over there.
HM-(UI) they wear tight jeans. Even men don't walk (UI) in shorts.
AM-Kuwaiti's walk in shorts (UI) (Loud truck passing) but I have seen women with mini skirts on.
HM-Kuwaiti's?
AM-Kuwaiti women.
KW-Ahhhhh.
HM-(UI) you won't see them in shorts. Even the men. I remember when I used to go play basketball in the clubs there and stuff. AM-eh, I used (UI).
HM-And I used to walk out with shorts in the streets sometime, pretty long basketball, and people would look at me sometimes like, go put some pants on.
KW-(UI).
AM-Yeah, that's why they did in Pakistan because now Pakistan has changed.
HM-(UI) it's been like seven years since I been there and it probably has changed a lot now.
AM-(UI). But in Kuwait, we used to wear shorts.
CW-Hmm.
AM-In Pakistan, yeah. People (UI).
CW-So your saying in Kuwait you can get what you get here, pretty much? (UI).
AM-Yeah. You just gotta know where to get it from.

KW-Like drugs.
HM-Just like getting drugs. People think in the U.S. drugs are just everywhere and it's not. You just have to know where to go get it.
KW-Yeah, you just gotta know.
CW-Third Ward. (Laughing)."
7-15-17-05 Sess. 2 CW "KW-(Interrupts) Other than the five pillars CW-I hear a lot of people come up with different stages, but isn't there in the hadith , something that, that defines I mean according to the Sunnah of the Prophets (salalallai wa salam) that defines how different stages there are. I mean, correct um levels or whatever of jihad? AM-(UI). KW-I don't know about 'em. SHZ-I don't know. AM-But, you know, I mean, as far as the Qur'an is concerned, the jihad that, in there is KATALLAH. CW-Is what? AM-Is KATAL . KW-Killing. AM-Killing. Fighting. CW-Right. Yeah. Yeah. AM-(UI) KW-You guys see that, that Frontline, I sent you the link to? AM-Not the whole thing. CW-I didn't go. I didn't go to the link yet." "KW-Straight TAWHEED, man. He's like and ALLAH mentions Jihad twenty-three times in the Qur'an and ALLAH mentions fighting and killing sixty-three times in the Qur'an, I mean he just (starts laughing) (CW laughs) It was awesome, dude. And ah, he would just say Allah (subhana wa t'ala) says this al.. la, la, la, la (UI) (CW laughs) I'm like, that brothers on point, man. AM-That's the problem with majority of the MUSLIMS reject or reject or just ignore it, I would say the other. KW-Yeah. AM-And then, to them, most of the MUSLIMS, jihad is, that's the problem with jihad is (starts laughing) JIHAD-ul-NAFS. KW-I don't know. That's a weak hadith, man. That's fabricating Ibn Timmiyah said. AM-Naw I KW-That's a fabricated hadith."
7-15-17-05 Sess. 3 CW "CW-Yeah, uh huh. Can you hold this up like this? Paying attention ADNAN? You may have to do this one day.
AM-I was wondering if we could do something without using the scopes. CW-What do you mean? You wanna use my iron sights? AM-Cause on the battle field, I mean if you got someone elses gun, it might not have a scope on it.
CW-You can use my iron sights man, you don't have to use a scope. I have iron sights on it.
AM-Cause I want to get good at that, too.
CW-Yeah, okay now we'll adjust it.
AM-I mean some guns, like I mean, what if you don't have an iron sight then what? (Laughs). You can't fire a gun.
CW-It's gonna have an iron sight.
AM-It's gotta have it.
CW-Yeah every, every gun..
KW-It's built in, right?
CW-Unless you have a gun like this, it won't have an iron sight.
AM-That's why I was wondering why doesn't KOBIE'S have an iron sight?
CW-Yeah, but that's ah...I mean, this is... This is for ah, sniping and stuff man. A gun that's for sniping you never use iron sights. You always use a scope. A gun that's for ah, just random shooting like that is, is ah, you should have an iron sight on it.
SHZ-This gun's nice. It ain't bad.
KW-That's what they use in the U. S. military.
AM-It's an assault rifle.
KW-Semi automatic. It's easy to use.
AM-Yeah. It's, it's addictive man, if you didn't fall in love with it."
11-22-05 UCE "CW-So, AM, you were saying about the money?
AM-Yeah about the money (UI). It's hard to get it to AFGHANISTAN.
UCE-Okay.
AM-To the battlefields.
KW-You told us that.
AM-Yeah, but what's, uh, what's possible these days is to send it to the families that are in PAKISTAN. (UI). KW-Okay.
AM-Yeah, 'cause, uh, they're in need, too.
UCE-You got a clear path to get it to them?
AM-Yeah.
KW-So you have, my money right so far?
AM-Yes, yes.
KW-So I'll try and get you more, inshallah.
CW-Right. So he was, yeah, he was planning on sending it. You're planning on sending it to somebody though (UI).
AM-Yeah. This is, there's a doctor who, who's, who's working in that region...
AM-...and we send it to him. He has, he owns this, like, hospital.
CW-Like, above ground, not underground.
AM-It's not underground. It's open.
KW-Mmm. UCE-Oh, okay.
AM-And then he supports those families.
CW-So, um...
UCE-But, uh, when do you wanna do it?
AM-Uh, whenever I have like uh accumulated a total of I'm, I'm, what I'm intending is to like, collect thousand every month and send a thousand every month. So when do you wanna do the first one?
KW-A thousand goes a long way, huh?
CW-I, I, I could still give you a little bit.
AM-Yeah, yeah.
CW-(UI).
AM-But there are a lot of families over there.

CW-So, yeah, it's not gonna go to some, some...
UCE-Yeah.
CW-...some joe laying in the masjid.. 'Man, I don't wanna work this month, man.'
KW-(Laughs).
UCE-'Dude, this is like cool man.'
KW-So these the same families that have been affected by the earthquake? Is that it?
AM-Uh, no, not really.
KW-Oh, okay, okay.
CW-No, these are the, these are like the, you know, where, you remember the Arab families that are in like WAZIRISTAN.
KW-Yeah, yeah.
KW-Okay. Alhumdulillah. CW-Yeah. So, um, so, so, when, when do you wanna do the first one? 'Cause I can give you a little bit still.
AM-Sometime, some, sometime in December (UI).
CW-When you do wanna give us, the, when do you want us to give you the money, man?
AM-Um, any, I mean, if you could give it to me like, by the first week, weekend, so I could then (UI).
CW-First weekend?.
AM-Yeah, yeah. So by the second I'll, I'll call (UI) I'll give it (UI)."
12-1-05 UCE Tel "AM-Pretty good how are you?
UCE-Alright, right. Say man...is it this Tuesday or next Tuesday for the money?
AM-Ah.....you can make next Tuesday.
UCE-Next Tuesday?
AM-Yeah.
UCE-Okay, okay..cool. I just wanted to get straight
AM-Okay."
12-31-05 CW "JC-(Laughing). So, uhhh, what caliber are you thinking about getting then?
AM-No, I mean. I want, I want it for hunting right?
JC-Uh-huh. AM-And then, I want the uh, the one that uses the cheapest ammo. So, whatever. I'm not, not willing to spend a whole lot right now." "JC-Very strange. You never know. Sorry man. (Beeping noise). Oh GOD! (Laughing). Dude, that's I tell you. You should get an AK man.
AM-Can you hunt with an AK?
JC-You can hung anything you want man. But when you actually hunt, you probably have to put just like one round in it or something like that or three rounds or five rounds. If you are on private land, you can hunt whatever you want. Cause you're talking about private land right?
AM-Do you that - that's a accurate shot?
JC-It's used all over the world man, by Muslims everywhere. AM-That's true. How about the ammo?
JC-Ammo is cheap.
AM-Cheap?
JC-Yeah. Cause it's plentiful.
AM-Really?
JC-Yeah." "JC-No. That first one that I saw over there, I would have bought that in a heart beat. Felt like I had the money to cover it you know? Cause I'm looking for a smaller model, you know? Something that can be easily carried. It looks like the type of ammo you'd use in an AK. Right here, AK rounds right here.
AM-Uh-huh.
JC-NATO (UI)
AM-Fifty a box? That's cheap.
JC-I know. Those are AK rounds man..
AM-Hmm. I think I've made a decision now.
JC-AK's are nice man. You like the AK, cheap ammo.
AM-Huh?
JC-You like the AK cause it's cheap ammo?
AM-Yeah man, it's cheap. That thing is the fact you always have to check. In the long run, you end of paying like once and then just ammo, just ammo.
JC-Yeah." "JC-So, where do you want to go?
AM-Um, that's it.
JC-That's it. You need to buy ammo?
AM-Um.
JC-Holy smokes. A thousand rounds for a hundred and forty-nine bucks. Imagine what you, me and the other guys could do with that.
AM-This is for your gun?
JC-Yeah, that's a good price.
AM-That's a good price?
JC-Mm-hmm.
AM-How much does it cost?
JC-A thousand rounds for a hundred and forty-nine dollars.
AM-Yeah. How much, how much do they actually costs?
JC-Usually about three sixty-five a box, which is a box of twenty. AM-Huh?
JC-Three sixty-five a box, for a box of twenty.
AM-Wait. Okay, how much did you say?
JC-Three sixty-five.
AM-Yeah.
JC-Three sixty-five for a box of twenty.

AM-Uhhh. Three sixty-five for twenty right?
JC-Uh-huh.
AM-So, um. How many would it be like twenty times five? If you get uhhh fifty boxes, that would be a thousand rounds?
JC-Twenty times five, twenty times five, twenty times five is a hundred.
AM-Oh yeah. And if you, if you get fifty boxes, that's a thousand dollars right? Right? Right? Right.
JC-Yeah.
AM-So, we'll multiply by fifty then. A hundred and eighty-two dollars.
JC-That's a good price.
AM-So, you're saving like thirty bucks.
JC-Mm-hmm. AM-How many rounds do you have already?
JC-I don't know, I haven't checked. (Laughing).
AM-You want to ask if everyone is willing to pitch in for this?
JC-I know I will.
AM-The other guys are going to have to if they want to shoot them." "JC-Oh look, the Glock Shop, I should go buy me a new glock. Here you go man, how's that for a knife?
UM-The one I'm going to go with.
JC-I could spend a lot of me in here.
AM-You're just so weak." "JC-Did you ever confirm that - that guy got your money? AM-Who? JC-The guy in Pakistan? AM-Yeah, yeah. JC-He got it? Okay. How much were you able to send? AM-700. JC-Oh, okay."
2-10-06 CW Sess. 7 "JC-So do you suppose, I mean AL QAIDA's pretty much confined to that one area then.
AM-But if it's ah rough terrain, no it's not easy to ah move around there.
JC-Yeah.
AM-Especially these days, see PAKISTAN is getting very like, like I mean the military forces are getting very aggressive.
JC-Yeah.
AM-And ah the tribals are in.. I mean you know retaliating in the same language.
JC-Yeah.
AM-So it's not, they're not, they're not trusting anybody.
JC-It just, it just takes time, yeah I mean you don't go over there I don't think just to I mean you're gonna, you don't go over there expecting somebody I mean to just recruit you off the... you know.
AM-I know, I know, the thing is a lot is gonna change after the regime changes here.
JC-What do you mean? Oh here in the U.S.
AM-Yeah, yeah.
JC-You mean it'll ease up or what.
AM-If, if the Democrats take charge things are gonna ..
JC-Well see that works out that gives us what a year?
AM-Two years, two years
JC-If we go over there, if we go over there say after your school's out, that'll be, no it'll only be a year right, or year and a half by the time the election happens.
AM-Ah election will happen in 2008, right?
JC-A little bit more than a year and a half.
AM-Yeah, but that's, that's then things will, then things will change I mean it will be, it will be different altogether.
JC-But see that gives you enough time
AM-Yeah it does.
JC-To integrate and get to know people.
AM-Yeah, no but thing is until then you, you're not sure how you're gonna be ah, what's gonna happen at the airport over there whatever, cause...
JC-Well...
AM-... once the funding stops to PAKISTAN...
JC-Mm-hmm...
AM-... like how, how the Republicans are funding PAKISTAN?
JC-Uh huh.
AM-If that stops things are really gonna change, things are really gonna change.
JC-Yeah, oh definitely, it's the U.S. definitely supporting all that, but what do you, what would I mean do you...
AM-What I would suggest is like as long as we're here, we could as much financial support we can give them that would be the best thing to do.
JC-Yeah, definitely.
AM-Yeah.
JC-That's for starters.
AM-Yeah cause we want to strengthen their ah, whatever and then when, cause it's, it's really hard to just go there without even you know having any strategy in mind.
JC-Yeah
AM-And not knowing what's gonna happen.
JC-That's, that's what I was thinking is that well first off we go there, we go there and we integrate ourselves into the society, just kind of, you know you don't go over there just say hey I wanna join such and such right?
AM-You know, yeah, well the things is here right now ah until the AMERICANS are like, like funding them and everything it's very hard to even try to integrate over there.
JC-Yeah
AM-Cause anybody would wanna you know turn you in and get some money or whatever, you know ransom, a

bunch of things man, get promoted.
JC-Well see this is where we, this is where HANIF ISMAIL comes in, into play.
AM-It's still, still not easy.
JC-Yeah, naw I wouldn't say it's easy.
AM-Yeah, I mean he..
JC-But what do you,
AM-He could guide us to a place but see the thing is like if we're going out in those areas where ah the tribals are there, they're good and bad people everywhere.
JC-But well, I mean we don't necessarily need to go into the areas in that first year right. I mean we could go into the areas, but, I mean....
AM-Yeah, but if you're in PAKISTAN, if you're in PAKISTAN within the confined like not in the tribal areas, if you're just in PAKISTAN, then it's more hard cause anybody, anybody could you know, you know, like say I know some foreigners who could come in and this or that.
JC-(laughs)
AM-You see what I'm saying..
JC-Well, yeah, yeah.
AM-You see UI.
JC-Well AMERICANS probably wouldn't be big deal, if they're getting their funding and they're really friendly to AMERICANS probably wouldn't be that big of a deal.
AM-Well ah you don't know ah with bearded AMERICANS.
JC-Huh
AM-With AMERICANS with the beard.
JC-With the French beard.
AM-Well ah, KOBIE doesn't have a French beard.
JC-(laughs) Well he could shave it.
AM-Oh I don't think so.
JC-(laughs) He could just say he's African.
AM-(UI) He'll be noted man, you could still fit in cause of the white complexion with UI, but ABDUL KABEER.
JC-(laughs) Yeah, but on the lines of planning what do you suppose group that we target for wanting to get involved with over there.
AM-Ah, I think our ah initially we should try to...
JC-I mean who are the targets?
AM-...try to seek any assistance through HANIF ISMAIL and see.
JC-Yeah...
AM-Cause AYUB, AYUB mentioned that he knows groups who are into it right.
JC-Oh.
AM-Over there
JC-Yeah
AM-And ah he even visited some.
JC-Really?
AM-Yeah.
JC-Mashallah
AM-So, so that, that shouldn't be a problem.
JC-Well see there's another thing if AYUB knows people in those groups, are you talking about TALIBAN groups?
AM-No, there are like.. other fighters related but not directly, a strong, the strong goes, but thing is still I mean we have to, we have to see, we have to think smart.
JC-Yeah, well see this is why I'm thinking about, about AYUB and HANIF, because if they already have established relationships with people they could be a really good guide.
AM-I, I agree, I agree but the thing is see these days there is a lot of money involved like I mean they're people who, who you just give ah information about somebody, they would get paid.
JC-What if we did this, AYUB, AYUB knows people personally, he gives money to people personally over there right?
AM-Yeah
JC-What if, we did it for him, what if he sent us like a courier you know what I mean, so he, he meets with this brother and says I have such and such brothers that are going to be in the area ah, and he hooks us up with them, we give them money or whatever..
AM-Well...
JC-I mean, I mean what I'm trying to say I mean it might not go that smoothly what I'm trying to say is what if he integrated us somehow.
AM-Well ah, we can, we can talk to him on that, I don't, I don't see any problems with that just see well my only concern is ah that these days, a lot of people would do anything for money. And I personally wouldn't trust anybody, and those guys, those guys even wouldn't trust anybody.
JC-Yeah
AM-That easily, even, even if somebody ah of their own is saying just let me be, anything is possible man.
JC-That's true.
AM-It's like so once this funding thing is sorted out.
JC-Yeah, at the election and all that."
2-14-06 UCE "CW-Um, ADNAN I, I didn't get that money, yet. Money for the transfer.
AM-Uh-huh.
CW-I didn't get it yet. I'll have it for you next week inshallah.AM-Okay. You guys can wait, I mean

we're waiting for um this guy to come back. Um what's his name? HANIF ISMAIL.
KW-Oh, Okay.
UCE-Okay.
CW-That's cool.
UCE-Cool.
CW-Cool uh, ADNAN and I were talking the other day.
KW-Mm-hmm.
CW-And he was saying that uh, he was saying that it'd be best for us to um to wait for the regime change in the US to go over there.
KW-Oh, that is smart.
UCE-Do you really think it's going to matter, tho' (Ph)?
KW-Yeah.
UCE-I mean cause the next, well, think about this, tho' (Ph). Next president will probably be -a Republican. So it will be the same people. So nothings really going to change.
KW-Well.
AM-You think so?
UCE-I mean think about it. If it's CONDOLEEZZA or CHENEY or anybody that was -under BUSH it's gonna be basically the same thing so, what's.
KW-I think the regime change would be a uh big determining factor where things could be -heading in the future.
AM-Yeah.
UCE-No, I'm not saying that.
KW-It'd be like a turning point.
UCE-I don't think anything's going to change. I mean if we're, I'm saying if America's still over there messing Muslims, an election is not going to stop, you know. It's not like they're going to say Ok well bring em back because I'm the president now, you know?
KW-Well, I think you're right, too.
UCE-They're gonna finish what they're doing or not.
KW-I think even Democrats will do the same thing.
CW-Mm-hmm.
AM-But.
CW-I think foreign policy I mean is pretty much going to be the same.
KW-Yeah.
UCE-Yeah.
KW-They can't change their position. They're stuck where they're at.
UCE-Yeah.
CW-So.
AM-Well.
UCE-Actually it might, you think about it. What if the next President is harder?
CW-Mm-hmm.
KW-They gonna, the Republicans are gonna make sure they're gonna get somebody in there harder.
AM-You think the Republicans are going to win next time?
UCE-Yes.
KW-Yeah. (UCE laughing in background). Only person they got to go against is HILARY CLINTON.
AM-Mmm-hmm.
KW-That's about it
UCE-Which half the Democrats don't like her, so.
CW-Mmm-hmm.
KW-There's uh, there's nobody who's (UI).
UCE-How do, how do you think it will affect us though? I mean what are you thinking will change?
AM-Back in PAKISTAN right now, the security forces of PAKISTAN are working very closely with the AMERICANS.
UCE-Right.
AM-They're getting funded and everything and I mean, so it's, it's very easy for PAKISTANI's over there to you know kidnap anybody who is foreign and claim that this guys related to AL QAEDA or whatever and they can get money for it and that's what they're gonna do.
CW-So, what are you worried about? (Group laughing in background).
UCE-You PAKISTANI, you got papers. We're the foreigners. It'll be a picture of KOBIE, UCE, CW.
AM-I've lived 80% of my life outside of PAKISTAN, right. I'm also not a PAKISTANI.
UCE-But, you speak the language. They don't know not just by looking." "UCE-Lay low a little bit, but let HANIF basically hook us up with whoever.
AM-Yeah.
UCE-We should be ok because he's not gonna hook us with anybody crazy. He's gonna hook us with who we want to be with.
AM-Right.
CW-Right.
UCE-And, I mean once we get there, so what if we have to lay low? I mean once we're over there, so what if we need to lay low for six months or whatever, I mean we're there.
AM-I mean what I was thinking is like the longer we stay here, we can fund more money into that place. That's also.
UCE-Well, we can do that, but ultimately.
AM-See what...Okay HANIF is coming.
CW-We're gonna have to pay our tickets over there, right?

AM-Listen, listen... HANIF is coming right? Let's, let's...why not talk to him directly? It's much better. He can give us a better input (UI).
UCE-Yeah, that's fine. But, I mean. That's fine. I totally agree with that. But, ultimately and -you've been there, so you have a little bit different view, but that's... we want to go. So, -it's like we can stay here and send money for fifteen years but we'd rather be over -there. I mean that's.
CW-Right.
AM-I understand.
CW-Yeah, yeah, so we're going to use up all of our money sending it over there when we -need...how much money did we decide we needed?
AM-About $5000.
CW-About $5000.
UCE-You can do it man, we can do it.
CW-So, I've got $1300 saved up.
UCE-You know and once it comes down to.
KW-I've got about six hundred saved up.
CW-There you go.
UCE-We can uh.
CW-How much you have saved up? A credit card (laughs). AM-A bunch of credit.
CW-You'll get there anyhow, it doesn't matter cause your people will send you right?
AM-Yeah.
CW-Your family." "CW-How does WAZIRISTAN still look? We were talking about WAZIRISTAN the last time, does that still look? AM-Yeah, well that's the area we need to target. KW-Where actually in WAZIRISTAN? AM-Western PAKISTAN. It borders north, like AFGHANISTAN. KW-You got an atlas? CW-Come look at it on the Internet if you want. UCE-Do it on the computer. CW-Pull up a map. KW-AFGHANISTAN has a weird border when up there, when it gets over there. UCE-Who all, now who all. CW-ADNAN, do you want to pull up a good map. KW-Is that north frontier? AM-Yeah. KW-Oh, okay I know where it AM-It's the western part of northwest territories. UCE-And who all is in there who all is there causing problems? Is that like the coalition forces or. CW-Yeah. AM-See, there are tribes and within tribes you have some people who are pro the PAKISTANI government and some pro the TALIBAN or whatever, right? CW-Like paramilitary. UCE-Everything's TALIBAN. CW-So in that area though, I mean we don't we're not worrying about coalition or US forces. AM-Well they're striking, they're KW-They keep bombing over there. AM-Yeah, yeah CW-Yeah, I mean I'm talking about not on the ground though I mean they obviously might bomb or something. AM-On ground you only have like um. CW-At least until you get into AFGHANISTAN. AM-You only have people within the tribes who are siding with the US for money or whatever, you know they'll do anything for money some people will. KW-Yeah. UCE-And that's basically what we'd be doing? CW-Yeah. AM-And as long as see these days the only reason. UCE-They shouldn't have that good weapons. I said they shouldn't have that good weapons. But, then again, the UNITED STATES will probably give them M24's and um. AM-They've got plenty of weapons there. UCE-No, I'm talking about the other people. Not our people I was just thinking what will be shooting at us. AM-Yeah, everybody has weapons over there. It's just that. UCE-I'm not worried about just weapons, I mean it's a matter of what kind of weapons. I mean if they're, if they're US backed the Army that I knew so you're going to fight for us, well here you go. This is top of the line stuff here. You like this? This shotgun does all kinds of stuff. And then we'll be over there with the (does some sort of gun demonstration). KW-Ha, ha, ha. UCE-That's you know that's something we have to uh, something we have to plan for." "CW-So, we're gonna come in where? AM-See this is PESHAWAR right. PESHAWAR is the city that we're gonna want. I mean after landing in KARACHI. This is where we should be heading. Over here in the mountains, basically, there is a place called uh MURREE. It's closer to ISLAMABAD but that's where they have the hospital that I was talking about. CW-Where we send the money to? Okay. AM-So, these guys should be closer to PESHAWAR in this area. And this area is not easily accessible. Just all this area. CW-What is this area called? AM-This is northwestern KW-Isn't KASHMIR over here? CW-Okay, so we are we staying in PESHAWAR? AM-We should stay in PESHAWAR that's uh because this is all this area is like Muslim are in control in this area. UCE-So that's where we want to be for sure. KW-The government has no say over there. AM-The federal government, I mean they have a say but. KW-Not a lot."
3-14-06 UCE "CW-So are you going to talk to him or what? We wanted to talk to you about something. ADNAN hasn't (UI).
AM-I, I, never talked to anybody about it.
CW-No. I thought you talked to AYUB?
AM-AYUB is different.
CW-AYUB is different. Ok, ok, well, we, we gave AYUB right?
HI-Yeah.
CW-We gave AYUB some money to sent over there. Uh when was that?
AM-December. When you were last over there. It was December. End part of November (UI) HI-I left uh in January, I make eid over there.
AM-Right.
HI-First week of January, I left.
AM-So, we want to do it basically a little more consistent. You're going to stay here so how are we going to do it? Through you we can still do it?
HI-Yeah.
CW-And we wanted to do something next month right? Cause I have two hundred.
KW-Hundred.
CW-Hundred.
UCE-I got two.
CW-And we want to pool our money together. (UI) So we want to do it on a more -consistent basis. AYUB, how did he do it the last time? So, now we're talking to -the right guy?

AM-You are always talking to the right guy.
CW-See, see, he was vague with us at first. He was like 'yeah I sent it.'
AM-That was before that.
UCE-Ah, so it would be best just to get it, to you, to give to him, to give to you or what...what's easiest? HI-Through ADNAN.
CW-Another thing that we were wondering about, is, should we, what's your best method of, of, sending it over there. Yeah, I mean as far as cash or, should we do it the way we did last time, and write out, write out like a money order to the organization
AM-Cash is better.
CW-Or something like that. Cash is better?
HI-Yeah just uh (UI) I don't know (UI) record keeping (UI). Organizationally, it's better. (UI)
CW-That's what we were thinking of...you know, like what we did with him was give him a money order, I think, we write it out to you or something like, put donations on it.
HI-Yeah
CW-Charitable donations.
UCE-If anything comes up that's no question to them, you can't really (UI) Donations, you can't complain about that.
CW-(UI).
UCE-Is a, we gone try to do it like, once, once a month, two months, how often do you want to (UI). AM-Whenever it's convenient.
UCE-You got much studying left to do tonight?"
3-14-20-06 Tel CW "JC-Yep... Everybody should have them... You talk to uhh, MALIK or KOBIE?
AM-I spoke with ABDUL KABIR, yeah... Man, I, you know... I don't know, you, don't, I didn't expect you guys to gonna talk to uhh, MALIK, I mean, HANIF about the money. I thought you wanted to talk about Pakistan.
JC-Well we do want talk about Pakistan.
AM-Well why didn't you, why you didn't you talk about Pakistan.
JC-But everybody was asking me about money.
AM-What, I mean money was already taking care of. Why was... why was, I mean who was asking about the money?
JC-Umm... KOBIE.
AM-What, I mean I asked him, he said he didn't have any questions about money, man. Money was, I mean now money we already sent it.
JC-Well that's damn near bra, uh, the impression I had uhh... based off our other conversation that.
AM-What. I mean money is.
JC-KOBIE asked about it that night.
AM-Like what?
JC-He wanted me , he said well we're going to talk to HANIF.
AM-No, but HANIF, but he, he, I mean HANIF we want to talk about Pakistan not money.
JC-See, this is why, this is why you were suppose to bring it up. Because you knew. I didn't...
AM-Yeah, but I, I, listen, all I talked recently was about Pakistan nothing we never even mentioned the (UI).
JC-Well then why didn't you even bring up Pakistan?
AM-Man because HANIF, with this guy was there, which you call the.
JC-HASEEB?
AM-Yeah.
JC-Oh.
AM-And he remembers... I was like, man money we already... money we never had any problems with money.
JC-No we were talking about sending it directly through HANIF rather than going through AYUB. AM-Yeah but that's, that's what... see the thing is, first I went through AYUB, right. And then he told me that since uhh... this guy, he sent. Money through uhh, what you call it, uhh WESTERN UNION once and then when HASEE, uh, HANIF was with him when he gave to him. I said, well.
JC-Who gave to him?
AM-AYUB.
JC-Oh... okay.
AM-That's how, that's how I knew about HANIF. But I didn't expect that he just was going to ask around. I feel so embarrassed to talk him now.
JC-Well that's your fault.
AM-It's not my fault. I mean all the time we never even mention that we need to talk to HANIF about money.
JC-No we talked a lot about talking to HANIF about money.
AM-About money.
JC-Yeah.
AM-I mean why did we have to talk to HANIF for about money? That's what I don't understand.
JC-Cause you talked, we talked a lot about it.
AM-No, we, we wanted to talk to HANIF about the uhh.
JC-We've been talking about it for the last... month in a half or so. AM-Not about money man. Not about money.
JC-Yeah.
AM-Seriously. Money- money was already, I mean, I, I told you that wasn't even an issue. I mean I would personally not give my money to anybody, man.
JC-Okay, well now you have... now you have a contact.
AM-No, I mean I had a contact, that's what, and they, they you just, I mean, I don't understand what

these guy get out of it like yeah, this is what my question is, like, I mean nothing changed... And I, was in the impression.
JC-The deal was, we were under the impression... that AYUB was going to uhhh... do the transfer... But then we were under the impression...
AM-But this man I knew (UI).
JC-Hold on, I didn't even finish.
AM-Okay.
JC-But then we were un, under the impression that since HANIF's in town, and we talked about this, you could ask MALIK, you could ask KOBIE, we're under the impression, that since HANIF's in town, we would give the money directly to him.
AM-Yes.
JC-Okay, so... that's the conversation that we had last night.
AM-Right, okay. So, what's the.
JC-But instead now we're giving it directly to you to give to him.
AM-Yeah, but that was. Oh my god... but it was the same thing, like I mean, even if you gave me the money, I wouldn't have given it to HANIF.
JC-Okay, yeah. That's what we decided last night.
AM-But I, I mean I didn't know that you had to talk to him about that.
JC-That's, that's what I was under the impression from KOBIE and MALIK.
AM-No, but, I don't think, that was not even, that's not even, let me, let me.
JC-From our conversation.
AM-(UI) Let me talk to ABDUL KABEER. I, I really."
3-15-06 UCE "AM-So, brother CW. Who is confused here?
CW-You. (laughter)
AM-Us three or you alone?
UCE-I thought we were gonna talk about both issues actually though.
AM-Okay here's the middle ground.
UCE-No I mean serious I thought we were gonna talk
AM-Yeah but that thing that thing was already straightened out the money issue.
UCE-Eh eh..You.. all you had to do was like, oh yeah we wanted to talk about whatever..
AM-No but I (UI) (Background talking)
CW-And you wouldn't even say a word.
UCE-You looked like you were in the principal's office last night.
CW-You did..
AM-Well I. (talking over each other)
KW-You didn't say jack yesterday. I was waiting on you to start the (UI). (all talking at once)
CW-Me, too.
UCE-Like he was in the principal's office.
AM-I I was (all talking at once) I didn't want to start anything in front of HASEEB honestly.
KW-Why him? Why not?
CW-Why not? Yeah HASEEB's on the ball. AM-No. UCE-You say you don't trust HASEEB.
AM-I mean I, I felt that uh uh HANIF was feeling uncomfortable.
KW-Before we talked? Before CW said anything.
AM-After. CW-After. UCE-I don't know him that was why I was like whatever start talking about.. That's my first time meeting the man. AM-I agree. UCE-And, HASEEB wasn't seeming like he was gonna leave anyway. AM-Yeah..but I wasn't I mean to me, the money issue was not even like, I mean, I wasn't even expecting that basically. It was like maybe just. UCE-Well you could have corrected the conversation and said what about that other thing? CW-Yeah. UCE-I mean I put it like this I got the feel that okay, we're waiting for everybody to leave and then we got to awhile, we were like.. CW-When is everybody going to leave? (laughter) UCE-How, how 'bout those Texans? CW-Yeah.(general laughter) UCE-How 'bout them Cowboys? You know (laughter) CW-Yup. UCE-Did uh he you seem uncomfortable to you, you saying. KW-I told you he looked uncomfortable. UCE-I mean we didn't say anything. AM-I know, but I mean probably it was like I mean KW-Unexpected. AM-Yeah, expecting. Especially the money thing you know it's a KW-I wish we had gotten the other one straightened out. AM-Yeah. I mean, that was our main concern. I mean, money thing UCE-I agree..but you're the one. I don't know the man so that was up that was really up AM-Yeah, but CW, CW and ABDUL KABIR know him And, I mean, see CW-ADNAN AM-The thing is, I never had the conversation with him face to face. Cause, uh, uh we only talked on the phone. CW-You always you always told us that you had it under control and you were taking care of it that you had the contact AM-Yeah because it was it was it was through AYUB. Yes. CW-Okay. Well we didn't know that AM-Oh, come on you knew that. KW-I didn't know it was AYUB. AM-Huh what? KW-I didn't know AYUB. AM-When? CW-Nobody knew that. UCE-See this whole time. AM-I I told you that it was uh, I I through AYUB I got this. KW-I know you told me that AYUB did it in the past, him and FIRASAT . That's the only thing I heard. CW-Yeah. KW-(laugh) UCE-You know what..(laugh) even with that KW-(laugh) That's the only thing you ever told me. UCE- So that's you you must be thinking things that you saying out loud. CW-That's right. UCE-You must think about twelve things and tell us five." "KW-Actually, I thought you were just supposed to talk to him outside of us. I thought this was just like, uh spontaneous.. AM-Yeah, but. CW-Yeah. (talking over each other) AM-Yeah well exactly CW-I was AM-It was spontaneous and but CW kept asking me. When are we gonna talk (laugh) you can talk to him if you want to. CW-Exactly. And then he says, and then I say well, ADNAN are you gonna bring it up he says AM-See the thing is CW-You bring it up he says you bring it up you bring it up AM-But then but then CW-I'm like ok fine I'll bring it up. AM-I didn't expect the money aspect. I was expecting that you guys gonna talk about PAKISTAN. Seriously UCE-Have you did you talk to him today? AM-No. KW-You need to talk to him before he leaves. UCE-Why don't you talk to him and tell him you know there was a misunderstanding."

3-15-05 WILLIAMS-Yeah. But they...the...
CW-(UI).
WILLIAMS-...the employment section of paper is uh, pretty small. You can tell people who do jobs go up there.
CW-Mm-mmm.
WILLIAMS-Like STARBUCKS and uh, (UI) SUBWAY and movie theater, (UI).
CW-Mmm.
WILLIAMS-(UI) the economy is real bad.
CW-So how did that interfere with your plans do you think?
WILLIAMS-Oh, NAJEEB made a point (UI) to um, NAJEEB said if I go there, I'll have to live there for awhile, of course.
CW-Mm-mmm.
WILLIAMS-And uh, (UI) have to be (UI) some sort of, you know, (UI). You can't (UI).
CW-Right.
WILLIAMS-So uh, he said, basically, I probably would be uh, working more, than having more free time.
CW-Mm-mmm.
WILLIAMS-I'd be more of a burden than a help. Not on him or anything, but...
CW-Mm-mmm.
WILLIAMS-...in general, it'll be, you know, difficult.
CW-Is that just TORONTO or is that (UI) or what?
WILLIAMS-Uh, it's uh, it's all over CANADA. There are some parts of CANADA uh, is slightly better.
CW-Mm-mmm.
WILLIAMS-But uh, other than that, I just (UI).
CW-So you think you're still gonna try or what?
WILLIAMS-The other thing I uh, was reading in paper, they had an article about some guy Brother. So, that's at some masjid, that's a al qaida suspect, they had him arrested..
CW-Mm-mmm.
WILLIAMS-They uh, said he (UI) was going to learn how to fight and stuff.
CW-Mm-mmm.
WILLIAMS-I have the article at home. And uh, I'm like (UI) there's no different there than here.
CW-(Chuckling) What, getting out?
WILLIAMS-Yeah. Well, yeah, I'm just saying (UI) pretty much (UI), you know.
CW-Oh.
WILLIAMS-It's all the same, you know. And uh, their media is a lot more uh, (UI) liberal...
CW-Mm-mmm.
WILLIAMS-...that's the extent of it, you know. The people are nicer, but open minded there...
CW-Mm-mmm.
WILLIAMS-...as far as, you know, muslims are concerned. There's a very large muslim community there. That's (UI) here.
CW-Mmm.
WILLIAMS-But...
CW-But you think you're gonna still try or what?
WILLIAMS-I'm probably not. I'll probably look in other areas, Pakistan, I don't know.
CW-That really bites.
WILLIAMS-(UI).
CW-Depends on how NAJEEB, but NAJEEB should at least keep an eye out for you.
WILLIAMS-Yeah.
CW-My wife was mentioning going up there to TORONTO to visit some friends.
WILLIAMS-Oh, yeah?
CW-I don't know who she knows up there, but...
WILLIAMS-Yeah? You gonna go with her?
CW-Probably not. I don't have the time. I won't get the time off of work.
3-22-05 CW-So, I mean, in IRAQ I heard that there were, like every household has to have at least, you know, have...has...can have one AK47 for self defense.

MIRZA-Legally?
CW-Legally. Legally.
MIRZA-I (UI).
CW-In PAKISTAN it's not like that where...
MIRZA-Mmm.
CW-...legally everybody can own something.
MIRZA-No. I mean, legal, I mean, they have to purchase a license and go through all that, but recently, they try to confiscate all weapons, cause they had a lot of illegal weapons. A lot.
CW-Mm-mmm.
WILLIAMS-Well also, like in the Middle East, they're not allowed to have weapons.
MIRZA-You cannot have them.
WILLIAMS-Anywhere in the Middle East.
CW-Well, yeah. Hey, give somebody in SAUDI a weapon and they'll try to overthrow the government, man.
WILLIAMS-Yeah. (UI) that's...
CW-(Clears his throat).
WILLIAMS-But it's always been like that.
CW-Man.
WILLIAMS-Even before the...all this mess. …
WILLIAMS-Oh, I see, so he's upset with IMMIGRATION basically.
MIRZA-Uh, I've said a lot of (UI), because I mean, their stuff is different.
WILLIAMS-They're slower.
MIRZA-Slower and uh,...
WILLIAMS-I...I figured that out in SAUDI.
MIRZA-Everything negative.
WILLIAMS-Yeah. Is it...is it as bad in PAKISTAN? Is it worse or better or...?
MIRZA-But PAKISTAN, if you have the money you can get things done.
WILLIAMS-Oh, yeah.
MIRZA-Over here, it's different (chuckling).
WILLIAMS-Yeah.
MIRZA-You have to have money and...
CW-Mm-mmm.
MIRZA-...you have to have grease, you know, lots of contacts. (UI).
WILLIAMS-Oh, not just the money, but the contacts...
MIRZA-It's the contacts. Yeah. You have to have, you know,...
CW-Mm-mmm.
MIRZA-...when I used to be in KUWAIT, my wallet was filled with papers, what they called "references".
CW-(Laughs).
MIRZA-(UI) get exempt, cause uh, my dad was in the ministry. Man, he had a lot of contacts.
WILLIAMS-Oh! You...you (UI).
CW-Oh. What ministry?
MIRZA-INTERIOR...MINISTER OF INTERIOR.
WILLIAMS-Man, this guy has freakin contacts...
CW-For PAKISTAN?
WILLIAMS-... man!
CW-Man, he's my friend! He's our friend! So, you got a contact. …
4-19-05 WMS-It was DALEEL for those... man...
WMS-we're supposed to be over there!
CW-Mm-mmm.
WMS-Right now we're doing DAWAH, that's good...
CW-Yeah.
WMS-So.
CW-Have you...have you thought about other options other than through Canada, like maybe knowing people here that can do it, that already have those connections?
WMS-I don't know anybody here. That's why I'm asking ADNAN.
CW-Oh.

WMS-Cause he (UI) that, but he said if you can't do that, then JIHAD UL-MAL, this, you know, that... that would be the way. But if...
CW-What's that term (UI).
WMS-Giving money.
CW-Oh. Oh, MAL!
WMS-Because the HADITH says....
CW-Where's my brain.
WMS-The one, who funds MUJAHADEEN, is a MUJAHID.
AM-Yeah.
CW-Yeah.
AM-Yeah.
AM-If...if...if (UI).
CW-Well, it's true. If you can (UI)...
AM-It's just like, I mean, (UI).
CW-Yeah. If you can't...if you can't go...
AM-Yeah.
CW-...and that's the only way you can support it, that's the way you do it.
AM-Right. Exactly.
WMS-And it...and it's the best (UI). In this period, he said, the best (UI) form (UI). I won't go because my NIYAT (ph) might not be perfect. And he said, this is the best... better than the NAFS. Because what you been...what you do is you nurture that because it’s not possible right now.
CW-Mm-mmm.
WMS-And so it's just between you and Allah, you know. So, this is the way of nurturing.
CW-Yeah.
WMS-And then eventually, Allah will open doors for you to get there.
CW-Mm-mmm.
WMS-That...that MP3 is (UI).
CW-That's true. But, you know, (clearing his throat) if...if you can take a trip out of the country, a vacation trip, you know what I mean.
WMS-Yeah.
CW-There's no risk. Well, of course, you better not plan on coming back (chuckling).
WMS-Well, I mean.
CW-But when it really comes down to it and there's something going on and you need to be there, I mean, you can...you can get there. You don't have to...
WMS-That's true. But you got to know their ideals.
CW-I mean, you could...you could still maintain. Well, you gotta know the right people there.
AM-Yeah.
AM-Yeah. Yeah, it's not easy these days.
CW-Yeah
WMS-Oh, yeah?
CW-Not in Pakistan especially, man. Pakistan is loaded with spies. People looking for that $25 million for OSAMA, you know.
WMS-Yeah.
AM-Yeah, Pakistan it’s (UI) especially there.
WMS-Oh, yeah.
AM-And everyone's scared to, you know, it's like, because everyone's life is on the line cause if you (UI) ... like everybody can think you're a spy, you know.
WMS-Yeah, yeah, yeah.
AM-That's the situation.
WMS-That...that's one reason I don't approach brothers here cause the could think I am, you know.
CW-Yeah.
WMS-(UI). Nobody trusts anyone.
CW-Well, you know, and you don't know who they are either.
WMS-Mmm?
CW-You don't...might not know who they are either (chuckling).

WMS-Yeah. Right. (UI).
CW-Yeah, you can't...you can't just go...you can't just go and approaching anybody.
WMS-Yeah.
CW-You have to form some sort of relationship to where you know what's going on.
WMS-(UI), you know.
CW-Yeah.
AM-But they...over there, but the best way would...would be to go and FAJR in JAMMAT.
WMS-Yeah, I know.
AM-That's...
CW-To go in Jamat?
AM-(Speaks at the same time as WMS) FAJR prayer is...
WMS-(Speaks at the same time as AM) FAJR prayer is where the MUNAFIQEEN’s won’t be..
CW-Yeah.
WMS-Cuz the SAHABBA would a... during the FAJR prayer that’s when they would figure out who the MUNAFIQ were. …
CW-But think about this. Just by you being there, even if you didn't say nothing to anybody, let's say you just explained yourself to people. You know, I need to pray. Um, this is how we pray. Obviously, we're not blowing stuff up. And people understand what your Deen is about. Number one, they have it in the back of their minds for if Allah ever does open their hearts. Number two, you don't just affect those people right there.
HM-Mm-mmm.
CW-They take that knowledge and it translates to other people.
HM-Mm-mmm.
CW-And if those people get into a position of power or something over other Muslims, it would make things much better on them, because now they have an understanding of Islam that, well, he's making Salat. He's not gonna blow things up. What's the big deal.
HM-I know, but the down...the downside is this, that why we think this is gonna happen, that we, assimilate in this society we lose our children, we lose our identity and we go through so much trial and error...
CW-Mm-mmm.
HM-...until we actually get it right. But when you look back, was it really worth it.
UM-Yeah.
HM-Instead of us staying in a Muslim country, so that we are representing Islam as a whole. You know that every good that we have, every skill that we have, it's just for our Muslim brothers.
CW-Isn't there a Hadith that is better to make Hijra?
WMS-Is there what?
CW-Isn't there a Hadith towards (UI) that is better to make Hijra?
HM-Make Hijra?
CW-Yeah.
HM-You have to.
WMS-Yeah.
HM-I mean, you don't (UI).
WMS-Hijra will be til the day... a... til the Day of Judgment..
UM-You don't (UI).
CW-Yeah.
HM-There's also a Hadith that says if you're just close enough to see the end (UI) gun fire, they're too close. Right?
WMS-Yeah. Yeah.
UM-(UI).
WMS-The Prophet (salallahu wa salam) says the one who live amongst the Khufar, he's not one of us.
HM-But if he say you can see their camp fire, if one brother ask how far is too close, he said if you can see their campfire, you're too close.
CW-Mm-mmm.
WMS-Meaning, the Hadith means that if you live amongst them and you don't have any intentions of the Dawah.

CW-Mm-mmm.
AM-And it...it's similar to their culture of being one of them.
WMS-Yeah.
HM-Just cause it's (UI) this is over, you know what I mean. And we come here like (UI).
CW-Nobody is saying assimilate.
HM-My parents came into this country, right, for a better life. A better way of life.Islam was not even on their agenda.
CW-Well, that was their NIYA right there.
HM-That's their problem. There was a problem (UI). But (UI) they (UI). Maybe it was that it took a long time to get to it. But the bottom line is if they would've stayed in their country who knows what they were capable of, you know.
WMS-And if they came here maybe they can make changes in their country from here.
HM-No, I think they're, look, when people leave their countries, they don't make changes (UI).
CW-But think about this. Mus...
HM-They leave...they leave the uh,...
CW-Think about this HANI. Muslim countries are no longer what it was in the time of the Prophet...
HM-Right.
CW-...when the Prophet said those things.
HM-Yeah. I know. I know.
CW-Muslim countries are extremely oppressive to the extent they're so oppressive to the extent..
HM-(UI) country. Yeah.
CW-...that the Christian countries, like United States are less oppressive. We're oppressed, yes, but we're less oppressed here in United States than we would be in Saudi Arabia.
HM-Right. Right. Right. Right.
CW-So what would the Prophet say in that situation?
HM-Yeah, you're right. Right, (UI) the Muslim country now. What...what country now is really a Muslim country (UI).
CW-I mean, we can't look at Islam today with the Islam of yesterday...
HM-Mm-mmm.
CW-...in the sense that the time...in the time of the Prophet there were certain situations and Islam was going one direction. Well, now we're in a situation where Islam is folding back in on itself, okay, because of the oppression that we...we corrupted ourselves so much with the ways of the Kufar in our own...in our own lands,...
HM-Yeah.
CW-...that Islam has to...
HM-Oh yeah.
CW-...has to redirect itself...
HM-Mm-mmm.
CW-...obviously in their light of the Quran and Sunnah.
WMS-Hello.
HM-And there is no real muslim country. If I went to a muslim country I don’t know where I’d go. (UI) Saudi Arabia. I'd go crazy.
CW-Yeah.
HM-(UI) in jail (UI). I'd be in jail if I was in Saudi Arabia.
CW-But then if I was in a...if I was in another country, if I was in Pakistan...
HM-I would (UI) still to go, but (UI).
CW-...Musharraf would know what's on my mind.
HM-(Laughs).
CW-Okay, do you think I would last very long in Pakistan?
HM-No, you wouldn't.
CW-No.
HM-No way. I don't think that anybody can go.
CW-But you could...you could stay here...
HM-Yeah.
CW-...even though you might stand a chance of being cracked down on.

WMS-Yeah. Yeah.
CW-...you could still pretty much say what's on your mind a lot more than other countries.
HM-Right. I know.
CW-You know.
HM-No, but, from that direction, you know, (UI).
CW-So long as you're not leading an insurrection, you know.
HM-Yeah, I know. I know. It bothers me that people leave their countries (UI).
CW-So I'm...I'm to the...I'm to the point to where...
AM-I believe (UI) close the doors...
CW-(Coughs).
AM-...I (UI) like the...
CW-I'm to the...
AM-I don't think there's (UI).
HM-Oh, yeah?
UM-Yeah.
CW-It's uh, it...
AM-And I like it better over here than over there.
CW-Yeah.
AM-Even in Pakistan or Kuwait, same thing.
CW-It's like this. The people that I am talking to on that forum, they have a con uh, the people who are talking, there's about three of them, have the concept that all of the Muslims in the time of the Prophet were united. That we need to be like them. Okay, well, they weren't united because the very last sermon of the Prophet spoke specifically to those Muslims, as well as future generations about the importance of unity and brotherhood. Obviously, during the time of the Prophet, there were...there were uh, hypocrites.
AM-Yeah. Yeah.
CW-They were...they were people of many different persuasions that identified with the Prophet's message, maybe didn't follow it properly.
HM-Yeah, (UI).
CW-Maybe they were secular. I don't know. But uh, and there were...
WMS-(UI).
CW-...there were those companions who were very (UI).
WMS-This is uh, (UI).
CW-(Chuckles).
WMS-(UI) Prostitutes rose up and fought ABU BAKR
CW-Yeah, okay.
WMS-I really...I really gotta go.
CW-So you can't...
WMS-There's a lot of (UI).
CW-...you can't look at Islam today and say uh, we, the, you know, this is the time of the Prophet Mohammad. It was a perfect time. We need to be like that. What we need to do is follow his message the best that we can and understand that there's gonna be divisions among us.
AM-Oh yes.
CW-But we need to find that common thread of unity and brotherhood and move on. …
CW-Well, it's not...it's a powerful.
HM-Doesn't make it right. Doesn't make it right, you know. Doesn't make it right (UI).
CW-It might be powerful inside of Western society, but it's not powerful in the Islam Community.
HM-No, it's not.
CW-What it is, is that it's...it makes Muslims wanna vomit plain and simple.
HM-No, it makes the...it makes the...it makes the uncles realize that, you know, what, their time is limited and they need to get over it, because they're uh,...
CW-I don't think so.
HM-...they've been so (UI) so long, (UI) the community.
CW-I think it hardens their hearts more.
HM-(UI) Pakistan for so long. They need to discuss that.
CW-Yeah. Listen? Anybody from those Muslim countries uh, (UI) Muslim (UI).

HM-They don't appreciate it. I think you're right. It does harden their hearts, because they don't appreciate it. (UI).
CW-Look, I get...I get white man's...
HM-People don't understand (UI).
CW-...I get white man's discounts wherever I go.
HM-Mm-mmm.
CW-But when it comes to Islam, these people look down on me...
HM-Mm-mmm.
CW-...as an American.
WMS-You think so?
CW-As a revert.
WMS-Naw. I don't think so.
CW-Listen? Look at the peo...
HM-(UI) makes sense. Plenty of sense.
CW-...the...look at the people, I mean, what's his name uh, gosh, one of the scholars over there? You...you...you guys heard the scholar with um, the Canadian guy. You know when they had the panel up there with um, who are the scholars?
WMS-Is it Texas Dawah.
CW-The Texas Dawah, they had the uncles and the kids. …
CW-Okay. Anyhow, there was an exchange between them. Okay? And the exchange was the...the...the uh, Arab scholar was saying...
WMS-Canadian Arab.
CW-No, no, not the Canadian guy.
WMS-Oh, the Arab scholar.
CW-Actually, Arab...was there...was saying how Islamic culture, you know, need uh, American...American Western values and culture needs to conform to Islamic culture according to his Islamic culture back in Saudi Arabia or whatever. And YAHYAH IBRAHIM hit him and...
HM-Right.
CW-...and basically said, you know, well, Islamic culture is not just...
HM-(UI) Jumaat.
CW-Is it (UI)? Okay, he..he's Arab.
HM-He's Arab. Yeah.
CW-But...but this is the concept that I had. They have an arrogance about them thinking that their culture back in Pakistan or...
HM-Yeah. Yeah. Yeah.
CW-...Palestine or whatever, because they grew up Muslim and it's mostly predominately Islamic that their culture transcends and...and overshadows ours.
HM-Yeah.
WMS-Mm-mmm.
CW-So whenever I come up with these concepts in ICNA even, they don't take me seriously, man. If they took me seriously, they would understand peo...you and, not just me, you, too.
HM-Mm-mmm.
CW-They would...they would understand what we're talking about. How to reach our people. They would...they would take our consultation...
(Vehicle horn).
CW-...much more seriously. But what they do is they'll take your and I consultation, then they go talk to their uncles, then make a decision.
HM-Also, an age difference, too. So, they don't respect their age (UI).
CW-There's an age difference, too.
4-26-05 CW-I was watching CNN on the internet and they say the US is hot on his tail or something, you know, like that. Next thing you know, like five minutes later, I look and they say, almost got him. He got away. (AM/KW laughs). Slipped away. But we got his computer.
AM-Big deal.
CW-Yeah.
HM-(UI) he's having contact with OSAMA.
AM-Oh, he's alive (UI).
KW-Anybody could make up that story (UI)...

HM-(Talks over KW) (UI) OSAMA's been (UI).
CW-(Talks over AM) That's all BS man.
AM-No, no, no, no.
HM-(UI) man.
CW-It's all BS. I mean (stutters) they only almost get people, you know? They never capture anybody important. Then they're always like killing the top lieutenants.
KW-Yeah.
CW-They're probably killing like foot soldiers and saying they're top lieutenants...(UI).
AM-(Talks over CW) (UI) before, before they expose the news that they kill somebody, two days before they show the guys the top lieutenant, two days after, oh, we killed him. (Laughs.)
CW-(Laughs.)
AM-(UI) kill them before (UI).
HM-(UI) I agree. (UI).
CW-Yeah.
HM-(UI) dead. He's been dead for a long time.
KW-(UI) he's alive.
AM-He's alive.
CW-I talked to him just yesterday, man. (Laughs).
HM-(UI).
KW-He's not dead.
AM-He's not dead.
HM-(UI).
CW-(Talks over AM) He's being hidden by the PAKISTANI government.
HM-(UI).
AM-(UI)
CW-Nah.
HM-(UI).
AM-No, not by (UI).
CW-Yeah. (HM laughs).
AM-You, I (UI)...
CW-Dude...ADNAN, ADNAN, ADNAN...the US does not want him dead. (AM laughs.) PAKISTANI government is protecting him.
HM-(UI)...on MTV. (AM laughs.)
KW-PAKISTANI government...(AM laughs.)...is a big mess.
CW-Yeah. …
CW-It is like super cold.
AM-I know it's cold, that's, but that's why...
CW-ADNAN, you do not know cold until you've been in MINNEAPOLIS. Believe me. (Someone talking in the background.) You only get like month of heat up there man.
HM-(Speaks over CW.) (UI) try to go some place different and (UI)...
AM-No, I just want complete my education from a university. That's all I...
KW-(Interrupts) And after that, you're movi...you're moving back to...
AM-Huh?
KW-...PAKISTAN?
HM-I know. Look at this team. Look at this team right here.
AM-I know, but the thing...
HM-(Interrupts)...stay together. (UI) I'm missing (UI) we're still together...
AM-I agree. I agree with you.
KW-(UI).
HM-(UI) do this man?
AM-But, I can...
CW-(Interrupts) Who, who am I going to go fishing with? Who am I going to hunt with?
AM-(UI). I know (UI).
HM-I'll pay for your school. I'll pay for your school. (UI).
5-10-05 AM-The Saudi government would never not want you to go out and study they would never want that...
AM-....And they give scholarships and everything. Did I tell (UI).

KW-Yeah, I, I knew that. They even follow the people when they come here.
AM-Yeah, they do that. They do that.
KW-Surveillance under tight surveillance.
AM-They do that also, yes.
CW-Russians use to do that all the time too you remember?
AM-Everyone does it. I mean man, I mean many third world countries won't do it because...
CW-So the MUSHARRAF (phonetic) knows where you're at?
AM-Huh?
CW-M... MUSHARRAF. Is watching you now?
AM-Well, I don't think, they usually watching you everywhere. …
KW-So, so you're saying America doesn't do that. America doesn't do that. To its citizens.
AM-JIM, you think so?
CW-Hum, what?
AM-What KOBIE says.....
CW-That we don't do it? I don't know. Depends. Depends on where we go. I think if we're going to any, any MUSLIM country.
KW-Oh, yeah, yeah.
CW-I think that, I think that we're gonna be tracked.
KW-I was thinking about in terms of pre nine eleven. 'Cause the Saudis were doing that before nine eleven.
AM-Yeah. Because they're always concerned about their (UI).
CW-Auh, I don't, I don't know if I buy the idea that, that everybody is followed. Every Saudi is followed ...
AM-(UI) no.
CW-...every, ah, every Russian was followed when they came here. Every American's followed when they go......
CW-I think that ah.. …
AM-And ah, that's one reason. But ah, but I mean if I were over there I would certainly want the education system to... yeah, change.
AM-And that goes, across the board, like for all those countries even Pakistan for instance. It sounds like old stuff man.
KW-Oh Yeah?
AM-Yeh
KW-How does that compare to INDIA?
AM-India is excellent!
KW-Yeah I heard. (Laughs).
5-20-22-05 Sess. 1-5 KW- I would like to go there.
HAMAD-...my family, we're going uh,...
AM-Huh?
KW-I would like to got there.
AM-I...I've seen the whole of Iran in....in a car section, because we traveled during GULF WAR..
KW-Uh-huh.
AM-We traveled all the way to Iran to get into Pakistan.
HAMAD-Yeah. We...
KW-Now, would it be easy for me as an American to move to Iran?
AM-I don't know if people are gonna come after you.
HAMAD-Well, if you're Muslim, then (UI).
CW-No, no, no, no. They ain't gonna come after a black man.
KW-(Laughs and claps his hand).
AM-No.
CW-They gonna come after me.
AM-No, they gonna come after him, too.
CW-No, they won't.
AM-No, they're...see, you don't (UI).
CW-They're gonna think he's from Africa, even though he speaks an American accent.
AM-No. Uh-uh.

CW-And he can probably say so.
KW-Yeah, that's right. Uh, brothers mistake me for Bangladeshi sometime.
AM-That's...
KW-(Laughs).
AM-But the thing is, I'll tell you what. I tell you what.
HAMAD-I pass for Hispanic, huh? …
AM-Yeah, but in the (laughing) Iran...Iran...the Irani people, they're like the (UI). All...all of the Iranians, they look similar, you know.
KW-Yeah, they do.
AM-I mean, you can't...they...they have a variation of uh,...
HAMAD-The men or women?
KW-Women are beautiful, man.
AM-More, I mean, I mean, their...their complexion and their style.
KW-It's very beautiful there.
AM-Everything is almost the, I mean, you know.
HAMAD-I'm a look for an...for an...for an Iranian woman (UI) what she looks like.
KW-But when they come here, they lose their Islam. …
AM-So, it's pretty...it's pretty sad that they have to go through all that.
KW-Well, that's why HASEEB wants us to do that stuff.
AM-What?
KW-Them videos from Pakistan.
AM-HASEEB.
CW-HANIF.
KW-I mean, HANIF ISHMAIL.
AM-Oh.
KW-Not HASEEB.
AM-Yeah, it's pretty bad. It's pretty uh, (UI).
KW-I think if we approach that area, we'd get a lot of opposition from the U.S. Government.
AM-Why?
KW-Because that's their territory. That's what they're trying to do and we were like stepping on their turf.
AM-Yeah, but...but the thing is they won't come to you like, I don't know.
5-20-22-05 Sess. 9 CW-So why don't we send the PAKISTANIS to space?
KW-Why can't PAK...why can't PAK-PAKISTAN beat those MUSHRIKS?
CW-Yeah, right.
AM-Well, because PAKISTAN itself is a MUNAFIQ (laughs). Simple as that.
KW-Alright. I'll give her that one.
HAMAD-INDIA?
HAMAD-Uhm, you know how many MUSLIMs are in the INDIAN ARMY?
KW-How many?
AM-A lot.
KW-Astaghfrallah!
UM-Why?
CW-This is one fifty, turn right.
UM-(UI)...
HAMAD-There, there's a lot of MUSLIMs in INDIA?
KW-(UI)...
HAMAD-There's more MUSLIMs in IN-INDIA, than there are......
(In PAKISTAN) ADNAN & HAMAD simultaneously
CW-(UI)...
KW-No way.
AM-Yeah?
AM-It's not, it's not greater, but ec-no-they-they're not even like uh, they're not less though.
HAMAD-Yeah, no-no-no-no, greater (UI).
CW-No, I didn't bring my bottle of water. Sorry.
KW-So, there's a hundred million muslims...

CW-You gonna have to use something else.
KW-...MUSLIMs...
AM-It was there, over there. Huh?
HAMAD-I think two hundred (UI).
AM-What?
KW-Hundred million MUSLIMs in PAKISTAN.
AM-Hundred and fifty million.
KW-Small.
AM-What?! (UI)
HAMAD-Yeah, we small, yet we're everywhere in the world. (UI). Everywhere in the world.
CW-That's the problem. That's why you're small.
AM-We're spreading, like crazy.
CW-You don't live in your country, you live in everybody else's country...
AM-(UI) I, (UI), I mean, I-I, I don't even consider myself, be part of that country.
CW-Seventeen twenty-five, you're gonna want to take this.
AM-Off to the right?
CW-Yeah.
KW-Oh, so you don't consider yourself from PAKISTAN.
AM-Huh?
KW-Wha-what do you consider yourself, KAWAITI?
AM-Man, I'm a mix, man. I, I don't think I'm like PAKISTANI.
HAMAD-You consider yourself it's in the plural, man.
5-20-22-05 Sess. 16 CW-Well, we know that by personal experience with, ah...what's his name.
AM-MANZOOR ALI.
CW-Yeah. (KW still laughing.) How dare you say that name in CAMP KHALID IBN WHALID man.
AM-(Speaks at the same time as KW.) You're the one who asked me man.
KW-(Laughing) (UI) not.
CW-I didn't ask you his name.
AM-Well you said what's his name.
CW-That's a figure of speech.
AM-Okay.
CW-Oh yeah, you didn't know that? Oh, that's right. You're PAKISTANI. (KW laughs). No, I mean KUWAITI. (KW laughs.) You're KUWAITI.
KW-He's not PAKISTANI. (Clanging noise.)
CW-ADNAN gave up his PAKISTANINESS when he was born in KUWAIT.
AM-Yep.
KW-(Clanging noise.) Yeah. So...when did you leave KUWAIT? How old were you?
AM-About 2000.
KW-(Scratchy noises.) Well how old were you in 2000?
AM-(Birds chirping.) Twenty-three.
CW-In 2000?
KW-Man, you're not a freakin PAKISTAN.
AM-Huh?
KW-You're not a PAKISTANI.
AM-I know. (Laughs).
CW-But you know, you know pretty good ENGLISH. What the heck.
KW-You know really good URDU.
AM-Yeah, cause, I, I, studied in ah, in INDIAN school. (Clanging noises.)
5-24-05 KW-I think (UI) few brothers.
AM-Yeah, (UI).
KW-(UI) in KUWAIT.
CW-Huh?
AM-But, don't...
CW-Who's (UI) advisors?
AM-They use to study here.
KW-Yeah, they use to.
CW-But these are people that we know?

AM-Huh?
CW-Do I know them?
AM-You may know em. But they were good, they were good brothers.
CW-I...
KW-They were good brothers. They (UI) they established (UI).
CW-I think you guys talked about them before. … KW-I do. (UI) he text messages me almost every day.
CW-Really?
KW-And emails me. Yeah, (UI).
AM-(UI).
KW-I got his email and everything. But the thing is, once you I mean I don't how they would react if I (UI) over there.
CW-(Speaks at the same time as UM.) Well you know, I, I....
AM-(Speaks at the same time as CW.) (UI) I would not know that too (UI).
CW-I think, I think, I think the best thing to do would be to get there.
UM-(UI).
CW- Not necessarily tell them.
KW-Maybe contact em.
CW-But then....
KW-That's in KUWAIT (UI).
AM-See the thing is, I tell you, I tell you what....
CW-Oh, okay. I mean not necessarily tell them the intent of everything but get there, visit with them a little and say how do we get over here? You know what I mean?
AM-Maybe, maybe the best thing. you see, I mean on my, always like if you want to do something like that, the best people to talk to would be the people who go to FAJR.
KW-Yeah.
CW-In the U.S.
AM-No, over there.
KW-Over there.
CW-Oh.
AM-No matter where you are.
CW-Yeah, yeah.
AM-I mean if you frequent them like (UI) you might have to wait for like a month or fifteen days at least, just to kind of get some good contacts.
CW-Yeah.
AM-And that's the best way. Otherwise you can't find like minded people. Impossible.
KW-Is it that bad?
AM-Yeah.
KW-Oh.
AM-You can't, I mean these days you can't trust anybody. It's simple as that.
CW-Yeah.
KW-You know, you don't know if you would end up with the wrong people.
AM-Exactly, exactly. And the only way to eliminate that falling into that trap is by, by trying to ah, find people during FAJR contact people during FAJR and start relations.
KW-Well see that's the, that's the thing I was thinking about relief organizations. You're already there.
AM-Yeah.
KW-You're in the midst.
AM-Right.
CW-Ah huh.
KW-You go to FAJR you definitely gonna find...
AM-Yeah, but when you're with a relief organization then in a hot a hot place, hot spot I mean I don't know if you have people coming for FAJR I mean I don't know if it's not be that easy. What I'm talking about is stable regions. Like I mean here in KUWAIT and PAKISTAN (UI) ...
KW-Well what's wrong with SYRIA? What's wrong with SYRIA?
CW-SYRIA...
AM-SYRIA will be wrong.

KW-Will be a wrong move?
AM-Yeah.
CW-Yeah. I think so.
AM-Yeah go to SYRIA will be (UI). Go to (UI) I mean the countries that are not ah...
KW-AMERICAN friendly.
AM-Yeah.
CW-That way you have business there...
AM-Yeah.
KW-(Speaks at the same time as AM.) Yeah.
CW-...basically. If you have business being there, it doesn't raise, raise flags.
KW-The cost of living's how much?
AM-Expensive.
KW-Yeah. More than American dollars, huh?
AM-Yeah. (UI).
KW-(Speaks at the same time as AM.) You'd be a poor guy over there.
AM-The thing is um...see, if you have contacts over there, like this guy, you may need to ask him to get you a...
KW-...job.
AM-...good job. Yeah (UI) at least so that you could stay there for a while. Cause you're (stutters) not, you don't want to stay there for too long. …
CW-Well, I mean I imagine that you could probably find people in the masjids that'll, you know, sit, visit with you and maybe invite you to stay the night or something, huh?
AM-Yeah, that is, that is possible.
CW-I mean kind of like the jamaat does.
AM-Yeah, that is, that is quite possible. In fact, I can, I can, huh, that, even I can guide you where to find those kind of people. It's not that difficult.
CW-Yeah.
AM-That should be no problem.
KW-What about PAKISTAN? How is that?
AM-PAKISTAN will be cheap to move around and stay and that shouldn't be a problem at all. I mean, those kind of problems you won't have in PAKISTAN. In PAKISTAN, yeah, you just have to be extra careful cause AMERICANS are there...
KW-Everywhere.
AM- Yeah, they kinda...
CW-Hm.
AM-And, ah...
CW-Hey, you know, I don't know. PAKISTAN might be hard to penetrate though even on our side. Even on the MUSLIM side.
AM-How's (stutters) that?
CW-Because the AMERICANS are so coming down so much on OSAMA and his troops that....
AM-Yeah, that's the problem. See, I be, I be...
CW-... that it would be hard for us ta, ta join...
AM-They're monitoring everybody who comes in and out from the airports.
CW-Yeah.
KW-I heard they had some kind of big database.
AM-Yeah.
CW-I figure it'll probably be easier to get into IRAN. Or maybe even AFGHANISTAN. I don't know. What do you think about AFGHANISTAN?
AM-AFGHANISTAN? How can you go there directly?
CW-I'm not saying directly. But in the way that we were talking about.
AM-Yeah, I mean, actually I would want to go to a friendly country first. (UI) go to IRAQ. …
KM-I think that's what's (stutters) causing, what you're seeing, the friction between SUNNI and SHIA. Not the (UI)... that's a different segment of SHIA the ones who are working with the government over there and stuff.
AM-Yeah.
KW-But I'm talking about....
CW-But if you, if you hook up with a good JAMAAT of people, I mean MUSLIMS who are practicing,

I imagine that things should be fairly well thought out.
AM-Hmm.
CW-With regards to that. Because I mean the whole concept of JIHAD is to bring about justice anyhow.
KW-Oh yeah. But....
AM-(Speaks at the same time as KW.) Right. Right.
CW-I mean it's not like you're joining the BATHIST party.
KW-I think this is gonna spiral out a, out a control. … CW- Yeah, yeah. Ah, na, I think, I think, I mean, I would go to IRAQ. But, AFGHANISTAN is definitely worth...
KW- Yeah.
AM- Yeah, yeah.
CW- ...worth the fight.
AM- Yeah, yeah.
CW- Definitely worth the fight.
KW- You're absolutely right.
AM- Uh hum.
KW- Yeah, IRAQ is...the politics is just too complicated, man. Very complicated. Complex.
CW- Yeah, I think al...alk...actually, it's really interesting. I mean, AFGHANISTAN, even if according to the HADEETH, right? About the army thats gonna move through there?
KW- (UI) the army with the black flags? Yeah.
CW- (Another conversation going on in the background between two males.) That'll be a good place to be, a good place to be.
KW- Yeah.
CW- When that happens. …
AM- See, the thing is if you're amongst the right people, they'll never be like that.
CW- No. No.
AM- Never.
KW- That's right. I'm just concerned is finding the right people.
CW- Well, see that, I mean, I of all people, have, have to worry about that because I'm a white man.
KW- Yeah.
CW- Everybody will pick me out. (Loud voices in the background.) They'll say he's from AFRICA. Well, he's AMERICAN, let's kill him first. (Someone laughing in the background.)
KW- They'll pick you out from across the street over there.
CW- Yeah. Man, I'll stand out all the way. So, now see now, in AFGHANISTAN, I might actually make out well.
AM- Yeah, right.
CW- Because there's some people who are white there.
AM- Yeah. right, right, right, right.
CW- So, but in, in IRAQ ah...
KW- There are white, oh, it's because of RUSSIA, eastern EUROPE?
AM- No, there are...
KW- CHECHNYA probably.
AM- ...pretty light skin people over there.
KW- But...
AM- (UI) in those regions (UI)...
CW- (Speaks at the same time as AM.) Even, even in PAKISTAN, right?
AM- Yeah. Like FIRASET. …
CW-AFGHANISTAN, is there any way... Hey you've been in AFGHANISTAN?
AM-(UI).
CW-Through PASHAWAR, right?
AM-Yeah, I mean you can get in to...
KW-No. Okay.
AM-AFGHANISTAN.
KW-Alright Assalaam Alaikum.
AM-...once you land in PAKISTAN you (UI)...
AM-Okay, from KARACHI, you go to a different city. LAHORE for instance...

CW-Actually, you would be able to hook us up better out there. Wouldn't you?
KW-Oh! It would be easy with the JAMAAT. JAMAATI ISLAMI
AM-Yeah.
CW-Yeah.
KW-There's a lot of contacts there. Especially if we get this video thing kicked off. We will definitely have established contacts there.
AM-You could have as many contacts as long as, I mean, you're in touch with (UI)...
CW-No, no, no...we know, we know a lot of people there, though.
AM-Yeah, that's, I mean, over there it's easier probably it's just (UI) JAMAATI ISLAMI under scrutiny by the government because... (Loud conversation in the background.)
CW-Yeah, so we don't want any, we don't want to involve them.
AM-Yeah , yeah (stutters) don't want to be directly involved. I mean. Take help but, as long as it's from a distance.
CW-Well no, I mean, you could probably get help with regards to places to stay.
AM-Yeah. Yeah.
CW-Ah, and movement.
AM-Yeah.
CW-I think that's an excellent idea man. Because like you're saying with IRAQ...IRAQ is easier to get into, but we could still do with AFGHANISTAN and AFGHANISTAN is probably a more worth while cause.
KW-Once we're there...
CW-(Interrupts) Because (UI)...
KW-...for a while, we can figure ways of getting back and worth between IRAQ and AFGHANISTAN.
CW-Right. Right.
KW-To IRAQ.
CW-I think that's an excellent idea man. I like that. Cause that's work...(loud conversation in the background.) that's doable. That really seems doable.
KW-But, my idea is the goal should be like within a year.
CW-Yeah. Like, like by next summer? …
CW-I think that's doable. I forgot (UI) that I know people in PAKISTAN. (Laughs).
KW-It wasn't what I needed to do but, I get gas.
AM-Oh.
CW-(Laughs).
KW-I got a serious stomach disorder.
AM-Diet, diet, deit. (Laughs.)
CW-How much do you think that we'd need to get over there?
AM-You just basically worry about the ticket from here to there.
CW-Actually, actually I could probably get that information now, right? If I really wanted to?
KW-You know what? I've a better idea. We can get certified to teach ENGLISH as a second language.
AM-Hm?
KW-To teach ENGLISH as a second language.
AM-Okay.
KW-Get at job over there (UI) so we'll have some income and live off (UI).
AM-Huh?
KW-So we'll have income to live off of for a while. And then we can develop contacts that way. What do you think?
CW-I don't know, because...
AM-It won't be...(UI)
CW-You're not, you don't want to stay in one spot.
AM-Yeah.
KW-Yeah.
CW-You, you want to get into the area and then the jamaat can take care of ya. Right?
KW-Okay. (AM speaking on cell phone in background.)
CW-The jamaat wants that job. That's what they're there for.
KW-Okay.

CW-Because, if you're gonna be, if you're gonna be fighting for them, you know, you're gonna need to be taken care of. (AM continues speaking on cell phone.) So, we could actually enter through PASHAWAR.
KW-Yeah, from the border.
CW-Yeah. So what do you think is, what do you think is the most worth while for us to do?
KW-Go to PAKISTAN is the safest.
CW-I (stutters) I really think that PAKISTAN is doable.
KW-Yeah.
CW-Because we know people there.
KW-I, I don't want people...I want to get there...
CW-Yeah.
KW-you know what I'm saying?
CW-Yeah.
KW-(AM still speaking on cell phone.) I want to get there. I don't want any uh... so where I get caught on the way and stuff like that …
KW-How do we establish any contacts (UI).
CW-We already have a contacts KARACHI. Don't we?
KW-Why don't we just stay with HANIF?
AM-Yeah, you can, you can just, yeah just take his number. As long as you have his number, you're cool.
KW-Okay.
CW-And, and actually, he could guide us throughout, throughout the whole country.
KW-Right. Right.
CW-He could give us contacts...
KW-I think we (UI) more when he came here (UI).
AM-Oh...
CW-It's probably best not to, because, in case he gets stopped on the way.
KW-(UI).
CW-It's best, probably, just to go there for a visit and then tell him we want to do this. And not even give him all the information. Just tell him to get us to such and such place. Cause see that way, cause when people come by and they, you know, they might question him. They, they're not on our trail.
KW-Yeah, yeah (UI).
AM-Yeah. CW-You think you'd do that in a year?
KW-Inshallah.
CW-Inshallah. Cause by the time a year's up, I should be out of debt. Insh'allah.
KW-That and ah, a year to get myself spiritually ready.
CW-And that's another thing I really want to focus on. What are you doing for that? (Coughs).
KW-Uhm, FAJR. I'm (UI)...
CW-I'm cracking them myself for FAJR man.
KW-FAJR at the masjid.
CW-Yeah.
KW-And FAJR not a problem with me...(UI).
CW-A lot of times FAJR is a problem for me because I have work. And so, I pray at work. I have no choice, but...
KW-And TAHAJUD (UI) and a few of those character flaws that I have.
CW-What do you think about going in the spring instead of the summer? Instead of the dead heat,
AM-Spring, yeah you could go (stutters). I think spring comes in early. In March. February, March. That's, that's a good time too. That's when they (UI) in like February, then probably by the end of March, you will be in AFGHANISTAN.
CW-Uh hum.
AM-If you choose a cautious route. (UI).
CW-Uh hum. That's doable, man. I think we could do that. Cause we know people there.
KW-Yeah.
CW-Once, once we get in the country, there's no problem. As long as we just, like you say, be

cautious.
KW-What about the language? …
CW-If we have help on that side, though. It shouldn't be a problem getting there.
KW-I don't think there's a problem at all.
CW-Cause I think the only people that got caught were just going there on their own. You know?
KW-Uh hum.
CW-But, I'm sure there's plenty of people...you always hear about AMERICANS, uh, joining, uh, you know those groups over there.
AM-Yeah.
KW-(UI).
CW-And, I mean, they've already been there for how every many...yeah.
AM-Yeah (UI).
CW-Some of the ones that they've rounded up and stuff. Like in AFGHANISTAN and...
KW-Mean AMERICAN service men?
CW-Oh yeah.
AM-Oh yes.
CW-Yeah, yeah.
KW-(UI).
CW-I mean, peop...they're already over there.
UM-(UI).
CW-(Speaks at the same time as AM.) There's a lot of them already over there.
AM-(Speaks at the same time as CW.) There people from all over the world over there...(UI.).
UM-(UI).
CW-So, they're all getting there. You know? I think that, I think just the ones that are not so wise...you know, they get caught.
KW-Yeah.
CW-And we have connections, man. I mean...
KW-Yeah.
CW-...we know a lot of PAKISTANI people now.
KW-Yeah, we do. We do know a lot.
CW-And people with family, extended family over there.
KW-Yeah.
CW-There's no reason why can't have a place, a place to stay and food in our bellies until we get there.
KW-We need to have brother KHALID's son. (Loud conversations in background.)
AM-Yeah, but...I don't know (UI). She's not that aggressive ah...
CW-PUNJABI's.
AM-PUNJABI.
CW-Oh, man.
KW-(UI).
CW-I don't, I don't trust PUNJABI's.
KW-I've got to think of who I know over there. Is ah, MAAZ over there yet?
CW-MAAZ?
KW-He's suppose to go to school in PAKISTAN.
AM-PAKISTAN? No, he was trying to go to CANADA.
KW-CANADA?
AM-Or here. Maybe that (UI).
KW-I remember before he left he said he was going to go to school in PAKISTAN.
AM-I don't think so.
CW-Yeah.
AM-I mean, I don't think his parents would want him to go to school in PAKISTAN.
KW-No, FIRASET was pretty proud of it (UI).
AM-Yeah?
KW-Yeah.
AM-(UI).
KW-When we were coming back from ah...DALLAS, the TARBIYYAH CAMP?

AM-(UI).
KW-I was asking him. He said, yeah, PAKISTAN. It's like, wow, what made you decide? (UI) said hanging around, hanging around with good brothers like you guys. (KW and AM laugh.)
CW-Uhm.
AM-(Laughs) I don't know.
CW-So, what are you going to do? Are you going to stay here or are you going to come with us?
AM-No, I...
KW-Go to school?
AM-...I have to finish school first.
CW-Spring, man. Oh spring break. Yeah, leave on spring break. (AM laughs.)
KW-You could always go and come back.
CW-Actually, he could always meet us there.
KW-Just to visit. Right?
AM-I cannot go and come back.
KW-On a student visa, you mean?
AM-No. On a student visa I can. My student visa's going to expire in December.
KW-This December?
AM-My student visa's expire. So if I go back, I'll have to reapply. And the other thing is that now they like give me a hard time for students who coming back. They don't, they don't allow them to come back.
KW-Oh, yeah, yeah, there's a (UI).
CW-They're cracking down, yeah.
KW-Which is hurting (UI).
CW-Well he could al...I mean, he could always come later.
AM-Yeah.
KW-That was the thing (UI) establish something (UI). But if you could go and then come back...you can make contacts (UI).
AM-I can, I mean, I, of course I can get like ah...
KW-Where we could just go and we'll have to do the research while we there (laughs).
CW-Uh hum.
KW-(Speaks at the same time as AM.) (UI).
AM-Yeah, that I can do. Even like try to plan from here and then instruct (stutters) my brothers to help you.
KW-Oh, okay.
AM-That's, that's, that's not, that's not a problem.
KW-Now, another thing...
AM-But, yeah, I mean, HANIF should be having good contacts over there.
CW-Oh, I'm sure that if we hooked up with HANIF, we would have no worries at all.
KW-Yeah.
CW-I think he would take care of all the logistics for us.
AM-Right.
KW-Yeah.
CW-In fact, that, that, that strongly encourages me, because...
KW-What, what, how much say would you say, do you think we need?
AM-Huh?
KW-...to survive off? (Loud banging noises.)
CW-At least, at least, at least for, for the first few months of being there.
AM-Surviving there is not, not that expensive. I mean, as compared to the US at all i'd be very cheap. I mean, I think if you target like for $500 a month, that would be too much.
CW-Really?
AM-Yeah, I mean, if it's for just a person, you know? …
CW-So, so how much does it usually cost to get to PAKISTAN?
AM-To eat?
CW-No, to get there. To PAKISTAN.
AM-Um, if you're going on a one way ticket, which you don't want to go on a one way ticket (laughs)...
CW-Right, you're buying...

AM-If you buy a return ticket, it's gonna cost you twelve hundred dollars.
CW-That's cheap man.
KW-(UI) you, you want to buy a return ticket.
AM-(Speaks at the same time as CW.) Well, I think if you buy...
CW-(Speaks at the same time as UM.) Yeah, because if you go one way, then that's suspect.
KW-Yeah, yeah, yeah, they would think that (UI).
CW-So, you buy a two way ticket, twelve hundred bucks, plus, let's say four months worth of...so that's two thousand dollars.
AM-Two thousand dollars.
CW-And that would get us not just in the count...in AFGHANISTAN, but also keep us for a little while.
AM-Yeah.
CW-Til we...
AM-Yeah.
CW-...til we were settled.
AM-Yeah.
KW-So a total of two thousand?
CW-No, about...
AM-(Speaks at the same time as CW.) (UI) lets start with like a nice (UI).
CW-(Speaks at the same time as AM.) ..say, thirty-five hundred.
AM-Yeah.
CW-Thirty-five hundred.
KW-Okay.
CW-So for the price of hajj (laughs). SubhanAllah.

Probable cause

3-1-05 CW "CW-ADNAN, you're missing the point. AM-What? CW-That's not the point. AM-Then? CW-(Whispers) It's the same thing as when we're talking about Mexico. AM-Mexico? CW-(Whispers) Getting out of the country. KW-Exactly. CW-I mean, when the stuff hits the fan, man, you don't wanna be here. KW-Exactly. AM-Yeah, yeah, I ain't agree. KW-They're gonna close the borders. CW-They're gonna close the borders and you ain't gettin' over. KW-Yeah. CW-You ain't gettin over. And and (ui) UM-(ui) I CW-It'll it'll be the other way around AM-so that nobody can come in (chuckling). CW-(Laughs). Sooner or later. KW-Yeah CW-Okay. KW- and nobody's gonna be able to go out either. AM-I know that. (ui) reverse. CW-Mmm. KW-No, no, not reverse it, but add to it. CW-Mm-mmm. AM-Mmm? KW-Where nobody comes in or out. CW-Yeah. AM-Yeah. CW-Yeah, and not mention it. I mean, if you wanna go back to Pakistan or we wanna go some place, Iraq or some place, or, I don't care where else. KW-We have to go to Bahamas. CW-I mean, we can we can easily get out of the country compared to here. Once they close those borders and everything, you're stuck. KW-Yeah. CW-So KW-And uh, CW-So you gotta come with us, man. We we're going. We we're going together AM-You're going to Canada too (laughing)? CW-(Laughs). Oh, I wish I could go. I can't afford it, though. How much is how much is a plane ticket up there anyway?"

5-20-22-05 CW Sess. 9 "CW-(Laughs) Come on ADNAN! Nobody's gonna steal your stuff. I thought you were ready! (Laughs) Alright, I been teasing ADNAN like crazy lately." "CW-Who wants the honor, to putting this up? AM-Honor? There's no honor. CW-Tape. HR-You have a blade or something? CW-What'd you need a blade for? Oh. (Laughs) HR -Is it, a person? CW-Yeah. HR-(ui) nice. I (ui) person before. I just did that CW-That is your enemy. AM-Yeah but this is pretty close, man. KW-I know, it's pretty close, isn't it (ui)? HR -We can move back. CW-No, no, no, no, trust me. You-you have no clue what you are about to do. AM-Okay. CW-You-you will find out how, how much, skill you need. HR-It's not like (ui) twenty-two, blowing up balloons and stuff (ui) (laughs) CW-You think this is close? AM-Of course I CW-You just wait. AM- think it's close. Man, this is (ui) CW-Okay, so, so what you're saying is that you can hit, the heart, every time. AM-(ui), no, I cannot say that CW-Uh, ninety percent of the time. AM-Maybe, fifty percent." "AM-Where's your big one? CW- a another thing is that, my big one? It's, there. AM-Why did you bring it? CW-Because it's a sniper rifle." "CW-Okay, uh KOBIE, I'll show you some things. Can you hold on to that, bullet? Those are stickers, man, so be careful. What we're gonna do, is we're gonna get on the ground. KW-Okay. CW-You know difference between cover and concealment, right? KW-Yeah. CW-Concealment is like, you know, you're conceal a woman in her hijab? Same thing with us. You conceal so that you hide, yourself, like, you get behind the trees, or you put camoflauge on. Well cover, is like what that berm is, so's people can't shoot it, shoot through it. So, when you're, when you're on the ground, well if you have something to hide behind, you can get on the ground, and you can shoot from that. It makes it kind of harder for the gu-other guy to hit you. But since he's standing up or something, it's easier for you to hit him. KW-Okay. CW-So when you do it, you don't do it straight on like this when you're laying on the ground, you have to do it, the same way you would stand and shoot. KW-Okay. CW-So, what you do Like that. Okay? And what we'll do, I guess, is we'll do, we'll just do five, for now. CW-Okay, so, so bend your body to the left a little bit, since you shoot out of your right hand. KW-I bend this way? CW-No your legs. Bring your legs and your whole body out that way. There you go. It'll give you a better ability to aim. You can bring your body further to the left too, if you want, and it'll be even, give you more stability. That's powerful, man! You see all the, you see all the weeds and stuff? KW-Yeah. CW-Those are dead targets. KW-Huh? CW-Those targets are dead. KW-Oh, yeah. CW-You got one? AM-Yeah. Is it empty? CW-Thirty rounds? AM-I guess. Should be. CW-You don't know? AM-It was tight enough. I couldn't push any, I wasn't counting because HAMAD came in. CW-Okay. Did you see what we did? AM-I saw him lay down, but that's about it. CW-Okay, go ahead. AM-(Laughs) (ui) CW-This is the, this is the wonderful thing about, not uh, ha, you know, not going to the range KW-Uh-huh. CW-Cause they won't let you do this stuff. ADNAN? AM-Yeah? CW-Bend your body the other way. Move your whole bo-the back part of your body that way. AM-That way? KW-Your torso. AM-What do you mean? CW-Lay on the ground KW-point that direction. CW-Lay diagonally. Diagonally. AM-Oh, like this? KW-Forty-five degrees. CW-Forty-five degrees from your target. AM-Like this? CW-Yeah. KW-Yeah. CW-See, because right here? This is a wall right here. AM-Okay. CW-This is uh, a wall AM-Oh, okay. CW-for a building. AM-Okay. Got it. CW-You see, you see how much he's covered? KW-Yeah. CW-With the wall right there? All you can really see is the gun and the hands. He's going off and doing his own thing. (Laughs)"

6-4-05 CW "CW-This is the guy you gotta worry about right here. MM-He's got the skill? (Gun shots being fired). CW-Yeah, he got it."

7-5-05 CW "JC-But see, all I'm saying about the immigrants is that there are two kinds of immigrants. There are ones that come over here that have very limited knowledge of English. They can have a conversation with you, but they don't really understand the culture, the idioms, all the other stuff about how to communicate with people and you, it's a little bit unfair to ask them to just go out and do all this stuff, especially when they have no knowledge of Christianity at all. But then you might have some like ADNAN, that might be pretty astute or FRASSA that was pretty astute in American culture, even though they're from another, another area of the world. It might be ok to ask somebody like that to do that. But, but to say the whole community needs to go out and do this KB-Is my (ui)? JC-Certainly, certainly. But you can't expect that to be just done."

7-12-05 Sess. 1 & 2 CW "HM-(ui) you gonna slaughter the lamb there? CW-No. Actually, we're trying to discuss it but you keep interrupting. HM-Ok, sorry. CW-We got a rotisserie, HM, (laughs). So what are we gonna do for the food, the lamb or whatever? AM-Ask KW. He's the one that's gonna slaughter it. KW-Oh, I am? CW-See, he didn't even know. AM-I'm not slaughtering man! KW-I'll do it, I'll do it. AM-I won't slaughter. KW-I'll do it, it's just that, uh, I, you know, I don't know what time I'll leave from work. CW-No, just. AM-I'm not slaughtering a lamb. KW-Why not? You've done it before. AM-I haven't. KW-You haven't? And you pushed me last time? AM-Of course. (Laughs). HM-You've never done it? AM-I've never done it. KW-(Laughs). I thought you did it man. AM-I would puke there. KW-'Cause I almost chickened out. And he got on the phone, "What's wrong with you man?" Laughs). AM-(Laughs). CW-That's good. Aw, AM. A man after my own heart. Ok, so what are we gonna do for the food for the rotisserie?"

7-15-17-05 Sess. 4 CW "CW-(Laughing) Poor ADNAN. He was gettin' it from all sides? See that picnic table right there?"

8-16-05 UCE "UCE-Did you get you any sleep today, man? CW-No, I went out shopping. Picked up all of our ammo for the week, for our trip. UCE-Okay. CW-And, uh, I picked up some other items: targets, sporting clays. UCE-All the fun stuff. CW-Uh-huh. Man, finding ammo for my rifle it's just expensive. It's 24 bucks a box. UCE-And, uh, how many rounds per box? CW-Twenty. UCE-Twenty? Wow. CW-Yeah, for the 308. It's, uh, cause it, I only shoot top notch ammo out of that gun. I don't put any crap in there. UCE-Yeah, yeah. Then it will get all messed up. CW-Now the AR fifteen, I'll put anything in that. UCE-Ever get, uhhh, ever get that sighted right? CW-No, I found out that the, um, the range guys stripped out one of my, one of my, um, tightening, my lug nut, my little nuts. UCE-They used up the uhhh the scope off of the gun? CW-I'd replace the, uhhh, rings. I replace rings will cost me 50 bucks. But, um, I'm gonna sight that in probably the week, the week of, uhhh UCE-Laugh/sigh CW-Before I go out there. It was sited in for 25 yards. And that was our problem. UCE-Yeah. CW-Was sited in for 25 a hundred. UCE-It can't all be this bad. CW-Yeah. UCE-But you know, there's no way none of us can hit anything. CW-Because before I went to the range that's what we were doing, we were shooting at 25 yards out at the, um UCE-The property. CW-Yeah, not the property, but the uh, the other range that, uh, Sam Houston National Forest has. UCE-Okay. CW-That first trip we went. UCE-Okay. CW-Practicing assault tactics now close range. UCE-That'll be funny. CW-Yeah, this guys, this guys are so green it's amazing. The only reason I have a knack for it is cause I've been around people. We've been into all the time. I've never been in military or nothing like that so I know a lot but, I know enough to maybe not keep me alive a little bit . UCE-It's

good and bad. CW-They give you enough, uhhh, enough, uhhh targets to shoot if they're out there in the field. UCE-No doubt. CW-I was trying last time, I was trying to teach them cover and concealment. UCE-mm-hmm. CW-They just couldn't get it right (shuffling noise) UCE- That's wild that's a good thing. CW-That's a good thing. UCE-That's a good thing. CW-It's alright if they try and they don't, don't (laughing). It's not like they're gonna use it. UCE-Nah, I seriously doubt it." "KA-Your grill isn't looking to good, it looks like it's falling apart. CW-That's the next day. All - Yeah! KA-Catch the That's okay I know how it. UCE-This ain't no militia it, was chef school. Depends on which picture you are looking at? CW-You can fish there if you want. UM-Oh yeah! KA-They got fish out there? Did ya'll catch anything? CW-Yeah, I caught 4 of them last time but I didn't fish this last time KA-What did ya'll catch? CW- we're suppose to have some bass in there KA-Fish is cool ."

8-23-05 CW "UF-Sorry about the mess. CW-That is quite alright. UF-You're gonna have to yeah, there you go. CW-Can't be worse than KW'S house. UF-(ui) CW-Yeah, it was bad. I don't know how a man could do that. I mean, I'm a man and I have not be able to accomplish that. Oh that's my phone. Yeah. Did you guys take notes? UF-Yeah, we did. CW-Cool. There's some pretty good stuff there. Oh, this there you go. It's still on. HEIDI -Ok. This is Special Agent HEIDI ELMAN, it's approximately 1:53 a.m. on Wednesday, August 23rd 24th"

9-16-05 Sess. 1 UCE "CW-What? AM-The grill CW-You forgot the grill? Ah no! Oh, he's still in Houston. Oh, he's on the north end though if he picked up the wood. AM-No no no. CW-He's on the north end. UCE-He won't be here for about an hour or two or three hours, seven thirty." "CW-Hey, I tried to get KOBIE on the phone and he didn't answer. UCE-He forgot something and went back home. CW-(ui) Yeah, where was he at? AM-That was a long time ago, that was on fifty nine. CW-Fifty nine. Sometime ago. What time was that. AM-Half an hour ago. CW-Half an hour ago? Cool. " "UCE-My signal's been pretty good. What did you say? Shouldn't have taken him three hours to get here. CW-Yeah, I know. We put money into it, so he ain't going to, he ain't going to bail. That's the KHALIL distraction he was with KHALIL today. UCE-He called ADNAN and said he was on his way right? CW-Mm-hmm he'll be here, no matter how late, he's a procrastinator I hate procrastinator's with a passion. UCE-Especially when we are waiting on him to eat. CW-Man"

9-16-05 Sess. 2 UCE "KW-So you guys just digging into the chicken huh? CW-Yeah waiting on you actually. KW-Were you? CW-Yeah. UCE-Yeah. KW-Man traffic was crazy on 59 man. Its' probably still there. " "CW-Was it construction? KW-Nah. I got off and took a different route. It was just freakin' bad." "KW-Wanna lift? UCE-Yeah. Make sure it's not sitting on that Twist it back up KW-Twist it back up. UCE-You alright? You didn't twist your ankle did you? KW-Nah I'm fine. UCE-Right there. KW-Should we uh cover up this wood? It might get moist. CW-Yeah. UCE-Cover it up something put it up under the cars or something How does it go? Don't take off and forget the that we're puttin' some of it under here. Otherwise we could really just put some inside. KW-Inside the house? UCE-Yeah."

9-17-05 Sess. 1 UCE "UCE-I'll call my wife. Uh good morning it's MALIK. Uh just calling you. We're about to pray (UI). Just checking in with you. Letting you know what's up. Bye. I thought that was uh I thought that was KOBIE. That was KOBIE with hog calls. AM-(Laughs) KW-Did I hear my name? UCE-Yeah. He asked if I heard the hogs last night I said I thought that was you. Nah actually you could hear a little bit of a grunting kinda thing. AM-Yeah the dogs (UI)."

9-17-05 Sess. 3 UCE "KW-So they did a good job huh? They did a good job. AM-Yeah. KW-See. CW-Mashallah. KW-They can do it without you man. What did they do? AM-No they, they had they distributed a lot of stuff to the to some other families but they had they took like uh three cars to the Somalian refugee place. CW-Mashallah AM-Yeah but there was a lot stuff that people just took away. CW-So. AM-That shouldn't have happened. CW-Yeah it should have. How else was it gonna happen. They, they got a train full of food that they could not handle and you would not be able to help much either. You would still be there. You know why? Because they would have said oh Mashallah, ADNAN's here. Then you would have turned around while you were unloading something and they would be gone. Every last one of 'em. Believe me. KW-(Laughs) Where did everybody go? CW-It's happened to me before. Mashallah brother CW. I'll help you. UCE-(ui) AM-See they have like probably twelve twelve pallets of stuff but different stuff. Not all of it was tea. But they said like at least five pallets they just give to away for to random people. CW-Well good. KW-Those people probably really needed it. AM-Yeah I know. UCE-Hungry hungry people have food. What's the problem? AM-(Laughs). CW-You're against people giving people food. AM-I'm not I'm against people who don't need it and having it just like out of greed. KW-How do you know it's greed? CW-Yeah how do you know it's greed? AM-Cause they told me it was from the next door apartment complex. KW-There's probably poor people that live there. CW-Yeah. Living paycheck to paycheck. AM-How do you know? KW-That area is pretty rough. CW-Yeah and those people there live paycheck to paycheck. KW-Aldine area is a very poor area the whole area there. CW-Yeah you think AYUB buys the business in any area that's wealthy? UCE-You just want the food not to go to waste right? CW-And it didn't. Mashallah. KW-That's a very now seriously that is a very, very poor, poor area. My wife you know does the newspaper in that area. By the way my wife came to DAYS INN and did a story on it. On the uh the ICNA relief. AM-Oh she did? KW-It'll be in her paper next week. AM-Oh. KW-In that area. The Aldine area. So there very, very poor people there. AM-Not as poor as the refugees. KW-You AM-Have you, have you been there? You saw the video right? KW-Yeah I've been there. AM-You think those people KW-I've been there. AM-Those people would act the same way. KW-Well yeah probably cause those people on government assistance and all that stuff. CW-Watermelon this is for you okay. KW-Those people are probably on government assistance. They're still poor. CW-Yeah you're, you're assuming that everybody's rich ADNAN. AM-I'm not assuming not everybody's rich. I'm just saying those people UCE-It's different levels, the levels are poor too. I mean I don't AM-Yeah but if you If you go to that place where the refuges are I mean it's like, it's like you are in somewhere in Africa. UCE-Okay I understand what you're saying but I mean it's not like GEORGE and BARBARA came over and said let me get you know let me get two hams and some pig feet and a you know and a chicken. I mean if it's people that are gonna use it then you still did good. KW-Yeah they're gonna use it. They're not gonna let it go to waste. AM-Yeah okay. UCE-Those people in those apartments might have kids who have no choice. They might eating Captain Crunch that came in the truck. KW-Maybe the government's not giving them enough of what they need. (ui) case a lot of times. There are some people who are poor and aren't on government assistance because the amount of money they make isn't enough to be on that. CW-ADNAN? AM-Yeah. CW-You see this? I'm fixing to cut it up. So you don't .here here's my knife. You're probably better at cutting it. I'll just cut a big chunk out of it. Take care of it for us. UCE-Take his mind off of things. Go and cut a watermelon. Not worried about that food in that truck now. Come on. Cut that watermelon. CW-Yeah. It'll make him feel better UCE-You can do it. CW-For losing some of his friends back there on the pole. AM-What? CW-Your, your, your cantaloupes or your KW-Watch your fingers. CW-Melons. AM-Yeah man. UCE-You're still a melon murder too though. CW-Yep he is. KW-Yeah they could just stab it man. UCE-Well at least, at least we were merciful just one shot to the head and done. You're cutting it slowly. KW-He's in pain man. He's suffering. CW-You didn't even do the Fisabilla (SP) did you. AM-(Laughs). (ui) CW-You didn't even say allahu akbar AM-You don't have to say it out loud. Say bismillah (PH)." "UCE-(Laughs). They really only need to do it just one day. CW-What's that? UCE-They get tired quick. CW-Oh yeah. UCE-One day. CW-Yeah. They're definitely weekend warriors, you know. (ui)" "UCE-(Makes humming sounds). (ui) got set up. What y'all waiting on? CW-Three o'clock. UCE-Oh okay. KW-(Sighs). Yeah I gotta be early cause I got to go to OBAID's class. CW-What, what class is that? Outside Katy? KW-Hmm? No it's over at (ui) masjid. UCE-Well you may as well (ui) Do a do a salat. Pack up and roll. KW-(ui) do we finish (ui) before eight? CW-Yeah. KW-(ui) an hour to (ui) CW-Mm-huh. take the (ui)? KW-Takes about an hour to get back into town. Forty-five minutes to an hour. UCE-Either that or pray and leave and you won't have to worry about cleaning up. It depends on how hungry you are. KW-Yeah. UCE-I got a feeling somebody's gonna be ready to go. KW-Who ADNAN? UCE-(Laughs). ADNAN's worried about everything. He couldn't be like the

president of a company. CW-(ui) ADNAN. Someone dumps responsibility on him. I'm getting burned out (ui) KW-Yeah you get burned out. (ui) focus on (ui) We just do that. CW-Be good at it. KW-Yeah. More about quality than quantity. CW-Yeah I think so. KW-One person can't do it. Just need a lot more people. If you want the quantity and the quality at the same time. But you got to have people with similar dedications. You can't just get anybody out there. That's what, that's the hardest part. AM-So. UCE-That's a lot of people in their early graves. KW-Early grave? UCE-Mm-huh. I'm saying at the pace, at the pace he's working if he were working like that for the next twenty years how old would he look do you think in twenty years KW-Oh. Running his health down UCE-Versus Right exactly. He got stomach problem he had an ulcer right? KW-Yeah. UCE-There you go. KW-I mean that goes back to what I was saying earlier about these Sheiks. That you have guys out there doing dawah and relief. Putting that faith into action. That knowledge into action. Acknowledging the action. UCE-True. KW-And I, I think I see more effectiveness in the grass on the grassroots level. UCE-Oh is that KW-In the high-tech UCE-That's when people really feel it. That's when the people really feel it. It means something to 'em. It's personal. KW-Yeah cause even like for example the dawah with the tv program. I mean it's good and all but I feel it's more effective when you just go out there and talk to the people. It's uh it doesn't have to be all hi-tech like that you know. UCE-Mm-huh. Yeah true. KW-It's just a tool. It shouldn't be (ui) UCE-(ui) Do 'em all together it should work pretty well. KW-Yeah but if, if you lose like if we did lose the tv program cause of what happened it shouldn't be no great loss because we have the primary method as going on the streets you know. UCE-Well (ui) in the middle of the night. KW-(Laughs). Actually it was in broad daylight. That's what they're upset about"

9-17-05 Sess. 4 UCE "UCE-Well, well. That's no good anymore. CW-(laughs) ADNAN AM-Yeah CW-You gotta cheap chair man. AM-What?" "KW-(UI) Hey, ADNAN, your chair broke. AM-What? KW-Yeah. CW-Hey, ADNAN? As soon as the, uh KW-This, this scene here. UCE-Put some duct tape on it, man. AM-(UI). KW-Where'd you get it from, WAL-MART? CW-Put it back, yeah. KW-You can return it. UCE-Just grab another chair from RANDY, man. Just grab another chair from RANDY by the shed there. CW-Why don't you sit in this chair? AM-No, no, I (UI). "

9-17-05 Sess. 5 UCE "CW-It's strong? Perfect man. I really like it. KW-Want some UCE? UCE-Nah man. I don't want any caffeine brother. I plan to beat you snoring tonight. I plan to beat you snoring tonight. AM-Oh my GOD. Let's move our tent. KW-You snore? UCE-I don't know. CW-I know. I'm caught in the middle man. Ah come on. AM-Yeah but UCE-Was I snoring last night? KW-No. AM-Listen I, I, I just was hearing snoring. I don't know where it was coming from. UCE-Ah you know where that was coming from. CW-I turn over on one side and there's snoring turn over to the other there's snoring. Then when I'm on my back I hear it both ways. AM-Surround sound (laughs) CW-Surround sound? KW-Hey wait ADNAN. You snore too. AM-No. It was only like if I'm really, really, really tired. UCE-I know you didn't hear me snoring cause I wasn't sleep. I said I know you didn't hear me snoring cause I wasn't sleep. KW-Why weren't you sleep? UCE-Cause you were snoring. AM-No I, I, I didn't go to sleep neither so it wasn't me. CW-(Laughs). I think that's what attracted the wild boar over here. UCE-They thought it was a mating call. CW-(Yeah). KW-Whatever y'all. UCE-They thought it was a they, they thought it was pretty (UI) in here. AM-Oh my GOD. (Laughs). UCE-I'm coming over they like hey. I heard there's a pretty chick up there by the house. She sounds real good. They got up and couldn't find her. Say wait a minute. (Everyone laughs). UCE-Hey wait a minute. I don't smell any pork. I don't understand. I hear her but I don't see What's going on? AM-Oh my GOD. (Laughs). CW-Sorry, KOBIE. I didn't mean to start that up. UCE-KOBIE could care less. AM-And he started it. He asked for tea. UCE-He told us he knew he was going to sleep. He told us last night. He said I don't want any tea because I want to go to sleep. But he told us. It was out there wide open "

10-25-05 UCE "CW-I'm disappointed that ADNAN wasn't here. HM-Well don't (UI). KW-(laughing) Well you know(UI) CW-Yeah, I know but I made it a special point to let him know that this was (UI) And why is that? To tell him that extra special brotherhood (UI) (laughing) UCE-It's not fault man, somebody was dropping some food somewhere he had to go save it. CW-Yeah, ADNAN's a good brother. KW-Yeah, he is. HM-He's ok sometimes. KW-(Laughing) HM-Somebody has to back bite. CW-Well he's not like some of us around here that disappear through the months (UI)." "UCE-You want to have a place by yourself. Since you are going to be ah, getting Your new wife before you know it. CW-I'm already looking. UCE-Unless you going to go the ADNAN route. CW-I'm already looking. KW-(laughing) UCE-Why is he so scared to get married? HM-AM? UCE-Yeah. HM-There is a whole another agenda behind AM. You get him, dig deep and he'll let it out. CW-AM, AM used to believe in marriage and not believe in divorce. Now AM believe in divorce. KW-He believe's in divorce now? I remember last year he was really up set about This. CW-Oh, he was terrible. He was my enemy last year. KW-He was the reason why guys stayed together. CW-Pretty much. But see now his lady married that dude. The reason why he won't get married now is because he is waiting on her. KW-That's what he said. UCE-What he's going to wait on one particular person. HM-Guess we don't go to dig it up no more. UCE-He's waiting on one person. HM-There is personal information UCE-We're all in the same jamaat man, I mean. HM-We're all the same, you're right you would know CW anyway. It's just that I wasn't Going to say it. (ui) say it. I was going to let CW get it out. CW-You're evil man. HM-How I'm I evil. I was going to stop you I swear. But you know brothers are desperate. We're all a team here. (Coughing) UCE-What's he waiting on. I mean. KW-This is a girl he grow up with, when he grew up in Kuwait. HM-Family has arranged marriages there their own culture some type of thing and they forced her, she had to marry certain people. KW-She's Punjabi, right? CW-Punjabi. KW-And he's regular Pakistani. CW-So if she didn't, she didn't marry this guy they would have killed her or whatever. KW-(Laughing) Her parents didn't want ADNAN marrying her. HM-Like stuff you see on the news, like the stuff you see on CNN UCE-Right HM-So now she's here in the United States married to this guy. ADNAN is still Holding out that maybe something is going to happen, they'll get a divorce are something. That's why AM believes in divorce. KW-Is that why? HM- Of course that's why. AM said that is the only way he can marry Somebody is if she gets divorced. KW-(Laughing) Now he believes because of CW. CW-Yeah. HM-Nah, but it's not (ui) CW. He's come to the realization that(ui) The circumstances (ui) KW-(ui) it's unnecessary. CW-Yeah. UCE-(ui) talk to somebody put some sense into him. Tell him to quit waiting Cause you know he's going to burst (UI) HM-Also he's still in school, he's paying for school and stuff too, plus he's sending back, I mean money back to his mom. So he has like some financial responsibilities just helping out with (ui) So he's not quite you know ready. UCE-I don't want to see my brother burst. HM-I know. UCE- How old is AM? KW-He still got an excuse, he could marry. HM-Oh, I agree as far as in this perspective that's why he doesn't think that he is ready. (ui) girl and settling down with his financial. KW-I mean what I'm saying. That's one of the lesson that (ui) HM-When I got married I was poor I didn't have nothing. KW-You double your income. HM-I didn't have a job when I got married. KW-Your support is much easier. Shut up. The things that you have to be bothered with. There is that extra support. And you don't have to have kids, to get married. UCE-How old is he? KW-Twenty five. HM-Twenty five maybe. CW-Uh. HM-Thirty four how old you said you were. UCE-Thirty five. HM-Thirty five. HM-Thirty two. KW-Thirty two. HM-Thirty seven. UCE-Yeah, that thirty creep up on him. He, he going to think twice. KW-Yeah."

11-01-05 UCE "KW-I've been in that CHARLOTTE airport. On my way to CANADA. UCE-I like the little uh, like the little atrium where they have the little stores and stuff. That's cool.. I was sittin' in a rocking chair for awhile waiting. It's cool how they have the uh did they have the uh, the prop of the airplane when you were there like the model. KW-Yeah, the model airplane. UCE-The Kitty Hawk thing. KW-That's where aviation started." "UCE-Want to impress me? Get your brother ADNAN out there with you. Then I'll be impressed. KW-Man you'd be the dynamic duo man. Get ADNAN out there. CW-Oh! I have a sister for him? KW-Who? CW-Sister, a convert sister named Elizabeth. White American. KW-Oh yeah. CW-She's looking. 21 years old. She's looking big time. UCE-I don't think he can handle a convert. KW-Me either.

UCE-I think he needs some. CW-Are you sure? UCE-I don't think so. CW-Yeah ADNAN can handle. UCE-I don't think so. KW-A lot of patience. UCE-I don't think I think if CW-ADNAN has a has lot of patience. UCE-He has a lot of patience but (ui) American ways in any kind of sense. You (ui) CW-ADNAN seems to be pretty hip though. UCE-I'm not saying CW-Not like the other (ui) UCE- I'm not saying he's not. But it would still be over his head. See, you grew up used to that. KOBIE grew up used to that. That'd be totally different KW-(ui) CW-I do have a 21 year old that needs to get married, so if you know anybody, KW-For example what if she still likes (ui) CW-I would counsel a good reference in WhyIslam. KW-Ok. Cause I'm saying. How would ADNAN be able to handle someone like that CW-(ui) back hand. UCE-(Chuckle) She'll be bigger than him. Come to us with a black eye. We'll be all ready to post up. 'We gotta get her. It's my wife.' Teach you how to duck KW-(laughs) UCE-I think he needs a very tender woman. Absolutely no back talk KW-Yeah. CW-I told him last time when I was divorcing Fatima last year he was all mad at me and everything, I said well ADNAN you can take her. You can live with her cause I know (ui) UCE-I think the average American woman (ui) CW-My wife would crush him. UCE-Yeah. CW-Crush him. UCE-He'll get run over by a lot of (ui) you think about it he won't say no to people like like he was about to drive home you know, drive back because of the trailer and all that. I mean, he want a woman that's got any kind of any kind of residual stuff from her dunya days (chuckle). CW-Fatima has a lot of UCE-Dunya ways? CW-Old ways. KW-Old baggage. CW-From her culture. Those people are downright hard core people man."

11-22-05 UCE "CW-Where you at, where you at in this discussion? UCE-He gonna feed everybody. HANY-ADNAN's like, it's HANY, I don't have to get in this discussion (Laugh) Let HANY speak for himself. (Laughter). CW-(ui) ADNAN looked over here and like, man, there's something over here, (ui) can't figure out what it is. JAFFER-(ui) HANY-ADNAN's like, I know, you're like, where you're at, ADNAN CW-(ui) HANY- I was like it's HANY CW-(Laughs) JAFFER-(ui) UCE-We, we have to put it, we have to put it in a way that ADNAN can understand it YAHIYA-(ui) fight to hear UCE-You're trying to take the food YAHIYA-(ui) UCE-and waste it. JAFFER-(ui) CW-(Laughs) Hm, that's right UCE-(Laughs) JAFFER-(ui) there where you have to, look, where (ui) UCE-He's not trying to kill you, he's trying to waste all the food."

12-31-05 UCE Tel. "UCE-Yeah they I mean But your average, your average uh American's gonna be that way anyway cause we, they want to either been born Is, you know, born in Islam or accepted Islam so I mean, we, we're accepting all facets of it. I mean we, to me, we're a lot less prejudice. KW-Yeah exactly. Even JAFFER's a lot less, cause he was raised here. UCE-Right, right, right. Of course. KW-Uh, and he has a lot on (UI) cause he (UI) excuses because of cultural differences UCE-Yeah. KW-It's just not the case cause he grew up here. UCE-Yeah exactly. He, he, he's more American than us in a lot of ways. KW-Exactly. I mean we were sittin there, uh me and my wife and my sister, talking about Andy Griffith and he just (UI) he can relate with Andy Griffith. UCE-(Laughs) KW-He grew up on it, you know what I'm sayin? UCE-He, he started whistlin and stuff huh? KW-Yeah, he said that you know the other day I started whistlin that tune. UCE-(Laughs) KW-For some reason. So I mean UCE-Yeah. KW-You know you can't get an immigrant that can say that. I asked ADNAN, you know ADNAN is the closest American you can get. UCE-Yeah, that's true. KW-Even though he's an immigrant, he UCE-I was messing with him one day and asked him what color the General Lee was. He's like the what? KW-(Laughs) UCE-I said okay, what color was Knight Rider? It was a black, it was a black Trans-Am. Alright, close enough (Laughs) KW-(Laughs) UCE-Close enough. KW-So you know, he, you know he (UI) I mean asked, ADNAN if he heard of Andy Griffith. Nah he ain't never heard of him. UCE-Yeah. KW-(UI) UCE-Oh you know what though, you ask a lot, you ask a lot of black folks, they never heard of uh Andy Griffith. KW-(Laughs) UCE-But they could tell you every episode of Good Times, That's My Momma, The Jefferson's, you know. KW-That's My Momma, I remember that show man. "

1-10-06 Sess. 2 CW "KW-You wanna gut it your self? CW-I didn't even know (ui) UM2-Huh, that's fun man. KW-You expect us to gut it? MM-(ui) knife and gut it UM-You better (Laughing) CW-Good. MM-(ui) CW-Yep. KW-Well I mean, I need an apron and stuff, these are good clothes I'm wearing UM-(ui) you should have been, been prepared. KW-(ui) UM2-(ui) you didn't tell us he plan man! ADNAN, man, ADNAN should stand up and be (ui) KW-He's very vague. UM2-Yeah. KW-(ui) (ui) CW-Yeah, ADNAN's a need to know basis guy. KW-Always. CW-He doesn't, he doesn't tell us anything more than we need to know. AM-Uh, the grease and oil and KW-But, you didn't tell me we were guttin it. The animals AM-Well, you, you did it last time didn't you? KW-We didn't gut the animals. AM-You didn't gut the animals? UM3-They (ui) Jerusalem (ui) KW-(ui) gut. AM-Oh gut, I don't' know uh, they have a slaughter house by there, uh CW-You mean you're gonna let somebody else do it? AM-What do you mean? CW-Man AM-Listen, I didn't go there already alright, so I don't know the details the only thing that I know is there's a slaughterhouse nearby and that guy, uh, who's farm is CW-Uh-huh. AM-We can, we can slaughter the animal over there CW-Uh-huh but we're talking about guttin and stuff Not just killing AM-Skinning, I mean that, that guy can do it probably. "

1-14-06 UCE "CW-(Laughs) Whoever put this on didn't do a good job UCE-Shhhh. Don't talk about KOBIE like that. We're not gonna be here ADNAN. ADNAN. AM-Yeah? UCE-We're not gonna be here. Take that off AM-Huh? UCE-Take that off, we're not gonna be here AM-No, no I'm just gonna take one (ui) UCE-Nah. AM-You mean leaving right now? UCE-Yes. Y'all chillin' C'mon You actin' like we're sittin' at home waitin' for OPRAH to start MS-Hey, hey I don't like her CW-Don't knock OPRAH UCE-Ok, DR. PHIL. I'm sorry. CW-(Laughs). MS-Yeah, some of us watch DR. PHIL. (Laughs). CW-Yeah. You didn't learn from being over his house the other day, huh?"

3-4-06 UCE "UCE-What you getting into tomorrow AM-Yeah. UCE-just, just your normal, normal relief stuff? AM-Oh yeah, yeah. Normal.."

3-10-06 CW "JC-I don't need it. I know some of these girly men might need it. MS-Look who's talking. JC-(laughs) Well, wait til KOBIE gets here. You might need it (sighs) (UI) mosquitos off me MM-I have some uh, some deodorant. " "JC-I would be shocked if KOBIE beat ADNAN MM-I wouldn't, considering MS-I wouldn't MM-Considering he drives three times faster. MS-Exactly. JC-Yeah. MM-ILYAS is probably sitting there scared MS-ILYAS (UI) in the back. (laughing) MM-KOBIE (UI) JC-Ah, believe me, you guys do not know how crazy KOBIE really is. I drove in the desert with him. He is insane. He turned that little two wheel drive piece of crap into four wheel drive. And we were going this way, and this way. I could swear to GOD I was in a four wheel vehicle. He destroyed the front bumper and undercarriage. He destroyed part of that. MM-But you got there fast didn't you? JC-Yeah, and you know, you know, uh, first thing KOBIE did when we got out, when we got out of his truck, he said, Ah man, I destroyed the car. (Laughs) MM-(Laughs) You did it to yourself dude. JC-It was funny. You should have seen him getting impatient. You know those roads out there in that desert. Those side roads and stuff. They're gravel. MM-Right. JC-And you got to go really slow on em because they're rippled. MM-Yeah. JC-And uh, he was over there going real slow and everything. He was like, man, I can't handle it. He was just starting to get all agitated and everything. Next thing you know he says, I'm just gonna go for it I'm like great. I went and hung on for dear life. MM-(UI). JC-Yeah. I can't believe he got stopped so many blasted times. He gets stopped like three times out there. MM-They can see ya from twelve miles away, going (UI) JC-Shoot. MM-(UI) JC-Yeah Homeland Security had our number ever since they saw the dust cloud. They were just waiting for us to come out."

9-17-05 Sess. 6 & 7 CW "CW-That fire really likes those logs. UCE-Yup. You're right we sure have put a lot of smoke up. CW-Yup. KW-It's been running twenty four seven AM-Pollution. UCE-Yeah, smog day ozone alert. AM-Yeah it is everything makes a difference he supposed to know he work in the Environmental division of Rice. CW-Try dealing with all that industrial toxic waste that comes out of Houston (UI) AM-Everything counts, everything counts. KW-No it don't. AM-Most polluted nation on earth. CW-How much of a percentage do you think that this counts for. AM-Even if it's teenie weenie it's gonna make a difference for our future generation. CW-Everybody in the city of Houston can burn fires and it won't make up for what there putting in with all those factories down there. AM-I agree but even (interrupted). CW-Deal with the industrial people before coming down on me because I want a log on my fire. KW-People

**been doing this for how long. Centuries. Since the caveman. Paleolithic Era. CW-See ADNAN, you're a trouble maker. AM-What's the use of this fire right now? KW-(UI) Keeps away the rats and mosquito. UCE-Keeps the animals and stuff away. AM-(Laughing). CW-I think your out voted man. UCE-Yeah, three to one fire's keep wild animals away. KW-Yup, like bores, swine. CW-All kinds of critters including mosquitos."**

**7-19-05 Sess. 1&2 CW "CW-(UI). ADNAN look at that. Oh what we could do with that uh. AM-It's huge huge. CW-(Laughs). AM-Four wheel drive, diesel. CW-What is that a three fifty or something? AM-It's a, it's a DODGE. CW-Oh it's a DODGE? HM-(UI) diesel though. AM-Yeah diesel. CW-It's a big engine. AM-Big engine. HM-What's the biggest..four fifty? CW-I don't know. Well I HM-FORD? AM-I don't know. CW-FORD? I don't know. I think four fifty is bigger yeah on FORD. HM-They come in sports cars too right? Corvette or something. AM-Corvette has a 6.9 liter engine. HM-What is that two fifty? AM-It should be like six ninety. HM-Six ninety? Bigger than a four fifty? AM-Of course. HM-Really? AM-First, first uh the corvettes use to come with the 5.7. HM-When you say four fifty that's a sports car? Is that what that means? AM-Is like a four thousand five hundred c c. HM-C C okay. (UI) AM-(UI) sportscar CW-And just think my, my motorcycle has eleven hundred cc"**

**9-17-05 Sess. 3 UCE "CW-ADNAN? AM-Yeah. CW-You see this? I'm fixing to cut it up. So you don't.....here...here's my knife. You're probably better at cutting it. I'll just cut a big chunk out of it. Take care of it for us. UCE-Take his mind off of things. Go and cut a watermelon. Not worried about that food in that truck now. Come on. Cut that watermelon. CW-Yeah. It'll make him feel better UCE-You can do it. CW-For losing some of his friends back there on the pole. AM-What? CW-Your, your, your cantaloupes or your KW-Watch your fingers. " "CW-He's wearing the watermelon. UCE-Don't feel bad I'm wearing some too KOBIE. You're not alone." "AM-Where's ABDUL KABIR? KW-Yes sir. AM-You don't want anymore? KW-Nah. CW-What do you mean no? KW-I'm fine. (UI) CW-You don't like it? KW-I love it. AM-Prove you prove that you like it. KW-Ah it's a lil too messy for me. UCE-His phone's had enough. It made you go change shirts and everything huh? KW-(Belches). Yeah. If I got it little squares it would be okay probably. Little squares. AM-That's. UCE-Watermelon. AM-You want little squares? KW-That's okay. UCE-That man's been eating at the buffet too much. (Laughs). Buffet at the SIZZLER. It's square, it's perfect. KW-(Laughs). Damasis (PH) ADNAN.....I, I was....playing. AM-(Laughs) two squares. KW-It's hard to eat with a beard. It's hard to eat with a beard. CW-It's hard to eat without one man. KW-The food gets all in it. "**

**11-1-05 UCE "CW-If they would ask ADNAN to go out hunting and ADNAN would just say, "okay!" UCE-I don't want to turn them down. CW-Yeah. He would leave our camp just to go hunting with them (Laugh) (Talking low) You'd just have to show ADNAN who he delivered (UI)"**

**11-22-05 UCE "UCE-What have you been up to, AM? AM-Hmm? UCE-What have you been up to, man? AM-I don't know. UCE-I figure that it was hitting (UI) pretty hard. What time you, you know, you gonna have like, 5 P-H-D's. CW-(Laughs) UCE-You know, (Laughs). You're gonna know how to make... YG-(In background). ...what ALLAH has (UI) for you. AM-Yeah, this... UCE-You'll know how to make... AM-...that centers... UCE-(UI) you'll know how to make, you'll know how to make airplanes, uh... CW-(Laughs). UCE-...cookies... AM-(Laughs). UCE-You go out like, uh, making a good amount of money and white people are gonna laugh. AM-(Laughs)."**

**3-10-06 UCE "UCE-Can't tell the difference between lamb and a goat when he's killing it KW-(Laughing) I can man UCE-But he loves it But he loves it CW-Boy you cut his goat (Everyone Laughing) UCE-Cut his goat? He got the other goat. Matter fact you know the goats are running around free they might get cha"**

**3-15-06 UCE "UCE-Did you get fussed at? AM-No. UCE-uh You don't get enough sleep man AM-Um UCE-Staying up on the internet. AM-Who? UCE-You AM-No UCE-Not you two? (Laughter) AM-That's CW and ABDUL KABIR UCE-Just these two KOBIE really just wanted to see us. He wasn't worried about talking on the phone he just wanted to see us. AM-(laugh) UCE-KOBIE all you have to do was tell us you missed us. AM-Yeah that UCE-Oh we can't talk on the phone. AM-(laugh) UCE-Just tell 'em you miss us AM-(laugh) UCE-Man it's okay. (Laughter) UCE-It's really it's okay (laugh) KW-(UI) UCE-We're with you (Laughter) UCE-That's all you had to say. KW-Alhumdullilah. UCE-I miss my brothers, come see me (laughter) He's like oh you know can't talk on the phone (UI) ixnay offtay ontay (PH) (laughter) UCE-Now we're here what you wanna talk about man? AM-(UI) (laugh) UCE-Just wanted to see us (Laughter) KW-Uh yeah. (UI) I think this is CW's seat."**

**4-20-06 UCE-I mean everybody was like, well you're the oldest one. You get up and give the khutbah (PH). AM-(Laughs). UCE-(Laughs). CW and I were like... AM-(Laughs). UCE-Like CW why don't you go up there and dazzle them with your vocabulary. AM-(Laughs). UCE-Oh, not me. AM-But look what I heard? UCE-What?**

Profile

3-1-05 CW "CW-What was he? AM-His family is in Virginia. But I just wanted to know what his ethnic background? KW-Arab. CW-Is he Arab? AM-What, what (UI). CW-You looked like an Arab Adnan. AM-Of course I do (UI). I look like a Greek person too. CW-You fit in. AM-I look like a Mexican. CW-You fit in. AM-I fit in many profiles. CW-I know. The only thing is that when you go to Kuwait. AM-I look like a Kuwaiti. CW-You look like a Kuwaiti. AM-I go to Cypress I look like a Cypriot. CW-And the problem, the problem is this guy drives the best of the best. AM-(Laughs) CW-He gets a Mercedes in the desert of Kuwait. CW-Drag racing in the desert of Kuwait. AM-I never drag race. (Laughs) CW-You never drag, yeah you told me drag race. AM-But that was not like a drag race. It was just racing. (Laughs) My, my merc was right here that's what, I mean not my merc. Identical twin. (Laughs) CW-Um-hum. (Short pause.) Drag racing. So now you want to go mudding?"

10-25-05 UCE "CW-I could be a hit man. HM-Yeah, but you wouldn't want to do that. You wouldn't want to leave? UCE-(UI). CW-I could be, I could be a Yemeni hit man huh. HM-All your efforts are(UI). CW-Yeah. HM-All of your efforts are here. CW-No actually what I plan on doing is bringing her here for a couple of years. Just a couple of years. HM-I think you'll be selling, selling out the league. KW-Selling out who? UCE-Selling out the what? HM-You know that's the dawah work's clear for him. KW-Dawah important. Dawah. CW-Or what I could do is bring her here and then I can go to jihad for a little while and then come back. HM-Yeah man, that make sense. KW-You can't come back once you leave. CW-Yeah. UCE-That will be kind of hard.. HM-You go, you go on a trip to Europe. You cross the borders and get Married when you come back. KW-That's not going to work. HM-Easier than you think KOBIE. Honestly. Easier than you think. KW-What did he say. HM-We can cross the (UI) easy. UCE-We may know when we going to be over there though. That is (UI). HM-You go there on a tour for two months, you can go to almost anywhere you want. Once you get to Europe then after, that's it. You can go anywhere you want. KW-For real? CW-That's what we were talking about. KW-I'll take some days off from work. UCE-Take two months off. KW-Take a couple of months off work, save my (UI) days cause I can carry over sixty days. HM-Now you get a (UI) how long you can do it, but you can do it. KW-Yeah. UCE-Not Muslim law. HM-Not Muslim law I'm saying. CW-What do I got to do HANY? I can't just jump on a plane with my passport, right. I got to have a visa. HM-Why a visa. KW-Yeah you have to have a tourist visa, at least. HM-You can get a tourist visa, as an American you can get a visa anywhere.. KOBE-Tourist visa is easy to get. CW-But how do you do it? Do you do it here or what? KW-No, what happens is you, when you get across the border you sign this paper. And they give you a visa right there.
UCE-You say you ah, you're sight seeing.
KW-Yeah.
CW-So you do it there after you have fly to the country.
KW-Yeah.
UCE-While you are here I want to see the Great Wall of China.
KW-If you went to Mexico, that what you do I've done it.
UCE-See the Great Wall of China for a while.
HM-Passport right? That's all you need, as long as you got a passport then you (UI).
KW-See, see what if...Like in my case every time they scan my passport I get a red flags. And they detain me.
UCE-What'd you do?
HM-It's just because your ABDUL KABIR or whatever.
KW-No it's KOBIE WILLIAMS.
HM-It's KOBIE WILLIAMS?
UCE-So why they (UI) you?
KW-Like I when to Canada, the Canadians sat and interviewed me for like twenty minutes, thirty minutes asking me all these questions.
HM-That might be from the time you guys went camping in Big Bend.
KW-Yeah it was. We're in the system. We are, when we cross the border.
CW-We're in the Matrix (They are all laughing)
KW-Once we get across the American border. It's funny cause when you go and they scan the passport, guys at the computer goes. It does that (laughing)
KW-Like man what you looking at.
CW-You're high profile now man.
KW-But, but will will that affect us?
UCE-We're not in the system.
KW-I know that but.
UCE-No I'm just saying it's we can, we end up having to like split up and meet up later. I mean.
KW-Yeah but then I say if I raise red flags. This whole thing that HANY's talking about.
CW-Did you raise a red flag when you went to Canada?
KW-Yes.
CW-On the Canadian side?
KW-Yes. The minute I got off the plane.
CW-I thought it was the American side.
KW-Both. (UI) too.
UCE-They, they asked you questions and that was it though right?
KW-Yeah, it was just an interview." "KW-What you do is you go to like a country that's like neutral
UCE-Switzerland, whatever.
KW-Switzerland, not London.
UCE-Nah, London will be a poor choice but um.
KW-Too high profile.
CW-Paris.
UCE-You can go to Egypt.
KW-No not Paris.
CW-The French don't like Americans.
HM-.They don't speak English (UI)
CW-(UI) is Greece cracking down or what?
HM-France they speak broken English.
CW-I thought Greece was the center.
UCE-Nah, I said Egypt.
HM-(UI)
UCE-Go to Egypt, a lot lot of, a lot of tourists go to Egypt. Think about it. Egypt's a popular place to go.
KW-(UI)
UCE-Put a hat, I put a hat on I can be someone from somewhere else.
HM-Egypt.
UCE-He can be our English Teacher.
HM-Huh?
UCE-He can be our English Teacher.
HM-Be our English Teacher." "KW-He was asking me if we have any religious amirs..
CW-Oh I brought that up last time.
KW-We don't know anybody.
HM-Amirs. What?
KW-Amirs that are like (UI)
UCE-Nobody's down?
KW-On the same level we are.
HM-Oh about going fighting and this and that?
CW-Right like ah.
HM-ZOUBIR (UI)
CW-Well, we were thinking.
KW-He's too high profile.
HM-He is more than you know though.
UCE-We need somebody down that will keep us.

KW-I don't know, I know ZOUBIR probably there's some things he's said in the past.
CW-Uh-huh.
UCE-He's probably down, but don't want.
KW-Won't let people know.
UCE-Yeah.
CW-Nobody from WALEED, WALEED's group huh?
KW-There's probably people within that group, but nobody will.
UCE-(UI)
KW-People too scared these days."
3-28-06 UCE "AM-Do we have a guest next week?
KW-SHEIKH SHAGRONI, I asked him.
YA-He didn't want to go.
KW-He's running dude.
UCE-CHUCKLES
KW-'No brother, no no TV.' Like c'mon man.
UCE-He owes back taxes or something?
KW-I don't know.
UCE-Got child support out there, what's up?
AM-That's why I thought he wouldn't.
KW-When we first started, I asked him, he said he would do it.
AM-He did?
KW-He wants to I guess be low key, low profile.
AM-Then again, how, how does he expect to be low profile when he gives a khootbah (PH) every Friday?
KW-Only amongst the, the Muslims.
AM-How do you know?
KW -Huh?
AM-There's, in every masjid there's somebody watching.
KW-Yeah. You could be undercover agents or whatever in there.
AM-Yeah, Muslims work for FBI.
UCE-I think that fat dude with the crazy, crooked eye. I think...
KW-Fat dude with a cooked eye.
UCE-There's always a fat dude with a crooked eye in a masjid, come on.
YA-UI cooked eye.
UCE-There's one in every masjid. There's one in every isn't it. Think about it. You know there's one in Makki, there's one in Farouk, there's one in every single one you know."
6-4-05 CW "KW-You know that brother that came into town? Came in low profile, low key in all the MASAJID?
AM-Yeah, yeah, yeah.
KW-He ...(interrupted) administration at . (Interrupted).
AM-Yeah, yeah, yeah, right, right.
KW-Well his interpretation of that.....was that, that what nine eleven was...the cross representing the WORLD TRADE CENTER and BIN LADEN you know doing what he did.
AM-Well I mean...see most of the things figured after uh, nine eleven we can say that most of the things figured after the Gulf War ended. I mean, slightly after that...I mean all of SADDAM was a...was a the fact of gulf war. I mean it was, it did take some time but it was a aftermath of great war, you know? Like SADDAM HUSSAIN. I mean, like when SADDAM HUSSAIN invaded Kuwait and Kuwait was liberated by the Americans and then the fall of SADDAM after like nine, ten years. It's the aftermath of that same war."
7-15-17-05 Sess. 2 CW "KW-Yeah. Yeah I got that little screw out. (UI) screw?
CW-Yeah. I'm impressed with that man. Now you're a gunsmith.
KW-(Laughs) Yeah.
CW-So, whenever I need something fixed, I'm coming to you.
KW-I do that stuff at work all day (studders) you know I do machining. So...
CW-That's cool man. You saved yourself a lot of money.
KW-The only problem's I was worried about how to get the gun on campus, cause it's a felony, you know? So I thought...well, I'll just do it with a hand drill (laughs). I was going to use my milling machines.
CW-Yeah, I don't even know if you could take it down broken apart. You know?
KW-I mean, just the fact, you know, walking in there with that case teacher's like, what the hell you did walking in there for? (CW laughs.)
CW-Yeah. No doubt you'd have the FBI on you then, huh?
KW-Oh yeah. (Laughs.) (Loud sharp scratchy noise.)
CW-Not only do you come to work with a beard, maybe he wears ISLAMIC clothes, but now he's got a gun (laughs). (Others laugh.)
SHZ-You fit the profile pretty well.
KW-Yeah, pretty well, man. I didn't find...I told you how I found out it was a felony, right?
CW-No, how?
KW-There's this guy, his name is JAY eh, ah...we got some NASA guys working in the lab? (Stutters) He's a good ol' boy, man. I mean, he, you know, works for NASA and he's always drunk man. (CW laughs.) And he goes by stuff up SAN ANTONIO NASA does stuff out there. So, he goes out there in the field. Well he...coming back...he lives in ALVIN...so he was passing through HOUSTON to ah stop and pick up somethin' at the lab and then he continued on. So, right outside of (UI) cop noticed his gun in the car. Cop goes, you know I can, ah give you a felony for ah having a (UI) fire arm on a university campus? So the cop let him go with a warning, but...
CW-He was lucky.
KW-Yeah. He was (UI).
CW-Very lucky. I knew that all the time because up in ILLINOIS they're very strict about it.
KW-Oh yeah?
CW-And so, when I came down here. That's one of things I just kind of assumed. And then I found out later on that that's what, that it's the same down here.
KW-Yeah. I didn't know that. I use to, you know, carry my gun in the back of my seats. I don't do that anymore. Cause of that."
7-15-17-05 Sess. 3 CW "KW-Yea we could fit a profile so good Yea you're right Adnan
CW-what profile?
AM-The terrorist man
KW-If anything would ever happen man that would come straight for us
SHZ-UI
CW-The thing is we are not suicide bombers
AM-Man that could easily fit us into those profiles of sleeper cells and
CW-Yea but we are not suicide boomers
KW-(UI).
KW-We don't have to be
AM-Yea we don't have to be before they catch you before hand. We don't have to be.
CW-But we
AM-You don't have to be man
SHZ-Seventy-seven
CW-Why?
AM-Because they are going to catch you alive you're not a suicide bomber if the catch you alive.
CW-Yea but don't even have the philosophy for suicide bombing right?
AM-What?
KW-You don't have to. Those kids that where in the London bombing we don't know the people that knew them said they didn't have the philosophy either

CW-Yea you're right
AM-But we people would not even have second thoughts about us you know
CW-But that's every Muslim don't you think
AM-No, no, no, not every Muslim we would be like, I mean for some Muslim people, would say oh, no, no. For us they'd say ya man.
CW-I don't know about you
AM-(UI) a jury for us .
CW-I don't know about you Adnan because you are the one that want to tinker with the electronics man
AM-shut up just because I told you man (UI) you gotta...
KW-No no check this out, okay the biochemist that they found Egypt He studied here in America
AM-He was studying for PHD in London right
KW-No here in America
AM-Here in America okay
KW-And he was a graduate student and they say he was the master mind in making the bomb
AM-While I am not studying biochemistry.
KW-(Laughing)
KW-I don't know what biochemistry has to do with bomb making.
AM-It does have everything with a bomb
KW-Oh yeah? Oh yeah of course chemistry.
AM-It has everything to do, yeah. That's how you make the compounds and everything
CW-Yeah, well all you have to do is go on the internet and by a book man poor man's
AM-It's not that easy CW to get the book it how everything counts
CW-Huh?
AM-Electronic aspects is different than biochemical aspect is different everything, everything counts
CW-Yea but Brad was telling me you know Brad
AM-Yea
CW-Brother BRAD, he was saying that it was so easy to make C-4, you would believe it
AM-Really?
CW-Yeah, says you can do it with common you know hardware; common hardware store goods and stuff
KW-Just like they can make methamphetamine.
CW-Yea
KW-With what.....
CW-With some cold medicine or something
KW-Yeah, cold medicine out of the drug store. I was in the drug store the other day and they have if you want a particular cold medicine they just have a card you take, you take it to the register" "KW-Yeah, that's some sophisticated stuff But one thing they realize is the people doing the thing don't fit your typical profile of someone who commits crimes like that
AM-Yea but what I am talking about us is that we can easily fit into
KW-I know Muslims community
AH-Muslim community in general and us in particular (laughing) can fit the profile pretty easy.
KW-Why we say in general in the Muslim community
AM-Why because he is a Muslim that's why That's one thing but then if you like
KW-oh, oh , oh. But what do you think the community say if they came and these guys did this do you think some of the brothers I would have never thought it
AM-I would have what
KW-Never thought they would something like this
AM-Yea but someone would figure I knew they were up to something I could tell
(KW Laughing)
CW-What what KHALID ZEBEEULLAH?
KW&AM-(Laughing)
AM-Yea you know the difference (UI) you know but I am telling you not many but not all the people I can expect this from them you know Like you gave us our profile exactly how it is they said they probably did we're guilty unless proven innocent.
KW-Yea So, It's like Military court that's how it's done. Guilty until proven innocent
AM-Yeah, yeah, so, that's what I am talking about CW we fit the profile well. So if one us gets into trouble"
8-16-05 CW "CW-Yeah.
AM-Yeah, I didn't see that.
CW-What OSAMA was saying was pretty darn serious man.
KW-How was the Arabic? Was it translated pretty good in there?
AM-Yeah it was.
CW-AM probably did the translation.
AM-Huh? I wasn't coming to the translation I was listening to what he was saying. (Lots of moving around, silence)
KW-It's pretty interesting you know.
CW-Yeah, it's pretty sad man, it's pretty sad all because of ah one man all those people got to die on both sides.
KW-Yeah.
AM-Who's that?
CW-Gee, we wonder.
KW-J. B. Wonder (laughing). (UI)
CW-(Laughing) Gee! We wonder.
KW-Oh gee we wonder.
CW-G. B. Wonder (laughing). George Bush Wonder, George W. Bush.
KW-I'll, I'll just give it to you guys.
AM-Yeah, yeah.
CW-Oh okay.
KW-Yeah, but ah. Yeah man it's ah. Yeah I got that off Jihad Unspun on the spot it was actually a flash. I converted it to real.
CW-They took it off. So we couldn't.
AM-Some guy (UI). (cell phone is ringing) He was telling me that the CIA.
KW-He was what?
AM-He was telling me it was a CIA website.
CW-Oh give me a break.
KW-But that, that rumors going around. Allahu 'alim, but, hey man, I mean if it is what are they gathering. All they got is news there.
AM-Going to see who is logging in.
KW-(UI) controversial website. It's no more controversial than ah some of the peace groups web sites. Like Indy Media and stuff.
CW-I don't know, I mean, I would think that they would be doing themselves a disservice. Because they seen, Jihad Unspun doesn't seem to be too skewed as far as their Islamic understanding.
KW-Yeah, I mean it's pretty, I mean the way, if you read right now like they been down all week. Because they have been doing up grades.
AM-They have been down?
KW-Yeah, for like a week. Because the reason is because their infrastructure over in Egypt is way off.
AM-They have an infrastructure in Egypt?
KW-They have their, uh, they have a office in Egypt now.
AM-Seriously, since when?
KW-Through out the Middle East. I don't, I don't I think it's in Egypt, somewhere in the Middle East.
AM-Really, I didn't know that.
KW-Yeah, yeah, yeah they been working on that for the past year. But it's been unstable because you know the internet service over there is very bad. I mean compared to here. It's very unprofessional, it keeps going down and all that stuff.
AM-Hardly any.

KW-This is what's her name is saying who runs the site. The sister out of Canada.
AM-Yeah, yeah.
KW-But the way she talks, it's like, I don't know, if it is some capitalist running it. They're pretty good.
CW-Yeah, yeah.
AM-I wouldn't be surprised if they have Muslims to back them up and stuff you know. There's Muslim sell-out everywhere.
KW-That's true.
CW-I don't know.
AM-Muslims can only get in trouble through other Muslims.
KW-What's the evidence?
AM-They saying that some guy did a track on their IP and everything and lead to some.
CW-Uh, I don't buy that.
KW-Lead to where?
AM-CIA or something, I mean it was own by some government agency.
CW-If, if the CIA is going to have a website you are not going to be able to track it.
AM-I agree with you.
CW-I hate to say it.
KW-Yeah, yeah, it would be difficult to.
CW-I mean that's like you and I coming up with a website and then somebody saying it's a CIA website.
KW-Yeah, and if it was CIA..
CW-I mean anybody can have a website.
KW-Yeah and if it was CIA if you tracked it , it wouldn't track to a government.
AM-Right that would be more fool proof than anything else.
KW-(Laughing).Yeah.
CW-Yeah.
AM-They come up with weird stuff.
KW-I mean I heard that rumor but I haven't seen anything to prove it I mean. You know the only reason why I heard it is cause it is a slick website. It's too professional looking.
AM-It is a pretty slick website.
CW-In other words Muslims couldn't do such a good job.
KW-That's what they are saying. (laughing).
AM-That, that, that (UI).
CW-You know what, I would believe that (they are all laughing).
KW-This is the only reason, excuse I have heard.
AM-Really.
KW-Yeah, the only justification, or their justification is that it's too professional, like.
AM-The resume of that lady that's her profession.
KW-Yeah, she's a professional.
CW-I just, if it was CIA I don't know why they would bother with accurate translations or anything that would help the cause yeah. Yeah, why would they want to help the cause?
KW-Yeah. I mean, why would they do it to help the cause? I mean, they're not recruiting but it's an inspiration.
CW-Yeah.
AM-Yeah, people would come up with so, I mean, all sort of things like, I mean they want people to get hook to it and then they know what people are trying to get information from that website.
KW-They can go to any Islamic website. If they want somebody they can track your cookies and find out wherever you go on the web it's not hard.
CW-Yeah.
AM-It's not hard but it's like you need to be in a book, like to keep you in a check so if something go wrong they know where to come and look for you. See if you go to certain website you fit in a profile that they have.
KW-But what I'm saying is all they have to do is go to Islam city. The majority of the people that visit Islam city you can see
AM-No but that.
CW-They would have profiles on everybody.
AM-They would have profiles on everybody.
KW-They can see, they even filter who's going to what site.
AM-Right.
KW-And they can say "okay he goes to Jihad Unspun he doesn't go there too often. You know you can kind of, you got a more, bigger pool of people.
AM-But then you have certain people going to certain website. Then you are creating the profile of that person putting them into categories. This person might have this set of beliefs, this person might have this set of beliefs you see what, see what I'm saying right.
KW-Yeah.
CW-I don't know man, cause too many people are on the internet buying ah, Poor Man's Cook Book, and Poor Man's James Bond, Anarchist's Cook Book, Poor Man's James Bond, and all that other stuff. And they don't pick up on those people. The next thing you know they find out that some wack-o was going to blow up a school, and he had all this stuff in his apartment that he ordered over the internet. I don't think that there's, do you know how elaborate that is. That is so conspiracy theory man.
KW-That's the way it is.
CW-Do you know how many, do you know how many FBI and CIA agents would have to be on top of every single Muslim, going to every single site and tracking these people, profiling them.
KW-It's difficult. It's like finding a needle in a haystack.
CW-Yeah.
AM-I know but you don't have to have the CIA to do it. You have bots that all do it.
CW-No, you would have to categorize these people.
AM-Huh.
KW-Say maybe you have a profile. Okay, so someone like me what are they going to do come and arrest me?
AM-Not right now, not right now, something ever happens. Just like what they are doing in Pakistan. Just like what they are doing in Pakistan, anybody who is caught in a plan, anybody, like even if you was living in Afghanistan in the past in the past few years and he was caught by the new Karzai government, or the Americans. Even though his religion is but any ah, anything happen in Pakistan they arrest him right away. Cause they know these people were there, even if they're like blend in their old life or whatever. The first thing they do is go and arrest them.
KW-But like, even if you had a site, say Jihad Unspun site, you know, Muslim run, legitimate, the FBI can just monitor who visits that site, anyway.
AM-I'm not talking there's probably.
KW-Why would they have to create a site to do that when they can do that anyway.
AM-Of course they can do that.
CW-AM, the bots might only track who goes where, right?
AM-Right.
CW-But it is not going to categorize and profile individual people. People have to do that.
KW-It's very difficult to do it on a website.
CW-You can't, yeah.
KW-Just because I visited, it's not going to give them the legitimate reason I'm going to go to the website.
AM-I agree.
CW-Yeah, they are not going to track stuff like that.
AM-What you're not seeing is that probably they're planning much ahead of that you know. We are probably are just limiting ourselves to self denial.

CW-But, but, but what you're saying, what these people are saying man is so conspiracy theory that it's amazing. The government does not have the resources human or financial to track every single Muslim.
AM-I'm not trying.
CW-And their web site habits and how often they go to the toilet. They can go down to the water company and find out how often you flush the toilet. (AM and KW are laughing) But are they going to do that? No why would they do that.
KW-They have more important things to do.
CW-Yeah.
AM-I agree, I agree. I must say, I must say, (UI).
CW-You know what, I listen to Art Bell sometime and you wouldn't believe the wack-o's that think that the government is tracking every time you flush the toilet.
KW-(Laughing) I gotta listen to Art Bell, I've heard some stuff.
CW-Oh man, and they are serious about this. "Yeah, the government man, they are intruding into our lives tracking our thoughts, they're tracking our water supply how many times we flush. How many times we do this, when we turn the lights on, when we turn the lights off." Give me a break think that there is a FBI agent, like there's a Jinn on one side and an angel on the other? Do you think there is a FBI on one side and a CIA on the other.
AM-That's not logistically possible.
CW-No."
9-6-05 CW "KW-Hey the video it's pretty good.
CW-'Cause I can't find any of the other video's that we keep talking about. I keep going to that multi-media section.
KW-Yeah I don't go there. There's nothing there.
AM-That's old stuff.
CW-Yeah that's what I'm talking about.
KW-They I think you to become a member you gotta get the good stuff. The real good stuff. I'm not a member. I was a member the first year and I ordered some videos from them umm what is it the one about the Afghans where they put them into containers. And then there was another video I ordered. I never got um man.
AM-You never got um?
KW-Naw. They said it kept returning back to them. It never reached my address. My address was clear. They took my money man eighty bucks.
AM-And they didn't give it back?
KW-Ahhhh no. And I, I could protest it with my bank but I said screw it man.
CW-They gave it to the MUJAHADEEN (Laughs).
KW-(UI). I was like I'm um (UI) like a donation or whatever but.... (UI).
CW-Do you did they charge you do you remember?
KW-Huh? Yeah.
AM-How much.
KW-I think I paid twenty five dollars that first year.
AM-A year.
KW-For a year. But this was I actually (UI) store where you can order videos From VHS or what ever. I ordered and I never got um. They said ohhh it came back to the warehouses in Egypt or something.
CW-Yeah I've seen that.
AM-What?
KW-Egypt.
AM-No wonder those Egyptians can write and read (UI).
CW-They probably had some Arabic dude who never even wrote english before copy your address down Put his home address
KW-I don't know what....the heck My address was so clear. I kept e-mailing them and they responded back I was like what ever I'm not becoming a member ever again. So That was my issue with them that's why but that, that video is pretty good. He mentions why he did it. Why he did it.
AM-Really.
KW-Yeah he says you know how uh the um amer you know British people they allow their government to kill Muslims and this and that and how their they have blood on their hands.
AM-Yeah but that doesn't mean you do what you did. He cannot justify what he did. I mean if, if he did it. I mean they're not suppose to do something like that.
CW- So what are we suppose to do? What are we supposed to do?
AM-They target the military or something.
CW-Maybe the dude was living in the slum he had no other way.
KW-He was British he could have gone anywhere he wanted to. He could have went to Iraq.
CW-(Sniff) Yeah.
AM-Yeah.
KW-He could have went to Iraq and fought. (UI) but then Al Qaeda didn't claim responsibility for it.
AM-Of course it was his own thing.
KW-Yeah he did it was out of his own but um.. they he (UI) he just went on to talk about BUSH and BLAIR it was all in Arabic so I couldn't I didn't understand it. So
CW-AM can interpret for us.
KW-But the the....
CW-Some of it.
KW-Guy he was yelling (UI) I was reading or heard on BBC that the um British Muslims were shocked at what was and it couldn't have been him. But it's not like they never expected it. (UI).
AM-Well the British people construct to tape with anybody on it.
KW-Yeah they could.
AM-That's why. You never know (UI). How genuine the tape is.
KW-Yeah. It's true.
AM-(UI) any of us can fit a profile and then make something up afterwards.
CW-Well they have Hollywood doubles don't they.
KW-Hollywood double (UI).
CW-Yeah. You never heard of doubles? People who doub for other people on the
AM-Stunts.... um stunts and all that?
KW-Oh yeah, yeah. You mean pe.....
CW-People that actually look like the actor.
KW-Yeah, yeah, yeah I've seen that.
AM-That is pretty normal.
KW-I don't know (UI)."
9-13-05 CW "KW-Oh JIM I, I was talking to MUJAHID And uh he was asking about um if you were reading and uh he heard that you were reading some jihad stuff and I was like
CW-Where did he hear that from?
KW-I don't know.
AM-Reliable sources.
KW-Yeah he said reliable sources.
AM-Extremely reliable sources.
CW-The only people that about any anything that I've been reading is you guys.
KW-I know but.he uh.he mentioned it to me last JUMMAH.
CW-How the heck did find out anything like that?
KW-Actually the JUMMAH before he asked me what's uh what's what type of material is JIM reading books is he reading. Like I don't know I mean his wife is part of IQWAN.
AM-(Laughs).

KW-Well I mean she is.
CW-Yeah yeah she is.
AM-Even now?
CW-Well I mean.yeah.I mean she has a lot of the connections.
KW-I mean I meant that.you know.the her knowledge.
CW-Yeah she is. She is IQWAN.yeah.
KW-You know like uh SHAIKH, SHAIKH RASHAD.
CW-Yeah she studied under SHAIKH RASHAD.
KW-So I I guess what meant (UI).
AM-Oh okay, okay.
KW-(Laughs).
AM-Okay.
CW-What did you think she was gonna jump out Allahu Akbar?
AM-Yeah.
KW-(Laughs). Ah no. No I and I.
AM-(UI) HASNI MUBARAK (ph). (Laughs).
KW-And I was, I was like.well.I mean.he's he's probably.you know his knowledge is coming a lot from them probably and he was like okay. And then.last Friday he was like.remember how I asked you about what JIM was reading. I was like.yeah. He's like.yeah I heard he was.you know reading it.you know.a lot of stuff on jihad. And he's like he said it wasn't from SHAIKH WALEED He said (UI).
AM-(Laughs). AM-So it means it was from SHAIKH WALEED.
KW-It was from reliable sources. Uh he said people of knowledge.
AM-SHAIKH WALEED. He said.he stressed upon that it wasn't from SHAIKH WALEED. So I'm thinking that it was from SHAIKH WALEED.
CW-A person of knowledge.
KW-Yeah.
CW-Why would SHAIKH WALEED know anything like that?
KW-I don't know. People spying on us or something?
AM-I don't know man.
CW-Now I'm wondering.
KW-That's a
CW-A person of knowledge.
KW-He didn't tell me who.
CW-A person of knowledge to jihad would that.I mean to MUJAHID would that be uh.would that be SHAIKH?
AM-Could be.
CW-I, I still don't understand how SHAIKH WALEED would even know that.but you know uh.
KW-I don't either.
CW-You know ZOUBAIR.ZOUBAIR did tell me.when I was me and my wife was meeting with him he says.yeah brother I know that.that you go shootin' but.that's good, that's good. We need the target practice.
KW-Oh yeah he said that?
CW-Yeah.
AM-Alhamdulillah. Uh-oh. (Laughs). (helicopter sound)
CW-Oh man. There they go.
AM-They're here. Here they come. (Laughs).
CW-(Laughs). You hear the dogs in the background? Good thing I been exercising. (Everyone laughs).
CW-That's weird KW. I don't, I don't understand that.
KW-Yeah.I was like.
AM-I think we should, we should keep the shooting and stuff available but low profile. Somebody uh.peed on you? ” “KW-Yeah I, I was thinking about the camping and stuff more on a low profile.
AM-Yeah it should be on low profile. I, I would suggest that.
CW-Yeah, yeah. Yeah let's keep it, let's keep it amongst us for now.cause uh.
AM-Cause yeah you, you know some people within the community you can't you don't know where they're coming from. Most of them are for politics and.
CW-The only people.
KW-But I, I.the only thing I'm like.how does I mean.even if the camping.how do they know what material we're reading and stuff you know?
CW-Unless.does NOYAN know?
AM-No.NOYAN wouldn't.I don't think so. No NOYAN is not that type.
KW-(UI).
AM-But he doesn't know this stuff either. He only knows that we go shootin'. That's about it. He doesn't know about what we're reading.
CW-Well it's gotta, gotta be somebody in our close circle that.that leaked it.
AM-But NOYAN doesn't know MUJAHID.
KW-Let's see. No he doesn't. He doesn't.” “KW-But I don't, I don't think MUJAHID will go out and telling people.
AM-No, no, no. I'm not saying that.
KW-He's not that type of person.
AM-It's just that we should (UI) on this.
CW-I.that's, that's what I wanted that's why I asked why does he wanna know. I just wanna make sure that he's not the type of person that's gonna be relaying that information elsewhere so.
AM-No, no, no, no.
KW-No.he's, he's, he's not like that.
CW-Okay.
KW-He'll keep it under wraps. He's very cautious. He's just.you know giving advice about.going to shoot at ranges and stuff like that and.
CW-Mm-huh.
KW-Saying a similar thing could happen would happen to ALI TAMIMI.
AM-I know.
KW-He was telling me the story.
CW-Oh you mean even going to shootin' ranges and stuff?
AM-Yeah that, that more than most of (UI).
CW-Look at all the red-necks at that.shootin' range.
KW-I know man.
AM-Yeah but you know we fit the profile. They don't.
CW-Yeah they do.
KW-You know, you know the situation in Virginia.he even explained how they it was like an Islamic center in Virginia. I mean.all sorts of.
CW-And SHAIKH, SHAIKH WALEED was apart of that?
KW-Yeah SHAIKH WALEED was part of that.Saudia Arabia. I mean they had.top.top.
AM-Yeah they had a big riot. I mean people, people.people funded by the SAUDI consulate in embassy.
KW-And.the government just shut everything down. Nothing exists. All sorts of schools and charities and. And uh there was some young brothers who were playing paint-ball and they got accused for having training
AM-Training.
KW-An A-Qaida training camp. So they and this is what this wasn't in the news. This is what MUJAHID told me. That SHAIKH WALEED is close to ALI TAMIMI. You know you know the people of knowledge and they they know each other very well. Well.these youths were coerced in saying that ALI TAMIMI is their spiritual leader. So by the.you know.the law enforcement. So they.said it to get some time reduced or whatever. So now ALI TAMIMI is facing life in prison.
AM-That's you know.I mean.these are difficult times.

CW-And, and how did.how did SHAIKH.
KW-And just for playing paint-ball.
CW-How did the SHAIKH escape all that?
KW-Who?
CW-WALEED. How did WALEED.
KW-SHAIKH WALEED wasn't apart of that.
CW-Oh.
KW-But.he.you know talking to ALI TAMIMI through the whole process.
CW-Oh, oh I see.yeah because that's.yeah.
KW-The lawyers you know
CW-Right.
KW-He saw the whole legal.SHAIKH WALEED saw the whole leading.legal process.and MUJAHID was like.there is was not out of it because.they just create a situation and.you're.closed off.
CW-WALEED, WALEED's into that sort of thing. Even if they're deviant he wants to have connections with them.and talk with them.because they're under, they're under scrutiny and oppression.
KW-Yeah.
CW-So.
KW-So.you know.
CW-Even with AL MAGHRIB with YASSIR BURGESS,.you know.he wanted to make sure that he was in there to talk with them and.you know council him as a brother and stuff you know.
KW-Yeah. So.basically MUJAHID was relaying that whole story.and was saying the same thing could happen to us.being out there you know.
CW-Ah.that's true. I mean but.even if you're at the range you know.
AM-I, I see where you're coming from but I also see where they're coming from.
KW-I, I, I I don't, I don't, I don't I think the range, the range is taking it a little bit too far.
AM-No but.
CW-Yeah.
KW-Shootin' range.but.going camping.I can see how that could easily.they could create MUJAHID was like they could create a story so easy. Around that.
AM-Oh yeah, yeah.
KW-And then once it hits media it's all over the world.
AM-Exactly.
CW-That's true.
KW-Houston's freakin' on the world map.
AM-Yeah.then (UI).
CW-They, they have to prove, they have to prove intent though I think.
AM-No, no, no but see.
KW-No, no, no MUJAHID said that they don't have to prove jack.
AM-Yeah. You have to prove not guilty.
KW-Yeah.which is.difficult.
AM-And you know in the meantime you're, you're in that process.then.come down hard on everybody else back here. They're gonna come hard, hard on MSA.everything that goes on in Houston.
CW-Yeah.
KW-Yeah.ICNA relief.you know.especially ICNA.
AM-Yeah ICNA.basically.
KW-They'll come back real hard on ICNA. But I mean he was just giving some NASEEHAH advice on that.
CW-Yeah. Well that just means keep it under wraps I guess. Keep it tight. Maybe we shouldn't proliferate the uh.shootin' aspect of it.
AM-Yeah, yeah.
CW-If somebody that we trust wants to go camping they can come camping.and if they wanna be apart of that they can be apart of that if not they can stay camping.
KW-Yeah.
CW-But it just has to be someone we trust I guess.
AM-Right.
CW-I guess KHALIL is not one of those people that we want. (Laughs). Proliferating.anything that we're doing.
KW-Information like that yeah. I, I mean I would think I mean.well.
CW-But see that's.
KW-I mean KHALIL no.it's not it wasn't the shootin' in the camp. KHALIL already knew about that.
AM-Yeah.
KW-RAIHAN.we even asked him to come out.
CW-Yeah but, but.
KW-It was more of the, the.
AM-Books.
KW-The books and the.the book yeah.
CW-That's fine. You know that's one item that he proliferated that he shouldn't have so.
KW-Yeah. That's was uh.
CW-You never know. You just.that's security you don't wanna take.a risk on.
KW-Yeah.
CW-Brother was in the ARMY man. He should know.name, rank, social security number. That's it.
KW-Well I.
CW-Of course then this is a guy in the ARMY who can't swim. (Laughs)." "CW-Yeah I think jamaat approval is important. Cause if somebody's not you know somebody's uneasy with somebody else and that can tell you a lot you know.
UCE-Well and I, and I even look at it as far as like tactical stuff. When we're over there we have to be able trust each other so I mean so
CW-Yeah. Ah yeah that's (UI).
UCE-Or even you know just like in here. You know we gotta be able to trust somebody with a, with a gun behind you. I mean you know so
KW-Yeah. Oh here comes the dog.
UCE-I tell you what I would suggest though. If anybody new comes in before we even have any live stuff just do like the stuff we did today without, without live ammo. Do that first.
KW-Okay.
UCE-So we see stuff and see you know like you know wait a minute you know. But I think we kinda have to mask it per se.
KW-Yeah.
UCE-If you just inviting somebody kinda check 'em out. You really don't wanna say hey (laughs). You don't really want them to see that you trying to train as a team and, and things like that you. You kinda wanna just you want I don't' know. You tell me. Seem to me like you'd want people to kinda initially think oh hey you know. That is could just be just shooting clay pigeons you know. Til you you know til you're sure.
CW-Oh you mean not even with the live ammo.
UCE-Well no. I'm not saying not with live ammo but I mean I mean just say, just say for example you know one of those people that you know runs their mouth a lot you don't want them to come back and say okay well they were training for this and they were doing for this and they were doing that you know. It's one thing to say ah man oh you know they out there shootin' at uh clay pigeons and, and laughing and joking but not see the serious stuff. You know that you know. I'm trying to you know trying to the human targets and stuff like that you know.
CW-So what do we uh what do you what do you suggest then?
UCE-That's what I'm asking. Ah you know as a consensus I mean I, I think you just have to I think you kinda have to mask things for for people until they're you know they already you know until they have the seal of approval. What do you say?
AM-I didn't

UCE-You're not even listening. Now you're on the phone. (Laughs). KOBIE. (Laughs).
CW-He's still thinking in Urdu.
AM-No I'm not. I didn't hear what was going on.
KW-I think you're right. Also I wanted to point out that there are a lot of people in the community that know we come out here.
AM-That's true.
UCE-That's not bad. They don't know the full reason per se.
KW-Yeah they don't know the reason. They know we come out to shoot and stuff though.
UCE-Yeah.
AM-(UI).
CW-Yeah.
UCE-I would
AM-We're using we're we fit the profile.
UCE-Of course. But that you know that we all do cause we're Muslim. But
AM-Yeah but we fit the other profile.
KW-You can, you can, you can get someone like RANDY and his boys come out here and do the exact same thing which they do.
UCE-Right. Right.
KW-And they don't come after them.
UCE-Well
KW-They don't fit no profile.
AM-Well
CW-Yeah.
AM-We fit the other profile.
KW-We could be (UI).
CW-Yeah. Right.
UCE-Right.
CW-That's true.
UCE-I would say like almost like two sets of pictures when you're out here. Take a set of friendly with uh with vests on and shootin' at the clay pigeons.
KW-Yeah.
CW-Fishing.
UCE-You know. So it looks like it's a a sporting outing for those other people that know, that know we're out here. Like oh okay what are you doing? Well that's you know this is what we're doing.
KW-Showing 'em yeah.
UCE-Yeah we're tryin' to hunt tryin' top hunt pheasants.
CW-That's the thing I wanted to do today but I ran outta space on my camera to take pictures with the clay pigeons and all that.
UCE-Yeah.
KW-But MUJAHID brought up a very good point about those brothers who play paintball. You heard about those brothers in Virginia?
UCE-Nah. What happened?
KW-Man a couple a year and a half ago they got actually a year ago
UCE-Oh
KW-They got accused of playing paintball. Having a training camp.
UCE-For playing paintball?
KW-Yeah.
UCE-(Laughs).
KW-(Laughs). Isn't that funny? They, they're in prison right now.
UCE-For paintball?
KW-For paintball. Right now the brothers in prison.
UCE-With all this.
CW-You know you can really mess somebody up with a paintball man. (Laughs).
UCE-Well you put out a you put your eye out with it man.
KW-Well they, they were saying they were doing tactical training.
UCE-Well with all those suburban kids playing playing ball
KW-These brothers were Muslim
CW-So they're gonna arrest everybody doing laser tag and
KW-These brothers are Muslims and they fit the profile.
UCE-Right.
KW-(UI).
UCE-Yeah.
KW-What it is, is they got these young brothers to say that ALI KAMEME (PH) was their spiritual leader. Now whether he was or not is not an issue.
UCE-Right.
KW-So by them saying that in which they did ALI KAMEME (PH) got convicted.
CW-I'm really glad you moved from that spot man. (Laughs). You really would have gotten beamed by that one.
KW-And you know the media blew it all up. It was a big deal.
UCE-Right.
KW-I mean you, you have to keep in mind that these are possible situations that could occur.
UCE-So I would say one we never dress alike. That helps a little bit. Which we don't anyway. I mean like we are kinda rag tag. I think that's a good thing. Cause we all came out in the same thing then it'll even you know even more so look like you know what I'm, you know what I'm saying? Like you know some uniformity.
KW-Yeah.
UCE-Uh I mean the thing is how do you actually practice without appearing that you're practicing?
KW-Yeah. Well but when we're practicing they don't know.
UCE-Right.
KW-See it was easy for them to say they were doing tac I mean what other excuse they gonna use for paintball? But for tactical reasons.
UCE-Right. Right.
CW-And even then paintball isn't a good I mean necessarily a perfect tactical tool. I mean people when you're playing paintball just rush out there and start shootin' the people, I mean. I mean that's something you would do if you were really trained.
KW-Uh I played, I, I played paintball with some good ole boys out in Alvin They're very skilled."
3-17-06 UCE "MM: I know like a lot of people like I always got stopped before September eleventh. I got stopped anyway. Cause they're like oh, he's a young black guy (UI) so I mean they were contantly. I used to be like, I'm traveling for business.
AM: Uh-huh.
MM: When I'm traveling, usually. I'm sitting here you know, reason, reasonably professional. (UI) Oh well we're just uh, you fit the profile. I used to be like angry like oh what, what, because I'm Black what, what, what ? Oh no uh, it's because of the way you bought the ticket. What? I bought the ticket with my credit card. What? What?
AM: Everybdy does that.
MM: Yeah. It wasn't any different... of course they try to give you their little reasons but...
AM: Yeah.
MM: There's really nothing to give you because, you know ultimately they just being you know, just prejudiced, back then at least but. It's actually been easier for me since, since September eleventh actually... Cause they try, whenever they see you have uh, what they view as an Islamic name, they automatically they you know, they uh, oh we're not gonna single this person out.
AM: Yeah, yeah.
MM: I mean they may be eye balling you and lookin at you
AM: Right, right
MM: But they're not gonna stop you. They'll stop like the old white woman."

2-3-12-06 UCE "UCE-Oh, about to leave man. You see, you see the news?
AM-What happened?
UCE-Man, some AL QAEDA brothers uh, got caught up in LA, trying to get a plane.
AM-No man.
UCE-Yeah.
AM-Seriously?
UCE-Seriously.
AM-Wow.
UCE-Had uh, W on TV, all happy and smack.
AM-Uh-huh.
UCE-It's like man.
AM-They were trying to get a plane?
UCE-Yeah, well that's what, that's what they're telling us.
AM-Oh. Man..
UCE-(Laughs) I, you know, I'm kinda wondering man uh, (Laughs) it makes, it, it brings a question to my mind. Do, do you think, do you think AL QAEDA brothers are just that careless?
AM-I don't think so. They're probably naming anybody AL QAEDA basically.
UCE-They're probably what? Oh you're saying they're probably not even AL QAEDA?
AM-Yeah, yeah.
UCE-I was...
AM-I think that's what they've been doing, all of, if you if you take uh, like you know look at all the news that's coming in afterwards. Anybody who does anything is labeled as AL QAEDA.
UCE-Huh. I was looking I was saying man I said man I hope when we get over there, they working better than that. (Laughs)
AM-Man. (Laughs)
UCE-You know?
AM-Brother, these days...all you have to do is fit the profile and uh, the profile it doesn't have to say that you've been in touch with somebody in AFGHANISTAN or PAKISTAN.
UCE-Yeah. Automatically gonna call you AL QAEDA.
AM-Exactly. Yeah, yeah.
UCE-Well like I said man, I just hope, I hope the real deal is, is, you know, I hope the real deal isn't that careless you know. Cause I was thinking like man you know, what kinda you know, what kinda bad spot (Laughs)...
AM-Right, right.
UCE-I mean what kinda bad spot would we be when all of a sudden it's like wait a minute, we came over here for this?
AM-(Laughs)
UCE-You know for, for five knuckle heads and, and the dude telling stories about the bird, the legs being up in the air on the dead bird.
(Both laughing)
AM-You never know man.
UCE-Uh, you know, my thing is, I don't know man, it's just, you know how you just wan to have faith that, you know, when you get some place that everybody's gonna be what they're supposed to be you know?
(Radio/music playing in background)
AM-Yeah, yeah.
UCE-It's like man, all I, all I know is, nah, I, you know, you're right, it does seem a little bit, a little bit suspect that everybody they get is always AL QAEDA, like you know, like there's nobody else out there.
AM-Yeah, yeah.
UCE-You do have a point with that because, (Laughs)
AM-Cause I, I've noticed that the Government whenever anything happens in the remotest part of the world, they just say oh, it's AL QAEDA. Even, without any proof...
UCE-Yeah.
AM-You hear some people might be, um, you know like uh make, they might mimic what AL QAEDA people are supposedly doing, but I doubt they're doing it on instructions of AL QAEDA...
UCE-Yeah. That's true. That's true, but you know, I guess, it's probably somebody.
AM-(Laughs) Yeah.
UCE-I mean you know my thing is just, you know, why, why do something if you're not really planning it right? And, and...
AM-Yeah.
UCE-I don't know.
AM-Well um, I'm thinking this is one example of (UI)...we don't even know if they were actually doing something (UI) we'll have to, you know have to read the news.
UCE-Yeah, well definitely man, check it out, check it out. Like I said my, my main concern is that we don't end up dealing with those knuckle heads. (Laughs)
AM-Yeah, yeah, yeah, yeah.
UCE-Make sure we get the ones that know what they're doing
AM-(laughs)
UCE-Cause that's just crazy man, just ah.
AM-(UI) it says in 2002. No, no (UI) Hmm.
UCE-Now what are you, what are you saying now?
AM-I'm just reading, it's from uh...
UCE-Oh, you're reading (UI)
AM-You see, it says BUSH details foiled terror plot (UI)...
UCE-Yeah like, like BUSH did it himself.
AM-(Laughs)
UCE-(Laughs) Like he jumped out with a super cape and stuff huh? Ya'll chill, I got this. Had CONDO (U), had CONDOLEEZZA dressed up like wonder woman. (Laughs)
AM-(UI)... it says MR. BUSH felt AL QAEDA (UI) Islamic group JAMAAT-E-ISLAMI to carry out the carry out the attack.
UCE-Hmm. Are they even really that strong here?
AM-Who?
UCE-Uh, you said JAMAAT-E-ISLAMI here?
AM-See JAMAAT-E-ISLAMI they're like (UI) in different countries...there's one in Egypt, there's one in Indonesia. There's one in PAKISTAN. I think there's one in India. So, I don't know which one's they're referring to. What sect they're referring to. The one in Egypt.
UCE-But I mean, are they, are they pretty strong?
AM-Uh no, not quite.
UCE-Yeah, that's what I'm saying...
AM-(UI)...not over here, local probably in certain parts of their own country but not over here. No.
UCE-Yeah, yeah, not with global reach so to speak.
AM-Yeah, yeah. (Laughs)
UCE-BUSH does piss all kinds of people off though. (Laughs)
AM-So this, so this sorry, so this I think this one is uh, southeast Asia, there's probably it's the one in Indonesia.
UCE-Ah, Indonesia, yeah.
AM-Yeah.
UCE-Well they, you know they were, they were saying earlier, AL QAEDA
AM-Oh really?
UCE-Yeah, that's what they were saying when it first came out.
AM-(UI)... Yeah but, (UI)...I mean AL QAEDA recruited that group.

UCE-Ah, okay.
AM-I doubt it you know.
UCE-(Laughs)
AM-I mean that group probably was acting on it's own and they said oh no AL QAEDA (UI)
UCE-Yeah. Man.
AM-Man.
UCE-Well.
AM-(UI)...
UCE-Just uh, one more thing uh.
AM-Yeah, huh yeah?
UCE-One more thing to make the Muslims look bad.
AM-Muslims look bad and guarantee the Republicans victory in the next presidential election.
(Both laughing)
UCE-That's what it is, campaign, campaign speech huh?
AM-(UI)...
UCE-Uh.
AM-(UI)...
UCE-Well, I just wanted to make sure you were checking it out brother, keep the brothers informed man so..."
2-14-06 UCE "UCE-All they're gonna tell us is shoot for the flag. (AM laughing). Look for the AMERICAN -flag and shoot.
AM-When AYUB was there recently, he met with some brother
KW-Huh?
AM-When AYUB was there...recently
CW-Oh!
UCE-Think you can hit a flag (UI)
AM-He met some people who used to maintain. (Video playing).
UCE-People that were there recently?
AM-No, the people he met used to have training camps.
UCE-(UI).
AM-I don't know if they still have 'em...he said they're pretty low profile these days, but
CW-But, we're going to need to train if we're go up against
UCE-Think you can hit a flag at 500 yards, man?
CW-US
AM-500 yards?
UCE-Yeah. Can you?
AM-Did we try 300 or 200, hitting the targets?
KW-Hey, AFGHAN military camp. The TALIBAN."
2-21-23-06 UCE "UCE-Had all kind of, all kind of stuff in the news. I saw...I saw that, I saw uh let's see, they arrested what, three Muslim brothers in Ohio, bum rapping 'em I'm sure.
AM-I..I.. really?
UCE-Yeah.
AM-Is that very recent? Like yesterday?
UCE-Uh, yeah, uh either yesterday or the day before. I think it was the day before maybe.
AM-Uh huh.
UCE-But uh, I mean, you know how, you know how it is whenever whenever some Muslims get together
AM-Yeah.
UCE-It's, it's a ploy by the Muslims to take over the world. I mean, you know how that is.
AM-(laughs)
UCE-(laughs) Hey uh..
AM-Yeah, that's, that's typical. That's that's just typical.
UCE-What can, what can, what can you say about that? You know it'll
AM-Yeah, it's, they say, that's, that's how I call like fitting the profile.
(laughing)
UCE-Yeah, ex..ex..exactly. Exactly. Driving while Muslim.
AM-(laughs)...
UCE-(laughs)
AM-Oh my god.
UCE-But none of that stuff bothers me but uh..see, seeing the uh, Golden Mosque getting blown like that,
AM-Yeah.
UCE-I mean, and to me, I don't care if it's, like I'm not, I'm not big on the JAMAAT TABLIGHI (PH) per se.
AM-Yeah.
UCE-But I, you know, as as far as I'm concerned, there's other Muslims I wouldn't, you know, I wouldn't do something against them so..
AM-Right, right.
UCE-And that's just tacky either way, I mean, because I'd rather, I'd rather have them on my side than a khufar. (phonetic).
AM-Uh huh.
UCE-But, it seems like they're not looking at that over there. Or then again they might be, like you said, it's it's very well it could be ..a little bit of uh propaganda and misdirection to to get a desired response.
AM-Yeah. Exactly. Yeah.
UCE-Otherwise you doing okay?"
3-17-06 uce "UCE-Did you get it straight?
AM-(UI)...I'll, I'll get it. Cause usually, more stores have us on, on the system so I never had to pay for this.
UCE-Yeah. Should we just uh, take the beltway over to fifty nine?
AM-Yeah. Cause all the other roads will have traffic.
UCE-Traffic like crazy.
AM-Uh, yeah.
UCE-I'll just go on up there.
AM-Yeah, yeah.
UCE-Yeah so...(Laughs) that was strange.
AM-Yeah, that's so.
UCE-Such a large amount, but come on...
AM-(Laughing)
UCE-Almost feel like I've been profiled.
AM-(Laughing)
UCE-You know.
AM-I agree, I mean that was...I am, okay, like, my ID would have been different, that's different.
UCE-Yeah, she was bending it all, sideways.
AM-Yeah it's like, it's nobody has given me that like.
UCE-Yeah I was like...
AM-What's wrong, what can't you read?
UCE-You know sometimes, you know how sometimes like, I worked for a couple companies where they gave you a card, but it was like the company card.
AM-Yeah.
UCE-Not, not your name on it...the company card.
AM-Right, right, right.

UCE-And I'd say okay, that would make a little bit of sense but...
AM-Yeah.
UCE-Yeah. That's something with your name, that's crazy. (Laughs) People man.
AM-(Laughs)
UCE-Such a large...you know, give me, give me uh a legitimate excuse. Not just that it was such a large amount.
AM-(Laughs)
UCE-You know, that's junk.
AM-I need your approval.
UCE-Yeah.
UCE-And then you're like. Well two fifty is nothing to be spent at Wal Mart. You can go buy a bicycle and a tv and you spend more than that.
AM-Exactly, yeah.
UCE-Going in there and get food and spend more than that you know, it's just...
AM-(UI) a thousand dollars or something (UI)...
UCE-Exactly.
AM-(UI)...
UCE-They said it's for your protection...
AM-(Laughs)
UCE-We do this for you... Just for you.
AM-Then she, she asked me could you check that (UI). I said (UI). Then she's like double checking it.
UCE-Yeah.
AM-Yeah. (Laughs)
UCE-Triple checking it.
AM-(UI)... (Laughs)
UCE-I don't know if I can trust you guys. You guys are like (UI) I don't know if I can trust (UI)...
AM-(Laughs)
UCE-We shoulda just gone (UI) in the first place. (UI)...obvious you know.
AM-Yeah...I saw her...
UCE-Yeah we should have just gone (UI)... Salamu Alaikum.
AM-Alaikum Salamu (Both laughing)
UCE-She, she'd have seen ICNA automatically known not to charge, too.
AM-Exactly, yeah...
UCE-Man, I hate people like that. Just, out there.
AM-She's checking my signature (UI)
(Unintelligible Conversation)
UCE-Uh this guy you know, he's trying to hoodwink me.
AM-(Laughing) (UI)...today, (UI)...all the time (UI)...
UCE-Nah.
AM-I mean she's taking care of all the procedures.
UCE-She was just not trusting of us. Something about us you know made her say...
AM-(Laughing)
UCE-Hmm...(UI) with Arabic sounding names...hmmm...what are they, are they taking pictures of a building? People with all there whenever they see a (UI)...they just automatically ...
AM-Yeah.
UCE-Everyobdy goes..."
6-06-06 uce "KW-I mean you heard what happened in the news, right?
UCE-(UI)
AM-(UI)
UCE-Oh uh, in Canada
KW-In Canada-
UCE-There's always going to be people doing that so yeah. I mean
KW-I mean I uh
UCE -It makes perfect sense, you know. It makes perfect sense. We can, we can be more -careful. We just need to not get scared all (UI)
KW-And they, the funny thing is I heard today...It was on NPR. The called it extremists -camp. These, these guys. Not only were they um you know got the cyanide or -whatever
AM-Ammonium
KW-Like before that, they said for two years these guys were camping and shooting.
AM-You're kidding!
KW-No, I'm not kidding it was on NPR.
AM-Oh no.
KW-Doing exactly what we do.
AM-We fit the profile so good.
KW-I mean they didn't get them on that but they
UCE-(UI) right
(laughter)
KW-Yeah, yeah exactly.
UCE-Why don't we uh...yeah we I mean we can change up how we do stuff.
AM-I think, I think I mean right now even in our community a lot of people know that we go -camping
KW-Yeah, I know
AM-That's also my...always a concern.
KW-Yeah. We're in public.
UCE-That's from, that's from the past. (UI) not so much now. Gotten to where the last six -months we've been pretty much
AM-Right
KW-Yeah
UCE-(UI) We'll change it up and do it a little different.
KW-I think the shooting range is fine. I mean there's clays out there.
AM-But I think we need to upgrade from two hundred to three hundred.
KW-I'm still not used to the two hundred.
UCE-(UI)
KW-Yeah I, I. The two hundred I had problems last time.
AM-Oh really?
UCE-You know what.
AM-With your gun?
KW-With my gun.
UCE-Here's what I'm thinking. Go to the range for the actual shooting. We find a place that -we (UI) we can practice a lot of stuff without (UI)
AM-Can't we take paintball guns.
UCE-We could do that
KW-Yeah but the thing was...Actually, this is strange man. What they said on NPR was -these guys were shooting and it's kind of weird I think exactly what happened to -happened to them.
AM-Like what?
KW-The police came. Neighbors were questioned.
AM-You are kidding!

KW-I am not kidding aki! I am not kidding.
UCE-He's trying to scare us.
KW-No, no, no. And, but they...and all of them...also they were playing paintball out there, -too.
UCE-(UI)
KW-They had a combination of the two. But, but it was on NPR and uh some other people -told me.
UCE-(UI) We can get
KW-But the paintball may be...
UCE-We can get, we can get that part down without necessarily having to have guns.
KW-Yeah
UCE-Long as we get our targets straight. Thats fine (UI)
KW-Use sticks.
UCE-If need be, water guns. They really can't say anything.
KW-Yeah
UCE-'What are you playing? I got a super soaker bazooka I'm getting him wet'
KW-True
UCE-I mean, cause ultimately I mean it's not like we're actually shooting at each other.
KW-And if they want to say anything, well these guys got water guns (UI)
UCE-We could do it with sticks.
KW-I mean just like how we do it now.-
UCE-Think about it. When we're practicing, we're practicing you know how to come up on -something. How to go right, how to approach.
AM-Right, right
UCE-The gun really doesn't that much.
AM-Right, right
UCE-At that point.
KW-They're not shooting.
UCE-It will for real, but it's not like we're shooting. It's with, make em do it with empty guns -so it's not like using paintballs.
AM-Right, right
UCE-We, we've kind of separated that. But also we can us focus a little bit more on the hand -to hand stuff.
KW-That's good
UCE-I would say this. Go camping without, without the guns. Practice on the hand to hand -stuff and practice on the tactics. Even if somebody rolls up, what is it a bunch of people -running in the woods. Yeah, ooh. Ooh
KW-Yeah
UCE-Find another place whatever. Think about it but I think we probably need to have CW -and JAFFER too for that matter. You know him now (imitating JAFFER) 'Forget it -(UI)'.
KW-laughs
AM-Can we camp at some other campsites?
UCE-Probably can but
(UCE and AM talking at once)
UCE-I'm going to say this. I like, I like the fact that we have somewhat control over there. -Cause if we go to a public campground. We have no idea (UI). You know what I'm -saying.-I mean at least this is (UI) gives a little bit of protection as we're on private -property.
AM-Right
UCE-Little bit of protection versus a state park where everybody and their momma can walk -up on you and you can't say anything about it.
AM-Right
UCE-I mean ultimately we are on Muslim property
AM-Yeah
UCE-We're all Muslims
AM-Right. The reason I'm saying is because the woods out there are not too challenging.
UCE-Well, there's a bit to be said about it being challenging but it's also a little bit in our favor -that we know them right now. Because we don't want to go someplace we don't know, -somebody get bitten by a snake, lost back there and don't know how to get out. (UI) -We don't really know how he's...if he's ever been in the woods before. Last time -mommy wouldn't let him, so we don't know.
AM-(laughs)
UCE-Why don't we uh. I'm sure the two of them (UI) by next Tuesday they should all both of the J's that don't have wives (UI) just ends up being go to the range.
KW-Yeah I mean what we do is pretty much what we do at the range anyway. Plus -the range has a larger range to (UI) So, yeah I think the range is better. And -plus it's easier, -we can do it more often.
UCE-Yeah. That being said. We just to step up hand to hand training and stuff like -that (UI). And even we can go to Memorial Park and do that (UI)
AM-(UI)
UCE-We can still do our tactical stuff
KW-Most of the stuff we can do here in the city.
AM-I like camping
UCE-Camping is cool, but I think...I hear what you're what you're saying about being -uncomfortable so much. Can alter up, change up how we do. (UI) Keep it -amongst us. -We already quit talking to HANY about this stuff anyway.
KW-Yeah
UCE-It's not like we advertise when we're going.
KW-Yeah
UCE-Plain and simple we know when we're going. It's like what are you gonna do -this weekend, I got something to do.
KW-Yeah
UCE-So we, pretty much (UI) going camping. Forget that. (Laughs) We going (UI) -CW, -JAFFER. Whatever, but, anybody else oughtta be, unavailable for uh,
Friday, -whatever. I mean, I unavailable Saturday.
AM-(UI) somewhere we can do more fun stuff also."
6-13-06 uce "UCE-Yall just want to go to the range Saturday?
KW-I'm cool, I'm cool with the range.
UCE-You can do that Saturday? And we'll plan better. Not that we planned bad, but, you cool with that?
KW-Yea.
CW-What I want to know is, what's the difference between going to the range and going to the camp? (UI)
UCE-...that's good enough for me.
AM-Uh, the, the guys who were caught in Canada had a similar, similar profile as us, very similar.
UCE-Say it right, they were exactly the same.
AM-Exactly.
UCE-Similar.
CW-Oh, you know, what. No, no, no, no, when you're ordering ammonium nitrate.
AM-Apart from that.
KW-Aside from that.
UCE-Aside from that
AM-Apart from that, everything else, everything else.
UCE-Look it up.
AM-Everything. CW, CW come on, listen. That nitrate can come to my name, address by anybody, even if I don't order it, it will still be in my name.
CW-You know what? When I do order it, it's coming to you.
UCE-JAFFER.

**KW-Voicemail?**
**AM-See what I'm saying?**
**CW-I know, I. The, the thing is, it's private property, secluded, nobody's watching us.**
**AM-Exactly the same point CW, exactly the same point. The police already came there.**
**CW-Where?**
**AM-To our property, once."**

Suicide
3-1-05 CW "AM-Now, they kill a whole bunch just two days ago during that memorial thing.
KW-Oh, yeah.
CW-Who?
AM-I mean, the suicide bomber at...
KW-Yeah.
CW-Oh, yeah. Well, they took out like a 120 some odd people.
AM-Yeah.
CW-The suicide bomber did.
AM-(UI) just one blow (UI).
KW-That's why I (UI). I don't understand this. It just doesn't (UI).
AM-What?
KW-I mean, that would...just why would a Sunni, in jihad things you have...
AM-That...that's...that's not a Sunni thing. That's only to incite (UI).
KW-Yeah, but I'm saying (UI).
AM-Are you going to (UI).
KW-Yeah.
AM-I mean, its like, if...if you kill in front of a Shia thing, most people would think… without even thinking first that they just believe that its a Sunni who did it, you know.
CW-Mm-mmm.
AM-If something happens in front of a Sunni mosque, you don't even have to tell somebody that probably a Shia did the killing.
UM-Yeah.
AM-That what happens in Pakistan, like the government wants to take two groups to eliminate (chuckling).
KW-Divide and conquer.
CW-Mm-mmm. Mmm.
KW- But that's what I'm saying. I don't think it was the insurgency that did that.
AM-Yeah. Yeah, but the thing is it's like you and us to and would think like that. Most of the people won't think like that. It's very...
KW-Oh, yeah, yeah. I (UI).
AM-It's very easy over there to say, well don't uh, in front of a Shia mosque, there was a bomb blast and Sunni's were responsible.
CW-Mm-mmm.
AM-A million people would just face the news, you know (chuckling).
CW-Uh-huh.
AM-You see what I'm saying?
CW-I tell you what, those brothers over there are going through a serious struggle."
4-19-05 CW "CW-Aw, big time, man. He scares the life out of me, man.
HM-He's kinda weird.
CW-I think that dude's like unstable
WMS-He gives you the evil eye (UI).
CW-Am I right, HANI?
HANI-Alright, I can see how you can see that. That's (UI) to it. (UI), man. They're all the same, man. They're all the same personalities, same (UI).
CW-(Laughs). Where's he...where's he from, (UI)? He doesn't...
UM-I don't know.
CW-...he's there, right?
HM-Yeah, yeah, yeah. I don't know if it's Syria or (UI).
CW-He's from some place that is high strung.
WMS-Yeah. Looks like he's gonnal kill somebody.
CW-(Chuckling) Yeah.
WMS-Every time (UI) hard core, especially one brother.
CW-Hard core how? Crazy?
HM-I mean, the population is not that (UI). I've never seen one of them (UI), but...
CW-What? I mean, the Palestinians (UI). I mean, I don't know if they are hard core. I don't know if I'd call them hard core, but like even Paki people.
WMS-Uh, uh, they get irritated easy (UI).
HM-I don't think that it's suicide bombings and things like that. It's just part of the culture.
WMS-It's not that, (UI). It's interacting with him on a regular basis.
HM-No, they're (UI).
CW-Now this...
HM-They're not Egyptian. Egyptian are very laid back.
WMS-(UI) demeanor.
HM-...very like, how do you describe Egyptians.
AM-It depends on what part of the world you're from."
4-26-05 CW "AM-Right now ah he's back...I think, but he's gonna come to the US.
CW-And he came back...scarred and marred and everything...and survived by the grace of ALLAH
AM-He has a US passport.
KW-(Speaks at the same time as AM and CW.) (UI).
HM-(UI).
CW-(Continuing to speak over others.)...because, because sometimes his people just deserting him. You know? (Laughs.)
AM-Yeah, you can get that.
HM-Where can I get that from?
KW-I think (UI).
HM-Really?
KW-Oh yeah.
CW-(Speaking over others) I mean he really went through some stuff, man. More than we probably ever imagine going through. (Conversation continues in the background.) And they didn't have the modern medicine that we have.
HM-(UI).
KW-You see, the thing is back then...(Conversation continues in the background.)...they weren't afraid of pain. Or retaliation Like we are today.
CW-Yeah.
KW-So, (UI). But, ah, yeah, that's a good CD.
HM-(UI)? (AM laughs.)
KW-(UI) He (stutters) just ah... he gives ah...(HM speaking in the background) the suicide bombings...
HM-(UI) a license.
KW-He gives ah, like some rational behind it.
HM-I don't like (UI). (AM laughs.)
KW-Which is real good.
AM-Yeah uh, I mean this is really good to see.
KW-You've heard the whole thing?
AM-Not the whole thing only part I listened to.
CW-Yeah, I gotta listen to it. (UI) I've been wanting to but I just...like I say, it doesn't work in my CD player. I (stutters) listen to everything while I'm at to work usually, cause I push the CD player up in my, the top compartment of my truck. While I'm driving I'll plug it in."
5-10-05 CW "AM-Yeah, but maybe Rice is haunted or something (laughing)

CW-I don't know man.
KW-A lot of suicide rates is there too. They commit suicide....undergrads.
AM-Really?
KW-Yeah.
AM-Why?
KW-Because the (UI) expectations are very high there. They...
AM-Suicide?
CW-Yeah, when people get stressed out, man. You know they had a problem with that, in fact, they always have had a problem with that with the US military.
KW-Oh yeah?
CW-The first couple of weeks of basic training they find out who's gonna be jumping off of a building cause they can't handle the stress. A lot of people do it, when my, when my first wife was in the military, in the air force, which is easier than the rest of them, they had two jumpers....
KW-Wow.
CW-...in her class. Jumped off the second, uh, third story building, just so they could either kill themselves or get out, one of the two.
KW-Wow.
CW-Cause they knew there was no other way out. They had to go through that basic, basic training.
KW-They must have been unstable before they got in there, huh?
CW-Maybe, I don't know.
AM-That's really, uh, cruel.
KW-(UI)
CW-Maybe, but, but sometimes people, sometimes people, when they find themselves in a, in a situation of high pressure and they don't see that there's a way out, they do crazy things.
KW-Yeah, like in this case, you know, some of the students, their parents, their families expect a lot out of them.
CW-Yeah, and there's no way, there's no way out of it, really, you know.
KW-They've been number one at their high schools or whatever town they were from and then they come to Rice where they're competing against people of even higher caliber than them.
CW-And you know another thing is self esteem.
KW-Yeah.
CW-Because when you break a person down, and that's what the military does, it breaks you down, they make you feel like nothing. They swear at you, they, they do everything to tear you down and, uh, when that happens, you break a person's spirit like that, don't know how to handle it.
KW-Uhuh.
CW-You know. Cause that's what they're, that's what they're there to do. It used to be in the military that they could hit you, too.
KW-Oh yeah, they can't hit you anymore?
CW-Not anymore, not anymore.
KW-It's just like in the public school, they used to hit you. (UI)
CW-It used to be they could beat you down. Not anymore. But, but that doesn't mean that you guys can't beat me down it just means that the instructor can't beat me down.
KW-Oh, okay.
CW-So if I get the unit in trouble...
KW-Everybody.
CW-everybody
KW-Yeah
CW-A towel and soap.(laughing)
KW-Yeah, yeah, yeah, a blanket party." "KW-Yeah man, suicide. It's the third leading cause (UI) third leading cause of death in the western (UI)
CW-You know the interesting thing is that we'll do everything in our, in, everything possible to prevent a suicide but in some cultures, uh, you know, like in the east, like in, uh, Singapore, you know, those cultures, they'll, uh, they'll actually let a person commit suicide because they figure that that's their path, you know. They're gonna commit suicide, they're gonna commit suicide just let them, you know, you're not supposed to stop them.
KW-Uh, wow.
CW-You know, it's just part of nature.
KW-So like in Buddhist Hindu culture?
CW-Uhuh.
KW-Huh.
CW-But they're the same people that, you remember when that kid got caned? Remember that kid that was spray painting cars and things in Singapore?
KW-Oh yeah, yeah, yeah. He got whipped. Whack! Ha, ha, ha. Americans are like upset about it.
CW-Yeah.
KW-That kid needed it.
CW-He only got two out of four canings, you know, two out of four hits and he passed out (laughing). But I'll tell you what, he didn't spray-paint no cars no more. No way.
KW-Never again.
CW-But see, they come to our country and everybody says 'you, you obey our rules, you're in our country, this is what you do'. KW-Yeah. CW-But then when you go to their country, they don't want to obey their rules. KW-Obey rules, yeah. CW-That's what, you know, whenever people talk about women in Saudi Arabia having to wear all the garb and stuff like that, I'm like, well that's their rules. KW-Yeah. CW-You go to their country, you obey their rules, you know. KW-Yeah. CW-It doesn't mean whether or not it's right or wrong, that's not the issue. KW-Just follow the law. CW-Yeah. KW-Cause I hear a lot of Americans when they go to Saudi, they don't want to wear the (UI). There was a woman who fought against it.... AM-Oh yes. KW-when she went to Saudi Arabia. CW-Uhuh. KW-American women (UI)"
5-20-22-05 Sess. 1 -5 CW "HAMAD-Oh, you idiot. A frog. CW-Oh, no! AM-What? CW-He jumped in there. KW-There's a frog jumped in there? HAMAD-Idiot. AM-He did? KW-Suicide frog, man. AM-So that's natural, huh? HAMAD-That's what I said, like, I was I was going to grab him, but he just jumped in. KW-What a creepy frog. HAMAD-That's natural, huh? CW-Yeah. Push him all the way in so he complete his death. AM-He's done he's dead? HAMAD-No, he's CW-He's still alive. AM-He's alive? KW-No, no, don't throw him in there. UM-He's dead. AM-Okay. CW-Well, he's already half burned. HAMAD-Yeah, (UI). No point sending him (UI). CW-Put him out of his misery. HAMAD-He suffered enough as it is (chuckling). He's gone. He's burnt. HAMAD-You will never look frogs the same after today, huh? AM-No. HAMAD-Blood coming out of their mouths and (UI). AM-I didn't see blood (chuckling). HAMAD-Oh."
5-20-22-05 Sess. 9 CW "CW-Watch out suicide bird! CW-See, I think what we could do, when we get here, is maybe shoot some close range first. And, with my AR-15. And I could teach you how to do some, things. Maybe some, ah, positions, and stuff. Stuff that I learned when I was uh, with that, psychotic, cult. KW-Oh ok... CW-Remember way back when? Before I was MUSLIM? When I was like a teenager. AM-Who's the psychotic cult? CW-These guys were storing, stockpiling weapons, waiting for the end of the world, man. CW-I got a lot of, lot of my knowledge in guns there. (Coughs) AM-Well, but I think we should be doing that now. (Laughs) CW-(Laughs) KW-We should be a new psychotic cult. CW-Yeah. AM-We can pass all that, to our future generations. (Laughs) KW-Yeah. CW-Yeah. Well, we wouldn't call it a psychotic cult because we're KHALID IBN WALEED."

5-20-22-05 Sess. 11 CW "HR-If he goes to, if he plans to go to IRAQ does he know where to go what to do?
CW-Well, typically if you get into a area from what I hear. Because I know at- at least one guy that's been to Afghanistan for JIHAD. (Clears throat) Typically if you get into the area, umm, and you hook up, yeee, you gotta find somebody you trust or bring uhh, jamaat like we're talking about you gotta have a jamaat that you uhh, are with when you go there. People- people that you trust. And you just hook up with the commander over there. Somebody whose in charge of whatever operations you want to be involved with. There are people here Houston that, you know probably have connections. I don't see why we couldn't hook up with some of them. HR-Yeah. CW-I bet you KW knows some. The thing is that, you don't know really know who you can trust. HR-You don't know. CW-So that's why, that's why we talk about it among ourselves. HR-Because a lot of people there's (UI)....(Plane flying over head) CW-And like- like AM was sa- saying though a couple of weeks ago. It's good if you could form a jamaat here. And just go, you know. Go together. Yeah, it is risky. That's why you- you gotta know people you're with. Can't just, you know, go out, you can't just go out into masjid and say "Hey man". Not even the people who you know and respect. Like the Sheikh's or Imam's. You never know. AM-Yeah, that's true. AM-The sun found us here man.
CW-Yes it did. It was good for a while. Wasn't it?
AM-Yeah.
CW-Then you hit a breeze and every thing.
CW-I would go. If I had the means. The thing is, like we were talking about. I'm- I'm not ready for no suicide missions. HR-Ah, yeah. CW-I'm ready- I'm ready to make they die for their country, but not- not suicide missions and not killing innocent people, you know. HR-Yeah. I- I don't know I- I'm just think its just way to complex. CW-It... HR-It's- it's easy to make the situation simpler than it sounds. CW-Well Iraq is- is way- way- way to complex. HR-Way- way exactly. That's what I'm saying that's you don't know what (UI). CW-But at the same time. You know that's where it becomes uhh, a very cloudy thing for us. Because do you stand by and let you know let them massacre all the children and women and men in Fallujah you know. Or uhh, I mean it's tend- I guess does delegitimise the efforts of JIHAD to kill innocent people. AM-Hmmm? CW-You know what I mean. AM-No. Say that again.
CW-It- it might delegitimise the JIHAD effort HR-Innocent people.
CW-To kill innocent people. To target them."
5-20-22-05 Sess. 12-14 CW "CW-Suicide bug, huh?
KW-Find one?
CW-Yeah!
HR-Suicidal.
HR-Yesterday, this one frog was like leaping and then it just stopped and it just jumped right into the fire. (Laughing).
HM-The frog just like jumped in.
HR-No, like yesterday.
CW-Yesterday.
HR-It just jumped right into the fire, it just....
AM-You wouldn't have taken it out?
HM- I would of.
CW-No, he wouldn't, because he wasn't here."
7-12-05 Sess. 1 & 2 CW "KW-Yeah. FRONTLINE had a good episode on Saturday night Yeah (UI) they are Muslims but they shave their beards, they eat pork, they drink alcohol.
HM-They from Turkey or where?
KW-No, no. But they (UI) bombings. They try to blend into the populous.
HM-Oh ok. So they justify all these things in order to keep the Jihad going (UI).
KW-By any means necessary. I've never heard of this.
HM-It's probably the same people that were part, it's probably the same people that were part of AL QUEDA 'cause that's exactly what they did.
KW-They said, they said.
AM-(UI).
KW-They said (UI).
CW-No, they're dried up.
KW-They say AMIN ZAWAHIRI supports this ideology.
HM-Of course he does man, they do it. You see the pictures of the 9/11 people, right. They all shave their beards (UI).
CW-It's not, KW, this sounds familiar and I can't place it. I'll have to ask FATIMAH about it.
HM-What is it called then? What is it called?
CW-TAKFIRI.
HM-TAKFIRI?
KW-It was interesting and I don't know. It sounds fishy, man.
CW-Well, it's probably Mossad. (Laughs).
HM-(UI) people that are...whatever. (UI). What are you gonna do? You can justify anything.
KW-No, I'm saying, I think even think (UI).
HM-(UI)
KW-I don't even think the idea exists.
HM-(UI).
KW-I don't think that Muslims are doing it.
HM-I think it is.
KW-I don't think so.
HM-Of course, man. Reason why in Palestine, you think these suicide bombers you think they come out (UI).
CW-Actually, listen, in Palestine. In Palestine, it's not all Islam.
HM-(UI) and you go and it's not like (UI) suicide bombing (UI) looks just like everybody else.
KW-Doesn't pray, drinks alcohol...
HM-Maybe he'll go to a bar and drink a little bit to prove to look like he's normal like everybody else.
KW-I don't know man, it sounds fishy to me.
HM-Why does it sound fishy? It sounds very, very reasonable.
KW-I mean, I've been reading reports and claims. They're profiling secret groups within the Muslim community.
HM-And you know also...
KW-Basically this profiling here is pretty much (UI). Even the most non-practicing Muslim in the masjid.
CW-Is a what?
KW-Is a target. (UI). And then the media (UI) direction of the media (UI) after this London bombing.
AM-They're, they're gonna, they always bring up this issue of sleeper cells.
KW-Yeah.
AM-That's (UI).
HM-Every single time (UI) you never know who these people are. (UI) don't worry about it (UI) they're stupid for sure, but they're not that stupid. People know.
KW-You gotta, you guys gotta see the FRONTLINE episode, type PBS.ORG/FRONTLINE and it's, you just watch the whole episode online.
HM-Really?"
7-15-17-05 Sess. 2 CW "AM-Whoa, we got frogs.
CW-Where? (Conversation in the background continues.) Oh. (Several people laugh.)
AM-I think he saw the frog, and he said wow (UI) (laughing).
CW-Yeah. He's gonna jump into our fire again.
AM-What it is? Suicide frogs?
CW-(Scratchy noises.) I don't know what it is. He jumped over there somewhere." "KW-I've been researching this royal family, man.
CW-Where' ah, where's, where's my other, um...my spoon?
SHZ-(Speaks at the same time as CW.) (UI). (Rustling noises.) (UI) looking somewhere else.)
KW-See what's really going on. I figured out that TAKFEERI thing, too. (Rustling and banging noises. Conversation in background.)
AM-Yeah, good.
KW-Here's the fatwah (scratchy noises). (UI) go on line. (Scratchy noises.) And then, Ah, adeadly bombings in ah IRAQ, AL QAIDA didn't claim responsibility. The, the children that were killed? They denied responsibility for it.

SHZ-Where?
KW-In IRAQ.
SHZ-Oh, (UI).
KW-And here's something else. Ah, I found SHAIKHs in LONDON making dua'a for Allah to forgive...
CW-(Scratchy noises.) Hmm.
KW-.. the people that died on the...
CW-Here.
SHZ-The guys who (scratchy noises and banging) committed suicide?
KW-No (scratchy noises) forgive, to forgive the victims. (Loud scratchy noises.) But, they're non- MUSLIM.
AM-Not all of them are non-muslims.
KW-According...
SHZ-Yeah, the SHIAKH is from AL AZHAR man, I can look, look at their...
KW-Yeah...
SHZ-...they look like AL AZHAR, man.
KW-What's wrong with AL AZHAR ? (Laughs).
AM-To me everything's wrong with AL AZHAR.
KW-That's what everybody says.
AM-Yeah.
KW-Let me see...um...
AM-Oh, boy...
KW-...ISLAMONLINE.NET BRITISH (scratchy noises) (UI) Muslim scholares are drafting a fatwah stripping those behind the grizzly LONDON blast (scratchy noises) (UI) MUSLIM, from the right to call themselves MUSLIMS. (Clanking noises and static noises.) A leading BRITISH newspaper said Sunday...
AM-How can they say something like that? (Very loud scratchy noises.) I mean Allah is the one who gets...
KW-I know.
AM-...to make the final ah, say on that one.
KW-(Scatchy noises.) Let's say, let's say that, that the ah, suicide bombings haram . And let's say the killing is um, murder...that's doesn't take you out of the fold of ISLAM. It's just you're a FASIQ, at worse.
AM-Right.
KW-You're a sinner.
AM-Really.
KW-Right?
AM-Uh hmm.
CW-Uh hmm.
KW-So, how, where did they get (scratchy noises) this from? (Scratchy noises.) Signed by dozens of prominent MUSLIM bodies, masjids, ISLAMIC scholars and community groups.
AM-I think they're worried about their status in that commu...(UI)...country...
CW-(Interrupts) You know what?
KW-The religious edict will brand the attack of (UI) of the basics, most basic tenants of ISLAM reported by the INDEPENDENT. And somebody says, if these bombers are found to be MUSLIMS, we will make it clear, we utterly disassociate ourselves from them, even if they claim to be MUSLIM or (scratchy noises) acting under the mantle (scratchy noises) ISLAMIC faith. We reject that utterly, said the official spokesman of the MUSLIM COUNCIL OF BRITAIN.
AM-(UI).
SHZ-Certainly, they can say these acts are not ISLAMIC, but...
KW-Yeah, they say these guys outside of ISLAM?
AM-(UI).
SHZ-It doesn't make sense.
CW-Well, I mean, how can you...I don't know.
AM-First of all, to me.
CW-First.
AM-How can they even prove that they're the ones who did it.
SHZ-Exactly. That's the first thing?
KW-I'm just saying, even if they were proven. (CW clears throat.) And even if...you know.." "KW-They were saying how there's been (scratchy noise) 500 bombings. Suicide and car bombings throughout IRAQ in the past six months or something like that.
AM-Wow.
KW-Yeah.
AM-That's a lot.
KW-Yeah, it's a quite a bit (starts to laugh).
CW-Yeah.
AM-(UI) a lot.
CW-Well, the insurgencies getting stronger over there anyhow. (Rustling noises and scratchy noises.)
KW-(Stutters) I've been trying, you know that thing I was telling you about in FRONTLINE and the TAKFEER thing? I talk to a brother, man (clanging and scratchy noises) and ah, I asked him, you know OMAR KURDI ?
SHZ-Yeah.
KW-I talked to him to ask him. He's blaming it on IQWAN MUSLIMS. He hates IQWAN.
CW-Huh.
KW-And, huh, he, he said they're TAKFEERI IQWANS .
SHZ-Really?
KW-Um, AIMAN ZAWIHIRI was TAKFEERI . And he said TAKFEERI, media don't know what they're talking about. He's like MUS...how do you expect the media when MUSLIMS don't even know what it means. TAKFEERI ...and I knew this, the word, supposed to mean (studders) is they say their persons a non-MUSLIM. You know? They declare you a non-MUSLIM if you commit a major sin. So OMAR KURDI's calling them KHAWADIJ.
AM-Whom? The TAKFEERI's ?
KW-When he, he said OSAMA BIN LADIN is KHAWADIJ.
AM-But why?
KW-He said, because he declared, uh the roy...or leaders, I guess he was implying the royal family is non-MUSLIMS. He did TAKFEER on them.
CW-And the royal family has, uh this authority from where?
KW-Huh?
CW-The royal family has this authority from where?
KW-What?
CW-I mean, the people who bring in whores from all over the world?
KW-OMAR KURDI said is the worse you can call them is FASIQ.
CW-Uh hmm. You can't even call them that." "KW-Yeah, yeah, yeah. I mean, look at LONDON, man. After this, they...the whole community, it looks like, the way the articles are saying...did a complete 180.
AM-(UI).
SHZ-Yeah. They're like, already I cannot believe how he did it. There must be a certain force behind him. You know? They always putting this thing, that...well, now they know that they're the ones who did it, but...
KW-Uh huh, huh, huh.
SHZ-...not accepting, accepting it. You know?
KW-Uh huh.
SHZ-That cannot be real...realize it. They have done it. They already accepting it. But there must be something behind them. You know? Who forced them to do this thing?
KW-Yeah, yeah, yeah.

SHZ-Because they were so good and...
KW-Yeah. Yeah a lot of the, the (stutters) suicide bombers, they say, um, people didn't, didn't even expect...
SHZ-Yeah.
KW-...them to be the ones to be doing that. Like one guy was 18 years old.
AM-Yeah.
KW-Never involved in politics. Never ah, they were like...this is not...they were shocked. One guy was a primary school teacher. And his co-workers like, I can't believe it.
CW-Uh hmm.
KW-He gives to the poor. He ah...
SHZ-Yeah, but...
KW-...cares for his parents.
SHZ-(Speaks at the same time as KW.)...who knows he hated, in the first place.
SHZ-Exactly. What's not...
KW-Yeah , yeah. He could have been a passenger.
SHZ-Yeah. (KW laughs.)
SHZ-That's (UI), that's (UI), that's (UI)....
CW-Well see now. That's the real problem that I have. Because (scratchy noises) they, I mean MUSLIMS died, you know, in the WORLD TRADE CENTER. They've died, you know, in this, in the LONDON bombing. Well, how can you determine if those are the people that actually did it?
SHZ-Exactly. This is what (UI)...
KW-I asked him, I asked him, I asked a guy at work about that. You know? Because I thought maybe they had some technology.
SHZ-Yeah.
KW-They take the DNA and maybe they can find out the guy's identity.
CW-Uh huh.
KW-I'm like, man this must be some awesome technology (laughs). The guy's body parts is in smitherines and if you take...
SHZ-And you can find (UI).
CW-(Speaks at the same time.) You can take a little blood splotch and figure out...
KW-But the guy, he, he kinda made it make sense (scratchy noises.) He said what they do is they at...you know, they, like the people that come up missing? They go through the list. And any name that looks like a MUSLIM name (someone laughs), then they analyze that. And then from there, they go to the family. And then from there...you know, it's just investigations.
AM-I know.
KW-And they make the link, and then finally...you know, just like a regular police investigation.
AM-Yeah.
KW-But they have all their think tanks focused on it.
CW-Yeah, (stutters) but they can be very well just making links based off of false knowledge.
AM-Right. Right.
SHZ-(Speaks at the same time) Right.
SHZ-(UI).
CW-Just (stutters) based off (scratchy noise) of hearsay. Because...
SHZ-Exactly.
CW-...you can't tell. Even talking to the family, you can't really tell.
SHZ-(UI).
CW-Especially when people are saying, I can't believe that this guy would do something like that.
KW-Yeah, yeah, yeah.
CW-You know, you can't just, you can't say all of a sudden that this guy's linked to some sort of...
SHZ-(UI).
CW-...you know, terrorist group."
7-15-17-05 Sess. 3 CW "KW-Yea we could fit a profile so good Yea you're right Adnan
CW-what profile?
AM-The terrorist man
KW-If anything would ever happen man that would come straight for us
SHZ-UI
CW-The thing is we are not suicide bombers
AM-Man that could easily fit us into those profiles of sleeper cells and
CW-Yea but we are not suicide boomers
KW-(UI).
KW-We don't have to be
AM-Yea we don't have to be before they catch you before hand. We don't have to be.
CW-But we
AM-You don't have to be man
SHZ-Seventy-seven
CW-Why?
AM-Because they are going to catch you alive you're not a suicide bomber if the catch you alive.
CW-Yea but don't even have the philosophy for suicide bombing right?
AM-What?
KW-You don't have to. Those kids that where in the London bombing we don't know the people that knew them said they didn't have the philosophy either
CW-Yea you're right
AM-But we people would not even have second thoughts about us you know
CW-But that's every Muslim don't you think
AM-No, no, no, not every Muslim we would be like, I mean for some Muslim people, would say oh, no, no. For us they'd say ya man.
CW-I don't know about you
AM-(UI) a jury for us .
CW-I don't know about you Adnan because you are the one that want to tinker with the electronics man
AM-shut up just because I told you man (UI) you gotta...
KW-No no check this out, okay the biochemist that they found Egypt He studied here in America
AM-He was studying for PHD in London right
KW-No here in America
AM-Here in America okay
KW-And he was a graduate student and they say he was the master mind in making the bomb
AM-While I am not studying biochemistry.
KW-(Laughing)
KW-I don't know what biochemistry has to do with bomb making.
AM-It does have everything with a bomb
KW-Oh yeah? Oh yeah of course chemistry.
AM-It has everything to do, yeah. That's how you make the compounds and everything
CW-Yeah, well all you have to do is go on the internet and by a book man poor man's
AM-It's not that easy CW to get the book it how everything counts
CW-Huh?
AM-Electronic aspects is different than biochemical aspect is different everything, everything counts
CW-Yea but Brad was telling me you know Brad
AM-Yea
CW-Brother BRAD, he was saying that it was so easy to make C-4, you would believe it
AM-Really?

CW-Yeah, says you can do it with common you know hardware; common hardware store goods and stuff
KW-Just like they can make methamphetamine.
CW-Yea
KW-With what.....
CW-With some cold medicine or something
KW-Yeah, cold medicine out of the drug store. I was in the drug store the other day and they have if you want a particular cold medicine they just have a card you take, you take it to the register "
7-26-05 CW "HM-So anyways, the point is Muslims do these things, but they're not really Muslim. They're hypocrites. They don't know their deen. If they knew their deen they wouldn't do this. They go fight the way (UI) fight.
CW-These are people who love their life more than Allah. Why would they give up their life for nothing.
HM-They don't. They don't. They don't. They wanna do something very powerful, because their whole life, they've been failing in practicing their deen. And they don't have the courage to actually do it every single day of their life. Honestly, I know these kind of people. They're freakin'...they're ready to die.
CW-So they think it's the easy way out?
HM-It's a beautiful quality. Yeah. It's a beautiful quality. They wanna die. They wanna for Islam.
CW-So they, so them people like SHAIKH OSAMA can utilize these people. Right? In other words, if we have a war going on...
HM-Mm-mmm.
CW-...we can utilize those people for our cause.
HM-Yeah. Yeah. They could. But you know what, when they die, it's between them and Allah. Now, if they're really martyrs or not, and why were they really fighting. Only Allah knows.
AM-There was...there was a hadith...
CW-No, but what I'm saying as far the strategy of warfare.
HM-Yeah, they'll be...they might be useful to us, but in the long run are they really going to be useful to us?
CW-On this, KOBIE, do you have any knowledge on that like, can you use somebody who might be deviant for your cause?
AM-Yes, you can. Yes, you can. Here there's a hadith. There was this uh, SAHABBI at that time and Prophet (salalallai wa salam) predicted that he's...
CW-(UI).
AM-...going to go to the hellfire, right?
HM-Mm-mmm.
AM-Then there was this battle and he fought very like a uh,...
HM-Fierce...fiercely, huh?
AM-Very fiercely and everything, but he got injured and every...all the other SAHABBI were saying that 'Ya Rasoolullah, you predicted that he...that he's the most of the people of the hellfire. But he's fought so well that he's...'
HM-He's known as a martyr.
AM-Yeah. But the thing is, no, he didn't die. He didn't.
HM-Yeah, but he wanted to be known as a martyr, right? Martyr.
AM-Well no, that...that wasn't it.
HM-Oh.
AM-The thing is, when, but whatever he did, right, he was, but all the SAHABBI were curious. Like why did Rasool (sallai) say that he is the most of the people of the hellfire. But then a few days later uh, they came to Prophet (salalallai wa salam) and said that brother committed suicide, because he couldn't uh, take, you know...
HM-The pain?
AM-Yeah, he couldn't take the pain of the wounds that he got in the...in the fight. In the battle. So, he committed suicide.
KW-(Interrupting). He committed suicide. That's why he went to the hellfire.
AM-That's why he went to hellfire.
CW-So...
AM-Even though he did good on that battle and he killed the most people and everything, but...
CW-So we could use people like that then.
AM-We could use people. Okay...
HM-Yeah, but it's not...it's not uh, it's not...again, you don't know who's doing what for what reason. So you could use them for good, you know, if they you wanna fight, fine, use them. So, how they go out really is between them and Allah. (UI).
CW-No, but you could actually recruit.
KW-But you won't be held accountable.
HM-I think...I think that...
CW-But what I'm saying is...
AM-...I think you'll be held accountable.
CW-But let's say this though.
HM-Well, I don't know.
CW-SHAIKH...SHAIKH OSAMA right here, OSAMA's cousin can...can go and...
HM-Okay, that's fine.
KW-Let me get some water. You want some water?
CW-Yeah. Okay.
HM-No. They're closing. They're closing. Don't bother them now.
KW-Okay.
CW-So, we...you could actually...
HM-They're trying to get out.
CW-No. So, you can actually recruit somebody as a suicide bomber. Right?
AM-No, no, no, no, no, no.
CW-Specifically...
HM-But CW, you'd be held, you'd be held accountable for that, CW.
AM-No you can't. Why can you get somebody for a suicide bomber?
HM-You're recruiting somebody who is ignorant.
CW-Because under certain circumstances that's permissible, right?
AM-No, it's (UI).
CW-Like in PALESTINE.
AM-Well, that's...
CW-Okay, or IRAQ.
AM-We cannot...we cannot encourage somebody to do it.
CW-No, no, no, I'm not saying encourage. They're already predisposed. All you do is just say, well, we can help you.
AM-I...I...don't think so.
HM-You'd be held accountable, CW. How can you do that?
AM-You can't do that.
CW-You just said...
HM-It's like telling somebody...look, it's like telling somebody, we need money for the UMMAH.
AM-That's something different. That's something different.
HM-We need money for the UMMAH. How you get it?
KW-It doesn't matter.
HM-I don't are how you get it as long as you get it. And you know they're gonna go rob banks and all that stuff.
CW-Okay, but didn't you guys just say we could use people like that?
AM-We could use them, but not for suicide bombings.
CW-How do...how do you use them?
AM-You use them for fighting. HM-CW? CW? If I'm gonna start an army, I'm gonna start an army..I'm not gonna go with people that I know that are thieves and the money they're gonna bring is going be haram money. I'm gonna make sure the money that I'm getting is halal money. So don't use people that are going to do haram things to do halal things.

KW-Yeah, that's true.
HM-Cause you'll lose at the end.
KW-That's true.
HM-You 'll lose and they will lose and you don't get anything.
CW-Okay.
KW-That's the methodology even with dawah. The objective is to bring people in ISLAM, right? But the means to do that all have to be halal means.
CW-Yeah, you're right. "
8-2-05 CW "CW-I think uh, I think you're pretty safe so far that, of so far as your DEEN is in order, s - so far as maybe like we're planning, that you follow that plan, um. But, but as....
KW-Yeah, you're right.
CW-I have uh, see I have a question in my mind with regards blowing myself up. So, I'm not gonna do that. (Laughs)
KW-Me neither.
CW-You know, if there's any question in my mind I'm not gonna do it. Because I ain't gonna end up in the hell fire.
KW-Yeah. Exactly. If it's uh, even a gray area. I'll stay away from it.
CW-Yeah. Stay away from it.
KW-I get rewarded for that. I mean, if you wanna say it's a gray area.
CW-Yeah.
KW-Yeah, that's best to stay away.
CW-And that's, see I don't have a problem with military operations stuff like that. No problem at all. But - but when it comes to you know - you know this suicide bid or. Even involving a whole lot of unnecessary civilians. I have a problem with that, so That - that I'll stay away from.
KW-Yeah. I'm the same way. It's just that um, I can see where they coming from. But I wouldn't do it. Because I'm not in that situation. (Laughing)
CW-Right. Like you really can't, the per - person in that situation you really can't - can't make a judgement, because Allah may have mercy on them for that hardship they're going through.
KW-Right.
CW-But, you on the other hand, if you place yourself in that situation it might be a different story. So....
KW-Yeah, yeah. Like SHAMIL BASAYEV. His whole family was massacred by Russians.
CW-Yeah, there's no telling what you're gonna be capable of doing after that.
KW-(Laughs) The whole nation is being invaded, I mean. He lost a leg. I mean (Laughs).
CW-Yeah. You know, and - and I don't blame them for what they done to the Russians. I mean, if you look at all of the pictures of - of the things coming out of Chechnya. The only thing that you see Chechians killings is - is armed soldiers.
KW-Exactly.
CW-And you know, but you see an awful lot of dead civilian Chechnyns from Ru - whenever Russians moved in.
KW-And he says that in there. Allah says in the Qur'an, Drive them from their homes, like they drive, I've seen that translation. But he says, fight them like they fight you. There's many different ways of wording in the translation.
CW-Is that - is that a Qur - Qur'anic thing or is that hadith?
KW-(UI) in Quran. It's straight from Quran. I can find my grace for you. But Allah says do not transgress beyond bounds.
CW-Yeah.
KW-Meaning, and he - he said and I haven't transgressed. Not - not even come close to transgressing. Meaning if you wanna compare the atrocities they've done to my people. And compare these few three or four incidents. It's nothing in comparison. Nothing. Subhanallah. So, there's no injustice that (UI) after that. And he said the - the - the Russian people. It's the guy asked, so you're saying that the children in that school are responsible? He said, no, I'm not saying that the children are responsible or the atrocity of the Chechnyn people. I'm saying that the Russian people are Responsible for what happened. Because of their silence for.
CW-Mmm, hmm. Well they live in a democracy now. Now they're blame worthy. You know.
KW-Yeah They elect their leaders and that is what uh, yeah.
CW-Subhanallah. Yeah.
KW-Pretty much true. I mean if you wanna look at it. They are blame worthy. I mean they chose this guy as their leader. And they're backing him. So, they pretty much hired him.
CW-Yeah. You know I'm kinda wondering if something does happen in this country again what that's gonna mean to us. I think it's gonna get a lot harder on life here. Where gonna - where gonna be forced into a situation." "CW-Yeah. You know I'm kinda wondering if something does happen in this country again what that's gonna mean to us. I think it's gonna get a lot harder on life here. Where gonna - where gonna be forced into a situation.
KW-Like, why DAWAH is sooo important. (UI) I clear ask, you know MUHA - Shaikh MUHAMMAD ADALI was in town this weekend.
CW-MUHAMMAD ADALI? I didn't know that.
KW-Yeah. He's was all he did KHUTBAHS (UI). Any ways KHALIL asked him a question. He goes uh, we don't have resources, for new Muslims. Financial, psychological, none of this, you know. They have means when become Muslims. They have means. You and I know this. Like for example, the hou - the WholeWay house. They don't have jobs. I mean, is they have they come with all sorts of problems. Not just poor but rich uh, I mean, it's just, domestic abuse, I mean, you name it. Americans have issues. And becoming Muslim, into a community they expect us as a community to - to um, nurture and help them with these issues. And we don't have the resources. CW-Yeah. KW-We don't. Face it, we don't. I mean, we do have financial resources. (Cars passing by) But we're not organized (UI). But the thing is Shaikh MUHAMMAD ADALI was like, you still have to continue the DA'WAH. And uh, you can't stop. You know. Whether this is you're here or not, just can't stop. He asked KHALIL. Well, yeah, of course you can't stop. Why you asking that? Well, because brothers be player haten' Their's a lot of brothers out there who - who have this mentality that you shouldn't do DA'WAH. Because of uh, for that very purpose. Look what you're bringing them to. And so, it's don't do anything at all. You shouldn't do DA'WAH at all. And uh, I, it - it - it's not uh, explicit message it's an inscribed explicit message. That brothers give in the community. And uh, which can be discouraging for DA'Is, you know. So, I mean we need to continue to DA'WAH no matter what. Teach people about Islam, uh, make them become of, get them to become Muslims. Then uh, Inshallah, you know the tides are turned, In sha Allah we become one Muslim country.
CW-(Laughs) Inshallah. Wouldn't that be somethin' uh?
KW-If it's (UI) the numbers will be much greater, besides the number of Muslim (UI), you now?
CW-Yeah. And when you have it indigenous Muslims uh, the community tends to strengthen to I think. Because most, indigenous Muslims tend to be strong in the DEEN, a little bit more willing to learn and become knowledgeable, you know? Where the immigrants over here are typically under the radar.
KW-Yeah. That's true.
CW-But I think - I think we're in a - in a time that's prime for DA'WAH, because when that - when that next one takes place. Then DA'WAH's gonna be shut.
KW-Yeah, exactly. You better hope you have some sympathizers. (Laughs)
CW-Yeah, big time.
KW-People who, I mean if you do the DA'WAH, people will sympathize. Sympathize with you, and Inshallah you know. (UI). I mean people change, Inshallah. I don't know. Allahu alim, Allah knows the future. Something happens it be bad, very bad. And they, I think the leaders in this community know it.
CW-Yeah.
KW-That's why they've taken the stance that they have. Is a very uh, scared.
CW-I don't know, I'm kinda watching and waitin', man. Because these people keep hittin' places, but, maybe, they'll maybe, maybe they provoked us enough right know. Got us to do what we want, what they wanted us to do." "KW-To kill I was working with like would you blow yourself up. Nah, I wouldn't blow myself up. I wouldn't be no suicide bomber. Give me AR Fifteen any day. I man.
CW-(Laughing) Subhanallah I'm telling ya. Those are nice guns, man. I was thinking about getting a new one, though. I was thinking about trading this one in for a uh, lighter, uh, model.
KW-Oh, yeah.
CW-And since they relaxed the laws on 'em and stuff. I can get 'em, ge - get one that's slightly better. But, um, I mi - I might hold off on that still for awhile. I would like to though, because I'd like something little bi - little bit lighter. Little bit, sss, more compact. Ummm. The - the U.S. military is having problems in IRAQ with - with AR Fifteens because they're to big to carry in a HU - HUMVEE. So now they're - they're wantin' smaller guns.

KW-Oh, yeah?
CW-Because their - their hard to shoot outside the windows. From a HUMVEE.
KW-Yeah, I could see that." "KW-Here's a gun. (Laughing) Yeah, you know like um...(UI) DA'WAH, it's pretty interesting, and if the Muslims do this, it'd be so good man. Is that, like, when they come to you with a question, you convert it into TAWHEED. You know. Like uh...you know questions about suicide bombings this and that. You could easily turn that question to something where it relates to Allah's oneness. And it's so funny man, that, this kid he kept asking me, asking me, asking me, what about Al Qaida? What about the Taliban? (UI). I'm like this guy is (UI). Gotta keep him on TAWHEED I'm telling myself. And I kept him on TAWHEED so much to the point where he just stopped asking questions. (Laughing) But (stutters) he left with the impact though. I put a seed inside of him.
CW-Yeah. That's, that's good. Mashallah.
KW-I think the Muslim community needs to do that more.
CW-They'll get those questions answered later on though.
KW-Yeah, yeah...
CW-You know, those are (UI) line questions. You really wanna cut, cut down to the chase and let them know the core of what Islam is and...
KW-Exactly.
CW-The rest of it they just build on.
KW-Yeah. And they wanna know about women, this and that and I was like, dude, But he (chuckling) I gave uh, I gave uh, I just I was like when are you gonna become Muslim man? Come on, become Muslim now. I told him like that. He was like well I believe that you know you should follow the religion you were raised in. Like awe, he's in that comfort zone. (Laughing) Like when you meet your creator, is that, what you gonna tell him, oh, I followed the religion of my forefathers or uh heaven?
CW-Yeah. Huh?
KW-So I was like, dude ... yeah he ...
CW-Hmm. (UI). Yeah, you know I um, I was telling you about uh, I think last week about these sisters that wanna take out (UI) just because they feel suspicious? "
8-9-05 CW "AM-Oh, oh, oh yeah. Do you have the other one, the one, you said uh...the other one, on NightLine that was supposed to come?
KW-Which one?
CW-Oh uh, MUSHARAF?
AM-No, not MUSHARAF...the uh (UI)
CW-The what? Oh of Suicide Bomber. When, when is that?
KW-Oh I missed that, I missed it.
CW-You missed it?
AM -Awe!
KW-Yeah, yeah, yeah.
CW-Oh man.
KW-(UI) Wait a minute. Did I miss it? See that?(Coughing)
AM-It's on there.
CW-Cool Here's another one for KW.
KW-I got, but I did record the HOUSE OF SAUD that came on Frontline Saturday night.
AM -Really?
CW-House of what?
KW-The history, the HOUSE OF SAUD. It's pretty good. (UI)
KW-Saudi, Saudi... Royal Family." "KW-He has no choice but to get married. That'd be wrong, I couldn't stand it (UI).
CW-Oh is this SHIRAZ that's coming?
AM-No, SHIRAZ is already here man.
CW-Oh I thought he stayed in California with the chick.
KW-Naw she's coming here after Ramadan. It could be wrong cause all you guys go down there, she doesn't get married. (Laughing) That would be wrong man.
AM-Yeah, I stopped by cousins place in Dallas and uh, it's working brother. (UI)
CW-Okay. No, no, no I trust you. (Laughing)
AM-No, he, he, you remember my cousin right? You met him while we were in Dallas?
CW-Your cousin? You, yo, yeah, yeah, yeah. (Laughing) Him?
AM-Huh?
CW-What about him?
AM-No I met, I met him when I was going to California. So when I told him this is vacation, his, his wife you know, his wife say, cause she was like, I mean, are you gonna get married? (UI) well everyone's going. He has no choice! (Laughing)
CW-Oh no.
KW-(UI) the whole family, cousins and all. If he said no, and turned her down.
AM-Exactly.
KW-Or she turn him down. You brought all you guys over there to the other side of the country.
AM-Right, right, right.
KW-For nothing.
AM-Exactly. And you no that's a no no. That cannot happen. You know. There's so much already at stake.
CW-I know man, you say no after that, oh man, there's gonna be hell to pay.
AM-Exactly. Next time you talk about marriage, nobody's gonna come.
CW-That's right.(Laughing) No, no wonder why the brother didn't have an expression on his face.
AM-(UI) hadn't even seen her.
KW-Yeah man.
CW-I know.
KW-What if she was like...ugly?
CW-Uh, butt ugly. I mean like you couldn't stand to live with that ugly.
AM-Well he said he's willing to compromise. I don't know to what extent but that's what he said.
KW-Compromise.
CW-I don't know man.
AM-That's suicide man.
KW-Like uh, uh integral part of the marriage (UI).
CW-Yeah.
AM-I have a woman's (UI).
CW-That's the only way you can really do justice right?
AM-I know man, I, I, I'm with you guys whole heartedly. I don't know what (UI).
KW-Well maybe (UI) because of the protection.
AM-What? Whatever! I mean how can you do something like this? "
8-23-05 CW "CW-Yep. We were thinking you might have a dead body up there.
AM-The cat's still alive right?
CW-Yeah, the cat's still alive right? You didn't grind him up and put him in the hamburger? (Laughs). Look at this man. Some of these guy's like that there. Is that a suicide bomber?
AM-Yeah, yeah.
HM-(UI).
CW-It depends on how many people are around you man. When you sign up for the military your signing a death warrant you're giving your life sacrificing your life for the cause of your country. What a waste of a humvee, man. I could be driving that around Houston.
HM-(UI).
CW-They would show us on television here but they would not show their own people on television here. What is that? Is that the black flag? No.
AM-I don't which channel is that.
HM-(UI). Show me the beginning part. The beginning part was good. (UI). That stuff needs to be cut out.

CW-Why? Why? That guy said you sign up for the military you're sacrificing your life for the cause of your country. So why not the cause of Allah?
HM-The cause of Allah (UI).
CW-Well, yeah.
KW-There's a CD called Jihad against terrorism (UI).
CW-Jihad against terrorism? Proofs against it? I don't know. I've heard a lot of proofs against it but I don't buy all of 'em. I mean it's not anything that I would do but I mean, like, for instance, I saw the movie PLATOON. Did you guys see the movie PLATOON? In PLATOON, the American forces were being overrun by the Vietcong. One of the Vietcong took a grenade and ran into the central communications tent and blew himself and the tent up which helped them overrun the rest of the American forces. Is that suicide or is that sacrifice for the cause of your country?
HM-(UI).
CW-Because that was the only way, it was the only way to get in there, get close enough.
HM-(UI).
CW-So, they're mowing down your family. Do you jump in front, take the bullet, or do you let your family be mowed down?
HM-That's not committing suicide. JIM!
CW-It's the same. It's the same. You are defending the innocent.
HM-Say we are going to war, we on the battlefield. Ok, we've all taken a pledge to fight to death, we don't quit and we don't run we're fighting (UI) that we would all stay strong to the very end. (UI). look around everybody's dying I'm facing the enemy, me and a couple of guys only. I'm gonna keep fighting on and not quit even though I know that death is coming (UI). That's not committing suicide.
CW-Sure it is.
HM-No it's not.
CW-You're sacrificing yourself for the cause of your country or
HM-Suicide bombers what they do is a very cowardly thing and they're not even sure (UI).
CW-How do you know? How do you know? How do you know?
HM-When a guy goes (UI).
CW-What you're seeing on television is not necessarily what they're claiming.
HM-When a guy straps on his bomb and goes into a pizzeria
CW-What you're seein' on television is not necessarily what they're claiming.
HM-When a guy straps on his bomb and goes into a pizzeria, ok, how is that not cowardly? How is that (UI).
CW-I'm not sayin' that. They didn't go into a pizzeria, what you saw in that video. That was a military strike. This isn't the innocent. I'm talking about this video.
HM-(UI). That video is one thing (UI).
CW-Because you hear every day of troops being blown up by suicide bombers. That's a military strike.
HM-Hey JIM, this is the thing.
CW-Just stop it. How would you say that that's not a military strike?
HM-(UI). Number one thing: I don't know what happened in that video clearly but somebody if you tell me that that was a suicide somebody committed suicide already the whole act for me already (UI).
AM-Stop it?
CW- Yeah, yeah. He said to stop it.
HM-Are you listening JIM?
CW-I know what you're saying. HM You've already explained that even if they were mowing down your family that you would let them.
HM-(UI) even then committing suicide, doing an unjust thing for to get justice it doesn't work.
CW-All I'm sayin' is that you can sit here, you can sit here in your plush country and you can judge what people are doin' over there or you can be in the trenches over there and do whatever it takes to defend your land and defend your people and worry about the judgment after that.
HM-(UI). Face it JIM!
CW-No, no. See you're sittin' in a nice plush home, man." "HM-(UI). Rape you know that's injustice (UI) why somebody was raped. I don't need to know that.
CW-No, but before, but before you come out with any judgments on, on this is Haram and this is not and this is not Haram, you have to know what circumstances those people are going thru yes, blow
HM-What circumstances do you have to be in where you can justify (UI).
CW-Blowin' up.
KW-(UI) nightline.
KW-That's SHAMIL BASAYEV from Chechnya
HM-I don't need to see it. I'm tellin' you, I don't need to see it.
CW-Yeah.
KW-(UI) gone thru it, personally.
HM-Can you ever justify to me that rape is ok? Can you ever do that?
AM-No.
HM-You can't.
CW-What's even worse
HM-(UI) under any circumstances.
CW-Well, what's even worse is that you would allow a rape to happen and not an nothin' about it.
KW-We don't know how far we would be driven.
HM-(UI) I'm saying, I'm saying if you tell me somebody raped somebody I would say Hey ok if this person truly committed an act of rape, this is an act that is against Islam and they would get what they deserve in the day of judgment from Allah. You tell me somebody committed suicide or murder or anything else I'll say that this an act against Islam and they will get their judgment from Allah. Ok, judgment. That's it. I'm not judging that person for what they've done, I'm just saying that this is an act
KW-I agree.
HM-That is against Islam.
KW-I agree.
HM-(UI). why they did it, under what circumstance, and what degree of level (UI).
KW-It's not for us to judge.
HM-(UI) drug addict (UI). selling drugs (UI) I'm not gonna put you under the same (UI).
KW-It's just like here in America with the low income families (UI).
HM-(UI). I don't think their justified (UI). Under many circumstances. (UI). say middle class, good neighborhood and they end up becoming murderers or drug addicts or alcoholics. They don't have the same excuse as somebody that is their uncle is selling drugs, their mother, their father. I know somebody right now that, that the guy is 29 years old and his parents are like 60 and 70 and they are still selling marijuana.
CW-What, but still
KW-State of mind. There's reasons why.
HM-But the point is, the point is it's still a haram act. You can't deny (UI).
CW-No.
KW-But where JIM is coming from is that you have Shaikhs, Sheiookh, in the Muslim world who like the Muslim British Counsel
HM-Not my Shaikh.
CW-Making TAKFEER
HM-(UI) bombings ok. If you're gonna tell me something that goes against the Qur'an then I'm not going to respect (UI).
KW-They said these people were KAFIRS. They declared them KAFIRS.
HM-Who? Who?
KW-The British Counsel of uhhh
HM-I would never go that far. I would call anyone KAFIR.
KW-(UI) publically said that.
HM-I don't think that's right either though.
CW-Right. Right.

HM-I'm just sayin' we need to be honest (UI) suicide bombing, committing suicide is not accepted in Islam. (UI).
CW-But that's not true.
HM-It is true JIM.
CW-No, because there are certain circumstances where that is allowed. For instance, you're falling on your sword on behalf of your brothers. Somebody throws a grenade in your bunker, you jump on it to protect your brothers.
HM-That's not committing suicide though.
CW-That's suicide.
HM-No, it's not.
CW-Yes it is because you intentionally killed yourself when you could have survived by not doing that.
HM-You intentionally protected and tried to save harm from other people. That's what you tried to do. It wasn't you were trying to kill yourself.
CW-And that's exactly what people in that video were doing.
HM-Ah, not quite.
CW-They were fighting a foreign army we were talking about that video, the Iraq video where the guy drove into the compound and blew.
HM-(UI). I don't see it that way. I don't see it that way at all.
KW-So what do you think about (UI)?
CW-Yeah.
HM-You're putting in circumstances where the
CW-You're doin' what PRESIDENT CLINTON did. What, what is sex really? Right? What is sex? Oral sex isn't sex. I mean you're doing exactly the same thing with suicide.
HM-JIM, if you get a noose and put it around your neck and stand on a chair and you hang that noose up and you kick the chair from under you, is that suicide or is that an accident or is that, why'd you do that? You did it say there's an army coming in and they are about to kill you and you know they're gonna kill you and they might torture you so you're gonna take yourself out first. I don't think that's just because you didn't know what's gonna happen JIM.
CW-That has nothing to do with noosing yourself man. That doesn't apply.
HM-(UI) come to the door and they decide to leave and you may save you (UI) angel (UI) you don't know.
KW-What if this army has a history of torture?
HM-So listen, here's what I'm telling you, look. You are there in a bunker and somebody throws a grenade in. Ok, now that grenade is right there in front of you and there people around you, kids, or whatever, now the best thing you can think of is that I wanna, I wanna jump on this grenade so that the, the pieces of it, the metal fractions of it don't hurt other people. It doesn't mean that you're gonna it doesn't mean that you're gonna die. It doesn't mean your gonna die.
CW-HM. You're in the military. You're in the military, so you go, you know the only way to do something is that if you were to drive into a place or fly into a place and detonate something and you know that you might be part of that detonation but the only way that the military can accomplish their goals is for you to do that and you opt to do that. You know that you are going to die.
HM-(UI). I'm not guaranteed. That's the thing, I'm not guaranteed. I'm not going out and saying ok I'm going out today to kill myself. What's your intention? These people are going out to kill themselves.
CW-We already, we already had this discussion. You, you, you would give up your country and your people just for the
HM-I wouldn't, I wouldn't make my intentions to kill myself. I'd make my intentions to save people, to fight, to (UI) but I wouldn't make my intention to kill myself. People that go out and commit suicide (UI).
CW-That is your intention. If you're gonna fight an army that's greater than you are
HM-(UI). Jump on that grenade in the bunker, was your intention to kill yourself?
CW-Absolutely.
HM-No it wasn't (UI).
CW-Sacrifice myself for the sake of the others.
HM-No, your intention was to stop others from getting hurt. That doesn't mean that you're gonna die. You might die (UI).
CW-No.
KW-Was you intention to kill yourself? You wouldn't. (UI).
CW-Yeah, that's right. Well, see I'm the same way.
HM-(UI). There's a good chance you may die. (UI). It's different because your intentions were not I'm gonna go (UI).
KW-It depends, it depends (UI). connotations. I mean it's such a vague word. In that example you gave some people would say, Man, that's suicidal. Go in and take on a whole army by yourself.
CW-Yeah. That's suicide. If fact, why do you think they give out Congressional Medals of Honor HM.
KW-(UI). I mean in the English language.
CW-That is not their intention. Their intention is to strike at the heart of the enemy.
HM-(UI).
CW-Well, that's what your intention is if you join the military and go on the front line.
KW-You know you're gonna die.
CW-Yeah. And sacrifice your life for the cause of the cause of the country.
HM-(UI).
CW-And that's suicide." "AM-Yeah, we have to find out different ways we can help them out. 'Cause they've been here for awhile and what happened when they come as refugees. They only get like 6 months (UI) so I usually get it on a Friday (UI). Other than that (UI).I mean recently I heard that children were turned into Christians (UI).
CW-I'm like KW. I wouldn't do that. I would want to stick around to take out as many as possible.
KW-Yeah, I mean if they feel this is their strategy.
CW-I mean, you can't sit here in a country like this and make a judgment on somebody in a country like that. Only Allah knows what would happen with that person!
KW-Another thing is the scholars that make a judgement, not on suicide bombers, (UI) but I don't see them on the front lines.
CW-Yeah.
KW-The only way you can be a KAFIR is if you commit an act KUFR. Major KUFR, major SHIRK, or major NIFAQ.
HM-There's other Fatwah.
CW-Yeah, from the British, yeah.
KW-Oh yeah, yeah, yeah.
CW-Anybody who commits an act of terrorism, they declared non-Muslims.
HM-(UI). We know that right? (UI). That the West will capture all the Muslims and kill them all.
KW-No, where's this hadith at?
CW-What?
AM-See, see the first thing (AM talking in background over everyone else).
KW-That's why I'm going back to school Aq'.
CW-(Laughs).
HM-You know the guy that did that lecture about Jihad? (UI).
KW-ANWAR ALAKI?
HM-Yeah. (UI). To our right, to our left, in front of us, behind us (UI).
HM-(UI). from Europe (UI) and probably the West, all the West.
CW-You mean, the people, they will capture the people within their own lands?
HM-In their own lands. They will go and capture them, anyone that's Muslim and they will kill them.
CW-Do you have the Hadith on, umm, that you can email it to us?
HM-I don't have it right now (UI).
CW-Or give us the CD." "KW-(UI) that HM's talking about is tripped out.
CW-Yeah, ahhhh, I'd like to hear that because
AM-I don't want to talk to HM if front of other people who I'm not comfortable with.
KW-Yeah, yeah, me too.
CW-Oh him.
AM-Yeah, (UI) why should I? Give him (UI) when I don't know the guy.
CW-Yeah, that's right, that's right.

AM-You can't have people, you know
KW-Yeah, these days.
AM-I mean, he could just take the wrong perception of, without, because he doesn't know me.
CW-Yeah. People make judgments like that all the time.
AM-(UI). See, you know, I remember Pakistan, when they had a war with India in 1965. Pakistan did not have a powerful military. India was very powerful. So what they did, the Pakistani president, he was like MUSHARIFF, he was also the Chief of Pakistan then. He said well we don't have anything right? So the only thing is (UI) we have to be human like one of us should, you know, strap a bomb on himself and lay down beneath a tent and blow it up. And (UI). That's what he said. And it was very famous all the scholars approved of it. And, but he didn't go himself, I mean, people didn't allow him, but then the soldiers went and they, they didn't lose a battle, they didn't win it but they didn't lose it either. So, that was, it's a suicide bombing right?
CW-Yeah.
AM-And the scholars back in that day they approved of it.
KW-Well, now-a-days, it's a different day, a different time, scholars are different than what they were.
AM-I see. All I'm gonna say is that the scholars were outside cannot, cannot
KW-Yeah, I don't
CW-That's what's I'm, that's what I think.
KW-The scholar's that are living in those regions
AM-Only their, their Fatwah can be legitimate, not of anybody else. I don't consider That's, that's not suicide like how, Qur'an said suicide is like ending your life because you are just
KW-Depressed.
AM-Depressed (UI).
CW-Yeah right and things like where you know where Allah has set for us how much money we should earn in our lifetime right? And we get all depressed and down
AM-Because of financial
CW-Because Allah didn't bless us the way that we thought he should.
KW-Like when, ah, what is it, the depression, stock market crash in the 20's.
AM-Exactly.
CW-And people were jumping out of buildings.
KW-Yeah, yeah.
AM-That's suicide. I mean, this is not suicide. I mean.
KW-You know, the suicide in the Western world is the 3rd leading cause of death.
CW-Really?
AM-It's the top most cause of leading death in Japan.
KW-Oh yeah?
CW-Wow.
AM-Cause
KW-So, how can they talk about Muslims?
CW-Yeah.
AM-This is the problem of apologetics. They just want a reason to, you know. See, us Muslims, we get hit by ourselves rather than our enemies, you know.
KW-They fear Kufar.
AM-HM, HM doesn't understand
KW-It's not like, they can't, the Kufar can't come to us and say anything.
AM-Never, never. I mean the fighting
KW-The suicide rate in the Muslim world is, is like, .3 percent.
ANDAN-Yeah, it's not even there.
KW-It's not even 1 percent. That's over 1 billion. In all the whole Muslim world. I heard this from KHALID YASSIN.
AM-Really? That could be true I mean we don't I mean of course suicide in our religion is a sin is a grave sin. We're not supposed to but I don't consider this suicide it's not
KW-It's a strategic military strategic it's just
AM-Exactly.
KW-(UI) defining it as suicide.
AM-And we right.
CW-Right.
AM-'Cause it's not, it's not for those reasons like we said ending your life because you're in a debt or in the stock market crash.
CW-Even so, like the guy, like Adnan was mentioning Jihad against terrorism. Well, what is terrorism? The US government don't even know what terrorism is.
AM-No, he said there's a video
CW-No a CD about, called "Jihad Against Terrorism" that talks against suicide bombing and makes judgments. I don't know, probably Impact or some stupid group like that.
AM-No, there's another group in UK who's coming up with different stuff. It's probably them.
CW-Yeah.
AM-But, I mean.
CW-Noboby even knows what terrorism is.
KW-There's state terrorism.
CW-Yeah.
AM-There is state terrorism.
CW-So what are you gonna
KW-Exa Oh Uhh perfect example, Russia America.
CW-Yeah.
AM-That's what it is.
KW-If you want to define terror that's why CHENEY is changing the a or RUMSFELD, one of them, is changing the um.
AM-The war on terror
KW-The war on terror.
CW-Oh yeah.
KW-Because it can be used.
AM-Exactly.
KW-It's so general
CW-It could be used against the U.S. (Laughs).
AM-It is, it is. I mean that's what SHAMIL BASAYEV actually said. Terror, terror, what are terror they're the same you know.
KW-Yeah.
CW-Yeah.
KW-Even if they said fundamental extremists, I can view Americans as extremist. It's relative.
AM-It is relative.
CW-Yeah.
AM-It is relative, indeed.
KW-They uhhh, the only thing is we just need to get the standards from Qur'an!
AM-Yeah, that's the problem. Yeah, but our, our people are so confused about the whole thing.
KW-There's alot of Hadith that we don't know about man. I mean especially like me and JIM and the rest because everything, we only can accept what they give us in English, you know what I'm saying?
AM-Right.
KW-There's tons and thousands of Hadith's in Arabic that even Arabs don't even know about.
AM-I agree with you. I agree with you. (Laughs).
CW-The problem is people stick with their compilations.

KW-Well, the thing is that they could be hadith. The others, you know, you know, you got the two camps. You got (UI). The ones against we always see their evidence.
AM-See, you know
KW-We never see, get a chance to see the evidence of the other side.
AM-You didn't hear on ANWAR ALAKI's uh, thing in which he mentioned the story of that little boy whom the King tried to kill?
KW-Yeah, (UI). Shaikh SOGOUNI gave it (UI) that hadith.
AM-(UI). Shaikh SOGOUNI gave that?
KW-Yeah, I wasn't there. My dad told me."
9-6-05 CW "AM-He's I mean you, you don't even hear about DICK CHANEY no more. Is he alive.
KW-(Laughs).
CW-Yeah he could be dead nobody would say anything.
KW-(UI). That guy in charge of FEMA man he had no prior experience.
AM-Who the HOMELAND SECURITY guy?
KW-No FEMA.
AM-Oh the FEMA guy is from the CLINTON administration.
KW-No he's not.
AM-Yeah. He was something during the CLINTON administration.
CW-He had no experience?
KW-He was a jock, a horse jockey judge or something like that.
AM-Really. I don't know, you know the, the mayor of uh they mayor of Louisiana or I think the governor of Louisiana that lady. She's
KW-No, no, no. What happened is when CLINTON, CLINTON really beefed up FEMA after Florida got hit back in '92 .hurricane was that Big hurricane and so he put all sorts of funding into FEMA and they really were successful. When BUSH got in power he cut funding (UI).
CW-That was cause it was all going to Iraq.
KW-He cut all the funding and all the people who were like skilled and professional quit.
AM-Really?
KW-Yeah.
AM-Man.
KW-So uh
AM-You know how many I mean their police officers have committed suicide in Louisiana.
KW-No.
AM-Yeah.
CW-Yeah but that's in New Orleans man.
AM-Yeah so many, so many didn't show up for work.
KW-I know that it was seventy-five percent did awol.
AM-Yeah but the thing is uh
KW-Suicide?
AM-They committed suicide.
CW-Yeah there were some that committed suicide.
KW-Why would they commit suicide?
AM-That's a bit disgusting
CW-Well probably cause they lost everything you know.
AM-No look I mean look at what they
CW-In the devastation.
AM-Devastation yeah.
KW-Ah man. See that's what I was talking about. What do you mean you don't need religion?
AM-I'm not (UI) the compliments we are getting (UI).
KW-(Laughs). Who needs religion?
AM-We, we they do need religion but it's not like That's priority.
CW-AM are you becoming secular on us?
AM-I'm not secular man. I'm just talking to you about those people cause I've been dealing with those people.
KW-Yeah I know. That's cause that's their mentality man. That's their mentality. They have no foundation so what you're saying is from the perspective of someone who don't have a foundation in the first place. So they have lie a uh warped mentality.
AM-(UI). The only thing I'm saying is
KW-You look at a poor Muslim. You look at them refugees overseas and you look at images. (UI) behave like these people.
AM-I know, I know I mean
KW-Every time you see refugees in Bosnia or or Somalia they're just walking like it's another day. They look, they look pathetic but
CW-Well they're so use to it man.
KW-Well yeah
CW-I mean they have so much history behind them you know. But, but us I mean even our poor people are rich man I mean compared to a lot of the people in the world I mean that I mean compare the Africans here and the Africans in Africa and it's a night and day difference man.
KW-Yeah they're spoiled man.
AM-It's a (UI).
CW-And they think that the white man coming down on 'em over here. Let's go to Africa and see what the white man's doing. Go to South Africa. You know.
KW-Much worse.
CW-Yeah. Old homie down there selling drugs and living in a slum but he's got a darn good television set.
KW-And a very fancy car."
10-4-05 UCE "AM-They have revenge in Islam brother.
HM-Huh?
AM-They have revenge. An eye for an eye.
HM-It's not revenge, it's justice.
CW-You have to go to a court, and that person has to be sentenced according to (UI) (Movement, walking, moving, laughing).
CW- And HANY, you and I are brothers. HANY goes and kills you, right? I don't have the right to take revenge out on you. I have to go to an Islamic court before I can get a uhhh.
HM-So revenge in this country means that I can, you can just come and kill me whenever you want, that's revenge, that's what she's talking about. We don't believe (UI)
UCE-(UI)
CW-Vigilante
HM-Revenge, we go by the definition, fine I agree with you. Yes, we're getting revenge.
(UI) American. They, they think that revenge is like we're going out killing whenever we think (UI) go blow up a building (UI).
KW-That's not the proper definition of Islam.
HM-Well, I'm saying that's what she's talking about. We don't have revenge
CW-What she's talking about is something like in the (UI) where you have revenge killing, where somebody killed so-n-so's brother and then so-n-so goes and kills him and then, there family and clan goes and kills the others and that's not how Islam works.
KW-But she didn't know about that.
CW-What do you mean she doesn't (UI)
KW-Yeah.
CW-That's in the hearts and minds of Americans.
HM-What she's saying from looking, anytime someone's calling in and they're not Muslim I'm going to take it that they're calling because Muslim's are doing suicide attacks, they killing people left or right because they don't like what's happening to them. I want her to know that that's not what we believe in, we believe in upholding just sentences. Our duty is to uphold just sentences.
CW-I should have went into more detail, but you can't do that without an Islamic court.
KW-Oh, I turned it off."

1-13-06 UCE "KW-(Talking in the back ground) Somebody from Medina University.
AM-You got it.
MS-(UI) suicide bomb (UI)
UCE-It's just a little bit off until we get this up.
AM-Yes.
MS-(UI)
UCE-Uh. Ok.
MS-(UI) The first time I (UI).
KW-Oh yeah. Say what.
MS-Wild boars.
UCE-No wild boars out here.
CW-ADNAN is the one that (UI)."
1-14-06 UCE "MS-The brothers who led the Holy Land Foundation, the last few brothers. Um the youngest of them. Uh he goes to uh MSA
UCE-Sugar (UI)
MS-So he is very close friend of mine as well.
CW-Uh-huh.
MS-And ah, supposedly like ah.
CW-He wanted to kill the president?
MS-No. No. He told us like about the whole Holy Land thing that you don't see on the forefront.
CW-Uh-huh.
MS-You know like uh it's not because like their money wasn't transparent or anything like that. It's because like one time they received a phone call from someone saying " that I'd like funds to go to suicide bomb academy or something like that." So the guy on the other side line said "alright we can organize this." So from that day on everything you know is you got on recording. (UI) what's his name they had connection with that company that apparently dealt through some people and eventually their product ended up in Libya. So, and then you know how Libya banned (UI) technology products and like that. I support them too, Libya. (UI)
AM-That, is that what (UI)
MS-It keeps on getting delayed.
CW-You know what, I believe that as far as I can throw em.' Because I know Muslims organizations and how they work in this country and they don't handle their money well at all.
MS-What about Islamic Relief?
CW-Look at ICNA. Fact. Forty grand goes missing and where did it go, we don't know (UI).
MS-What about (UI)?
CW-What about it?"
3-10-06 UCE "UCE-Do you? Ok you're all right. (Laughs). Have you ever been on a roof to look at the sun set?
(Everyone Laughing).
MS-I have actually.
UCE-Oh really?
MS-Yeah. (UI).
(All Laughing and talking at once).
MS-Not to look at the sun set though.
UCE-Yeah.
MS-I've been on the roof.
UCE-Did an extremely large Hispanic guy fall off the roof? When you were on the roof.
MS-But, but on that same roof, someone committed suicide, so yes (UI). Beat that!
UCE-You know...legs didn't go up in the air.
(Everyone Laughing).
MS-(UI) wasn't there (UI).
UCE-Yeah ROY JONES JR loose a fight the night that happened.
(Everyone Laughing)
UCE-Now that's what this, that's what this Tablighi (ph) guy, he was telling us. He kept us for like an hour telling us this story.
AM-Oh man, I didn't know where this was going.
UCE-And yeah we felt pretty dumb 'cause it took us about thirty minutes to realize that it was going nowhere. We were like, ok the brother is getting to his point...he's gonna (ph) say it real soon...
(Everyone Laughing).
UCE-And I'll, I'll admit everybody else was trying to be polite and I was like what a minute...
UCE-You wasting our time. (Laughs) I was like wait a minute. Seems like ROY JONES JR. need to whoop your butt first.
(Everyone Laughing).
KW-That's what you said to him? UCE-Second, he said everytime I tell this story, ROY JONES JR loses a fight.
(Everyone Laughing). UCE-That's what he said. (Everyone Laughing). UCE-Then he thought about what he said and he came outside and was like, oh well I was looking at this paper, and then he read the entire thing. (Everyone moaned).
UCE-(Laughs). Another seven cool points. (Everyone Laughing).
UCE-You in the negative tonight boy.
MS-(UI).
UCE-Well you might better get some of it back man, right now you in a hole. You down with the Bird man right now. (Everyone Laughing).
MS-I don't care where (UI).
UCE-Naw you (UI).
KW-The Bird Man gives dawah.
UCE-Scary thought.
KW-HANY said, HANY seen him do dawah before you down with (UI). (UI) some how he gets into people's head?"
3-11-06 UCE "KW-Yeah, it's just like Iraq right now, Saddam knew how to control his people.
AM-Yeah.
KW- There were order at least. Now they are trying to put something in there that's not in line with that culture. Religious culture or whatever and now it's like total chaos.
UCE-Not respecting anything.
KW-Yeah. So you know aspect it you can't just come into somebody else land and think that you can impost a different culture and rules and this and that.
AM-And just because you think that it is right doesn't mean that it's right.
KW-Yeah.
UCE-Right.
KW-You got to study you got to know their history and all there are so many variables. But you can't tell half of the people that. Not when they are not looking at the issues. (UI). He's like, that's like trying to tell him what I just told you. I can't really take sides. I know automatically (UI).
AM-How do you know (UI).
KW-I mean I'm not saying that you are and (UI).
AM-(UI) there is nothing (UI). That would be like (UI) whatever he said (UI).
KW-(UI) his recent statement was that for (UI). He told BUSH the only way out of this war you know. He was telling how the American soldiers are committing suicide and this and that. He was addressing the American people take control of your leader. He is the one that causing you this grief.
AM-Yeah. KW-And then if you, if you back out then we have peace. This was on that last Al Jazeera. AM-Uh-huh. KW-The American people didn't see that video. (Laughing). UCE-(Laughing) I wonder why. KW-You what I'm saying.. KW-It's true man. He was dressed in (UI) and statisitics, Pentagon statistics this is what you Pentagon is saying. But, it some depressing information on there. They're going to get an english Al Jazeera. But is it going to be the same? AM-South America started something like (UI).
KW-Are they going to tape OSAMA BIN LADEN's video now? Are they going to have block buster. OSAMA BIN LADEN blocbuster. (Laughing).
UCE-Be like Netflix (PH). (Laughing). Mail you one once a week."

Terror

3-1-05 CW "CW-Speaking of which, what do you, I mean, what do you think about the elections in Iraq? I mean, they elected somebody who is so so anti-American. I mean, KW-I think he's he's still gonna be controlled by Americans CW-You think so? KW- behind the scenes. CW- I mean, because this was considered a terrorist group before uh, before we got there. KW-But you gotta realize the Americans still have their troops there. They hold the guns. CW-Yeah. KW-Beside, what are you gonna sick the NATIONAL GUARD after (laughing). CW-(Laughs). UM-(UI) that far. (UI). CW-Yeah, but the insurgency is kicking butt still. KW-Oh, yeah. That's the only… AM-Yeah, but the thing is it didn't, I mean, I heard I just heard today that KARZAI appointed DOSTUM as the Chief of Army staff or something. KW-(UI)? DOSTUM AM-Yeah. KW-Isn't he a Communist? AM-He's yeah, he is Communist and he is the one who, you know uh, supported Russia's invasion in the first place. KW-Yeah. AM-And then, he also, I mean, there are a lot of uh, atrocities that his militia committed KW-Yeah, yeah, yeah, yeah. AM- and because KARZAI appointed him the, as the KW-He's the one that uh, murdered all of the mujahedeen and uh, but AM- and like in those uh, cargo containers. KW-Cargo. I got the video. I saw the video. UM-Yeah. CW-Oh, with the American Troops watching, you mean? CW-That's the one? UM-Yeah. CW-Yeah, that news report said American Troops are watching and everything. KW-Yeah, yesterday. I had the video. CW-You have the video of that? KW-Yeah. CW-Uh, the video of the report of it or the video of that actually happening."

3-22-05 CW "CW-So, the show went pretty good tonight, huh? KW-Alhamdulillah. Mm-mmm. CW-Brother KHUMAWALLAH has been hanging around with the Christians too much. (All participants laugh). That prayer that he said at the end. KW- I didn't listen to it. AM-Me, too. CW-He was very preachy. KW-Oh, yeah? CW-I mean, he put in the denunciation of terrorism all the way to KW-Why? CW- how Muslims, uh AM-I I didn't pay attention to it. CW-Yeah? KW-I didn't either, cause I was worried about them controls. CW-Yeah. For a second there, I thought I was in the Baptist church again. KW-Oh, yeah? AM-Seriously?" "CW-I mean, it wasn't nothing wrong with it. It was just preachy. You know, you don't you shouldn't preach to people in your prayers. You should be making your prayer to God. Directly!" "AM-I don't see (UI). I received the people there (UI) actually. Salafi. CW-Is RAIHAN still following the way of the salaf or what? AM-Yeah! He's yes, but he's not (UI). CW-(Blowing his nose) He is not as hard core as he used to be. AM-(UI) terrorist. CW-What? Wahabbi? UM-No, Walidi. CW-Oh, WALEEDI. (Laughs). You mean, "Salafi Lite." KW-RAIHAN he he's like on his own. CW-Yeah. Well, he used to be really hard core uh, into it and he seemed tone down ever since he got a wife KW-He was like, he was probably more like he was tired of listing to lectures and ready for action. CW-Yeah. KW-That's why he kind of like started, you know, help start ILM QUEST. AM-He's actually seen what's behind those words I mean, cause most of the SHEOOK, they just talk. When it comes for action, those already SHAIKHS. They wouldn't practice what they preach." "CW-Yeah. He offered me a speaking engagement and uh what was it, last Saturday, or something like that. KW-Oh, yeah. CW-(Coughs). But I couldn't do it. Speaking engagement. Yeah, for some non-Muslims. A large non-Muslim group. KW-Oh, yeah? CW-He wanted me to do it. And unfortunately, I couldn't do it. I mean, it couldn't work, but he always offers me. And he gave me a couple of thobes last time he was in Saudi. KW-Oh, yeah? CW-He went and actually had a uh, a AM-Customized CW-a custom thobe, man. KW-He's pulling you in, man. He's reeling (UI) in CW-To start fighting. KW-CW, terrorist group CW-I ain't gonna become a crony, though. KW-They don't CW-I I don't want, you know, I don't mind. He's got a lot of good things to say. KW-Yeah. Yeah. CW-You know, and I like his tight knit group, you know, I wanna be a part of that, the found, you know, the founding of that KW-Yeah. CW- center he's doing, but uh, you know, I ain't gonna become a uh, WALEEDI. KW-Yessa SHAIKH,.Yessa SHAIKH. You remember back in the black slavery. Yessir, master. Yeah. CW-Yeah. Yes ma'am."

5-17-05 CW "CW-You know, STEVE told me that he doesn't care if any of his officers become Muslim. KW-Oh, yeah (chuckling) CW-Yeah. Oh, and you know what? Me and my wife, we got out of the car the other day and uh, we were at the AMC 30 THEATER. KW-Right there on MEYER PARK? CW-No, on uh, what is it uh, down on by Beltway 8 and 45. KW-Okay. CW-We got out and we were walking up there just to check out the movies and here comes STEVE SMITH. KW-Oh, yea?. CW-Driving up behind us in uniform, but in his personal vehicle, right? He drove up and looked at us, and says, "I knew those the the these two terrorists were going to the movie theater." So, he stopped us, had this big old smile on his face and uh, he got us in for free, man. KW-Oh, wow! CW-Yeah. KW-He knows people. CW-He he said, "hey," he says, "you guys wanna see a movie, I'll get you in for free." He works there, second job. KW-Oh. CW-So, he knows the people there. KW-Oh. CW-He went up there and got us right in for free. So, we had a free movie. KW-(Chuckling) Wow! CW-So, now we know where to go to the movies from now on. KW-(Laughs). CW-Yeah, he that was funny. He said the first first thing he saw was that long flowing, you know, my wife's uh, scarf (UI). KW-(Chuckling). CW-He says, I knew those these terrorists were around here, you know. KW-(Laughs). CW-(Coughs). That's funny. He's he's a good guy. He really is. KW-Yeah, I'm sure he is. CW-If if we if we have a friend in the community in in in Houston, it's it's him (UI). KW-Insh'allah, he'll become Muslim. CW-Insh'allah. Insh'allah. He really has the the uh, character to become Muslim, you know. KW-Oh, yeah? CW-He's very well natured and everything. "

5-20-22-05 Sess. 1-5 "KW-Yeah, that's how it all comes out by their own research out of curiosity, or uh, see, like my dad, really uh, some friends of his who were Muslim African-American. And the some friends in the hood. CW-(Chuckles). KW-You know? And even though there are Arabs who own some convenience stores in the hood. CW-Oh, the ones who sold alcohol? KW-Yeah. They never said anything. But I I see all the energy's been put into the communities the Muslim community here as if we're gonna be here forever. AM-Right. Right. CW-Yeah. And the fact of the matter is we're not gonna be here forever if we keep it up like this. KW-I know. AM-That's what (UI) said (UI). The worry about their youth. They worry about their existence like, I mean KW-Exactly. AM- but they're not worried about (UI). KW-The society as a whole, you know, saving these people. AM-I mean, they don't understand that the problem with the youth is because of their problem of not uh, like uh, doing da'wah. You know? If if uh, everyone around us knows about Islam and they respect and everything, they youth will not be attracted to other people, you know? KW-Exactly. AM-Cause right now, they have a complex uh, an inferiority complex. They don't wanna be like other people. KW-Yeah, yeah, yeah, yeah. AM-And so that's the reason. I mean, they're neglect I mean, they are not ad uh, addressing the root cause of the problem. They're just trying to address the. KW-Patch a band aid. Put a band aid over a deep wound. AM-Yeah. Yeah. Exactly. Exactly. KW-Cause these institutions, there's no guarantee that they'll stay. The Muslim schools and the (UI). AM-No. Of course not. I mean if you if you don't have a CW-Well well, it takes for the government to deem them terrorists training camps. KW-Yeah, they're trying to. CW-Yeah AM-That that too, and I mean, (UI) like people who get involved with uh, life here. They don't end up sending those children over there, you know. KW-That's like depressing, man. I was trying to get sponsors for the radio program. All these Muslim businesses I'm calling, probably any, only two. I mean, ILLIYAS gave me tons of businesses to call. Not interested. Not interested"

5-20-22-05 Sess. 10 CW "KW-Oh, you know what I just heard, one of the professors who like, he's not in my department (UI) CW-(Sighs) KW-Professor's Turkish right? AH-Yeah. KW-His research grant was on making these bunk, or bunker bombs. AM-Okay. KW-You know, that they use in Afghanistan where it hits the mountain and it sucks all the oxygen out of the cave? AM-Oh really? Okay. KW-He did the research on that. AM-A Turkish guy. KW-And he's Muslim. AM-He's Muslim. KW-Yeah. Got a government grant for it and (Birds Chirping in Background) It's freaking crazy huh? Can you believe that? Muslims are making weapons for the kufar to kill Muslims. AM-And getting money for it. KW-Yeah. HR-In his eyes, making weapons to kill terrorists. KW-Well I mean I don't know if he's concerned about that, he could either be concerned about the money. HR-Well money. (UI). He doesn't care. KW-He has no honor, no dignity, no nothing. Where's your honor? It doesn't matter anymore. HR-Well I can't blame him. Our countries ain't any better. KW-Huh? HR-I can't blame him. If our country's offering him more money (UI) (Airplane flying overhead) KW-That's true. SAUDI'S, he could work for the SAUDI'S or something like that you know what I mean? HR-Our country sucks. (UI) AM-Yu think the Saudis won't give it to (UI)? KW-Probably. "

5-20-22-05 Sess. 16 CW "KW-Yep. But, I mean, like today the US's resources stretched so thin they can't deal with that. Heck, they got billboards for the FBI, man. Did you see that? CW-Oh, yeah. To join the FBI? KW-Yeah, on the freeways and stuff. CW-Yeah. Well, I imagine there's a lot of money for the federal government now. Cause they sure ain't given it to the local ah, authorities. KW-Oh yeah. CW-Cause ah, police departments complaining about that. You know? They want, the government wants them to do all this stuff but they're not giving they're saying that they're allotting em x amount of dollars but they're not giving it to them. KW-Oh, you know that, ah when my parents went through that ordeal with those gang bangers CW-Uh hum. KW-The ah, the police would come and they and it would take them four hours just to get there. HAMAD-Yeah. KW-Each time we called. Each incident. Each time they said about four hours. And then they apologize and they're like, well, you know, we're understaffed. CW-Big time. KW-And you know, they their gang task force, they, they cut down on their gang task force and they focused on terrorism (UI). CW-Really? I thought they just created a new division for gangs? KW-(Banging noises.) I don't know. I was reading a paper that all their resources and (banging noise) have went away, or since ah, 9/11 CW-Hey, everything is being diverted to terrorism KW-Yeah. CW-but, with the, with the new, whats is ah what you call it? ARGENTINIAN, or whatever it is, gang, that's coming up here? KW-Oh, yeah. This is an exception. This is why they're (UI). CW-Uh hum. KW-Cause I'm for sure the police department is ah, changing focus now because of that. CW-Yeah. KW-Because, ah, all their resources for all these years have been going into terrorism now (UI) gangs CW-Yeah. KW-So the gangs have been going buck wild lately. CW-Yeah, and you know the police department's not recruiting so much anymore. KW-Yeah, that's what I was saying. That's what (UI) I was sayin' that's why they're understaffed. CW-Uh hum. KW-(UI) HPD out in my parents area. CW-Uh hum. It's all over the city man. KW-They had to apologize and well you know what ABDUL KABIR did? Took the law in his own hands. (CW laughs.) Yeah, bought him a twelve gauge and said, these fools come through this door (laugh) AM-(UI). (Laughs). KW-I was on the stinking roof man. CW-Uh hum. KW-My parents, my dad get off that roof. (CW laughs) Ah, man. These fools walk around, I'm gonna blow em away, man. (CW laughs) AM-Oh my God CW-But you know, if

you're shooting that thing indoors, you're not going to be as far as you were yesterday. From the target. KW-I'll be like close range. CW-Yeah. KW-Point blank range, man."

6-4-05 CW "MM-Your lock? CW-Yeah, that goes on the ammo box. I think. I like to keep my MM-Ammo locked up. CW-Yeah, from the kids. MM-That's a good thing CW-My girls are pretty good. They don't, they don't go into our room and into our stuff but you never know with kids. You know? Turn your head one minute that's the end. That's all it takes. MM-Yeah. CW-So I keep everything locked up. Double locked. AM-The boys are around them. CW-Yeah the boys are the worst. Especially me when I was little. I was shooting people windows out and everything. I would terrorize the neighborhood with my BB gun. MM-My mother messed up and gave me one of those uh, wrist rocket sling shot. CW-Huh, huh. MM-Boy CW-That was it, huh (Laughing)? KW- I use to come down it all the time. MM-Huh, huh. KW-And then there was like this little tiny Burm, pitch it had these yellow watermelon, yellow . We use to throw it at the cars. I get like ten of those windows bubububububu (shooting with mouth). (All Laugh) MM-If I find those kids I'm a kill him, man. KW-One guy chased me man . Chased me in his car through the neighborhood (laughing). MM-You know how new cars, how you use to do a group of things on your ? Use to go down and say what's that on your Cadillac CW-I use to up in Chicago, I use to barricade the roadway with big snow balls. Use to make huge snow balls and just put them in the roadway. People would see them at the last minute and hit em and puff. (Laughing). Oh, man it was so cool. What? MM-My mother didn't know half the stuff I did as a boy. CW-Yeah. KW-Have you guys ever got spanked in front of your friends? CW-No. MM-Yeah, yeah. KW-I have. CW-Well I got (interrupted) MM-You use to have to be home before the streets lights came on, right? KW-Nah, nah, actually, my mom was calling me down the street. I was playing kick ball. I kept ignoring her. I shouldn't of done that. CW-Don't, don't mess with mom, man. KW-She came down the street with a belt in hand. My friends MM-They still talk about you today. KW-Yeah, yeah, yeah. (All laughing). She chased behind this house, behind the air conditioner, whacking the crap out of me I was looking and my friends was peeping around the corner. (laughing). KW-(Making crying sound). But then I never went outside after that for a long time. CW-(Laughing). KW-I was embarrassed. MM-My mom got me one time about playing football in the streets when the lights come on. I still got a minute. MALIK, come on, come on MALIK, next thing you know (Everybody laughs) after she done that I still How many times your momma dun slapped"

6-14-05 CW "KW-Now I think that's what AL QAEDA'S doing. CW-Right. KW-Their establishing this global network, with one Amir. I don't know. I'm just, this is my guess. HM-(UI), everybody else want KW-Huh? CW-And don't talk about blowing it Things going to shhh HM-(UI) terrorizes it, so they can (UI) over it. Bridges. To me it looks like bridges. CW-But what, no, what we're talking about though is, is not that aspect of it We're talking about the re-establishment of, of leadership. Isn't that what, isn't that what OSAMA has said in some of his speeches though? KW-Yeah. CW-About re-establishing the Khilafa again. KW-Yeah! That's all he was talking about, is bringing the UMMAH (UI). He, he, he himself, initiated this GLOBAL JIHAD. He set the trap up for BUSH. (UI) CW-And he took the bait. (Laughs). KW-He took the bait. And this where we'll bring the unity of the Muslims together CW-Yeah. KW- in his eyes. CW-Yeah. KW-Where you don't have borders, and MUJAHADEEN would be crossing borders, and that's exactly what AL QEADA does. They're in every country fighting. CW-Yeah. That's true. KW-They're not concentrating on one little country. That's HM-How did he take the bait? CW-Who did? KW-Me? Naw. HM-Any one of us could be AL QAEDA. I could right now decide that I want to be, I want to be involved (UI) CW-You, you look like, you look like OSAMA's son. HM-I know." "HM-I did, I really did. Allah is my witness. I'm bring both kids. And the only reason I'll go home is some of my kids get sick or something like that. Other than that, I'm down the whole time. CW-No, you can't bring the kids, man. HM-I'm bringing the kids man. CW-No. You can't bring the kids. HM-I want them to shoot the guns. CW-No, they can't shoot these guns. HM-Yes they can. CW -Naw. KW -You can't involve them in everything. CW-No, no you can't involve em in that. Somebody gonna get hurt. HM-(UI) terrorists. AM-Exactly. HM-PROPHET MUHAMMAD (salalallai wa salam) was a terrorist. He terrorized all the rich, andall the oppressors. There's nothing wrong with terrorizing the rich and the oppressors. HM-My kids are alhamdulillah, they are good kids man. KW-I don't want them to turn it on me. CW-I wouldn't even have my kids there man. HM-What can they shoot that doesn't have a kickback? CW-Nothing. KW-A super soaker. HM-A who? KW-A super soaker. HM-Water guns. CW-I don't want them super soaking us. AM-Bee bee guns. HM-But, Listen to me. We got, look JIM, this time, this time CW-I don't want them super soaking us. HM-Listen to me KW-Put that pond water in there. CW-Oh god. HM-Can you listen to me please? Last time I don't like the way you guys handled the guns. AM-Goes into my stomach. (UI). CW-Why? HM-I want you to be a leader in this. CW-What are you talking about? HM-Everybody was loading different ways and we were all pointing. It was like it too unorganized. That's how someone could get hurt eventually. CW-You weren't there. HM-I mean we're shooting off the disks. CW-Oh, don't worry about that. HM-People were loading like this Looking down the gun shooting like this. Let's do it in a way that it is nice and neat. AM-Yeah, some people were rowing the boat while some people were trying to shoot. CW-I know. I know. I know. AM-Some people got to be a target.(UI). CW-Going boating. HM- This time set some guidelines for us and make sure we stick to them. CW- You shoulda been there for the main shooting. It was very organized. It was very nice. AM-Something could have reflect off of a log. Something could have (UI) the whole thing. CW-Our main shooting we did before that and when we went to that shooting, we were already spent. We did that just because you were already there. Okay, but because we were already spent from our earlier shooting which was very organized. HM-I heard you guys wore yourselves out. CW-Highly organized. KW-You haven't seen the pictures, have you? HM-I saw some of them. CW-Did you? Which ones? HM-Like the ones you see on CNN. HM-Looks exactly like the ones you see on CNN. CW-We thought that they might need new and improved pictures. Updated pictures. KW-Yeah, we needed, they needed updated HM-The only thing we need like a uh a US soldier, uh, needed him bound. CW-Need him what? HM-You need a US soldier to be bound. KW -(Laughing). HM-Just like you see on the news. Be tied up with something in his mouth. KW-Ski masks. HM-That's it. Interesting things we talk about. That's usually my fault too. I know. CW-No, I don't want, I don't want any, uh KW-You like to take the fall for anything. Why? HM-Cause I blame myself cause I know better. Cause I say stupid things and that's the level of hypocrite that I am. AM-But he rewards (UI). KW-You want all the rewards. That's what it is. HM-I know I saw it."

7-12-05 Sess. 1 & 2 CW "AM-(UI) go to prison. (Laughs). HM-(UI). You're in prison already. CW-If you're AM-No, if you're in the Middle East, you're in prison. CW-Yeah, yeah. HM-(UI). CW-That tells ya that you're doin' something right. AM-Over here, you're not in prison. HM-(UI). CW-They can't take me alive. HM-(UI). Right now, there's a lot of women, a lot of children that are being killed every single day. CW-Actually, you know the type of woman I like the most? HM-(UI). CW-There's, there's a woman. There's the type of women that I like the most out of, most women that I've seen, that's Ethiopian women. HM-(UI). AM-Why? CW-They just have a certain look about them that I like a lot. HM-(UI) before I get 40 I'm going to go to Jihad. You're 40 right now, aren't you? 40. No? CW-I won't, I'll go to Jihad before 40. HM-(UI). CW-I'm 37 now, well, I'll be 37 this year. HM-(UI). CW-And then Inshallah by the time I'm 38, inshallah. God willing. HM-I got a couple years before I go (UI). CW-Why? HM-(UI) I'm gonna go anyways (UI). CW-You gotta start doing target practice and stuff man. HM-(UI) work on our bodies, start getting in shape. CW-You didn't even go to the, when we went to AMERICAN SHOOT CENTERS that one time, man. How you gonna get in shape? HM-(UI) just give me 10 minutes. CW-HM, you think you're just gonna shoot some Joe out there man? These are gonna be seasoned American trained vets that you're shootin'. HM-I'm not shooting (UI). CW-Who? HM-Like I was saying in Uganda (UI). CW-Oh, in Uganda. HM-(UI) fighting and killing innocent women and children. Somebody's gonna have to stand (UI). CW-Some of them are Muslims that are doing that. HM-I'm telling you, I'll shoot against the Muslims. I don't care. CW-Well that HM-If I see an innocent woman or child being hurt, I'm gonna go and take defense. CW-AM, everybody is going to hate you. Imagine that. He's gonna have every group coming to kill HM. HM-I don't care, I don't care. I'm just saying. I'm going to be very clear on what I'm doing, you know. CW-Yeah, yeah, yeah, talkin' smack. HM-(UI) there's no clear evidence that (UI). The only people that do have it are the SHIAS. CW-Listen. HM-Huh? AM-(UI). HM-Yeah. AM-In Uganda, it's civil war. CW-Yeah, it's civil war. It's over resources and stuff and they have other, and they have a number of Christian terrorist groups there. HM-(UI) they have nothing to offer us (UI). AM-How are you going to transport (UI)? HM-(UI) just see what they got (UI). CW-Stones. HM, HM, you have any number of places you can go. CHECHNYA, Afghanistan, Iraq, uh, Palestine. HM-(UI) Uganda (UI). CW-Actually, you'd fit in quite well in Palestine. HM-I think Uganda is a good start, a good place to start off with, 'cause it's a place to see, there's a serious issue going on there and (UI) bring justice to that land and that's a good (UI). CW-Or Sudan. Go to Sudan. HM-That's a place nobody cares about. CW-Sudan's in your neighborhood. HM-(UI) a just war (UI) for political reasons. CW-You can't, nothing just about that, man. HM-No, (UI) when you stop unjust murdering and slaughtering of people, that is a just war. (UI). CW-He's talkin' smack. AM-(Laughs). HM-(UI) find a good place where I can do a good thing. CW-Why don't do a legitimate Jihad, man? HM-Huh? CW-Do a legitimate Jihad. HM-Do what? CW-A legitimate Jihad. HM-(UI) illegitimate. CW-Ok HM-(UI). CW-We, we know of 4 places that I just said that were attacked unjustly, unjustly. HM-Afghanistan was not unjustly. CW-Yeah it was. HM-That was justly attacked by unjust people but I think it was unjust. CW-It was, it was unjust for us to attack that country. It wasn't unjust for us to require that OSAMA be sent (UI). HM-It was unjust. CW-And Iraq certainly was unjust but I certainly wouldn't suggest goin' there anyhow but, but that's simply because you'll end up fighting other Muslims right, pretty much, I mean because there's gonna be civil war there, I think. HM-In where? AM-There is civil war. CW-In Iraq. AM-In Afghanistan, it's almost the same thing. There is civil war to some extent. HM-(UI). CW-Yeah, but you're fighting forces of Communism rather than forces of Shiaism or something. HM-If AFGHANISTAN (UI) how come you just sit back and watch? CW-We're not sitting' back and watch. We're gonna go over. HM-To AFGHANISTAN, you're going to go and fight in AFGHANISTAN? CW-We are. HM-(UI). CW-We are. HM-Did you wanna go? CW-There's a lot of, there's a lot of Americans and other people that are goin' over there. HM-(UI). CW-Absolutely. HM-(UI). CW-They only got, what, 30,000 troops there now. AM-(UI). It's gonna be a different war. It's not gonna be simple. CW-And just think, when the MAHDI comes and then that, that the people in Afghanistan and them rise up and sweep down and join him, you'll be part of that. Actually, I

want to have a family there before then. CW-The issue is, see the Taliban actually did it Islamically. They said you know, before they handed over BIN LADEN, they said give us proof, give us evidence. Because, see, prior to that, like, that thing that you were saying, I remember that when that happened. The Taliban actually had BIN LADEN on trial for a time because America accused him of terrorist acts, like the USS COLE and other stuff. HM-Who had BIN LADEN on trial? CW-The Taliban. HM-They did? CW-Yeah. The only thing is HM-Did you know that AM? AM-Yeah. CW-The only thing is that nobody for the U.S. showed up to present evidence in Islamic court because they said well we don't recognize your courts and so they eventually, they released him, ok and then when 9/11 came they said well, you know, you guys didn't come and give us evidence before. Now we want evidence before we hand him over to you because it's against Islamic law for us to hand over a Muslim to a non-Muslim country, uh, especially with no proof. HM-Would the Taliban (UI). (UI) if it's not aware (UI). If they have no clue. AM-That's what they were saying. They said we don't think that he did it. HM-You honestly believe they didn't know. That they weren't involved (UI). CW-Listen, I'm gonna tell you one thing. A man in the mountains of Afghanistan does not have satellite dishes, does not have communications to be able to coordinate such efforts. HM-(UI). CW-But when the attacks happened and before that, he was not here in Houston because PRESIDENT CLINTON was even looking for him and bombing facilities where he thought he was at. HM-But we were trying to get him invited for years before, way before September 11. CW-I know. I know. HM-So for the CW-He wasn't in the United States. HM-(UI) BIN LADEN has openly, has openly come out and said that he was part of the USS COLE. And he was part of CW-He didn't openly say that. HM-He did. Yes he did. CW-No. HM-I got it on video. He did. He never openly said September 11 he (UI) on video (UI). But he openly said that the embassies, the American embassies in Sudan. AM-(UI) Nigeria. HM-No it was in Sudan. AM-Kenya."

7-12-05 Sess. 1 & 2 CW "HM-Look, I can teach, I can teach. They are gonna give me $1,700 a month to teach, ok. CW-$1,700 a month? HM-Alright, that's not bad. CW-And they're not even gonna pay you every month because they're gonna say, HM we don't have the money yet. You're gonna have to wait brother, for another month. Yeah, they did it to you the last time. HM-Well, we'll see, we'll see how that goes. CW-They did it to him the last time. They jacked around with his pay and everything. HM-Then this way I can, look, I can count on this (UI) and I'm gonna freelance still. CW-Don't say Insh'allah, say yeah. HM-'Cause the customs I do agree with. The customs that I do agree with, I can keep doing them as long as I'm getting some income from some other place. That way I can cut off all other business. That's what I'm doing. I'm gonna stick with the customers that I still believe in. KW-Why are stretching yourself all over the place? HM-And then, and then (UI) I gotta do it for the benefits. KW-Just stick to one thing, you know. HM-'Cause it's not where my heart is. KW-Increase your pay (UI). CW-He doesn't want to film faffar women that are dressed KW-You're hurting yourself (UI). HM-I'm not hurting myself (UI). CW-ISGH is gonna screw you. KW-And I think you should charge (UI). HM-I'm a terrorist, ok. It's hard to hard to make money if you're a terrorist. (UI). KW-(UI). HM-I know what you mean, brother but the bottom line is my heart and (UI) the next 10 years of my life and I'm not done with it. KW-You're (UI). HM-This is what I'm doing CW-HM. HM-I'm getting myself more into the Islamic word. I believe in education. I believe in being there with the kids, with the youth. I've always been passionate about being with the youth. Somehow I've separated myself from the youth completed and I feel terrible about that because I know that I could do something with them, especially with basketball and sports and all that other stuff. So I'm gonna use that as a vehicle to get into their heads and start getting them involved in everything that I say. CW-But do it part-time. HM-There is no part-time. There's no options here. The option is to teach or not teach and if I teach, that provides a resource for me to get into the kids heads 'cause I'm coaching them after school so they listen to me during the day and I can get them to do other things. This is how you build future Jihadists, ok. (UI). CW-Playing basketball? HM-Playing basketball. You'd be surprised how these kids worship you, they worship you. These kids don't even know who the Prophet MOHAMMED is. They worship you because you play basketball. CW-So you wanna be worshiped? HM-I don't. I wanna break down their walls so (UI). CW-So, you're shooting hoops. HM-(UI) basketball for no reason. CW-Ok but what KW is sayin' is that if you made the money that you're talking about by charging industry standard, you can use that money for other means. HM-I gonna (UI). CW-Of supporting HM-Like I'm gonna do these other shows. I'm gonna start now being more active on doing these shows for satellite TV like (UI). CW-Supporting your family and other things. "

7-15-17-05 Sess. 2 CW "KW-I asked him, I asked him, I asked a guy at work about that. You know? Because I thought maybe they had some technology. SHZ-Yeah. KW-They take the DNA and maybe they can find out the guy's identity. CW-Uh huh. KW-I'm like, man this must be some awesome technology (laughs). The guy's body parts is in smitherines and if you take SHZ-And you can find (UI). CW-(Speaks at the same time.) You can take a little blood splotch and figure out KW-But the guy, he, he kinda made it make sense He said what they do is they at you know, they, like the people that come up missing? They go through the list. And any name that looks like a MUSLIM name (someone laughs), then they analyze that. And then from there, they go to the family. And then from there you know, it's just investigations. AM-I know. KW-And they make the link, and then finally you know, just like a regular police investigation. AM-Yeah. KW-But they have all their think tanks focused on it. CW-Yeah, (stutters) but they can be very well just making links based off of false knowledge. AM-Right. Right. SHZ-(Speaks at the same time) Right. (UI). CW-Just (stutters) based off of hearsay. Because SHZ-Exactly. CW- you can't tell. Even talking to the family, you can't really tell. SHZ-(UI). CW-Especially when people are saying, I can't believe that this guy would do something like that. KW-Yeah, yeah, yeah. CW-You know, you can't just, you can't say all of a sudden that this guy's linked to some sort of SHZ-(UI). CW- you know, terrorist group. SHZ-(UI) the family called in for this person first. (UI) person is missing. They say, oh this has (UI) (loud scratchy noises. (UI) man. KW-(Laughing) Yeah. SHZ-(UI) you know? KW-Yeah. SHZ-We (UI) go this is the (UI). CW-You know what I think? I think DESIs are responsible." "KW-You see I, you know back then, I was younger. I watched them. I was scared to watch them. But, now I've seen a few and looked back and (UI) this man. This is freaking cheesy. Like TEXAS CHAINSAW MASSACRE. You know it was right here in WILLIS, TEXAS. AM-Yeah. Yeah, yeah. (Laughs). You just told me that last week. CW-Oh, man. When you hear the chainsaw, man (someone coughs) you might hear it in the middle of the night. (Someone laughs.) KW-That happened in the seventies. AM-You know, there was this guy who use to kill people with a hammer in PAKISTAN. KW-Oh yeah? AM-He was a terror in itself. Back in the nine eighties (UI). KW-Wow. AM-In, in, in KUWAIT people were really scared, man. (UI) kill people with hammers (starts laughing). All of a sudden whole of PAKISTANIS were like, ah you guys kill people with hammers. It was because of one person though (UI)." "KW-Yea we could fit a profile so good Yea you're right Adnan CW-what profile? AM-The terrorist man KW-If anything would ever happen man that would come straight for us SHZ-UI CW-The thing is we are not suicide bombers AM-Man that could easily fit us into those profiles of sleeper cells and CW-Yea but we are not suicide boomers KW-(UI). We don't have to be AM-Yea we don't have to be before they catch you before hand. We don't have to be. CW-But we AM-You don't have to be man SHZ-Seventy-seven CW-Why? AM-Because they are going to catch you alive you're not a suicide bomber if the catch you alive. CW-Yea but don't even have the philosophy for suicide bombing right? AM-What? KW-You don't have to. Those kids that where in the London bombing we don't know the people that knew them said they didn't have the philosophy either CW-Yea you're right AM-But we people would not even have second thoughts about us you know CW-But that's every Muslim don't you think AM-No, no, no, not every Muslim we would be like, I mean for some Muslim people, would say oh, no, no. For us they'd say ya man. CW-I don't know about you AM-(UI) a jury for us . CW-I don't know about you Adnan because you are the one that want to tinker with the electronics man AM-shut up just because I told you man (UI) you gotta KW-No no check this out, okay the biochemist that they found Egypt He studied here in America AM-He was studying for PHD in London right KW-No here in America AM-Here in America okay KW-And he was a graduate student and they say he was the master mind in making the bomb AM-While I am not studying biochemistry. KW-(Laughing) I don't know what biochemistry has to do with bomb making. AM-It does have everything with a bomb KW-Oh yeah? Oh yeah of course chemistry. AM-It has everything to do, yeah. That's how you make the compounds and everything CW-Yeah, well all you have to do is go on the internet and by a book man poor man's AM-It's not that easy CW to get the book it how everything counts CW-Huh? AM-Electronic aspects is different than biochemical aspect is different everything, everything counts CW-Yea but Brad was telling me you know Brad AM-Yea CW-Brother BRAD, he was saying that it was so easy to make C-4, you would believe it AM-Really? CW-Yeah, says you can do it with common you know hardware; common hardware store goods and stuff KW-Just like they can make methamphetamine. CW-Yea KW-With what CW-With some cold medicine or something KW-Yeah, cold medicine out of the drug store. I was in the drug store the other day and they have if you want a particular cold medicine they just have a card you take, you take it to the register "

7-19-05 Sess. 1 & 2 CW "CW:-About uh the issue of getting you a scholarship. I talked them just before salat before ASR. You know I don't know where KOBIE got that information about the uh that lady is driving wearing a KUFI. Oh, my God. About uh, the London leaders and stuff like that, Muslim leaders in London. About them AM-Yeah. It was on BBC yesterday. CW-Man, I'm seeing reports from Muslim leaders in London are not only condemning the attacks but also condemning state sponsored terrorism by Britain. AM-See yesterday I heard that uh BBC bulletin on Uh, KPFT. And all they were talking about was we have problems and we have to address those issues and stuff like that. CW-I didn't see anything about declaring people KAFR. I know that he has references. AM-No, no they said that I mean it's like a those people are not uh, following Islam and uh, they are not Muslims and stuff like that, no I heard it last night. CW-On the television too? AM-On the radio. CW-Huh!. AM-I can send you the sound byte it's probably on BBC. They had a I don't know very large group of scholars who had signed that letter CW-Okay. Hmm. Yeah. Were they scholars or just want to be scholars? AM-They said they were scholars. CW-Well, you know what I found? That, that a lot of people like um the BAHAI's and other people are claiming to be Muslim scholars and representing themselves to the (UI) and such. AM-(UI), they, they (UI) CW-Because I had a Christian on the forum tell me how how Muslim scholars condemn the uh gospel of BARNABAS as a Muslim forgery and this and that and they gave me a name of one of them and the actually did and I looked up the name and it was a BAHAI somebody from the BAHAI faith who claimed to be a major Muslim scholar

and these Christians are using it's name while major Muslim scholar are saying this. Like BAHAI's aren't Muslims. HM-There not Muslim they are, they are you know what they are? CW-Yeah, they worship uh well, they, they believe in the prophet what BAHA'ALLAH something like that" "CW-So, it this the new uh, terror network you want to start? HM-This is true terrorism right here. True terrorism. People are scared of the truth. CW-(chuckles) (Clears throat). HM-Only peaceful demonstrations only the (UI) demonstrations, Articles, books, demonstrations where we do sit- ins, with all nine (UI) CW-How bout anti-SALMON RUSHDI demonstrations? (Laughs). HM-In our motto we don't in our motto Our motto, (UI) our motto, against sword the pen truly the pen is mightier that the sword. We found the verse. I don't know where it is. But the pen's mightier than the sword. AM-It is. CW-I think HM-I'm just saying and then our, our conscience just that we go out and we say yeah, we're out to CW-I don't know if it's mightier. AM-It is. CW-I think, I think I, I, I think HM-Anyways, anyways that's not the argument. We can argue (UI) CW-The sword and the pen go hand in hand. HM-Hey you guys look the argument JIM the argument is we don't want to argue about it I agree it does go hand in hand to some extent we need justice like all the. The Constitution you know what I'm saying. CW-I understand what you're saying. I'm just giving you a hard time." "HM-I'm, I'm not an anti-terrorist movement. I believe in terrorism. I do seriously. Cause you need to be scared. Sometimes you need to be this is between us. This is between us. But sometimes you do need to be scared . . . straight. You need to be scared straight. Sometimes you need to be. CW-And that's the purpose of Al-Qaida. HM-But we could do it, we can do it another time. We do things, we do things, we do things that are really (UI) upside down. Sometimes of course they really can't, they can't fight it you know. CW-I don't plan on being here that long. HM-I'm not (UI) here. I have this, I have this vision about being in a group. I picture myself riding a camel. CW-No, tell me about your vision about the group though well HM-I'm telling you, I'm telling you. I really had a vision that we were, we were doing a demonstration in peace we were there and the government tried to stop us. We're (UI) we don't believe in (UI), we don't believe in but the key is that when we're against them CW-Who, who said who? HM-Us our group. I don't know who else (UI). It wasn't me speaking. Originally it was somebody else speaking (UI) the group and we're saying we don't believe in that. We don't believe in (UI). We believe that Allah (UI) and the government (UI). Leave 'em alone they're a bunch of idiots. CW-You know what you can do with a pen? You really gut a person with a pen. HM-Listen JIM? (Giggles)." "HM-I said you're just gonna hand me the envelope like that under the table? CW-Yeah that's uh that's your payment man. Take care of business HM-(UI) that's how they do terrorist transactions (UI). CW-(Laughs). HM-Just do it very casual. It's no big deal. " "HM-I haven't done it yet no. I just was thinking about how I live. I thought about that the other day and I just started to think about it. AM-How are the kids doing? HM-They're doing man you see (UI). CW-They're terrors man. Pounding people in the head AM-No I (UI) after the After the camp, after the camp. HM-They're good, they're good. CW-Yeah. They enjoyed it? HM-They loved it. They, they wanna go back. CW-They're they were, they were crawling all over RANDY man. Jumping on the toys, riding the toys around RANDY chasing 'em around. (Laughs). " "KW-Yeah it was kinda funny. I've never seen that. HM-But you didn't do it in a rude way. You just asked him. You were just curious. KW- Yeah I Curious. (Laughs). HM-That was that was good though. I was, I was holding my laugh under my breath like I didn't wanna laugh. KW-(Laughs). You wanted to laugh? HM-I did. I just kinda had to look down. I didn't even wanna look up to see, to think, or to do anything. KW-You were probably thinking how the hell (UI) to this guy. HM-That's what I thought man. Cause I thought maybe at first I thought maybe you were gonna give him da'wah (PH) or something. KW-(Laughs). Nah. I, I guess I didn't know he was Muslim or what. HM-(UI). Oh yeah. KW-I figured he was Indian but I didn't know. HM-I thought he was Muslim the first time I saw him. KW-But then he said I'm Christian just to let everybody know HM-Yeah, yeah. He said I'm Indian I'm Christian, though. CW-You don't look Christian to me. (Laughs). KW-Like I didn't ask that. Right I bet you he plays undercover and people out there do say racial stuff. HM-Yeah, yeah, yeah. KW-Terrorism and all that and HM-I would just hire somebody to work in the store. Actually you know what (UI) whatever man (UI) anyways. KW-Yeah. He's risking it. AM-(UI) gas stations (UI). KW-Yeah see. The thing is even out in the middle in nowhere they got gas stations. (Laughs). CW-Mm-huh. That's true. That's true KW-I You go to no man's land and you it's a typical day Convenient store. CW-I know." "HM-Listen, listen, listen Nobody's gonna come on with us CW-You, you found it You found it and we'll help you. When you put it into uh reality we'll help. HM-You know we'll do co-op you know tactics. CW-Organize protests. KW-(UI) I don't know. I don't think protests are productive. HM-No man I'm not talking about like sitting I'm talking about stuff like CW-I don't think so either. They're not productive. KW-Yeah. HM-Hey I'm talking about being a real terrorist group. Yeah we're really terrorist by letting the truth come out. You know terrorism was really putting their jobs on online putting their real their character on line. Like this guy you know putting up fronts. (UI) have to put up fronts. His companies put of fronts. (Sucks his teeth). My God. Will you let me finish? KW-Oh yeah. (UI) that this this project for this. HM-So what? Tell me. KW-We talked about in the camp-out (UI). HM-What is it? Tell me. I'm talking about some real terrorism (UI) some real KW-Just, just get him to draft a letter all of congress PRESIDENT BUSH everybody Send them a letter saying testify that there's no except those cd and a pamphlet. HM-Okay let's do that. That's fine. That's what I'm talking about it. KW-All the congressmen. And then you know kinda tell your wife you don't do this you go to hell blah, blah, blah. HM-Nice in a very nice way and clearly written thought out. I agree. Let's do that. KW-Cause none of these leaders done it of any of these organizations. HM-That's what I'm talking about. We do stuff I mean we'll really just we spread Islam the way it should be spread. Right now KW-That's the way the prophet did it. He sent letters to the King of Persia and Rome and HM-Look we got, look we got businesses. We got businesses. We could look, look at all these people. What are we doing? We're just like it's so stupid. Our whole strategy of spreading Islam is dumb. We could be doing this exactly (UI). Everywhere, everything, and everybody CW-Okay so are, are we gonna have a shadow organization? HM-No, this is it. CW-One that's called JIHAD whatever sword JIHAD BY THE SWORD. " "HM-(UI) registered as JIHAD BIL QALAM. AM-(Laughs). CW-And you know what? He's gonna be on terrorist list number one. HM-That's right we will, we will. CW-But if they're at the top. KW-Exactly. HM-We want that. We want that. KW-Why? HM-Cause everything we're (UI) goes against everything that they're preaching on the airwaves. We're flipping the word JIHAD inside-out and we're putting it to to work. We're not just using it as just a phrase to label you know Muslim activity around the world. We're actually putting that word to work. CW-(Sighs). I think Haney's just talking a bunch of smack right now. " "HM-JIM ADNAN look at them. ADNAN listen. I'm not (UI). I feel as that this is the thing I may do really. I think I finally found the thing I'm gonna do. AM-How did (UI)? KW-Yeah. HM-Cause it, cause it's the media. It's the, the, the da'wah. It's the, it's the activism. It's the heroism everything the battle, the war everything all rolled into one everything rolled into one. CW-Terrorism is a tactic of guerilla warfare man HM-That's right. CW-It is not just talking. HM-This is guerilla warfare man. KW-It's what? HM-It's gorilla film making right? It's gorilla writing. There's a lot of guerilla (UI). guerilla warfare is like a huge industry. It's not just with weapons. (UI) CW-You're talking about psychological that every government uses. HM-No, I'm talking about no I'm talking about with your mind. I'm talking about (UI) CW-Right psychological warfare. HM-I'm talking about intercepting intercepting Intercepting (UI) word phrases. We use word phrases. I'm talking about intercepting with (UI) brain signals. CW-Uh-uh I'll tell you what. What you can do is you can, you can have radio stations all over the world And you can do what they did in Vietnam and feed us on the ground KW-Yeah, yeah, yeah. CW-Intelligence information by saying and today the sky is blue. The sky is blue which means to attack. " "CW-(Laughs). That's what you can do. You can give us feed us information through the radio waves and we'll take care of the rest. HM-(UI). Just, just (UI) slowly here. Lets' start slow. (UI) you wanna form an army ok? This is how you form an army. Alright we do by the pen and get people that are on the same wavelength that they wanna fight so badly but it's not a practical matter right now. So we. CW-It is practical. HM-I'm saying it is practical by using the pen right now. The pen is very CW-It is practical man. KW-Yeah, yeah, yeah. HM-When you, I think when you come to grips to realize the pen is stronger than any weapon that we'll ever have in this world. Cause you know you can kill and blame and maim and terrorize people all you want with fear of violence with CW-What do you know about like the HM-The fear, the fear of truth the fear of actually real knowledge that's the scariest thing and plus you make a serious change KW-Yeah, yeah right. HM-And affects the people's hearts and their minds and then you get and also you gain moral people to your side, you know. This is, that's why this weapon is such it's just you can't even compare with anything else. KW-Yeah, yeah. That's a good point good point CW-Or tell you what. What, what , what we could do is all the people that come camping with us and they can't shoot worth a darn because they're just too klutzy we'll give 'em to Haney And they can just write. They can just have pens so that they don't kill anybody. HM-(Laughs). Alright JIM. You'll be, you'll be the first person to join the group right? KW-(Laughs). CW-All the rest of us All the rest of us will march off to uh JIHAD. HM-JIM, this is the JIHAD we're gonna perform by. You're gonna look I'm telling you. This is how we do it JIM. (UI), it's a lot of youth out there that are not gonna join your army right now to go fight any freakin cause but they'll fight they'll join my army okay. They will cause they wanna fight but there's no practical way to fight. And you're saying look we're gonna fight by the pen and we're gonna inter, we're gonna we're gonna intercede all these messages that are being spread AM-We can get a lot of sisters. HM-Sisters, brothers, old, young everything man everything. Especially when it's registered by the UNITED STATES GOVERNMENT. It's registered in the state. So if we CW-It'll get shut down. HM-It won't be shut down. CW-It'll be shut down the day after you register. HM-No, not it won't. That's not true. That's not true. This is what it says. It says JIHAD BIL QALAM and underneath it says the pen is mightier than, the fork, than the sword. CW-Uh-huh. The fork? (Laughs). HM-The fork then the chopsticks. The pen is mightier than the sword. So immediately we're out to fight by the pen. This organization is about literature, its' about publishing, it's about media you know. CW-No that's fine. Go ahead and do that. I'll sign on after I see it. KW-Yeah. HM-Alright I agree and that's what I wanna hear. CW-And then, and, and then about a year later a year and a half later I'll leave. HM-JIM, that's all I wanted to hear the fact that you're willing to be open-minded about it when it does come your way because this is truly man. This is where, this where it started And this is where, this is where it's one also. KW-Yeah, yeah, yeah. HM-We'll do this man. AM-I need to leave. CW-Okay.

Inshallah bright and early. Um so HM-Wanna take some of mine too? When we dress up we have to be dressed up like military people. We (UI) badges and ranks and wings and everything. CW-There you go. HM-Like we dress up in, in militant uniforms. KW-Like like the international fest or something like that. AM-(UI). HM-I'm just saying we dress up in camouflage cause our uniform is AM-(UI). HM-No, I look our uniform, our uniform is that yeah and then it's like khakis or it's like, it's like uh Pakistani pen but it's militant pen. It's like we're forming our own uniform and we'll be like soldiers like real soldiers. KW-So what's a good spot for the (UI) I mean (UI) to hang out and stuff? HM-Marching, marching and everything. Then when we go to protest we march up and we line up. AM-(Laughs). HM-I'm serious. Like a real force, like a real militant force. We'll definitely die just like that. That's true. (UI) will kill us. He know we do it though we do it. CW-(UI). AM-It should become too obvious. Of course they're gonna come after you. HM-Well obviously, about fighting by the pen. We, we, we can, we're making a statement saying war. This is an active war for us. This is the way we fight. This is, this is the direction that we're choosing to take. KW-Uh-huh. CW-In the situation like we're in now in the world situation we're in now what do you think we should be doing? Where's the priority at? HM-Not KW-But that's what I was talking about like (UI). We could research the time and place for the target. I think we could (UI) HM-We're not shooting guns JIM. AM-We (UI). We always have different priorities I mean your priority will be different than mine. It depends on where I am and what's. What am I capable of doing? KW-Yeah. What's (UI). AM-If I'm up here it's different If I we're to be in Pakistan or somewhere else. (UI) CW-(UI). If JIHAD, JIHAD is part (UI). AM-Yeah as in (UI). Yeah as in (UI) see the more closer I am to that place the more responsible I've become. By coming if I were living in the CW-But, but consider the fact that we're so very close to Cuba and they got all of our people in prisons. KW-(On the phone). Well I'm here with the brothers right now AM-That I mean what can you do about it? CW-Go over there and fight? KW-(On the phone). I'll give you a call back before Thursday And uh we'll, we'll think about what we can do on Thursday Okay salamu alaikum. AM-Okay how, how do you plan to do it? You cannot I mean from America you can go and fight you have to find another host country somewhere in South America CW-No, not on (UI) Guantanamo."

7-26-05 CW "CW-Oh, look at this. AM-That's the tree that we broke. CW-That's the tree we broke down. KW-Aw, yeah. CW-Chopped down the tree. AM-And this is the fence. I, I can see uh, the fence we broke back there. This is the fence that we broke. KW-Man, we tore up that place CW-I know man. It's like a war zone. (Laughing). AM-That's the omelet. Morning breakfast. No, it's the dinner. CW-Oh, that's the second day. AM-Yeah, the second day. CW-Cause we got HANY's kids. HM-What's this terrorist activity going on over here? CW-We're looking at the pictures. KW-How you gonna open it up right here in front of everyone, ADAN? HM-You just turn it the other way. AM-No." "HM-Is that BIN LADEN? Who's that? CW-Shut up. HM-He couldn't make it. Got kinda late for him. CW-That's BIN LADEN right there. That's his cousin, at least. KW-That's his baby. CW-(Laughing). Yeah, that's his baby. (All laughing). AM-Man, KOBIE, your truck was a mess " "CW-So, have you heard the latest on BRAZILIAN dude that they shot? AM-Yeah man, yeah. HW-What was that, what was that? CW-The LONDON bombings, the last round. Well, they were um, apparently they had, they said that they had this guy on a watch list, right. Like he was a terrorist, I mean terrorist watch list. AM-His, his, his, no his, his home was under surveillance. CW-Yeah, yeah, but I heard on the radio that it was reported that. KW-I didn't know they had him under surveillance. I thought it was just a random thing, he was on the bus. HM-No, no, no, lis he's going. He got off from a building which was under surveillance. CW-Right, but they said he was on a terrorist watch list on BBC. HM-Is he Muslim? AM-No. CW-No. He was BRAZILIAN. He was a BRAZILIAN electrician who was just happen to be there illegally so when he saw the cops HM-Yeah? CW-He turned around and ran towards the subway. They shot him. KW-Five times. CW-They shot him dead. AM-They shot him dead. I mean once they shot him first. KW-They tackled him and then shot him. AM-No, no first they shot him and then they tackled him basically. He was on the ground and then they shot him. KW-Five times. AM-Like in the head and everywhere else. HM-No way? AM-Yeah. KW-LONDON Police. HM-Why? AM-Because they're, they're under. No, because uh they have this policy to shoot to kill, where they have that on video. Everyone saw that. It was in the subway. KW-It was in public. HM-Okay, wait. Time out, though. But they had the guy on the ground already. They had him detained and they still shot him? AM-Yeah and they killed him. They shot him. HM-Because they just wanted to kill him. AM-Yeah. CW-Yup. AM-Shoot to kill. KW-BRAZILIAN guy. Not Muslim. CW-Yup. AM-I mean, yesterday there was, the day before yesterday there was this article in the paper. HM-Are you sure it happened like that? Because that's crazy. KW-Yeah. That's the way the news reported it. CW-No, really. It's been reported on BBC like that. HM-So everybody's kinda shocked by that (UI). CW-Yeah. AM-But they say, because (UI). CW-BRAZILIAN government's going haywire. HM-Have the police been reprimanded by what they did? AM-No. CW-There's a, well actually there's a AM-(UI) they did an excellent job. CW- the family's gonna do a, try to put a lawsuit against them. AM-Yeah but CW-You know how that goes. AM- but uh TONY BLAIR said that they were doing their duty because if it would have been a terrorist, then people would have been complaining otherwise. HM-But not killing them, taking them to trial. AM-No, no, no, they're not. The ISRAELIS are there teaching them how to target for head, not for any other part of the body. HM-Yeah, but I'm saying if they already have, they're holding them on the ground, why are they shooting them still? AM-I don't know (UI). CW-Probably so he doesn't trigger a bomb or something.KW-Well that, that was their excuse. CW -Yeah, yeah, that's right, that, yeah. HM-I guess that kinda makes sense. Especially if he had a bomb on him. That makes sense actually. AM-Yeah but if you, you take care of his hands. HM-No, no, not but from their perspective if they were struggling with him and maybe they didn't have his hands completely under control. But it makes sense that, you know. But still, it doesn't make sense cause if you don't know (UI). CW-Listen, HANY I have this one thing to say about explosives. KW-He wasn't (UI) he was BRAZILIAN. Not a Muslim guy. CW-I have one thing to say about explosives. KW-His Visa ran out. Illegal immigration, you know. CW-Never, ever, ever shoot at explosives. Never. Because they're gonna go off. Gets hit by a bullet, it's gonna blow up anyhow. These guys, I mean. AM-That's why they shoot him in the head. HM-They shot him in the head, yeah. CW-They didn't shoot him in the head at first. AM-Right. First they didn't. Yeah, they didn't. CW-Right. They shoot where the explosives would be. (Snickers). AM-(UI). CW-Imagine if he did have it, had some C4 on. Boom, bam. (Snickers). The whole subway. And then it would have been the police's fault. KW-Yeah. HM-All the people against us are being taught by ISRAELIS. KW-The AMERICANS are being taught by ISRAELIS in IRAQ. CW-Yes they are. Well they're being taught by ISRAELIS here, too. AM-Yeah, here too. I mean it was in the article a couple days ago in Houston you know about this, uh, uh studio thing, that HOUSTON MEDIA SOURCE? HM-Uh-huh. AM-The people who, I mean this guy who works with, with NC17? KW-Yeah. AM-The Muslim guy. He was saying that it's because in the last couple of years a lot of uh, cruel PALESTINIAN issues. KW-Uh-huh. AM-On the channel. And decides to have our show going. A lot of uh NEOCONS are against it and then wanted to pressure, pressure that lady to shut the station down. CW-Oh and that's what this is all about? KW-Where's the problem? CW-Mashallah. HM-The PALESTINIANS. The PALESTINIANS are (UI). KW-Well we probably nipped it in the bud and icing on the cake. HM-With your promo, your public service announcement. CW-Mashallah. Let's do it again. HM-Let's run it every night. How about every day we don't even play our, do our show. We just run the public service announcement over and over and over again. CW-Yeah, in fact, when are you gonna create a new one man. That sucker's getting outdated. KW-Oh, oh you talking about that one. I thought you were talking about the oh HM-The (UI) soldiers one. KW-That? That I don't think that caused any problems. CW-No that was alright, man. HM-I think you should mix that with the SHAIKH YASSIN one. Just loop them together and intermingle them and just run them back to back. CW-Let's just do it for a half hour straight. KW-Actually, actually I think ERIC probably played it over and over because he kept the tapes forever. So he, when he just has an open spot, he just throws it in. CW-Really? KW-Yeah, that's how they do it. AM-Yeah that's how they do it. CW-No kidding. So it might have been showing a billion times." "AM-In PAKISTAN things are getting pretty tight. CW-The only in PAKISTAN? AM-Yeah. CW-Why? AM-They're arresting people left and right. KW-Oh yeah, 300 people. AM-300 people and KW-After the LONDON bombings, they just arrested arbitrarily. CW-Yeah. AM-They, they have an operation going in WAZIRISTAN again. They kill a lot of people KW-He's doing that, he's doing that to please BLAIR and BUSH. AM-Yeah. CW-Yeah, but he came out pretty hard core against BLAIR and his remarks uh, on NIGHTLINE. KW-Yeah, I saw that. You saw that? CW-Yeah. KW-He was nervous as heck man. CW-Oh, yeah. AM-Who, MUSHARRAF? CW-Yeah. AM-Do you have it recorded or something? CW-But it was the only time that I actually like something that the guy said. AM-What did he say? CW-He said it's not PAKISTAN's problem. It's BRITISH, it's BRITAIN's problem because they were home grown in BRITAIN. KW-She goes, so what, so what did you catch BIN LADEN? He's like, he's like, I hope I don't catch him or something like that (laughing). CW-Yeah. KW-I hope the AMERICANS catch him on the AFGHAN side (laughing). CW-(Laughing loudly). KW-That's what he said (laughing). AM-Really? CW-See, that's why they haven't caught him too. They ain't gonna look for him. They might appear that they are looking for him, but they HM-If you caught him, what would you do? CW-Huh? HM-If you caught, what would you do? CW-Probably join him. AM-(UI) free. KW-I let him free. AM-I would't get him. HM-I'll take him in, I'll take him in to try him. AM-Why? CW-Why? KW-I wouldn't let KUFAR try him. CW-Naw. HM-No, not KUFAR trial, but I would uh KW-Whose trial? HM-Somebody. KW-Huh, huh, yeah, who? CW-You can only do it under the, you can only do under the ISLAMIC government. We don't have an ISLAMIC government. HM-I would hold him hostage. I'd hold him hostage until we get a (UI). CW-Why? KW-If, if, if, if, the AMERICANS get a hold of him, you know he's not gonna get a good trial. AM-You think, you think everything is coming in (UI)? I mean, do believe that? HM-No, I don't. AM-There's so many people man. HM-Now I know something man. I think he works for the CIA, though. KW-You really do? HM-Yeah. I think the CIA likes and the ISRAELI government I think they'd like to see certain events happen and BIN LADEN, of course, like to see them too. So, so, it's a good combination. So they work together and make things happen. AM-It's about detaining (UI). HM-U.S., U.S. need it, something to uh AM-Justify their HM- to justify their actions and nothing, nothing would make BIN LADEN happier than CW-And that's why he's the black sheep HM- to show how evil the UNITED STATES is. CW- of his family. KW-Yeah, yeah, I was reading HM-So like when GEORGE BUSH was running again for election, who you think, who you think BIN LADEN would've voted for? Of course, GEORGE BUSH? KW-Yeah. HM-He would not voted for uh KW-KERRY. HM-Yeah, KERRY. KW-Yeah, that, this, if you read this is the whole planning of AL QAIDA, to get AMERICA involved

and to travel. CW-My issue, my issue is that everything is AL QAIDA no matter what happens in the world, they blame it on AL QAIDA. KW-Yeah. AM-Yeah. CW-All of a sudden it's a new terror cell of AL QAIDA. KW-Yeah. Even if nobody even met BIN LADEN. CW-Yeah. AM-That's you know this is the day that verse in the Qur'an says that. HM-What verse? What verse? AM-Hypocrites. KW-(Laughing). AM-The hypocrites side with the hypocrites and uh, the MU'MINEEN side with MU'MINEEN, like uh HM-That Surah Al Bakarah? AM- yeah, I guess. Let me just find it. It's an excellent verse." "HM-People from SAUDI ARABIA knows exactly who the descendants are of Prophet Muhammad are. KW-Oh yeah? HM-Yeah. KW-I remember one guy. I was in SAUDI HM-SAUDI princes and many of the kings are also descendants. KW-I was, I was. HM-Right? Right. None of them? AM-No. HM-Yes they are. AM-No they're not. HM-Are you sure? AM-They can be from the Quraish tribe, but not from the descendants from the KW-I met this uh, this fat chubby dude. We were hanging out, outside you know, in the TURKISH area of MAKKAH HM-Was his name BUDDHA? KW-Naw. He was like, he was talking in Arabic. I was trying to communicate in ENGLISH, but this other brother who was communicating, translating for us and he said, yeah, he's Quraish he's a descendant of Quraish. I was like, aw man, that's pretty cool. CW-Hmmm. That pretty wild man. AM-They had, many people who, uh died in SAUDI ARABIA during those raids you know, last year. Many of them were from the Quraish tribe and stuff like that. KW-Oh yeah? AM-Yeah. KW-What raids? AM-Last year you know there were some bombings in SAUDI ARABIA, near MAKKAH. You don't remember? CW-Oh, yeah, at the AMERICAN resorts or whatever. AM-Yeah, and then they had the SAUDI KW-Oh, oh. Under Quraish. AM-the uh, the SAUDI government come and did a crackdown on him. You, you remember all that? CW-Yeah, yeah. AM-A few of them were from the Quraish tribe. CW-Wow. AM-Even with BIN LADEN there's a lot of them over there. HM-BIN LADEN's from the Quraish? AM-No. KW-Oh, so he's not a descendant of Prophet Muhammad? AM-No, he's not. KW-So that means he's not IMAM MAHDI. AM-Of course he's not IMAM MAHDI. CW-(Laughing). HM-You really had doubts about that? KW-Naw. CW-(Laughing). HM-But, IMAM MAHDI is not going to kill innocent people. I'm sorry. KW-How do you know that he CW-How do you know that? HM-I could be in the WORLD TRADE CENTER. I think I'm pretty innocent. AM-But, you believe that the uh, MuslimS conducted that? HM-Huh? Yeah, I believe MuslimS did that. AM-I don't think so. HM-I think so. AM-No. KW-You got your evidence? AM-I, I don't believe that HM-I have uh AM- I don't believe that story. HM- BIN LADEN's right-hand man on tape saying how they planned it and organized it. CW-Yeah, but, but the nature of terrorism is that you claim it so that you can push a uh, an agenda. That doesn't mean you actually did it. The IRA did that all the time. HM-I know, I know. That is true. I don't, I actually don't know. I just feel that somehow they, they work. AM-I don't believe that story at all. HM-It's not that hard to do, really. We could plan it right now. AM-It is that hard. Man you can't do it. It's not easy to steer a plane into a building and at the end you make a, you know, precise HM-No, I'm saying I'm saying if you have people that have been trained to fly planes you can do it. AM-Man, they were not pilots. KW-Answer this question. What is that video footage doing ISRAELIS who are cheering for joy when they saw the WORLD TRADE CENTER fall down? HM-ISRAELI's? KW-Yeah, yeah. You didn't know about that? CW-Yeah, it was on there. AM-(UI). KW-I saw it on FOX with my own eyes. HM-One thing I do remember is KW-And then they never showed it again. HM-I do remember editing video that after, before the buildings came crumbling down, you hear these massive explosions. AM-Yeah, yeah. HM-At the bottom at the ground level in the lobby area. HM-You hear these explosions. Everybody looks. What's that sound? That's like way after. It was like, way after the plane crash and the buildings came tumbling down. KW-The perfect demolition man. AM-Yeah. HM-There's a theory, there's a theory out there right now from scientists, they are buying this theory, non-Muslim people, that the buildings were actually, that the way they fell was exactly like (UI) building. KW-Demolition. CW-Yeah, yeah. KW-Perfect. No building falls down like that. HM-No, not just that, also not the also, the way the smoke rose and the way everything, the way the floors came tumbling, everything about it was perfect. KW-What's up with the "superman" passport they found a few blocks away from on e of the guys who supposedly highjacked the planes? AM-Huh! I, I mean everything of that was CW-Unburned? AM-(UI). CW-Was that, wasn't Muhammad ATTA'S passport that they found? KW-Yeah. CW-And some of the people that were on the plane, they actually find, they actually found them alive in other countries? AM-Yeah, yeah, yeah. KW-Yeah. HM-Those are just myths. We don't where's that at? We don't k now about that? AM--No, that's true. CW-No, it's true. AM-That's true. CW-Even the secular media reported that. KW-I saw it, when this all happened, I saw a guy, I think it was on FOX. He goes, what you talking about? My son is right here. I just talked to him a few minutes ago. CW-Yeah. HM-Guys, I think it is very dangerous for you guys to say things like that. AM-No, no. The thing is HM-Dangerous for yourselves, for your own souls that you be held accountable in front of Allah. AM-But the thing is, these people HM-You got the evidence before you set this up guys. It's not good. CW-Yeah, but this is what they reported man. HM-You saw that on TV? KW-Yes, I saw it on TV. HM-Oh, okay. CW-Yeah. See now, imagine this, MuslimS are dying in this, right? HM-Um-hmm. CW-Imagine that a bomb goes off and MuslimS just happen to be there and then they just blame a couple of the MuslimS that are in the explosion. AM-Exactly. Exactly. HM-Yeah, that's not hard to do. Definitely they could do that easily. KW-Yeah. CW-Especially since they're blown to pieces man. HM-Yes, it doesn't matter (UI). KW-That's what I was saying about LONDON bombings. None of those suspect. Who knows man? Could've been exact same scenario. CW-Huh-hmm. HM-And the chances to have a MuslimS on all these planes is very easy. You know way in advance whose gonna be on the plane. KW-Yeah, they HM-And you can also work it out so that the person gets a ticket on a certain plane. You can work it out so that their plane ticket and all that kind of stuff. It's not that hard to do. AM-And how hard is to alter computer records? How hard is it? HM-It's not hard, (UI). I mean, for us it's hard work but some people out there (UI) CW-How hard is it to spin it to the media too so that everybody believes it. KW-Yeah. CW-The PENTAGON'S been doing that for years. AM-Hey, it took them three years to come out with the report man (UI) to what happened. I mean, three years is a lot of time to fabricate anything you want. CW-Yeah. KW-And a lot of stuff they came out with in those hearings, lot of the family members were upset cause they didn't present it in the hearing. AM-Yeah. KW-A lot of promotion. HM-I think this is what happened. This is what I earnestly think. I think the MuslimS did it, they planned on do it, they were trained and everything, but there was somebody on the inside that helped perpetuate everything. AM-No. HM-They were gone make it all happen, there was somebody working closely with the government and the government had a part in it, but they perpetuated it as if they were helping the cause of the MuslimS and BIN LADEN and everything. But really, it was for their own purpose. CW-But HANY, how many people do you know KW-Are you saying brainwash? Someone was brainwashed? HM-I'm saying that, I'm saying that, I'm saying that BIN LADEN didn't directly work for the UNITED STATES, but he worked with them maybe even unknowingly. CW-How many people do you know that would actually fly a plane into a building? HM-I, I don't CW-I don't know a single Muslim that would do that. AM-HANY it's not that easy. A man, I mean, they have technology they can control an aircraft from the ground and you think it was a human thing? I mean, it's not easy. It's not easy. I mean, you know, it was traveling at a tremendous speed. You can't control a thing like super size KW-Like a missile. AM- and that, that too so low, you know. It's not, I mean it's not easy. KW-You gotta be a well-experienced pilot. AM-Yeah. I know. KW-And these guys just went to training for a couple of months. CW-Yeah, yeah. And now all of a sudden, they're flying jumbo jets. AM-And that too if they like cars CW-Loaded with fuel. AM- as if they were like cars or something. Man, you can't steer the, I mean, I mean they actually steered the thing right at the end so that it, I mean, (UI). KW-That was a perfect shot. AM-It was a, I mean, it wasn't eve a miss like on the side or something? HM-How amazing it would have been to see that. KW-It was like dead-on. CW-Huh? HM-How amazing it would have been to see that. AM-It wasn't amazing. It was HM-I'm saying just the whole CW-What are you talking about, to see it? HM-The whole destruction of the planes. It must have been crazy. CW-I watched it on television. HM-I know. But to see it. Actually, right where we're staying, right above you the plane is going right into the building right above you. That'd be so huge to really see how big that plane really was. KW-I bet you'd be frightened. CW-Huh. Why don't you try it? HM-If I couldn't, if I wouldn't die and nobody would get hurt I'll do it. (All laugh) CW-What a dummy. " "KW-So HANY? CW-No. KW-HANY? HM-Please. What? No? CW-No. HM-Come on, man. CW-No. HM-I give you my credit card. CW-No. KW-You're you're making judgements on BIN LADEN. HM-Makin' judgements? I'm saying that I wish there could be a fair trial. There's a lot of evidence KW-No, no, no. HM- there's a lot of evidence out there against them. KW-I'm yeah, but I'm saying the fact that you're saying HM-And I don't wanna I wouldn't never hand him out to a non-Muslim. KW- I'm saying the fact that you're saying he's probably working for the CIA, the CiA and all that. HM-Because who knows, man. I'm just saying who knows. KW-That's just, that's just suspicion. CW-Well, thing is that HM-I'm just saying who knows. KW-You shouldn't be suspicious. HM-(UI). I agree. CW-HANY, he was he was he was a money all he was, was a money man. A financial raiser. HM-But but I have CW-He didn't have any intricate HM- I have direct evidence. CW- thing with the CIA. HM-I have proof. I have proof. That he did other terrorist acts that killed innocent people. AM-Like which ones? CW-No you don't. HM-In SUDAN. CW-Yeah, but that was after the RUSSIANS. (Participants talking (UI) as the same time). I'm talking about during the RUSSIANS. KW-No, no. Oh. Oh. AM-(UI). KW-Wait a minute. Have you heard this? That he uh, gunned down uh, Muslims in a masjid. HM-Uh-uh. KW-You never heard that? Okay. AM-Who did? Who did? KW-Mmm? AM-Who did? KW-I I was talk I was talking to OMAR KURDI. Did I tell you about this? AM-Yeah, you mentioned that that HM-Tell me what he said. KW-That that there was this debate over, I don't know HM-I don't wanna go into that stuff. I'm saying stuff that I know about. About the KENYA thing. About the U.S.S. COLE thing. CW-Yeah, but I'm talking about during RUSSIA. The time of RUSSIA, the guy did not have any strategic input whatsoever. He was just their uh, fund raiser. HM-No, I'm, fine I'm not even going into that thing. I'm saying to other stuff I'm saying the other stuff CW-When he was with CIA. That's all he did. HM-I'm saying that he has personally KW-Everybody knew (UI). HM- personally take the credit of killing innocent people. What I consider innocent people. To me that's enough give me enough suspicion that he probably, he probably was involved in some sort of way. Was he or not? I don't know. CW-Yeah, well what you consider innocent people is all whacked out anyhow. HM-I think I would let him go. If I caught him, I would let him go before put him in trial with non Muslims. If it was a fair trial with Muslims, I would definitely turn him in. He'd be put to trial definitely, without a doubt. AM-(UI). HM-Just the fact that I know that he's wanted and he's possibly has any any any hand in it at all, I would turn him in to (UI). If it wasn't a Muslim trial with non-Muslims, I would

make it clear. I would definitely let him go and let it be between him and Allah. I wouldn't hesitate right there. Cause how how would I know. There's nothing I can do about it. I (UI). CW-Even even for the $25 million bond. HM-Huh? KW-So you don't think CW-Even for the $25 million. HM-I wouldn't take any of the money. KW-So so HM-I wouldn't haven never taken it in the first place. KW-So what the TALIBAN did, you feel was the correct decision to make? HM-What did the TALIBAN do? CW-The TALIBAN refuse to hand him over to U.S. HM-No. I don't think that was No. I don't think that was a good decision. AM-Why not? HM-Cause it's a non-Muslim people coming to put him on trial. If they would've given him evidence, that have been different. KW-They didn't give him evidence. HM-I know, so I don't I'm not saying I disagree with TALIBAN. KW-Oh. HM-I never said I disagreed with that. KW-Oh. AM-That's what I heard actually. KW-That's what we heard. CW-Yeah, that's what we heard. AM-Right now. KW-(Chuckling). You just said it. CW-You just said it. HM-No, I said if there's Mus I said if it's a Muslim trial, led by Muslims. AM-That's what they were doing. HM-Then I would then I wouldn't hand him over to non-Muslims. KW-They had their own trial and they found him innocent. HM-By Muslims. Muslims. Yeah, I'm saying but I wouldn't hand him over to non-Muslims. That's what I'm saying. KW-Oh. HM-So, I'm saying what the TALIBAN did, I agree I wouldn't turn him over. KW-Oh. They asked they asked "Where's your evidence?" HM-Yeah. KW-And BUSH was like, "I don't gotta give the evidence." HM-No, no (UI). AM-It's against NATIONAL SECURITY HM-If they would have had evidence and it'd been very clear and, you know, international community agreed the evidence is legitimate, then that's different. You know, I would have handed him over. CW-I don't know, man. KW-Cuz, Allah (subhana wa t'ala) says in the Qur'an when the Christians and Jews come to you with news, to ascertain the evidence so you won't regret it later on. HM-(UI). AM-(UI) verse right now. HM-I agree. I mean, obviously, I agree it's in the Qur'an. KW-Some part some translations say Kufar and some say Christians and Jews. HM-If if anybody ask, "Oh, we do?" Let's go guys. No, you don't want a Islamic uh, activism around here. AM-Well, what did he say? HM-I, he didn't catch that (UI). That's why when somebody asks me like, non-Muslims ask me all the time, what do I think of BIN LADEN, I say, I think he was a good man. KW-You'd say that? HM-Yeah. That's the first thing I'd say. I think he is a good man. However, the tactics he took to get to his good noble concepts across I think they're corrupt and they're non-Islamic. That's what I think personally. KW-That's what I told me that non-Muslim today. HM-And a non-Muslim woman told me that when we used to have those uh, those interface dialogues at the masjid after September 11, a non-Muslim woman came up to me and said, you know when I BIN LADEN on TV, I see a peaceful man. I don't see him like this (UI). KW-Yeah. No, you don't (UI). HM-I don't I don't see a NAZI. I don't see like SADDAM HUSSEIN. I don't see like HITLER. I see a peaceful, humble, simple man. You know, maybe he's misguided. That's it. I think what he wants to do, I think he's very sincere. And I I said, yeah, exactly. Exactly. KW-Someone who'd give up his wealth to go to a cave. CW-So why would you turn him in to our kufar government? HM-Yeah, because there's enough evidence. But that, what he did, he (UI). KW-He said he wouldn't turn him in to kufar government. CW-No. HM-No, unless there was like some serious evidence in the international community including the Muslim community all agreed, then I would hand him over. CW-They they would never allow a Muslim government to try him. HM-Yeah, I agree. CW-They would kill him before he even got here on AMERICAN soil. HM-But see, international international Muslim trial. KW-Yeah. HM-Okay? CW-So you have no choice but decide with him now, because you know the kufar would kill him. Period. HM-Yeah, and KW-Look what they're doing with SADDAM. HM-In that case CW-Yeah. HM- in that case I would be killed for trying to protect him KW-You would? HM- because I think I did my duty." "CW-Gee. (Laughing) Subhanallah. Yeah, I was reading a little bit on that other book um, "Join the Caravan" online. KW-Oh, yeah? CW-Yeah. I ended up printing out the whole thing. So I could take it with me and read it. KW- Yeah, yeah. He gives all the evidence advice. Muslims should be fighting. And that Muslim lands get invaded. CW-Mmm, hmm. It seems to be pretty consistent between the scholars, though. Between this guy, this scholar. At least from what I've seen. I didn't read much of it. But this scholar and um, what's his name, uh Is it ABA, no is it been ABBAS? KW-BIN BAZ? CW-The one that - that the Shaikh that we're that was talking about this Islamic Jihad dude. KW-Is that (UI) to me? CW-That was ta that you um, that you forwarded me that was talking about the Islamic Jihad. Talking to the Islamic Jihad guy. KW-Oh, that was BIN BAZ. CW-BIN BAZ. Yeah. KW-Yeah, yeah, yeah. They usually, the guy's been world known. Out of Saudi. CW-That JIHAD is FARD 'AYN. I was trying to explain to somebody, what that would mean. To different - different, like to say Muslims, like say in - in - in the region that's being affected. Like occupied. Right. Like umm, like let's say Iraq. Where the country is being occupied, it would be FARD 'AYN on every man, woman and child. To fight against that. KW-Yeah. CW-But, where as, translate that over here, it wouldn't be FARD 'AYN necessarily on my wife. KW-No. Uh, uh. No. CW-But, it might be uh, considered FARD 'AYN on like say me. KW-Oh, it would CW-To be involved in some way. KW-It depends, if they are not able to handle the situation. If they are CW-Yeah. It's out of control. KW-Yeah. Then, yeah. The, if they have it under wraps, then, uh, still it's - it's fine. But then, if they have it under control, then it becomes FARD KIFAYAH. CW-Okay. KW-So CW-Well, that makes senses. You know. Because, there's no need for you to go over there. Spend all the resources and your - your family, you know, suffering without you. KW-Right. CW-And KW-They're - they're saying it's the principles of RASOOL-U-FIQH. Basically it's like umm, it's even with JUMMAH, let's say, the first (UI) they come to JUMMAH, or uh come to Houston. But (UI). No masjids established or any thing. No community at all. So begun, whatever Muslims are in that area becomes FARD 'AYN establish JUMMAH. CW-Yeah. KW-In order, uh, yeah it becomes an obligatory, because or else they are our sinners. You know, uh, because JUMMAH's obligatory. So, once - once they get to the level like where it's right now? Then it becomes FARD KIFAYAH. CW-Right. So KW-I mean, it's well established Masajid everywhere. Uh, you know we have IMAM's out the wazzo. So, me it doesn't become uh, personal obligation, becomes FARD KIFAYAH. CW-Right. So, if you wanna establish a masjid, you can establish a masjid, other wise there are already Masjids there? KW-Yeah, right. Everything established. So, it's just like with uh, offensive jihad, is FARD KIFAYAH Uh, basically in you - you know, you have an Islamic State that invades, you know, non-Muslim territories and uh, it becomes it's as far the individuals it's FARD KIFAYAH. It's not, obligation. You know. You get rewarded and all that. If you don't, it no big deal. But it is incumbent as - as - as far, as long it's taking place. That's what (UI) making Islam (UI). CW-Yeah. KW-Oh, yeah. CW-Yeah. So, then, considering we don't have an Islamic State it's where it becomes FARD 'AYN (Laughing). KW-Yeah, yeah, yeah. Yeah, I mean it's not uh, you can't do anything, because we don't even have a KHILAFA. We don't have a leader. CW-Uh. Yeah, really all you could do is just have your group. KW-Yeah. You're individual JAMMAT You're other, I think that's what BIN BAZ in that article is referring to. Uh, he was - he was uh, referring to it like that. But, uh, they are, as far as now, I mean, you could say it's even FARD 'AYN for us. But, you know, I mean, IRAQ'S not the only situation, you have CHECHNYA. CW-Well, I mean, if given all of the situation of the world. You have Chechnya, you have Palestine, you have Iraq, you have Afghanistan. I would se -seem to think that it's FARD 'AYN not every Muslim in the world right now. KW-Yeah. I mean Chechnyns they - they have to resort to those type of act like the theater bombing and stuff like that. Because the rest of the Muslims aren't pulling their weight. CW-Yeah. KW-You know who's bad? CW-No. KW-If we were doing our job, if we were over there helping out you - you get the ideal of jihad. You would get it. But, in your lacking resources, your lacking people, and that's all you can do. Just to get these guys off your back. (Laughing) CW-Like - like you're saying with um, the situation with AZAM and they was dealing with the Russians that's really applicable to the United States today. KW-Oh, yeah, yeah. I mean, it's just one supervised (UI) in replaced the other. CW-But, it, (UI) what I'm wondering is, like where Qur'an says, to fight against them, I don't know the exact wording. To fight against them, even it means going into their land uh, and then when they stop fighting you stop fighting them. At what point do you actually go into their land? KW-I don't know. (Both laughing) CW-That's what I'm wondering. KW-I've - I've - I've heard that verse, but I never thought about that verse. Like (UI) CW-Because, I mean, if you have lines drawn. Right, like let's say like you have Chechnya and then you have Russia there, right? If you have lines drawn, it's easy to figure out, uh, what point an organized Army goes into their land. Like some of the MUJAHADEEN that have gone into, like say Russia and done stuff. At what point you do that? I'm wondering. Or is it just an assumed thing that – that It's - it's you can do it any time. KW-I see (UI) from BASAYEV's perspective, he's not trying to take over Russia. He's just trying to get the Russians to help out Chechnya. CW-Oh. I'm not talking about taking over Russia. KW-Oh, alright. CW-I'm talking about fighting them, until they stop fighting you. KW-Oh. That's what he, I mean what these uh, attempts that were made. I mean with uh, school and all of that. This is CW-But that's what the Chechnyns did. They didn't - didn't do that in Chechnya did they? KW-No. Th - that was in Russia. CW-It's actually in Russia. KW-Yeah. So CW-Yeah. So that's really what they did? KW-Yeah. And uh, he - he even says that, in a - in on here I don't wanna do that. You know? And uh, It's just gotten to the point, and he - his intentions wasn't to kill children. Because of the out come. It came out that way. CW- Yeah. Just, came out that way. KW-And in actuality, the MUJAHADEEN didn't kill the children. It was the Russian soldiers that did it. Which shocked the hell out of everybody. You know? And he says CW-Mmm (Laughing) Yeah. But PUTIN was under (UI) KW-I, he was like I was shocked that PUTIN was so blood thirsty. To kill his own. He also CW-Yeah. But PUTIN was under at that time, if you remember, PUTIN was under such political pressure from his own people. Not just on the terrorism issue, on other things. That he was practically thrown out of - out of office. KW-Yeah. CW-So, if something like that would have happened (Cars passing by) and he would have been blamed for it, in the eyes of his own public. KW-Well, he was. Well, I'm not sure about this - this elementary CW-well no, he was but KW-(UI) the Russian people basically admit that the tactics that he used They blamed it on him. So CW-Yeah. Yeah. That's something. KW-I mean, the articles are still there. CW-But, what's - what's going on though in - in like Iraq and - and Afghanistan and all that. I mean we're the occupiers no doubt about that. Why do you supposed that nobody done anything here? You think it's like they don't have the means or what? Because I KW-You know what I've been reading is the Stratford. Totally in depth political analyst. It's from non-mus muslim perspective." "KW-The Stradford, I get this like a monthly or weekly review. I'm on their mailing list. I'm not a member. It's expensive, it's like two hundred dollars a year for a membership. And you're - you're I mean it's very in depth analysis of conflict. CW-Wow. KW-It means, I mean stuff you wouldn't normally see. In the mainstream news or even alternative news. It's - it's uncut stuff.

Well, I just got like brief summary of their analysis, summary review of what they think uh, strategies are happening as far as Al-Qaida versus America back and forth. And uh, their analysis is that Al-Qaida tricked Americans going to Iraq. It - it was - it was the objective or something like that. See, Bush and America's catch twenty two syndrome. If they didn't go, then they would look like a paper empire. Yeah, it - it would look CW-(Laughing) A glass tiger. KW-Yeah, a paper tiger. Yeah (UI) like you - you could almost do anything they not going do anything, you know? CW-Yeah. KW-And then the other, if you go in, you knew it - it would cause uh, the Muslim would have to be inflamed to make everybody go out. The whole objective behind Al-Qaida, their strategy. It hasn't fully, uh, worked from Stratford's analysis, because uh, if it did, we would see, they say if it did, we would see all the Muslims governments being over thrown. Which by now, you know five year, four year, five years later. But what they said is that, I mean, what I got from that - and that's why they get what - what was done in London. It's to, pressure the non-Muslims to pretty much attack the Muslims. In a way where the Muslims have no choice but to defend themselves through JIHAD. Like exe - primary example Iraq. So, you - you - you create a scenario like London bombings, solely with the non-Muslims who get influenced. Attack the Muslims. Then the Muslims arrive there. You see? And then you just have massive JIHAD in Europe. CW-So, everybody's provoked. So - so they're provoking everybody. KW-Exactly. That's the whole objective. CW-Wow. KW-So - so uh, the same thing can happen here. I don't know, nobody, It may expect it to happen here. Knowing when CW-That's - it's that what I'm wondering man. I'm surprised it hasn't happened here again. KW-Where. When or where (UI) CW-It happened in London twice. KW-Yeah. CW-They - they did it the first time and followed it right up. KW-Maybe, uh, I don't know maybe America is next on the line. CW-Well, they hit all the other coalition members (Laughing). KW-They are, they do want to incite. Making Muslims have no choice but to (UI) CW-Eh, if America - if America gets hit again there's gonna be some more reprisal, you gotta know it. KW-Hell, yeah. Hell, yeah. (UI) they not gonna take it. CW-But, but I mean anybody can make it, make a kitchen bomb. Anybody can make a kitchen bomb. KW-Oh yeah. CW-It's not like they need a lot of resources. So KW-Yeah. Well, they were saying uh, that Al-Qaida, what happened in London was a very, is not to much of a hallmark of Al Qaida. It - it was sloppy. CW-Yeah. Well that's true. KW-Well, that's what they normally do. Normally, it's li - lot more sophisticated like Spain. CW-Yeah. It was timed, but it was sloppy. KW-Yeah. CW-Oh. KW-Like Spain was very sophisticated. On how it was done. CW-Yeah. KW-But this one was sloppy, it was sloppy because uh, as communication between the hierarchy. In the organization. And, basically saying that Al-Qaida, their system of communication is very general. But the people, the foot soldiers they don't know specifics. So they have to improvise. CW-Well, that makes sense. KW-So, they're - they're pretty much autonomous. And, they have to figure out things themselves. CW-Yeah. KW-Look, they - they know when - when to do stuff. Uh, uh, this is what uh, they said (UI) they still okay so scrounge because of this. Know, it's not as uh, specific or direct communication. But, they - they - they - they gettin' real into it you know about the organization and you know the whole objective, (UI) Al-Qaida (UI) to establish KHILAFA. They - they just wait. And uh, to do that, you have to get the West out of Muslim lands. So Uh, I don't know man. I mean as far as I stand on all this, I don't know. I don't really know I uh, what I do I wanna make sure is purely Islamic. And I don't do anything that lead me to hell fire. (Laughs) CW-Right. KW-And uh I mean CW-I think uh, I think you're pretty safe so far that, of so far as your DEEN is in order, s - so far as maybe like we're planning, that you follow that plan, um. But, but as KW-Yeah, you're right. CW-I have uh, see I have a question in my mind with regards blowing myself up. So, I'm not gonna do that. (Laughs) KW-Me neither. CW-You know, if there's any question in my mind I'm not gonna do it. Because I ain't gonna end up in the hell fire. KW-Yeah. Exactly. If it's uh, even a gray area. I'll stay away from it. CW-Yeah. Stay away from it. KW-I get rewarded for that. I mean, if you wanna say it's a gray area. CW-Yeah. KW-Yeah, that's best to stay away. CW-And that's, see I don't have a problem with military operations stuff like that. No problem at all. But - but when it comes to you know - you know this suicide bid or. Even involving a whole lot of unnecessary civilians. I have a problem with that, so That - that I'll stay away from. KW-Yeah. I'm the same way. It's just that um, I can see where they coming from. But I wouldn't do it. Because I'm not in that situation. (Laughing) CW-Right. Like you really can't, the per - person in that situation you really can't - can't make a judgement, because Allah may have mercy on them for that hardship they're going through. KW-Right. CW-But, you on the other hand, if you place yourself in that situation it might be a different story. So KW-Yeah, yeah. Like SHAMIL BASAYEV. His whole family was massacred by Russians. CW-Yeah, there's no telling what you're gonna be capable of doing after that. KW-(Laughs) The whole nation is being invaded, I mean. He lost a leg. I mean (Laughs). CW-Yeah. You know, and - and I don't blame them for what they done to the Russians. I mean, if you look at all of the pictures of - of the things coming out of Chechnya. The only thing that you see Chechians killings is - is armed soldiers. KW-Exactly. CW-And you know, but you see an awful lot of dead civilian Chechnyns from Ru - whenever Russians moved in. KW-And he says that in there. Allah says in the Qur'an, Drive them from their homes, like they drive, I've seen that translation. But he says, fight them like they fight you. There's many different ways of wording in the translation. CW-Is that - is that a Qur - Qur'anic thing or is that hadith? KW-(UI) in Quran. It's straight from Quran. I can find my grace for you. But Allah says do not transgress beyond bounds. CW-Yeah. KW-Meaning, and he - he said and I haven't transgressed. Not - not even come close to transgressing. Meaning if you wanna compare the atrocities they've done to my people. And compare these few three or four incidents. It's nothing in comparison. Nothing. Subhanallah. So, there's no injustice that (UI) after that. And he said the - the - the Russian people. It's the guy asked, so you're saying that the children in that school are responsible? He said, no, I'm not saying that the children are responsible or the atrocity of the Chechnyn people. I'm saying that the Russian people are Responsible for what happened. Because of their silence for. CW-Mmm, hmm. Well they live in a democracy now. Now they're blame worthy. You know. KW-Yeah They elect their leaders and that is what uh, yeah. CW-Subhanallah. Yeah. KW-Pretty much true. I mean if you wanna look at it. They are blame worthy. I mean they chose this guy as their leader. And they're backing him. So, they pretty much hired him. CW-Yeah. You know I'm kinda wondering if something does happen in this country again what that's gonna mean to us. I think it's gonna get a lot harder on life here. Where gonna - where gonna be forced into a situation. KW-Like, why DAWAH is sooo important. (UI) I clear ask, you know MUHA - Shaikh MUHAMMAD ADALI was in town this weekend. CW-MUHAMMAD ADALI? I didn't know that. KW-Yeah. He's was all he did KHUTBAHS (UI). Any ways KHALIL asked him a question. He goes uh, we don't have resources, for new Muslims. Financial, psychological, none of this, you know. They have means when become Muslims. They have means. You and I know this. Like for example, the hou - the WholeWay house. They don't have jobs. I mean, is they have they come with all sorts of problems. Not just poor but rich uh, I mean, it's just, domestic abuse, I mean, you name it. Americans have issues. And becoming Muslim, into a community they expect us as a community to - to um, nurture and help them with these issues. And we don't have the resources. CW-Yeah. KW-We don't. Face it, we don't. I mean, we do have financial resources. (Cars passing by) But we're not organized (UI). But the thing is Shaikh MUHAMMAD ADALI was like, you still have to continue the DA'WAH. And uh, you can't stop. You know. Whether this is you're here or not, just can't stop. He asked KHALIL. Well, yeah, of course you can't stop. Why you asking that? Well, because brothers be player haten' Their's a lot of brothers out there who - who have this mentality that you shouldn't do DA'WAH. Because of uh, for that very purpose. Look what you're bringing them to. And so, it's don't do anything at all. You shouldn't do DA'WAH at all. And uh, I, it - it - it's not uh, explicit message it's an inscribed explicit message. That brothers give in the community. And uh, which can be discouraging for DA'Is, you know. So, I mean we need to continue to DA'WAH no matter what. Teach people about Islam, uh, make them become of, get them to become Muslims. Then uh, Inshallah, you know the tides are turned, In sha Allah we become one Muslim country. CW-(Laughs) Inshallah. Wouldn't that be somethin' uh? KW-If it's (UI) the numbers will be much greater, besides the number of Muslim (UI), you now? CW-Yeah. And when you have it indigenous Muslims uh, the community tends to strengthen to I think. Because most, indigenous Muslims tend to be strong in the DEEN, a little bit more willing to learn and become knowledgeable, you know? Where the immigrants over here are typically under the radar. KW-Yeah. That's true. CW-But I think - I think we're in a - in a time that's prime for DA'WAH, because when that - when that next one takes place. Then DA'WAH's gonna be shut. KW-Yeah, exactly. You better hope you have some sympathizers. (Laughs) CW-Yeah, big time. KW-People who, I mean if you do the DA'WAH, people will sympathize. Sympathize with you, and Inshallah you know. (UI). I mean people change, Inshallah. I don't know. Allahu alim, Allah knows the future. Something happens it be bad, very bad. And they, I think the leaders in this community know it. CW-Yeah. KW-That's why they've taken the stance that they have. Is a very uh, scared. CW-I don't know, I'm kinda watching and waitin', man. Because these people keep hittin' places, but, maybe, they'll maybe, maybe they provoked us enough right know. Got us to do what we want, what they wanted us to do. KW-And the Americans stuck in Iraq and their soldiers are getting killed. CW-(Laughs) And they're spending billions of dollars a week. KW-Destroying it's economy. CW-Yeah. So, I wonder uh, uh, the - the - the if there were - if were another one what that outcome would be. I think the only thing that another one would do it wouldn't really cau - I don't think it would really causes us to invade another country. But it would definitely buckle us down on security, to the extent that the American people start choking you know? And spending a lot of money that - that they just don't have. Because right know, like when I was talking to HPD guy, he says the federal government has allocated an awful lot of money for security. KW-Oh, yeah. CW-For - for local governments. And they're just now given it. KW-Man, HPD is hurting for money, man. They don't have enough police on the streets."

8-9-05 CW "KW-We really gotta learn the language man. CW-But see that's, we need to go, stick as a JAMAAT if we can. KW-Yeah, yeah CW-Because we can't go as stragglers man, otherwise AM-No, no I understand CW-Stuff happens an stuff so I mean I, I know some people who've been in Bosnia but, but they've been out of the loop for so long. Like YUSUF, YUSUF MOHAMMED . He has a family now, he doesn't have all the contacts he used to have. But, BRAD was in Afghanistan. AM-Oh yeah? CW-But, I wouldn't, I mean he's been out of the loop for a good twelve years so I don't know if I would and things have changed since then. So AM-Oh yeah. KW-Yeah, yeah, totally different world. Totally different CW-Yeah. So, but that's what I was always told by these people is that you have to go in a JAMAAT,

you can't go alone. AM-Oh yeah, definitely. KW-It was easier back in the day because you had two super powers fighting each other. CW-Yeah. And one was supporting ya. KW-Yeah. (Laughing) AM-Exactly. KW-Exactly. AM-But now the two super powers are against you. KW-Yeah. AM-They're gonna work together to fight you. CW-Yeah. AM-It's, it's uh CW-Yeah, no but, but I've always been told, I've been told this by three different people my wife, BRAD and YUSUF and that is that you gotta get over there in a JAMAAT and after you get over there, that's when you establish contacts because that's how people get to know you AM-Oh yes. Oh yes. KW-Yeah but, but all, see the thing, the only thing is that AM-Things were different back then? KW-And they were way easier. Way different CW-Sure. Sure. But KW-I heard even back then PASHAWAR was like CASABLANCA man. Yeah. KGB, CIA AM-Oh yeah. CW-You just gotta play it more. Careful now you know? KW-They had all sorts of people Not trusting anybody. AM-Yeah. KW-My dad has this book called the Soldiers of God it's about what, the Afghan war back then And uh, it was a journalist who wrote the book and he was really in the mountains and (UI) living with the MUJAHADEEN and stuff right. And uh, he said the PUNJABIS they were nicknamed GUCHI. AM-(Laughing) GUCHI? KW-Yeah. CW-Why? KW-They used to always walk around with the briefcases and like they were like clean cut and everything AM-PUNJABIS? KW-Yeah. AM-Well what, (stutters) I have yet to see a PUNJABI, uh, MUJAHID. KW-Well they, you know, they sit there and they go, they get, cause money used to come in and they used to buy weapons. And what they do is they just shoot it up in the air and then like, take off with the money you know? (Laughing). I mean, its interesting, he's just, identifying different groups. That were fighting. We had all sorts of groups. CW-Is there, so there's nobody here we can trust to talk to about this? KW-I don't know anybody. CW-Nobody, none of our scholars I don't imagine even huh? AM-I don't think so. KW-They'll turn us in. CW-You think so? AM-First thing KW-I know so. They'll turn us in, in a heartbeat. CW-Huh KW-I know so. CW-Yeah. KW-They don't wanna, they don't CW-WALEED's under the thumb of the Saudis so we can't talk to him. KW-Awe phfff. AM-He's gonna be the first one? Huh. KW-I mean, anybody who thinks like this is considered a terrorist. AM-Period KW-Oh did you hear their, their expanding the label. They're not gonna call it The War on Terror anymore CW-Yeah I, I read that KW-I forward that article to you. CW-Yeah. KW-The war against extremists. CW-That's right. KW-So that (UI) and makes it more general. CW-Yeah, it decreases the importance of the military uh, solution. Which is exactly what they did with the war on drugs. You know it's no longer the war on drugs anymore. KW-Yeah, yeah, yeah. Well I, I'm saying is like everybody identifies with terrorists in the military sense you know. CW-Yeah. KW-The London bombings and all this when you say extremists that even broadens the category even more. CW-Oh that could be anybody. KW-Exactly. That could be a person walking with his pants cuffed and a beard. CW-Yeah. AM-Us. (Laughing) CW-Eh, I'm ready. KW-It's very ideological. CW-I'm ready. KW-Very ideological. There uh on two fronts. But I'm saying that, the only weapon over here is the DAWAH, the aggressive DAWAH. People responding man, you'd be shocked. It's amazing how they respond. Up front CW-They speak URDU up in northwest right? AM-Yeah, but not a whole lot, only in the cities. KW-PASHTUNE huh? AM-Only in the cities. PASHAWAR yeah, but that's about it. CW-We need to get with some of the Afghanis here and learn how to speak Pushto. AM-Yeah. Marry an Afghani. CW-Well I can't do that here man I gotta go over there and do it. Actually that should be the first thing, right when I get there, marry and Afghani chick, and I'll be in with the Pushtoon tribe and then they'll AM-Hope you don't end up with every tribe. This one tribe Oh no, I " "CW-Just keep, keep your eyes open cause if we can get money there we can get people. KW-Inshallah. CW-So. KW-Yeah. And all we can do now is just train. AM-Train. CW-Yeah. KW-That's all we can do. CW-And, Inshallah, the more time that we have, the better we get. KW-Right. AM-That's true, that's true. KW-And uh, they can't do nothing to us. AM-Yep. Hopefully. CW-Yeah, unless they just decide to just round us up. KW-(UI) CW-(UI) yeah. But that would cause so many problems even among their own people man, it'd be an all out war. KW-Yeah, especially if you remember, hey, I hadn't thought of this. If you join the NRA, which you're already a part of You know how this terrorist bill or whatever, Patriot Act, they say if one person in an organization is declared a terrorist, then the whole, everybody in the organization is. You know that right? AM-Yeah. KW-It's part of the Patriot Act. If you join the NRA and they declare you a terrorist then they have to declare everybody in the NRA a terrorist. CW-(Laughing) KW-(UI) law man. CW-Wow. AM-Wow. KW-They're not gonna go that route. CW-No. AM-Become members of NRA. CW-NRA? Yeah. KW-It's only twenty bucks (UI) CW-Yeah twenty bucks you're in. KW-Cool (UI) CW-Actually I need to review my membership to see if I'm still a member. KW-Yeah I wanna become a member. Everybody's like awe, it's a red neck organization man. I don't care man. AM-(Laughing) CW-Yeah become a member of every one of their organizations. KW-Exactly. You (UI) most powerful lobby in DC. CW-Uh-huh. Yeah. AM-Washington? KW-They're not gonna do that."

8-16-05 UCE "KA-I think he can debate pretty well. But just that kind of radio form, I don't think it was. CW-It was unofficial. KA-Plus, nobody big time right wing radio. It it. I don't think it's working, but uhhh .I mean he's really one of the few that's really trying to challenge these authors and these who's writing all these crazy things. He's really concentrating heavy on trying to refute their men and give the proper view. Because of the, it's like um into this making it a different term now. Now they are focusing on terrorism and stuff now. And That Islam and promote and fight so like before the were of the past they had different tactics. They were doing to other matters and now they they do it now a days they go into different ways. And so they have to be a need for the people to rise up and refute them and let them know that even in the is day you can't come up and make up stuff. AM-Yeah. KA-And come up and make up stuff and say that it's our fault based off the terrorist mode. Because that's where everyone is coming now. Terrorism, terrorism, terrorism. KW-So does that mean that they got back to the 10-minute Shahada you just convert those questions into tawheed. You redirect those questions and in your playing field KA-And was. But, but what. KW-We are not playing in their playing field. KA-But what I'm talking about in like radio, written words in like KW-Oh, you mean like books and stuff. KA- Right, because they making website's and all other forms of media so we have to come in at the same level and do the same thing. Because not as people are doing that, so that's one of things that he's been doing lately is trying to you know uhhh KW-Refute them. KA-Through the written form and things like that. Because it's always going to be a need for that. I mean if it's, actually look at his website, his website is in better shape than our website. You can go right to the website and you can get on the left side there are a whole bunch of links and you can go right through and window. KW-Oh yeah."

8-16-05 CW "KA-I mean plus like, you know, big time right wing radio. I just it just I, I don't think its working. But he is really one of the few that's really trying to challenge these authors and these, uh. Who are writing all these crazy things. He's really concentrating heavy on trying to. KW-Refute them. KA-Refute them and ah, give the proper view. Because ah, of the ah, its like uhm, uh Orientalism has taking a different turn now. Now they are focusing on Terrorism and stuff now. KW-Uhhh. KA-That it Islam promotes ah, ah, ah and its scheme of fighting so like before ah, in the orientals in the pass they had different tactic. They would deal with other matter, but now the Orient is now they are going into different (UI). So there have to be a need for the knowledgeable people raise up refute them. And let them know you can't, that even in this day you can't come up and makeup stuff. And stay that Islam is false base off the Terrorist mode. Because that's how everybody is coming now, terrorism, terrorism, terrorism. KW-What does that mean go back to the ten minute SHAHADDAH and convert those question into TAWHEED. KA-Its like ah. (stuttering) KW-You redirect those question in your playing field. KA-But I, I (stuttering) KW-You don't play in their playing field. KA-But I'm talking about like in, ah (stuttering). CW-In a radio debate. KA-I'm talking about like in written work and things like that. KW-Oh, you mean like in books and stuff. KA-Right! because they make website all, ah, the other, other forms of media. KW-Uhhh. KA-So, we have to come at the same level. And, and do the same thing not many people are doing that. So that one of things that he has been doing lately. Is really, is a, trying to you know ah. KW-Refute them. KA-Through written form and things like that, its always going to be a need for that" "CW-Am telling you AM its just a joke. They're just trying to AM-No just go to all of them, and you will have a different view about it. I mean probably not to you, cause you KA-When this come on? AM-I don't know. CW-But what I am telling you, is that. KW-Cause it's not on PBS they are not showing that Front Line now cause the new season. Which they kind of stop CW-Yeah. What I am telling you is that the reason it's doing what it is doing by the pull out and everything. AM-Because Musharraf is doing, what Musharraf is doing in Waziristan. CW-Is to show, it's to show the world that they want to do something, but it's only a show. Because really, what they're gonna do is to set the Palestinians up for a fall. Some of them are going to let some Palestinians do some terrorist attacks, then they are just going to go in full force again. KW-That's what they said this morning. Sharon (UI) CW-Yeah. (cough) KW-If they break it, then they will see repercussion like they have never seen before. AM-Yeah, but CW-Yeah, see these, these settlers that are fighting they don't even know their own government and how much friendly their government is to their own cause. AM-But, Jim if you are saying that, this is exactly what is happening in Pakistan. Some people might think. And Musharraf is to do whatever it is doing just to show. CW-Yeah! He is doing what he is doing for show. AM-It's not true. CW-Yes it is. AM-No! CW-Yeah. You think that he ain't being bought off by the United States Government with millions of dollars. AM-He's a secular guy, he want something like that against all the ah, ah Muslims (UI). CW-Musharraf is going to go where the dollars are if the Muslims had money to give it would be an Islamic State. KW-They're Jewish extremists?"

8-23-05 CW "CW-Yeah, the cat's still alive right? You didn't grind him up and put him in the hamburger? (Laughs). Look at this man. Some of these guy's like that there. Is that a suicide bomber? AM-Yeah, yeah. HM-(UI). CW-It depends on how many people are around you man. When you sign up for the military your signing a death warrant you're giving your life sacrificing your life for the cause of your country. What a waste of a humvee, man. I could be driving that around Houston. HM-(UI). CW-They would show us on television here but they would not show their own people on television here. What is that? Is that the black flag? No. AM-I don't which channel is that. HM-(UI). Show me the beginning part. The beginning part was good. (UI). That stuff needs to be cut out. CW-Why? Why? That guy said you sign up for the military you're sacrificing your life for the cause of your country. So why not the cause of Allah? HM-The cause of Allah (UI). CW-Well, yeah. KW-There's a CD called Jihad against terrorism (UI). CW-Jihad against terrorism? Proofs against it? I don't

know. I've heard a lot of proofs against it but I don't buy all of 'em. I mean it's not anything that I would do but I mean, like, for instance, I saw the movie PLATOON. Did you guys see the movie PLATOON? In PLATOON, the American forces were being overrun by the Vietcong. One of the Vietcong took a grenade and ran into the central communications tent and blew himself and the tent up which helped them overrun the rest of the American forces. Is that suicide or is that sacrifice for the cause of your country? HM-(UI). CW-Because that was the only way, it was the only way to get in there, get close enough. HM-(UI). CW-So, they're mowing down your family. Do you jump in front, take the bullet, or do you let your family be mowed down? HM-That's not committing suicide. JIM! CW-It's the same. It's the same. You are defending the innocent. HM-Say we are going to war, we on the battlefield. Ok, we've all taken a pledge to fight to death, we don't quit and we don't run we're fighting (UI) that we would all stay strong to the very end. (UI). look around everybody's dying I'm facing the enemy, me and a couple of guys only. I'm gonna keep fighting on and not quit even though I know that death is coming (UI). That's not committing suicide. CW-Sure it is. HM-No it's not. CW-You're sacrificing yourself for the cause of your country or HM-Suicide bombers what they do is a very cowardly thing and they're not even sure (UI). CW-How do you know? How do you know? How do you know? HM-When a guy goes (UI). CW-What you're seeing on television is not necessarily what they're claiming. HM-When a guy straps on his bomb and goes into a pizzeria CW-What you're seein' on television is not necessarily what they're claiming. HM-When a guy straps on his bomb and goes into a pizzeria, ok, how is that not cowardly? How is that (UI). CW-I'm not sayin' that. They didn't go into a pizzeria, what you saw in that video. That was a military strike. This isn't the innocent. I'm talking about this video. HM-(UI). That video is one thing (UI). CW-Because you hear every day of troops being blown up by suicide bombers. That's a military strike. HM-Hey JIM, this is the thing. CW-Just stop it. How would you say that that's not a military strike? HM-(UI). Number one thing: I don't know what happened in that video clearly but somebody if you tell me that that was a suicide somebody committed suicide already the whole act for me already (UI). AM-Stop it? CW- Yeah, yeah. He said to stop it. HM-Are you listening JIM? CW-I know what you're saying. HM You've already explained that even if they were mowing down your family that you would let them. HM-(UI) even then committing suicide, doing an unjust thing for to get justice it doesn't work. CW-All I'm sayin' is that you can sit here, you can sit here in your plush country and you can judge what people are doin' over there or you can be in the trenches over there and do whatever it takes to defend your land and defend your people and worry about the judgment after that. HM-(UI). Face it JIM! CW-No, no. See you're sittin' in a nice plush home, man." "CW-Patience is power. That's what I have to say because if you're gonna judge people if you're gonna judge, if you're gonna judge people who are in a dire situation HM-No, I'm not judging, I agree with you CW-Then, then, then, that's not right. HM-No, you're right. I don't know their circumstances fully (UI). I can't say that I wouldn't do the exact same thing, who knows. You're right. CW-Well, that's my point. KW-It's not about judging. CW-Well, sure, you're sitting in a plush country making Fatwah's and making judgments of people that you don't know what they're going thru. HM-I'm not judging, no. CW-You don't know why they're doing that. HM-Think about this, think about this (UI) CW-All you know is what the KUFAR tell you. HM-Murdering somebody, murdering somebody, lets say rape, raping somebody is an act of injustice, right" "HM-(UI). Rape you know that's injustice (UI) why somebody was raped. I don't need to know that. CW-No, but before, but before you come out with any judgments on, on this is Haram and this is not and this is not Haram, you have to know what circumstances those people are going thru yes, blow HM-What circumstances do you have to be in where you can justify (UI). CW-Blowin' up. KW-(UI) nightline. KW-That's SHAMIL BASAYEV from Chechnya HM-I don't need to see it. I'm tellin' you, I don't need to see it. CW-Yeah. KW-(UI) gone thru it, personally. HM-Can you ever justify to me that rape is ok? Can you ever do that? AM-No. HM-You can't. CW-What's even worse HM-(UI) under any circumstances. CW-Well, what's even worse is that you would allow a rape to happen and not an nothin' about it. KW-We don't know how far we would be driven. HM-(UI) I'm saying, I'm saying if you tell me somebody raped somebody I would say Hey ok if this person truly committed an act of rape, this is an act that is against Islam and they would get what they deserve in the day of judgment from Allah. You tell me somebody committed suicide or murder or anything else I'll say that this an act against Islam and they will get their judgment from Allah. Ok, judgment. That's it. I'm not judging that person for what they've done, I'm just saying that this is an act KW-I agree. HM-That is against Islam. KW-I agree. HM-(UI). why they did it, under what circumstance, and what degree of level (UI). KW-It's not for us to judge. HM-(UI) drug addict (UI). selling drugs (UI) I'm not gonna put you under the same (UI). KW-It's just like here in America with the low income families (UI). HM-(UI). I don't think their justified (UI). Under many circumstances. (UI). say middle class, good neighborhood and they end up becoming murderers or drug addicts or alcoholics. They don't have the same excuse as somebody that is their uncle is selling drugs, their mother, their father. I know somebody right now that, that the guy is 29 years old and his parents are like 60 and 70 and they are still selling marijuana. CW-What, but still KW-State of mind. There's reasons why. HM-But the point is, the point is it's still a haram act. You can't deny (UI). CW-No. KW-But where JIM is coming from is that you have Shaikhs, Sheiookh, in the Muslim world who like the Muslim British Counsel HM-Not my Shaikh. CW-Making TAKFEER HM-(UI) bombings ok. If you're gonna tell me something that goes against the Qur'an then I'm not going to respect (UI). KW-They said these people were KAFIRS. They declared them KAFIRS. HM-Who? Who? KW-The British Counsel of uhhh HM-I would never go that far. I would call anyone KAFIR. KW-(UI) publically said that. HM-I don't think that's right either though." "HM-I'm just sayin' we need to be honest (UI) suicide bombing, committing suicide is not accepted in Islam. (UI). CW-But that's not true. HM-It is true JIM. CW-No, because there are certain circumstances where that is allowed. For instance, you're falling on your sword on behalf of your brothers. Somebody throws a grenade in your bunker, you jump on it to protect your brothers. HM-That's not committing suicide though. CW-That's suicide. HM-No, it's not. CW-Yes it is because you intentionally killed yourself when you could have survived by not doing that. HM-You intentionally protected and tried to save harm from other people. That's what you tried to do. It wasn't you were trying to kill yourself. CW-And that's exactly what people in that video were doing. HM-Ah, not quite. CW-They were fighting a foreign army we were talking about that video, the Iraq video where the guy drove into the compound and blew. HM-(UI). I don't see it that way. I don't see it that way at all. KW-So what do you think about (UI)? CW-Yeah. HM-You're putting in circumstances where the CW-You're doin' what PRESIDENT CLINTON did. What, what is sex really? Right? What is sex? Oral sex isn't sex. I mean you're doing exactly the same thing with suicide. HM-JIM, if you get a noose and put it around your neck and stand on a chair and you hang that noose up and you kick the chair from under you, is that suicide or is that an accident or is that, why'd you do that? You did it say there's an army coming in and they are about to kill you and you know they're gonna kill you and they might torture you so you're gonna take yourself out first. I don't think that's just because you didn't know what's gonna happen JIM. CW-That has nothing to do with noosing yourself man. That doesn't apply. HM-(UI) come to the door and they decide to leave and you may save you (UI) angel (UI) you don't know. KW-What if this army has a history of torture? HM-So listen, here's what I'm telling you, look. You are there in a bunker and somebody throws a grenade in. Ok, now that grenade is right there in front of you and there people around you, kids, or whatever, now the best thing you can think of is that I wanna, I wanna jump on this grenade so that the, the pieces of it, the metal fractions of it don't hurt other people. It doesn't mean that you're gonna it doesn't mean that you're gonna die. It doesn't mean your gonna die. CW-HM. You're in the military. You're in the military, so you go, you know the only way to do something is that if you were to drive into a place or fly into a place and detonate something and you know that you might be part of that detonation but the only way that the military can accomplish their goals is for you to do that and you opt to do that. You know that you are going to die. HM-(UI). I'm not guaranteed. That's the thing, I'm not guaranteed. I'm not going out and saying ok I'm going out today to kill myself. What's your intention? These people are going out to kill themselves. CW-We already, we already had this discussion. You, you, you would give up your country and your people just for the HM-I wouldn't, I wouldn't make my intentions to kill myself. I'd make my intentions to save people, to fight, to (UI) but I wouldn't make my intention to kill myself. People that go out and commit suicide (UI). CW-That is your intention. If you're gonna fight an army that's greater than you are HM-(UI). Jump on that grenade in the bunker, was your intention to kill yourself? CW-Absolutely. HM-No it wasn't (UI). CW-Sacrifice myself for the sake of the others. HM-No, your intention was to stop others from getting hurt. That doesn't mean that you're gonna die. You might die (UI). CW-No. KW-Was you intention to kill yourself? You wouldn't. (UI) CW-Yeah, that's right. Well, see I'm the same way. HM-(UI). There's a good chance you may die. (UI). It's different because your intentions were not I'm gonna go (UI). KW-It depends, it depends (UI). connotations. I mean it's such a vague word. In that example you gave some people would say, Man, that's suicidal. Go in and take on a whole army by yourself. CW-Yeah. That's suicide. If fact, why do you think they give out Congressional Medals of Honor HM. KW-(UI). I mean in the English language. CW-That is not their intention. Their intention is to strike at the heart of the enemy. HM-(UI). CW-Well, that's what your intention is if you join the military and go on the front line. KW-You know you're gonna die. CW-Yeah. And sacrifice your life for the cause of the country. HM-(UI). CW-And that's suicide." "CW-I'm like KW. I wouldn't do that. I would want to stick around to take out as many as possible. KW-Yeah, I mean if they feel this is their strategy. CW-I mean, you can't sit here in a country like this and make a judgment on somebody in a country like that. Only Allah knows what would happen with that person! KW-Another thing is the scholars that make a judgement, not on suicide bombers, (UI) but I don't see them on the front lines. CW-Yeah. KW-The only way you can be a KAFIR is if you commit an act KUFR. Major KUFR, major SHIRK, or major NIFAQ. HM-There's other Fatwah. CW-Yeah, from the British, yeah. KW-Oh yeah, yeah, yeah. CW-Anybody who commits an act of terrorism, they declared non-Muslims. HM-(UI). We know that right? (UI). That the West will capture all the Muslims and kill them all. KW-No, where's this hadith at?" "AM-I see. All I'm gonna say is that the scholars were outside cannot, cannot KW-Yeah, I don't CW-That's what's I'm, that's what I think. KW-The scholar's that are living in those regions AM-Only their, their Fatwah can be legitimate, not of anybody else. I don't consider That's, that's not suicide like how, Qur'an said suicide is like ending your life because you are just KW-Depressed. AM-Depressed (UI). CW-Yeah right and things like where you know

where Allah has set for us how much money we should earn in our lifetime right? And we get all depressed and down AM-Because of financial CW-Because Allah didn't bless us the way that we thought he should. KW-Like when, ah, what is it, the depression, stock market crash in the 20's. AM-Exactly. CW-And people were jumping out of buildings. KW-Yeah, yeah. AM-That's suicide. I mean, this is not suicide. I mean. KW-You know, the suicide in the Western world is the 3rd leading cause of death. CW-Really? AM-It's the top most cause of leading death in Japan. KW-Oh yeah? CW-Wow. AM-Cause KW-So, how can they talk about Muslims? CW-Yeah. AM-This is the problem of apologetics. They just want a reason to, you know. See, us Muslims, we get hit by ourselves rather than our enemies, you know. KW-They fear Kufar. AM-HM, HM doesn't understand KW-It's not like, they can't, the Kufar can't come to us and say anything. AM-Never, never. I mean the fighting KW-The suicide rate in the Muslim world is, is like, .3 percent. ANDAN-Yeah, it's not even there. KW-It's not even 1 percent. That's over 1 billion. In all the whole Muslim world. I heard this from KHALID YASSIN. AM-Really? That could be true I mean we don't I mean of course suicide in our religion is a sin is a grave sin. We're not supposed to but I don't consider this suicide it's not KW-It's a strategic military strategic it's just AM-Exactly. KW-(UI) defining it as suicide. AM-And we right. CW-Right. AM-'Cause it's not, it's not for those reasons like we said ending your life because you're in a debt or in the stock market crash. CW-Even so, like the guy, like Adnan was mentioning Jihad against terrorism. Well, what is terrorism? The US government don't even know what terrorism is. AM-No, he said there's a video CW-No a CD about, called "Jihad Against Terrorism" that talks against suicide bombing and makes judgments. I don't know, probably Impact or some stupid group like that. AM-No, there's another group in UK who's coming up with different stuff. It's probably them. CW-Yeah. AM-But, I mean. CW-Noboby even knows what terrorism is. KW-There's state terrorism. CW-Yeah. AM-There is state terrorism. CW-So what are you gonna KW-Exa Oh Uhh perfect example, Russia America. CW-Yeah. AM-That's what it is. KW-If you want to define terror that's why CHENEY is changing the a or RUMSFELD, one of them, is changing the um. AM-The war on terror KW-The war on terror. CW-Oh yeah. KW-Because it can be used. AM-Exactly. KW-It's so general CW-It could be used against the U.S. (Laughs). AM-It is, it is. I mean that's what SHAMIL BASAYEV actually said. Terror, terror, what are terror they're the same you know. KW-Yeah. CW-Yeah. KW-Even if they said fundamental extremists, I can view Americans as extremist. It's relative. AM-It is relative. CW-Yeah. AM-It is relative, indeed. KW-They uhhh, the only thing is we just need to get the standards from Qur'an! AM-Yeah, that's the problem. Yeah, but our, our people are so confused about the whole thing. KW-There's alot of Hadith that we don't know about man. I mean especially like me and JIM and the rest because everything, we only can accept what they give us in English, you know what I'm saying? AM-Right. KW-There's tons and thousands of Hadith's in Arabic that even Arabs don't even know about. AM-I agree with you. I agree with you. (Laughs). CW-The problem is people stick with their compilations. KW-Well, the thing is that they could be hadith. The others, you know, you know, you got the two camps. You got (UI). The ones against we always see their evidence. AM-See, you know KW-We never see, get a chance to see the evidence of the other side"

9-17-05 Sess. 5 UCE "KW-Man Shi'ites stand up for this thing more than Sunnis do CW-I know it's a shame. KW-Any day man. AM-And their, their states can be more close to an Islamic state than any other Sunni state. KW-Yeah. CW-That's true. AM-Yeah I respect them for that (UI). KW-Man they got a freakin' nuclear bomb coming man. They stand up to the Khufar man versus uh some of these other people that sit there and like to do photo opps. AM-(UI). KW-I'm not just talkin' 'bout people here but, you know like the Saudis and stuff like that. CW-Oh. You give a terrorist state like Israel a nuclear bomb you can't expect Iran not to get it. UCE-Yeah. AM-(UI) Pakistan. KW-Yeah they dragging down Pakistan. Alhamdullilah Pakistan came through on that case. CW-Pakistan can (UI). AM-(Laughs). Nobody, well not the Pakistan nation with us that individual (UI). UCE-They're right there. KW-Yeah, the individual (UI), yeah. AM-Yeah. But he did it for money. (Laughs). KW-Oh he did? AM-Yeah. KW-Was he the speech, oh I want give, make an Islamic bomb. That's what he said right? UCE-(Laughs). AM-Yeah well KW-The scientist and he, he sold them the secret. AM-Yeah but he, he was, he was a good person I mean good person but still he, he had his personal desires too. I mean at least he benefitted a lot of countries in getting something. I mean that's pretty good. KW-Yeah it is. AM-But they, they have the whole network. Just like it goes to every other country out there. (UI) KW-Oh yeah, it goes back to all the way Oh I see what you're saying. AM-I mean the network of like where nuclear plants or KW-(UI) and stuff. UCE-Everywhere? AM-Everywhere. UCE-Everybody's got one. KW-Yeah. But you see how Iran stands up and Korea? AM-Yeah. KW-Yeah, so uh UCE-Yeah. Korea is straight-up troopers. They're like F-y'all. KW-(Laughs). Exactly man. UCE-You got it. Y'all not gonna tell us what we can do. Problem? KW-It, it works both ways. How can they trust America? Just like America can't trust them. AM-Right. KW-It works both ways man. AM-Yeah but even the Koreans see what's happening KW-And, and one thing, America's used one already. AM-Yeah. Yeah. That's the, that has (UI) over there intentionally. Not an accident. (UI). UCE-Well, Russia got Chernobyl, huh? AM-Yeah, but that was Supposedly an accident. UCE-Yeah, sure. CW-What's that? UCE-Chernobyl. CW-Oh. AM-Take CW the radio. KW-So I mean I would trust the Iranians way more than I trust Americans with a nuclear weapons. Freakin' Americans got sixty thousand nuclear warheads stockpiled in this country. AM-They can detonate anytime. KW-Yeah. UCE-Somebody pass gas the wrong way you might be in trouble. I think the half life of uranium is suppose to be like a million years, so. KW-Yeah. AM-Or more than yeah, half life is around that. UCE-Yeah, so. CW-What do you need sixty thousand of them for, huh? KW-That was during the Cold War. CW-Even during the Cold War where you get sixty thousand from? KW-It was an arms race. CW-I understand that but UCE-You got sixty thousand, I got sixty one thousand. I won. AM-Yeah, that's (UI). CW-You could prevent I mean you could annihilate a country just by hitting a few of its cities. AM-Exactly. KW-Yeah. CW-(UI). KW-Now this country could blow this planet up about five times if it wanted. CW-Yeah. KW-Minimum, at the minimum. AM-At the minimum. Uh yeah and yeah, I mean life would not come back 'till a billion years. (Laughs). That's how bad it is. KW-That's dangerous man. To have their one person AM-And they, and then they wanna, they wanna install this in, in space? (Laughs). CW-They already got (UI). AM-Zap everything CW-They already got stuff up there. I mean, not that kinda stuff, but they got uh they're already taking steps to militarize space. AM-Yeah. You, you everyone has uh access to GOOGLE EARTH right? KW-Yeah I, I downloaded stuff."

9-20-05 UCE "HM-Oh. (UI). How you doing brother? KW-Salamu alaikum aki. CW-Salamu alaikum. KW-I knew you would come. HM-You guys uh you guys uh (UI) on your. UCE-Pictures. HM-Your terrorism activity? CW-Do you want to sit at the head of the table? HM-Is ADNAN not coming? KW-Yeah. UCE-He was just saying that. KW-What? UCE-(UI) discussing your terrorist activity. We have to put a sign on his car. Will jihad for food. Stick it, on the back Na, but they will throw you just anything man, just to make you do it, but you have some of the dudes that were super, super, super into it. You get like, I'm not gonna say race. I'm not gonna say what race, but you get some guys from like Kentucky and West Virginia that hunt wild turkeys and stuff, and you get them out there and put a rifle in their hand and they just like you want me to shoot that nickel over there, hold on. KW-(Laughs). Oh yeah. CW-You wouldn't happen to be talking about white folks. KW-(Laughs). UCE-Hey man. Hey man. I'm not bringing racial in this." "CW-Yeah I hear that uh, that one town next to Syria, that' they're having a problem taking over. What's the name of that town again. AM-(UI). (UI) or something like that. (UI). I don't remember. Something like that. CW-They said AL QAEDA owns the town. AM-Hmm. UCE-They got, like a deed? CW-Yeah. UCE-Owned by. CW-They have a sign out front, Al QAEDA territory do not enter. AM-I heard Syria has some like um, people and they're gonna try and UCE-Trespassers will be shot. CW-Say what? AM-They have some people from that town or whatever. Supposedly terrorist rebels. CW-Syria? AM-Yeah. CW-Syria's an ally. AM-I know but these guys are after Syria, I mean they are like what like MUSHAREF (PH) is doing. Giving them people whenever they come Pakistan MUSHAREF would help them 'here you can have them'. UCE-So they probably go out, they probably go out and grab a few people just in case. AM-Exactly. UCE-Uh, they bothering us a lot. Give 'em um AHMED. AM-(Laughs). CW-(Laughs). UCE-So we need to go grab somebody (UI). CW-Find the lowest guy in the totem pole and say he's an AL QAEDA commander. UCE-So we got to go find somebody just in case huh? CW-Yeah. AM-That's, that's how it is. UCE-We got to give up just in case right? CW-(Laughs). UCE-Come here KHALIL. Here, take KHALIL."

10-4-05 UCE "KW-Whispering, so this has been turned into a pay station? AM-They're going to contact us to KW- You know when we went to that faith based thing in Florida remember? You and I and MARCO. AM-(UI) KW-(UI) faith based uhh support. Yeah, a faith based organization. AM-Oh. KW-It was the whole purpose. And like Christians got more of a chance at it than we do. UCE-That's not right. KW-They know they can't mess with us. This is different. This is faith based initiative. KW-Whispering, they had to had been by the Christians. CW-Huh? Oh, no man doubt, it's Christian heavy as it is, these groups want to hold on. (Coughing). UCE-Does that mean, but does that mean that we're gone? AM-Huh? UCE-Does that mean that we're gone? AM-No KW-No. UCE-(UI) keep us around? KW/JC-Yeah. CW-We just have to counter em UCE-Because it looks real bad for them. AM-Right. UCE-You've just got to be stronger. CW-Just have to pull out our bible and start preaching Islam from the bible. KW-If it's a faith based thing. AM-They still want to run it. UM-Huh? KW-Static (UI) Same people, different organization CW-They would have to, it can't be under an organization that they are under now. It would have to be a totally different organization. Right? Because this, this is uhh kind of like a government subsidized thing. CW-Comfortable. UM-Yeah. CW-Then, maybe they are marketing to what do you call it inter-faith. AM-They want to use that as platform to keep CW-That means that you're going to raising funds from uh churches. AM-STATIC (UI). KW-There is an issue of Islam (UI) (UI). CW-Yeah, President BUSH is facing an issue that I don't want. UCE-Mm-hmm, when that. KW-I mean that's what that whole program is about to. UCE-Then you wouldn't have faith if it works? CW-Their number one issue is terrorism and homeland security and nobody's gotten money for that. KW-Well, I don't know about the money situation, but it (UI) what's on paper. CW-Yeah, but all that goes to churches anyhow. What Muslim group ever gets any faith based money. KW-I know, that's why I went to that grant writing workshop in Florida. I mean it was, it was set up by ISNA, but (STATIC) (UI). KW-The whole objective of faith based is for Christians man. CW-Faith based, inter faith all that's Christians. That's why ADNAN and I had to listen to a sermon when we went to that darn church. KW-Oh yeah. UCE-They assume that nobody else has faith, but the Christians."

10-25-05 UCE "KW-Do it, just do it. Hey hey you know ALI's out of home land, uh prison now CW-ALI who? KW -Latin American brother. CW-Oh really? KW-He's at the dawah center a lot. CW-And he's hung out with you before? KW -You know ALI. CW-The big guy. KW-Used to work for AYUB BADAT at the complex. UCE-Which one, which one was he? KW-He didn't come down. CW-He's a black guy. The Black Guy. KW-He's like from uh South America. CW-Yeah. KW-But he was in Home Land Security or something for a long time. He saw NASIR in there. CW-Nah. HM-NASIR's still there? KW-NASIR's still there. HM-Why! What did he do man? KW-(laughing) I don't know. HM-I used to work with him all the time. He got locked up and we didn't know nothing about him CW-How did he get caught anyway. KW-We still don't know He was tell ALI that uh, the fact that he was they blamed him for trying to take over some masjid. The imam of that masjid turned him in UCE-Ratted him out. KW-Ratted him out and said he was a terrorist (UI) box of (UI) to stay away from them. UCE-Oh now see (UI) KW-(laughing) ALI was like man the guy keeps changing his story both left and right. UCE-What masjid? HM-Maybe he said the wrong thing to the wrong person. CW-The thing is nobody knows where this guy was born where he came from. KW-Not even America knows. CW-He said that he was from South Texas. But he is Pakistani with a Pakistani Accent speaks fluent Urdu but I'm a South Texan. KW-But he speaks fluent English as if he like he grew up here. CW-Yeah. UCE-He probably come from Texas. He got everybody fooled. KW-(laughing) See like Americans don't know, and the Pakistanis say he didn't live here. And the Americans say he don't belong here. CW-Nobody can find a birth certified for this guy. KW-(laughing) UCE-Came from Detroit and don't know it, Got hit in the head.(laughing) CW-No wonder why they're holding him. KW-And he is up set because none of the brother's huh. He said that the Community lied on him to the spy and that how he got caught and stuff. He was tell ALI all this stuff. He was like, man this guy he has an Anger problem. I was like yeah he does. UCE-(laughs) KW-So we always wonder it was like this guy popped out of nowhere. CW-Yeah, he popped right out of nowhere. He came and he just fit right in. KW-Yeah. CW-I think at one point we wonder if he was the FBI. KW-I wouldn't doubt it. HM-I wonder about (UI) CW-But now he's in jail. HM-I still wonder about CW, if he's really agent. UCE-He'll be the white Guy. KW-(laughing) CW-Speak into my mic. HM-(UI). CW-No. HM-And you shoot the gun. KW-Is this cause he's white man? HM-He won't let me touch his gun. KW-(Laughing) UCE-Why you gotta bring racial in there? CW-FBI verifies that I'm white. HM-You won't let me touch your gun. You let me touch your gun then I'll believe. UCE-It's cause he's white man. CW-I'm going to show you my label. UCE-I don't want to hear it man hey, ya'll talking crazy. Talking abut touch gun's and label's he's divorced now. KW-(Laughing) UCE-What's really going on huh, come on. CW-Nobody, nobody not even my woman touches my gun. (Laughter) UCE-Yeah my woman can touch this gun. My woman can touch my gun as Much as she wants. (Laughing) It's her gun too. (all laughing) HM-I like this bike, give me the keys for it. CW-Don't even think about it."

12-13-05 UCE "YA-Anyone of ya'll have cable? KW-Cable, no. YA-Cause they have this show out called Sleeper Cell. KW-I heard about it. AM-Yeah, I heard about it. YA-You know this is HA-It's really bad. YA-It's a bad show but it's showing about terrorists but at the same time it has Muslims in there that show that, you know, this is not real Islam, that this is the true Islam. You know and the last show was about a Sheik that came from Yemen. AM-Yemen? YA-Yeah, Yemen, this particular show was pretty good because this brother here used to be a terrorist but he changed his ways and said you know, you had one brother named after mahgrib salat, they were sitting in the mosques and he was like debating with the brother. He was like, no we should kill, the Koran tells us to kill wherever we find him, so the Sheik JK-(UI) terrorists YA-Yeah, (ui conversation) (laughing) JK-(UI) UM-Yeah, he was, I'm saying this is what the other guy was saying. JK-Oh. YA-The one who's a part of a terrorist group, he was saying that you know Koran tells us that we should spite them wherever we see them, where we find them, the Koran tells us to kill him. Well, the other brother, the Sheik, said no. You forgot the rest of the verse and the verse before it, so you know it was like a dialogue going back and KW-But, that sort of thing never happens. That's not (UI). YA-Yeah. KW-(UI) dialogue but it will never (UI) YA-Never? (UI) KW-Huh? YA-Brothers don't have outbursts (UI)? KW-Huh? YA-Brothers don't have outbursts where a Sheik has to explain it. KW-Not an (UI), not (UI) stuff going on (UI) YA-Nah, nah but these brothers here (UI) KW-Brothers have outbursts about other stuff, maybe making dua after salat. (UI) YA-It's a alright show man. Just to even have a show like that where they be talking about Islam, you know."

1-10-06 UCE "KW-Eastern Europe, European time? Like Bosnian's and people from Kosovo and all that. They've been Muslims for thousands of years. Hundreds of years, thousands of years. UM-Wow! YA- So, it's hard to come back what we've been taught about the Muslims here cause all we know in our community is UM-All we know is the negative stuff. YA-Islam. That's all we know the negative stuff. KW-Islam is new to this country. It's very, it's Europe, our very own because we started with uh. UM-So, let me ask another hard question. Ask you another hard question. Now the terrorists there the terrorists that claim to be Muslim KW-Uh huh (Walking and UI conversation)"

1-14-06 CW "HANIF-Like IMAM SIRAJ WAHAJ, he was up there for a fundraiser right. So you know how we have Mayor Bill White come out for the fund raisers and everything exceptional. Up there into to their mentality. One time they had a fund raiser IMAM SIRAJ was there right. So the Mayor of Philadelphia came to the fund raiser you know. So he went to some brother and said you know "Salamu Alaikum" right he said you a KAFIR, and walked away, right. IMAM SIRAJ say, he said that he was embarrassed and he told me some thing personally about it. You know the man embarrassed me man you know. The guy the Mayor he come say salaams, and he said you say he a KAFIR and walked away. You know if Mayor Bill White come you know he give the salaam in the microphone. Are come he turn or whatever we are happy that he is here you know, we welcome him. Ah man they like you non-Muslim, you know, cut his neck real good cut this throat, you know, they AYUB-So is all this terrorism coming from that part not from this part. HANIF-But you know what, they fighting among each other the Muslim. Ah man, I'm talking about shooting, stabbing, Muslims fighting Muslims, man its."

1-14-06 UCE "UCE-KOBIE's all protective of his recipe over her guys. Don't be looking at my food. CW-I know. UCE-Don't be looking at my food, I'm warning you. KOBIE's don't be looking at my food, I'm warning ya (laugh). So. what are we gonna do about JAFFER guys? AM-How do you treat MIA's? UCE-(Laughing). CW-This isn't MIA, this is AWOL. UCE-KOBIE? KW-Huh? UCE-How do we deal with JAFFER? KW-Give him the cold shoulder. UCE-Okay. CW-Alright. UCE-Do you agree? ADNAN? AM- I don't know what that means. UCE-You know what that means. Even if you don't. Even if you don't, its 3 to 1. So. ALL-(Laughing). CW-Right. UCE-So, you know what it means. CW-Hey, you know why he doesn't know what that means. 'Cause he wasn't there Tuesday listening to them. AM-(Laughing). UCE-Yeah, right. CW-Ran his mouth man. UCE-Yeah. CW-Yeah, all that talk about. AM-Well, I expected something from him but I didn't expect this. (Laughing). CW-All that talk. I want to do something. We should go to Palestine. I got buddies, they can hook us up over there. We should be doing. We should go to Palestine. AM-Yeah, right. UCE-He was telling us all that junk. AM-Huh? UCE-He was telling us all that, too. AM-Really. CW-Yeah. UCE-He's got buddies that can hook us up with HAMAS. AM-(Laughing). UCE-I'm serious. AM-I think he just watched Syriana and was (UI) (laughing) CW-Oh, man. AM-Thinks anyone can go to HEZBOLLAH (laughing). And they'll grab him. UCE-Anybody, eh? KW-Don't be cutting off your fingernails. AM-(Laughing). CW-Yeah. UCE-Yeah. At the very least we need uh, keep them, keep him at arms length. Keep our eyes open. AM-Yeah. UCE -'Cause he told me on the phone that he didn't ehhh. He's like well, I didn't say anything about, about shooting to my mother and my father. But did he tell you otherwise? CW-Yeah, he told me. Told me he went and told his mom. AM-Huh? CW-Told me he went and told his mom that we were going be doing shooting. AM-Then what happened? CW-Huh? AM-Then what happened? CW-Then he said he can't go. UCE-But he told me he didn't tell her that. That he didn't tell them about it. AM-I mean he's I'm glad that he didn't come actually. UCE-I am too but still if he's running out saying stuff. AM-I mean, that's why I expected that he was going to say that. And if he did, then UCE-I'm telling you that CW-He didn't have to tell his mom that. He could have just said, I'm just going out camping. AM-Yeah, but he's making, making a big deal out of this, you know. UCE-Right. Instead of just coming. AM-Yeah. UCE-Yeah. AM-I think, I think he has a different (UI). He expects us to be something. Out of his imagination. KW-He thinks we're real, I don't know. AM-Huh? KW-Who do you think he thinks we are? AM-He sees, thinks that we're terrorists. CW-You really think so? AM-Yeah. CW-Nah. AM-Yeah, but. But that's only he's acting like that, man. KW-(UI) going to blow up something. UCE-(Laughing). AM-I mean, I wouldn't doubt his imagination. Come on. I mean, he's acting all this weird that as if this is (UI). UCE-But I'm saying but Its pretty much straight with him. I, I thought it was straight with him that he knew we were training and hopefully so that we can go some place else and fight. I thought he knew that. I mean you know its not like, it's not like we've said anything else. AM-But, but. I, I, don't know. I mean. How, how does he like picture us? Does he picture us. Does he picture us like somebody like negative that could do something. CW-There's no telling. He's a Palestinian. UCE-See, what you miss the other day . He was tellin' 'cause we were like, no, we have to, you know, we have to train and make sure that we're straight. And he's like, "Oh we can go train over there." We were like, "No, you'll get shot as soon as you get off the plane." Stupid. (Laughs). UCE-You know and he was like, "No, we could, I mean, we could go over there " and we were like dude, you know, ok, so long, so long would it take you to get over there. Well, maybe next summer. Ok, what are you gonna do between now and then? Train here? We were trying to make a point to him and he was still like, "Let's just go." You know. And so, I don't think the kid's ever even shot a gun personally. CW-Hmmm. UCE-I don't know. CW-But his parents got a .38. UCE-Yeah, he was ready to bring his daddy's gun but he can't even get out the house himself. How's he gonna get his daddy's gun out the house? (Laughter). "

"MS-You wanna see uh an official, how a terrorist passport might look like? Well there you go. Here it is. PAKISTAN. UNITED ARAB EMIRATES. UNITED ARAB EMIRATES. Let's see. AM-Daisy (ph) passport. MS-Yeah. Of course man. UCE-An official terrorist passport might look like. MS-That's the UAE. Alright that's not it. And we got SAUDI ARABIA, we go OMAN. (Laughs). MS-Like PAKISTAN. Been to AMERICA too and LONDON. What is this? UCE-He's been everywhere. CW-Let's check those dates and make sure they don't coincide with anything. MS-(Laughs). AM-I had a different kind for UAE but I think this is (UI). UCE-Alright. Empty. Leave it open like this ok. MS-Uh huh. UCE-Take that back. Yeah this is you. MS-I gotta carry everything all the time. (UI).(Engine starting). CW-Why you gotta carry everything every time? MS-Because it's a law. UCE-ADNAN. MS-American citizen. (UI). KW-You ain't served in no military. "

**2-6-06 Sess. 5 CW** **"KW-Nah, oh ah I'm wait, wait, you said that Khalid Sheikh Mohammed, the alleged master mind of September 11 attacks was captured 2003, oh wait- Khalid Sheikh Mohammed, isn't that the, no that's Moussaoui. CW-Yea, Moussaoui is the the what 19th or 20th guy they were saying about September 11, but Khalid Sheikh Mohammed sounds familiar and I can't place it. KW-He was captured in 2003. CW-Uh huh KW-And already began planning the west cope coast operation October just after September 11. CW-Uh huh KW-(sneezes) Alhamdulillah. One of Mohammed's key planners was Hambali the alleged the operation chief of Al Qaida related terrorist groups from JAMAAT ISLAMI. I'm gonna look Khalid Sheikh Mohammed, look him up on the web. CW-Yeah, that's weird huh. KW-Yeah, ah the name is on the tip of my tongue, he sounds familiar. CW-Uh huh, you think it's Al Qaida? KW-Y - e - a - h, oh, yeah I see his picture, he's in Wickipedia CW-Uh huh KW-(laughs) CW-Oh KW-Man he's actually a, I mean I didn't know they had biographies on people like Mohammed. CW-Well that's the CIA world fact book right there man. KW-(laughs) but ah Khalid Sheikh Mohammed ah yea, he's ah, ah looks like he's Arab, you know big, big beard. CW-Uh huh KW-But ah he's the Pakistani Kuwaiti mastermind of September 11. CW-Aaaaaah KW-World Trade Center tower in New York. CW-So we, we brought Al Qaeda to other countries then." "KW-But ah, yea that's ah interesting that they foiled an attempt in in Cali, in LA or something. CW-Yeah, that's what they said, that's what they said on the news. KW-Why did they bring it up now all of a sudden? CW-I don't know KW-Weird. CW- that's a good question. KW-(laughs) Why didn't they bring it up back four years ago? CW-I know when they really needed the support for the war on terror huh? KW-Yeah CW-(laughs) KW-Interesting, yeah he reportedly helped finance nephew RAMZI YOUSEF, RAMZI YOU World Trade Center bombing, conspired with them to create foiled operation Bojinka plot. CW-Uh huh, interesting. KW-Helped in the BALI night club bombing, failed bombing American Airline flight 63, the murder of DANIEL PEARL and other militant attacks. CW-Uh huh KW-Huh CW-Well, I mean there whoever it is, he's connected, huh? KW-Yeah, exactly, they have a picture, the picture looks really old. CW-Really? KW-Yeah CW-Is so they captured him? KW-Yeah, it says that he's, he's captured."**

**2-3-12-06 UCE "UCE-It's like man, all I, all I know is, nah, I, you know, you're right, it does seem a little bit, a little bit suspect that everybody they get is always AL QAEDA, like you know, like there's nobody else out there. AM-Yeah, yeah. UCE-You do have a point with that because, (Laughs) AM-Cause I, I've noticed that the Government whenever anything happens in the remotest part of the world, they just say oh, it's AL QAEDA. Even, without any proof UCE-Yeah. AM-You hear some people might be, um, you know like uh make, they might mimic what AL QAEDA people are supposedly doing, but I doubt they're doing it on instructions of AL QAEDA UCE-Yeah. That's true. That's true, but you know, I guess, it's probably somebody. AM-(Laughs) Yeah. UCE-I mean you know my thing is just, you know, why, why do something if you're not really planning it right? And, and AM-Yeah. UCE-I don't know. AM-Well um, I'm thinking this is one example of (UI) we don't even know if they were actually doing something (UI) we'll have to, you know have to read the news. UCE-Yeah, well definitely man, check it out, check it out. Like I said my, my main concern is that we don't end up dealing with those knuckle heads. (Laughs) AM-Yeah, yeah, yeah, yeah. UCE-Make sure we get the ones that know what they're doing AM-(laughs) UCE-Cause that's just crazy man, just ah. AM-(UI) it says in 2002. No, no (UI) Hmm. UCE-Now what are you, what are you saying now? AM-I'm just reading, it's from uh UCE-Oh, you're reading (UI) AM-You see, it says BUSH details foiled terror plot (UI) UCE-Yeah like, like BUSH did it himself. AM-(Laughs) UCE-(Laughs) Like he jumped out with a super cape and stuff huh? Ya'll chill, I got this. Had CONDO (U), had CONDOLEEZZA dressed up like wonder woman. (Laughs) AM-(UI) it says MR. BUSH felt AL QAEDA (UI) Islamic group JAMAAT-E-ISLAMI to carry out the carry out the attack. UCE-Hmm. Are they even really that strong here? AM-Who? UCE-Uh, you said JAMAAT-E-ISLAMI here? AM-See JAMAAT-E-ISLAMI they're like (UI) in different countries there's one in Egypt, there's one in Indonesia. There's one in PAKISTAN. I think there's one in India. So, I don't know which one's they're referring to. What sect they're referring to. The one in Egypt. UCE-But I mean, are they, are they pretty strong? AM-Uh no, not quite. UCE-Yeah, that's what I'm saying AM-(UI) not over here, local probably in certain parts of their own country but not over here. No. UCE-Yeah, yeah, not with global reach so to speak. AM-Yeah, yeah. (Laughs) UCE-BUSH does piss all kinds of people off though. (Laughs) AM-So this, so this sorry, so this I think this one is uh, southeast Asia, there's probably it's the one in Indonesia. UCE-Ah, Indonesia, yeah. AM-Yeah. UCE-Well they, you know they were, they were saying earlier, AL QAEDA AM-Oh really? UCE-Yeah, that's what they were saying when it first came out. AM-(UI) Yeah but, (UI) I mean AL QAEDA recruited that group. UCE-Ah, okay. AM-I doubt it you know. UCE-(Laughs) AM-I mean that group probably was acting on it's own and they said oh no AL QAEDA (UI) UCE-Yeah. Man. AM-Man. UCE-Well. AM-(UI) UCE-Just uh, one more thing uh. AM-Yeah, huh yeah? UCE-One more thing to make the Muslims look bad. AM-Muslims look bad and guarantee the Republicans victory in the next presidential election. (Both laughing) UCE-That's what it is, campaign, campaign speech huh? AM-(UI) UCE-Uh. AM-(UI) UCE-Well, I just wanted to make sure you were checking it out brother, keep the brothers informed man so "**

**3-7-06 UCE "JK-Yeah, they do You see man when we do something we defend ourselves. See we're the terrorists basically for defending ourselves. UCE-Uh-huh. JK-That how it is over there, same exact way. UCE-Mm-hmm. JK-Defend yourself and you become a terrorist. I suppose Brother SAM filled in (UI) hamdulah. UCE-Yeah that dudes crazy. JK-(UI) I wonder what he's saying right now. UCE-He just saying the fifteen phrases he knows. JK-He was like, this is like, I, it's funny, I can't laugh it's so funny, man, that, that a Brother like (UI). UCE-(UI) I'm really out of the bunch of us, I'm the least nice of the bunch. I've been trying to be cool, but, uh. JK-Naw, you're playing it right. UCE-It get to the point it's like."**

**3-11-06 UCE "IL-Wow. You want to know what movie (UI)? Flightplan. UCE-What movie? IL-Flightplan. Remember the terrorist, did you watch it? MS-Yeah. (UI) IL-The terrorist part (UI). MS-Yeah that was kind of obvious. Everyone saw that coming (UI) UCE-Hey, you seen Soulplane? KW-Oh Flightplan was with Jodie Foster. UCE-They did the same thing in Soulplane. (Laughs) MS-The Arab guy. (Laughs) UCE-(UI) this is the bomb. What? (Laughs) KW-(UI) just showing how (UI) I talked to my (UI) and said I could (UI) he says you know how I feel like when I get around black people (UI) He kinda gets nervous UCE-He thinks they gonna rob him. KW-Yeah, he said, and he's like UCE-They probably have more money than him. KW- and he's sayin', lookin' at the news and stuff, I'm beginning to start to have this About Muslims. MS-Yeah (UI) UCE-Yeah, see JIM's in, incognito. All he gotta do is take off his shirt. Even, even with that hat on, he can still take off his shirt and they be like, oh, ok, we didn't know. KW-Yeah, (UI) all tattoos (UI) UCE-Man, we were confused. AM-(Laughs) UCE-All you gotta say is how, how dem boys doing?"**

**5-26-06 to 7-6-06 Tel Call "AM-I got busted. CW-Huh? AM-I got busted. CW-You got busted? AM-Yep. CW-For what? AM-Not having my headlights on. CW-(Laugh), how did you manage that? AM-I was looking for this mud shed, but it was not on the freeway, it was on the, on the street, man, I had my parking lights on. CW-Uh-huh. AM-But, this dude, he thought I was a terrorist or something, he was a, he, he, pulled me over and held me for fifty five minutes, he (UI). CW-Really? AM-Yeah, he actually called like back up, two guys. (UI) CW-(Laugh) Wow, driving while MUSLIM. AM-Huh? Yeah. CW-Driving while MUSLIM. AM-Yeah. CW-So, he let you go, he didn't give you no tickets? AM-Well, he did, he gave me, he gave me a citation for not having headlights on, even on a, it was on a street (UI), I don't know why. CW-Uh-huh. AM-But, that was, that was an experience. CW-See, that's why I stay away from yall. AM-Yeah, right. CW-Yep, and I never drive with KOBIE no more, and I never drive with you. AM-(Laugh) CW-Yep, now, this is the second time I've heard of you getting stopped, third time. AM-When was the first time you heard I got stopped? CW-I don't know, you were driving someplace, TENNESSEE or something. AM-No, I, I think this is my first ticket in like three years now. CW-Yeah, but its not the first time you've been stopped. AM-Well, yeah, I've been stopped, but I, I've been stopped for no reason. CW-You know, you guys have been stopped more times than I have ever been stopped. In the last couple of years. AM-Yeah, but, were typical MUSLIMS man, were. CW-It's because you drive like nuts. AM-No, I wasn't driving like nuts, I'm telling you, I was, I was wondering why he pulled me over there, he said, oh, your headlights are not on, I said oh, ok. CW-How did you not know your headlights weren't on? AM-I was driving a rental van (UI), it was, it was like some, there was, there was a street my parking lights were on, so. CW-Uh-huh. AM-But I could see outside so, I didn't, I didn't feel the need, so. CW-(Laugh) your crazy man. AM-Yeah. CW-(Laugh) Oh well, well, gangs do that all the time. AM-What? CW-Drive with there headlight, headlights out, and then, when people flash them, then they go and a, they beat them up or they kill them or something. AM-(Laugh). CW-It's like an initiation process. AM-Uh-huh, uh-huh. CW-The gangs out here in HOUSTON do that. AM-Oh, really? CW-Yep. AM-Well, that wasn't, I was actually looking for a Masjid, I couldn't find it, so I was getting outside from the car back and forth a few times. CW-Uh-huh. AM-And when I would step out, I would close my headlights, and last time we come back in, I answered up to HAMAD. CW-Uh-huh. AM-Yeah, but, I couldn't believe he gave me a ticket for that. CW-Huh. (Laugh) Oh well. AM-Yeah. CW-See that's why you want me to come with so I can drive. AM-No. Anyway."**

Train
3-1-05 CW "CW-It's hopeless. Get CW out with those guys. (Laughter) Yeah. But seriously Friday.
AM-Serious Friday (UI).
CW-Friday. You got to come down to my place around 9 o'clock.
AM-(Sounds like he's crying then laughs.)
CW-We're gonna go running. Gonna get in shape.
AM-One day in a week I get some sleep and you don't want me to sleep (Laughs).
CW-We're gonna train man. You're gonna train, we're gonna train and, uh, get in shape.
AM-(UI) exercise?
CW-Yeah, I got, I got a friend who use to be a, uh, I think he was in the...
AM-Marines?
CW-Army or Marines or something like that but he was into some sort of special forces and he's been wanting to get back into shape. I don't know if he was in Iraq or where he was at but, but he's very skilled in weapons.
AM-Oh really?
CW-Yeah. And, uh, weapons and explosives.
AM-Can he teach us how to make them? (Laughs) Just kidding. (Laughter) CW-And, uh, at any rate, he, he's like I say he was wanting to get back into shape. He's not Muslim I don't think. Well he might have been Muslim at one time cause he was telling, uh, uh...
AM-(UI).
CW-No, no. No, he's a black man.
AM-Oh.
CW-So he might have been Muslim in name only. Because you know the history of the black.
AM-Yeah, yeah.
CW-The nation and all that. But he was telling somebody at work he was a Muslim or at one time was a Muslim or whatever but, uh, he wants to get together and just start getting back into shape and stuff cause he's been out of shape. He wants a sparring partner too so that's me. He wants to learn Tai Chi. He knows, uh, he knows like I think three or four marshal arts. But, dude's serious man.
AM-How do I fit in there? I don't know nothing.
CW-Me and you are on the same level.
AM-On Tai Chi?
CW-No, not the Tai Chi.
AM-Oh.
CW-I'll teach you that. But we're on the same level as far as running and fitness goes. UM-(UI).
AM-You think so?
CW-Yeah.
AM-I'm probably worse. (Short pause.) I'm probably worse. (Laughing) I mean I haven't done running in a long while. Probably I never did running. (Laughs)
CW-(UI). But if he, if he, I mean, okay I'm gonna tell you if he isn't Muslim he's definitely not practicing because he, I mean, he's into....he swears a lot (UI). You know. Listens to gangsta rap and stuff.
KW-Oh.
CW-Which kind of I have in common because I happen to like that kind of music so we were talking about it one day.
KW-You like gangsta rap?
CW-Yeah man. It's pretty cool man. (Laughter) I mean I'm talking about young buck and all those. Yeah G-Unit alright man I'm game. Yeah I'm white, I'm white but I'm black. Uh, no it's, you know, so we got to talking one day and I mentioned that I, you know, I go to a Tai Chi class and he was really, he's eyeballs lit up. You do marshal arts? I'm like, yeah. He says, well I know this, this and this what about you. (UI) Chen style Tai Chi this and that. He said, oh now that's cool, I want to learn that.
UM-Um-hum.
CW-So. So what, what we'll do is we'll do a little bit of running and stuff and. If you want to learn Tai Chi you can and if not just let us kill each other.
AM-(Laughs) Yeah. I'll do that. More than likely.
CW-Yeah. Yeah. And this guy, I told this guy about my, uh, my little meeting with the FBI after they saw my name in the paper.
UM-Um-hum.
CW-Like man those FBI guys, they're everywhere just like ants. (Laughter. Short pause in conversation)
KW-Yeah"
3-15-05 CW "HM-(UI). I'm not saying I'm going to lead it, okay? I'm no leader. I'm not a leader. (UI) I'm gonna start it. Get the right people in office.
CW-So, who is going to lead it?
HM-I don't know. We'll get together with a bunch of group others that care about self defense, and who believe it's our right as human beings can send and defend ourselves (UI) and train our kids how to defend themselves (UI) in times of warfare. Anything. That's what one of the (UI). What do the militia's do? What do they do?
CW-Well, WALEED'S group is already doing all that, man.
HM-But they said (UI).
CW-You know...you know, if you really need to hug those girls, go ahead and do it, man.
HM-I don't.
CW-We'll turn the other cheek or we'll turn away. We won't look...
HM-So, listen, seriously.
CW-Mmm?
HM-So, why not? (UI) It's not a crime its not against the law. We'll have our shooting range, you know. We'll have our own archery (UI).
CW-You...you see this right here? This...this here proves what's wrong with doing it (laughing)." "what I have at the bank (UI).
KW-No you come (UI) you go this way.
CW-Right.
UM-(UI).
CW-Right. That's exactly what happens.
KW-It's all about yourself and they're training (UI).
CW-HM. HM-(UI). CW-I'm telling, I'm telling you get... HM-(UI). I'm not gonna do it right now. (UI) and I'm not gonna (UI) start (UI) new instruction and we find people that want to work and then together we're gonna tour and do it. (UI). Hope brothers instruct me and I know you guys really see this (UI) do it. Because I, I'm not (UI) this one (UI) that's different. (UI) honest go God. That's why I (UI) on the soup kitchen of HPD thing but that's different. I'll go, I refuse to be (UI) from this. Whatever program (UI) I don't use programs (UI) whatever." "CW-Back off, man. HM-I won't touch you. CW-You...you know...you know I've been training. HM-(UI) cut you (UI). CW-You know...you know I've been uh, I've been training fitness training lately. HM-I know. You are looking bigger. CW-Yeah, I can jack you up. Start touching on things, man. HM-(UI). I just gotta go volunteer for the bad guy always." "HM-All's it's gonna be...all's it gonna be is a group that we..we...we're seriously train, we seriously learn, we enter into competitions. And you'll also learn about firearms. AM-(UI) too big to enter competitions. HM-Well, what if (UI) and be for kids and things like that also. I think it'll be us. We'll start a new...we'll start a new generation to learn these things of the SUNNAH.. It's a good opportunity for us to do it. I don't know why we (UI). KW-HM, why...won't you start it at MADRASA ISLAMIAH?"
4-5-05 CW "CW-So it wasn't that far, but it was on...it was uh, it was a state park though, right? KW-No, it was just private property. CW-Oh, really? KW-It has ISGH on there. CW-I thought you guys went shooting on uh, state property somewhere. KW-No. CW-Cause I was wondering if we could do the same thing over in the Hill Country. AM-I don't think so. KW-They shoot out there, cause we were having, you know, a little hallah? and you could hear the gunshots going off in the woods (chuckling). But (UI). CW-Yeah, but you guys...you guys took weapons and stuff. KW-Well, that was...we didn't do much. It was like, target shooting on our way out, like 20 minutes. CW-Well, I wanna shoot my rifle, man. KW-You can do it out there. It's no big deal. CW-Yeah. Yeah. It's too... KW-But you...you...I don't know who you would for permission to use that property. CW-Yeah. Cause that's... AM-Uh, for that property, I can get permission for that property. KW-Oh, yeah? AM-If it's ISGH I can get permission. KW-There's a guy that... CW-To shoot a rifle. AM-I don't know. I don't know, but (UI). CW-Is it big enough to shoot a rifle? AM-I don't I haven't seen that property. KW-If you go shoot and then like, FBI goes out and sees uh, you out there...Muslims out there AL QAEDA TRAINING CAMP, you're all in trouble. CW-Right, if it's ISGH

property AM-Yeah. That...that's right. I don't wanna uh, KW-(Laughing) The next thing you know, link, link, link, link. ISGH shut down, man. CW- Yeah. No, we should...we should find some place. Maybe a wildlife...a wildlife management area that allows that uh, I'm sure I saw them on the uh, Internet on TEXAS PARK AND WILDLIFE where they have like, areas that you can shoot and stuff. KW-Yeah, I'm sure they do. I don't know where they're at though. CW-I...I might know somebody that has property out there, but... KW-I wanna try my 30.06 on a deer. CW-Yeah. I know. And I was thinking about inviting a couple of other people so we have a decent jamat? Somebody who can give a good a good...good KHUTBAH KW-Someone knowledgeable that's into this stuff? CW-Knowledgeable. Yeah. Somebody I can un...that can give us good spiritual. KW-I don't know who would be a good person. CW-That's the thing I like about camping, man. You get out there and it's a very spiritual thing, man. KW-Oh, yeah. That's why I like going to the Grand Canyon and Big Bend. It's just like different, man. CW-The thing is if I mention it to Sheikh WALEED, I mean, he doesn't really know that I know that you and him did that. Do you think you should mention it or what, and advise him? KW-Yeah, it was...it was about 40 of us brothers out there. CW-Really? KW-Yeah, there was people from Austin. CW-He wouldn't think it's conspicuous or anything like that? KW-No, no. It was open. CW-Okay. KW-It was an open thing. I mean, they...they selected certain brothers to come. CW-Obviously, yeah. KW-Yeah, they're they're they're very selective in who they want to go to their functions. And uh, Majahid called me asked me. They'll get to keep people like Mujahid to go seek out brothers to do that sort of thing. But um, yeah, yeah, I don't...you can mention it to Sheik WALEED. But um"

4-26-05 CW "AM-(UI)...wants. (Someone laughs). But he wanted you guys to contact him (UI).
KW-He did? Oh.
AM-I told you, remember?
KW-Oh, he wanted us to do some, there's some opportunities in ABU DHABI with video.
CW-To work?
KW-Yeah.
AM-No to train people to do what we do.
CW-(UI) pay us?
KW-Yeah.
AM-They gonna pay you, for your trip. Whatever expenses you have, they gonna pay.
CW-Yeah, but they ain't gonna give you a good salary probably.
HM-(UI) make money while we're there, are you saying (UI) stay there and live and work you saying? AM-No, no, no. Just your payment to do things that we do.
HM-Oh.
KW-And then come back.
CW-I loved to go man. In a heart beat. I'd go.
KW-That's a good excuse to (UI).
HM-(UI) money good enough to come back with?
KW-I mean, it'll pay for your cost. Whatever your expenses." "CW-See, I have everything I need. I just need to get in there...
HM-(Interrupts) (UI) by the time I left...
CW-...but was discouraged by...
HM-...by the time I was leaving, there was a long line. So (UI).
CW-Cause I don't want to wait in a line, man. There ain't no way.
KW-Why don't you just...get in....(AM laughs). You just need your birth certificate and driver's license.
HM-Where you trying to go, anyways?
CW-(UI) Huh? I (stutters) just need my passport just in case I need it.
KW-(UI).
CW-Get out of the country.
HM-You got it, you can get out. You don't need a passport.
CW-Heck, I might go out any how. I might go out and get married the second time... and just leave. (Laughs).
KW-(Coughs) (UI). (Speaking at the same time as CW.) ... you wanna. leave the country, you got to have a degree.
HM-If I was trying out of the country (UI).
KW-Huh?
HM-(UI).
CW-Huh?
HM-I said, if I was trying to get out of the country, I would (UI) border of MEXICO (UI).
CW-Ohhh.
KW-What'd he say?
CW-Steal an airplane.
KW-(UI)...you know how to fly one?
HM-No, (stutters) but I'll learn to fly (UI).
CW-You'll learn? (Everyone laughs.) HANY. I think you're the first guy they'd be looking for in the training facility (laughing). Are you ARAB? Where you from?
HM-I'd say, no man. I'm PUERTO RICAN.
CW-Man, you look a lot like OSAMA BIN LADEN.
KW-PUERTO RICAN." "HM-(UI) I'm serious man. (Stutters) At least out there we're doing somethin' productive. We're having a community, you know. It's not like we're going away from anything. We're still do DAWAH, we're still involved in the city, we're still among the people in the city, but we're not driving out and...
CW-(Interrupts) He's talking, he's talking about forming a training camp. (AM, KW and CW laugh.)
HM-(UI)...yeah man.
KW-That's (UI) totally (UI)...(AM laughing in the background.) HM-Hey, JIM. I'm thinking about pulling a militia. I'm thinking about DAVID KORESH (ph). We need to study what he did and what he did wrong. (AM, CW and KW laugh.)
CW-I think one thing he did wrong was shoot his own people in the head.
HM-Yeah, definitely. And set his place up on fire. That's definitely what was wrong. But, I'm talking about a full fledge militia and we do it, we do it the way the UNITED STATES allow us to do it.
CW-Hm. HM-They allow you, they allow you to carry arms and like you where telling me the other day. They allow you to form militias. You have the right to form militias in this country. How beautiful is that? (CW and AM laugh.) And we're so stupid. We hang out in STARBUCKS. (CW and AM laugh.) (UI). KW-How many Muslims do you think own firearms? (Car tire squealing.) HM-I don't know. But I know we can get enough to (UI). KW-(Stutters) Very few, very few why? AM-They're scared. Because first of all... HM-(UI). AM-...no, first of all they think that it's not allowed. KW-It's allowed. You listen to the DALEEL. AM-I know. Yeah, yeah. I know. I mean... KW-If you leave target practice, it's a major sin. You know that, right? CW-Hm? AM-I don't think many muslims know that... CW-(Interrupts) If, if you don't target practice? KW-(UI) if you don't do target practice... HM-Hey brother, I"m calling you tonight. KW-If we, if we leave it. Then we're sinners. It's a major sin.
AM-(UI).
HM-I know. My wife is (UI).
CW-Well, in certainly part of the deen to be... proficient with the sword, per se..
HM-(UI) and ah... (Speaking over CW.)...(UI)
KW-Yeah. HM-I've got two minutes. (Coughs.)
KW-(Stutters) (UI) how many muslims (UI)? When I was in HAJJ, you know, me and MASSOUD (ph) (UI)...
AM-(UI).
KW-...hell yeah, look at that. (Laughs).
AM-They're scared, man. Especially, in our country, you don't, they don't have the, that privilege I mean, I mean guns (UI) only with people who are like wrongda... wrongdoers and stuff like that.
CW-That's what the government wants you to think.
AM-Good people don't have guns.
HM-(UI) they're own peace. AM-(UI). HM-Okay, hold on. I'll just wait. If I start talking to loud now... CW-Yeah. We, we don't want you (UI) (Laughs.) HM-It looks worse. That's why. AM-(UI). HM-I was saying, what if we formed our own...police force. (CW laughs.) What's to stop us from policing? KW-I think we should encourage MUSLIMS to carry firearms. CW-I think so too. HM-And who would stop us from policing the state? KW-And all these KAFIRS, all these KAFIRS man, they have, they're stockpiling... AM-(UI). CW-Yeah, do you ever go to the range? HM-(UI) let me tell you about stock piling. OLETHIA (ph), she works for UCS. It's run by, it's (stutters) not a public

company. It's run by one guy named BOB. And one, it's the third largest (laughs)... CW-It's always a BOB (laughs)... HM-...this is the third, this the third largest software company for a car dealerships. Okay? And they go out to the shooting range together. And they have an office in the, they have a whole office...ah...conference room, filled up with guns. There, in the work place.
CW-BOB's an extremist, man." "AM-(Speaks at the same time as KW.) You guys wanna go sky diving sometime?
KW-No. AM-No? CW-Do what? AM-Skydiving? CW-I would in a heart beat man. AM-You would? CW-I'd jump out of an airplane in a heart beat. Come on. AM-You wont? CW-Give me a parachute. AM-Alright. KW-That's crazy dude. (AM laughs). AM-It's not bungy jumping. It's skydiving. CW-Oh, man. I would love that to death. KW-That's too crazy for me. AM-Bungy jumping... CW-But, you've got to be trained to do it, man. AM-No, you (UI) going to be with you. You're not gonna be alone. I mean, he's gonna... CW-Oh, okay. That'll be cool. I'd do it. AM-Yeah. Yeah. It's only eighty bucks. CW-That's it? AM-Yeah. CW-Oh man. Let's do it. (AM laughs.) That would be cool. AM-I know. Eighty bucks (UI). CW-Eighty bucks. Eighty bucks and you could just be splat on the ground. (AM and KW laugh.) No, I would do that in a heart beat. I'd love to get pictures of that too. AM-Yeah, but yeah. You could get a video then you have to pay a little more them. CW-Oh, that's fine. AM-Yeah, but, ah. CW-Shoot. I'd pay it. (AM laughs.) KW-You could get a, we could get a... CW-(Interrupts and speaks over KW.) I could my motorcycle license...skydiving....we got to do some serious stuff before you go. (AM laughs.) Yeah, KOBIE, we got a do serious stuff man. We all gotta get our motor bikes. We all gotta jump out of airplanes. What else can we do? (AM laughs.) AM-(UI) horses, man. KW-Yeah, horses back...I got a friend who has, his dad has horses. AM-Where at? KW-Out East Texas. AM-Really? Man there are places where you can could get training and everything and then you could have....horses are very cheap down here man. KW-Yeah. AM-It's not even an issue. CW-You could go horse back riding in the area. They have places in the area you could do it. Fifty bucks a person. AM-Yeah, but I need to have my own horse (UI). " "KW-Yeah, I'm in trouble. I, I, you know, the thing is, is I'm fed up with the nicey, nice, putting on the impression thing. This time she came into town, I'm like, I'm not gonna be nicey nice, I'm just be myself. And, she gets upset because I don't put the dishes in the dishwasher after I eat and stuff like...man, this is my house. (AM laughs) I could leave the dishes in the sink. (Laughs) (UI) I don't have to put them in the dishwasher. This is my habit. CW-Yeah. KW-(Sniffs) So and ah PJ, oh you haven't trained he enough yet. (CW laughs and KW coughs.) AM-Wow. Oh, man. CW-Oh, man and they say (UI). (KW coughing and laughing in the background.) KW-This is it man. AM-Oh, geeze. KW-They talk about this training em before you have kids... so you don't have to be raising two kids. AM-Oh man. No (UI). CW-Believe me. This is what they do. AM-Oh my god. KW-Oh yeah. I'm going through this dude. (AM speaking in the background.) You think, I'm (UI) dude. AM-Oh boy. (Laughs.) KW-Yeah. Okay, I told you the mistake I made when I went to the MASJID. She had left my wife's car and she was suppose to be walking and all this she tells my wife, you want to have kids with him? (CW laughs.) Yeah. AM-Oh, my god."
5-10-05 CW "KW-But with the raise in the Saudi youth and population wise and unemployment's increasing then that means the royal family not investing back into the country. In fact, they are giving everything to the west or to America. Instead of investing in China or investing in Europe, they'll still trying to invest in America.
AM-No. You serious about that?
KW-Yeah. I mean there is...(UI). CW-Well, their economy is definitely in a slump right now so.
AM-Whose economy?
CW-Saudi. Saudi's economy is in a slump (UI).
AM-Oil prices are sky rocketing.
CW-But their economy is in a slump. They can't pull it out of a slump right now. Unemployment is definitely rising. It's been there. I mean this is widely known.
KW-There's a lot of disgruntled youth in Saudi. Now, they have to work when they never had to use to work.
AM-Yeah, that was different. (UI) time changes that. They used to work hard when they never had oil. But when they had oil they just were in luxury. But now they have to work.
KW-But what, what I'm saying it that they gotta train these Saudi's to do these high tech jobs. You know.
AM-Saudi's have to train themselves but all the options...
CW-They're bringing in westerners. KW-Yeah, but, but the thing is the royal family is bringing the westerners in rather than training their own people.
AM-But the thing is see the government can not force you to study that. I mean, they want, I mean they're giving you all of the options. I mean they can give you, give you a scholarship and everything. There's the youth, their the problem that they are like so much into luxury that they don't wanta make any effort. I mean I know the youth over there, I mean I know, I know them and they...
CW-They're lazy.
AM-They're lazy man. I mean they're used to luxury. I mean this. They're claiming that. Youth have everything over there and now when they're not getting what they used to have now they're having problems. But it's their own problem. They have all the opportunity to utilize their resources that they had and come out here to study and go back and do something for the country. Not many do.
CW-Uh hum.
KW-Sounds very complex." "AM-Once you are in the Community you can fix any equipment. Doesn't have to be medical equipment. (laughing) Lots of stuff on the battle grounds you can.
KW-Ma sha allah!
CW-Yeah
KW-A bomber...
CW-Wouldn't have any, wouldn't have anything to do with roadside, would it? (laughing)
KW-Road kill.
CW-Anti-tank (laughing)
AM-Apaches.
AM-Make it fly again. (UI) train 'em to shoot at a place where it doesn't damage much. We could fix it back. CW-Yeah, so, this week, get yourself some sporting clays, how ever much you guys want to shoot. Six, seven or eight sized shot and, uh, I'll pick up targets tomorrow, in'shallah, if you want to bring some cardboard backing that would be good.
KW-Okay.
AM-I'll bring some.
KW-I think I'll bring some broken furniture to shoot.
CW-(laughing) Broken furniture, like what?
KW-Like a desk or something.
AM-What do you mean?
KW-Destroy it, I don't care.
CW-What do you do with it afterwards?
KW-Leave it out there. Some people use old refrigerators as target practice.
CW-Yeah, but the thing is I don't know if you want to do that at Sam Houston National Forest.
KW-Oh, I thought we were going to ISGH.
CW-Well, no, we could shoot at ISGH if we want to or we could go to the, uh, go to the shooting range at national forest.
KW-I thought we were going to go hiking." "KW-HANBALI FIQH. I mean a lot of it (UI)
CW-A lot of it, a lot of it just seems, a lot of it, especially from the stuff that he quoted was MALIKI.
AM-Yeah, but see, all the stuff that the SALAFI of Saudi do is not the right thing.
KW-Yeah, they're not all there. They're, they're, uh
CW-Well, the Saudis and those who follow the way of the SALAF, are two different people.
AM-Yeah, man, yeah, but the thing is the majority of the SALAFI that's out here are not right.
KW-Yeah.
CW-Yeah
AM-And even if most of the people who like are dedicated in Saudi and still practice with Saudi, they're wrong.
CW-Yeah, but for the most part, I mean, I'm gathering that the SALAFI train of thought follows a lot of MALIKI train of FIQH.
AM-I mean ANWAR ALAKI... CW-In comparison to the other..
KW-ANWAR ALAKI is not, uh, SALAFI, or he doesn't claim to be.
CW-He talks about the way of the SALAF an awful lot on that CD
KW-But he's referring to the past.
CW-Yeah, but he
AM-Yeah, but he, if I look at a role model in an Imam today I look at him.
KW-Me too, I mean he's
AM-The best

KW-But I've heard rumors from SALAFI that he's IQWAN." "KW-A lot of suicide rates is there too. They commit suicide....undergrads. AM-Really?
KW-Yeah.
AM-Why?
KW-Because the (UI) expectations are very high there. They...
AM-Suicide?
CW-Yeah, when people get stressed out, man. You know they had a problem with that, in fact, they always have had a problem with that with the US military.
KW-Oh yeah?
CW-The first couple of weeks of basic training they find out who's gonna be jumping off of a building cause they can't handle the stress. A lot of people do it, when my, when my first wife was in the military, in the air force, which is easier than the rest of them, they had two jumpers....
KW-Wow.
CW-...in her class. Jumped off the second, uh, third story building, just so they could either kill themselves or get out, one of the two.
KW-Wow. CW-Cause they knew there was no other way out. They had to go through that basic, basic training.
KW-They must have been unstable before they got in there, huh?
CW-Maybe, I don't know.
AM-That's really, uh, cruel.
KW-(UI)
CW-Maybe, but, but sometimes people, sometimes people, when they find themselves in a, in a situation of high pressure and they don't see that there's a way out, they do crazy things."
5-17-05 CW "KW-The Father is just a semantic term, just like uh,...
AM-I...I...I, but the thing is...
KW-It's just a matter of wording.
CW-But then there's another sense in Father. The...the Father of this train of thought. Or the Father of this line of products. Or whatever! The Father being the creator. Not having offspring, right? But you could be the Father of something. In other words, the author...
AM-I understand, but the thing is...
CW-...of something.
AM-...when you use that, you automatically say, "okay, there's the Father that does (UI)."
CW-That...that...
KW-I don't know, the Christian audience shouldn't take it like that.
CW-No.
KW-I wouldn't take it like that."
5-20-22-05 Sess. 1-5 CW "AM-Cause right now, they have a complex uh, an inferiority complex. They don't wanna be like other people.
KW-Yeah, yeah, yeah, yeah.
AM-And so that's the reason. I mean, they're neglect...I mean, they are not ad uh, addressing the root cause of the problem. They're just trying to address the...
KW-Patch a band aid over a deep wound. AM-Yeah. Yeah. Exactly. Exactly.
KW-Cause these institutions, there's no guarantee that they'll stay. The Muslim schools and the (UI).
AM-No. Of course not. I mean if you...if you don't have a...
CW-Well...well, it takes for the government to deem them terrorists training camps.
KW-Yeah, they're trying to.
AM-That...that...that that too, and I mean, (UI) like people who get involved with uh, life here. They don't end up sending those children over there, you know.
KW-That's like depressing, man. I was trying to get sponsors for the radio program. All these Muslim businesses I'm calling, probably any, only two. I mean, ILLIYAS gave me tons of businesses to call. Not interested. Not interested." "HAMAD-Um, but you know, at the same time a lot of them look for...look up to it especial...especially the...the youth. Like oh, America, you know, land of opportunity and, you know.
KW-(Snickering laugh).
CW-Oh, please!
AM-Oh, god.
HAMAD-You know. Um, and I mean, they're training me like you can go meet them. The make fun of you. They, you know, a lot of time, you know, they make fun of your English and they make fun of you and this and that. And at the same, they're trying to be like you.
KW-Yeah.
HAMAD-Just cause you know, the reports. I mean...
AM-Yeah, but that's their conference that they have.
HAMAD-Yeah.
KW-I had one kid who, when I was in Makkah, he want...he just heard me and another brothers talking like this. And he was walking by and he just heard the English and he just wanted to hang out with me for the rest of the day. "You speak English! I said "yeah." He's like, "I speak English, too." I was like, I can see (laughing). He's like he just wanted to hang out.
CW-Yeah. KW-He's like, "I'll be right back." So, you know,..
HAMAD-Yeah.
KW-...he dropped his friend out, he came out...came back, he wanted to hang out and me the brothers were telling him, cause he said he wanted to come to school here. His parents want him to be successful and all this stuff and he was like, we were explaining, "well, if you come here, there's a lot of fitna that's here, you know, that...that you'll encounter. We talked about drugs and alcohol and sex and, you know, all that stuff that kids go through here. We just giving him some pointers. He was listening, so.
CW-I'd be afraid of somebody who came up and said, I wanna hang out with you.
KW-Yeah, he was uh, young. He was 18 years old. He was just, you know.
HAMAD-He was probably excited, too.
KW-Yeah, he was very excited. We walked to the store and back, and he...he recited some Quran and Sura and I recited, so...
CW-Mmm.
KW-...he was like, you know.
CW-A marriage made in heaven.
KW-Yeah (laughing).
CW-(Laughs).
KW-It was a...
AM-It is not made in heaven.
KW-...it was a weird...a weird experience, but uh, and then I had another experience. A cab driver kissed my hand when he found out I was American.
CW-Oh, my god!" "CW-Well uh, we'll pray Fajr and we're planning on doing some other things, right, KOBIE? Weren't we?
KW-Like what?
CW-Weren't we planning on modeling the sahaba?
KW-Oh well, yeah, we just eat. (UI) eating (UI).
CW-Eat and a little bit exercise.
KW-Yeah, and exercise and stuff.
CW-Mm-mmm.
KW-After we eat.
CW-So...
AM-What do we do as exercise? KW-I don't know, we jog around the trees.
CW-Yeah.
AM-That's okay other than (UI).
CW-It's all part of the training, man.

HAMAD-Training? Um...
KW-Then we'll take a nap around noon. Around THUHR right before THUHR.
CW-Yeah.
KW-Like for an hour or so.
CW-Yeah. Yeah, and then we can shoot after they shoot the...the skeet.
KW-(UI).
CW-Shoot at sporting clays after we take a nap.
AM-Yeah.
CW-I think that's an excellent plan. Um...
AM-That's sounds excellent."
5-20-22-05 Sess. 9 CW "KW-I never shot a gun.
CW-You never shot any gun before?
HR-I have. A 9mm and uh, a lousy .22
KW-With some friends?
HR-No uh, um... My uncle was in NAVY, in PAKISTAN. He took me to a shooting range there.
KW-PAKISTANI ARMY carried twenty-twos?
HR-NAVY.
AM-No, it's I think for training purposes.
HR-Yeah, it's for training.
AM-They use the M uh, SIX, I don't know what uh...
AM-M-16"
5-20-22-05 Sess. 10 CW "KW-He's getting into it man. Look at him.
CW-Yeah he's uh, he's uh doing what uh, counter strike does. (1 gunshot) But that's good training man he's, he's learning. (4 gunshots)
AM-I think we should be ready to go JIHAD any time now.
CW-(Laughs)Yeah.
KW-Actually ugh I was thinking ... (1 gunshot) hopefully in a year ... (4 gunshots) would you guys be willing.
CW-In, in a year.
KW-Yeah.
CW-If we could get a way down out there.
KW-I mean Insha Allah (God Willing) he'll work a way out.
AM-Inshallah.....
CW-I'm sure we'd hafta work our way out there but, I'm more than willing anytime man. " "CW-Well that was killer. Literally.
AM-And this, needs to be done more often you know?
CW-Yeah.
KW-Yeah. We need a lot of practice to prepare... I'm telling you those Kafirs man, they training every freaking day.
AM-I know but we ... do it once a year. (Laughing) That too, so few of us.
KW-Yeah. I mean, those rifle ranges are full. Their kids are out hunting at ten years old...
AM-Yeah, yeah.
AM-And we are (UI) hunting haram?
KW-(Laughing)
AM-(UI) Can we hunt just for fun? Can we? I think it's haram man. I'll stay away from it. (Laughing) And I really think, (UI) And when the time comes and you don't know how to hunt, you starve to death.
AM-You know, you should know how to hunt.
KW-Exactly. Yeah.
AM-No brother you do it for fun. It's haram.
KW-Yeah. ... I just don't wanna get caught off by surprise you know what I'm saying?
CW-Yep."
5-20-22-05 Sess. 15 CW "HM-(UI) All the way to the one fifty shoot the one fifty and back? (Someone laughs.)
KW-No, no not the one fifty.
HM-You guys (UI) wanna try it to the street and back, that'd be nice. (UI)
KW-We're just starting off, man. You want us to get a heart attack?
HM-Alright. (CW laughs.) Exactly. that's exactly what I wanted you to say.
KW-We're working our way up. It's training. HM-Okay. Now I'm here. One day (UI) without me?
CW-What?
HM-You guys do anything right without me?
CW-What are you talking about, man?
HM-(Noises in background.) Watch this. For the last three hours (UI)...
CW-HM, we, we did everything that needed to be done."
5-20-22-05 Sess. 16 CW "CW-Sneaking around the woods or where ever you're at. Yeah, assassinating.
KW-Just remind me to assassinate ALAWI . (CW laughs).
HAMAD-Do you just have...do you use a sniper (UI)?
CW-Yeah.
HAMAD-Do they use...
CW-Big time. HAMAD-Do they use a sniper for JFK or was it a rifle?
CW-Yeah, they used...well...
HAMAD-It was a sniper. Wasn't it?
KW-Yeah, um or...OSWALD yeah.
CW-He was trained by the RUSSIANS, they say.
AM-Somebody needs a potato? HAMAD-third (UI)." "CW-Yeah, why the confusion? KW-Because TRACY said I wasn't.
AM-Why KW-Because, remember we all took the studio class? AM-Yeah
KW-Part of that class was technical directory...directing know where HANY went with ALEX over into the control room? And, I was standing there too. And he was showing both of us. Cause even tho...after...and all of us wants to come (UI). Actually, it was just me and HANY. Because, the qualifications that you have to be a producer.
KW-(UI) you have to have...ah So, I So, she says no, I have to have editing and camera (UI).I trained (UI). So, (UI) qualified.
CW-What's the problem?
KW-It's just that you couldn't run the control room because you didn't have those two classes. So now I can I can run the control room.
AM-So, basically, just like when you took one course without the prerequisite and then you completed the prerequisite afterwards.
KW-Yeah. Sort of stuff I do at regular college. (Laughs).
AM-Me too. (Laughs). I have to know the advance to get the basics. "
5-24-05 CW "CW-Yeah. So what do you think is, what do you think is the most worth while for us to do?
KW-Go to PAKISTAN is the safest.
CW-I (stutters) I really think that PAKISTAN is doable. Because we know people there.
KW-I, I don't want people...I want to get there...you know what I'm saying? (AM still speaking on cell phone.) I want to get there. I don't want any uh... so where I get caught on the way and stuff like that. CW-Yeah.
AM-(UI) once you're inside of PAKISTAN, it's probably easy to move around, as long as you take precautions. Don't go anywhere directly, just take indirect routes.
CW-And don't stay in one place too long. Like (UI).
AM-And try to, and try to use ah the transportation. Like use a train instead of a bus. If you're using a bus, use the most economical one. Don't use the one where you are spend more money on. Cause, they can, they take pictures in those buses. The ones that are air conditioned.
KW-Oh yeah? AM-They take pictures of you. They don't take pictures because they bus to have somebody rob the bus and stuff. So, they just wanna have they take the pictures so that they know who, who was on the bus and stuff like that. But, those pictures can be used for anything else, also. KW-Oh, you saying there just like, when you walk in a grocery store here, they have cameras, just to see, just incase the place is robbed? CW-Yeah, yeah, yeah. AM-Right, right. CW-Or, like you know, like the buses here, ah...that have school kids

on it. You always see the people beating each other (CW and KW laugh). Same thing. KW-Okay. (Loud noises.) AM-Train, train is a much better mode of transportation. CW-So, so you think we could fly a direct plane to PAKISTAN? Where, where to? ISLAMABAD?
AM-KARACHI.
CW-KARACHI.
AM-KARACHI or LAHORE.
CW-KARACHI or LAHORE.
KW-How do we establish any contacts (UI).
CW-We already have a contacts KARACHI. Don't we? KW-Why don't we just stay with HANIF?" "KW-That's why we (UI), that's why I have some now. You don't know what's gonna happen.
AM-Hm.
KW-Interesting. So...and exercise. I've got to start exercising (UI).
AM-Yeah.
CW-Yeah, exercise. Keep in practice with the shooting.
KW-Yep.
CW-Can't let that go.
AM-Yeah, you might need to...
CW-Including practice with my gun. You know, cause you'll be using a semi-auto when you get there or an auto, rather. And then, they'll give you training, too.
AM-Yeah. Of course.
KW-What sort of TARBIYYAH you think they have over there?
AM-Ov...over there? (CW clears his throat and coughs.) They should have some darn hard core TARBIYYAH.
CW-Big time. Actually, I was just thinking..."
6-14-05 CW "HM-Okay, look I want my kid to see this. I want kids to be around seriously. I want my kids to grow up (UI).
AM-You've seen this..
HM-Yes, I have seen this.
CW-You want 'em to grow up what...
CW-Rule #2. Was that?
KW-Rule #1.
CW-Rule #1.
HM-(UI) I want them to not be afraid to fight. I want them to die in war, you -know, for the sake the Allah. What's wrong with that? They don't have to live past me or you know I don't wanna have to...
CW-Well, if it's for the sake of Allah, I mean.... (UI).
HM-But training is part of it. You know and (UI). The kids are not my property, they're something that Allah has given to me....CW-Well, then being around the sound will give them as good feel as it is for -now.
HM-Yeah, the sound is enough. They can see from a distance. I mean, they -don't have to be right there and that's fine. You bring your gun and a crossbow, that's good enough. We do it on side. Not keeping it control.
CW-And there's a dog there to. I don't know how they are with dogs but the dog's fairly tamed but if they start pulling on the dog's ears..."
6-21-05 Sess 2,3 CW "CW-Yeah Let's see. (sigh) So what else about our trip, man, do we need to cover?
KW-So what sort of, uh, training are we gonna do?
CW-(clears throat) Well, he gave us, he's given us a hundred yards. He says the other, any other direction, you're really pointing towards the neighbor's house, or, you know, that house, that big house or whatever, so the area he's going to give us is a hundred yards. So, basically, we could uh it depends really, where he has us. But, basically, we can cover some of the things that we covered last time, but maybe we could do a little bit more with all the trees there, and stuff. You know? We could practice a little bit more realistically. I don't know. I'll have to think about some extra, extra, exercises that we can do to kinda spice it up, spruce it up again.
KW-Okay.
CW-So I mean, even if it means running up and dropping down, shooting, ya know that would be really cool.KW-Yeah
AM-UI
CW-That would be bad.
AM-Yeah.
CW-Oh, I'd do, I'd do that in a heart beat. You'd probably see dirt in my mouth and everything, man. UI shoes.
AM-Not a worm, right?
CW-Huh?
AM-Or a frog?
CW-We won't get any
KW-(laughs)
CW-Well, we could get frogs. Frogs or snakes.
KW-Yeah, snakes.
CW-So, think of some things that you might want to do with your rifle. Are you gonna fix it yet?" "CW-I would just, you know, maybe spend a day, spend a night, or something with him, a couple nights, you know, and then, umm, have him point us in the right direction and move to the next spot. Of course, Adnan, you know some people, don't you, on the long route.
AM-I can get, well it depends where we want to stay.
CW-Yeah well, how long, I mean, if we flew into Islamabad, right, we would fly into Islamabad?
AM-Huh?
CW-Islamabad is where we would fly in to, right?
AM-No, KARACHI
CW-KARACHI? How long does it take from KARACHI to PASHAWAR?
AM-Umm, by air? An hour and a half.
CW-Oh, we would fly?
AM-It depends, if you want to fly
KW-UI airport, right?
CW-We could fly to PASHAWAR.
AM-Yeah.
CW-Okay, what about driving? AM-Driving will take awhile.
KW-I think, I think driving is going to be more undetected.
CW-Yeah.
AM-Yeah, but, the thing is, I would prefer going by train.
CW-How long would that take, do you think?
AM-A day.
CW-Really? Well, that's not bad.
AM-That's not that bad.
KW-Is it that long?
AM-UI
KW-It's not a big country, man.
AM-It's not that small, either.
CW-(laughs)
KW-Come on, man.
AM-The trains don't travel that fast. They're not bullet trains.
KW-Oh, yeah.
AM-And then they have stops and stuff like that." "AM-You know what, what kind of job that you, I mean we could do is like give tuition.
KW-Give tuition?
AM-Yeah yeah. Not private tuition. To, to people who need the assistance like students.

KW-Uh huh.
AM-You could teach them.
CW-Tutor. KW-Or, ESL?
AM-Yeah.
CW-Yeah, you could train in English.
AM-Yeah.
KW-Teach English.
AM-That is, that is, that is possible.
CW-Yeah, yeah.
KW-But see the thing is, is I don't know, you have a Bachelor's degree?
AM-You don't need that.
KW-You don't?
CW-No. Not in a lot of these countries they'll take anybody who knows English.
KW-Oh yeah?"
6-28-05 CW "HM-Don't want me there, do you? Don't want any kids there, do you?
CW-Not the kids. I, I mean...
HM-Me, you want me there...
CW-...No, we're gonna be...
HM-....you want me there, you're saying?
CW-...we're gonna be doing some serious training and we don't want the kids gettin' killed or shot and...
HM-I can come like, half days.
CW-We don't want no people comin' and crashin' our party and leavin'.
HM-I'll bring food. CW-Come, come and crash our party and leave.
HM-Oh, I, I messed up. I'll bring food.
CW-No, it's a disrup...
HM-(UI) (talking simultaneously)
CW-...it's a disruption to our concentration." "CW-Nobody drinks water with a (UI) a, a straw with water or whatever.
HM-Yes, they do. KOBIE does. CW-So, what should be our goal for our training mission?
KB-Field data. What groups are easier to target?
CW-Yeah.
HM-Anybody (UI) earlier?
CW-No, I'm, I'm talking uh, I'm talking about...
HM-ADNAN, did ADNAN come today?
KW-Hey what's up?
CW-No.
HM-Didn't? Why?
CW-He um, had to skate, says he's going out of town to Connecticut. He's trying to get out of going though. Just like I do. You see my wife tonight? She was psycho, huh?" "CW-No, I'm wondering what, what should our be, be our goal for July 15th, our training mission.
KW-Oh, oh, that.
CW-What sort of goals should we set?
KW-Um, good question. What do you suggest, HANY?
HM-For what?
KW-What we should do out there (UI) goals...
HM-I think, think you should uh, try some target practice, of course, we should work on getting dirty, crawling around in the dirt a little bit. Get a little uncomfortable (UI) .
CW-So you're talking about some real training, not just standing up and plinking.
HM-Think we should find some trees....
CW-(laughs)
HM-We should do some pushups, some jumping jacks (UI)
CW-There we go, we could do that.
CW-Yeah. Yeah.
HM-A little bit of jogging.
CW-(UI) do it again.
HM-You guys should swim across that lake. (laughs). I'm just kidding.
KW-I couldn't do that. (laughs)
CW-Yeah, that's a scary lake.
HM-That's a scary lake, man.
CW-There's creepy things in there, man. HM-(UI) swim (UI)
KW-That's what (UI) said.
CW-Yeah, but there's branches and stuff down in there, I don't know.
KW-The, that they do, they going swimming in there all the time. They grew up in (UI).
CW-They're gonna die in that lake.
KW-(laughs)
CW-We'll be fishing one day and catch a body.
KW-(laughs) Yeah.
HM-Nah, if you had to do it, you would do it. But yeah, I don't recommend it I was joking about that part.
CW-No, so, I suppose I suppose one goal is to hone our shooting skills, like you're saying.
HM-Wish you guys could shoot around the trees and stuff like that. Can't you go out there in the woods and shoot around trees?
CW-Well, I don't, I don't know.
KW-(UI) area.
CW-You know I have, I told you that RANDY is settin' up the range, right?
KW-Yeah, he's building the range on the property. CW-Well, RANDY's gonna set up a range but, but I don't know exactly where. I know we're going to be shooting towards that dam.
HM-(UI) we worked there that time (UI) clearing (UI)
CW-Right, we're gonna be shooting towards the dam back there. But I don't know exactly where he has it set up because, but there's plenty of trees there that we could use the trees and you know, the ground and stuff, yeah.
HM-(UI) You gotta (UI) really trained. You gotta sit down and study some (UI) go out there (UI) dangerous. (UI) out there shooting around (UI)
CW-No, we're not gonna walk around. We'll still be in a range set up, but we could still use the trees and the terrain and all that.
HM-I was talking about actually walking around and acting like little (UI) in different trees.
CW-No, because they got, I mean they gotta, that big house on the way in. You...
HM-Oh.
CW-...you don't wanna hit that. And anybody on the property too, you know. RANDY, or his family." "CW-But MASSOOD said September of something like that.
KW-Yeah, (UI)
CW-Maybe we can find something for then.
HM-I might, what I might try to do, I might try to (UI)
CW-Yeah, at least Saturday.
HM-Yeah, if I can take one day and (UI) come out there Friday (UI) CW-Friday evening and Sat, and Saturday, you can leave even...Saturday evening or something. HM-Stay the night Friday night, just come back Sun, like Saturday night (UI) Sunday morning (UI).
CW-Or Sunday morning, yeah. Because, what we'll do is after, you know, KOBIE and I and ADNAN will get up and we'll do some exercises, you know, pray, do our exercises, (UI) a little TARBIYYAH, then we'll go out and we'll you know, train on the guns and stuff, so."
7-5-05 CW "JC-Ok, but what I... OD-So, so basically... JC-...I'm not even... OD-...(UI) I'm just... JC-...I'm not even finishing my train of thought here and everybody's... OD-Ok, I'm sorry. I'm sorry. JC-...going off. OD-Ok, go ahead. Go ahead. JC-Ok, number one.

OD-Go ahead. You're right."
7-12-05 Sess. 1&2 CW "HM-My goal, honestly, is to just be there for the kids, establish a good athletic program or good youth program. I wanna do this archery club that I want to do, to get us in the great outdoor sport competition.
CW-Yeah.
HM-And, uh, that's my goal right now. So, and then I'll see where it goes.
CW-Gonna train 'em to be MUJAHID, uh, MUJAHADEEN.
HM-(UI) kung fu class, I went today and starting next week, (UI) 32nd disciple in th SHAOLIN temple (UI). The guy's been tryin' (UI). (UI) after 2 years of training (UI) with the sword, combat training and uh, swords and spears is what they focus on.
CW-Did your read that thing that KW sent? Did you ever get that from Jihad Unspun? Oh, did you..." "CW-I already prepared FATIMAH for the inevitable.
HM-Huh?
CW-I've already prepared FATIMAH for the inevitable. That one day I might out to Jihad.
AM-Did she laugh?
CW-No.
HM-JIM, before I'm 35, I'm going too.
CW-Huh?
HM-Before I'm 35, I'm going too. I'm gonna start being trained at this place too!
CW-You, you need to becoming out to our camp.
HM-I do, man but I'm...
CW-That's the only way you're gonna get experience.
HM-(UI). I don't need a gun to fight (UI) sword." "CW-You gotta start doing target practice and stuff man.
HM-(UI) work on our bodies, start getting in shape. CW-You didn't even go to the, when we went to AMERICAN SHOOT CENTERS that one time, man. How you gonna get in shape? HM-(UI) just give me 10 minutes. CW-HM, you think you're just gonna shoot some Joe out there man? These are gonna be seasoned American trained vets that you're shootin'. HM-I'm not shooting (UI).
CW-Who?
HM-Like I was saying in Uganda (UI).
CW-Oh, in Uganda.
HM-(UI) fighting and killing innocent women and children. Somebody's gonna have to stand (UI).
CW-Some of them are Muslims that are doing that.
HM-I'm telling you, I'll shoot against the Muslims. I don't care.
CW-Well that...
HM-If I see an innocent woman or child being hurt, I'm gonna go and take defense. CW-AM, everybody is going to hate you. Imagine that. He's gonna have every group coming to kill HM. HM-I don't care, I don't care. I'm just saying. I'm going to be very clear on what I'm doing, you know. CW-Yeah, yeah, yeah, talkin' smack. HM-(UI) there's no clear evidence that (UI). The only people that do have it are the SHIAS. CW-Listen." "KW-If it's indigenous, I guarantee you'll see more people becoming Muslim.
CW-Absolutely. It won't be a foreign religion anymore.
KW-And it will be nurturing because they can relate. They come to one of these masjids, new Muslim, they can't relate, their, they stay in there for a week and they leave and never come back.
HM-Let's open one. Let's open one.
KW-We need a Sheikh, someone with knowledge and also to train Muslim-Americans to be Sheikhs and scholars.
CW-All we need is a property with a building on it and a regular Sheikh.
HM-The Sheikh himself would have to be American.
KW-He doesn't have to be American.
CW-No. Not necessarily.
KW-The Sheikh doesn't have to be American. "
7-15-17-05 Sess. 2 CW "KW-But he di, he did recommend a few things before you do go, like...do FAJR prayer...
CW-Ah huh. (Scratchy noises.)
KW-Get that established.
CW-Uh huh.
KW-You know, do TAHAJUD. Once you're in that, I mean, you're pretty much know you're ready. Because when you do TAHAJUD ...
CW-Uh hmm.
KW-...you're doing, you're training yourself to do things sincerely for Allah (subhana wa t'ala).
CW-Yeah.
AM-That's true. KW-And, ah...that, I mean, that's where the NIYAT they consider you NAYAT is correct.
CW-Uh hmm.
KW-But, other than that, man. You not gonna need much. (Laughs).
CW-Yeah, I...
KW-(Interrupts) Other than the five pillars (static noises) (UI)."
7-15-17-05 Sess. 4 CW "CW-See, that's the, that's their problem with us.
KW-Yeah.
CW-Being born here, what are you going to do?
KW-See the thing is that, that people like SHEIKH WALEED and them, they should focus on -indigenous and give them knowledge and training. Because there will be a day when SHEIKH WALEED won't be here any more or SHEIKH ZOUBAIR won't be here any more. CW-Yep.
KW-So who's going to carry on the message?
SHZ-Right.
KW-But they are not doing that.
CW-Well a lot of Americans have become very knowledgeable but, they end up staying over there.
KW-Yeah, like...
CW-They think it is some sort of utopia and they don't need to bring their knowledge back here. You know?" "KW-Oh (laughing). The brothers have to do this.
CW-Yeah.
KW-Like I say if somebody ever ask, "why you brothers go..." Aqi, just trying to revive the Sunnah.
CW-(Chuckles).
KW-Revive the sunnah...
CW-Gosh, you know uh, BRAD used to hold uh, uh, little training sessions and stuff to uh, some of the brothers, and...
KW-Uh-huh.
CW-No sooner than he'd get 'em out there running,... KW-Mm-mmm.
CW-...then they started to hide from him.
KW-What?
CW-Yeah. They didn't want...they didn't want to exercise or anything anymore. They just...whenever...whenever he'd come to the house to go get 'em uh, they wouldn't...they wouldn't answer the door or nothing. Their car would be right there. You could tell they're inside, but they wouldn't answer the door for him.
KW-They just didn't wanna shoot anymore?
CW-Well, they didn't want...they didn't wanna go through any exercise.
KW-Oh, I see.
CW-They liked...they liked handling the guns, but uh...
KW-Yeah.
CW-...they didn't wanna do any exercise along with it." "KW-I still haven't met BRAD.
CW-Really?
KW-Yeah.
CW-He uh, he goes to the North Zone for the most part.
KW-Oh, yeah? CW-Well yeah, and now he live up in the northeast, but he's got a lot of good military training. "
7-19-05 Sess. 1&2 CW "CW-We, we could do half, we could half of those easy...easy...and then...while we have a head start on that then we can plan for the other half. HM-And....what if we can do like...so it's not religious...like you do it like it's uh...educational

or...training. CW-That's what I do. That's exactly my..my course. HM-(UI) we get it in a different time slot (UI) religious time slot. CW-Right...that's what I do. KW-No, no. He's talking about uh...public access has different categories on what they, they....show stuff...like religious....stuff... CW-(UI). KW-They show on...Sunday, Monday, and Tuesday...
CW-Mm-huh.
KW-And I think....political stuff they show on Saturday. So what, what category would that be under?" "CW-I'm, I'm....(Laughs). Maybe I shouldn't have told you. No...when I was with this Christian cult group..this was after I had gotten out of worshiping JINN....I uh....I was there for almost two years. The dude who was the leader or apostle of this group....there was an apostle, a prophet, and some prophetesses okay. The apostle of the group..was a former...uh...marine academy school dude....so...
HM-He (UI)?
CW-He went to some sort of marine academy...and so...
HM-Oh..(UI).
CW-No, no, no...school dude. And um....and he would put me through military training out in the cold so bad that my feet I could not feel down from knees down to my feet. It was all numb and I would have to go out there and I would have to work chopping wood, hauling wood....you know carrying wood around. I would go and get two and a half hours maybe three hours of sleep a night...and I would get up in the morning...have a regiment of reading the Bible, studying the Bible, reading articles working around the house doing stuff. Man I was already through hell. I went through marine training already.....for a year and a half.
KW-They're closed.
HM-Duh.
CW-So...I know what JIHAD is all about.
KW-I better get going. It's only 12:30.
CW-Yeah...you did guys learn about, learn about me that night man.
KW-Yeah...shoot.
CW-Too bad you weren't there. You should have been camping. HM-No what (UI).
CW-So I'm prepared. They were, they were the type of people that were storing up weapons and training....getting ready for the end of the world man.
HM-Where was this?
CW-Southern Illinois.
HM-Are (UI) the (UI) and government? Was that the (UI) they want?
CW-They didn't know. They, they built their own secret compartments in there, on their farm man. You didn't know where the guns were.
HM-You know where they still are....today....to this day? You do?
CW-Yeah, they're still there.
KW-These freaks are all over the country.
HM-What were they? Were they Christians? CW-Yeah they were Christians. They followed KENNETH COPELAND ministries. You know big KENNETH COPELAND's a big evangelist televangelist." "CW-It's a...he's a huge televangelist. These guys followed his teachings. Yep. And they would take us out hunting and stuff and we would do it just like a military training camp when we went out hunting.
HM-Where was this at? Where was this at?
CW-Southern Illinois.
HM-You use to shoot animals and everything (UI)?
CW-Yeah, yeah. And we'd go out...it would be freezing....and in Illinois you'd get ice storms. So when the rain hits you...it, it freezes.
HM-What city, what city's close by there?
CW-It, it freezes. HM-What city's close by?
CW-Edwardsville, Illinois. Outside of East St. Louis
HM-Edwardsville? It's called Edwardsville?
CW-Yeah. But the ice....the rain would freeze as soon as it hit the ground right. We would be out there freezing to death...settin up huge tents..settin up our, our um....our wood burners inside the tents. Um....gettin ready to go out and do hunting expeditions...
HM-(UI)? Nobody worked?
CW-A couple of people worked for the sake of the whole, entire Jamaat...the entire group...right... The entire group...and that money supported the group."
7-26-05 CW "KW-Yeah. I didn't find out...I was, I was thinking about what if I showed up before everybody. I was going to get a bite to eat. Then, had the perfect opportunity for Dawah today. But this guy who graduated from high school, he, they hired him to work with me today He's something else. (UI). But he started posing all these questions, like uh, according to Islam, I made a mistake in the Dawah. I did not focus on tawheed at all.
CW-(Laughing). He was focused on the social issue? KW-Yeah. Just answering his questions, that, that, should not be the focus. I mean, KHALIL brought up a good point. He's like, the reason why we do this is because we been trained by the IMAMS to be ambassadors for ISLAM. And just answer questions
CW-Yeah. And not DA'I.
KW-Yeah, exactly. And not be proactive. Not just be ambassadors, but we should be proactive in inviting at the same time. But they say so no, you know, the way they talk in their KHUTBAHS and everything. I was just like, yeah, that's true.
CW-That's make a lot of sense. Yeah.
KW-It's just, It jes, it was just, I was just answering his questions, but he, he didn't go home with the impact on whether he should convert or not.
KW-It was a more of, "Oh, that's interesting." CW-Yeah. More informative that anything. That's how you learn though man. All the missed opportunities and next time, you won't you won't forget.
KW-Yeah. It takes experience, but it caught me off guard." "CW-What about RANDY? Does he mind us taking that wood?
KW-No, I mean chopping that stuff down.
HM-Yeah, yeah, that's no problem.
CW-Doing what?
KW-The wood, chop some down.
CW-Oh, well, you couldn't chop a tree down unless it's dead. But that 's a lot of work man.
KW-Oh yeah.
CW-That's a lot of work. I've done it before. When I was with that Christian group, that's what we used to do.
KW-May that could be our exercise.
AM-You know what you could do, is like uh, no, no, no, I tell you what, you know what we could have teams set up and go around and gather as much wood as possible. There's a lot of wood out there man.
CW-Yeah, yeah. AM-You know, we...
CW-Yeah, the thing is we need the dense wood to burn longer. We need people to, to accumulate the smaller woods and medium size woods, but real dense wood that we had when RANDY first gave it to us that first time, that stuff burns forever.
KW-But this is good training.
CW-Yeah, it is. What we can do is we can get some stuff for them to chop up. You know what I mean?
KW-Um-hmm.
CW-If we can get some bigger blocks for them to chop up, but if you gonna cut down trees or anything like, that's just too much work.
AM-You know, you know...
CW-That's, that's gonna take all weekend.
AM-Listen, listen. You know where, when enter that area, there's a place that have lots of wood over there. Remember that place?" "HM-But, IMAM MAHDI is not going to kill innocent people. I'm sorry.
KW-How do you know that he....
CW-How do you know that? HM-I could be in the WORLD TRADE CENTER. I think I'm pretty innocent.
AM-But, you believe that the uh, MuslimS conducted that?
HM-Huh? Yeah, I believe MuslimS did that.
AM-I don't think so.
HM-I think so. AM-No. KW-You got your evidence? AM-I, I don't believe that.... HM-I have uh.... AM-....I don't believe that story. HM-....BIN LADEN's right-hand man on tape saying how they planned it and organized it. CW-Yeah, but, but the nature of terrorism is that you claim it so that you can push a uh, an agenda. That doesn't mean you actually did it. The IRA did that all the time.

HM-I know, I know. That is true. I don't, I actually don't know. I just feel that somehow they, they work.
AM-I don't believe that story at all.
HM-It's not that hard to do, really. We could plan it right now. AM-It is that hard. Man you can't do it. It's not easy to steer a plane into a building and at the end you make a, you know, precise...
HM-No, I'm saying...I'm saying if you have people that have been trained to fly planes you can do it.
AM-Man, they were not pilots.
KW-Answer this question. What is that video footage doing ISRAELIS who are cheering for joy when they saw the WORLD TRADE CENTER fall down?
HM-ISRAELI's?
KW-Yeah, yeah. You didn't know about that?
CW-Yeah, it was on there." "CW-The PENTAGON'S been doing that for years.
AM-Hey, it took them three years to come out with the report man (UI) to what happened. I mean, three years is a lot of time to fabricate anything you want.
CW-Yeah.
KW-And a lot of stuff they came out with in those hearings, lot of the family members were upset cause they didn't present it in the hearing.
AM-Yeah.
KW-A lot of promotion. HM-I think this is what happened. This is what I earnestly think. I think the MuslimS did it, they planned on do it, they were trained and everything, but there was somebody on the inside that helped perpetuate everything.
AM-No.
HM-They were gone make it all happen, there was somebody working closely with the government and the government had a part in it, but they perpetuated it as if they were helping the cause of the MuslimS and BIN LADEN and everything. But really, it was for their own purpose. CW-But HANY, how many people do you know.... KW-Are you saying brainwash? Someone was brainwashed?" "AM-...and that, that too so low, you know. It's not, I mean it's not easy. KW-You gotta be a well-experienced pilot. AM-Yeah. I know. KW-And these guys just went to training for a couple of months. CW-Yeah, yeah. And now all of a sudden, they're flying jumbo jets. AM-And that too if they like cars... CW-Loaded with fuel." "KW-I was talking to this guy about Dawah and stuff and I screwed up in the Dawah, because I forgot to talk about tawheed. I was just answering the guys' question. I got caught up in it for hours. KHALIL made a real good point. He's like we've been trained and indocrinated to be ambassadors of the deen, instead of inviting people to the deen. Not just being ambassadors, but inviting people. You understand what I'm saying? We're, I mean, going to KHUTBAHS they...they...they constantly talk about, you know.
CW-Passive sort of Dawah stuff. KW-Yeah, sort of like answer their questions and that's it. By protecting Islam, you know. They shouldn't stop there. They were so caught up, so when people come, they was asking questions about Islam.
CW-Well, this is what...
KW-We don't focus on how can I bring this guy to become Muslim."
8-2-05 CW "CW-It was loose. I got some new rings and fixed it. So, by the next time we go out, we should, I should um, I should already have it sighted in and stuff.
KW-In um, September huh?
CW-Yeah, insh'allah, we have to figure out a date. Get some people to sign on to it. KW-Yeah, yeah, yeah.
CW-I was thinking um, it would be nice if we got, you know a few more people than we have. Um, I was thinking about doing something with teams. Um, you know how we've been just kinda training as it is just on a - on a range. But, I was thinking we've have all those trees there. I was thinking about maybe coordinating. Two teams. Like have one team as like a support team, the other team as a move in team.
KW-(UI)
CW-Sorta thing you know. And we can, I can get a couple extra radios, give it to the teams, and we can just make, you know give each other commands, and And stuff like that. Just kinda make it a little bit more interesting.
KW-And then you'll have different rifles for different purposes, right?
CW-Right. Right. KW-Cool.
CW-Because you and I have sniper rifles.
KW-Right."
8-9-05 CW "KW-And a lot of times it's not right. When I went up there, it was about me running the control room. And what's her name called me and said, you know I wasn't aloud to run the control room.
AM-Yeah, yeah.
KW-Cause I wasn't, I wasn't trained on it. I go and tell MARSHALL... And, and I talked to uh, what's his name, that trained me!
AM-ALEX?
KW-ALEX say he's fully certified and everything. I trained you and HANEY. But I just couldn't run it cause I had to take them two classes. The editor and the uh...camera." "KW-You know national night out...when me and my wife... I had RAIHAN at his apartment. But not uh on national night out day, but the following.
CW-Oh okay. Cause basically it's the same sort of thing.
KW-It's the same thing, just not on the same day.
CW-That's cool. KW-So, and then like, you know, PJ she's, she's involved with uh, cert, it's uh emergency, government emergency response team...she did training at the Jewish community center on for Homeland Security. It's funded to, like if uh, emergency situation happens, how to respond. They train you how to respond. Like uh, you know, how to use a fire extinguisher, or you know if you see somebody passed out how to take care of them. If you see a fire, how to handle situation and work with the people. And so, you know this is what the whole thing is about. And so, well we thought well you know, we pass out certain stuff there, you know like little kids flash lights and stuff to show that the people, you know that, you know we're concerned too about safety of our neighbor and all that stuff. And uh...just passing em out and getting people to sign up for the classes and stuff. And uh, they were very involved man, there some red necks there, they already got their gas masks ready, and they got property in Brenham man man. They beyond certain man. Yeah, they're preparing for the worst. RAIHAN's neighbors preparing for the worst. They bought, they got bunkers in Brenham man. (Laughing) CW-See. You see, and they worry about us. AM-Wow. I'm, I'm shocked actually. KW-Yeah. Good old boys. CW-Yep (UI). AM-Our community is in the dark man. (UI) why don't they try to find out, I mean even by taking to the kids they can find a lot. KW-Yeah. AM-But they don't, they don't communicate. " "CW-Just keep, keep your eyes open cause if we can get money there we can get people.
KW-Inshallah. CW-So.
KW-Yeah. And all we can do now is just train.
AM-Train.
CW-Yeah.
KW-That's all we can do.
CW-And, Inshallah, the more time that we have, the better we get.
KW-Right.
AM-That's true, that's true.
KW-And uh, they can't do nothing to us.
AM-Yep. Hopefully. "
8-16-05 UCE "UCE-Wow, that's a big chunk.
CW-Yeah. It will shut this place down.
UCE-That's a big chunk. I mean this, is this for like all cable access or...
CW-Yeah, yeah, they have training sessions here and stuff and they have a studio right here that we do a live show on, on and, uh....
UCE-And this show tonight is going to be a live show or it's just going to be taped?
CW-No, this will be live. This one here. They have a lot of tapes every once in a while they have a topic live" "CW-And I got 6 more targets like we had the last time
KW-Okay, hm, hm human targets
CW- Oh, and you know what else I got
UCE - So those are better to train on anyway
KW-Uh-hhh
CW - Because we had a hard time seeing the bullet holes the last time. I got those round black stickers.
KW- Oh yeah? CW- So that we can see where it's hitting."

8-16-05 CW "CW-Punjab. Oh my God. It's a huge area.
AM-The area we are talking about is, uh, this is the area mainly, mainly.
CW-Where is Peshawar?
AM-Peshawar is right here.
CW-Okay and that, and that is signified by this.
AM-What? CW-Is that signified by this?
AM-No, no see it said Federal Administered Tribal area. It's, ah, this area is Federally Administered. But, all the way from Chamon(PH) to Jalalabad around about over here. You know this is all like ah, areas that Pakistani, ah, military has very little control. But, the areas that we are talking about are over here. Federally Administered Tribal area
CW-Okay, so. Assuming that we...
AM-No, we're going to land here in Karachi.
CW-Oh we land in Karachi?
AM-Yeah, from Karachi we have to travel all the way to, we can go to Kuwait and to Peshwar.
CW-Touristy areas. AM-Yeah, I mean, I think from Karachi we can go all the way to Lahore. And then we go to Peshawar. That's not, I mean it just a train trip. CW-Right.
AM-It comes in twenty four hours, but not that bad. But this is the area that we are targeting.
CW-Okay, but if you make it into Peshawar. Okay.
AM-Yeah, you make in Peshawar.
CW-There has to be some, I mean, how long, how much does it cost to live in that part of ah...
AM-In Peshawar.
CW-Yeah. AM-It depend on your status. I mean how high, how lavishly you want to spend. It's not expensive. CW-Assume that we all just kind of (UI) you know."
8-23-05 CW "KW-But see, DAWAH is when you look at the books of FIQH it's under the chapter "Jihad". It is definitely under the chapter "Jihad". CW-But at what point, at what point does that, ok, I can understand. A lot of people HM-(UI). It doesn't mean (UI). It doens't mean not train, you can still train and do everything else. But taking up arms against a majority is not what (UI). CW-But listen, but listen, because, because this is a thought that I've had maybe you or KW can answer this. If the Muslim, if the JIHAD is FARD 'AYN and JIHAD in one land might mean Jihad by the sword, right? KW-Yeah. CW-And we're saying Jihad by the pen here in this land, at what point do you take the fight into their lands. HM-Well, it depends on when it happens. KW-Only under an Islamic State. HM-Or also, or also, if you're in a situation where it is a sense of defense you have to defend (UI). KW-Yeah, like hadith (UI). CW-We're gonna draw down."
9-6-05 CW "CW-Okay can you hear us? Okay go ahead.
FB-Okay um (UI) volunteers needed have been bumped up to twelve hundred. AM-Okay.
FB-Um, so what they're hoping, what she's hoping is that um he is going to request if, if, Muslims go there and they did not go through the training if there is something that they can, you know, just go through something really quick on site and, and, and volunteer because you know, that's like two hundred and A couple of hundred.
AM- Okay, are they, are this, are this having in the Just one second. Are they just having it in the ASTRODOME or the RELIANT as well?
FB-Okay I'm not that was the next thing. Now they've moved all the, all the 9/11 to the ASTRODOME.
KW-Oh so they're staying in the astrodome now?
FB-Because apparently that is a uh you know (UI) a bigger affair.
CW-Wait a minute. Everything's at the astrodome and not the GEORGE R. BROWN or whatever." "AM-Why was, why wasn't it collated well?
KW-That sucks. CW-Cause it's a cultural organization. FB-(UI) tonight that um we didn't put anything we just (UI) training (UI). You know KW-Oh you, she's saying the Pakistani?" "KW-You know the people that's doing that training? That's the group my wife been (UI) you now at the (UI) GREYHOUND thing? AM-Yeah, yeah, yeah. KW-(UI). AM-Oh really? KW-Yeah. Where that same training " "AM-(UI) listening they coming do you know because of that confusion it, he, he was stressing on it that big time that you should put the group name clearly but, now they have like ten different people put ten different stuff for the same thing. How would they, how can they categorize them, you know?
KW-What should have been done was to have some big uh meeting of everybody Muslims who are interested in volunteering before they went to the training. And brief them
AM-See the thing is that's what happening right now. There's no such thing we're not working together. Everyone is doing their own little thing everyone. KW-Yeah I know. "
9-13-05 CW "KW-You know, you know the situation in Virginia he even explained how they it was like an Islamic center in VA I mean all sorts of
CW-And SHAIKH, SHAIKH WALEED was apart of that? KW-Yeah SHAIKH WALEED was part of that.Saudia Arabia. I mean they had.top.top.
AM-Yeah they had a big riot. I mean people, people.people funded by the SAUDI consulate in embassy.
KW-And.the government just shut everything down. Nothing exists. All sorts of schools and charities and. And uh there was some young brothers who were playing paint-ball and they got accused for having training
AM-Training.
KW-An A-Qaida training camp. So they and this is what this wasn't in the news. This is what MUJAHID told me. That SHAIKH WALEED is close to ALI TAMIMI. You know you know the people of knowledge and they they know each other very well. Well.these youths were coerced in saying that ALI TAMIMI is their spiritual leader. So by the.you know.the law enforcement. So they.said it to get some time reduced or whatever. So now ALI TAMIMI is facing life in prison.
AM-That's you know.I mean.these are difficult times.
CW-And, and how did.how did SHAIKH.
KW-And just for playing paint-ball.
CW-How did the SHAIKH escape all that?" "CW-Brother was in the ARMY man. He should know.name, rank, social security number. That's it.
KW-Well I.
CW-Of course then this is a guy in the ARMY who can't swim. (Laughs).
AM-Can't swim.
KW-(Laughs).
AM-Who hates camping.
CW-Yeah.
KW-Yeah we.what was he doing in there? Was he some sort of cook?
AM-No man yeah. It's like.I mean I was to only join the ARMY if I were.just to.get myself acquainted with the ruff.times man. That's about it. KW-Yeah. AM-I mean.who cares.
CW-Well the BRAD was in specifically for.you know.
AM-Training?
CW-For training.yeah. My wife's ex-husband. He was specifically to get military training.
KW-Oh.
CW-As a Muslim.
KW-Yeah.
AM-That's why.I mean.that's the only reason I would ever join.
CW-And then.listen.even his, even his commander and the people in his unit knew.
AM-He was there for the training.
CW-Yeah. Yeah.but I mean.they all trusted him and he trusted them.
KW-But that was before 9/11 so that's no big deal.
CW-Even shortly after 9/11 he was still in.
KW-Oh he was?" "KW-I've never met him.
CW-White guy.
AM-I just met him during that training. I never, I never saw him before.
CW-Yeah, yeah. Yeah.
KW-I just heard a lot about him. Not just through but through other people.
CW-Yeah alhamudulillah. I mean if, if you want a good.military dude you know there.he's, he's good at, he's good at being military.
KW-Yeah.
CW-He loves camping and outdoors and.
KW-Why don't he come out with us?

CW-Military stuff. He's too buys with his kids now. He's got like three kids crawling all over the place. Little ones, little ones. KW-So.(UI) CW-I mean he could teach you some stuff man about killing people. I mean.even with your hands you know.how to do it and stuff. Cause he was showing me. KW-Oh yeah? CW-He's really proud of himself. He went and he saw this uh broken copier copy machine right so he busted it up pulled the cords out of it. He said you know what I could do with just this one cord. (Laughs). And he showed me what he could do with just a cord. KW-Wow.CW-Man. He, he showed me how to.take somebody out. Right there, like that.so. In the ARMY they, they teach 'em all kinds of things. He says you can tie somebody up with just a small little tree 'bout so big. You could.use that tree to tie 'em up.to where they in a certain way that they just can't move and get out of that. If you don't have like rope or something you know. So you just time 'em up and stand guard. KW-So that's that high-level boy scout there man. CW-Ah man.yeah. "

9-16-05 Sess. 1 UCE "UCE-Next time I'll be more prepared man. I don't have all my stuff here yet so. This time I'll be a camping guru. Cause when I was in the Army though, we didn't really camp like this as much you know. Yeah, somebody came and set them up and you know. It was somebody's job. Set everything up. AM-Oh, okay. UCE-Somebody's job to cook everything. AM-Right. UCE-Cause I wasn't in the infantry, if you were in the infantry you did. AM-Oh, okay. UCE-Did this all the time. I was the secretary, so. You go out there once when you like in basic and maybe one more time. That's about it. Those infantry dudes, they like every month they are out there like twenty days. AM-Wow! Hmm. UCE-Which is cool, if that's what you want to do. It serves it's purpose, but. AM-Yeah, yeah. Yeah, but some people don't like out, being out there. UCE-Well, it's not that, it's not that being out there is bad, it's that your not doing just like this. They are like busy work. Okay, you do it. Run over there, five clicks, come back with uhhh a cord of wood. I mean just cause it's busy work period. You know. It's nothing to really, that you have to do. I mean it's different if you're at war or something, maybe so. And they train you for that, I understand, but most of the time it's just. AM-Oh wow! Oh my GOD! That's huge."

9-16-05 Sess. 2 CW "UCE-Hittin' the target. So we're gonna do a lil' hand-to-hand in the morning or something? KW-Hand-to-hand combat? UCE-Yeah we gotta do something. KW-Oh yeah? UCE-Teach y'all something. A lil' something, something. KW-So what's you background? UCE-Tae kwon do, Kenpo UNITED STATES ARMY but I know how to fight long before there long, long before them. KW-Hmm. They teach you anything new? UCE-Nah not really. They really teach teach for people who knew nothing. I mean it's you know it's good for if you've done nothing but if you've done anything it's kinda like alright whatever. I won't use that technique because I mean they teach like super forgiving techniques that basically are idiot proof but when you take some sort of martial arts you usually end up with something a little bit more refined that works better but it's harder to master. It's hard for you to just go back to I mean they might say like uh if it's ARMY they say like okay try to sweep somebody by using your whole leg or try to hit anywhere on their leg where as if it's martial arts it would be okay use your heel, your heel and their heel. You, you've got your control and you, you it works better that way But they go with the most forgiving way. It's pretty much idiot proof usually. Unless some idiot mess it up but you know what I mean. KW-(Laughs). So uh I mean that's not I mean UCE-I've got my focus mitts and gloves and stuff but let's go over you know some things just to KW-I mean what's the point if I mean if you guys aren't trained for warfare ? UCE-Talking about ARMY guy? KW-Yeah. UCE-Yeah they are but you think about it though. The ARMY unless you're or any military less units specialized units you're just gonna go shoot the gun and do the best past that so. Specialized you know seals and um Sea bees and rangers and stuff like that you have the but they'll they'll do something specialized and can do those you know disarming things or whatever. Not that's not for everybody. Know what I'm saying? Which makes sense cause everybody doesn't need it cause your average dude that goes in the NAVY will never really be in a combat situation. You average ARMY guy if there are ten guys in the ARMY five of 'em will be in the field fighting at some point and fashion. And that includes driving the tank, driving the truck all that. The other five will be in some kinda support role secretary something you know. So if your job is fixin' the trucks how deadly do you need to be you know? KW-Yeah. You're pretty much like a civilian? UCE-Pretty much. Pretty much. A civilian that knows how to shoot a uh M16 if you need to or you know a, a civilian that's familiar" "KW-It's cheesy man. It's not da'awa.

CW-You know all, all, all it is is just giving opportunity for Christians to convert Muslims. Yeah that's what I think because the way they like the way they did our class I don't know about you know uh SEBASTIAN

AM-Yeah the trainee.

KW-Oh the the trainee?

AM-That was we didn''t actually nobody, nobody made it that training.

CW-Nobody made it. It was there to get you into church and, and give you and influx to preaching and scripture and who they are and

UCE-But you know what though? If you're Muslim that's not gonna phase you, phase you so "

9-17-05 Sess. 1 UCE "UCE-Go. One, two, three, four, five, six, seven, eight. Alright through the day we uh, through the day whenever we have a lull, we're gonna knock out ten push ups every time we have a little bit of a lull, okay? Alright (UI) trough the day we, to the day whenever we (UI). You and CW alright first thing you have to...KOBIE can you come...you stand (UI) so we'll be straight with this, okay. First thing I want you to do if you gonna punch somebody let me ask you real quick, you gonna punch somebody where would you punch 'em? You got one punch to punch, where you gonna punch 'em?

AM-Me or him?

UCE-Okay one punch what's it gonna be? Right now I want you pretending right here, hold your hand right there okay? CW's got it (UI) I'm gonna have (UI) (LAUGHING ALL AT THE SAME TIME)

UCE-Well here, here's the thing. Can't always rely on your gun. Punching somebody in the jaw is useless to you because the jaw is too small. Solarplexus is cool but its just that one punch that might not do it, so. It's my understanding we're training to do deadly, that's it okay? That's what (UI) target would be. So, hold this at throat level. What your target is gonna be at the throat okay? Same thing for you. Got it. You right handed?

CW-Yep.

UCE-Put your left foot forward a little bit. You right handed? Left foot forward a little bit (UI) see your target too.

CW-Alright come on over here KOBIE.

UCE-No, put it on like you would a glove. (UI) turn your hand over.

KW-Oh this way.

UCE-On my count. We'll go to twenty-five and then we'll switch. One." "CW-You have to kill this in order to eat it.

AM-Come on.

UCE-We need to uh.

CW-Serious.

AM-Can't do that.

CW-I bought a watermelon to satisfy your uh, your thirst for melon.

UCE-We need to get a nail to put...

AM-We have four of them?

UCE-One for everybody. It's a target...those are targets the watermelons is to eat.

CW-Okay the watermelon is to eat.

AM-No you can't shoot those.

CW-There's a reason why we're going to shoot those.

UCE-Well do you, do you want to be holding that while we shoot it?

AM-No. UCE-Okay.

AM-I know.

UCE-Okay, yeah that prove, that proves a point.

AM-Why?

UCE-Because it proves a point

CW-Because it proves a point

UCE-Part of the training.

CW-Right."

9-17-05 Sess. 2 UCE "CW-Then again I mean you know the alternative is what? Jail pretty much

KW-Yeah well, I'd rather go to jail.

CW-Yeah.

UCE-Uh-huh. I think with them though, that's why I say this. I really think with him he's doing more for Muslims then he's doing for the government because I know him.

KW-I don't understand when you say that.

UCE-Put it like this, if there's a way,....I know him well enough to know that if,...."say man, we gonna try to blow up the supply train" (whispering), I ain't gonna tell y'all they gonna be over here. (UI - static). That's what I'm saying. So he's like (UI) KW-Oh, you saying that if the Muslims (UI).

UCE-If he can help a Muslim. He's helping a Muslim.

CW-They'll probably turn him.
UCE-I guarantee you that, I guarantee that.
KW-He's an inside spy.
UCE-He's a Jew. He's pretending to be the Jew. That's all I'm saying (laughing). His cover is being a Jew. I guarantee you that one.
KW-Mashallah." "KW-What should happen is, there should be, these imams in town should be training their students to go out and do dawah. Encouraging them.
CW-Mm-hmm. It's their responsibility.
KW-It's a priority. All I see them doing is just teaching, teaching, teaching, but not encouraging everybody to go out and do dawah.
CW-Yeah. Cause most of them are immigrants. Teaching to immigrants."
9-17-05 Sess. 3 UCE "CW-After, after they, after they....you know....said Al Fatiha....and they said Amin (PH) Yyou could....the windows vibrate man. KW-Oh yeah?
CW-And down here...people don't even say it hardly You know?
AM-No, not in Farooq. Farooq we say it loud.
CW-Well in Farooq (PH) you have a different...
AM-ISGH, yeah
CW-You have Arab influence in Farooq (PH).
AM-Ten, ten brothers saying nothing, one brother say (UI).
CW-In Farooq (PH) you have Arab influence though. Thats....
AM-We have, we have the same amount of Pakistanis coming to pray.
CW-It's not about the amount it's about the train of though....because it was founded by Libyans.
KW-What was that?" "RANDY-Did everybody sign it?
KW-Oh I haven't signed it.
CW-Oh...yeah that...let's do that.
UCE-Sign it in silver.
CW-Oh (UI).
UCE-I already signed it. I signed it.
CW-You already signed it?
UCE-I signed it yesterday when he gave it to us.
CW-(UI)...
UCE-I followed, I followed instructions. CW-ADNAN signed it too.
AM-I signed it first.
CW-Ah man. So you're the guy that sits at the front of the....
AM-I'm always on top of the rules.
CW-You're the guy who sits in front of the school bus...
AM-Always.
CW-And in front of, in front of the classroom.
AM-My, my name is called out first. (Everyone laughs).
UCE-And whether that school bus is short or not.
AM-Yeah I can't be tardy. (Laughs). I have to be on time.
KW-That's probably why you didn't get muscled.
AM-I guess.
KW-Cause I was tired. My body makes me do push-ups.
CW-Yeah...doing about twenty, twenty-five push-ups a day. (Everyone laughs).
KW-My coach. He always brags about how he uh....trained THURMAN THOMAS.
UCE-BUFFALO BILLS.
KW-Football player...BUFFALO BILLS. Yeah." "KW-They go buck wild when you start talking 'bout guns.
UCE-We gotta like learn a secret password today? (Laughs). Password's CHARLIE BROWN. KW-CHARLIE BROWN.
UCE-If you don't say CHARLIE BROWN you can't come in.
KW-CHARLIE BROWN.
UCE-If you don't know CHARLIE BROWN and a honey dew, and a honey dew?
CW-Yeah that's right.
AM-(Laughs). Man.
UCE-When I say CHARLIE BROWN you say honey dew melon.
AM-I'm trying to forget that see. When can we have the watermelon though?
UCE-Anytime you want.
CW-Anytime. Anytime you want it. It's yours ADNAN. We bought it for you because we knew that you would be heart broken.
UCE-When I say CHARLIE BROWN you say honey dew. (Laughs). CW-(Laughs). Yeah...(UI). AM-I, I change most of my passwords today. (Laughs). Using the CHARLIE BROWN password honey dew UCE-We all know. We know, we know that, we know that means you were out here...training. I say CHARLIE BROWN you say LUCY...you know something's wrong. It would be easy enough though....just as we have other...you know...we have other people just to...not do anything too much in front of 'em until you're comfortable. And that's not hard." "KW-So they did a good job huh? They did a good job. AM-Yeah. KW-See. CW-Mashallah. KW-They can do it without you man. What did they do? AM-No they, they had....they distributed a lot of stuff to the...to some other families...but they had...they took like uh....three cars to the Somalian refugee place. CW-Mashallah AM-Yeah but...there was a lot stuff that...people just took away. CW-So. AM-That shouldn't have happened. CW-Yeah it should have. How else was it gonna happen. They, they got a train full of food that they could not handle...and you would not be able to help much either. You would still be there. You know why? Because they would have said oh Mashallah, ADNAN's here. Then you would have turned around while you were unloading something and they would be gone. Every last one of 'em. Believe me. KW-(Laughs). Where did everybody go? CW-It's happened to me before. UCE-(UI). CW-Mashallah brother CW. I'll help you. UCE-(UI). AM-See...they have like probably twelve...twelve pallets of stuff...but different stuff. Not all of it was tea. But they said like...at least five pallets...they just give to...away for...to random people."
9-17-05 Sess. 4 UCE "UCE-Which one of us gonna fall asleep first, right?
KW-(Laughs)
UCE-Next time we need to run up the hill.
KW-Yeah.
UCE-There any particular way you wanna train anything, man? Anything you wanna do particular?
KW-What?
UCE-(UI) saying we're training for.
KW-Martial arts would be cool.
AM-Hmm?
KW-He's asking about training.
UCE-Yeah, I'm trying to see if there's anything in particular, you know.
CW-Oh, like for martial arts and all that?
UCE-Just whatever, I mean. Generally speaking, there's usually easier to train for specific goals instead of just, training for every situation, so to speak, you know.
AM-(Laughs).
CW-Smile. Get a picture of my three sons here.
UCE-(Singing). Doo doo doo doo, doo doo doo doo.
AM-Marketing department (laughs)" "UCE-Actually you thought you didn't but you did because you can do it. It's some people who just can't talk in front of people.
AM- Yes. They can't. UCE-They can't get their point across, they're, you know, nothing is concise .they stand up and, uh, well, you see, there's a chicken, and, like, it, it, it, um, you know.
KW-That's if you're by yourself by yourself.
AM-No, no, no. Even, even if you're with somebody.
UCE-Not necessarily man.
KW-I think if you're with somebody and you do it in pairs, that person can nurture you in training.

UCE-You can, but you cannot.
AM-Only that person is an expert.” “UCE-No, I’m not saying it’s the majority, I’m just saying everybody can.
AM-Yeah, everybody can. (UI) everybody else can do. I mean, you have to, I mean, everybody’s not the same. I mean, they’re different.
UCE-Nah, it, it, it’s a ton of people that can’t talk, man. Period. (UI). They can...
AM-That’s why (UI) good at it. (UI) try to do that. (UI). UCE-And some people...
KW-I need proper training. If a person is properly trained...
UCE-True.
KW-...they can, they can do it.
UCE-Mm, maybe, but...
AM-I, I don’t think that will still hold true for everybody.
UCE-Yeah. I, I mean, I say that will work with a lot, probably 50 percent.”
9-17-05 Sess. 5 UCE “UCE-I tell you what I would suggest though. If anybody new comes in before we even have any live stuff just do like the stuff we did today without, without live ammo. Do that first.
KW-Okay.
UCE-So we see stuff and see you know like you know wait a minute you know. But I think we kinda have to mask it per se. KW-Yeah.
UCE-If you just inviting somebody kinda check 'em out. You really don't wanna say hey (laughs). You don't really want them to see that you trying to train as a team and, and things like that you. You kinda wanna just you want I don't' know. You tell me. Seem to me like you'd want people to kinda initially think oh hey you know. That is could just be just shooting clay pigeons you know. Til you you know til you're sure.
CW-Oh you mean not even with the live ammo.
UCE-Well no. I'm not saying not with live ammo but I mean I mean just say, just say for example you know one of those people that you know runs their mouth a lot you don't want them to come back and say okay well they were training for this and they were doing for this and they were doing that you know. It's one thing to say ah man oh you know they out there shootin' at uh clay pigeons and, and laughing and joking but not see the serious stuff. You know that you know. I'm trying to you know trying to the human targets and stuff like that you know. ” “KW-But MUJAHID brought up a very good point about those brothers who play paintball. You heard about those brothers in Virginia? UCE-Nah. What happened? KW-Man a couple a year and a half ago they got actually a year ago UCE-Oh KW-They got accused of playing paintball. Having a training camp.
UCE-For playing paintball?
KW-Yeah.
UCE-(Laughs).
KW-(Laughs). Isn't that funny? They, they're in prison right now.
UCE-For paintball?
KW-For paintball. Right now the brothers in prison.
UCE-With all this.
CW-You know you can really mess somebody up with a paintball man. (Laughs).
UCE-Well you put out a you put your eye out with it man. KW-Well they, they were saying they were doing tactical training.
UCE-Well with all those suburban kids playing playing ball
KW-These brothers were Muslim
CW-So they're gonna arrest everybody doing laser tag and
KW-These brothers are Muslims and they fit the profile.” “CW-And even then paintball isn't a good I mean necessarily a perfect tactical tool. I mean people when you're playing paintball just rush out there and start shootin' the people, I mean. I mean that's something you would do if you were really trained.
KW-Uh I played, I, I played paintball with some good ole boys out in Alvin They're very skilled.
CW-Yeah. Yeah.
UCE-Right.
KW-Yeah. Yeah we Muslims. It was a bunch of us brothers out there. We were doing that like you said CW but these guys they were
UCE-Sittin' there waitin' for you and everything else huh? Sittin' waitin' for you and
KW-It was weird man cause all of us brothers on one side of the field the non-Muslims on the other. They had their weapons right.
UCE-Right.” “CW-(Laughs). Heck they reduced the requirements for the AIR FORCE anyhow. Quite a thing. UCE-Yeah.
KW-Oh they have?
CW-It's not your charter I mean. Well yeah I mean
UCE-With regards to (UI)
CW-With regards to their training and knowledge of combat is practically nil.
UCE-I mean no need in joining the AIR FORCE. They don't do anything.
CW-Right. Yeah.
UCE-Press a button. But they'll never come out with that thing like they're the baddest in the world. You'll get a marine who's not even a specialized unit marine just EARL corporal EARL. You better get out of my face. I am a UNITED STATES pop man. NAVY guys are like Mexicans. They like to jump you. (Laughs). It be like twelve of 'em. ”
9-20-05 UCE “UCE-But then we'll have to get um, we'll have to get two 9mm or something to shoot 'em . He has a 9mm. He makes sure they’re shooting his pistol regularly. But he’s got a Glock. Make sure they’re shooting, shooting it
AM-(Laughs). I know.
UCE-(UI). Just make sure he shoots and his gun (UI)
CW-(Now talking in background) (UI) appointed or the ones that are appointed for the upkeep of the (UI).
UCE-And then we all have to, you know it probably would be best for us all to get (UI) trained.
CW-So you have, you have all the bases covered. The community feels like they have
UCE-They might have more shotgun shells you never know.” “UCE-I don't...Just speaking I know I'm like the new guy but it don't sound like HANY's that serious.
CW-Huh?
UCE-It doesn't sound like HANY's that serious. CW-Na, he's a wacko man. He's way out there. (Laughs).
UCE-I mean, I mean...does he sound...to you?
AM-Uh huh.
UCE-I mean as far as.
AM-He's always like that.
UCE-No, no, no. No, I mean as far as going out there and training
AM-Oh na, na, na.
UCE-I mean he kinda sounds like it's.
AM-He, he doesn't. ...until the last minute we don't even know if he's gonna come or not.
CW-Yeah.
UCE-No that's not what I'm saying. I'm saying uh....
AM-He's not serious about the training.
UCE-Yeah. I mean it kinda seems like he...
AM-(Laughs). I don't know.
UCE-So ya'll know it better than me but it's like (UI).
CW-(UI).
UCE-I'm just saying if we're gonna train we need to train serious. We don't need...you know...that. AM-Right, right. I, I see what you're saying.
UCE-Cause that's the kinda stuff that'll get
CW-Oh, you mean keep him kinda of...
UCE-No, I'm, I'm not saying yes or no but I'm saying if he's gonna be serious then he needs to be serious cause that's, that's stuff that gets people hurt.
CW-You know what? That's interesting cause that's exactly what I was told in my Tae Kwon Do class. The teacher told us...cause when you come here don't come here joke around, come here to train serious because...
UCE-Yeah...for that yeah...it's, its...we get the...y'all see what we're doing so, I'm mean...you can't be clowning.
AM-Yeah. CW-Yeah. UCE-You got to know who's behind you is not gonna be clowning around cause...”

10-4-05 UCE "UCE-We should probably all get like a box of ammo for yours. KW- I think the only thing is the AR15. UCE-We still need to kind of like, set like a minimum. Well, I tell you what. I get, I'll do what's planned, what we want to do, how many stations that way we know that have at least the minimum... CW-Okay. UCE-Amount we need to shoot the stations. Are you guys all cool like the way that we did it last time? AM-Yeah. KW-Yeah. UCE-We'll pretty much go that way and make sure that we at least enough for every station and then if there's extras, we'll pass it out. AM-This time we used less ammo. CW-We used about 350 AR15. UCE-We don't have to use a whole lot of ammo to train if we train right. AM-Right. UCE-I wasn't there for the beginning, y'all sounded like you were kind of having fun. AM-We were just (UI) (Background noise). UCE-We do it with a purpose, it won't be as bad, I mean we get the same thing accomplished but now we got to worry about being a little bit more KW-Conservative UCE-Accurate and stuff. Instead of just being (makes noises).(Laughing). UCE-Which is cool. We can do that every other camp. So, that's cool. CW-Um, you were talking about my big gun. If you guys want to shoot that, that's fine. We could, we don't want to all be buying boxes because they are about fourteen dollars a box. AM-No, I just wanted something long range. How expensive are you looking?" "UCE-It can also make Grand Wizards. CW-It was based on experience. KW-You had more experience than us, that's how you were amir. UCE-I'm just, I'm just training with something, I'm not, it's not all the same. See I'm one dimensional. CW-There's the commander in chief and all the others are just chief's under the main Indian right? UCE-I'm saying, I'm just one dimensional. I can teach you how to do this, this and this, but there's other aspects for things from what I've seen in most cases. KW-Drill Sergeant. UCE-No, no yeah that, that will be my role. CW-How do you guys feel about (Cough) on Saturday how do you guys feel about our time keeping." "UCE-That's better than, that's better than, Allah and if a snake were to come in here you would have to move it and then (You know what I'm talking about when it's jumping around you know what they are saying). And then you must eat, you must take care of the children and your like. Did I fall asleep and miss something that? (Laughing). I went to this one masjid in St Louis man, it was just like everybody was like oh it's a good khutba. And I felt bad cause it's like I could lie to the man and tell it was a good one but, I didn't catch anything he said. KW-He's all over the place. UCE-Oh man. CW-So, I think we should elect him the trainer. UCE-You want me to train a little bit more. CW-Little bit more drill sergeant. You're the drill sergeant? UCE-I'll be the drill sergeant, I'll just, I'll have to, I'll ask you guys this. Honestly think about the goals exactly what we want to do so that I'm not just shooting yall fool of junk. You know what I'm saying, cause I don't want to be trained that's for something and it's going the wrong way. So, you be straight with me about what, what we all want to accomplish. You know we all want to be able to shoot, a fly at seven hundred yards. CW-Yeah, that's cool. UCE-So we all need to wake up. AM-I wish, I wish we could shoot (UI) KW -Yeah, I wish I could (UI) UCE-You know it was really, your gun. Short of (UI). That's all it was. CW-You were doing pretty good with that other one. UCE-Once you put that other one you were like. Remember those cowboy movies you see when you were a kid when they ride around (UI) sixteen times and shoot the flies dead. That's what it was when you got the long one." "CW-There's a lesson to be learned in the melon. Did you catch the lesson in the melon. UCE-Perfect melon head. AM-Well one melon (UI). CW-Well, I thought everybody (UI). UCE-So, it would have been your melon. CW-Yeah. UCE-See if you could hit your melon.
CW-I like that. We used to fill up gorge of water and do that, but it would take a long time to dry out a gorge you know?
UCE-Well, just for you we won't shoot any more melons okay? Not this time. Not this time. In the future we may again. (Laughing). Does it make you feel better if we shoot a melon and I donate one to charity.
CW-(Laughing).
UCE-Fair enough? If we shoot four, I'll take four to the refugees, fair enough? I think that's fair, don't yall think that's fair.
CW-I tell you what, that range smelled pretty sweet out there.
KW-(Laughing).
CW-It smelled pretty edible.
UCE-That's air freshener. Like a Glade plug in. (Laughing) (UI).
CW-(UI) get bit by a spider again. That was not fun.
UCE-I'm going to be trainer, you supplies (Background noise) (UI).
CW-I guess I'm Amir. I don't know if you guys (UI) You can always revoke the Amirship. It's not something that I need to hold on to.
UCE-KOBIE. Your function? Recruiting?
CW-Firewood.
AM-Firewood and water.
UCE-I think recruiting, man.
CW-Yeah, you know a lot of people.
KW-I, I'll see what I can find.
UCE-Get a decent, trustworthy people.
CW-Trustworthy people. UCE-And bring it to us and we'll all give them the eye. You do the initial and we'll watch them like around us and see whatever so we gotta to know. We gotta know if there's somebody behind (UI), we can trust them.
KW-Yeah. I know.
UCE-I say, you've got to tell me if you agree or not. I've say like what we've kind of talked about, where we bring somebody new. Would be not super uhhh, training something like the basic in front of them. Get our feel and then.
CW-And then, I'll take them fishing and then you guys could. (Laughing).
UCE-I'm mean, seriously it's easy enough to uhhh break off and.
AM-Better go (UI) CW-On the other side of the lake (laughing). Well, all the fish are going to be on the other side of the lake.
AM-Yeah, I know.
CW-After hearing all that." "CW- I know, I know I wanted to ask you KOBIE.
CW-You sent, you sent a link. That thing in Swedish
KW-Oh yeah, yeah. The training camp in Sweden. CW-It didn't come up.
KW-It didn't
CW-No.
KW-I think the site is down
CW-Really? Yeah, I did a search on it and I was able to gleen some information based off some other people's writing off of it,
KW-Uh huh
CW-But I couldn't (UI)
KW-Pretty interesting, huh?
CW-Yeah, yeah.
KW-It's legalized too.
CW-Really.
UCE-Usually when they say it's legal they talk about Marijuana.
KW-(Laughing).
UCE-I'm saying usually when you see that on the site, cataract.
KW-Go to what HANY (UI)
UCE-Training camp (UI) KW-Huh
UCE-You said a training camp was legalized.
KW-(Coughing). They had a website and everything.
UCE-Wow!
CW-How did, what it break in the news?
KW-Uhhh, yeah they actually wrote a letter to the Swedish people letting them know that you know (UI) stand for killing Swedish people (UI) UCE-Other people. What country wouldn't have a problem with that, it's not for y 'all. (Laughing). AM-Sweeden getting kicked out of EU now? UCE-That's how I would, that's how I would market."
10-11-05 UCE "CW-Did you know that we got uh MIKHAIL?
AM-Really?
UCE-Yeah, he's uh he's gonna be there at the next training. KOBIE needs to do his job and get us one more so we can even, even numbers.
AM-MIKHAIL is he (UI).
CW-Yeah, KOBIE said he'll pick him up, he knows where he works. MIKHAIL says yeah, I'm gonna do it, I'll be there I have enough time in advance(UI).
UCE-Yeah, he made a promise to all of us.
CW-That's right, so I told him he better, he better be there.
UM-Huh,
UM-Whatever you want me to do man you tell me.
UM-Huh.

CW-You just don't take off and leave the jamaat. Once your in there, you're in there, you're in..
UCE-Alright.
CW-So remember that once you're in you're in.
UM-Okay I'll be right here.
CW-(Laughs). The only way out is being the point man, you know what that is don't you?
AM-(Laughs).
UCE-Means you in front and all of us behind you
AM-Okay. (laughs)
UCE-Loaded CW-That way your getting it from both ends.
UCE-Like the movie, there are only two ways out of here.
CW-(Laughs).
UCE-I didn't know I (UI).
CW- (sneezes).
UCE-ADNAN's like that's not funny. (laughs). You got jokes.
CW-Do you watch many movies ADNAN?.
AM-Not at all.
CW-You need to see some movies. Show you a cult classic. (door opening)."
10-25-05 UCE "KW-Them brothers you know how we were camping
HM-CHECHNYA (UI) cold KW-I know it's freaking cold.
HM-It's like a whole nother element. You have no idea.
UCE-You get used to it though.
HM-No I had dreams (UI) last few weeks. (UI) my wife because I was just out of my element. I was frozen, I was cold.
UCE-We can, we can train for that, though man
HM-Huh?
UCE-We can train for that.
HM-Yeah, I know but it's like a lot of...big adjustment.
UCE-It's about pushing (UI)" "UCE-You can choose not to want it in your place, that is what they are doing.
CW-In this case they don't mind if you have one.
HM-Why?
CW-Because it protects the people. Like banks and stuff they don't even let you in the bank because in case something happen.
HM-Why would any other place be any different.
UCE-Because the figure you know what you are doing right. HM-They got to change.
KW-So you know somebody who got a complex.
HM-I know people who have money. That's a good idea (UI) cause we're gonna start our militant secret underground training you know militia group.
CW-Don't even, Don't even ask for money find the complex and let's buy it.
HM-Buy it.
CW-Put in a hundred thousand dollars and put it "
11-22-05 UCE "CW-I'm trying to say that but people won't shut up.
HM-Alright, I got you, I got you (UI).
AM-(Laughs).
CW-The whole purpose is for us to be out there and kind of rough it, because we're supposed to train.
UCE-Train, true, true to form, yeah" "CW-...get the supply list, it's not gonna go through what you're gonna need for cold weather.
HM-(Coughs).
CW-So think about what you're gonna need for being out there in cold weather 'cause you're not gonna be able to get warm (UI) have, the exercise that you do, the fire you're not gonna be around all the time. You'll be around it only...
KW-Yeah.
CW-...3 times during the day, for breakfast...
UCE-You're gonna...
CW-...for lunch, and for dinner, and that's it.
UCE-I'm gonna, I'm gonna alter. We're gonna have a different little routine for cold weather. For the uh. I think yall will like it.
CW-Yeah. JK-(UI). CW-Well, we'll be, we'll be training, but, it's gonna get chilly. Believe me, it'll be cold. JK-Well, actually, the colder it is, (UI) be thinking about (UI). UCE-You think?" "JK-It won't, we're not going to be able to use a hand gun. Let's say we actually go over there and fight, we're not gonna use a hand gun.
HM-(Coughs).
UCE-Why not, why not?
CW-(UI).
AM`-(UI).
UCE-Why not?
JK-(UI).
UCE-W-, we will, but why not?
CW-This is our training.
UCE-We will but why not? "
12-13-05 UCE "YA-When is this class actually taught?
KW-The Houston Police Department gets trained by CW on sensitivity courses on how to interact with Muslims. When they interact with Muslims all time pulling them over speeding or whatever. And how to engage like (UI) HA-Sensitivity training
YA-Yeah
AM-Gives a brief history about Islam, tells us how Muslims where Muslims are coming from and how to interact with gender issues and all that stuff. KW-We been doing this for how long? HA-When we have the last one? AM-We had in KW-About two years. AM-Before, uhh yeah about two years. " "YA-Yeah, I've man brothers since I've been Muslim I've met so many Muslim brothers that have read books and think that they were scholars. That don't make you no scholar, brother, cause you read a book. These brothers are scholars because they've been trained. HM-(UI) YA-But what I'm saying to you is that his orientation begins on their belief system. I done been to a couple of there uh UCE-You trying to be nice and say you're crazy, but you're trying to be nice."
12-22-05 UCE "KW-Me and KHALIL went to scope out Sharpstown Mall last weekend. UCE-I uh, have a call in to uh, the property manager at Sharpstown he's gonna call me back but I know it's the holiday season and I know how, I know how they get, you can't get anything accomplished. What do you do to get out. KW-Uh-huh. UCE-Till you, probably ran out of January, probably after our next training. What do you do to get out? KW-Uh, just 4655. UCE-Yeah probably you know, right around after, after our next training. That's when everybody be back in the swing of things cause, you figure the new year, nobody's doing anything.."
2-6-06 Sess. 7 CW "AM-That easily, even, even if somebody ah of their own is saying just let me be, anything is possible man. JC-That's true. AM-It's like so once this funding thing is sorted out. JC-Yeah, at the election and all that. AM-It'll be easier, then it'll be faster too, I mean things would happen quick. JC-But you I mean out of all the good training that we've done here so far, do you suppose that ah, I'm wondering if I mean we need more training. AM-Oh definitely. JC-So if we go there we're gonna have to join up with a group somewhere to get some training. AM-But see, these days. JC-I mean, because if we just do it on our own everybody's gonna say those foreigners look what they're doing. AM-Yeah JC-(laughs) Join the PAKISTANI army (laughs). AM-(laughs) I would never do that. JC-Does AL QAIDA still do camps over there? AM-These days everything is UI. JC-It's under, it's underground? AM-Yeah, JC-Hum AM-But there's nothing moving these days." "JC-Yeah, that's true, well what we could do is get ah one of HANIF's or one of AYUB's mates to drive a truck across and give them money to not look into it. AM-It's not that easy. JC-(laughs) AM-That's why I want to have my, I want to have my own transportation. JC-Yeah. AM-At least over there, I mean we could use a mass transport like ah trains and buses and get away with it, but over there we probably have to have our own transportation. JC-Uh huh. AM-A four wheel drive or horses. JC-Horses would be cool, especially in that area cause that's rough terrain. AM-So I'm, I'm working on that, I'm working on that. JC-But who are the main players, the main players are gonna be the TALIBAN or AL QAIDA right? AM-Yeah JC-So that's is that somebody that you'd think that we'd hook up with. AM-Eventually yes, see I mean once the, once the AMERICANS leave those areas, TALIBAN are gonna take over regardless. JC-They're already taking over." "JC-And we still got plenty of ammo left, oh speaking of which are you gonna, are you gonna find out about it, one of those, are you gonna buy one of those AK? AM-Yeah, yeah. JC-Are you? AM-I'll, I'll email them again, I

email somebody else today and see what. JC-Yeah, see, it would be really cool if we could have it to train with so that we ah. AM-(laughs) comfortable JC-We're comfortable when we get over there. AM-(laughs) Ummm JC-I've never shot one before. AM-Really? JC-Yeah. AM-There's always a first time. JC-(laughs) AM-Neither have I. JC-I tell you they're cheap enough I should get one."

3-10-06 CW "MM-Same thing like, how helmets, flak jackets, (UI) but in actuality if you, if you went anywhere like, like the ones, that are over in Iraq and stuff right now. They'll probably go over there with a full, with full compliment of everything, and come back with, what do you have left? I got this hat and this flak jacket. MS-(UI) can afford it. MM-(UI) meant to be disposable though. I mean, you're trained that if the gun goes empty. Drop it. Don't run around with an empty gun. It won't be any good. You can't get any uh, any ammo, or whatever. MS-They also say that (UI) remember, that uh, whenever you have to go anywhere, right, and they got to pull out, they leave all their guns behind. (laughs) I was like what? Yeah, they said it's more expensive to bring them back, like used piece of hardware than just buy new ones. So. MM-That's not that far from the truth. MS-Well, I wouldn't be surprised. MM-Pretty, pretty close to the truth right? (UI) fire. Yes, that is pretty close to the truth. You just bring back like, stinger and stuff like that. You bring that back. MS-Yeah, yeah, but you don't bring back M16, M4's. MM-That's why people like me, end up with them. JC-Are those burnt? "

3-15-06 UCE "CW-The common person doesn't think like you and I cause we can speak out against our government. KW-Yeah, yeah. CW-The common person thinks that he better just retire and not say anything cause one of us will disappear. KW-That's true. CW-So they're just trained that way. Then he gets over here and starts telling us other stuff. We'll overthrow our sheikh in a minute. UCE-(laugh) KW-(laugh) There's a lot of uh like-minded brothers now they just need a nudge a little. CW-Yeah. KW-So they won't feel alone and lonely. CW-Even so it's still a wealth of knowledge. Even with that you know that handicap but I mean" "UCE-We're as straight as can be. AM-I agree see I have no problems over here. It's like I mean I don't know what's going on in his mind KW-Well, yall need to be up front. UCE-Cause actually I mean our actions show. We're the ones out there training for stuff. (UI) (All talking together) (Laughter) UCE-I mean Come on we're the ones out there taking, taking a (UI). (talking over each other) KW-Let him know that we're training. CW-Yeah. AM-Yeah, Yeah UCE-Put it like this. AYUB, AYUB knows. AYUB knows we're out there training. AM-I think, I think AYUB AYUB will convey the message right. CW-Well you you gotta convey the message. (talking over one another) AM-I will but (UI) KW-AYUB can confirm that we're training. CW-Huh? KW-AYUB knows we're out there training. CW-Yeah. Let, let AYUB confirm it" "CW-You know even SHEIKH ZOUBIR knows that we're training. KW-Yeah you told me that. CW-Yeah. AM-How does he know? CW-It's out in the community now. (Two conversations going on at once CW and AM/UCE and KW) KW-Everybody knows. How is it that everybody and their momma knows man? UCE-MUJAHID, MUJAHID told him. CW-I had no clue all I know is when I was counseling with FAT, you know with FATIMA AM-Yeah CW-And he had me in private. He said I know you do training and that's good. He was telling me that. KW-He's the one who uh. CW-I'm like how does he know that we're doing training. KW-Discouraged me from getting SALIMAN initially. AM-How, how did he know? CW-I have no clue. KW-Well it wasn't just SALIMAN. It was some other brothers. CW-Unless FATIMA told him. KW-And he was talking about them but then with SALMAN (ph). AM-I don't know man. KW-He's like he's too like gung ho and he started talking about if ya'll ever get caught you know you never know who's gonna rat on you and all this stuff."

3-28-06 UCE "AM-Yes. This is one year the year before they had it for $1400. CW-Pretty soon they won't have that. KW-Yeah. We they have to go thru special training, it says in there. CW-Oh retraining? Reeducation?"

4-6-22-06 Tel CW "CW-And then uh...I got nights and days going on because uh...they got this safety training going on and stuff like that. AM-Mm-huh, mm-huh. CW-And then uh...my boss he's...he's leaving for uh...uh, for surgery. AM-Oh really? CW-Yeah, he's gettin' back surgery and... AM-Oh, okay. By the way, we got approved for the new season." "CW-Gotta train some guy in the morning and then uh...in the evening...or uh...and then after that like...I think the training will probably take like two hours or so...and then after that then it's...managing uh...managing dispatch office...the rest of the day"

4-3-17-06 UCE Tel "UCE-(laughing) (UI) four of us are sitting at a Starbucks (UI) you can either accept or reject. -When he wants something, I think he's, I think he can you know what I'm saying so. I don't -know. AM-Mmm hmmm. UCE-I told him last night, you're being a kid (UI) four minutes like I'm about to get up (UI) say -something (UI). AM-(UI). UCE-'Brother training isn't everything you know. Allah (UI)' Allah provides you with the training -so you can do what you need to do. (UI) you're saying that you're better than I am. No, -I'm saying this, you put in situations where (UI). Salamu alaikum. (UI). " "UCE-He's out there trying to impress his boss. AM-(Laughing) No, he, he told me that, that his boss is coming down, but he didn't tell me -he's not going to answer the phone. UCE-No, but I know, like he said, he was in that training. He's trying to impress his boss and -be all, you know... like I, I am a good employee (laughing). I'm going to devote everything to work while we're here, that's all (laughing). AM-(Laughing). UCE-Well, I told him, I said I had uhhh... I had to slander myself, cause first thing that came -to my mind, he was somewhere trying to cyber pimp (laughing)."

5-1-9-06 Tel CW "AM: -Did you watch yesterday's, ah, news thing? JC-Huh? AM-Ah, Channel 11 eight, ten o'clock news? JC-Oh yeah, I did see that, that's a trip, huh? AM-(laughs) JC-Al Qaida in Houston. AM-But that was, I mean, they were marketing as if they had something for real, man. JC-I know, man. AM-So old. That was crazy. JC-They have video, somebody, somebody gave them a video CD of us training, right? AM-(laughs) (UI) JC-And here all along it was these people, (laughs), these people in 1993, over ten years -ago. AM-(laughs) JC-And they were putting it off like there was something going on today. AM-Yeah, I know. That was so funny man. It was like really, oh my God. So, all for -nothing. (laughs) JC-(laughs) Uh, that's a trip. AM-Yeah, that was a trip. JC-What did you think when you saw the advertisements at the end? AM- Yeah, I mean I was like bombarded with emails from all directions saying oh this and -that (UI). JC-Oh, everybody though it was you? AM-Uh? (laughs) JC-(laughs) AM-They're like oh, he's still outside probably somebody else. (laughs)"

5-10-06 Sess. 1-3 CW "KW-They have a whole database all Americans phone calls. JC-That's why we gotta not use cell phones when we're out camping. JK-We don't you just gotta contact each other just by knowing you know. You say hey what it's me that's it. That simple five seconds to this conversation. JC-Yup. KW-(UI) calling home to your momma or anything you know (UI). What are they gonna do oooh. HD-Hey, hey, hey, hey, hey, hey, hey, it's like in your (UI) when you go up to training there's no cell phone nothing you can't call, no contact with the outside world (UI) people within your cell. JC-That's what I'm talking about." "JC-Yeah, if you're going, if you're going, um... going with the MUJAHADEEN, you're going to be using, rifles anyhow. JK-Bring your hand gun just in case you run out of bullets... but. JC-Yeah. JK-That's like the... you don't want to do that. JC-Yeah... but what you shot here man is... that's good training. JK-It's pretty similar. JC-Just get use to it. JK-AR15, AK-47. " "KW-Wait until you start shooting those clays. MM-Yeah, big difference. KW-Man, you'll be shooting a moving object. JC-Yeah, (UI) shooting (UI) object. JK-Yeah, I know, (UI) that's, that's another thing. MM-Also when you get out, when you start training, it's... a lot of other stuff to it. JK-Oh, I know, 'cause, targets not going to be always standing around, they're always moving. KW-Unless you're sniping. KW-That's (UI) exactly, and like I said, that's the only thing, with certain people and everybody's gonna be a sniper. And they're (UI) not that big first of all. JC-Yeah. JK-Not everybody's going to be sitting around in one spot all day long. You know, waiting for (UI) walk by. JC-Yeah. KW-The majority of the people going to be running, running around with troops place to place, (UI). JC-Hmm-mmm. MM-Alright, ADNAN's not here, but it's, it's enough of us here to get to the point... you in the crew... secret handshake. JK-Where's ADNAN?" "MM-Then we get up, then we get up... the sunrise and we rolling all day. KW-We get up for fajr. JC-Fajr. Yeah. HD-Do a (UI) exercise. JC-That's when you bond. JK-And you see somebody, you see somebody at the training camps in Palestine jumping through fire, ring fires. Uh well. JC-We ain't going to jump through fire rings. HD-Not any time soon man."

5-25-26-06 Tel CW "ADNAN-Oh man he's a, he's another. MALIK-It, it will make you laugh. If you're having a like a bad day. You just need think of JAFFER and you'll, you'll feel better. Without a doubt. Tell him, tell him (UI) the training camp (UI). ADNAN-(Laughing). We doing it the following weekend? The camp. MALIK-Yea. JAMES-There's a camp third, third weekend, third weekend of June. We've been going camping every other month. You know that gated property up there in Willis? HANIF-Yea I heard about it but never been up there.. MALIK-(UI) go every other weekend. "

5-26-06 to 7-7-06 Tel CW "CW-Assam Alaikum dude, hey just returning your call, I tried to call you, and you were on the other line on a, at your work, so a, a, I'm going to be out of pocket for another hour, hour and a half or so anyhow, so, I gotta training thing to do today, so, a, until I'll talk to you later, take care, Assam Alaikum." "AM-Nothing man, just a minute, what's, what's up. CW-Working. AM-Working? CW-Yeah, I'm in the middle of a training session right now. AM-GOD. CW-I'm training people today. AM-You tree, train people all the while man, what's up with that? CW-A, it's because I'm the only, I'm one of the few certified."

6-6-06 UCE "UCE-Why don't we uh. I'm sure the two of them (UI) by next Tuesday they should all both of the J's that don't have wives (UI) just ends up being go to the range. KW-Yeah I mean what we do is pretty much what we do at the range anyway. Plus -the range has a larger range to (UI) So, yeah I think the range is better. And -plus it's easier, -we can do it more often.

UCE-Yeah. That being said. We just to step up hand to hand training and stuff like -that (UI). And even we can go to Memorial Park and do that (UI) AM-(UI) UCE-We can still do our tactical stuff KW-Most of the stuff we can do here in the city. AM-I like camping" "UCE-That's why he's, that's the maximum ass whooping potential (UI). KW-Yeah. UCE-(UI). They throw guys in there that are, I mean they're strong, not just....that way you don't do anything. You want to just, rip and train. They can do it. KW-What's MOHAMMED BEY's number? Do you number? Cause uh, I got a date (UI)."