Fund
3-1-05 CW "KW-So yeah he, her dad is kind of weird like born again Christian guy .
CW-But is he like, uh, is he like one of those Patriot dudes or whatever or is he just kind of
KW-He's kind of strange. I mean he always taught PJ never trust her government. But at the same time he voted for Reagan every term (Laughter)
CW-Well (UI). Reagan was funding the Contras man. Right?
KW-Yeah.
CW-Iran Contra You don't know about that do you ADNAN? Have you, uh, how do you think the Contras got weapons?
AM-(UI). Who got weapons?
CW-Right. That's how they worked it. They paid Iran so that Iran would sent the Contras weapons down in South America.
UM-(UI).
KW-Iranian (UI).
CW-They were South America or was it Central America?
KW-(UI) Iran Iraq war?
AM-Yeah but they were sending weapons to Iraq not to Iran.
KW-Yeah, they were sending weapons to Iraq but they were pay, paying Iranians. How did that work?.
CW-They were paying the Iranians to send weapons to the Contra's for fighting, uh
KW-The war in Nicaragua.
CW-The war in Nicaragua.
KW-Against the Communists
CW-That was Central America not South America.
KW-Against the socialist uprising.
AM-Wow.
CW-Yeah.
KW-Which in turn, you know how they got more money? Because they got cheap cocaine down there in, in Colombia.
CW-Um-hum.
KW-And so, how did they work, they got their cheap cocaine. Brought it into the streets of LA.
CW-Um-hum.
KW-And, uh, turned it into no that's when the crack.
CW-Oh, when crack came out.
KW-Crack hit the streets.
CW-That, that was the CIA scandal or whatever it was?"
3-15-05 CW "AM-Okay. The following contract explains the guidelines and procedures (UI) between ICNA, HOUSTON'S DAWAH DEPARTMENT and the ICNA HOUSTON main account. Number one. All the money raised on behalf of the ICNA HOUSTON DAWAH DEPARTMENT must go directly to ICNA HOUSTON DAWAH DEPARTMENTS FINANCIAL DIVISION and within 14 days upon receiving they deposit it into the ICNA HOUSTON main account. You know what that means?
CW-That means they get the money.
KW-They (Kind of laughs) no this is, this is
UM-(UI).
CW-But it's suppose to go for Dawah. It's earmarked for Dawah. That's what that means.
AM-Also and (UI) another person who knows how much money has come in for that purpose.
CW-Um-hum
AM-All right.
KW-So if it's channeled through AM, as far as the financial department (UI). So he has a record, he knows approximately we have. How much we've raised and (UI) we see changes in the main account we'll know.
CW-Okay. Next
AM-All, all, all invoices much have a copy signed by ICNA MAIN ACCOUNT. This copy will then be filed with ICNA HOUSTON DAWAH DEPARTMENT FINANCIAL DIVISION. This is like every expense that we make they should .
KW-They should sign off on it.
AM- sign it and give it, give it back to us.
CW-Okay.
AM-Third. Any mishandling of ICNA HOUSTON DAWAH DEPARTMENT fund shall result in a separate account for the ICNA HOUSTON DAWAH (UI).
CW-Okay. You need to, uh, spell out what mishandling means of the, because what happen, what will happen is they will raid the account, take the money and say well we didn't mishandle it.
HM-(UI) two people have to get the money (UI).
AM-The thing is they should, uh, uh
CW-Mishandling it needs to be spelled out as far as what that means. It, what could they possibly do with that money that would be considered mishandling.
KW-I need help on that. I don't have (UI) idea.
AM-(UI) applying it to, uh, other
CW-Anything other then the, anything other then the Dawah.
AM- anything other then, uh .
HM-(UI) only one person can go in. He could go up and sign for (UI)." "CW-Okay, so the monthly report of da'wa funds.
KW-You wanna do the uh, (UI).
AM-I think they should give it
CW-Yeah, they should give a status on what's going on.
UM-We handle (UI).
CW-Incoming expenditures and all that."
4-5-05 CW "CW-Have you have you thought about other options other than through Canada, like maybe knowing people here that can do it, that already have those connections?
WMS-I don't know anybody here. That's why I'm asking ADNAN.
CW-Oh.
WMS-Cause he (UI) that, but he said if you can't do that, then JIHAD UL-MAL, this, you know, that that would be the way. But if
CW-What's that term (UI).
WMS-Giving money.
CW-Oh. Oh, MAL!
WMS-Because the HADITH says .
CW-Where's my brain.
WMS-The one, who funds MUJAHADEEN, is a MUJAHID.
AM-Yeah.
CW-Yeah.
AM-Yeah.
AM-If if if (UI).
CW-Well, it's true. If you can (UI)
AM-It's just like, I mean, (UI).
CW-Yeah. If you can't if you can't go
AM-Yeah.
CW- and that's the only way you can support it, that's the way you do it.
AM-Right. Exactly.
WMS-And it and it's the best (UI). In this period, he said, the best (UI) form (UI). I won't go because my NIYAT (ph) might not be perfect. And he said, this is the best better than the NAFS. Because what you been what you do is you nurture that because it's not possible right now.
CW-Mm-mmm.
WMS-And so it's just between you and Allah, you know. So, this is the way of nurturing.

CW-Yeah.
WMS-And then eventually, Allah will open doors for you to get there.
CW-Mm-mmm.
WMS-That that MP3 is (UI).
CW-That's true. But, you know, (clearing his throat) if if you can take a trip out of the country, a vacation trip, you know what I mean.
WMS-Yeah.
CW-There's no risk. Well, of course, you better not plan on coming back (chuckling).
WMS-Well, I mean.
CW-But when it really comes down to it and there's something going on and you need to be there, I mean, you can you can get there. You don't have to ”
4-26-05 CW “KW-Hey, hey, hey what about the script? Yeah, what about the script?
HM-What script?
CW-I was working nights, man. I forgot all about it. I was working nights.
AM-(UI) We need the funds. (UI).
CW-I know.
HM-(UI) good man. We finally (AM speaks in the background.) got (UI).
AM-(UI) you know (UI) want to talk between six and we lost all that time.
CW-Yeah.
HM-(UI) has been six months already?
AM-Yeah. I mean
HM-It really has huh?
KW-He's gonna be on ah insh'allah, the radio show next week (UI).
HM-Why don't we (UI) him on our show more often?
CW-Huh?
KW-Might be too busy for that. I don't know.” “KW-Thing is ah like ANWAR ALAKI on that CD was saying, this is, the majority of the scholars believe this, or say this. When your in a non-Muslim land, you're not suppose to be here unless for three three things. Or four. HIJRAH, uh, DAWAH, and if you cant get those three then at least give our wealth to the MUJAHADIN.
CW-Yeah.
KW-Or, our wealth in DAWAH. Otherwise, you can't just be sitting here just living It's HARAM. Cuz the PROPHET (salallahai wa salam) said, those who live in MUSLIM or non-MUSLIM land (Radio continues in the background.) amongst the disbelievers, he has nothing to do with them. They're not amongst UMMAH.
AM-Alhamdulillah we're at least trying to accomplish (laughs) more than one of those.
KW-Yeah.
CW-Yeah.
AM-At least. I mean, whatever we can do.
KW-There's very few of this (stutters) (UI)
AM-Oh, yeah.
KW- in HOUSTON alone that are barely (laughs.)
AM-Barely, barely.
KW-I mean it was like, I was calling around to get funding for the radio program like only, all those things, only two people, man. BROTHERS SUMARU and another person to be a sponsor. It seems every, they're not losing anything cause they're getting helped out too. You know? They're not interested.
AM-I know it's sad DUNYA.
CW-(UI).
KW-A lot of different we're too tribal, gosh. I don't know if it's me and the salesman skills.
AM-It's the love of DUNYA.
KW-Yeah. Then you I mean, there's a lotta, majority of muslims here are I guess they (UI) ignorant, huh? They're ignorant, huh?
CW-I think that goes without saying. Cause the majority of UMMAH is pretty ignorant of other deen.
AM-Yes.
CW-You know.
