9-16-05 Sess. 1 UCE

UCE-September 16, 5:50 pm. He's got the woman version of a Range Rover. I won't tell him that.
CW-(Laughing).
UCE-I won't tell him that, though. Not really made for going off road. Something's wrong with mine, it's making a funny noise.
MM/JC-Walaikum salamu.
CW-Finally, he's here.
UCE-Finally. ADNAN has come back to the camp site.
AM-How are you?
UCE-Alright man, how are you?
CW-Ready for you.
CW-Don't let people do that to you man.
AM-It's just a lot of food, it's going to go to waste if uhhh.
CW-You should have thought of that.
AM-When?
CW-You should have thought of that.
AM-The (UI) thing?
CW-No.
UCE-Food's going to go to waste if you don't do what?
AM-They don't know what to do with it.
CW-They'll find a way. They have contacts. I've put them in contact with people.
AM-An eighteen wheeler (Whispering).
CW-I've put them in contact with people that need food badly.
AM-Why do they want me there then?
CW-Probably because you're the ICNA guy. Nah, don't do that. It's dumb, don't let people walk on you like that man.
AM-It's not all the time.
CW-He, he goes and does that, and all of a sudden they expect somebody to bail them out.
AM- That's what (UI) (UI). It's got, I know that can't do much about.
UCE-An Eighteen wheeler full of food?
AM-Yes.
CW-All they have to do is, is call uhhh call SARA (PH) and that one other dude. They've got plenty of places to distribute that food. All they have to do is call GEORGE R. BROWN.
AM-Man, GEORGE R. BROWN, if they got it from the food bank.
CW-Oh, well.
AM-Food banks, I mean.
CW-They, they have outlets. What are you going to do? Distribute an eighteen wheeler of food to all the homeless downtown? Let them do that.
UCE-I'd assume that will be the first place they'd call in the first place.
CW-Hum?
UCE-Seems like that would be the first place they'd call right now. Hmm, a racoon unwrapping it's sandwich huh?
CW-Yeah, we'll figure something out. When it comes time. Are you sure we're not using too many logs?
AM-No, there is too many logs.
CW-I didn't make that you know.
UCE-Too many logs for.
CW-You're offending the brother here.
AM-(laughing)
UCE-Too many logs for what? It's always taught that you start with four. And one to keep it up.
AM-Ah, okay.
UCE-Going to make the fire nice.
AM-More than four.
UCE-And one to keep it up. I had one extra.
AM-When are you planning to move?

UCE-I'm actually, um my company has the uhhh, the process of getting moved to my apartment so.
AM-Oh, okay.
UCE-Since they are going to pay for it. Since they owe me.
AM-Alright.
UCE-As soon as that, I'm here. You know. Can't wait. That's a fire. Think you are going to catch anything?
AM-The Land Rover guys over here are going on an event on October the 2nd. Invited me. I don't know.
UCE-October the 7th.
AM-Off road
UCE-That's one, two, three, nah,
AM-Sunday
UCE-I'm not going off road. I mean, I'll do it just for this, but your's is four by four huh?
AM-Yeah.
UCE-Yeah.
AM-Your's is not four by four?
UCE-Mm-hmm.
AM-It's all four by four right?
UCE-Well, I can change it.
AM-Oh, you can change it? Oh, I can't change it.
UCE-I can go four wheeling, I can, yeah I can change it. Two wheel or four wheel.
AM-Mine's all-time four by four.
UCE-Mm.
AM-How much mileage does it give you?
UCE-Fifteen maybe. Cause I have eight. Do you.
AM-Eight.
UCE-You have eight too? So, you should be faster, just cause you're lighter. Cause I'm slow. Slow as heck. I'm getting on the interstate, you have five speed though, mine is automatic so it gets you a little bit. But, if a big truck is coming, I'm like Bismallah. You know
AM-So many people are off road.
UCE-Where are you going to do? Ramadan starts the.
AM-The fourth or fifth yeah.
UCE-Yeah, the fifth, the second. Where are they going to do it?
AM-Columbus. It's like probably sixty miles from Houston.
UCE-I might, but I'd be mad laying on a tree stump or something. You going to do it?
AM-I was thinking of it. I have to decide before the 26th.
UCE-Let me know, maybe I'll ride with you. Next year I'll do it if, if it seems like fun.
AM-Cause that Colorado River last (UI), so they probably have a bunch of creeks down there.
UCE-Hmm. Could be. Like I said, maybe I'll ride with you and if it seems fine I'll do it next year. But, I bet you see you putting city people that normally drive there four by four in the street.
AM-Yeah.
UCE-And you put them out there and we'll get brave and end up in something that we're not suppose to be in. You know? Some hole where doesn't really matter whether you have four by four or not. The hole is bigger than your vehicle and you're like okay how do I get out of this? Hmm. I bet you.
AM-I'm not going to be the first one to go into.
UCE-Yeah, exactly, exactly.
AM-They are probably going to have their people do.
UCE- Yeah, the most experienced people lead the way.
AM-Yeah.
UCE-And put us way, way in the back.
CW-I've seen that before.
AM-You have?
CW-When I was in Michigan. (Talking in the background). When the snow storms, they all think that they can go cross country during a snow storm.
AM-It's hard.

CW-All get stuck on the side of the road.
AM-It's hard.
CW-They get no further than the car left on the side of the road and their stuck.
UCE-People think four by four means you can go over anything. You know. Just means you can do a little bit better.
AM-Yeah, but I might need to change the tires cause the tires that I have on.
UCE-Street tires.
AM-Street tires
UCE-You need some MICKEY THOMPSON's (PH).
CW-I've even seen them leave trailer's snow mobiles on the side of the road. Why would you do that? (UI) cars, (UI). (Talking from a distance). I'm gonna catch a fish if it kills me.
UCE-Don't say that. We might have to shoot you. Cause you might not get a fish.
CW-I'll get my gun out and shoot 'em. They don't want to go down that easy.
UCE-If I had a grenade right now.
CW-That'd be your fishing pole.
UCE-We could catch plenty of fish.
UCE-I've got bread too, cause I left it in there because I'm animal conscious. I leave it in the car as much as I can. Telling you man, all I need is one grenade. I can get us a bunch of fish. I can make a call, I can probably get that.
CW-We need to call in an air strike.
UCE-(Laughing). Target two fish. I bet when some of my friends come back from uhhh Iraq they'll have all kind of, all kind of stuff. They'll belike I lost it.
AM-Really, they just bring it all?
UCE-Well, the guys did it. They give them uhhh, they give them guns and grenades and all that stuff. Cause when they come back, when you know like you check out like two grenades, eighty rounds, m-sixteen whatever. When you come back, well, especially if they were deployed somewhere. I used the grenade here or there which they never check it. They end up coming back with all kind of stuff man.
AM-Wow!
UCE-I'll catch some when they come back. Hey man, I really, really want. Just to have one. I wouldn't waste one in the water. Fishing, but still. You never know. Somebody might piss you off really, really, really bad. You're like you know what? I'm going to go to the closet in my bedroom I'm going to get something I'll be right back.
AM-(Laughing)
UCE-When I come back, I want you to count to five and run okay? It could happen. Worst come to worst I can put that sausage on. Like I said, the chicken is not ready. In between vegetables and sausage and we could make sandwiches. We'll be good for tonight. Do chicken's for tomorrow. I don't see that being thawed out really. I mean, cause if you think about sitting on the sink sometime.
9-17-05 Sess. 3 UCE "KW-In that area. The Aldine area. So there very, very poor people there. AM-Not as poor as the refugees. KW-You AM-Have you, have you been there? You saw the video right? KW-Yeah I've been there. AM-You think those people KW-I've been there. AM-Those people would act the same way. KW-Well yeah probably cause those people on government assistance and all that stuff. CW-Watermelon this is for you okay. KW-Those people are probably on government assistance. They're still poor. CW-Yeah you're, you're assuming that everybody's rich ADNAN. AM-I'm not assuming not everybody's rich. I'm just saying those people UCE-It's different levels, the levels are poor too. I mean I don't AM-Yeah but if you If you go to that place where the refuges are I mean it's like, it's like you are in somewhere in Africa. UCE-Okay I understand what you're saying but I mean it's not like GEORGE and BARBARA came over and said let me get you know let me get two hams and some pig feet and a you know and a chicken. I mean if it's people that are gonna use it then you still did good. KW-Yeah they're gonna use it. They're not gonna let it go to waste. AM-Yeah okay. UCE-Those people in those apartments might have kids who have no choice. They might eating Captain Crunch that came in the truck. KW-Maybe the government's not giving them enough of what they need. (UI) case a lot of times. There are some people who are poor and aren't on government assistance because the amount of money they make isn't enough to be on that. CW-ADNAN? AM-Yeah. CW-You see this? I'm fixing to cut it up. So you don't .here here's my knife. You're probably better at cutting it. I'll just cut a big chunk out of it. Take care of it for us. UCE-Take his mind off of things. Go and cut a watermelon. Not worried about that food in that truck now. Come on. Cut that watermelon. "

3-22-05 CW "KW-Well also, like in the Middle East, they're not allowed to have weapons. AM-You cannot have them. KW-Anywhere in the Middle East. CW-Well, yeah. Hey, give somebody in SAUDI a weapon and they'll try to overthrow the government, man. KW-Yeah. (UI) that's CW-(Clears his throat) KW-But it's always been like that. CW-Man. KW-Even before the all this mess." "AM-But the other countries I don't think uh, most other people have weapons in Dubai and (UI) SAUDI ARABIA. CW-(Clears his throat) Have you heard anything about what's going on in IRAQ? AM-Lately? No. CW-Yeah. I haven't heard much news. AM-Mm-mmm. (UI) what's going on. KW-Yeah, they they there's very little news coming out of there these days. AM-Probably that's"

4-19-05 CW "WMS-If you're a Jew and you go to Israel If they don't speak Hebrew. They look down on them. CW-Big time. WMS-I heard that from (UI) AM-If you're an Arab you don't speak Arabic, (chuckling) they look down on you. UM-I don't know. HM-As soon as they see your American passport they look up to you. AM-Not anymore, brother. HM-Not anymore? You don't think so? AM-Not in the Middle East. HM-You sure? AM-Yeah. HM-I haven't been there since (UI), so I don't know. AM-No. No. CW-Now they'll cut your head off. HM-I know when I was there they wouldn't let me I had the the beard grown on, they wouldn't let me in places. I couldn't do anything. But now that I got that American passport they were all Humduallah, Humduallah. CW-(Laughs) HM-(UI) start opening doors for me. They do everything. WMS-(UI), huh? Yeah, that's it. (UI) (All laugh) HM-Cause uh, really, really, you know, disgusting to see it. Disgusting. They think you have money. (UI) you have to have money. WMS-Oh, yeah, that's (UI) society. CW-You made of money. HM-We're made of money." "CW-Think about this HANI. Muslim countries are no longer what it was in the time of the Prophet HM-Right. CW-when the Prophet said those things. HM-Yeah. I know. I know. CW-Muslim countries are extremely oppressive to the extent they're so oppressive to the extent HM-(UI) country. Yeah. CW-that the Christian countries, like United States are less oppressive. We're oppressed, yes, but we're less oppressed here in United States than we would be in Saudi Arabia. HM-Right. Right. Right. Right. CW-So what would the Prophet say in that situation? HM-Yeah, you're right. Right, (UI) the Muslim country now. What what country now is really a Muslim country (UI) CW-I mean, we can't look at Islam today with the Islam of yesterday in the sense that the time in the time of the Prophet there were certain situations and Islam was going one direction. Well, now we're in a situation where Islam is folding back in on itself, okay, because of the oppression that we we corrupted ourselves so much with the ways of the Kufar in our own in our own lands, that Islam has to has to redirect itself obviously in their light of the Quran and Sunnah HM-Oh yeah. And there is no real muslim country. If I went to a muslim country I don't know where I'd go. (UI) Saudi Arabia. I'd go crazy. WMS-Hello. CW-Yeah. HM-(UI) in jail (UI) I'd be in jail if I was in Saudi Arabia. CW-But then if I was in a if I was in another country, if I was in Pakistan HM-I would (UI) still to go, but (UI) CW-Musharraf would know what's on my mind. Okay, do you think I would last very long in Pakistan? HM-(Laughs) No, you wouldn't. CW-No. HM-No way. I don't think that anybody can go." "CW-So you can't you can't look at Islam today and say uh, we, the, you know, this is the time of the Prophet Mohammad. It was a perfect time. We need to be like that. What we need to do is follow his message the best that we can and understand that there's gonna be divisions among us. AM-Oh yes. CW-But we need to find that common thread of unity and brotherhood and move on. WMS-Which is happening in the same time frame we're going (UI)" "HM-Yeah, I know. I know. It bothers me that people leave their countries (UI). CW-So I'm I'm to the I'm to the point to where AM-I believe (UI) close the doors CW-(Coughs). AM- I (UI) like the CW-I'm to the AM-I don't think there's (UI). HM-Oh, yeah? UM-Yeah. CW-It's uh, it AM-And I like it better over here than over there. CW-Yeah. AM-Even in Pakistan or Kuwait, same thing." "CW-IBRAHIM. IBRAHIM something. Something IBRAHIM. WMS-Uh, I know (UI) CW-ABDUL. AB uh, or god! WMS-(UI) CW-No. No. Uh, I forget the guy's name. He's there all the time. WMS-(UI) IMAN (UI)? CW-He was from he was from Saudi. I think he's from Saudi or he's Arabian. CW-Okay. Anyhow, there was an exchange between them. Okay? And the exchange was the the the uh, Arab scholar was saying WMS-Canadian Arab. CW-No, no, not the Canadian guy. WMS-Oh, the Arab scholar. CW-Actually, Arab was there was saying how Islamic culture, you know, need uh, American American Western values and culture needs to conform to Islamic culture according to his Islamic culture back in Saudi Arabia or whatever. And YAHYAH IBRAHIM hit him and HM-Right. CW-and basically said, you know, well, Islamic culture is not just HM-(UI) Jumaat. CW-Is it (UI)? Okay, he he's Arab. HM-He's Arab. Yeah. CW-But but this is the concept that I had. They

have an arrogance about them thinking that their culture back in Pakistan or HM-Yeah. Yeah. Yeah. CW-Palestine or whatever, because they grew up Muslim and it's mostly predominately Islamic that their culture transcends and and overshadows ours. So whenever I come up with these concepts in ICNA even, they don't take me seriously, man. If they took me seriously, they would understand peo you and, not just me, you, too. They would they would understand what we're talking about. How to reach our people. They would they would take our consultation much more seriously. But what they do is they'll take your and I consultation, then they go talk to their uncles, then make a decision. HM-Yeah. Also, an age difference, too. So, they don't respect their age (UI) CW-There's an age difference, too. WMS-Yeah. Yeah. Yeah. Yeah. (UI) Yeah, you're right."

4-26-05 CW "HM-(UI) walking around shooting rifles (UI) rulers and dictators man. I can't wait to see the SAUDI regime fall. AM-It's gonna fall. KW-Hey, there was, there was a gun fight in MECCA. HM-(UI) AM-(Speaking over HM.) (UI) KW-Yeah it was between, ah 26 HM-(UI) KW-Yeah. In MECCA. (Laughs.) That's crazy. HM-(UI) CW-How does that happen? Supposedly you've got no access to weapons in SAUDI, right? AM-No, now you, you do have access to weapons. HM-If I could just do one thing with my life, which is to go and steal all the gold (UI) and give it all to the poor. And after that, I'd be so happy. AM-(UI) you know how much time would it take you to get all that gold? That gold. It's gonna cost you more to get all that gold. KW-How are you gonna burn it?. It's all marble. How you gonna burn it, burn it, it's all marble? HM-I don't know. I'll worry about it when I'm there. KW-(Laughs.) It's fire proof. HM-I go there and I, I steal it piece by piece. That (UI) 90 years old and I'll be done. (AM laughs.) KW-(Laughs) Chip away at it. HM-I'll just walk around (UI) and chip a little piece off. (UI) get it all. KW-Man (UI) CW-It's terrible brother. HM-What? CW-It's terrible. KW-It's beautiful. HM-(UI) that way? KW-Probably not. CW-Naw. KW-But, it's beaut it's very beautiful piece of (UI) AM-It's (stutters) palace (UI) HM-It's disgusting man. AM-No, you cannot say that. HM-I can say it's disgusting. I think it's disgusting. I think it doesnt represent Islam any way at all. I think it represents all these people that run this countries and represented (UI) stand for. It doesn't represent what we believe in. CW-That's like that's like ISA (alaihi wa salam) If anything, he was a promoter of communism, right? All the money that he had in his possession, he distributed his wealth equally among all the believers. Right? So, theoretically he practiced (UI) socialism AM-(Speaks over CW.) (UI) CW-not, not communism. Communism is atheism (UI) socialist. HM-(UI) I know. Look at the street right now. On the street right now. AM-(UI) HM-Is all this beautiful? AM-Yeah. HM-It can be disgusting too, if you look (UI) All these people (UI) all on the road right now. (UI) our own city. CW-HANY, you're just a rebel, man. HM-No, I'm just saying look up and down the street. It can look beautiful to you (UI) it should (UI) (Coughs.) (UI) You don't think so? AM-I agree with you in the (UI) not all of it. Thing is, everyone should be (UI) keeping their surroundings clean. HM-Cleans fine, but (UI) AM-(UI) maintaining something that's okay. HM-(UI) KW-Maintaining takes money. HM-(UI) beautiful (UI) all that engineering (UI) spend the money (UI) KW-Yeah I hear you. It's not (UI) AM-(UI) other cars. (UI) (Loud traffic noises.) Mercedes lasts longer than other cars." "HM-(Interrupts) I'm afraid. I'm afraid around it and afraid KW-(Speaks at the same time as HM) there's like tons of poor people HM-(UI) but I'm not going to go to it. If I go in there, I'm gonna do something crazy. AM-No, but those people are came from overseas. KW-They came from overseas. AM-And they're just over staying there. HM-But they're MUSLIM. AM-But they're over staying there. I'm mean, that country is not a MUSLIM country. It's CW-But AM-the kingdom of SAUDI ARABIA. It's a kingdom. KW-I got to blow my nose. I'll be back. (CW laughs.) HM-I'll go there (UI) CW-(Speaks at the same time as HM.) With that, on that note he has to blow his nose." "CW-Yeah. I mean, (KW speaks at the same time) scholars are going to have to lead the charge, but it's going to have to happen at a grassroots level. AM-I agree. The thing is even those when you say like (UI) I don't think they're getting anything from the scholars (UI) (laughs) you know. It's like some redundant CW-No, no. I'm just saying that schol what scholars need to do is encourage their people to get involved in the, in the area of preaching to people. and KW-I think, I think scholars are have their hands tied behind their backs these days. There issues that they know are wrong but they say otherwise to please the masses. CW-Right. AM-(Speaks at the same time as CW.) No, but that's wrong. That's wrong. CW-(Speaks at the same time as AM.) Oh yeah. It's no different than

SAUDI. AM-But that's wrong. That's I mean I don't think they justify what they doing. KW-But, I, I, I guarantee that they themselves would not do that same action themselves. Unless they grew up (UI) There are scholars out there that say it's okay. Mortgages are okay. Those same scholars, I bet you, they don't get involved themselves with it, but AM-Oh, yeah, I mean, that's, that's true. But, think they have to have the guts to speak the truth. KW-Yeah. AM-You know? KW-But they don't. AM-They don't. And, that's wrong. If you look at it, I mean, that's what discourages the common man. I mean, he doesn't, cause I mean, it's contradictory."