AM-But, that happens in almost every religion. It's not something
CW- Yeah. Yeah. Yeah, it takes a re, revitalization of getting back to the basics, you know.
AM-But that's one concern. But what is it that we do to get revitalized. I mean, so much is going around
CW-It takes people like us to get out there in the community and preach to the people and, and let them know.
KW-See
CW-Educate them.
KW-These particular issues are difficult. Every time, if you come out and said what I just told you guys, hey you get shut down in a minute. Any DAWAH efforts you have will not be funded.
CW-Yeah. (KW laughs.) Well, I mean
KW-You'll be outcast ”
5-10-05 CW “KW-Because I hear studying the Hadith with MAHMOUD about begging and it's how its bad to beg
CW-MAHMOUD?
KW-SOGUNI at MAKKI
CW-Oh, I though his name was MAQSOOD.
KW-No, he's was saying begging is bad. Like he gave an example how these people go in front of the masjid to fund-raise, some people don't want to give money and so they feel bad, or someone at the door begging money, some people too shy to say no, they just give, but the fact that a person doesn't want to give puts them in a position of NIFAQ. You're putting that person in that position, NIFAQ is the MUNAFIQIN is the one that doesn't like to spend his money right? So you're forcing him into that position is what he was saying, which is not right. And what you're saying with this word NIFAQ, is the characteristic of the person that doesn't want to spend and the lady (UI) and I related it to what we were studying, and what he was saying about how you're forcing a person who doesn't want to spend.
CW-Hmm.
KW-So, but the thing is, you know, in BAKARAH the second verse, the ones we, uh, spend (UI) So the opposite of that would be MUNAFIQIN which in those two verses ALLAH is talking about the MUNTAQIN
AM-Yeah, yeah.
KW-The pious righteous people with good characteristics. They're the ones who, like, to spend in ALLAH'S CAUSE.
CW-Hmm
AM-And the opposite is (UI)
KW-The next set of verses after he talks about the KUFAR he already talks about the MUNAFIQIN” “KW-I wonder if Ishmael has contacts
AM-I've asked him
KW-Oh yeah
AM-But I asked him indirectly.
CW-What did he say?
AM-I mean, he didn't respond.
KW-Oh yeah.
AM-I asked him for, like, he was telling me that some political groups
KW-The jackets (UI)
AM-Have killed some people in Jamat.
KW-Political groups, you mean secular
AM-Yeah, secular groups. It happens, I mean, people die over there. Anyway, so I asked him about them. I said like what if, there's just one male in the family and he dies and then how do their families, things are taken care of. He never responded. So I don't know the reason why
CW-Well who else can we think of that can do that.

AM-My brother, he's gonna probably go and find out if he (UI) the peshawar to find out something, and he's gonna do that, cause from Karachi, he thinks it's not safe to ask anybody else.
CW-So it's a hotbed, huh, Karachi is ?
KW-(UI) giving the money is difficult to do it over there (UI)
AM-That's how they're living.
KW-All I want is an address.
AM-I know, but we need to have the right address
CW-Maybe we could
AM-So we can send money
CW-We could fly a plane above and just drop it out
AM-No, I want to be, I want to be sure that it goes to the right place
KW-Yeah, yeah, of course, it doesn't need to be mishandled.
AM-Yeah, I don't want that. It's very easy to mishandle funds (UI) needs to reach to the right people.
CW-Hmm, yeah.
AM-(UI) Because I already have something set aside in my one pocket for this long time just waiting.
CW-Yeah
AM-I haven't touched that.
KW-If I gave you money, just know, starting now
AM-Yeah.
KW-Would you just like (UI) just send it
AM-I can do that, cause I've already cut my side. I don't even
KW-Just add up, you know, mines to yours
AM-Yeah, that is possible."
5-20-22-05 Sess. 12-14 CW "HM-Well, the things not good for not just for not just for non-Muslims but for all of us.
HR-What's best for (UI) (UI)?
HM-It's okay if we have no choice.
HR-At Austin man, we get no funding and like the the downtown masjid, it's like falling apart, coming apart, it's like in shambles, but they don't have the money to fix it.
HM-Where's the downtown masjid at in Austin?"
6-14-05 CW "AM-No, but you choose a bank that's not very (UI).
KW-Okay.
AM-Not very multi-national. A good bank. I mean, banks are okay but something's gonna run with the money. (UI) just have it as a savings, don't even have it as a checking. Have it as a savings. Just leave it there. Who knows what happens afterwards. (UI0 at least have access to some fund so that (UI)
CW-Yeah.
AM-Cuz in AFGHANISTAN we'll probably don't need that much. You only take some cash with you. Especially if it's .Pakistani currency it's much better. I don't know if Afghani currency is active or whatever
KW-Probably worse. (UI).
AM-If you want to spend it over there, just convert the dollars and (UI).
CW-I don't think it would be that hard to get along in Afghanistan. I really don't.
AM-Yeah, I don't think so. Just
CW-So, if you do go to Minneapolis, you're not gonna forget about us and then KOBIE and I are gonna be wondering where ADNAN is.
AM-Of course not.
CW-Because we got a plan.
AM-I've got a bigger plan. I did that degree for a reason.
CW-What might that be?"
6-21-05 Sess. 2, 3 CW "CW-Dang, can't we away from the darn cell phones? (talking on cell phone) Hello? Alaikum Salaam.
AM-Let's switch our cell phones (laughing) see what happens.
CW-(talking on cell phone) Yeah, yeah, I'm trying to talk to him about it now, but our cell phones keep going off in turn. What thing? Media? Yeah, I went there. Well, we're sitting together right now talking about it. So (laughs) Oh, yeah, I heard from Steve. Uh, he has no information. He's in Austin right now, and he won't be back for a couple of days and we're in charge. Okay, dear, that's fine. I don't care. That's your call. Well, you know that whatever you say I'll go along with, so. (laughs)
KW-Fund raiser on Friday.
AM-Where?
KW-Either North Zone or IDC.
CW-Okay. Alright, love you.
KW-After Jummah
CW-Alright. What?
AM-You going for the fundraiser.
CW-No.
AM-What do you mean, "no"?
CW-Remember, I said that I would raise another dollar for ICNA because the MANZOOR ALI thing was mishandled.
KW-He was at, uh, AL MAGHRIB
CW-He's at every function, man.
KW-I was like, "what the hell's he doing?"
CW-He's at AL MAGHRIB, he's at Southeast zone for Jummah all the time
KW-He's at TEXAS DAWAH
CW-TEXAS DAWAH. But where is it, man?
AM-I saw him at ISNA
KW-He was at ISNA.
CW-Dang.
AM-UI at ICNA too.
CW-Yeah.
KW-Oh, yeah. Spying.
AM-Lots of money there. Loads of money.
KW-Spying.
CW-No, there's a couple reasons. Number one, he didn't send me the invite. Uh, number two, MANZOOR ALI, the way that thing was mishandled was just totally out of the question for me to stick me neck out again, to raise money for ICNA, knowing that the community knows that somebody stole our money out from under us, and we didn't do nuttin' about it. Using the American Muslims, a white American Muslim, to get money from people who appreciate white people more than they appreciate their own people. I think that this is just totally yeah, it's totally racist, it's totally wrong, it's, uh, disingenuous to the community, and they betrayed the trust of the community. What can I do?
KW-Why don't you put that in the email? And
CW-You want to know why? For the same reason why you got spanked by ILLIYAS. You sent an email just like I send emails, and you got spanked, man.
KW-What, what email?
CW-That nasty email that ILLIYAS didn't appreciate.
KW-Oh, because of the radio program last Sunday?
CW-Oh, yeah.
KW-Is that what you're talking about:
AM-What email?
CW-No, no, no, I'm sorry ILLIYAS sent the email. But he, but he told the truth on the radio and ILLIYAS got offended.
KW-You know what I told UI about.
AM-Yeah, but he was mentioning about emails.

KW-Well ILLIYAS sent me an email after that.
CW-Yeah, yeah.
KW-I should have brought it to show you guys.