5-10-05 CW "KW-But with the raise in the Saudi youth and population wise and unemployment's increasing then that means the royal family not investing back into the country. In fact, they are giving everything to the west or to America. Instead of investing in China or investing in Europe, they'll still trying to invest in America. AM-No. You serious about that? KW-Yeah. I mean there is (UI) CW-Well, their economy is definitely in a slump right now so. AM-Whose economy? CW-Saudi. Saudi's economy is in a slump (UI) AM-Oil prices are sky rocketing. CW-But their economy is in a slump. They can't pull it out of a slump right now. Unemployment is definitely rising. It's been there. I mean this is widely known. KW-There's a lot of disgruntled youth in Saudi. Now, they have to work when they never had to use to work. AM-Yeah, that was different. (UI) time changes that. They used to work hard when they never had oil. But when they had oil they just were in luxury. But now they have to work. KW-But what, what I'm saying it that they gotta train these Saudi's to do these high tech jobs. You know. AM-Saudi's have to train themselves but all the options CW-They're bringing in westerners KW-Yeah, but, but the thing is the royal family is bringing the westerners in rather than training their own people. AM-But the thing is see the government can not force you to study that. I mean, they want, I mean they're giving you all of the options. I mean they can give you, give you a scholarship and everything. There's the youth, their the problem that they are like so much into luxury that they don't wanta make any effort. I mean I know the youth over there, I mean I know, I know them and they. CW-They're lazy. AM-They're lazy man. I mean they're used to luxury. I mean this. They're claiming that. Youth have everything over there and now when they're not getting what they used to have now they're having problems. But it's their own problem. They have all the opportunity to utilize their resources that they had and come out here to study and go back and do something for the country. Not many do. CW-Uh hum. KW-Sounds very complex. AM-But on this day they're doing all sort of stuff. KW-That's HARAM. AM-All sorts of stuff. And now, and now when things are getting tough, now they wanta go. UM-Um. KW-Ha, ha, ha. AM-So it's kind of their own problem. AM-The Saudi government would never not want you to go out and study they would never want that. And they give scholarships and everything. Did I tell (UI) KW-Yeah, I, I knew that. They even follow the people when they come here. AM-Yeah, they do that. They do that. KW-Surveillance under tight surveillance. AM-They do that also, yes. CW-Russians use to do that all the time too you remember? AM-Everyone does it. I mean man, I mean many third world countries won't do it because CW-So the MUSHARRAF knows where you're at?" "CW-That we don't do it? I don't know. Depends. Depends on where we go. I think if we're going to any, any MUSLIM country. KW-Oh, yeah, yeah CW-I think that, I think that we're gonna be tracked. KW-I was thinking about in terms of pre nine eleven. 'Cause the Saudis were doing that before nine eleven. AM-Yeah. Because they're always concerned about their (UI) CW-Auh, I don't, I don't know if I buy the idea that, that everybody is followed. Every Saudi is followed AM-(UI) no. CW-every, ah, every Russian was followed when they came here. Every American's followed when they go " "CW-See. I-I, you know I that, I think that certain people are for good reason. Like for instance, when, whenever, ah, ah, somebody went to the, a Soviet block nation and they had a, a high profile job or, or whatever. Even if it was just a vacation, they would probably be followed. And I think it's the same way with us now, you know, depending on who we are. (UI) Even if it's not a Muslim, if it's a non-Muslim AM-Yes. CW-they go to a certain place, they might be followed. You know. But I don't think that the government has all the resources to track everybody all the time. KW-Nah, there's too many people. AM-Yeah, yeah. That's, that's the reason. But CW-I think they'll pick, pick and choose, you know? AM-Definitely. But the thing is see, no Saudis, ah don't go outside for long term. I mean they go on a tourist and they go for a week with two weeks vacation and come back. But many few of them go out and live somewhere else. KW-To study? AM-Even for studies and like, I mean like, many people from PAKISTAN would immigrate to another country to live

there. But most Saudis will not do that. KW-I met this brother, he worked in , he's was a graduate student at like in my department and ah, (UI) and ah Something oh! I forgot. I was trying to find a place with my sister wanted to study overseas, Islamic studies. I said you know, she could apply to AL AZHAR and stuff maybe she wouldn't get accepted. And ah, a type of class in (UI) and a good school in (UI) to go to. He's like, he mentioned, I think he lives in Riyadh or something like that. He's like he mentioned I think (UI) he lives in (UI) or something like that. He's like and I was like (UI) he was like "Nah, they're mostly wanabi." He's like down playing it real hard but he was Saudi, it was like tripped out, uh okay. CW-You now, Saudis are arrogant people. But nevertheless, I don't think that they would have issue with coming over here. Sending their people over here to study and go back. KW-Well, this guy is studying. AM-They don't have any issues except the people themselves are not take making that effort. CW-I don't know. AM-Awh, This is what is CW-I don't know. AM-One reason CW-Or maybe the government's not supporting the people that want to do that. AM-No, no one, one major reason is that their educational, ah, system is not up to the mark. I would say it. KW-Yeah. AM-I mean personally 'cause um, I, I know what happens in their public schools and I don't think their level is like up to that standard where a person getting an education in one of those schools can come out and go to a different country and study, you know? KW-Oh yeah. AM-Yeah. Their public schools. But there are private schools that are good enough for, for most Saudis or most nationals don't end up going to those private schools. They go to the public schools. CW-Um. AM-So, that, that, that is one reason that they don't even like they, they can not think out of the box. They're just limited there. 'Cause you know, most ah, ah, new technologies they don't have books in Arabic. You know? KW-Yeah, of course not. AM-Back in the days, they used to but not now so all that (UI), ah, parts in the countries are always in English and their English is not that is strong enough to comprehend or get something out of it. CW-Um hum. AM-Because of the standard of their education in the public schools. If they did some changes in their education system, I mean there is a possibility that people would try to read more books and all that stuff. KW-They don't have a school like when (UI) EGYPT type (UI) AM-No, they have but, (UI) the thing is most Saudis don't have it because it, it will only mean major cities. (UI) Riyadh, Jeddah. KW-Yeah. AM-That's it. What about the rest of the country? They don't. And ah, those schools are limited. They're not, I mean. If everyone wanted to go there, there would not KW-Be enough room. AM-Yea, enough room. AM-So, most students end up going to a public school. UM-Hum. AM-Also, because of the economical reasons (UI) spend that much on education. KW-Um hum. AM-And ah, that's one reason. But ah, but I mean if I were over there I would certainly want the education system to yeah, change. And that goes, across the board, like for all those countries even Pakistan for instance. It sounds like old stuff man. KW-Oh Yeah? AM-Yeh KW-How does that compare to INDIA? AM-India is excellent! KW-Yeah I heard. (Laughs) AM-India is excellent. I mean, I I studied in an Indian school that's why. Indian school students don't compare with the Pakistan students. KW-They out shine all American students ey?(UI) AM-Oh yes. They (UI) I mean, I really AM-I appreciate my parents decision to put me in that school naturally. KW-What school?"

5-17-05 "CW KW-Man, Saudi's in trouble. CW-Big time! Big time. They're having some serious issues now. KW-They are hated so much by the whole Muslim world. It's just like any Muslim, I don't care where you live what how strong he is on the Deen, they'll tell you how much they hate Saudi (chuckling). AM-I don't understand they give so much money for oil these days. I mean, what they gonna do with it? KW-Who the Saudis? CW-All their money is invested in RIBA KW-Mmm. (UI). They should KW-They should build a a nuclear bomb. AM- they should build, I mean, they can (UI). KW-They can build up a military that's out of this world, man. AM-They can get their youth educated. I mean, they can spend (UI). KW-They could do a lot. AM- spend I really (UI). CW-Well, they can outright purchase a nuke. I mean, come on, they don't need to build it. AM-Yeah, but I mean, you have to UM-They can outright purchase it. AM- know people that can use it and everything else. You know, smart people who get them educated and (UI). KW-The (UI) ones, man. AM-(Laughing) (UI). I mean, let let somebody else (UI). UM-(UI) (laughing). AM-Let other Muslims do it, man. CW-I don't know, I I tend to think that the U.S. has too much of a thumbon on those those people. KW-I think so, too. CW-And that's why Iran and them are creating and designing weapons like that. KW-And I I agree with you, CW. I think the U.S. has too much of a KUFAR have control SAUDI. CW-Yeah. AM-Of course they do. KW-Yeah.

CW-Yeah, I know they have them running all up and down the desserts. Pretty soon, they're gonna have them in Mecca. Imagine that. KW-I mean, it was freaking weird, this girl that a student of mine undergrad. I'm getting work early in the morning, right, and she's (UI) talk talk to uh, and I just unlock the door. I just started walking towards, and then she goes, "KOBIE, KOBIE, KOBIE?" I say "hey, what's up?" She's like, "please take me to hajj. Please take me to hajj." "What are you talking about?" And I was like, "get me to Mecca. I can't go in. Just just you can sneak me in. You know, you got some connections." (Laughs). CW-(Laughs). He meets one Taliban over there and he's got connections now (laughing). KW-(UI). "How in the hell you know i went to hajj, you know." So you she was over the railing (UI). She was just playing and messing around and stuff. I like, "man, I'm broke. I can't get you over there. In fact, I don't know anybody." (Laughs). So then like weeks later, it was like last week, I I bumped into her again. I was like, "how did you know I I went to hajj and all this stuff." And she goes, "oh, yeah, I used to live over there in Saudi Arabia, you know, as a kid and stuff. My dad worked over there. (UI)." You know how this this was like (UI) like during Ramadan, how everything would be shut down and everything, you know. (UI). CW-Yeah. KW-She said, I think she she said she stayed around Riyadh. CW-Mmm. AM-The other (UI) I think is (UI) PLACE in Saudi Arabia. KW-Oh, yeah? CW-So what what's the deal and if if if the SAUDI's are supposed to have this sort of alliance with SALAFI's, what's the deal? KW-Gee, I think (UI). CW-I don't understand how the Saudi's can be so off based if the have such an alliance. AM-No, their alliance is basically political alliance. CW-I know. AM-Huh? CW-I know it's political. AM-Yes so. I mean, they just haven't, I mean, they this (UI) the Saudi's CW-But that's not how that's not how the alliance began. It used, I mean, it began out of uh, AM-Yeah, see but there is CW-every basically, a revitalization of Islam and that to (UI). UM-Yeah, but (UI). KW-Yeah, the leadership has changed. AM-Yeah, the leadership has changed. The people from the Saudi family (UI) probably not that good, because they were supporting the uh, BATHISTS. (UI), you know at that time? CW-Yeah. AM-But they just supported ABDUL WAHAB at that time, because there was so much other stuff going on, which was not right. CW-Mm-mmm. KW-Well, MOHAMMAD IBN ABDUL SAUD was a pious guy. AM-Yeah, but the thing is, his whole clan, they were not good people that done these to uh, I mean, they were like, what do you call that, pi pirates, but not on the sea. (Laugh) KW-Pirates (laugh) AM-But, what do you call them, man? KW-They used to raid caravans and stuff. AM-Yeah. KW-Bandits. AM-They're bandits. Yeah CW-Oh, man KW-Desert Pirates. That's funny (Laugh) But um, um, yeah, I uh, but I know that one of the PBS documentary that in the early part of 1900's, it was a choice uh, keeping of going the the the Saudi royal family going with the they had a (UI) with the IQWAN scholars or the SAUDI scholars. UM-Uh-huh. KW-And they chose the SAUDI scholars over the IQWAN and this is what caused the FITNAH AM-Who did, the Saudi regime? KW-Yeah CW-IQWAN in EGYPT KW-Yeah Cause they think they they was uprising from the Saudi too and IQWAN was there AM-Right People (UI)."

5-20-22-05 Sess. 1-5 CW "AM-You know, I mean it's it's just totally messed up. Over over here like, I mean if if your if your if your dad went to public school, you went to public school. I mean, at least you can know what, I mean, what's the level. KW-Yeah. There's a general idea. AM-Yeah, it's a general idea, but over there it's different, you know. I mean, they don't know. I mean, most people are not even educated. They don't know what goes on in schools. They just take things by how however they went through. So, it's pretty it's pretty sad that they have to go through all that. KW-Well, that's why HASEEB wants us to do that stuff. AM-What? KW-Them videos from Pakistan. AM-HASEEB. KW-I mean, HANIF ISHMAIL Not HASEEB. AM-Yeah, it's pretty bad. It's pretty uh, (UI) KW-I think if we approach that area, we'd get a lot of opposition from the U.S. Government. AM-Why? KW-Because that's their territory. That's what they're trying to do and we were like stepping on their turf AM-Yeah but but the thing is they won't come to you like, I don't know. Yes HAMAD-What do you mean if you oppose Pakistani media. Stuff like that? KW-No um, (UI) try to educate Muslims over there, as far as the West in America. Stuff like that. HAMAD-Oh. Yeah." "KW-But you you can uh, practice the Islam that's, and be closer. I mean, there's there are (UI). AM-Yeah, over there? KW-You got masjids everywhere. You here the ATHAN everyday. Then you go there. I mean, there's still that element that you don't have here. CW-Yeah. HAMAD-Yeah, and the problem is over there they take it for granted that you're a Muslim. Over here you'll find better Muslims, because they know that you're something, you know. It it's something special. AM-Yeah. You know like KW-Well, over

here it's still a very small number. HAMAD-But you you still find better Muslims here than there. I mean, because I'm not, like for an example, in in high school over there, you see Muslims like in in in Islamic where the majority are 80% Muslim and the prom pretty much all (UI). KW-They have proms? KW-No. HAMAD-Yeah. KW-Their government let them have them? HAMAD-Well, I mean, that's the thing. AM-Private school, nobody can. HAMAD-It the Department of of Defense school. What you gonna do about it? In Saudi Arabia there's an Aramco school. Um, it it's owned by SAUDI ARAMCO OIL OIL COMPANY. They have a prom for ninth graders. What are you gonna do about it. It's ARAMCO. (Chuckl) Yeah. It's pretty funny. KW-Man, I hope them brothers finish the job in Saudi. I hope they finish the job, ak'. HAMAD-What job? Saudi's a mess. People it they there's gonna be a civil war. CW-Well, that that's it. That's what we're talking about. Because they ri they're gonna rise up sooner or later. They're gonna overthrow that government. HAMAD-And the fun the funny thing, the people that are gonna rise up aren't really the religious ones. A little more so called liberals. KW-No, no, that's one group, then you have another group that are having an on conflict with the Saudi police over there right now. AM-Yeah. HAMAD-Yeah, well it's going it's a big mess. I I I just don't AM-Ah, man, it's alright. HAMAD-The country's alright though. I guess, they get to, I mean, I think people get too much bad rap. KW-It gets too much what? HAMAD-Too much to much of a bad reputation, so. It's not that bad. It's great. KW-I guess the IBADAH, the worship, is on the individual level. I mean, like for example, how HAMAD-Uh, well it's becoming more and more like that. It's more and more, yeah, (UI) more and more. (UI) more es especially in Riyadh. You know, they would actually come up to you and you know, and say go pray right now. And now it's more, you know, especially in the Eastern Providence, which is a more um, it's seen at the more modern sector. Saudi and everyone's gonna copy them um, that it's (UI), you know. You know, it it's becoming less and less strict (UI), you know, comes to you and tell tell us you pray in silence. KW-There's no more religious police (UI)? HAMAD-Oh, no. They're they're still there, but they're not as strict. CW-They're there to police all the women. KW-They only police the women? HAMAD-No, they no, no, they AM-Oh, no, no, no. HAMAD- they they they policed me twice. Three times. Two two or three times. Uh, in front of me they had a public lashing of a guy who was he was trying to get a girls phone number at at a mall (chuckling). KW-Uh, what Panama? HAMAD-No, at at a mall. KW-Oh, at a mall?"

5-20-22-05 Sess. 17 CW "HAMAD-Like in SAUDI, in the malls every night, you see all these guys walking around with absolutely no purpose in their lives AM-I know man that's all over the GULF region, man HAMAD-Other than Smoking a cigarette, holding a cigarette and checking out girls in the (UI) Holy AM-I they're very good at it. (Laugh) They could tell which one (UI) they could tell KW-Through the NIQAB they can tell AM-They can tell Sure KW-They're good at it AM-(laugh) They grew up smoking that stuff (UI) HAMAD-And then when the girls, (stutters) and then they're screwed you know. Now what'll they do? How do we do this? How do we do that? KW-Wow. I don't know how you would fix that in um MUSLIM country AM-I don't understand why people don't get married early over there KW-That's true. That's how you fix it HAMAD-Well they don't they have nothing to do they have no jobs. They have no money. They have nothing AM-No, like on KUWAIT, they they have a job, man HAMAD-Oh AM-They've go so much money. But still, you see men, women, not marrying until they're like their 30's, 40's KW-Cause, yeah, I see the problem there. Is that, you're right (UI) all that situation, case. But because you're restricting them from letting loose, getting married and letting loose their hormones of course they're going to do what they're doing. Know what I'm saying? If you restrict a guy from dating or getting with another girl, or marrying then of course, he's gonna AM-No I mean like No, but, why, why, why, I mean why why stop marrying? That's the problem. Like why do you discourage marriage (UI) KW-That's what I'm saying. Because they discourage marriage, you're gonna have this behavior AM-Yeah, like, I mean, I don't understand, why, why they're discouraging over there because they know they're, they're children not gonna study. I mean, and they're gonna get jobs regardless cause they're KUWAITI'S, you know. They get allowances every kid they get an allowance. They don't have any excuse of like, I mean, financial issues, you know? I mean, nobody cares about a degree (laughs) (UI) KW-Oh, yeah? AM-A majority of them over there, they know they're gonna get a job. Cause, I mean, they're, they've got a wealthy nation got money KW-Well, that's no guarantee in SAUDI anymore AM-Yeah, but, I mean. That's true SAUDI'S ah like going through a little change but I mean in KUWAIT I, I really don't understand like

HAMAD-SAUDI has a lot of reform (UI) CW-Yeah, like overthrow the government HAMAD-Yeah, exactly KW-Exactly. That's what needs to take place AM-That, that government gonna get overthrown very soon HAMAD-Well it (UI) KW-It's funny. It's a consensus across the whole MUSLIM world (laugh) HAMAD-Well, it's going down It's (UI) like it's power waning. So KW-It's just a matter of time HAMAD-Yeah. Exactly KW-They've, they've totally destroyed their wealth. But the only problem is, who's gonna take the power AM-It's gonna be tough. Over cause it's not just gonna be political. It's also gonna be religious KW-Yeah HAMAD-Well, I mean like, even like SAUDI, their economy sucks because, like a lot, most of the women, I mean a lot of the women who are educated. They're really well educated but, they don't get to put theirs, their power into use. So basically, half the population is just not, you know, it's not productive. And, and on (UI) money, you know, and you know, they're all about, you know segregation and that kind of stuff. Well, that's fine but you know, they should at least, you know provide things for women to do something, you know? I mean, they've been talking about it but, (stutters) you know, it's not a priority over there KW-Yeah" "HAMAD-That's why SAUDI'S crap like it's going down, man KW-Well, I mean the country is the crap now. The U. S. is in there It's worse, actually Eh CW-Yeah Well, no doubt but Well now opium production's back up, yeah KW-It's the worse Everybody's drug addicts"