CW-Yeah
KW-He went into history and UI
CW-I, I was wrong. He didn't send the email, ILLIYAS sent the email. But he, he still got spanked.
KW-Yeah, ILLIYAS spanked me "
7-5-05 CW "JC-There's, like I said, there's a group there but the ones that, that pull the strings in that masjid are the people who, who give the money. That's power. And those are the people that don't want their women to be told where (UI) or (UI).
KB-(UI) brothers have the liquor stores?
JC-Yeah, I was at (UI) too.
KB-And a lot of Arab brothers are upset.
OD-Who did that?
KB-RIDWAN (phonetic)
OD-Oh really?
JC-Yeah.
KB-Lot of Arab brothers are upset because he said
JC-That was that was when we were having the fundraiser. You remember that?
KB-Yeah.
JC-That very week that we were supposed to have uh, (UI) at that (UI) was the week that I went to that (UI). And REDWAN was givin' the, the hutmah (phonetic) for Jamah (phonetic). And that's exactly what he spoke about. About those brothers selling alcohol. He said you can't do it.
KB-So they fired him?" "JC-You're changing the faces, but the problems still remain and we see it in ISGH. The fundamentals are not Islamic. Even in ICNA, the fundamentals are not Islamic." "HM- with the wives and the kids and raising and the schools, and everything and that's just, so you tell me what we need to do.
JC-He'll be here.
HM-I'm (UI) I just wanna, I wanna, I wanna (UI) with somebody. I don't have anybody to (UI)
JC-He's coming.
HM-But you probably don't either, right?
OD-No, I, I have people, lot of people that wanna work together and do certain things, but you know, there's a, there's a factor there, it's very important and this is why, this is why all the pious people stick to these organizations. It costs money to do everything. So, I don't care what anybody say, the reason everybody's working with these organizations is 'cause they got the funding, the money (UI). When you get money, you can do whatever you wanna do. That's why I want my own business. Because you can't do what you wanna do until you got some money.
JC-Right.
OD-You, good ideas, and some (UI) great, (UI) you know, (UI) what you gonna spend if you don't have it? (laughs)
OD-Uh-huh. If you ain't got none, you can't spend none.
UM2-Yeah. Yeah.
OD-And how you gonna get you a Caddy if you broke?
JC-Right." "UM2-Why don't you have, uh, pay for ADNAN's school?
JC-Yeah.
KB-Yeah.
HM-Brother, I'm, I'm holdin' out. I'm not asking him for every single penny, you know, I'm not a beggar.
OD-He ADNAN's dad or somethin'?
HM-No.
KB-No. (Laughs)
KB-No.
HM-I don't beg for
JC-(Laughs)
KB-We're tryin' to keep, keep ADNAN here.
HM- I don't ask for money, you know. I don't like beggin'. I don't like fundraisin'.
JC-Yeah.
UM2-He's leavin' in August.
HM-It's just not my thing. So when I ask him (UI) money I'm, I wanted to do it, do it right. And I asked him for money one time. Long time ago."
7-12-05 Sess. 1&2 CW "KW-Those brothers, I mean, I think they should be the leaders.
HM-Are there any classes right now, starting?
KW-Uh, ALI said (UI) was starting a class when he gets here.
HM-(UI).
CW-I think we could build a masjid very easy. The only issue that we would have is coming up for the funds to pay for the imam to (UI).
KW-That's the only problem is the money. That's the only problem.
CW-Because we could purchase a property easy enough.
KW-Money. Because there have been Muslim-Americans try to establish a (UI).
HM-If we could take over the da'awa center, would that be a good place to start? A new community or is too glamourous or something?
CW-No, the da'awa center is not, well, even so, the da'awa center is not a center for Muslims to congregate on any significant level.
HM-What's a center at? Where's a center at?" "CW-No, not even main center. In fact, the new main center, all that money is being wasted because, typically those 2 centers service people that are just there to work. They're not really living in the area. But, you're talking maybe in the South, the Southeast, or up in the North where populations of Muslims are or even in the Southwest where large centers of Muslims are. But the issue you're gonna have is funding a, uh, full-time imam. Um, that would be the only issue you'd have unless you could get an imam who is credible, who is willing to, to dedicate at least the jum'ah prayers every jum'ah at the masjid, you know. Because any brother can lead the other salats but jum'ah prayer is something that's special that we need to invite other people into. It needs to be a regular imam. That way the teaching that comes out of your community, um, is spread around the community and people, you know, you get a repour on all of that.
KW-I mean, cause all of the ones that have been started by Muslim-Americans, have been like your experience at (UI). Out there.
HM-Turns you off just like (UI) you go there and you're like did I miss this? This feels like a weird religion to me. "
7-15-17-05 Sess. 3 CW "CW-Yea He was working on it when we walked in he was soaking in bleach man
KW-Nobody comes come here (UI) breaks and stuff. This place has been here forever, man
AM-You can fix this place man. I mean the youth can gather so funds and gather man power and just fix this place
SHZ-Yea this could be used for a lot of things you know youth can
AM-They don't use
SHZ-Instead of going to camp sites and all of that they could come here
AM-They don't use it
CW-It would make a good youth camp they need to fix that in there a little better
AM-They could fix this
KW-They should tore it down and build a new one
AM-No I think they can fix this one too
AM-I mean just not to like add, i mean, if they want to tear it down then
SHZ-It harder to tore it down (UI)
AM Yeah, better, better build something else and leave this like as it is."
7-19-05 Sess. 1&2 CW "CW-Where are you gonna get the funding to start it man?
HM-I"m not worried about it I'm gonna do it you know I'm gonna do it. I'm gonna find somebody who
CW-He can't do his own funding.
HM-(UI) I'm waiting to to get money from (UI).
CW-How are you gonna get people to publish works through you?

HM-I'll find it. I'll do it.
CW-No financially?
HM-Financially?
CW-If I have a book that I wanna publish and I come to you And I don't have any money.
HM-Just gimme the material and we'll publish it. (UI) and we'll put it all out (UI).
CW-Where are you gonna get the money for that? Where are you gonna get the money for that and how you gonna get paid back?
HM-(UI) if I have somebody who will, have somebody who will
AM-It depends on what's the book .the topic? You write a book
CW-You gotta have money to make money man. Quality printing costs money" "HM-Is camp part of the ICNA (PH)? Is camping gonna be part of ICNA (PH) or not for the (UI)?
CW-No.
AM-What do you mean?
CW-No, this is our thing. This is this is a special retreat .
HM-Cause (UI) gone. (UI) gone already.
CW-For us.
HM-So it'll be us three that's it?
CW-He's not gonna be gone.
HM-When does he leave?
CW-He's, he's not leaving. He's gonna stay here and he's gonna pray to Allah that he will get the funds and it'll come to him because he has faith. The faith
HM-He wants to leave though. He's already mind is up that he wants to go to (UI).
CW-The faith the size of a mustard seed can move mountains.
HM-(UI) up north. He has more reasons than his education to go up north. He wants to closer to (UI).
CW-To get away from us. He, he has more reasons to stay here than he does to go up north.
HM-He wants to be closer to someone that (UI), soft and smells good.
CW-Soft and warm.
HM-Soft and warm.
CW-Keep him warm in the winter. Is that where she at?
HM-She's up north then.
AM-She's (UI) Yeah but (UI) Minnesota and Houston.
CW-Minnesota's far away from uh .Virginia right? She's in Virginia. It's the same distance man.
HM-Still he has (UI)
CW-Actually it's easier to get to Virginia from here than it is from Minnesota.
HM-He has an alternative motive (UI).
AM-Hmm? That's the only reason.
HM-Really?
AM-There is no (UI).
CW-Well see there there you go. Don't let (UI) uh encouraging you to go off
AM-It's not (UI).
CW-It is, it is. You're, you're going because of financial reasons when you know that if you just pray to Allah and have faith the financial situation will be corrected here. It'll give us more time to work with. I wasn't the one to get us that letter that late.
AM-Well, it's been more than a week now" "CW-What I was telling these guys we could do since ADNAN's not going to go to Minnesota
AM-Can I use this?