5-20-22-05 Sess. 16 CW "CW-Oh, god. Don't that just figure. Well, we know that by personal experience with, ah what's his name. AM-MANZOOR ALI. CW-Yeah. (KW still laughing.) How dare you say that name in CAMP KHALID IBN WHALID man. AM-You're the one who asked me man. KW-(Laughing) (UI) not. CW-I didn't ask you his name. AM-Well you said what's his name. CW-That's a figure of speech. AM-Okay. CW-Oh yeah, you didn't know that? Oh, that's right. You're PAKISTANI. No, I mean KUWAITI. (KW laughs.) You're KUWAITI. KW-He's not PAKISTANI. CW-ADNAN gave up his PAKISTANINESS when he was born in KUWAIT. AM-Yep. KW-Yeah. So when did you leave KUWAIT? How old were you? AM-About 2000. KW-Well how old were you in 2000? AM-Twenty-three. CW-In 2000? KW-Man, you're not a freakin PAKISTAN. AM-Huh? KW-You're not a PAKISTANI. AM-I know. (Laughs). CW-But you know, you know pretty good ENGLISH. What the heck. KW-You know really good URDU. AM-Yeah, cause, I, I, studied in ah, in INDIAN school. HR-INDIAN? KW-Oh, in (stutters) KUWAIT? CW-Yeah, but AM-In KUWAIT. CW- you don't speak BRITISH ENGLISH, do you? AM-No, no. CW-Then where'd you learn your ENGLISH. AM-I mean, the words that we use in (stutters) like the INDIAN school they're like more BRITISH, but they don't have the BRITISH accent. 6-14-05 CW-Naw, that's not That's not what I'm talking about. The government is paying them ex extra incentives to have troops on their land on their, on their property to uh, to alter agreements. So that American's, American's can have more freedom to roam, to also buy off governments like Pakistan, to do the to do our bidding in their country. Our government is pouring in billions of dollars KW-In Pakistan that's true. AM-In Pakistan it's true. In Egypt it's true but not in the Middle East, do you think America's paying out of their own pocket to Pakistan, their asking Saudis and these guys to wave off their debts and all of that stuff. I mean, this is how it works. It's America saying to these Shaikhs, 'If, if, if we're not there to support you, you know your (UI).' And that's what they're scared of, they don't want that. They want Americas protection and they do anything America wants (UI). CW-Well, see the thing about that is ADNAN is that, America can't control that with out physical troops on the ground. KW-Right. CW-Okay, in Saudi any troops that we have there are not sufficient to hold the throne. CW-Okay. The Saudi's are in charge of their own security. KW-Actually, we don't know how many troops are in SAUDI. CW-Right, but they're not. They, they (UI) they don't have KW-(UI) they're there. CW-No, they're there. They're just, they're just plain clothes now. KW-Yeah, they're, they're in there hidden. In the populous. CW-Right but, but there not there not in anyway capable of controlling the population. They're capable of supporting but not capable of controlling. AM-No, I agree what you're saying, but what they are doing right now is telling to the Shaikhs that these people who gonna throw, throw you off from your throne, are gonna come from AFGHANISTAN and IRAQ, so we have to fight there to stop them. That's what's happening. CW-Um hum. AM-You see in, in, in Saudi Arabia they've made sure that not everyone has ammo, ammo like us CW-So what you're talking about is like the OSAMA BEN LADEN's with their organizations coming home and taking care of business, cleaning up. KW-They're already there. AM-Exactly, exactly, exactly. CW-Yeah, they're there. AM-Before the Gulf War (UI) countries like KUWAIT and SAUDI ARABIA. (Muffled behind noise of a truck engine). CW-Wear do

these weapons come from? AM-Through IRAN and IRAQ. It's like when IRAQ invaded KUWAIT CW-OH, out of IRAQ? These weapons got into the surrounding countries? No, I'm just wondering if like China or somebody is suppling. AM-No, I don't know about that. No, they're not suppling it directly that's through Pakistan. I don't know if it's actually going on right now (UI) the weapons that the Afghani's took to war, like when Kuwait was invaded many Kuwaiti's got the weapons that the Kuwaiti army had (UI) the army just, the army left them in the open. They had a lot of stuff (UI). They were buying weapons all the time but they didn't know how to use them. That and what ever the Iraqi's left. That's, that's the weapons (UI) and no other places have it, it mostly Saudi and Kuwait. Dubai don't have it. Bahrain don't have it. Afghanistan has it and the others (UI) don't have it. (UI) Kuwait and Saudi Arabia. Another place where Saudi Arabia is getting weapons is through Yemen (UI). CW-From the sea? AM-No, not from the sea from the mountainous areas of Yemen. CW-Yeah, but where is that coming from? I mean the weapons don't grow on the mountains? AM-No, no, no. Yemen, Yemen you know like, like Yemen (UI) east and west, south and north whatever it's a civil war (UI) CW-Uh huh. AM-They had some problems at that time they were getting support from Russia. One side was getting support from Russia and the other side were getting support from America, cause they had weapons to spare. So now their weapons (UI) after the war, those war lords that have these weapons. Now they're giving it to the Saudi people who are interested. But just because you could get a tank for 500 dollars in Yemen. CW-Wow. AM-That's pretty cheap right? (Chuckle). CW-I can put that on my credit card. AM-(Chuckle). Cause that's how it is and, and Saudi is trying to uh stop that but (UI). CW-The two things you need is an A. K. and a rocket luncher. That's all you need. KW-Yeah, RPG. CW-Yeah that's all you need as a MUJAHID. HM-If you could move anywhere in the world, where would you go? CW-Me? Probably Sudan or Yemen. HM-How about you? If you could move anywhere, where would you go? KW-Northwest Province of Pakistan. CW-Afghanistan. Yeah, or the northwest province. HM-That sounds pretty good. How about you? Kuwait. AM-Same. KW-Or Iran. CW-Yeah, he has to go back to the Mercedes. HM-Iran. KW-Iran. HM-Told you man, it's crazy. CW-I can use a couple of more. HM-She has no excuse. The only reason she wouldn't accept it is because of her arrogance. That is the only reason. CW-I need one here. I need one in NORTHWEST PROVINCE. I need one in Kuwait or another border uh border country. AM-Why you looking at me man? HM-Just when you think of border, you (UI). No but look, you don't have to AM-He chose (UI). He chose Kuwait or he chose Pakistan, that what happens. "HM-Maybe they reach a level of arrogance that you and I don't understand. 'Cuz first they're Arab right. See a lot of them are descendants from the lineage of PROPHET MUHAMMAD. Right. AM-I don't think the (UI) family is. KW-Not all of 'em. HM-They're not. Okay maybe it's from the companions, from something. Right. Something closer to the PROPHET MUHAMMAD and we are quote on quote (UI). So they reach a level of arrogance that where they would even say, "You know, well PROPHET MUHAMMAD was a ruler of the Muslims, Ruler of the Arabs and he had more than four wives so I too can (UI)." They make the most They're just so arrogant we couldn't even imagine really. Right? Right, ADNAN? That's the level of arrogance they get crazy. You can imagine how proud they are of being Arab. KW-I've never been too exposed to Arabs like to that degree. HM-It's not all of them. It's just many of them fortunately it's not all of them. AM-If you lived in Kuwait, you'd see a majority (UI). HM-I don't know about Kuwait. KW-Are the gulf states worse than anywhere else? AM-Huh? KW-Are the gulf states worse than anywhere else? AM-The worst of them is Kuwait." "KW-This society is sooo freaking dangerous man. HM-Alright guys that's it for one night. KW-How did that sound to ADNAN who came from a totally different? HM-Yeah, but if he's in Kuwait he see's worse things he had some thing in a secret compartment too, that he's not as willing to CW-Yeah. Yeah. HM-Yeah, instead of having one woman you have 13. CW-Well they went where did did you guys go to Bahrain, also? Where'd you go to get out? AM-(UI) Stayed in Kuwait. CW-Not you particularly. AM-The Kuwaiti. CW-Your people. AM-Kuwaiti's go out of different places. HM-Hotels doesn't think like that. AM-(UI). Oh my GOD it's different. KW-It's different than here. CW-Do they have (answering at the same time as ADNAN). AM-I mean, you can do all what your talking about and this can be done but just not everyone has access. HM-Covered on the street. CW-So they have like private stills moonshine, wine and HM-Can you wear shorts on the street? AM-Yeah! HM-You can wear shorts in the street? AM-Yeah. In Kuwait it's not a problem. CW-Can you pick up women easy? AM-Huh? CW-Can you pick up women easy? HM-Well, if they're wearing shorts definitely (UI). AM-Oh, yeah. CW-Really? HM-If their wearing shorts? CW-In a Muslim country? AM-It's not a problem over there. HM-(UI) they wear tight

jeans. Even men don't walk (UI) in shorts. AM-Kuwaiti's walk in shorts (UI) (Loud truck passing) but I have seen women with mini skirts on. HM-Kuwaiti's? AM-Kuwaiti women. KW-Ahhhhh. HM-(UI) you won't see them in shorts. Even the men. I remember when I used to go play basketball in the clubs there and stuff. AM-eh, I used (UI). HM-And I used to walk out with shorts in the streets sometime, pretty long basketball, and people would look at me sometimes like, go put some pants on. KW-(UI). AM-Yeah, that's why they did in Pakistan because now Pakistan has changed. HM-(UI) it's been like seven years since I been there and it probably has changed a lot now. AM-(UI). But in Kuwait, we used to wear shorts. CW-Hmm. AM-In Pakistan, yeah. People (UI). CW-So your saying in Kuwait you can get what you get here, pretty much? (UI). AM-Yeah. You just gotta know where to get it from. KW-Like drugs. HM-Just like getting drugs. People think in the U.S. drugs are just everywhere and it's not. You just have to know where to go get it. KW-Yeah, you just gotta know. CW-Third Ward. (Laughing)." "CW-That's alright, if the Pashtunes can have hashesh in the mountain that's where I want to go. KW-That's right dude (UI). CW-Huh? KW-There's no way in the world, if you wanna practice the DEEN, there's no way to go. CW-The whole thing the way I look at it is, the level of um, accessability to those things. I mean, because the country could have the stuff in them but if they're forced underground it's better. KW-Yeah. CW-Cause I was talking to somebody, you know, about, about either doing dawah here or making HIJRA. Is the options either dawah or HIJRA? And he was saying, well you know, sometimes it's even, you know, well for the most part, it's worst then Muslim countries then here even. I'm like, well at least in Muslim countries a lot of Muslim countries you don't have to see naked women on billboards all the time. KW-Yeah. CW-Ah, I mean there might be women prostituting. You never know. KW-But it's not in the open. CW-Not in the open. AM-PAKISTAN (UI). CW-Yeah, but in Pakistan, how many naked women do you see walking down the street going to clubs? KW-Driving around. (roaring truck). CW-How many bars, how many bars do you have per Masjid you know I mean? (Low talking). I mean the stuff is the but its not as prevalent as it is here. AM-That's true. CW-Like for instance here's a cultural shock. I'm from Chicago. In Chicago, you would never see a x-rated billboard or a billboard advertising, advertising anything x-rated. Or any, any club ah, that had anything to do with ah, nude dancing. Down here, in the bible belt, in the south, they're everywhere. When I came down to the south, I was shocked, ah, at how many billboards, how many advertisements, and how accessible nude dancing and everything is. CW- In Illinois, you have to be out in farm countries someplace practically by the time you get to a x-rated adult store or anything like that. KW-I was in, when I was in Las Vegas back in April, walking down the street. Guys all along the sidewalk flipping these cards like this and just to go to strip bars, advertising on the street. They get paid to hand out these cards to go to strip bars. CW-Yeah. KW-Like dude (UI). CW-See, in Illinois, you can't do that they have laws against that. Even though they're there, we still have dry ca uh, dry cities. KW-(UI) there here in Houston, too. CW-Yeah. KW-Dry, dry counties. CW-But, but see. AM-Not in Houston. In Texas. CW-In Texas. KW-Harker Heights is an area of the Heights. CW-Yeah that's true. Yeah, but down here in the south their more liberal with stuff like that even though they claim to be so Christian. KW-Yeah. CW-But I've never imagined in my life seeing advertisements for nude bars and stuff like that until I came to the south. KW-Yeah. CW-You know, it's the accessibility. You know, I worry a lot of times about my children seeing stuff like that KW-Yeah. CW-In Chicago, I don't I wouldn't have to worry about that. Even though it's still an American city, you still got the same stuff. KW-Yeah. CW-And it's the same thing with Muslim countries. (Cough). AM-Yeah, but the thing is like, they're talking about Karachi. In KARACHI everything is accessable. I mean, you can get porn videos from any shop (UI) doesn't matter how old you are they're gonna give it to you. CW-They Pakistani porn or are they white folks? AM-Both. KW-Pakistani porn? AM-Unfortunately, yeah. (Low talking). KW-Gosh, man. The state of the Ummah's gone, man. AM-It's not, it's not, uh, how do you say this (UI) it's different then the American white folks. CW- It's different? (laughing). AM-I mean (UI). CW-Porn is porn, man. AM-I know (UI). CW-What do they do it different than we do? AM-I didn't, I didn't (UI). CW-They have the kama sutra thing going and we don't. (Laughing). KW-A little more involved? AM-I don't know (UI). But its there right, it's easily accessable. CW-Even, yeah, it's accessible but, not as accessible. AM-But the thing is, no, no, but the thing is it's accessable and it's available at the same time and anybody, everybody knows where you get it and it's not like, I mean, anybody goes to school, everybody knows where you get it. KW-You mean nobody's fighting it. Huh? AM-Who's gonna fight

it? KW-Huh? AM-Who's gonna fight it? CW-So in Karachi, how many titty bars? AM-Huh? CW-How many titty bars in Karachi? AM-What's a titty bar? CW-Nude topless women. AM-That's not, that's not accessable? (Overlapping). CW-Ho, how, how many are advertised at the streets? How many do you have to worry about your kids seeing and coming across? AM-No, for kids you have to worry about the billboards that are posted out cinema and the also (UI). CW-I'm not talking about cinema. AM-Why not? CW-I'm talking AM-Cause they show x-rated movie in the cinema. KW-(UI) what about the new (UI). AM-Their not in the whole country I talking about Karachi. KW-Oh. AM-I mean they did something like CW-Well let's talk about Peshawar. AM-PASHAWAR, they did a lot over there, I mean. KW-Yeah, in PASHAWAR they did. CW-They did what? (Overlapping). KW-They got rid of all the billboards. CW-My point exactly. AM-The got rid of the billboards, they got rid of the film, the video shops. CW-This is my point man, see you can find places to make HIJRA to that would be better. AM-Well personally, I think it's better to Dawah (laughing). CW-I think it's probably better to make HIJRA if you can. To a place where you can support in their efforts. AM-Yeah. (UI). CW-But Dawah, if your gonna live in this country you have to do Dawah. But I wouldn't go as far to say it's worse to make HIJRA. AM-No no no no I'm not saying that either I, I told my mom that if I'm going to PAKISTAN CW-Or even just as bad. AM-I'm not living in Karachi. I told her uhhh, don't expect me to live here in Karachi. I'm not living in Karachi (UI). CW-You're Kuwaiti anyhow. AM-No, but still, I mean, I don't have to, I wouldn't live in Kuwait either. KW-What is it with FIRASET? Why don't he want to move back to PAKISTAN? AM-Nobody wants to go back to PAKISTAN. KW-What's so bad about Pakistan? AM-Economically it's problematic for people who don't have influence. See what I'm saying? Like, if I am from a family who doesn't have influence in the political structure or whatever right. I might be always be like hand-to-mouth or stuff like that you know. KW-Oh yeah. AM-You cannot achieve uh like uh a nice live with children over here (UI). It's not like over here you have justice and the lower level and over there it's not like that. People supporting their own (UI) everywhere. It's just the rich growing richer. Over here you don't, there-there, that's, that's here too. Like, I mean, the rich keeps getting richer but still (UI). KW-Yeah, the middle class is getting wiped out. AM-Yeah but still the, the even the lower people they still have a decent, they can survive. KW-There all looking at the past time social-social programs and stuff. AM-In Pakistan, a police man, a police man a police officer cannot survive without taking bribes. CW-Well, that's like the police officers in Houston. AM-No. CW-Yeah, how of them do we know have second jobs? That's almost all of them. AM-Yeah, they have second jobs right. (UI) take bribes right they have to take bribes. They have to take bribes, accept bribes. CW-Well, my point is that you cannot survive without extra income. AM-Oh, yeah. CW-It's the same difference. AM-But, but still over there you cannot even survive to doing like three jobs in a day, you cannot. Just imagine getting like 200 dollars (UI). CW-That's why the Muslims need to understand that the wives can work. AM-Yeah but if that's the CW-Which might not be their obligation, but it's their obligation to have mercy. KW-That's a problem in Africa. AM-What? KW- In Nigeria, that's why the Muslims are, they have more then one wife because some wives are working, other ones are taking care of everyone's kids. You know what I'm saying? AM-I understand. CW-You gotta get by. KW-Everybody's working together to so (UI). CW-That's why you can't put your women down all the time. AM-Yeah, but the thing is, like, we are talking about the city like Karachi, we are talking about 150 million people and uh CW-What? KW-No, it's just a cultural in Pakistan is one minded. There's only one life the culture in Pakistan is one wife. AM-No. That's, that's KW-(UI) more then one wife. AM-(UI). It's hard too hard too. First of all, the ratio of men and women is almost the same. We don't have more women, a lot more women then men. CW-That's not good man. AM-So, basically, it's like equal. So, you can't have more then one wife (chuckle). KW-Uh huh. AM-You know, not everyone can have (UI) only a percent or 2 percent of the population can do it. And then the economy is so week that. CW-So why can't they take on Afghani wives man? There is plenty of wives. KW-Probably because there a lot of refugees. CW-Plenty of women. AM-Pastuns, Pashtun people do not like their women to be uh married to Non-Pashtuns (UI). CW-Yeah, but there's a lot of them that are widowed or orphaned. AM-But there over there they practice more then one they practice polygyny more then us. CW-I know in Afghanistan it's required that you have more then one wife. AM-That's why they can't. There's nothing you can do about it. CW-That's another reason why we need to go. AM-(Ha ha ha) That's that's (UI). KW-(UI) Pashtune (UI). CW-They're pretty

good Naw, they're pretty good looking. KW-Oh yeah? CW-In fact, there was one interested in me. When I fixing to marry FATIMAH, she sent me a picture on the internet, a picture."

7-5-05 "KB-(UI) Islam. It says those who leave your land kuffar they're not amongst (UI). OD-(UI) from the land they came? KB-Who? No, they were in a Muslim country. OD-No, they were oppressed. They were not practicing KB-Ohh OD- come on, the majority (UI). KB-(UI) Muslim country. OD-(UI) Islam. Everybody know that. (UI) country. Did they pay to (UI). AM-It's not a Muslim country. OD-I mean what are you (UI). AM-It's a country pop, populated by Muslims. JC-Thank you. UM2-Yeah. Yeah. JC-I, I've taught you well. (Laughs) OD-(UI) (SC) what, do they have, do you have more people in Pakistan or more people in America. AM-Over, over here. UM2-(UI) people in America. OD-So (UI) Muslim country. More freedoms. KB-Yeah, but OD-Can you, can they, can they set up a (UI) like they have there KB- I don't want to (UI) Muslim country (UI). OD- .and do whatever they, and say whatever they wanna say in Pakistan? AM-No. OD-Ok, so they can practice, they came to a land where they can practice Islamic the way they, they, the way they see fit. (UI) They're free. KB-So they're (UI), they're just in a land of non-Muslims, they can (UI) spreading (UI). OD-KOBIE. KOBIE. Be careful what you let people (UI). Be careful what you let people teach you, 'cause people will teach you (UI). KB-So you don't think they're supposed to be here spreading Islam?" OD-The, the Qur'an tells you that if you're not able to practice your (UI), don't say don't say that you couldn't practice your (UI) because you oppressed in a land. Allah says, isn't my earth spacious? UM4-(SC) Spacious enough for you. OD-So you go where the freedom is. What's wrong with coming here if you can't practice it the way you want? What, ain't nothin' wrong with coming here. If you just, even if you just come with a practice, you might, (UI) if you doing da awa, I (UI) people (UI) da awa. JC-Isn't there a head deeds where the prophet SOLAI SOLLAM sent some of his believers to a Christian king because he wouldn't be oppressed. UM2-Yes. (SC) city. KB-(UI) but he didn't stay there permanently. He didn't estab, they didn't establish that as their homeland. OD-Did you ask them, when you went and talked to them and you asked them their opinion, did you ask JC-That doesn't negate (UI) my point. That doesn't negate my point at all OD-No, no, all I'm saying is JC- because you could check with those scholars and you cannot just chop somebody's head off just because they want to convert to Christianity. OD-Nobody in America's gonna tell you that, 'cause they live in America and they have JC-No. No. OD- a different paradigm and those JC-No. OD-go to Saudi and ask the same question. JC-Saudi is not an Islamic government. UM4-Sure not. JC-They are not an Islamic government. OD-(UI). They still got Sheiks. JC-Under the control of the, of a dictatorship, of a regime. Under a non-Islamic government. OD-So only the Sheiks here, on, only the Sheiks here have good (UI)? JC-Uh, I'm what I'm saying is that you cannot judge UM4-I'd ask that in Iran. JC- Islamic law based off of somebody who is oppressed by a dictator who's given you the wrong impression OD-I, uh, what I'm saying, what I'm saying, Jim, is that what I'm saying, Jim, is you ask a lot of people JC-Like women can't drive. Women wear have to wear tents OD-you ask a lot of people for their opinions and what I'm saying is, what you're telling me right now right or wrong, what you're telling me, right or wrong, is that I asked my wife who's knowledgeable, I asked this Sheik, I asked that Sheik, but tell me what you read, what you've studied. Not who you asked. Tell me what you studied. OD-So if, if someone in an Islamic country just stopped praying that, they're not gonna get in any trouble? JC-They shouldn't. Islamically, no. OD-They shouldn't? Ok. Alright, but so if the, if the Sheiks and the scholars, they'll make that type of (UI) then are they wrong? JC-Make a (UI) to kill 'em? Absolutely. Absolutely they're wrong. Because this is something between me and Allah. OD-Yeah. Ok. So, so do you understand, do, do you understand that scholars all around the world are doing these type of (UI) all the time? JC-Under the thumb of brutal dictatorship, yes. OD-Ok, so all I'm telling you is that if they're making these decisions, under brutal dictatorships which rule all of the Muslim world JC-And this, this is where your (UI) comes. OD- we need to study the (UI). JC-I, I agree. OD-That's all I'm saying. JC-Well, we agree on that. OD-Is that, we, it's not necessarily that they're bad people, but we gotta understand the state of the Muslim world. The majority of it's been colonized. The majority of it is being under dictatorships. The, these scholars don't have religious freedom. That's why a lot of 'em come here too. JC-Yeah. OD-So yeah, a lot of stuff that's been written and a lot of stuff that's been said, we have to evaluate it carefully, we, not that we making ourselves better than anybody or scholars, but look, the word of God is for every mankind.