KW-He's not.
CW-Well no he's not. What we can do .
AM-He's gonna do something (UI).
CW-What we can do is while he's not going to Minnesota we can ask certain people for just a little bit of change here and there .maybe personally go to people and ask them to fund somebody's uh college education." "CW-What we could do is ask people to fund ADNAN's uh college education and just ask them for a little bit of change here and there a twenty or whatever you know. We can go into people that we know in the community who can even give a little bit more keep him here.
KW-Twenty dollars here and there?
CW-Twenty bucks here and there, a hundred bucks here and there .whoever wants to give more just to fund the education.
KW-What has HAKEEM (PH) said?
CW-Well we're gonna talk to the (UI) about it tomorrow.
KW-Oh.
CW-But the thing is that somebody waited so long to get us the information the letter that my wife is mad and doesn't wanna do it for him anymore." "CW-College, ed, ed, ed send it down to college. Save ADNAN. AM-Oh my God JIM. CW-Save ADNAN. KW-Yep. College fund. CW-ADNAN college fund. " "KW-Didn't the ISGH (UI) scholarship fund? CW-Yeah .I could probably talk to (UI) .cause I got to meet him probably Thursday. Probably talk to him. He's a good fund-raiser dude. But can take a little bit of time. HM-(On the phone). So but I'm, I'm gonna just see about that for now. You know depending on what we between you and I we have to (UI), you know and work around that. KW-The (UI). CW-(UI) we can all corner him. He really likes me so I can sit there and chat with him over tea. We're gonna actually I'm gonna have him over at my house sometime soon so within the next month I'll have him over at my house .him and his wife. And if he cant' give anything which I'm sure he can give something you know he probably knows somebody who would.
KW-And the uh that other one (UI). HM-(On the phone). Okay, I won't take much time. Just enjoy uh enjoy your time and break and when you get back we'll talk (UI).Okay. (UI). (UI) make it easy on you (UI).
CW-Well we could always ask (UI) to funnel us in the (UI). (Laughs).He's good at that. Raise it in the name of ICNA and give it to (UI). I'm serious
KW-We could raise money for the da'wah (PH) department and give to you. One for da'wah (PH). (UI).
CW-It's for da'wah (PH) and you have .you've done a lot more than your share of volunteering .
HM-(UI). It sounds like you guys are are gonna do some of ICNA's old tricks.
KW-(Laughs). What do you mean?
HM-You're gonna take money from one resource and put it into another resource.
CW-Shut up. It's the same resource.
KW-It's da'wah (PH). It's the same resource.
CW-Same resource.
HM-Oh yeah, that's exactly what they said. They pay their, their uh, house note.
AM-(Laughs).
KW-(Laughs).
CW-Yeah in Pakistan? Give me a break. (Laughs).
AM-He, he's right.
CW-Not when you're paying college education."
7-26-05 CW "CW-Why now, probably has to do with the renewal of funding. It's probably right around that time when they decide.
HM-Like I said, it's a good story. We got KUWATI's (UI), PAKISTANIS, uh, light-skinned AMERICANS, and a dark-skinned AMERICANS
CW-You're a racist man.
HM-I'm just saying .
CW-You're so racist.
HM-This is definitely the story.
CW-Man, all you do
HM-The show is beautiful.
KW-Yeah.
CW-All you see is race man.
HM-The show (UI). This is what we're doing. This is what we're producing is the work that we're doing?
CW-You're a racial dude." "KW-That that there was this debate over, I don't know
HM-I don't wanna go into that stuff. I'm saying stuff that I know about. About the KENYA thing. About the U.S.S. COLE thing.

CW-Yeah, but I'm talking about during RUSSIA. The time of RUSSIA, the guy did not have any strategic input whatsoever. He was just their uh, fund raiser.
HM-No, I'm, fine I'm not even going into that thing. I'm saying to other stuff I'm saying the other stuff
CW-When he was with CIA. That's all he did.
HM-I'm saying that he has personally
KW-Everybody knew (UI).
HM- personally take the credit of killing innocent people. What I consider innocent people. To me that's enough give me enough suspicion that he probably, he probably was involved in some sort of way. Was he or not? I don't know.
CW-Yeah, well what you consider innocent people is all whacked out anyhow.
HM-I think I would let him go. If I caught him, I would let him go before put him in trial with non Muslims. If it was a fair trial with Muslims, I would definitely turn him in. He'd be put to trial definitely, without a doubt. " "CW-Making sure the food barrels are there. Um, we wanna create care packages. So, what you need to do is come up with a list for care packages. And what this is, is like a uh, plastic bag. You know, the plastic bags you get from HEB or whatever?
KW-Yeah.
CW-Plastic bags filled with items for the people out on the street. Find out what it is that they need the most and we'll put a tiny care package together for them. And we're gonna make hundreds of 'em. Okay?
KW-Yeah.
CW-And and you can be in charge of that and I'll get you the funding for it. You can go out and purchase the items, and whatever.
HM-(UI) it doesn't have a list (UI) from CW.
CW-I'll take care of all of that.
KW-Yeah, yeah, yeah.
CW-So, you can put 'em together and you can organize "
8-2-05 CW "CW-Really good. And they start off with footage of me, you know when uh, HANEY was interviewing me? And then they went to uh, the generation gap, which is, they had some pretty cool stuff on that and um. Some of the scholars that were speaking and stuff. They had some things from there. It was pretty good.
KW-Yeah.
CW-Yeah. The, the flashing from one scene to the next went a little bit too quick but I think the was just trying to get a lot in which is fine. Um, we also want to uh, visit different Masjids, kinda like what we were talking about, about fund-raising. But, you know, like right afterwards, show the um, show the uh, advertisement. Right after Jamat. And uh, wanna do that. Uh
KW-How long is it?
CW-You, you know I don't know. I didn't look but it was about nine megabytes of a file.
KW-Oh that's not that big.
CW-No.
KW-Very small.
CW-Yeah. It's good enough for an advertisement, that's about it. Doesn't really show off the conference much. Um I huh, are you uh, (UI) man has, you know his business uh what is it, the um, hotel business that he has? The Days Inn?
KW-Yeah.
CW-Not doing very well."
8-9-05 CW "AM-All of the Republicans are siding, like silent on this?
CW-Party line yeah.
AM-I have to check out the minutes 'cause the minutes were not up there for the last couple of weeks.
CW-Well, it's party line, except for the fact that everybody agrees that stuff shouldn't be aired, it's party line as far as funding goes. And MASROOR, every since he got into city council, has always been silent. He, he, he, you never see him in the media, you never see him doing anything, he just sits there.
AM-So basically (UI)
CW-Better probably that he wasn't. Probably get somebody more active. But I don't know, man. I really don't think it's about us though. (Cough) I'm willing to bet my,uh, next year's salary on it. " "KW-So, and then like, you know, PJ she's, she's involved with uh, cert, it's uh emergency, government emergency response team she did training at the Jewish community center on for Homeland Security. It's funded to, like if uh, emergency situation happens, how to respond. They train you how to respond. Like uh, you know, how to use a fire extinguisher, or you know if you see somebody passed out how to take care of them. If you see a fire, how to handle situation and work with the people. And so, you know this is what the whole thing is about. And so, well we thought well you know, we pass out certain stuff there, you know like little kids flash lights and stuff to show that the people, you know that, you know we're concerned too about safety of our neighbor and all that stuff. And uh just passing em out and getting people to sign up for the classes and stuff. And uh, they were very involved man, there some red necks there, they already got their gas masks ready, and they got property in Brenham man man. They beyond certain man. Yeah, they're preparing for the worst. RAIHAN's neighbors preparing for the worst. They bought, they got bunkers in Brenham man. (Laughing)
CW-See. You see, and they worry about us.
AM-Wow. I'm, I'm shocked actually.
KW-Yeah. Good old boys.
CW-Yep (UI).
AM-Our community is in the dark man. (UI) why don't they try to find out, I mean even by taking to the kids they can find a lot.
KW-Yeah.