The, the word, the, the Qur'an ain't just for scholars. The Qur'an is for anybody that wants to be God (UI) God. JC-Right. Right. No, we're supposed to interpret it for our, ourselves as well. OD-(SC) And, and we have an obligation, even if it's just a group of us, coming together and studying together, to learning together JC-Yeah. OD- whatever. We have an obligation that what are we gonna pass to our children? We gonna pass another culture down to our children and call it Islam or we're gonna strive to learn Islam so what we're teaching our children is proper, in, in evidence by us, 'cause Allah tells us also to make sure you have evidence for what you're following. JC-Right. OD-That's what Allah tells us. He said, he said verify, make sure it's correct. JC-Right. OD-You know? That's all I'm saying, is, is that we don't have "KB-I know Yeah I, I yeah, you're right the, there's an error of uh, blind, because the scholars have divided the Muslim history into like seven categories seven eras and the era of Tacli, blind following is what occurred and, so when Muslim's started following, (UI), so I'm following the (UI). OD-But that's (UI) And it's still going on today, well ya'll but it's still (UI). KB-And it's so And so, so so they became actual physical fighting against one another and even, like recently, before the Saudis came into power, if you look at old pictures of the Kaba you have these like little stations around the Kaba and the Shafis prayed here and the (UI) prayed here and the (UI) pray here You can go (UI) and you'll see those So it, that OD-Isn't that terrible? KB- that, that's, that's where, why the Muslims failed and the Hilafa fell and all that because we, we had sunk that low. OD-That's why when people talk about getting out of America, I, I agree this is a, lot of bad things in this country, but there's some Muslim countries I don't wanna go to (UI), 'cause we don't have the freedom to UM4-Heck no. OD- to, to practice (UI) even the way we practicing here, we, if we were sitting here having this discussion somewhere right now, we might be arrested. UM4-Man, we'd be in jail. OD-I would be in the number one there, I'd be hung probably in the morning. You know? JC-(Laughs). KB-Well, it's still a lot of Baraka in those countries, I mean you can't, I, I mean you can't totally negate it. UM4-(UI) Yeah, but we have, but we have to look at it too, you know. You know, plenty of times America's not the best, but it's darn sure not the worst, you know? And the thing about it is Allah has given this land, a new chance, this is a new land, this is right for Islamic colonization."

8-9-05 CW "CW-Where would they deport him back to? Where's he from? KW-Kuwait. CW-Is that where he from? AM-Jordan. KW-Or Jordan. CW-Jordan? KW-Yeah Jordan. AM-He can't go back to Croatia. KW-He, he, he was in Kuwait at one time. AM-He was in Kuwait but, he's like me. I mean I can't go back to (UI) unless I apply for a VISA. KW-But you were born there right? AM-It doesn't matter. KW-Dang that's messed up man. You were born in Kuwait and you can't live there? AM-Yeah. KW-What kind of place is that man? AM-All, all of the, the (UI) everything (UI) KW-Man, and they talking about we shouldn't overthrow our leaders. CW-Yeah. (Laugh) KW-They say we shouldn't overthrow our leaders. AM-You know I was here, the year after? (UI) KW-Oh, I haven't heard that in a while. AM-Man, it, it, it's gonna come down on the rulers then. I mean, no, I don't, there've been so many people today that you know like people like rulers But this uh, I mean, rulers make a difference. KW-Yeah I know. AM-I mean, they're the one's who were key, who were responsible for whatever goes on (UI) KW-(UI) reading, hearing about, oh no that stories of the prophets. I was thinking about another tape/cd. But yeah, the rule, the whole reason why all this is going on, is cause the rulers. AM-You know these people will never These people will never enter paradise. KW-London bombings, you name it. Yeah. AM-IMAMS, martyrs, you know these people are never ever gonna, cause these people, they're responsible. They have (Car horn) so much responsibility on their shoulders and their just doing like this? They just, are gonna end up KW-The House of Saud is very good. He turned on IQWAN. King ABDUL AZIZ original founder if Saudi They helped him unify Saudi Arabia But you know what they wanted to do they didn't want to stop there in the 1920's, they wanted to continue on. But he didn't want that, King ABDUL AZIZ. So he got the 'ULIMAH of Saudi Arabia. To pass a FATWAH against it. And when they did, he turned on them and killed them. Wiped them out. AM-Wow. KW-What they did is they fought for him by unifying. Cause you know, Saudi Arabia. Was (UI), had their own war lords and tribes and stuff. Everybody was everywhere. The only way to bring establish the country was to bring all these war lords together under one umbrella. And to do that he had to fight them. And he he used the uh the military might of the IQWAN to do that. And so they fought and they won. And but IQWAN said, well let's not just stop here, we wanna

continue all the way back to Turkey. (Laugh) Reestablish the KHILAFA. And uh they turned on IQWAN and just wiped em out man. But ”

8-16-05 CW “AM-You know from Kuwait, I went to Pakistan doing the Gulf War we went all the way like this (making a blowing sound). CW-Really? (Laughing). AM-You believe that, went all the way cross Iraq into Turkey then entered Iran from here and then dead on. CW-How many miles is that? AM-It took us, I don’t know how many miles. It’s a long trip. KW-That’s why I was saying Iran would probably be a better choice than Pakistan. AM-Huh? Yeah, but I don’t know I mean I'm not comfortable with Iran man. I don’t know much about them. I don’t know much about Iran. KW-You just know that they are Shia. AM-Well I mean, have been to Iran. But I didn’t see that many religious people over there. KW-Oh yeah. AM-Yeah, Pakistan all ready know that in Peshawar you go there to meet religious people and this and that. CW-I think what KW is talking about is about actually getting across the borders. Right? AM-Yeah, but. KW-Yeah, we have our pickings. CW-Yeah, I mean they would not have any interest in stopping us really. (Sounds of plates hitting together. They are eating) That’s what he is trying to say. KW-Iranian government is not gonna do jack. CW-Not like the Pakistan government which has troops all over the place. AM-No but it's just different. I, I mean. I don’t trust, I mean. (Stammers) I need to speak with some Iranian guy before I would even CW-(cuts in) The reason why I feel better about Pakistan is because you speak the language. KW-Yeah. CW-And you can get us around and if I just shut up then I will look like I blend in some place in the area. AM-Right. CW-Just wear my Afghan hat and we’re good. Grow my beard out a little bit. AM-Huh (laughing). CW-Then I can learn Pashtu, uh Pashto. AM-But see the problem over there these days is like, I mean I haven’t lived in Pakistan for long. I can easily be be, ya know ” “CW-Looking around enjoying the place, visiting friends and we’ll have friends there that we can like ah HANIF and um And ah. KW-Where is HANIF living? AM-Karachi. CW-Who knows maybe Firasat will be around, that way he can come with us. He supposed to be here ah. AM-We’ll probably get a car when we get there to move around. CW-Car. AM-Yeah. KW-Rent a car? AM-We’ll just buy one. Then sell it. CW-Mercedes (laughing) AM-Nah, just a small car. KW-Why don’t we just stop in Kuwait and get your Mercedes and drive it across the desert over to Pakistan. AM-I wish (laughing). CW-Ah man.

9-20-05 UCE “CW-Do they have ghettos in Kuwait? AM-No. CW-No ghettos? No place where you can park you car and people will come out and strip it down in five minutes? UCE-No projects, in other words. AM-No, no. Not at all. UCE-Do they have thieves in Kuwait? AM-Huh? UCE-Do they have thieves in Kuwait. AM-Yeah, but not like, not like uh UCE-One named ALI BABBA and forty more? AM-Huh? UCE-One named ALI BABBA and forty more? AM-They don't have something like that. No, not like I mean. They won't break into your house like that. UCE-Scared of (UI) getting the hand cut off (UI). CW-Huh? You haven't lived in Pakistan have you? AM-Three years. CW-Three years? UCE-You were too young to remember? AM-Yeah because during the, during the Gulf War, during the Gulf War you know now, then after my dad passed away. CW-They're in Pakistan? AM-Now they're in Pakistan. CW-Were they there when you were there? AM-Yeah. We've always been together, especially when my father died then they moved by to Pakistan. I stayed in Kuwait. CW-What part of Pakistan did you stay? AM-Karachi. CW-I forget where Karachi is. AM-South. CW-Yeah. Now, now I thought it was I thought you had relatives up in Peshawar. No? AM-No, I don't, I don't have CW-In the northwest territories, you don't have relatives? AM-I don't have any relatives there. One of my cousins who went there, they have, but they're not like direct, like not my immediate family. CW-Oh, one of your cousins has family? AM-Yeah. CW-Is that the one that just came back from uh, Uof H? AM-Right, right. CW-Are they MIRZAs too? AM-No. CW-How do, how do names translate in Pakistan? How do you give last names? UCE-Father's side of the family. AM-Norm yeah, father's side, father side. CW-Father's side? AM-Yeah. It's the same. I think it's like across the board. CW-You got like a billion cousins man that live here in Houston and then you have cousins there. AM-We have, we have, I mean our families are way too extended. CW-I would agree with that.”

1-10-06 UCE Mag “UCE-Do you remember when you were a kid and (UI) and nobody wants to even want to start (UI). KW-Yeah. UCE-(UI) chip on your shoulder. Kids they put like something on their shoulder until somebody get brave all of a sudden (UI). KW-You guys used to fight in

Kuwait? AM-Yeah. KW-Oh yeah? AM-Everybody fights in Kuwait. CW-Adnan was the bully. KW-He's laughing (UI). UCE-(UI). AM-These guys know more about fights than I do. KW-Muslims fight Moslems in Kuwait? AM-Yeah so UCE-Nobody else there to fight, who else you gonna fight. UM-Sometimes they would try Hindus also (UI) and they would try them AM-For no reason UM-For no reason. UCE-Pick a fight just to uh AM-Why, why were you looking at me like that? Big fight, big fight (UI). KW-Oh yeah? AM-Yeah man UCE-(UI). AM-It becomes a police case."

1-14-06 UCE "CW-Their children are out there. Their children are American. MS-(UI) a Middle Eastern guy (UI). KW-If you were born here. CW-(UI) KW-If you were born here. MS-That doesn't matter. KW-Yes it does. You grow up around American. MS-There were Indians in Africa. They lived there they were born there, generations lived there and they were kicked out. So what a black guy can live there. That's no joke I mean there, there are people that lost their lives. Indians, Indians who (UI) you know what I'm saying. I mean think about it. KW-I see what you are saying, but. UCE-I see, I see it as being your culture, but. KW-If you were raised in a particular place all of your life. CW-That's your culture. KW-That's your culture. MS-Same tribe though, same blood line. Like you said. KW-Blood line doesn't matter. MS-But like you said, like he said it has to be in the tribe. KW-No. That's what, that's what YASIR QADI said. MS-Yeah. KW-It should be in the tribe. MS-Right and the tribe of the same. CW-I think that. (all talk) KW-If you are a Pakistani you have to marry a Pakistani. UCE-That's just, that's just racist. KW-If you are Arabic you have to marry Arab. If you're, you know American. MS-Not have to but its preferred or whatever. KW-Yeah its not Haram not to, but. CW-But if you are a scholar. MS-And if you are Muhigi(PH) marry with Muhigen (PH) not Punjabi. AM-But if I'm a Muhigi (PH) I grew up in Kuwait what am I? MS-No man. AM-No man that's wrong. KW -You are a man without a land. MS-You are still Muhigen (PH) you moved to Kuwait and live there. Wow what's the big deal. AM-No it's different. She went to. KW-No I'm saying. (Sneezing) MS-You guys need to seriously you know just jump this guy one day. Just randomly and be like that's it get rid of her. Lock him up or something. CW-Well I told ADNAN to take care of him but, if he really felt that strongly you need to do something about it. KW-I think if a child want to marry and he or she grow up here in America and they wanted to marry and American who is Muslim then I don't see no problem with it. AM-Yeah but the daisees (PH) have a big problem with that. MS-There is a number one problem the people who do want to marry cannot find support. KW-Their children are not Arab. I mean they are Arab by ethnicity but by culture no they're not. UCE-Put its like this if ah, if ah black, white what ever person from the United States goes over to Pakistan lives there for twenty years has kids there what would you expect their kids to do? MS-Act Pakistani. UCE-Exactly act Pakistani. See a Pakistani girl, be like oh she's kinda cute. I want to holla. What's the difference? AM-No I agree with that. UCE-Yeah. AM-Through them it's a problem. UCE-Yeah. CW-It's because they are all racist and the scholars are encouraging racism. AM-That is exactly my point. CW-Like YASIR QADI. AM-Yes, I I told you. That's wrong that's wrong he shouldn't say something like that. KW-In that particular area I think he is totally wrong. Other areas I think he is correct in. AM-Well in that particular area he's, he's absolutely wrong." "MS-Man, one of the muslims, one muslim hit a nerve. The apartment complex, we got in trouble 'cause we had a knife. Apparently we're not supposed to have weapons (UI). KW-Where in uh..? MS-In our apartment complex as well. KW-Which one the? MS-Even in our cars. KW-In . MS-In an agreement you sign. AM-Can you own a gun over there? CW-Where's is this at? MS-You can own a gun but you can't bring it on campus. CW-Is this in the state? AM-You can own a gun? MS-You can't like have it in your trunk. KW-It's in Abu Dhabi. MS-On campus. CW-No. MS-No, no, here. KW-Oh here. MS-UT Dallas. AM-In Abi Dhabi should not own a gun. MS-You cannot own a gun. KW-Oh yeah. MS-I don't even know where you can get one. CW-You can't do that. MS-It's really hard to probably even get one. KW-Why not? UCE-Hard to get a gun? AM-Why not? Freedom brother, no freedom. MS-Why do you need it? Over there UCE-Because it's MS-Over here I understand it. It's a little bit unsecure. Over there you can walk around like 2 o'clock in the night and be not afraid of getting robbed. AM-(Laughs). And they don't, I mean MS-Anything. Leave your door open. KW-Some people just do it for sport. AM-They's (UI). MS-There is for sport I guess you have to be (UI). UCE-Black man always find a reason to have a gun. MS-(UI). (Laughs). UCE-It's a sport. Thought I might have to shoot cans.

2-6-06 Sess. 5 CW "CW-Do you know Khalid Sheikh Mohammed that they KW-Nobody knew about this. CW-been talking about a lot KW-Huh, say that again. CW-Do you know that guy Khalid Sheikh Mohammed they been talking about a lot? KW-I don't know ah Khalid Sheikh Mohammed. CW-That, that, that name sounds familiar man, like they've talking been talking about him for along time. KW-Uh huh CW-And now all of sudden they come out with this. KW-Huh, Khalid Sheikh Mohammed, that name sounds familiar. CW-I know. KW-I don't know, but, but, why is Bush saying this? CW-Uh just saying KW-Oh I'm yea I'm on ah MSNBC website and I see ah the link to it. CW-Yeah, he must be mentioning it because Al Qaida's still working in the U.S. or something, you think?. KW-Well, why, why doesn't nobody else know about this? CW-I don't know. KW-(laughs) CW-(laughs) KW-That's pretty odd. CW-I know man. KW-Khalid Sheikh Mohammed CW-It sounds familiar. KW-Nah, oh ah I'm wait, wait, you said that Khalid Sheikh Mohammed, the alleged master mind of September 11 attacks was captured 2003, oh wait- Khalid Sheikh Mohammed, isn't that the, no that's Moussaoui. CW-Yea, Moussaoui is the the what 19th or 20th guy they were saying about September 11, but Khalid Sheikh Mohammed sounds familiar and I can't place it. KW-He was captured in 2003. CW-Uh huh KW-And already began planning the west cope coast operation October just after September 11. CW-Uh huh KW-(sneezes) Alhamdulillah. One of Mohammed's key planners was Hambali the alleged the operation chief of Al Qaida related terrorist groups from JAMAAT ISLAMI. I'm gonna look Khalid Sheikh Mohammed, look him up on the web. CW-Yeah, that's weird huh. KW-Yeah, ah the name is on the tip of my tongue, he sounds familiar. CW-Uh huh, you think it's Al Qaida? KW-Y - e - a - h, oh, yeah I see his picture, he's in Wickipedia CW-Uh huh KW-(laughs) CW-Oh KW-Man he's actually a, I mean I didn't know they had biographies on people like Mohammed. CW-Well that's the CIA world fact book right there man. KW-(laughs) but ah Khalid Sheikh Mohammed ah yea, he's ah, ah looks like he's Arab, you know big, big beard. CW-Uh huh KW-But ah he's the Pakistani Kuwaiti mastermind of September 11. CW-Aaaaaah

2-14-06 UCE "UCE-Well, I think it's best on us, for us to plan in knowing where we're gonna go so that we, even though it's all basically going to be same. I mean I don't really want go over there -like "Hey wherever they send me!' They might be like you know. They might be like -yeah yall want to go to KUWAIT. ADNAN be like 'Yeah I'll get my Mercedes.' (AM -laughing).

3-11-06 UCE KW-And that is another thing ADNAN if you think that YAHIYA is down on audience then you can have guests. AM-Yeah. KW-That will fix that problem easily, and he's good at interviewing guests. He's excellent. UCE-Yeah. AM-But the reason why I feel when he does the show by himself and the audience is narrowed He comes from the prospective of a Christian. UCE-Ok, just like. AM-As ah. UCE-Just like anybody when they come they are going to come from the pros. Excuse me from the point of view of what they know. AM-Yeah, but I understand but. UCE-If you get on there you are going to come on there as a Pakistani living in Kuwait. I mean. AM-No. I, I. UCE-That's what we do. You can't blame him for not being able to relate to something he wasn't. KW-I think he's saying, what ADNAN is saying is like if he had ODELL on there ODELL was able. YAHIYA doesn't have the ah, he has the street level. UCE-Right. KW-Where as ODELL was a cross between street level but, at the same time on the intellectual.

3-17-06 UCE UCE-PAKISTAN. Do you ever get homesick? AM-No, I didn't stay there... UCE-Long enough for it to feel like home? So like in a way you're looking forward to getting over there? AM-Hmm? UCE-You kinda looking forward to us getting over there? AM-Yeah sure. UCE-I know, sounds like uh KOBIE, he's excited. And actually everybody is really. AM-Yeah. UCE-KOBIE can't wait. AM-(Laughs) UCE-(Laughs) I think if he had the money he'd be like let's go tomorrow. AM-(Laughs) Let's go tomorrow UCE-(UI) which is probably all of us would be. AM-BUSH's rating are going way down now. UCE-Yeah. But, that's not going to affect us though man. It's not gonna matter.