AM-But they don't, they don't communicate." "KW-Well ILLIYAS is gonna do a thing in, coming this month about Pakistani history.
AM-Yeah because this is like independence.
KW-Yeah and some people are saying that Pakistan was founded on secular.
AM-It is founded on secular.
KW-He's saying it was founded on religious.
AM-That, that, that's the issue.
CW-That's the other side.
AM-They used it, they used Islam just to get they these things
KW-Like what they're trying to do with Iraq (UI)
CW-Is um, is, is PASHAWAR theoretically it's own country, I mean even though it is under Pakistan, is it
AM-Oh yes.
CW-Pretty much autonomous?
KW-They're starting their own police force right now.
AM-Yeah, I mean the thing is, uh, in Pakistan, it's most of it is federally administered the funding and everything but the thing is, now all the uh, funds, the smaller provinces are having a big problem cause everything is taken by PANJAB and is spent in PANJAB, nothing's being spent in the other provinces so they're all having a, uh, sort of fighting, uh, BALOCHISTAN one province, all the natural gasses are in that part of the country. It doesn't get anything. That's why you have these pipeline burst and everything going on. KW-What is uh, what resources does North Frontier have?
AM-Um mostly they have uh, minerals and uh
KW-Textiles?
AM-No not textiles, they have uh, some vegetation, not a lot. Livestock, they have livestock.
CW-Poppies. Where you can grow poppy.
AM-I don't think that nobody grows any poppy in Pakistan. Not in Pakistan. But, I mean not WEST FRONTIER PROVINCE doesn't have a whole lot of uh, resources. They probably have resources for themselves but, not uh, not a whole lot
KW-Not a whole lot.
CW-I think we could grow poppies in Afghanistan. At least we could pick em " "KW-But that, that's a good idea. Go through ISLAMIC RELIEF.
AM-Yeah.
KW-They'll fund, support you, feed you, and then room and board. I'll be hooked up (UI).
AM-I, I'm not even going to consider my room and board now man. I mean camping, I mean like, we should be (UI).
KW-I'm just saying
CW-Yeah, all you have to do is just get me in the area you know, get me in the area with a contact that can just show me around.

KW-Especially JIM.
CW-That's it
AM-Huh?
KW-Especially JIM. You gotta get your name well known
CW-Yeah.
KW-In that area. Cuz your white man.
CW-Well, It, it, it wouldn't be hard.
AM-He wouldn't be a problem.
KW-You sure?
AM-Naw. I mean if he were the traditional Afghani thing, i mean, they can't even tell if he's white or
KW-Yeah but it's (UI) stuff like that
CW-Tell him I'm from Australia.
AM-You just, you just stay quiet most of the time.
KW-He'll stay quiet. He'll learn (UI)
AM-Once you marry somebody you just probably learn PASHTO, so
KW-There you go.
CW-See? My second wife.
KW-Yeah
CW-Right there, that would be the person that vouches for me."
9-6-05 CW "AM-The, I mean the system will tell you that. Once you like fill in the information, right cause I encountered a problem and that, that system is like what it does like once you put in the social and uh uh first name last name, it'll tell you whether this has been registered before or not, whatever so, but that needs to be out in the community so that people will know what to do rather than you know pitching in our funds when we can always get the benefits uh right away.
FB-Oh definitely, definitely without a doubt and they're gonna give them gas money. They're gonna give them what else.
AM-Yeah, see from hotels, any hotel you contact any hotel big hotel. Tell them, are you taking FEMA, and um, um people and they'll say yes. Then you can go there. They have gas cards available right there. They just look up your zip code and stuff and they're gonna give a gas card right away and they might get you a hotel for fourteen days. They don't have to worry about accommodations for fourteen days at least. In the meantime, we can get apartment complexes. You can contact me either or just like uh and I'll coordinate it.
FB-Okay okay. We'll do that.
AM-Yeah but this is , this needs to be out cause most people out there they, they just don't know cause um Alright?" "KW-(On the phone). Okay, okay. Okay. Okay. Okay. (Clears throat). Uh-huh. Yeah we're, we're right we're working on that too ourselves, so. Okay so uh I'll see you on Friday at inshallah and uh and uh, you think ABDUL BAKI is still interested?
KW-Yeah, he's kinda hard to get a hold of he says. Okay. Okay inshallah. Alright. That's okay. Uh-huh. Okay, that's okay. Okay inshallah salamu alaikum. He's out.
AM-He's out?
KW-Yeah, he had promised somebody he'd do some benefit for the KATRINA fund on that weekend.
CW-KATRINA.
KW-He forgot.
AM-Are you already taking off from work?
CW-Yeah why?
AM-Seems like KATRINA's actually having everybody involved (UI).
CW-So. We're doing stuff. We're doing a lot of work. We need the break.
KW-Yeah we do.
CW-It's a good recharge to get out there and be away from the city" "AM-Cause he was asking cause that guy, he didn't know that we had received the check, you know. He wasn't, he wasn't in favor of giving anything to ICNA. But uh .but we got it through because of the dawah thing. And he (UI) why I have the copy of the check. That guy was saying no you, we didn't give you any check. Because I have a copy of the check you guys get.
CW-So we're funded for the next year on the tv?
AM-I haven't, I haven't received anything
KW-No, on the radio. (UI) talking about radio.
CW-Oh radio?
KW-Yeah we were trying to get money for the radio tv's okay. It's just
AM-(UI) man. He's, he's just
CW-Hey uh what about um the uh classes during the summertime for for the camera crew and all that? Are you guys planning on integrating anybody else/
AM-We need I, I like mentioned man we need kids.
CW-Yeah I know cause I can always probably get my girls interested.
AM-No but we need a group of kids from school a group of " "CW-(UI) came down for our fundraiser that one time.
KW-Yeah it was him.
AM-Oh.
KW-But he, he uh
CW-Short, chubby guy.
KW-He has a guy side hand man, MUSA. " "CW-Yeah he could be dead nobody would say anything.
KW-(UI). That guy in charge of FEMA man he had no prior experience.
AM-Who the HOMELAND SECURITY guy?
KW-No FEMA.
AM-Oh the FEMA guy is from the CLINTON administration.
KW-No he's not.
AM-Yeah. He was something during the CLINTON administration.
CW-He had no experience?
KW-He was a jock, a horse jockey judge or something like that.
AM-Really. I don't know, you know the, the mayor of uh they mayor of Louisiana or I think the governor of Louisiana that lady. She's
KW-No, no, no. What happened is when CLINTON, CLINTON really beefed up FEMA after Florida got hit back in '92 .hurricane was that Big hurricane and so he put all sorts of funding into FEMA and they really were successful. When BUSH got in power he cut funding (UI).
CW-That was cause it was all going to Iraq.
KW-He cut all the funding and all the people who were like skilled and professional quit.
AM-Really?
KW-Yeah.
AM-Man.
KW-So uh
AM-You know how many I mean their police officers have committed suicide in Louisiana.
KW-No.
AM-Yeah.
CW-Yeah but that's in New Orleans man.
AM-Yeah so many, so many didn't show up for work.
KW-I know that it was seventy-five percent did awol.
AM-Yeah but the thing is uh
KW-Suicide?
AM-They committed suicide.
CW-Yeah there were some that committed suicide.
KW-Why would they commit suicide?
AM-That's a bit disgusting
CW-Well probably cause they lost everything you know.
AM-No look I mean look at what they

CW-In the devastation.
AM-Devastation yeah." "CW-You should do what those serial killers do just cut the words out of a magazine.
AM-That's pretty cool. You'll find a lot of words in any paper these days, !.
CW-You'll find every word you'll every need in today's addition of the news paper.
AM-(UI) You'll find the whole letter like that. Just cut a few paragraphs (UI). That would be cool. That would be so cool.
CW-Yeah. Just see if you can.
KW-Unfortunate man. It's unfortunate we can't find contacts in here.
AM-Yeah he contacted two people actually and one he contacted the guy who was his uncle but he was very active in the TABLIGHI JAMAAT. So nowadays it's not easy to get a hold of him (UI). He ask them if they could just keep this money for some cause and for that cause I won't take it and he returned it back.