5-16-06 UCE "CW-It's up to your people. UCE-What can you do about it, huh? CW-Those are your people, they are not from PUNJAB (PH). AM-I'm from KUWAIT. I'm from KUWAIT. (Laughter) SS-Shut up, shut up, shut up. HR-He's dreaming. SS-Yeah exactly, he's dreaming. AM-I was born in KUWAIT man SS-He was born or whatever. AM-I'm from KUWAIT, man. SS-Alright, your own people don't accept you, now what are you going to do? You have been exiled. That's what it is, you've been exiled. CW-I wouldn't put TURKEY on my resume if I were you."

Melon
6-4-05 CW "CW-My girls are pretty good. They don't, they don't go into our room and into our stuff but you never know with kids. You know? Turn your head one minute that's the end. That's all it takes.
MM-Yeah.
CW-So I keep everything locked up. Double locked.
AM-The boys are around them.
CW-Yeah the boys are the worst. Especially me when I was little. I was shooting people windows out and everything. I would terrorize the neighborhood with my BB gun.
MM-My mother messed up and gave me one of those uh, wrist rocket sling shot.
CW-Huh, huh.
MM-Boy ...
CW-That was it, huh (Laughing)?
KW- I use to come down it all the time.
MM-Huh, huh.
KW-And then there was like this little tiny Burm, pitch...it had these yellow watermelon, yellow . We use to throw it at the cars. I get like ten of those windows bubububububu (shooting with mouth). (all laugh)
MM-If I find those kids I'm a kill him, man.
KW-One guy chased me man . Chased me in his car through the neighborhood....(laughing)."
9-17-05 Sess. 1 UCE "CW-Oh gosh, target...
AM-Well (UI).
UCE-Target.
CW-You have to kill this in order to eat it.
AM-Come on.
UCE-We need to uh.
CW-Serious.
AM-Can't do that.
CW-I bought a watermelon to satisfy your uh, your thirst for melon.
UCE-We need to get a nail to put...
AM-We have four of them?
UCE-One for everybody. It's a target...those are targets the watermelons is to eat.
CW-Okay the watermelon is to eat.
AM-No you can't shoot those.
CW-There's a reason why we're going to shoot those.
UCE-Well do you, do you want to be holding that while we shoot it?
AM-No.
UCE-Okay.
AM-I know.
UCE-Okay, yeah that prove, that proves a point.
AM-Why?
UCE-Because it proves a point
CW-Because it proves a point
UCE-Part of the training.
CW-Right.
UCE-Alright. Not shooting that thing huh? You not shooting the handgun today are you? You got to find like a stick long enough to put the uh melons on cause the top of that board is like the two by fours here and the top of the board is like probably that, that high, and I could probably a stick in the dirt behind it. Just gotta find the right thick enough stick. Put that in the dirt behind it. Or it's a fence post that's down we can uh that's knocked down."
9-17-05 Sess. 2 UCE "CW-We mowed that sucker down. Hey UCE
UCE-Yeah.
CW-You want to do, uh, you want to do one of the melons?
UCE-Uh,...
CW-When do you want to do those? Want to use the bigger caliber or the smaller caliber?
UCE-I say let's do the melons last after everybody's nice and comfortable. And do those with yours.
CW-Okay.
UCE-And that'll. That'll show. That's why I was pulling this out.
CW-Okay.
UCE-But, we'll stick this in the dirt back there and the melon will be on top of this. You still wonder why the melon right?
AM-Yeah.
CW-You'll see why the melon (UI-mic interference).
UCE-They're poison melons. (laugh) They're already poisoned.
AM-Yeah right (laugh)

CW-These melons are gonna (UI) (laughing)
UCE-These melons are BUSH's melons. How about that?" "UCE-Thinking about picking up a couple of more people?
KW-I don't understand what you're.
UCE-What I'm saying is that if we're gonna practice as a team. If we're gonna practice as a team then everybody has certain responsibilities.
KW-Okay.
UCE-Basically, as a matter of fact that will be the next thing (UI - static).
CW-Like geez KOBIE. He's going the extra mile.
UCE-Don't even think it. Don't think it. Don't think. Just do. I bought you a special watermelon to cut up.
AM-Why do you bring me a melon?
CW-(UI) feel bad about this.
UCE-Okay. KOBIE, how tall are you?" "UCE-That's what this is simulating, okay.
CW-That's interesting.
UCE-After you and I do this we can switch, we can switch rifles and, you know, go to melons and stuff.
CW-Cool.
UCE-Cause we would have pretty much done with what we needed to do here." "UCE-Alright uh, it's like eleven hundred (time)?
CW-Yeah, that's probably about right. Let me check.
UCE-I'm gonna be getting this....
CW-Eleven yep.
UCE-....okay, I'm gonna be getting this ready to do the melons that we're gonna with the sniper rifle.
KW-Okay.
UCE-Every other weapon, take all of the ammo out of every other weapon, cause we're gonna do something with them, with empty weapons, and all of us need a weapon.
KW-Okay.
UCE-So, all that. I'll be getting this set for the melons. Every other weapon. All of the ammo out. Make sure everything's out.
CW-Okay. And we'll leave it up there at the uh, at the table.
UCE-Leave the ammo at the bench and, yeah, (UI). Having fun yet man? Learn anything today? One.
CW-There's two guns down there." "KW-Boom boom, boom, boom. (verbal gun noises)
UCE-Alright. I'll be setting up some melons. You guys put those guns on the table and (UI). Would you take that one to the table too please? Well I'm going to the table too, I have to get a melon. Well, how do you guys feel about that?
CW-You could have left that there KOBIE.
KW-Oh yeah.
UCE-Yeah that's what we're going to be shooting.
CW-Water break? Anybody want water. Yeah, cause I'm dying.
UCE-I know you hate to do it. Thank you Sir.
CW-Draw a happy face on it?
UCE-What?
CW-Draw a happy face on it.
UCE-Okay.
AM-No, no. Crying.
UCE-Crying? Okay.
AM-He's actually drawing something? Oh my God.
AM-All, everyone should be crying man.
CW-(UI)
UCE-Yep. It's bald headed like Charlie Brown. (still walking). Shooting from a prone?
CW-Yeah. Want to go first man? Take out the first melon?
KW-Yeah
UCE-Which one you going for?
CW-Just load one round at a time. Since we're gonna switch.
KW-We're gonna use this? Okay. " "CW-From the....
KW-How we gonna shoot it?
CW-Belly position.
UCE-Prone on your stomach.
KW-Okay.
CW-But uh, yeah, just load one round at a time since we gonna be switching.
KW- One round at a time?
CW-Yeah.
KW-Okay.
CW-And if you miss I'll just give you another one to put in.

KW-Uh, what if uh, (UI).
AM-Do you keep 'em back there?
CW-Maybe. Okay uh, don't shoot yet. I want to see this.
UCE-Lay on your stomach there KOBIE.
KW-Stomach, but I can't.
UCE-Yeah you can. You should be able to make that.
KW-Is there a cap on the front?
UCE-You can move it over here. Move over here.
KW-Okay, I see.
UCE-Can you see?
KW-Yeah, I can see.
UCE-If you want to try the chair, it'll make it comfortable for you. You want to try sitting that on the chair you can do that. You want to try that?
KW-No, this is fine.
CW-Which one you going after?
KW-Which ever one I can find first. The one on the right.
CW-Okay. (begins firing - one shot fired / shooting at melons)
UCE-I guess he's going for the center one.
CW-That wasn't the one on the right man. (laughs)
UCE-Stop. Move your finger. You only get one melon. Mission accomplished.
KW-Did I miss it?
CW-Yeah, you got it.
UCE-Mission accomplished. Look in the middle.
CW-You didn't see that sucker blow up?
KW-No.
UCE-(laughs)
CW-That was cool.
KW-I got the middle one?
CW-Yeah.
UCE-Yeah. You were aiming at the other one huh?
KW-I don't know which one I was aiming at.
UCE-You had to be aiming at that one cause you shot that one.
KW-Yeah.
CW-ADNAN (calls out).
UCE-You know what. I'm gonna make it easy for everybody. Everybody shoot at the middle.
CW-This is really cool KOBIE. Let's see how good of a shot ADNAN is.
AM-(UI).
KW-Why not? The wild boar.
AM-No. Somalian refugees.
KW-Oh.
CW-The middle one. The one on, on the uh, middle pole.
UCE-Finger off the trigger.
CW-There he is. Target acquired. I missed. No I didn't, I hit the melon man. There's a hole in the head. I can see a hole in it
AM-Let's go see.
CW-Alright.
KW-Hole in it?
CW-Yeah, there's a hole in it. It didn't explode.
AM-Let's see.
UCE-Walkie talkie. I'll just give you a thumbs up if there's a hole in it.
AM-I want to see.
CW-Darn bugs.
UCE-Most of it's over there.
AM-Where.
UCE-Most of it. Look. All over here. Anybody want to shoot the last one? One more. Yall are having such fun. Ah, there you go.
CW-Took care of that problem. Took care of that problem.
UCE-Alright uh...” “UCE-Everything down there is, is biodegradable melons. (laughs) Didn’t you like shooting that melon man?
KW-Yeah, that was fun.
UCE-I'm tired man.”
9-17-05 Sess. 3 UCE “UCE-Right and, and you know if we...we can actually like do the....tactical stuff...if they're not here if you're not trusting them all the way you know. But then again...it's easier if you don't have anybody over that you don't trust.
CW-That's right yeah.
UCE-Or if you know they're a big-mouth. Leave 'em where they are.

KW-I think probably more....it'll be more likely with Muslim American.
AM-Um...I should not come for next time?
KW-No.
UCE-You don't count.
CW-ADNAN....you don't count.
AM-Why?
CW-You're one of us.
KW-You even admit.
AM-(Laughs). I'm not one of them.
KW-They go buck wild when you start talking 'bout guns.
UCE-We gotta like learn a secret password today? (Laughs). Password's CHARLIE BROWN.
KW-CHARLIE BROWN.
UCE-If you don't say CHARLIE BROWN you can't come in.
KW-CHARLIE BROWN.
UCE-If you don't know CHARLIE BROWN and a honey dew, and a honey dew?
CW-Yeah that's right.
AM-(Laughs). Man.
UCE-When I say CHARLIE BROWN you say honey dew melon.
AM-I'm trying to forget that see. When can we have the watermelon though?
UCE-Anytime you want.
CW-Anytime. Anytime you want it. It's yours ADNAN. We bought it for you because we knew that you would be heart broken.
UCE-When I say CHARLIE BROWN you say honey dew. (Laughs).
CW-(Laughs). Yeah...(UI).
AM-I, I change most of my passwords today. (Laughs). Using the CHARLIE BROWN password honey dew.
UCE-We all know. We know, we know that, we know that means you were out here...training. I say CHARLIE BROWN you say LUCY...you know something's wrong. It would be easy enough though....just as we have other...you know...we have other people just to...not do anything too much in front of 'em until you're comfortable. And that's not hard." "UCE-We're gonna get a ton of our water from watermelon later on so.
CW-Watermelon...yeah. " "CW-Watermelon....this is for you...okay.
KW-Those people are probably on government assistance. They're still poor.
CW-Yeah...you're, you're assuming that everybody's rich ADNAN. " "CW-ADNAN?
AM-Yeah.
CW-You see this? I'm fixing to cut it up. So you don't.....here...here's my knife. You're probably better at cutting it. I'll just cut a big chunk out of it. Take care of it for us.
UCE-Take his mind off of things. Go and cut a watermelon. Not worried about that food in that truck now. Come on. Cut that watermelon.
CW-Yeah. It'll make him feel better....
UCE-You can do it.
CW-For losing some of his friends back there...on the pole.
AM-What?
CW-Your, your, your cantaloupes or your...
KW-Watch your fingers.
CW-Melons.
AM-Yeah man.
UCE-You're still a melon murder too though.
CW-Yep...he is.
KW-Yeah they could just stab it man.
UCE-Well at least, at least we were merciful....just one shot to the head and done. You're cutting it slowly.
KW-He's in pain man. He's suffering.
CW-You didn't even do the Fisabilla (SP) did you.
AM-(Laughs). (UI).
CW-You didn't even say allahu akbar..
AM-You don't have to say it out loud. Say bismillah (PH)." "CW-I could see those fingers going man.
AM-Where?
UCE-To the hospital.
CW-Soon as that sucker decides to slip.
UCE-Fingers all wet.
UCE-How did Somalian refugees make it to Houston? How did Somalian refugees make it to Houston?
CW-Usually um.....Catholic charities or something like that.
KW-Yeah. (UI).

AM-(UI) from many countries..
UCE-From many countries? I thought y'all said Somalia. I thought it was really... You said Somalian. I thought it was really...in Somalia.
AM-(UI)...yeah, yeah. Different....different parts of Africa mostly. AFGHANISTAN. (UI) even (UI) Shiites. (UI) all those war torn areas.
KW-They commit a lot of shirk in AFGHANISTAN? Them commit a lot of Shirk in those areas?
AM-No.
KW-Like they do in PAKISTAN..and INDIA?
AM-Uh-uh.
KW-They don't?
AM-Not a whole lot.
CW-Those honeydews smelled pretty darn good didn't they? Smells like they would have been really sweet.
AM-They were. I could tell.
CW-Yep...(UI).
UCE-They were talking to you weren't they?
AM-(Laughs). Huh?
UCE-They were talking to you weren't they?
CW-(Clears throat). Please help me. Please help me. He's gonna have nightmares (UI).
UCE-And you blew 'em away. You might as well say...go ahead...make my salad. (Laughs). ”
9-18-05 UCE “UCE-all you want (UI) I see who ever wants to aggravate you just bring a whole pile dirt and just, whole pile of dirt and then just take some food and waste it.
AM-(Laughs).
CW-I think those melons are (UI).
UCE-I know I don't think he's ever gonna forgive us actually.
CW & KW-Yeah, (laughs).
UCE-The only thing that works in our favor is remember you killed the melon too.
CW-Yelp.
KW-(Laughs).
UCE-So he really can't say a lot.
CW-Yeah he (UI).
UCE-Yeah you're a melon murderer and you have on a CHARLIE BROWN face too see if you notice the one I shot didn't have CHARLIE BROWN on it.
AM-Yeah he saved the last one for himself.
UCE-Well you have so much fun, man I was to keep extra in case you wanted too shoot a melon again the only person I know that rather shoot a person than a melon. CW-I got a picture of that before you shot it too now you have three witnesses hey that, that hold up in the area court part, three witnesses. AM-Melasi, Melasi (PH).
UCE-I don't know should we be offended because you saying one of us is not a man.
CW-(Laughs) ADNAN which one you saying, man?”
9-20-05 UCE “UCE-I didn't say anything about a white guy man. I didn't say anything about a white guy. I said a black eye. Not the nose, not the ear, but the eye. That's it. You see that huh? You see how he’s kidding right? Because the next thing you're gonna start off with huh, do I want a watermelon plate or something it’s gonna go there come on.
CW-(Laughs). I did buy a watermelon didn't I?
UCE-Yeah you did.
KW-Yeah you did.
KW-Inside joke CW.
CW-Yeah, I, I bought other melons too man. I bought other melons, not just watermelons.
UCE-You know what’s funny. He said ADNAN’s gonna be like you can't, you can't. Let me get the watermelon for him. (Laughs). I was like yeah give me that. Now come on, you don't have to act like that.
KW-Laughs.
UCE-(UI) what? no, just, just one.
CW-I knew it, I knew it.
UCE-It serves the purpose. No just, can't we just. That looked like that really hurt him.
CW-(Laughs). Yeah.
KW-(Laughs). We shot one anyway.
CW-He told me like shooting his own brother or something.
UCE-He shot one and smiled after he shot it too.
CW-(Laughs).
UCE-Melon killer.
KW-Man that's pretty good man. The fact that we were able to shoot, how many yards was it.
CW-Yards? KW-When he shot those watermelons. UCE-About a hundred. About a hundred. KW-We were at a hundred rounds. CW-That, that rifle is super accurate man. KW-Yeah. That rifle was on point dude. UCE-So what, so what did you think about...did, did they put the image in your

head, of a head? KW-Especially seeing the after effects. Everything splattered. UCE-Be the same thing. That was the point.
CW-That huh, yeah that's the point because that's a high velocity rifle man. UCE-If you can, if it would do that to that melon at that, basically be gone. CW- Thirty odd six and my .308 man. KW-(UI) that the .308 that uh CW-Yeah I got the .308. KW-Wow. That's a popular gun. CW-I bought it because of the popularity. KW-Oh CW-Cause then you could find rounds anywhere. Same as thirty aught six though. Thirty aught six is pretty (UI). " "HM-What is that? CW-It's a melon. UCE-Charlie Brown. HM-A watermelon? AM-A melon. CW-A melon.
AM-A watermelon is green. You didn't (UI) (laughs) UCE-(Laughs). CW-We shot 'em. They exploded. HM-You guys wasted food there?
CW-Uh, no. We didn't waste. KW-That's a cool picture man. CW-That is. KW-That's an awesome picture. HM-(UI). CW-Oh, these are old ones. Um, ADNAN." "UCE-You see what I'm saying? That's twice tonight man. AM-What's the first one? I missed that. UCE-He started you know, just talking like....just cause I made one little comment he started talking about watermelon and something you know just.
KW-No,no,no He was saying the um black guy, about the lady.
UCE-He was like what, two black guys. No it was a white guy. I don't think her husband likes black guys. I was just talking black eyes man. KW-UCE said why do you want to make it a racial (UI)."
10-4-05 UCE "CW-So, I think we should elect him the trainer.
UCE-You want me to train a little bit more.
CW-Little bit more drill sergeant. You're the drill sergeant?
UCE-I'll be the drill sergeant, I'll just, I'll have to, I'll ask you guys this. Honestly think about the goals exactly what we want to do so that I'm not just shooting yall fool of junk. You know what I'm saying, cause I don't want to be trained that's for something and it's going the wrong way. So, you be straight with me about what, what we all want to accomplish. You know we all want to be able to shoot, a fly at seven hundred yards.
CW-Yeah, that's cool.
UCE-So we all need to wake up.
AM-I wish, I wish we could shoot (UI)
KW -Yeah, I wish I could (UI)
UCE-You know it was really, your gun. Short of (UI). That's all it was.
CW-You were doing pretty good with that other one.
UCE-Once you put that other one you were like. Remember those cowboy movies you see when you were a kid when they ride around (UI) sixteen times and shoot the flies dead. That's what it was when you got the long one.
KW-Na, I still have problems with the long gun.
UCE-(UI) You know what, when you see the outdoor light channel, and you see them shooting those ducks of every three or four ducks now they get one out of every three or four, you did that. Not that, not that it's.
AM-When (UI) (UI)
CW-If it's not moving maybe.
UCE-Daffy is sitting over there. Daffy is disguised. If he's disguised a honey dew melon you'd get him. But if you get that upset over honey dew melon than you really shot a duck (UI)
AM-(UI) (UI) (Talking in background and more noise at same time).
UCE-Shoot in the right place, shooting in the wrong place you've got nothing but nuggets. Duck nuggets. Sweet and sour sauce. (Laughing).
CW-There's a lesson to be learned in the melon. Did you catch the lesson in the melon.
UCE-Perfect melon head.
AM-Well one melon (UI).
CW-Well, I thought everybody (UI).
UCE-So, it would have been your melon.
CW-Yeah.
UCE-See if you could hit your melon.
CW-I like that. We used to fill up gorge of water and do that, but it would take a long time to dry out a gorge you know?
UCE-Well, just for you we won't shoot any more melons okay? Not this time. Not this time. In the future we may again. (Laughing). Does it make you feel better if we shoot a melon and I donate one to charity.
CW-(Laughing).
UCE-Fair enough? If we shoot four, I'll take four to the refugees, fair enough? I think that's fair, don't yall think that's fair.
CW-I tell you what, that range smelled pretty sweet out there.
KW-(Laughing).
CW-It smelled pretty edible.
UCE-That's air freshener. Like a Glade plug in. (Laughing) (UI).