KW-Like I'm sure they got way's man!
CW-Yeah, yeah cause it had been funded like crazy. It's probably just a matter of knowing who to go to.
AM-I mean it's just because these days the Pakistani government is pretty tight nobody stress to anybody.
KW-Yeah, yeah.
AM-I mean that's what I would to say.
KW-I don't see how difficult it could be if any other military like the Israeli's, they funnel money to Palastine. You know that right? They sell weapons to Palastine!"
9-13-05 CW "MM-You this is (UI). So.what I want is.that we should.the community should (UI).and then (UI) many good people will. We would be invited some non-Muslims also.in this program. It's going to be.it will be a real good.interfaith dialogue for them.also. Mashallah.
CW-Mashallah.
MM-So these are the things.but everything depends on the cost.because we are not getting any uh.funding from anywhere.
HM-(UI) can you give me this? Can you tell me.just off the top of your head.what.how much would it take me to be able to do it? (UI)? At what price, at what price do you think you (UI)." "HM-So it's not, it's not that.big of a deal now. It's just one show.
CW-We just need to, we just need to come up with the programming and the manpower for and the cost for it.
HM-Uh.it's just actually beautiful It's (UI) very good show. Inshallah.
MM-And try to And uh But there's no funding again. It's all.from within our own resources.
HM-But for the reason we're saying.
MM-(UI).because it's, it's.
CW-Mashallah.
MM-It's nothing is going to (UI). Nothing is.really your fault.but we have to keep (UI)." "CW-HANIF HARRIS and I were talking about.starting a um.ICNA RELIEF drive in Houston. And then.not just getting people involved but also donating on a grassroots level. Like we can go to a masjid. We could pass out our literature about.you know becoming apart of ICNA RELIEF. You know maybe get volunteers headed his way.some funds and stuff like that.but also um at that level when they get involved.then pushing ICNA membership forms.
KW-That's true.
AM-I, I think that when, when you're gonna start that.okay.I wanna order some boxes. You, you've seen those uh they'll be boxes about like three feet high.and two-by-two. Those boxes should be in every masjid and we should design a poster or something that says okay this is for the refugees in Houston. And they should be constantly in those masjids and people from.
CW-Will the masjids let us to it?
KW-Or not just that.
AM-Yeah they can do that. They will never have a problem.
KW-Or not just the refugees.or, or the.
AM-I can, I can approve that.
KW-Are you talking about Somalian refugees?
AM-Refugees.just not Somalian, Irani all, all, all sorts of refugees.
KW-Muslim?
AM-Muslim, Muslim.ah Muslims.
CW-A Muslim refugee fund. That's what we'll call it. " "KW-Why, why would you put ICNA RELIEF?
AM-It's a relief effort for
CW-(UI).uh
AM-You can do that.but.
CW-The, the reason why not to Is because people are gonna give to a refugee fund and they might just not really know what organization it's going to just assume it's the masjid.and so there will be more apt not to have the prejudices against ICNA involved in our giving. Or AM-See, see the, the other thing to that is like Once you have those boxes there we also need at the same time have a video of our project and uh have it played in every masjid somehow so that people can, can know what we're doing in the city of Houston.
CW-But we need photos of what we've been doing man.
AM-But we have photos of what we've been doing.
CW-I, I don't have everybody's photos.
AM-Like what?
CW-Everybody needs to give me their photos.for whatever it is that they're doing. KW has a good idea AM. Have a seat AM." "CW-Right, right but we need to move the property under because then ICNA RELIEF would have full control over it. Um and then the third thing is to fund-raise for a building down there. In the meantime before that building is actually built we can have a space uh at the DAWAH center. The space that we have at the DAWAH center will be contingent on our, our need for it. You know what I mean? So if we have a considerable need for it then that's when we move From the downstairs to the upstairs.
KW-Right now we're not using the DAWAH I mean personal needs though right?" "CW-And SHAIKH, SHAIKH WALEED was apart of that?
KW-Yeah SHAIKH WALEED was part of that.Saudia Arabia. I mean they had.top.top.
AM-Yeah they had a big riot. I mean people, people.people funded by the SAUDI consulate in embassy.
KW-And.the government just shut everything down. Nothing exists. All sorts of schools and charities and. And uh there was some young brothers who were playing paint-ball and they got accused for having training
AM-Training.
KW-An A-Qaida training camp. So they and this is what this wasn't in the news. This is what MUJAHID told me. That SHAIKH WALEED is close to ALI TAMIMI. You know you know the people of knowledge and they they know each other very well. Well.these youths were coerced in saying that ALI TAMIMI is their spiritual leader. So by the.you know.the law enforcement. So they.said it to get some time reduced or whatever. So now ALI TAMIMI is facing life in prison.
AM-That's you know.I mean.these are difficult times."
9-17-05 Sess. 5 UCE "CW-When is Public Access going off air?
AM-See, they're, they're, they're being uh funded by the uh city for like three months now and they've been
KW-They've been doing out of their own pockets.
AM-Yeah, own pockets. They had some reserve. But it all depends like if they're gonna appeal for that or something.
KW-Well it's up to the mayor.
AM-It's up to the mayor?
KW-Yeah. They can fight it still.
AM-They should fight it I think. But you know I mean the, what the city said is that they're gonna keep the channel, but they're just gonna give it to somebody else. Other than Media Source.
CW-So, we're gonna continue our shows then huh?
KW-That's why MOHAMMAD IBRAHIM was saying we should take it over.
AM-I don't think we're capable enough." "KW-We're condoning it.
CW-We'd have to allow everybody on.
KW-Public access.
CW-Well you'd have to raise funds for it too.
KW-Yeah. We're supporting them and all that."
9-17-05 Sess. 6 & 7 CW "CW-You cause I checked his name (UI) met them, they didn't know who the heck I was talking about.
AM-He stays in contact with I think one lady, I don't know what her name is.

CW-Well, the thing is he was sick for a while and he kind of got out of it and I don't think he's really come back into it, that's kind of one reason, he was at our fund raiser at one time and he really wanted us to get involved. He was very conservative in his thinking process I think the next time you get with us check he was one of the main guys to oppose that
KW-All we need a freaking imam dude, we need our own masjjid (UI) (movement noise).
CW-It's about time that America masjid (UI).(movement noise).
AM-That would require a fitna.
KW-Not fitna (UI) (zipper noise)
CW-Why does everybody else gets to do it.
AM-I'm kidding guys.
CW-This is the one point,
AM-Don't take it personally (laughs)"
9-20-05 UCE "CW-Yep. They're trying to force the point. So have you heard from your brother yet? No word from your brother?
AM-He's trying. I mean, he's told me he's planning but he didn't get in to the (UI). I didn't expect this to be so hard.
CW-Oh.
UCE-You trying to get your brother over?
AM-No. (UI).
CW-Hmm?
AM Uh what are you trying to do? Trying to transfer funds.
CW-Huh?
AM-Trying to transfer funds.
CW-Oh. Yeah.
UCE-What makes it hard, finding the right place?
CW-Yeah, cause if you can't, if you can't get there right away. (UI) Fard (UI) Isn't it Fard ?
AM-Yeah.
CW-To support it at least by funds or whatever support you can give.
AM-No. We did it in Tarbia too. During the Tarbia we came across the other Hadith and stuff right?
CW-Yeah.
AM-Wealth and yourself.
CW-Yeah with the one you read out of red, red (UI) yeah. That's when he went to bed. He was already snoring.
AM-(Laughs)" "CW.-Yeah. Well I'm saving, I'm still saving that plus I'm saving the money for your education. How many months in this year do you have in school?
AM-Huh?
CW-The first quarter? I mean the first half, first semester.
AM-The first semester is kinda like, I mean I have to pay for it in December.
CW-How many months is that?
AM-Uh four.
CW-Okay, cause I promised you a hundred dollars a month for that. So I'll give you that, I'll give you that and a lump sum.
AM-Okay.
CW-Cause I'm saving it with the other stuff, so. Give you that (UI) might have it all saved.