CW-(UI) get bit by a spider again. That was not fun.
UCE-I'm going to be trainer, you supplies (UI).
CW-I guess I'm Amir. I don't know if you guys (UI) You can always revoke the Amirship. It's not something that I need to hold on to.
UCE-KOBIE. Your function? Recruiting?
CW-Firewood.
AM-Firewood and water.
UCE-I think recruiting, man.
CW-Yeah, you know a lot of people.
KW-I, I'll see what I can find.
UCE-Get a decent, trustworthy people.
CW-Trustworthy people.
UCE-And bring it to us and we'll all give them the eye. You do the initial and we'll watch them like around us and see whatever so we gotta to know. We gotta know if there's somebody behind (UI), we can trust them.
KW-Yeah. I know.
UCE-I say, you've got to tell me if you agree or not.  I've say like what we've kind of talked about, where we bring somebody new. Would be not super uhhh, training something like the basic in front of them. Get our feel and then.
CW-And then, I'll take them fishing and then you guys could. (Laughing).
UCE-I'm mean, seriously it's easy enough to uhhh break off and.
AM-Better go (UI)
CW-On the other side of the lake (laughing). Well, all the fish are going to be on the other side of the lake.
AM-Yeah, I know.
CW-After hearing all that.
UCE-Well, that's easy enough to do, once it gets a little colder that's going to be a whole different thing about. (Laughing) the fishing anyway
KW-Yeah, it's going to be different.
UCE-Yeah. It'll be a whole different thing.
AM-(UI) (UI) summer right now?
CW-No, it's going to be a late winter.
UCE-Yeah, but when it hits up, I think it's going to be cold with all the weather stuff that's been going on.
CW-Yeah.
UCE-It'll probably be real cold."
10-10-05 UCE "CW-We were telling him about our splitting melons.
UCE-(laughs) That was a good thing, except for ADNAN crying.
CW-Yeah ADNAN was crying.
MK-What for food?
CW-Yeah it wasn't going to waste it was educational.....um I caught a big fish.
MK-Oh yeah.
UCE-He tells everybody about that fish
KW-He loves that fish.
UCE-I'm surprised that's not his screensaver on his phone. (19:27:31)"
1-10-06 Sess. 3 CW "KW-Hey ADNAN.
MM-He's scared to come over here. Tell him, tell him it's done. It's done.
KW-ADNAN we're done.
AM-You're done?
JC-That's why he says that he's going into electronics.
MM-Uh hmm .
JC-He doesn't have to do any direct killing just his work coming in. road the roadside stuff.
MM-He told me he that he can do it.
AM-(UI) right? Just keep the one leg at least. (UI).
JC-Where's my jacket? ADNAN ain't you gonna do one man?
AM-(UI).
JC-Come on.
AM-My mom's doing it over there.
JC-Your mom's doing it.
AM-I mean my brother.
JC-Your mom is doing it.
AM-My brothers not (UI).
MM-(UI).
JC-Even, even KOBIE man he did one.
AM-(UI).

KW-No you were on the phone last year.
JC-And he was on the phone this year too (laughing).
AM-You will never see me (UI).
KW-No I mean he wasn't even on the property.
AM-I wasn't, I wasn't.
KW-And then I almost chickened out and he, he like beat me into it.
JC-(Laughing).
MM-From behind the car?
KW-No, no, no.
AM-On the phone man.
KW-He was on the phone. On the phone he was on forty-five or something driving.
AM-(Laughing).
MM-Like I said how you gonna shoot somebody?
AM-Don't worry about that, don't worry about that, don't worry about that.
MM-(UI).
KW-No wonder he didn't want the melon.
MM-Yeah exactly.
AM-(Laughing).
JC-(Laughing).
MM-Yea that's exactly it. He don't want the melon. Chill man, we're doing your job for you. ”
1-10-06 UCE Mag "KW-Hey Adnan! UCE-Tell him, tell him its done. UM-Its done. UM-(UI). KW-Adnan, we're done. AM-Your done? CW-That's why he says that he's going into electronics. He doesn't have to do any direct killing (UI). CW-Adnan, ain't you gonna do one man? AM-No man. CW-Come on. AM-My mom's doing it over there. UM-Your mom's doing it (UI). UCE-(UI) man (UI) last night. CW-Even Kobie (UI). UM-(UI). KW-What you doing (UI) no you were on the phone last time, last year (UI). CE-And he wasn't this year too (UI). UM-You wouldn't know. KW-I mean he wasn't even on the property (UI). And then I almost chickened out. AM-Huh? KW-And he, he liked beat me into it (laughs). UCE-From behind the car. AM-No, no man, on the phone man. KW-On the phone, he was on 45 or something driving. AM-Don't worry about that. CW-Don't worry about that (UI) (Laughing). KW-No wonder he didn't want the melon. UCE-Yeah exactly (laughs) yeah that's exactly it, he didn't want the melon (UI). KW-Uh he didn't suffer did he? CW-Boy he was bleeding out there (UI) first, first swipe you did so... KW-Yeah (UI)."
5-10-06 Sess. 1-3 CW "AM-Why did you dump it?
JC-Oh I don't know. You just. ADNAN you're a scavenger man.
AM-Man I hate to waste uh.
JC-I know you hate to waste to a perfectly good melon.
AM-What?
JC-Hate to waste a perfectly good melon.
MM-Even if he (UI).
JC-(Laughs).
AM-You guys wasted it. You guys made me waste it too.
JC-You didn't see, oh you didn't see our pictures yes from that camp. we got these melons and we drew faces on them and we shot them with that gun right there.
JK-Really? JC-That sniper rifle I got and they would blow up. He was going nuts he didn't want us to shoot 'em. We were trying to illustrate. JK-(UI). JC-What would happen if you shot somebody in the head. AM-I've seen that in the movies. JK-Yea. JC-Yea but now you see, now you've done it. JK-You watch too many movies, ADNAN.
JC-I know the movies are different from doing it man.
HD-He (UI) video games.
(Everybody laughing).
HD-I was (UI) the movies.
JK-Always got to quote the movies.
JC-I know.
JK-Ain't no movie over there.
JC-All that stuff in hollywood's not real man.
JK-I mean come on cut shoot. Take one.
JC-So now you have real life experience.
JK-Yea. MM-This your first time shooting a gun JAFFER?"

**11-22-05 UCE** CW-So, ADNAN, you were saying about the money?
ADNAN-Yeah about the money (UI). It's hard to get it to AFGHANISTAN.
UCE-Okay.
ADNAN-To the battlefields.
KOBIE-You told us that.
ADNAN-Yeah, but what's, uh, what's possible these days is to send it to the families that are in PAKISTAN. (UI). KOBIE-Okay.
ADNAN-Yeah, 'cause, uh, they're in need, too.
UCE-You got a clear path to get it to them?
ADNAN-Yeah.
KOBIE-So you have, my money right so far?
ADNAN-Yes, yes.
KOBIE-So I'll try and get you more, inshallah.
CW-Right. So he was, yeah, he was planning on sending it. You're planning on sending it to somebody though (UI).
**ADNAN-Yeah. This is, there's a doctor who, who's, who's working in that region...**
**ADNAN-...and we send it to him. He has, he owns this, like, hospital.**
**CW-Like, above ground, not underground.**
**ADNAN-It's not underground. It's open.**
**KOBIE-Mmm.**
**UCE-Oh, okay.**
**ADNAN-And then he supports those families.**
CW-So, um...
UCE-But, uh, when do you wanna do it?
ADNAN-Uh, whenever I have like uh accumulated a total of I'm, I'm, what I'm intending is to like, collect thousand every month and send a thousand every month. So when do you wanna do the first one?
KOBIE-A thousand goes a long way, huh?
CW-I, I, I could still give you a little bit.
ADNAN-Yeah, yeah.
CW-(UI).
ADNAN-But there are a lot of families over there.
CW-(UI).
UCE-(UI).
**CW-So, yeah, it's not gonna go to some, some...**
**UCE-Yeah.**
**CW-...some joe laying in the masjid..**
UCE-(UI).
KOBIE-(Laughs).
CW-'Man, I don't wanna work this month, man.'
KOBIE-(Laughs).
UCE-'Dude, this is like cool man.'
KOBIE-So these the same families that have been affected by the earthquake? Is that it?
ADNAN-Uh, no, not really.
KOBIE-Oh, okay, okay.
CW-No, these are the, these are like the, you know, where, you remember the Arab families that are in like WAZIRISTAN.
KOBIE-Yeah, yeah.
KOBIE-Okay. Alhumdulillah.
CW-Yeah. So, um, so, so, when, when do you wanna do the first one? 'Cause I can give you a little bit still.

ADNAN-Sometime, some, sometime in December (UI).
UCE-(UI).
CW-When you do wanna give us, the, when do you want us to give you the money, man?
ADNAN-Um, any, I mean, if you could give it to me like, by the first week, weekend, so I could then (UI).
CW-First weekend?.
ADNAN-Yeah, yeah. So by the second I'll, I'll call (UI) I'll give it (UI).
1-10-06 Mag UCE-I said I'm sure CW's got something (PAUSE) when uh, when do you need the money again man?
AM-I already have some and uh whenever you guys are ready.
UCE-Okay.
AM-I'm...
UCE-Everything made it okay, no problems?
AM-No problems.
UCE-That's good.
AM-I've got about three hundred fifty bucks already.
**UCE-What kind of, I mean what kind of stuff are they buying with it, are they just buying food or what are they doing?**
**AM-Well see a lot of uh...families over there, of these mujahideen, so they are taking care of those families and.**
**UCE-Okay so...**
**AM-Whatever, whatever...**
**UCE-Whatever they need.**
**AM-Yeah.**
**UCE-Food, clothing, whatever...**
**AM-Food, clothing, housing, utilities, everything.** …
AM-CW I was talking to Hanif about that money thing. How we're ready for the next round.
CW-Okay well when you uh planning on doing another transfer?
AM-Well whenever I mean I have $350 bucks.
CW-Okay so whenever we come up with something.
KW-(UI).
UCE-I understand, okay.
CW-Give me another week or so and inshallah I'll see what I can give you.
UCE-Whenever you guys are ready.
**AM-How much do you need? Its going to uh legitimate organization.**
**UCE-You said legitimate, what you, what you feel is legitimate.**
**AM-It's a hospital.**
UCE-Uh, that's true I mean I figure as long as you can go through Western Union, (UI) hospital.
AM-Huh?
UCE-As long as your going through Western Union and its going to a hospital, what can they really say you know what I mean.
CW-No we talked about this before Kobie (UI) you were there I think (UI).
AM-(UI) I don't know (UI).
CW-Oh you know what Jaffer was there.
AM-Oh.
CW-And that's before Jaffer (UI) but yeah what we planned on doing oh no we did talk to you about this.
UCE-Didn't you come over...
CW-About, about, about doing it, above, above cable so that...because it's going to a legitimate organization you just send it like your sending it to as a charity and then

whatever they do with the money after that.
UCE-Well I mean the thing is the question I have of, as long as the hospital doing the right thing with it and not you know, that, that's the part I would like if the hospitals like okay well we're going to buy some uh...you know buy some more sheets here and not really you know support who we want to support you know that's, that would be my only issue.
AM-Ayub, Ayub knows what we're doing.
CW-Ayub knows about what we're doing?
AM-Yeah.
CW-Oh. What did he say?
AM-For you to do it.
CW-Oh.
AM-Firasat and Hanif Ismail used to do it. Actually he met the guy (UI) Ayub.
CW-Oh the last time he went when he was...
AM-(UI).
CW-That was with the earthquake stuff.
AM-Yeah, yeah (UI)
CW-Oh okay.
UCE-So he knows the guy is cool though?
AM-Huh?
UCE-So Ayub knows that the guy is cool over there?
AM-Yeah, yeah.
CW-Yeah, if Ayub knows. If Ayub knows then he's cool. I trust him.
UCE-That's all you gotta say. You happy now Kobie? (LAUGHING)
CW-Kobie acted like he didn't hear about (UI).
UCE-'I don't know nothing about nothing.' (LAUGHING)
UCE-Like, like in Pulp Fiction oh, oh you sending (UI) that's all you had to say you sending Ayub that's all you gotta say.
KW-(laughs)
CW-Ayub's the godfather.
UCE-And Kobie was like what...yall aint told me nothing about that...I was, I was in the back playing with the kids. So I guess uh this weekend and tell us how, how cool or not Jaffer is huh?
AM-Uh huh.
CW-Yeah, yeah when your out there man you get to know him....get to know each other pretty good man.
UCE-He'll, he'll want to add to the pot.
KW-(UI) family relations or (UI).
UCE-(UI).
AM-That, that, I mean that (UI).
KW-I know that (UI).
AM-Yeah I, I noticed that I mean if people like you think that everybody is fine and dandy with it, once you travel with them (UI)…
AM-Did you speak to Randy about hunting.
CW-No I forgot about it.
UCE-If we coming back on Saturday I really, its no real point in anyway.
CW-Right.
AM-I probably am arranging something, there's this guy whom I know and he knows a friend who has, who's willing to take us.
CW-Good. On private property?
AM-Yes. CW-Okay did you find, talk to anybody about finding a rifle yet?

**9-16-05 Sess. 1 UCE**
CW-ADNAN. (Whispering in background). Did you bring your shotgun? I can show you how to break it down if you want. That would be better, that's better light. I know some people are afraid of snakes. If they don't.
UCE-Not any snakes in there now
UCE-I think. Not only fish but B. A. fish.
CW-This stuff is good. Never had fish that fresh before. (Noise in background).
UCE-Thanks for letting us use your fillet knife man.
RA-You've got to watch were you're walking.
UCE-What kind of snake?
RA-I don't know, I just got it right there by the house. Reached down to get the garden hose off, it's not a copper head, I don't know. (Airplane noise).
UCE-Rat snake. Okay. Gotcha. (On the phone) Hey, what's going on. Alright. Out and about? Can you all hear me. Okay. Cool. I got about another hour or so I guess on that. It was a really big fish. It was a really big fish. Yeah, we're eating it. . It'll be (UI) But if uhhh. Just the same three of us, KOBIE ain't made it yet. (UI) (UI) (UI). Okay. Alright, then I won't worry about it the rest of the night, then. Okay, cool. Girls night out, MARTHA STEWART. We're doing fine. Okay, I'll get with you later. (Noise in background). (UI). Just like growing up.
**9-16-05 Sess. 2 UCE** CW-I couldn't get my hook out of its mouth. I had to walk all the way up here with fish in one hand pole in the other.
KW-(Laughs).
AM-You should have seen the fish man. We have pictures.
KW-Oh cool.
CW-You gotta tell uh HAMAD.
AM-Hmmm.
CW-Since he couldn't catch anything. Oh and SHIRAZ (PH). Make sure SHIRAZ (PH) knows about it.
AM-And WAJID and WARIS (SP) too.
CW-(Laughs). My wife's gonna be jealous.
AM-(Laughs).
AM-Everyone who sees that picture is gonna be jealous.
CW-That was a pretty darn big fish. RANDY says theres bigger ones out there too.
AM-Yeah.
UCE-You'll never ever catch the biggest fish in the lake. There's always one bigger.
AM-(Laughs).
KW-No, no, no I'm fine. AYUB BADAT called me.
CW-When?
AM-When?
KW-Yeah.
AM-Oh did you tell him that you're going camping?
KW-I told ILYAS
AM-And did you tell him I'm with you?
KW-Yeah.
AM-Uh!
KW-What?
AM-Okay.
UCE-He obviously didn't tell them about it.
AM-(Laughs).
CW-I got the same call.
AM-When did you get a call?
CW-When I was fishing.
AM-What did he tell you?
CW-I didn't care because I I caught a fish. I was worried about what was on my the end of my line.
AM-What did he ask you though?
KW-He left a message.
AM-When?
KW-AYUB left the message. ILYAS I called yesterday

AM-Uh huh.
KW-And talked to him yesterday.
AM-What, what message did he leave listen to his message?
KW-Yeah. He wanted me to be there from 10:00am to 10:00 in the morning. I mean 10:00 in the morning till 10:00 at night.
AM-Where?
KW-At the DAYS INN.
AM-CW I probably have to go right now.
CW-No you don't.
AM-I'll, I'll come back.
CW-No.
AM-I'll come back tonight.
CW-That's not what this is about man. If you just come and go
AM-I didn't, I didn't
CW-What's the point in even coming?
AM-Yeah but the truck came today.
CW-So what.
AM-(Sighs).
CW-Let the other MGAs do the work. We're doing too much work. I spent I spent all of my vacation over at that DAYS INN and not a single MGA showed up.
AM-Yeah but I need to check the food and tell them what to do in the morning. Otherwise it's just gonna go to waste.
CW-Just
AM-I'll go there and I'll come back.
CW-Just call 'em just call 'em and tell 'em what to do.
AM-I have to
UCE-There's nobody you can call and tell? Are they that inept?
AM-Yeah.
CW-ADNAN I would be offended if you walked out.
AM-Listen I'll come back. I'll come back tonight man. I just have to go there.
CW-No you don't.
AM-Come on CW.
KW-Opened up a can of worms huh?
CW-Yeah.
AM-CW come on. Don't do
CW-No I'm serious you won't. Then you'll be calling me saying "Oh I can't come."
AM-Mm-huh I'm leaving all my stuff here man. I'm coming back.
CW-For what? That's not the point.
AM-I'm coming back tonight.
CW-What's the point in camping? Why, why did we plan for two months you know to come camping.
AM-Listen. Yeah but we didn't, we didn't plan KATRINA.
CW-KATRINA's over with.
AM-But this is
CW-Now all of a sudden somebody decides to get an eighteen-wheeler in that don't that they can't handle.
AM-But
CW-They shouldn't have done that.
AM-CW.
CW-So let the other MGAs work.
AM-(Sighs). You know they're, them they don't work.
CW-They will because HANIF is calling.
AM-See if, if that food is gonna get spoiled I'm gonna be responsible.
CW-No you won't.
AM-Yeah cause they, they already told me about it.
UCE-How are you responsible if you're not there?
AM-Yeah but they already told me that's it's there and I know it's there.
CW-So, so, so they can so anybody can come by and tell you something and all of a sudden

you're responsible?
AM-I'm just gonna go check it out. It's not far from here man.
CW-Uh no.
AM-CW come on.
CW-We have plans.
AM-Yeah but tonight we just have to sleep right?
CW-No. You didn't see the schedule that you uh got received that we were suppose to be working on?
AM-No.
CW-You didn't even prepare any Tarbia (PH) did you?
AM-I was it me this time? I I don't think so.
CW-Mm-huh. ADNAN it's almost 10:00.
AM-CW I
CW-You're not gonna go anywhere.
AM-I have to go. What, what do you mean?
CW-No don't.
AM-CW
CW-Man I'll be I'm not gonna argue. I'm just gonna say I'll be offended if you walk out and go. I'm serious.
AM-Yeah but see I don't wanna see they gonna bug me in the morning.
CW-That just defeats the whole purpose. It does.
AM-CW that is a lot of food man.
CW-Go take care of it and I have confidence in my brothers and ICNA (PH) to take care of it.
UCE-Where is the trailer?
AM-Forty-five and Gulf Bank.
UCE-I'm saying there, there's nobody there period to see it?
AM-No they, they just
CW-They have people there and, and they can mobilize thirty other people but they wanna rely on him because he's the one who does all the relief work. ADNAN you just you're like working all the time. You're non-stop. Don't let them do that to you. That's taking advantage of you.
AM-I'm, I'm not doing it for them. I'm not.
CW-No, no but they're doing it to you.
UCE-It's raining.
KW-Oh (UI).
CW-Is it raining?
KW-Yeah. That's the only problem ADNAN.
AM-No.
KW-Don't you hear it?
CW-It is.
AM-Nah.
CW-You know (UI). See who's gonna do (UI).
AM-(UI).
CW-(UI) well somebody's got to give a Kootbah cause we can't leave without making jumah (PH).
AM-Yeah.
CW-So (UI).
UCE-(UI).
CW-Hmm.
AM-CW
CW-Hmm? ADNAN I'm sure
UCE-Hmm.
CW-(UI) that (UI).
UCE-(UI). (Laughs).
AM-Why?
UCE-(UI) can do it.
KW-(UI).
CW-(UI) for thirty-six (UI). (UI).
UCE-I can't see anybody just lettin' the food go bad.