UCE-I'll have to start arranging some funds for such things.
CW-Did we um aside from, you know sending stuff we've been trying to raise funds for his education because he had an opportunity, not an opportunity I take that back. Well yeah, he had an opportunity to stay here in Houston or ditch us and go to Minnesota. And we're trying to keep him here so I, I promised him a hundred bucks a month plus uh you need to hit HANY up cause he said that too.
AM-Yeah.
CW-And you also need
UCE-I'll add to the cause.
CW-Hmm?
UCE-I'll add to the cause.
CW-Okay cool.
AM-(UI).
UCE-But you better teach my something dang it.
AM-(Laughs).
CW-(Laughs).
UCE-I'm just kidding.
CW-Cool. Yeah cause his, you know he's uh working and he's paying for his school but see the thing is what the tuition went up.
AM-Yeah cause, I mean I, I go to community college that's like something cheaper but I have to go to the university to get my degree. It's like three times the amount that I pay at
UCE-Starting with December you start or January?
AM-Umm, I start in January.
CW-Yeah.
UCE-Definitely get you some before that for sure.
CW-So um, IDC, did they pay you yet.
AM-No.
CW-Yeah. Follow up on these things regularly, especially with AYUB because AYUB says that whatever difference he can make up we need to make sure he does that cause I don't want to get you in a bind. And then uh then he can continue his Islamic work here. You know he does all the relief work for ICNA and uh. You do relief work for other people don't you?
AM-Pretty much I mean. Yeah.
CW-Anything that has to do with distribution of food and all that other stuff to refugees or the homeless downtown, he does. So, not to mention he does the HPD program. You know we teach the police department Islamic courses every month. He's like my backup dude.
UCE-Oh. (Laughs)
CW-He does all the technology, technological stuff for me.
UCE-You teach, you teach the police?
AM-Yeah."
10-4-05 UCE "CW-Then, maybe they are marketing to what do you call it inter-faith.
AM-They want to use that as platform to keep
CW-That means that you're going to raising funds from uh churches.
AM-STATIC (UI).
KW-There is an issue of Islam (UI) (UI).
CW-Yeah, President BUSH is facing an issue that I don't want.
UCE-Mm-hmm, when that.
KW-I mean that's what that whole program is about to.
UCE-Then you wouldn't have faith if it works?
CW-Their number one issue is terrorism and homeland security and nobody's gotten money for that.
KW-Well, I don't know about the money situation, but it (UI) what's on paper.
CW-Yeah, but all that goes to churches anyhow. What Muslim group ever gets any faith based money.
KW-I know, that's why I went to that grant writing workshop in Florida. I mean it was, it was set up by ISNA, but (STATIC) (UI)."

10-14-05 UCE "KW-Brother. He got a degree on the (UI). He knows (UI) . What's the point? (UI) An Egyptian brother I did. I did. It was a fund raiser one year and He was down here fund raising and "
10-24-05 UCE "UCE-ORAL ROBERTS was from Oklahoma and stuff maybe about fifteen million. So if I can't raise. I make ten million dollars He's gonna bring me home. So y'all please send money. (UI). Obviously I ain't Christian but whomever your GOD is .Yeah but you rolling with me tonight (Laughs) if they don't get ten million dollars. But he's like nah and raised he got twenty million dollars. It goes to his funds KW-(UI). UCE-GOD told me don't raise money money (UI). KA-So, so, what did he do after that? UCE-Put the money in the bank .bought a Lexus. "
11-1-05 UCE "KW-Well we do it there cause it's 24/7.
CW-Check out all the hot Arab chicks.
KW-No, no, no, no, no. We uh, we uh,
CW-We can go some place that (UI).
UCE-That's him wanting (UI).
KW-(UI) took that Starbucks over.
CW-So, I got a call from INTERFAITH.
KW-Oh, yeah? How'd that go.
CW-Really well man. We're uh, we're waiting on funding uh, to come through at the end year.
KW-Talked to the INTERFAITH guy (UI). He worked at INTERFAITH ministries. Gay guy.
CW-(UI). Must be from that pink church down the street.
UCE-(Chuckles). Pink church (UI).
CW- So uh, what do you wanna do La Madeleine or what?
KW-Uh, we could do that. That way we're (UI).
UCE-These chairs go in the corner?"
11-22-05 UCE "HM-What happened to JIHAD UNSPUN
CW-I don't, uh, they, uh
UCE-Unspunned.
CW-They had some kind of
KW-(UI).
HM-(UI).
CW-They had some sort of funding issue
HM-(UI).
CW-and they couldn't cover all the news that they thought that they should have covered, so (UI).
KW-Yeah. All, all through the year, they were going overseas and trying to set up an internet station there and have (UI)
HM-(UI).
KW- and it didn't work out. I mean, uh, throughout the year they kept saying this and doing that and trying this. The server will go down and come back up and so. It was one thing in the Middle East, they, they were very disappointed on how to do some things. They're very unorganized, they just don't do things right, very slow, (UI). Well it's just, right now, what I've been working on is the website.
CW-Yeah, I wanted to get AM (UI)."
11-29-05 UCE "KW-I think there will be a day when the United States will break, be broken up in it's own little countries.
CW-Yeah, northwest territories, Texas, California.
JK-Another Civil War?
KW-I don't say too much a Civil War, but more of the.
JK-That'd probably be its downfall right there.
KW-I mean there's studies done on it like opinions and polls done on people. I'm like, like treating half the welfare, groups of people who are like totally against it, but who are for it. I mean from state to state. For example, West Virginia, is like a welfare state.
UCE-(UI) for sure.
KW-And then you got state like you know, California or Texans who aren't too much of welfare that, you know rich states. There's animosity there between people.
AM-Yeah. It's all about where the funds go.
KW-Yeah, exactly."
12-10-05 CW "CW-Do you know ISA from CAIR resigned?
AM-(UI) last week.
CW-(Coughs). Yeah, they offered me his job.
AM-They did? Really?
CW-Yep. I'm gonna wait 'til after the fundraiser.
AM-(UI).
CW-I got a call. I got a call about it on the phone. They wanted me to pop in at the fundraiser if I could.
AM-(UI).
CW-I'm not gonna I'm not gonna take the job anyhow. That's too much, for the money they're gonna be payin', that's too much stress work. I think they want to pay me, like, (coughs) in the upper 30's, mid to upper 30's but working for Arabs, that's the tradeoff. If I was working for anybody else, I'd probably be ok.
AM-Yeah, but (UI) all of the CAIR stuff doing much of the (UI).
CW-I know.
AM-(UI).
CW-He's a good guy, believe me, but to work for him might be something different.
AM-(UI).
CW-Just might be different.
AM-(Laughs).
CW-I don't want to ruin no friendships.
AM-(UI).
CW-No, I mean, I'll seriously consider it, you know and I'll look at what they offer me but, um, and also the workload (coughs). ISA did a good job though. Excellent work.
AM-Yeah (UI).
CW-But it has to be a good enough trade off for me to quit the job that I like working 4 days a week at making 34,000 as it is, you know. Why would I want to work 7 days a week making a little bit better than that? I would be making a heck of a lot better than that to be a trade off. Then I was offered that job with the, um, interfaith people and, um, that might even be a better position than that. 'Cause they're lookin' at payin' me right around 40 and I get to go into everybody's community which is good. Just think, I could go into LAKEWOOD CHURCH and full-dress uniform, man. I'd have my THOBE, KUFI and "
1-13-06 UCE "CW-Oh, he's coming. Oh, he is staying for the MGA meeting in New York. (They are all talking in the back ground) AM-I'm not an MGA. Yeah, yeah. CW-You are an applicant MGA we'll make you an MGA over night. KW-I never go to those meeting. It's always, I can't stand it. CW-Yeah, they want. they want like what five hundred hours in MGA or something like that. AM-No, no. KW-No, no that's something different. I'm talking about. CW-Nah, I mean just because you are an MGA to replenish the funds. AM-No, no, no. CW-Yeah, yeah. yeah. I got an e-mail and it said that we need five hundred dollars (UI) fund. KW-I know (UI) MS-They wondering why can you come to the initiation meeting not the MGA meeting. I'm like dude pay my plane ticket I'll come. CW-Yeah. That's what I'm talking about. AM-(Talking in the phone) Hello (UI) CW-That's what I will tell them, give me all expensive paid and I will be there. UCE-Huh. KW-(Laughing) Exactly your hotel and everything. UCE-I'll be there twice huh. KW-Exactly (Laughing). But they don't want to do that. Yeah. You are right they think we are rich Pakistani. MS-Right, that's the majority of them. KW-Well if they want to get. Like their agenda is to get Muslem American into ICNA. CW-Yeah. KW- They are going to have to realize that we are not rich."