KW-Yeah from that, from that far.
UCE-Yeah. Where it's coming from?
KW-Isn't it coming from California?
AM-What the no, no, no. This is the one they got from food bank.
KW-Oh.
UCE-What kinda food is it?
AM-That's why I need to go check it out.
UCE-I can't believe there's a ton of people there and nobody can look in and see. If it's hungry people, they have food pass it on.
KW-Yeah. I would stay ADNAN.
UCE-I would too. If you're asking us for a vote that's three to, three to none.
CW-Okay the jumat (PH) has spoken.
AM-(Laughs).
UCE-(Laughs). If you asking you know.
CW-(UI) that's outside of a jumat (PH). Now now you have to give us a tarbia (UI) I can't (UI)
UCE-Is CW the Amir today?
KW-Yeah he's usually our Amir out here?.
UCE-The Amir spoke. You can't go.
KW-The Amir said no.
CW-And then Sunday Inshallah, I'll help you if I don't have to work I'll help you.
AM-Yeah but you don't know if the food is gonna go bad. It's (UI).
UCE-Anybody else there that can call and see Tell 'em to go look at the food.
CW-(UI)
KW-Uhhhh ADNAN why don't you just call 'em and ask 'em what's there?
CW-Yeah and then
KW-And then direct 'em.
CW-Advise 'em and then advise 'em accordingly. That's why we have technology man.
UCE-He's gonna be up all night long stomach hurting thinking
KW-(Laughs).
CW-Hey there's the, there's the dog man.
CW-That's why I'm seeing people take advantage of you.
KW-I'm gonna go use the bathroom over here.
AM-(UI).
UCE-Hope everything comes out alright.
KW-Huh?
UCE-Hope everything comes out alright.
KW-Yeah. (Laughs).
UCE-(Laughs). You, you need a flashlight?
KW-Yeah that is a good idea.
AM-(On the phone). Okay, okay. Keep it (UI). (UI).
CW-I got to find out what that word means. They say it a lot.
AM-I think (UI) CW (UI).
UCE-I don't know but he blaming it on you whatever.
AM-(On the phone). (UI).
CW-I know. I can hear it. I can feel it.
AM-(On the phone). (UI).
UCE-I can't come cause CW said I can't. I'm like you. I know it's enough people there that somebody can do it.
CW-I know. Well they took responsibility for it you know. ADNAN this guy works like twenty-four seven. Even on his he takes time off from work to do this stuff.
AM-(On the phone). Fine.
CW-Look at this. These things are everywhere man.
UCE-Cicadas. (Laughs).
CW-They just take advantage of him is all it is.
UCE-KOBIE rather go out there and use the bathroom than go in there.
CW-I know.
UCE-(Laughs).

CW-He told you that?
UCE-No he was going over there I just made him take my flashlight with him.
CW-Hmm.
UCE-(Laughs).
AM-(On the phone). Mm-huh.
UCE-Feel better now.
KW-Yeah much better. UCE-Phew. You got it settled?
AM-No.
UCE-No? You're just telling us that cause you wanna leave. You got a date.
AM-What?
UCE-What you think? I think he got a date.
AM-(Laughs).
CW-Yeah.
UCE-It's no food. (Laughs).
CW-(Laughs).
AM-(Laughs).
UCE-You're trying to find your wife. Somebody told you
CW-Don't sneak behind their back. You gotta tell us who she is.
KW-Nah he just wanna show off his suspenders to everybody.
CW-Yeah that's right. (Laughs).
UCE-(Laughs).
AM-What?
CW-You just wanna show
UCE-You wanna show off your suspenders.
CW-Yeah.
KW-(Laughs).
AM-What?
UCE-So what'd they say?
AM-If I don't go tonight I have to go tomorrow.
UCE-That's what they told you? If you don't go tonight you got to come tomorrow?
CW-ADNAN I don't even, I don't even wanna
KW-(Coughs).
AM-I'm not, I'm not kidding. You can talk to 'em.
CW-So what. What if who cares what they
UCE-You wanna let the air out of his tires?
KW-Hmm?
UCE-You wanna let the air out of his tires?
AM-Its (UI)
CW-ADNAN you defeat the whole purpose of being out here.
UCE-Hold him I'll take his keys (UI).
KW-He'll be stuck here. (UI) hold him down take his keys. Ah I think hold him down and take his keys.
UCE-Take his keys.
KW-Cause he'll be stuck for good if we take the air out.
UCE-(Laughs).
CW-I'm serious man. You defeat the whole purpose.
AM-You, you think that I'm purposely doing this?
CW-Mm-huh.
AM-Why is that?
CW-Because you shouldn't let people dump stuff on you like that.
AM-It's not oh my GOD.
UCE-It's the third "Oh my GOD" since this conversation started.
KW-Hmm.
KW-So was it because all this start because I said something?
AM-What did? No, no, no, no.
UCE-Uh-huh.
CW-Who, who are you talking to?

KW-All this conversation was going on before?
CW-Who are you talking to?
AM-No it's yeah AYUB and SOOB (PH).
UCE-To the people you talk to they're looking at the truck?
CW-(Laughs).
AM-(Laughs). No they, they see they I, I do a lot of refugee and uh stuff.
UCE-Okay and I, I understand that but
AM-The thing is there's stuff that I, I can go an uh you know sort it out and distribute it. They, they just don't know what to do with it. They, they're trying to dump whatever like perishable items. They're gonna (UI) but they have to return the truck, truck tomorrow.
UCE-So like I'm saying though it'll take you like what and hour to get there and they'll all standing right there by it and even though even your expertise
CW-(Laughs).
UCE-They're probably be done like about two minutes before you get there?
CW-When you get there it's gonna, it's gonna be you out there doing it and you ain't gonna come back tomorrow.
KW-So where do, where do they need to put the stuff ADNAN?
AM-Some of uh the perishable items they're just giving it away. The non-perishable items they have to store it at (UI) the Dawah Center.
CW-Well (UI)
KW-Why don't they just take it to the Dawah center? They have the keys.
CW-Yeah.
KW-And then the other stuff
CW-The, the problem is the he doesn't wanna turn down AYUB.
KW-(Sighs). There's a freakin' locust right there.
CW-Yeah it uh
CW-Believe me I got the same call ADNAN.
AM-It's different.
CW-No it's not.
KW-ADNAN just, just tell them to drop whatever at the da'awa center and just
AM-That's not it. It's about the refugee stuff that, that needs to be taken to the refugees.
KW-Where do you usually store the stuff?
AM-Huh? I, I don't store the stuff. Whatever I get I just give it away. I don't have any use for it.
UCE-So I mean they can't, they can't take it down to the what the dome or wherever it is?
AM-No it's not not just the dome
UCE-Or the convention center?
AM-It's like the people living elsewhere.
KW-No he's talking about Muslim refugees.
UCE-Okay.
CW-Tell them give them the address tell 'em to go there.
KW-That or have them store it there the cause it's non-perishable right? Then that's going to the refugees then have 'em store it in an apartment at AYUB and then you can come get it later.
CW-Yeah or they can store it at the IDC wherever they want it.
KW-Yeah take everything to the IDC.
CW-Tell them you'll be there Sunday morning.
KW-Yeah.
CW-Tell 'em okay if you've got a problem with it talk to talk to uh CW. I'll deal with it.
UCE-(Laughs). Hum du Allah.
CW-What it is, is that I think he's afraid of turning down his elder. (UI) he's like a godfather.
AM-It's not that, it's not that.
CW-Afraid he's gonna
AM-AYUB didn't call me the first time.
UCE-(Whistling).
CW-Oh. (UI) did?

AM-(UI) did.
CW-Well well that's because you'll the only one he knows.
KW-Yeah just tell (UI).
CW-And FATIMA will deal with it. FATIMA will get rid of all that stuff.
AM-Say (UI).
KW-Yeah I bet. Problem solved.
AM-Not yet.
CW-Uh tell 'em that you can't make it. Tell 'em what to do with it. I mean not shove it you know I mean tell 'em where to put it. I mean tell 'em where to store it. (Laughs)
UCE-(Laughs).
KW-Laughs).
CW-This ain't coming out right tonight.
KW-(Coughs).
CW-Tell 'em to lock the gate because they do lock the gates there.
UCE-He's gonna wake up in the middle in the night and leave right?
KW-So is that chicken cooking?
CW-I uh
UCE-Yeah it's cooking.
CW-I think RANDY locked that gate up there anyhow. Did he go up there when you uh came in KOBIE?
KW-No.
CW-Did we notice RANDY going back up there?
KW-I don't know.
UCE-I didn't notice him going (UI)
KW-It's kinda hard to see.
UCE-I didn't see, I didn't hear the car leaving so.
KW-(Clears throat).
CW-(UI) why he wants to know when we're gonna be here cause he locks that gate.
CW-You hear that KOBIE? He used both of our names.
KW-What did he say?
CW-I don't know. He ABDUL KABIR (PH) and CW. That's all I know in Urdu.
AM-(On the phone). (UI).
KW-(Laughs). And then he giggles.
UCE-They don't wanna let me come. I really wanna be there but they're they won't let me.
AM-(On the phone). (UI).
UCE-Now I could understand if it was just like five minutes up the street or something but I mean I drive all the way up here. There's somebody that can handle something.
KW-Yeah.
UCE-It a lot of grown men around there somewhere.
CW-ADNAN is easy to take advantage of though. (UI). Oh got all this food (UI). Next thing you know they all go home.
UCE-Well I mean I understand it's a good cause but it's plenty of people to do it.
UCE-Yeah he blamed it on you guys.
CW-Huh?
UCE-He blamed it on you guys.
CW-Yeah I can hear him.
UCE-I feel bad.
KW-(Clears throat).
AM-(On the phone). (UI).
UCE-Know what would be good right now KOBIE? Some of that Spinach dip man.
KW-Spinach dip. (Laughs). My wife offered she had some ready but she asked if we could bring it out. I mean offered bring it out. I was like nah we got plenty of food.
UCE-It goes, it goes against the ruffin' it idea.
KW-Yeah.
UCE-But it was good.
KW-Yeah. It was freakin' hot today man.
UCE-It's gonna be hot tomorrow too. (UI) sighted in the uh the AR-15.

KW-Hmm.
UCE-Sight it in. It's good.
KW-Yeah.
UCE-Hittin' the target. So we're gonna do a lil' hand-to-hand in the morning or something?
KW-Hand-to-hand combat?
UCE-Yeah we gotta do something.
KW-Oh yeah?
UCE-Teach y'all something. A lil' something, something.
KW-So what's you background?
UCE-Tae kwon do, Kenpo UNITED STATES ARMY but I know how to fight long before there long, long before them.
KW-Hmm. They teach you anything new?
UCE-Nah not really. They really teach teach for people who knew nothing. I mean it's you know it's good for if you've done nothing but if you've done anything it's kinda like alright whatever. I won't use that technique because I mean they teach like super forgiving techniques that basically are idiot proof but when you take some sort of martial arts you usually end up with something a little bit more refined that works better but it's harder to master.
KW-Hmmm.
UCE-It's hard for you to just go back to I mean they might say like uh if it's ARMY they say like okay try to sweep somebody by using your whole leg or try to hit anywhere on their leg where as if it's martial arts it would be okay use your heel, your heel and their heel. You, you've got your control and you, you it works better that way
KW-Mm-huh.
UCE-But they go with the most forgiving way. It's pretty much idiot proof usually. Unless some idiot mess it up but you know what I mean.
KW-(Laughs). So uh I mean that's not I mean
UCE-I've got my focus mitts and gloves and stuff but let's go over you know some things just to
KW-I mean what's the point if I mean if you guys aren't trained for warfare (UI)?
UCE-Talking about ARMY guy?
KW-Yeah.
UCE-Yeah they are but you think about it though. The ARMY unless you're or any military less units specialized units you're just gonna go shoot the gun and do the best past that so.
KW-Mm-huh.
UCE-Specialized you know seals and um Sea bees and rangers and stuff like that you have the (UI) but they'll they'll do something specialized and (UI) can do those you know disarming things or whatever.
KW-Mm-huh.
UCE-Not that's not for everybody.
KW-Yeah.
UCE-Know what I'm saying? Which makes sense cause everybody doesn't need it cause your average dude that goes in the NAVY will never really be in a combat situation. You average ARMY guy if there are ten guys in the ARMY five of 'em will be in the field fighting at some point and fashion.
KW-Mm-huh.
UCE-And that includes driving the tank, driving the truck all that. The other five will be in some kinda support role secretary something you know.
KW-Mm-huh.
UCE-So if your job is fixin' the trucks how deadly do you need to be you know?
KW-Yeah.
UCE-(UI)
KW-You're pretty much like a civilian?
UCE-Pretty much. Pretty much. A civilian that knows how to shoot a uh M16 if you need to or you know a, a civilian that's familiar
KW-Mm-huh.
KW-Basically but basically that.
CW-You get a chance to talk to KHALIL (PH)?

KW-No we didn't talk about that. Yeah.
AM-(On the phone). (UI).
UCE-CW.
CW-Hmm?
UCE-Do you remember uh my friend KORY (PH) that I use to hang with just a little bit? uh He was right after the uh trucker was about to beat you up. He took his Shahada around that. He's uh cause I, I e-mailed him
KW-I thought CW was the one who was suppose to win?
UCE-Oh I'm sorry. Yeah (UI).
KW-(Laughs).
CW-He has a lot of faith in me. (UI) I'm not sure.
UCE-But uh he's uh he's over, he's over in Iraq right now.
CW-What's he doing there?
UCE-I'm surprised he hasn't uh we haven't seen him on tv going rogue. (Laughs). Killing fifteen ARMY guys I'm surprised.
KW-You mean he went to Iraq to join the military?
UCE-Uh you know. Remember that I was telling you that it's uh no he's technically in the UNITED STATES MILITARY but not really. Remember I told you it was a bad place for a black man in the military?
KW-Mm-huh.
UCE-He's one of those that could be the poster child for that but you know.
KW-Hmm.
UCE-He's over there uh he's not he's not, he's not fighting but he's over there in supply.
CW-Oh okay. Yeah .I know a bunch of guys in supply from back when I was in Munich.
UCE-He's still disgruntled.
CW-He can get you anything you want. (Laughs).
UCE-That's what yeah. That's what I was saying come back and be like oh yeah this was lost. But the main, but the main thing with that fool (Laughs) he said he was angry at his uh first sergeant. He (UI) told his name tag wrong something like that and he was trying to fight and
CW-Mm-huh.
UCE-With him being Muslim you know he's not feeling any of that I'm surprised he even went but
KW-I don't understand why people do that. I mean Muslims.
UCE-Mm-uh-uh.
KW-You know what I'm saying? What's going through his head? Is he stupid?
CW-(UI).
UCE-Well I'll put it like this
CW-(UI) you have (UI).
UCE-Knowing him he's probably doing Muslims more good than he's doing the uh UNITED STATES good. So I mean he's there wearing his uniform but he ain't there.
KW-Mm-huh.
UCE-When he was (Laughs) put it like this
AM-You, you drink tea?
UCE-Uh I got enough water so I'm cool. I don't wanna I'm good.
AM-(UI) you'll take some?
UCE-(UI)
AM-Did you bring your honey with you?
KW-Nah I didn't bring my honey.
UCE-He was uh stateside. (Laughs). Whatever you needed
KW-Mm-huh.
UCE-You know man can I get uh one of those? Gimme till Friday so I mean he's
KW-Huh.
UCE-He aint' doing the military no good. I promise you that.
KW-(UI).
UCE-Do we have anything to sweeten it?
CW-Was he in when uh when we were up there or what?
KW-Yeah.
CW-And when did he join?

UCE-Um right I remember him going in cause he went right in like right after I met you. So I mean he had been there.
CW-Hmm.
UCE-But I got his e-mail and all that cause I hadn't talk to him in a bit and he was like oh he's over there.
CW-Not the place to be.
UCE-Like I said he's not doing any. He not doing anything for the UNITED STATES. I promise you. I know that.
CW-Working in supply.
UCE-By the time he comes back whatever you want. Put in an order man.
CW-You know I knew a guy in uh in transportation. He use to drive a bus when I was in England.
UCE-Uh-huh.
CW-Back in my days of (UI). Man this guy could drink himself into a stupor and he would not get a hangover, he would not throw up.
KW-Oh yeah.
CW-He would drink until he passed out.
KW-Wow.
CW-Military guys are nuts man.
CW-(UI) I mean KOBIE you know what I did today? I nominated ADNAN to be the representative (UI)
KW-(UI) gonna do it?
CW-Because, because they're there's only one person in this city that I can think of that (UI) didn't (UI). Always working (UI).
AM-How is it?
CW-That's why I, I nominated you and FATIMA(PH). I nominated FATIMA because she's a woman and she's done a lot of work with refugees.
AM-Did, did she tell you what happened the other day when uh they brought supplies from uh from the (UI) at the schools?
CW-That they were turned away or something?
AM-Hmm? No, no, no, no. They had uh this apartment (UI).
CW-Mm-huh. Mm-huh.
KW-(UI).
AM-(UI) not just a regular place like bigger than KOBIE's tent
KW-That was (UI).
AM-Then I had to stuff it inside of the truck like uh the (UI) the (UI) Then then we used (UI)
CW-Yeah.
AM-A whole bunch of stuff and uh (UI) and the last stop where I dropped it off it was like almost uh 9:00. (UI)
CW-Yeah I know FLORA, FLORA (UI)
AM-But the thing is she uh she made me (UI) and (UI) the whole lobby was full of stuff. I don't know why the (UI) is asking everybody to drop stuff over there and uh the stuff was just sitting there. It uh
KW-(UI). (Clears throat). Yeah (UI) SHEIK WALEED. The last time we were here with him that was the last the brothers (UI) FBI.
AM-The camera?
CW-(UI).
KW-Oh that's why he wouldn't come out here.
AM-That was a while ago wasn't it? That's the problem with the with the uh
CW-When they were doing paint ball and stuff?
KW-Nah we didn't do paint-ball out here.
AM-Didn't?
KW-No we just had like a camp and different lessons and stuff.
AM-Oh why. (UI) is this something (UI).
UCE-It was a whole bunch of people?

AM-Yeah.
KW-It was about forty people.
UCE-Yeah (UI).
CW-Oh for a large Jumaat like that.
KW-Yeah.
AM-Especially if they're, they're like (UI).
KW-Brothers from AUSTIN.
AM-If they're, if they're like monitoring a sheikh (UI).
CW-You know I'm not too worried about KHALIL (PH) though because that information came from MUJAHID.
KW-Well he's worried that KHALIL would tell ANEZ (PH) about it.
CW-Would ANEZ shoot his mouth?
KW-Well yeah.
AM-He's got a large bass mouth. I, I never seen a bass with a large mouth (UI).
CW-Yeah that was the, the night that you were there UCE you remember when I had that mujahideen book or something I was reading
UCE-Yeah.
CW-I think it was What's the dude's name. Chechnyan dude? BASAYEV (SP).
KW-SHAMIL BASAYEV (SP)
UCE-Yeah (UI).
CW-Yeah you know KHALIL (PH) was there and he said something to MUJAHID
UCE-KHALIL (PH) one of KHALIL (PH) one of those who just likes to say look what I did type people or is he like one of those that be like hey?
AM-We, we
KW-I don't know why he this is we're speculating that he did.
CW-We're speculating because we don't know any way else that anybody could know about that. You know I, I think that maybe you need to move that chicken.
KW-Yeah.
UCE-You think (UI). Here.
CW-Yeah that's grease fire.
KW-But MUJAHID's I mean KHALIL's (PH) not a one would just spout off and uh
UCE-(UI) man.
KW-Yeah.
AM-Hmm? Yeah.
UCE-Well would is ANEZ the type that would tell everybody
KW-Yeah.
UCE-What we're doing?
KW-Yeah.
UCE-Hold up man.
CW-You know RODWAN went to the White House.
AM-Yeah today.
KW-Oh today?
AM-Yeah.
CW-Today I thought it was last night?
AM-Today. I mean he was he uh the, the thing was today.
CW-Oh yeah I know but he left yesterday.
AM-Yeah he left yesterday.
KW-Is he going to give da'awa to BUSH?
AM-I don't think so.
UCE-(Laughs).
AM-Probably BUSH was giving da'awa. (Laughs).
KW-Oh yeah stupid man.
CW-Yeah yeah at least give 'em a WHY ISLAM? pamphlet or something.
KW-I know.
CW-Or invite him. You know like the prophet (SAW) I'm invited.
AM-Yeah, yeah, yeah.
KW-Yeah.