1-14-06 UCE "MS-The brothers who led the Holy Land Foundation, the last few brothers. Um the youngest of them. Uh he goes to uh MSA UCE-Sugar (UI) MS-So he is very close friend of mine as well. CW-Uh-huh. MS-And ah, supposedly like ah. CW-He wanted to kill the president? MS-No. No. He told us like about the whole Holy Land thing that you don't see on the forefront. CW-Uh-huh. MS-You know like uh it's not because like their money wasn't transparent or anything like that. It's because like one time they received a phone call from someone saying " that I'd like funds to go to suicide bomb academy or something like that." So the guy on the other side line said "alright we can organize this." So from that day on everything you know is you got on recording. (UI) what's his name they had

connection with that company that apparently dealt through some people and eventually their product ended up in Libya. So, and then you know how Libya banned (UI) technology products and like that. I support them too, Libya. (UI) AM-That, is that what (UI) MS-It keeps on getting delayed. CW-You know what, I believe that as far as I can throw em.' Because I know Muslims organizations and how they work in this country and they don't handle their money well at all. MS-What about Islamic Relief? CW-Look at ICNA. Fact. Forty grand goes missing and where did it go, we don't know (UI). MS-What about (UI)? CW-What about it? MS-(UI) UCE-The water going to be hot. MS-They got their books open since day one. KW-(UI) water get dumped out?"

2-6-06 Sess. 7 CW "AM-Yeah, no but thing is until then you, you're not sure how you're gonna be ah, what's gonna happen at the airport over there whatever, cause JC-Well AM- once the funding stops to PAKISTAN JC-Mm-hmm AM- like how, how the Republicans are funding PAKISTAN? JC-Uh huh. AM-If that stops things are really gonna change, things are really gonna change. JC-Yeah, oh definitely, it's the U.S. definitely supporting all that, but what do you, what would I mean do you AM-What I would suggest is like as long as we're here, we could as much financial support we can give them that would be the best thing to do. JC-Yeah, definitely. AM-Yeah. JC-That's for starters. AM-Yeah cause we want to strengthen their ah, whatever and then when, cause it's, it's really hard to just go there without even you know having any strategy in mind. JC-Yeah AM-And not knowing what's gonna happen." "JC-Well AMERICANS probably wouldn't be big deal, if they're getting their funding and they're really friendly to AMERICANS probably wouldn't be that big of a deal. AM-Well ah you don't know ah with bearded AMERICANS. JC-Huh AM-With AMERICANS with the beard." "AM-That easily, even, even if somebody ah of their own is saying just let me be, anything is possible man. JC-That's true. AM-It's like so once this funding thing is sorted out. JC-Yeah, at the election and all that. AM-It'll be easier, then it'll be faster too, I mean things would happen quick. JC-But you I mean out of all the good training that we've done here so far, do you suppose that ah, I'm wondering if I mean we need more training. AM-Oh definitely. JC-So if we go there we're gonna have to join up with a group somewhere to get some training. AM-But see, these days."

2-14-06 UCE "KW-There's uh, there's nobody who's (UI).
UCE-How do, how do you think it will affect us though? I mean what are you thinking will change?
AM-Back in PAKISTAN right now, the security forces of PAKISTAN are working very closely with the AMERICANS.
UCE-Right.
AM-They're getting funded and everything and I mean, so it's, it's very easy for PAKISTANI's over there to you know kidnap anybody who is foreign and claim that this guys related to AL QAEDA or whatever and they can get money for it and that's what they're gonna do.
CW-So, what are you worried about? (Group laughing in background).
UCE-You PAKISTANI, you got papers. We're the foreigners. (Group laughing in -background).
UCE-It'll be a picture of KOBIE, UCE, CW.
AM-I've lived 80% of my life outside of PAKISTAN, right. I'm also not a PAKISTANI.
UCE-But, you speak the language. They don't know not just by looking." "UCE-And, I mean once we get there, so what if we have to lay low? I mean once we're over there, so what if we need to lay low for six months or whatever, I mean we're there.
AM-I mean what I was thinking is like the longer we stay here, we can fund more money into that place. That's also.
UCE-Well, we can do that, but ultimately.
AM-See what Okay HANIF is coming.
CW-We're gonna have to pay our tickets over there, right?
AM-Listen, listen HANIF is coming right? Let's, let's why not talk to him directly? It's much better. He can give us a better input (UI).
UCE-Yeah, that's fine. But, I mean. That's fine. I totally agree with that. But, ultimately and -you've been there, so you have a little bit different view, but that's we want to go. So, -it's like we can stay here and send money for fifteen years but we'd rather be over -there. I mean that's.
CW-Right.
AM-I understand.
CW-Yeah, yeah, so we're going to use up all of our money sending it over there when we -need how much money did we decide we needed?
AM-About $5000. CW-About $5000. UCE-You can do it man, we can do it. CW-So, I've got $1300 saved up. UCE-You know and once it comes down to. KW-I've got about six hundred saved up. CW-There you go. UCE-We can uh. CW-How much you have saved up? A credit card (laughs). AM-A bunch of credit." "CW-We have money AMERICAN dollars to pay for 'em. And, they would probably -welcome that. KW-(UI) exchanging. CW-Cause that would be like funding. Huh? KW-We exchanging our AMERICAN dollars. AM-No, you don't have to. UCE-That might actually want AMERICAN dollars. AM-They would want AMERICAN dollars."

3-15-06 UCE "CW-Hey AD, ADNAN do you think you could fund a rebellion off of Ebay. KW-Brother SULTAN's all into this conference. AM-Maybe we could get all of our weapons off of Ebay. AM-No, you can't buy weapons off of Ebay. UCE-Why not? CW-Why not? AM-They don't sell weapons. CW-Well, we could buy ammo. UCE-So where'd you what, what site did you find those at. AM-Wasn't Ebay, CW- It was Craigslist. That lady never did get back with me. AM-She replied to somebody on Craigslist. She said stay away from her. CW-Oh really she crazy? AM-(laugh) Or she's gonna shoot you. (laugh) UCE-Coming to the door. Like granny on the Beverly Hillbillies. Did HANY get anything accomplished today? AM-No. "

4-18-06 UCE "UCE-You're, you're but being the fact that all of our funding comes from the people that we would tick off once we do that. Would you agreed, don't you that, that's going to get aggravated with you.
KW-I fell.
UCE-If you show the dawah center they are going to be like wait a minute. (Laughs).
KA-Yeah, but I want to ask that you can show that without really tarnishing." "YA-This is a place in Houston Texas. HAKEEM OLAJUWON wants to spend all of this money. It's said that "thy are a sinner this is the (UI) that we have propagated Islam". Ain't (PH) no propagate Islam it's an empty building brother empty shell.
UCE-Oh! YA-Nothing takes the place of that. UCE-I agree with you. YA-(UI) been spent. I don't care if you total except though, you know you say our funding comes from them but. UCE-I. YA-I believe that our funding comes from ALLAH. And if they get that bad to the point that they want to (UI) their funding. (UI). (They are outside and the traffic is very loud) UCE-I, I.
YA-I'm not saying that we're going to mention no names you know, if you fell you know (Laughing). Just like when I was growing up and going to church the preacher up there talking he's talking about people who's committing fornication and you know (UI).
UCE-You start.
YA-You know you done did this here."