AM-Yeah.
UCE-Ain't nobody doing that though.
AM-Hmm?
CW-I asked him if he was gonna wear his uh Islamic clothes. He's gonna look like a western.
CW-Well I might wear my kufti I don't know.
AM-I don't know. (Laughs).
KW-And he
AM-(Laughs). He will probably look like a minister.
CW-I would go there, I would go there in my cultural garb. I mean come on I mean he's from Sudan
AM-Yeah he's form Sudan.
CW-Why does he have to look like a westerner to go to (UI)?
KW-Why doesn't he invite BUSH to Islam?
CW-(UI).
UCE-You guys (UI).
CW-Yeah.
UCE-He made, he made a second chance to (UI)
CW-But they would lock him up in a heartbeat. (Laughs).
UCE-Come, come out, come (UI).
KW-I'm gonna ask him when he gets back.
CW-Yeah.
UCE-He's gonna tell you yes anyway so (Everyone laughs). It really doesn't matter. Did you invite him to Islam? Yeah…….uh…….what exactly did you say?
AM- In my heart. (Laughs).
KW-(Laughs).
UCE-Uh……(UI) probably (UI). (UI) press conference to see when I held his hand for like a three second period……And my lips were moving.
AM-(UI).
UCE-(Laughs). That''s (UI).
KW-Yeah.
CW-Um……I think I think he was enamored by the whole process. I don't……I think he's in another world right now because of it.
AM-Glamour.
CW-Cause he sent out a……I don't know if you read ILYAS' uh e-mail that had his…….
AM-He's the one who wrote the e-mail.
CW-ILYAS didn't write that man.
AM-No, no. RODWAN did.
CW-RODWAN. Right. If you read that it looked like he was very taken back by the whole thing.
AM-You think so?
CW-Yeah. He was, he was overwhelmed by the……prospect of getting invited to the White House.
KW-Why was he overwhelmed? The guy's freakin' killing Muslims.
CW-Yeah.
AM-Yeah he was no he was uh……he was like……
KW-He's just like any other person.
AM-He, he said yeah……only two people got invited……him and uh……IM's president.
CW-(UI).
KW-Who's IM?
AM-INTERFAITH MINISTRIES.
CW-Oh yeah.
AM-He's a Jew.
KW-Hmm.
CW-Hmm.
UCE-So in other words……in other words BUSH was trying to uh……make it look like he was friendly to all then?
CW-Yeah.

UCE-You.
AM-You. (Laughs).
UCE-Catch him with (UI).
CW-RODWAN 's gonna be there just for a photo op. He aint' gonna have no conversation with the president.
AM-No, no, no, no.
CW-That's all it is……a photo opp.
AM-Yeah. It' just that yeah.
UCE-Get up there and refuse to shake his hand (UI).
AM-Did, did you get……who saw his piece last night?
KW-Who BUSH? I don't know. I didn't see it. I heard he……he, he was giving all this……
AM-Justifications?
CW-I can't, I can't listen to that guy anymore man.
KW-(Laughs).
CW-It's too hard to listen to him.
AM-(UI)……
CW-I mean I though CLINTON was bad.
AM-No. (UI)……this guy is worse.
CW-(UI).
UCE-CLINTON was at least uh……entertaining.
CW-Yeah.
AM-Yeah.
UCE-You know.
CW-Well he knew how to speak.
KW-Yeah.
CW-Even if you didn't like the guy for whatever reason.
UCE-He was entertaining.
AM-Yeah.
UCE-Should I try this?
KW-BUSH is stupid.
AM-Oh man. Big-time.
KW-Even his dad is disappointed you know. (Everyone laughs). He is.
AM-Well yeah.
UCE-He told you when you invited him to Islam? (Everyone laughs) (UI). Hmm.
CW-(UI).
AM-Who tried the yam? Was it good?
UCE-It's good.
AM-Nah he's, he's kinda crossed his dad's policies and……with the Iraq thing and (UI).
AM-But still man……he's nobody compared to him. (laughs)
CW-Well they're the same pea in a pod. They both had a problem with lying. Read my lips there will, there will be no new taxes.
UCE-His dad lied a little bit better.
CW-Yeah.
UCE-Cause he didn't like……give it away in his face when he was lying.
KW-(Laughs).
UCE-No really. I mean it would be like a couple of weeks before you realized that he was really lying.
CW-(Laughs).
UCE-Well I mean……W pretty much says it and you get about……twenty seconds after he said it……nah that dude's lying.
CW-Yeah.
AM-(Laughs).
UCE-I mean the dad (UI) like dang……that really sounded good.
CW-(Laughs).
UCE-How many points of light?

CW-Hmm.
UCE-Yeah CLINTON…….he was better……but you didn't know he was lying until after it was all done.
CW-Mm-huh.
UCE-Only time I knew he was lying……(Laughs)……when he said I did not have…….sexual relations with that woman.
AM-(Laughs).
UCE-Right.
CW-Yeah that was a dead giveaway wasn't it?
UCE-I loot at it like this……it doesn't matter what your religion is……you put any married man……in front of a camera……and ask him……did he mess around on his wife……any married man that's in a religion……of any age, any race……the first thing they (UI) no. (Everyone laughs).
CW-Where did you get that from? What are you talking about?
UCE-(UI). Even the most upstanding man……you put a camera in his face……and you and he knows his wife's gonna see it……and he did it why would I……(UI)……what did you say?
AM-(Laughs).
UCE-You man not……you know……you may know (UI) like nah man I what they're gonna be like……why'd you ask me something like that? I've never been unfaithful to my wife.
CW-Hmm.
UCE-That she knew about. Hmm.
CW-His administration was good at……plugging up those holes.
KW-Well BUSH……screwed us up. He's not even talking about the economy and jobs.
CW-Yeah.
AM- He didn't say about that.
CW-Why would he (UI).
UCE-He only talks about the biggest problems……or……what he perceives to be the biggest problem……or what he perceives……people will listen to.
CW-You know how much blood is on his hands?
KW-A lot.
UCE-Oh yeah.
CW-An awful lot of blood.
UCE-I doubt if he cares.
AM-He doesn't. I mean his time……
CW-Well you know…….
AM-War, war has like……changed.
CW-But you noticed how many accidents he has…….like choking on a pretzel……or falling off his bike? (Laughs).
UCE-(Laughs).
AM-Choking on a pretzel.
KW-He takes too many vacations.
AM-He's always……most of the time he's on his ranch.
KW-He's always on vacation.
UCE-Yeah.
CW-Mm-huh. Yeah during the hurricane.
UCE-The….the western White House.
AM-And, and during the hurricane uh……CONDOLEEZZA RICE was buying shoes. She was shopping.
UCE-Them rubber boots she was getting so she could uh……weigh in.
AM-(Laughs).
UCE-That's what she'll say in about a year or two.
CW-Buying shoes.
UCE-What were you doing during the hurricane? Buying shoes……underwear……hats?
CW-What was I doing? I was working.
AM-I was working too.
UCE-I'm saying (UI)……

AM-We, we received uh……
UCE-That’s what she was gonna ask you. You know that right? When you, when you ask her why were you wearing shoes……When you invite her to Islam? (Everyone laughs). She got a name for Islam you know? CONDOLE, CONDOLEEZZA ABDUHL RAHEEM (PH)……sounds about right.
AM-(Laughs).
UCE-Let’s just do it.
CW-(Clears throat).
AM-We started working……before they did.
UCE-I know.
CW-Yeah didn’t we get some of those people (UI)?
AM-We got I mean people started leaving Louisiana what like the day before. Some of them (UI)
CW-When they were starting to fill up the hotel.
AM-Yeah, yeah.
UCE -Hmm.
CW-See people don’t see that though. Then you get other Muslim organization come in and try to steal all the uh……spotlight.
AM-Yeah. I mean…….
CW-Well I know you don’t care about that because you, you’re a worker but from my perspective……that’s just dishonest.
AM-Yeah that is dishonest. I, I, I wonder……I mean why they do it. All because of the (UI).
CW-Basically that’s the only reward they get.
UCE-I mean you know whey they do it then. Everybody’s not……just because they say they Muslim doesn’t necessarily mean they……they living right.
CW-(UI). Just because they say their Muslim doesn’t necessarily mean
AM-Yeah.
CW-But then again maybe the (UI)
AM-I, I think, I think the relief……guys everyone like wants to uh……show this so that they can get more donations.
CW-Obviously…….but when you’re……
UCE-(UI) living right.
CW-Well……I mean who’s your GOD……right? Who……you know is it Allah or is it the money?
KW-GEORGE WASHINGTON.
CW-Yep.
UCE-(UI)man you know that BEN FRANKLIN.
CW-Another G.W. (Everyone laughs).
CW-G.W.
UCE-You know that guy that’s FRANKLIN. That guy’s not even president.
KW-(Laughs).
UCE-He’s the dude with the lightening rod and the kite.
CW-Mm-huh.
UCE-And the big faces.
CW-Hmm.
AM-But he hated the Jews.
KW-Yeah he (UI).
AM-Most of the founding fathers didn’t……didn’t like the Jews. UCE-Mm-huh (UI) MASONS. They were and the MASONS believe in Allah……so there you go. (Laughs).
KW-Masons.
CW-Yeah……this country’s founded on it Yep.
KW-(UI) I went to the old library……downtown……nothing. The modern one ……the one that’s on the other side
AM-Where is the other one?
KW-Like on the same campus.
AM-Oh really?
KW-Very old one of the original libraries.

AM-Mm-huh.
KW-They have original books in there. You got some books you can't check out (UI)
AM-Oh okay.
KW-I went in there to look up FREE MASONS……and I found a book……the guy goes to the back, gets it for me with all the Texas legislature the first
AM-Really?
KW-Texas legislature information.
CW-Gees.
KW-It had their name and (UI) and what their position was in the (UI).
CW-You notice they don't release that information til after their dead?
KW-Yeah.
CW-You never really who's a MASON……until their dead.
AM-Oh.
UCE-Except for PRINCEHALL MASONS cause they put it on their license plates. KW-What's up with the, the……the (UI) that you see always……a lot of more black people are involved in MASONS?
UCE-PRINCEHALL.
CW-The, the research I've done on it……on it from from MASON perspective if that a lot of these people truly know what masonry is so they can view it is like a fraternity or……
KW-Yeah.
CW-Or affiliation……and so they really don't truly understand what masonry is.
UCE-I'm saying they're separate things so.
CW-Hmm?
UCE-PRINCEHALL MASONS are totally separate then……you know……like the founding father MASONS.
CW-Yeah.
UCE-They''re more like uh……you ever watch the FLINTSONES?
CW-Yeah.
UCE-They're more like the ELKS. (Laughs).
CW-ADNAN do you know what the FLINTSTONES are?
AM-Yeah
UCE-GRAND POOBA…….FRED and BARNEY.
CW-Yeah……mm-huh.
UCE-Wear the big hat.
KW-So who are the uh founding fathers here?
UCE-The founding fathers……where?
KW-Are you saying they're like FRED FLINSTONE?
UCE-No, no, no I'm saying that the PRINCEHALL MASONS are more like that of the something to hang out. Just like what we were saying it's more like a fraternity. It's something to hang out.
KW-Oh.
CW-Mm-hm. It's kinda like um……Mr. (UI).
KW-Yeah.
AM-If it you know what? Most of the countries……uh in the middle east and all……even those guys are MASONS.
KW-I know. When I went to Saudi……I saw some neat stuff there.
AM-What?
KW-Some MASON symbols man.
AM-Mm-hm.
KW-Straight up.
AM-Yeah I mean I'm, I'm sure about Pakistan cause most……they had lodges over there in Pakistan.
KW-Oh yeah?
AM-And, and the (UI)……like whoever have the……in the the positions in the government there most of them are MASONS. They use to go to (UI). Even now……I mean they're the ones who actually control, control most of the military and stuff…….but most people don't know that.

UCE-Have you ever seen the movie uh......The Skulls?
KW-Yeah.
UCE-Who is the guy you guys don't want to know that you're out shooting? What's his name?
KW-ANEZ
CW-Uh (UI).
UCE-If he did know, he'd be the type that would just be blabbing it?
KW-Yeah.
UCE-(UI) out here?
KW-Yeah.
AM-Why is that though?
CW-Because sometimes (UI)
KW-Well it wasn't so much as shooting it's like (UI).
UCE-(UI) fooling around.
CW-Did you cook that chicken?
UCE-It's not it's almost ready but it's still you know.
AM-It's almost ready.
UCE-Tell me what you think.
AM-Hmm?
UCE-Tell me what you think uh
CW-ADNAN is ADNAN's the chef.
AM-Well I thought this time KOBIE would take that responsibility.
CW-We, we were counting on you to be the chef and you brought us frozen chicken.
AM-Bad timing.
KW-KOBIE can't cook frozen chicken
CW-(Laughs).
UCE-Might as well take it off if we're gonna it's really not gonna do to much good now.
CW-Yeah it's 12:00.
UCE-(Moans).
CW-Definitely bedtime.
UCE-It's bedtime you wanna put it to the side?
CW-Hmm?
UCE-You wanna put it to the side so uh or leave it there? (UI)
AM-(UI) leave it there, leave it there. Oh leave it over night?
UCE-It's gonna mess up it's gonna mess up the uh pan for your eggs in the morning huh?
CW-We got, we got six hours.
AM-Not that's a pretty heavy duty heavy duty pan.
CW-It's not done yet? How long did you say it would be?
UCE-Probably in the next thirty minutes or so.
AM-Yeah next thirty minutes.
CW-Because because if it's done we can always put it in the refrigerator or something. Isn't there a refrigerator?
AM-Yeah.
CW-Alright put it in the refrigerator and then in the morning we can dice it up and put it in the uh
UCE-I think it's good enough to put in the refrigerator. I mean it's
AM-Yeah I thinks it's pretty (UI).
UCE-Where's the refrigerator?
CW-You can wrap it up and put it in the (UI)
UCE-Where's the refrigerator?
CW-ADNAN.
AM-You can use it for (UI).
CW-Oh okay.
UCE-You can use it for what?
CW-Lunch.
KW-Lunch.
UCE-Well yeah. (UI) refrigerator.
CW-Whatever you wanna do ADNAN. You're the cook.

Simmunition
9-17-05 Sess. 5 UCE "UCE-Some of those paintballs that you like especially the kind you rent you can see the paintball curving and as it comes out. You know going slower. CW-(Laughs). UCE-I use to have a bb gun like that when I was a kid. I use to be angry. You see it come out and go down. Well maybe to uh KW-In the military do they use that? UCE-They use a thing called simunitions. KW-What's that?
UCE-It's like a uh a real weapon whatever kind. But instead of it shootin' a bullet it shoots like a uh
AM-Man I (UI).
UCE-Like a crayon. Like a real soft crayon. And but it shoots out like a like if they carry uh
AM-Go ahead. No go. But
UCE-A SMITH & WESSON it's they have a SMITH & WESSON and when it hits you the crayon like explodes. So and it's it it hurts but it won't break your skin.
KW-It's like paintball.
UCE-Nah it's a lil' different than paintball because it's like it's way more accurate but as far as the feel it's like paintball. But when you shoot it out it's like you know it's like a bullet. It doesn't you know paintball comes and does all that and no it's like
KW-Oh yeah. You can see actually the ball.
UCE-Right. Now not
KW-But this one
UCE-Not with these. It's like it shoots you pop you know oh.
KW-It, it goes it traps the bullet.
UCE-Not quiet but faster than paintball.
KW-Yeah okay.
UCE-And it's slight accurate like a bullet would be.
KW-Oh yeah.
UCE-Like if you know if I aim for your button Then I'm gonn' shoot your button. Cause it's going out fast enough that it's gonna be you know accurate but
KW-Where do you get these from? UCE-Um man I don't where they have 'em.
KW-Do they sell 'em?
UCE-I can look and find out.
KW-I mean these, these things you put in regular like you said the real guns?
UCE-It's, it's like um they make like a slight modification to the um to the firing mechanism but it's like a real like it would be like the size of a real say 357. It would be just like a real 357. Otherwise or except for it shoots
KW-The way it shoots?
UCE-The simunitions.
KW-Oh.
UCE-And they look just like bullets but there's like a lil' crayon on the end. And you load it up. Like if if your gun only had only had six bullets you'd load yours with six bullets. That's it. So once you go you know go empty you go empty. If you got like a M16 and only carries thirty huh you better get your thirty shots cause when they go they go empty. I mean just normal. Whereas paintballs kinda abnormal cause you, you know you may have a whole gallon you know bucket of stuff up here. And then it's it's nothing connected to it like paintball stuff. It's just like a
KW-(UI).
UCE-(UI). Right. So. I know I'll find out and see man but I mean
KW-I bet they sell that stuff
CW-I bet you ADNAN can find it.
AM-Say what?
CW-You're still not
UCE-Cause that'll tell you. That'll tell you for real. I mean I you have to wear like a mask so you don't you know get shot in the face. But it'll tell you for real you know how accurate you are and you know what your instincts are. I mean it's not a bad thing.
AM-How do you spell that? KW-Uh I don't know.
UCE-Simmu simmunitions. Instead of ammunition put like simm in the front of it.
AM-Okay.
UCE-Like simulated ammunition.
AM-Okay.
CW-We're bettin' that if anybody can find it you can .
AM-I'll I'll let you know.
UCE-I'm thinking maybe you know like when we come out maybe we need to do stuff like that like early. Like as early as possible. Like as soon as the sun comes up and be done with it like you know. Instead of doing it like where people are out and about.
KW-Watching. Yeah like right after fajr.
UCE-Mm-huh. Yeah. Yeah.
AM-If you in Ramadan you can do it. You don't' have to worry about (UI). UCE-(Laughs). The thing is too as we get better with it we don't really have to make any noise doing it. I mean we can you know KW-I think so they're not loud huh? UCE-Well no cause I mean it's a matter of once we know what we're doing we can set it up you know the night before. Know what we're doing and know what we're trying to get accomplished. And just do it. KW-Yeah. UCE-And I mean cause we don't what we was doing is not wasn't not really about having a talk just about you know touch you go you know touch you go. All that kinda stuff so. We can actually go out there for an hour and nobody really know or really be able to hear. So it wouldn't call any attention you know. So and it's not live fire or anything so. CW-That's cool. UCE-By the time they come to the live fire we're just target practicing and shooting clays or whatever it is we're doing. And nobody can really refute it. You know. KW-Yeah. CW-(UI) again (UI)? You'll have to see if you can find that. You'll have to see if you can find that. AM-Yeah I will. I will. I'll look into it"
10-10-05 UCE "UCE-Do you know if ADNAN ever found out about the simmunitions? KW-The what? UCE;Do you know if ADNAN ever found out about the simmunitions? CW-Do you have an e-mail? KW-I don't think so. Last time, you guys were looking on it at Starbucks UCE-Yeah"
1-14-06 UCE "UCE-(UI) we shot. (Laughs). If they're smart, if they're smart they'll send a camouflage first. KW-(UI). UCE-(Whispering). They're so paranoid. You know they are. KW-(UI). UCE-Simmunitions. KW-Hmmm? UCE-Simmunitions would be perfect. (Whispering). Right now, it really doesn't matter about us. I just wanna make sure they're working together to get thru it. That's all. We'll just be, "We're just be havin' fun (UI) we could have shot 'em." (UI). UCE-(Whispering). You wanna just go out (UI)? (UI) just roll out on the path and bum rush 'em 'cause the thing is they were nervous this whole while and it's gettin' the point across. You want 'em to be cautious. We may as well have some fun (UI). KW-(Whispering). I wonder how far they are? UCE-(Whispering). It don't matter. We can go out like Rambo with our guns in front of us."