Alqai
3-15-05 CW "CW-Is that just TORONTO or is that (UI) or what?
KW-Uh, it's uh, it's all over CANADA. There are some parts of CANADA uh, is slightly better. But uh, other than that, I just (UI).
CW-So you think you're still gonna try or what?
KW-The other thing I uh, was reading in paper, they had an article about some guy Brother. So, that's at some masjid, that's a al qaida suspect, they had him arrested. They uh, said he (UI) was going to learn how to fight and stuff. I have the article at home. And uh, I'm like (UI) there's no different there than here.
CW-(Chuckling) What, getting out?
KW-Yeah. Well, yeah, I'm just saying (UI) pretty much (UI), you know.
CW-Oh.
KW-It's all the same, you know. And uh, their media is a lot more uh, (UI) liberal... that's the extent of it, you know. The people are nicer, but open minded there as far as, you know, muslims are concerned. There's a very large muslim community there. That's (UI) here.
CW-Mmm.
KW-But...
CW-But you think you're gonna still try or what?
KW-I'm probably not. I'll probably look in other areas, Pakistan, I don't know."
4-5-05 CW "CW-Well, I wanna shoot my rifle, man. KW-You can do it out there. It's no big deal. CW-Yeah. Yeah. It's too... KW-But you...you...I don't know who you would for permission to use that property. CW-Yeah. Cause that's... AM-Uh, for that property, I can get permission for that property. KW-Oh, yeah? AM-If it's ISGH I can get permission. KW-There's a guy that... CW-To shoot a rifle. AM-I don't know. I don't know, but (UI). CW-Is it big enough to shoot a rifle? AM-I don't I haven't seen that property. KW-If you go shoot and then like, FBI goes out and sees uh, you out there...Muslims out there AL QAEDA TRAINING CAMP, you're all in trouble. CW-Right, if it's ISGH property AM-Yeah. That...that's right. I don't wanna uh, KW-(Laughing) The next thing you know, link, link, link, link. ISGH shut down, man. CW- Yeah. No, we should...we should find some place. Maybe a wildlife...a wildlife management area that allows that uh, I'm sure I saw them on the uh, Internet on TEXAS PARK AND WILDLIFE where they have like, areas that you can shoot and stuff"
6-14-05 CW "CW-Did you uh...did you download the CD off of the internet?
AM-No.
KW-No. Uhmm. CW-Where did you get it from?
KW-Uhh.....
AM-Secret sources.
CW-Oh, top secret.
KW-Yeah. It's top secret, man. I promised, the people. I couldn't tell.
CW-Oh, okay. That kind of top secret.
HM-Al Qaeda.com?
AM-(Laughs).
CW-Yeah." "CW-Okay. You need, because an Amir, it seems to be easy for us to elect an amir. You can elect amir, an Amir, for the, KHALID IBN WHALEED CAMP...
HM-What do you mean?

CW-Or you could elect an Amir, for...
KW-Yeah...
CW-...whatever, but you didn't, you never, not even MUJAHADEEN he says, ever are calling for the Khilafa.
KW-Yeah. Not even MUJAHIDEEN are doing that.
CW-But nobody's doing it.
AM-(UI), I'm pretty sure, Taliban, that's, what they're working for.
CW-But see, that's just one group. That's just one group, though.
HM-(UI). (Laughing). Just like (UI)...
CW-He's looking over his shoulder...
HM-...wearing black and whites, and I asked...
CW-(Laughs).
HM-...He was creeping around, with a big bag.
KW-Now I think that's what AL QAEDA'S doing.
CW-Right.
KW-Their establishing this global network, with one Amir. I don't know. I'm just, this is my guess.
HM-(UI), everybody else want...
KW-Huh?
CW-And don't talk about blowing it... Things going to shhh...
HM-(UI) terrorizes it, so they can... (UI) over it. Bridges. To me it looks like bridges.
CW-But what, no, what we're talking about though is, is not that aspect of it... We're talking about the re-establishment of, of leadership. Isn't that what, isn't that what OSAMA has said in some of his speeches though?
KW-Yeah.
CW-About re-establishing the Khilafa again.
KW-Yeah! That's all he was talking about, is bringing the UMMAH (UI). He, he, he himself, initiated this GLOBAL JIHAD. He set the trap up for BUSH. (UI)...
CW-And he took the bait. (Laughs). KW-He took the bait. And this where we'll bring the unity of the Muslims together...
CW-Yeah.
KW-...in his eyes.
CW-Yeah.
KW-Where you don't have borders, and MUJAHADEEN would be crossing borders, and that's exactly what AL QEADA does. They're in every country fighting.
CW-Yeah. That's true.
KW-They're not concentrating on one little country. That's...
HM-How did he take the bait?
CW-Who did?
KW-Me? Naw.
HM-Any one of us could be AL QAEDA. I could right now decide that I want to be, I want to be involved (UI)...
CW-You, you look like, you look like OSAMA's son.
HM-I know.
KW-(Laughs).
HM-I might be, you don't know."

6-21-05 Sess 2, 3 CW
"CW-What's his name?
KW-UBADEEN HIKMATAR
CW-(laughs) Beats the heck outta me. KW-(laughs)
CW-Oh, man So, so, he allied with the Taliban.
KW-He's with the Taliban. He formed an alliance. MULLAH OMAR.
CW-Now, what, what, umm, in the whole grand scheme of things, I mean, you got the Taliban that's gaining ground. Where does Al-Qaida fit in in all this?
KW-They're helping out.
CW-Yeah, but, in Afganistan
KW-They don't have as many foot soldiers.
AM-They never had that many foot soldiers.
CW-Right, right, right, I'm just wondering What is their role in all of this?
AM-Let's see, right now
CW-Are they working side-by-side with the Taliban?
AM-I think right now
CW-Or are they working as the Taliban? Or what?
AM-No, no, no, no. I think most, right now, I mean, those guys, they don't want to interfere in local politics. The al qaida they don't want to mess with Afganistan's local politics. So they are their guests, basically. Guests of the Taliban. But their rules only
CW-So, so So they, so they fight, but they don't really
KW-Get involved with UI
CW-They fight, but they'll allow the Taliban to take over the rest of the
AM-Yeah, yeah.
CW-They'll fight side by side with them, probably coordinate with them, but
KW-Yeah, exactly, coordination, as far as the tactical war
AM-Yeah, as far as the Jihad is concerned, we are their partner, but they're not part of the political
CW-Okay. So, I mean, but the Taliban would be more local.
KW-Yeah.
CW-The Al Quaida would be more inter
KW-Global.
CW-International.
KW-Yeah, they're on a global scale.
AM-Yeah.
CW-So, so where do we fit in all of this? When we go, I mean, do we go to Taliban and say, "We want to become Pashtune"?
KW-(laughs)
AM-UI to do with AL QAIDA
KW-The thing is is that, uh, Al Qaida, actually they put a new video out on Al Jazeera.
AM-Really?
KW-Yeah.
CW-I think I heard something about that
KW-(UI) ZAWHIRI..
AM-Yeah, ZAWHIRI, uh uh..

KW-It's in Arabic. I saw it, I couldn't, I didn't understand what was being said. They had translantion on JIHAD UNSPUN, and it basically, we, the procedures, what the UMMAH needs to do to establish a solid state.
CW-Mm-hmm.
KW-And that's what he got out there and said. I don't know. The video's on JIHAD UNSPUN.
CW-Hmm.
KW-But they, they are heavily entrenched in Iraq.
CW-Yeah.
KW-Actually, they are, uh, on the offensive in Fallujah right now."
7-12-05 Sess. 1&2 CW "CW-I'm trying to figure out though, how is it that if it's an Egyptian movement, how did it translate into other cultures like that. I mean, obviously it's among the Palestine people or whoever else is out there and...
AM-It's because it's a concept. They are using that concept of the movement (UI).
CW-Really.
HM-(UI).
CW -What...
HM-(UI) is now BIN LADEN'S right hand guy.
CW-Who?
HM-AL-ZARQAWI. The old Egyptian guy (UI).
CW-SA'AD, SA'AD or something?
HM-(UI). The movement is to liberate and unite Muslims all over. It's not just about Egypt.
AM-ZAWAHIRI.
CW-ZAWAHIRI?
HM-Yeah (UI).
CW-Oh, he's IQWAN? Oh is he? Alright. I didn't know he was in jail. HM-HAMAS is just (UI).
AM-Huh?
CW-I didn't know he was in jail.
AM-No, he's not in jail. He used to be in Egypt.
CW-And you were saying what?
HM-I said Hamas was mostly, I mean, mostly to liberate Palestine. That's all their focused about.
CW-I understand the political aspect, but Hamas is IQWAN isn't it?
HM-(UI) Iquan is something (UI).
AM-No.
CW-FATIMAH was sayin' Hamas is IQWAN.
AM-Hamas, Hamas SHIA.
CW-No their not.
HM-They're mixed together, they're mixed together. They are kind of (UI) Lebanon."
7-15-17-05 Sess. 2 CW "
KW-See what's really going on. I figured out that TAKFEERI thing, too. (Rustling and banging noises. Conversation in background.) AM-Yeah, good.

KW-Here's the fatwah (UI) go on line. (Scratchy noises.) And then, Ah, adeadly bombings in ah IRAQ, AL QAIDA didn't claim responsibility. The, the children that were killed? They denied responsibility for it.
SHZ-Where?
KW-In IRAQ.
SHZ-Oh, (UI).
KW-And here's something else. Ah, I found SHAIKHs in LONDON making dua'a for Allah to forgive...
CW-(Scratchy noises.) Hmm.
KW-.. the people that died on the...
CW-Here.
SHZ-The guys who (scratchy noises and banging) committed suicide?
KW-No (scratchy noises) forgive, to forgive the victims. (Loud scratchy noises.) But, they're non- MUSLIM.
AM-Not all of them are non-muslims.
KW-According..."
7-19-05 Sess. 1&2 CW "
CW-Are you really truly an anti-violent movement? I mean like for instance what if someone....what if they start exterminating you? (Laughs).
HM-I'm, I'm not an anti-terrorist movement. I believe in terrorism. I do...seriously. Cause you need to be scared. Sometimes you need to be....this is between us. This is between us. But sometimes you do need to be scared . . . straight. You need to be scared straight. Sometimes you need to be.
CW-And that's the purpose of Al-Qaida.
HM-But we could do it, we can do it another time. We do things, we do things, we do things that are really (UI) upside down. Sometimes of course they really can't, they can't fight it...you know.
CW-I don't plan on being here that long.
HM-I'm not (UI) here. I have this, I have this vision about being in a group. I picture myself riding a camel.
CW-No, tell me about your vision about the group though...well...."
7-26-05 CW "KW-He needs a good camera man, huh? Did you hear about that uh, ALGERIAN ambassador?
AM-ALGERIAN ambassador? No.
KW-Yeah.
CW-(Coughing).
KW-I think they found on the news they assassinated him.
AM-They assassinated him? In IRAQ?
KW-AL QAIDA.
AM-In IRAQ?
KW-It....
AM-Was it the...
KW-Yeah, in IRAQ.
AM-Was it the ISRAELI or the EGYPTIAN?
KW-Naw, that EGYPTIAN was a couple of weeks ago they assassinated.
AM-Yeah, oh, he already...

KW-But this ALGERIAN one, you go on JIHADSPUN they have all his identification information. With uh, (UI), you know that emblem in the background. When I got home and watched 12 news... KW-That's BBC. They showed it. The same thing I saw on the website.
CW-Um-hmm. Yeah, but in IRAQ they've taken a bunch of Muslim hostages.
AM-They have?
CW-Yeah.
AM-And there was a news thing they said that they have given a warning to every Muslim over there not to be in certain places.
CW-And, any, anybody, anybody who, anybody who is cooperating with a government that is KUFR...” “KW-Yeah, that, this, if you read this is the whole planning of AL QAIDA, to get AMERICA involved and to travel.
CW-My issue, my issue is that everything is AL QAIDA no matter what happens in the world, they blame it on AL QAIDA.
KW-Yeah.
AM-Yeah.
CW-All of a sudden it's a new terror cell of AL QAIDA. KW-Yeah. Even if nobody even met BIN LADEN.
CW-Yeah.
AM-That's....you know this is the day that verse in the Qur’an says that.
HM-What verse? What verse?
AM-Hypocrites.
KW-(Laughing).
AM-The hypocrites side with the hypocrites and uh, the MU’MINEEN side with MU’MINEEN, like uh...”
8-2-05 CW “KW-The Stradford, I get this like a monthly or weekly review. I'm on their mailing list. I'm not a member. It's expensive, it's like two hundred dollars a year for a membership. And you're - you're I mean it's very in depth analysis of conflict.
CW-Wow.
KW-It means, I mean stuff you wouldn't normally see. In the mainstream news or even alternative news. It's - it's uncut stuff. Well, I just got like brief summary of their analysis, summary review of what they think uh, strategies are happening as far as Al-Qaida versus America back and forth. And uh, their analysis is that Al-Qaida tricked Americans going to Iraq. It - it was - it was the objective or something like that. See, Bush and America’s catch twenty two syndrome. If they didn't go, then they would look like a paper empire. Yeah, it - it would look.....
CW-(Laughing) A glass tiger.
KW-Yeah, a paper tiger. Yeah (UI) like you - you could almost do anything they not going do anything, you know?
CW-Yeah.
KW-And then the other, if you go in, you knew it - it would cause uh, the Muslim would have to be inflamed to make everybody go out. The whole objective behind Al-Qaida, their strategy. It hasn't fully, uh, worked from Stratford's analysis, because uh, if it did, we would see, they say if it did, we would see all the Muslims governments being over thrown. Which by now, you know five year, four year, five years later. But what they said is that, I mean, what I got from that - and that's why they get what - what was done

in London. It's to, pressure the non-Muslims to pretty much attack the Muslims. In a way where the Muslims have no choice but to defend themselves through JIHAD. Like exe - primary example Iraq. So, you - you - you create a scenario like London bombings, solely with the non-Muslims who get influenced. Attack the Muslims. Then the Muslims arrive there. You see? And then you just have massive JIHAD in Europe.
CW-So, everybody's provoked. So - so they're provoking everybody.
KW-Exactly. That's the whole objective." "CW-But, but I mean anybody can make it, make a kitchen bomb. Anybody can make a kitchen bomb.
KW-Oh yeah.
CW-It's not like they need a lot of resources. So....
KW-Yeah. Well, they were saying uh, that Al-Qaida, what happened in London was a very, is not to much of a hallmark of Al Qaida. It - it was sloppy.
CW-Yeah. Well that's true.
KW-Well, that's what they normally do. Normally, it's li - lot more sophisticated like Spain.
CW-Yeah. It was timed, but it was sloppy.
KW-Yeah.
CW-Oh.
KW-Like Spain was very sophisticated. On how it was done.
CW-Yeah.
KW-But this one was sloppy, it was sloppy because uh, as communication between the hierarchy. In the organization. And, basically saying that Al-Qaida, their system of communication is very general. But the people, the foot soldiers they don't know specifics. So they have to improvise. CW-Well, that makes sense. KW-So, they're - they're pretty much autonomous. And, they have to figure out things themselves CW-Yeah. KW-Look, they - they know when - when to do stuff. Uh, uh, this is what uh, they said (UI) they still okay so scrounge because of this. Know, it's not as uh, specific or direct communication. But, they - they - they - they gettin' real into it you know about the organization and you know the whole objective, (UI) Al-Qaida (UI) to establish KHILAFA. They - they just wait. And uh, to do that, you have to get the West out of Muslim lands. So... Uh, I don't know man. I mean as far as I stand on all this, I don't know. I don't really know I uh, what I do I wanna make sure is purely Islamic. And I don't do anything that lead me to hell fire. (Laughs) CW-Right. KW-And uh.... I mean" "KW-Here's a gun. (Laughing) Yeah, you know like um...(UI) DA'WAH, it's pretty interesting, and if the Muslims do this, it'd be so good man. Is that, like, when they come to you with a question, you convert it into TAWHEED. You know. Like uh...you know questions about suicide bombings this and that. You could easily turn that question to something where it relates to Allah's oneness. And it's so funny man, that, this kid he kept asking me, asking me, asking me, what about Al Qaida? What about the Taliban? (UI). I'm like this guy is (UI). Gotta keep him on TAWHEED I'm telling myself. And I kept him on TAWHEED so much to the point where he just stopped asking questions. (Laughing) But (stutters) he left with the impact though. I put a seed inside of him. CW-Yeah. That's, that's good. Mashallah. KW-I think the Muslim community needs to do that more. CW-They'll get those questions answered later on though."
8-16-05 CW "AM-Nah, (UI) this is, this is the one, yeah. Okay it got six parts. Right, this is part six.

CW-Send that to me. Can you send that to me?
AM-Yeah, or I'll just e-mail it to you.
CW-Yeah, e-mail it to me.
AM-(Typing on the computer) Okay, you need to read all of these also.
CW-Gosh!
AM-(Laughing) No these, these are really good, I mean you know, ah, they have like the (UI) of the TALIBAN, AL-QAIDA and what happen, what's actually going on.
CW-But then those articles gives a lot of detail about that region.
AM-But, this is 2004, but this is 2004. 2005, it's different. Cause they have had more operations since then.
CW-I, I understand, I understand that.
AM-Discuss of all the key operations, right? CW-But if, if in that area there are cities set up where foreign fighters families are.
AM-There are, there are.
CW-Okay.
AM-But now, now the problem is that area is not as porous as it was before back then. I mean you got the Pakistani army surrounding.
CW-Can you pull up a map, is there a way we can look at a map?
AM-Let me see. (Typing on the computer) Trying to get a map on Pakistan." "KW-What's Baluchistan(PH) like?
AM-Baluchiston(PH) is ah desert.
KW-They say it's like.
AM-It like Arizona.
CW-Desert? (Sigh) I love desert, man. AM-Arizona.
KW-For real?
CW-Yeah.
AM-This is the largest Province that we have in terms of ah size. See this is the border and, but, it has very little vegetation most of it is mountains.
CW-Kind of like Texas.
KW-Pakistani military went in there, huh?
CW-In the coast.
KW-Into Quetta. Quetta.
AM-Quetta is a city.
KW-Yeah, but I, I hear some reports about the military going in there. Kinda flush out Al Qaida.
AM-No, no, it was over here, it was somewhere over here not in Quetta.
CW-Huh, so the tribal area for the mostly part are they on the Afghan side? AM-Our side is more, it's basically both side, but, ah, the most famous area are these ones.
CW-Yeah.
KW-Yeah.
AM-This one.
CW-Now where is Waziristan located?
AM-It's somewhere here let me see, you see this boundary this one. This one is like for the tribal area site this boundary.
KW-Oh okay.
AM-This small one.

KW-Does it go all the way up though?
AM-Oh well, it's going over here, to here. This little chunk of land.
KW-What about North frontier?
AM-North frontier is not a tribal area. It's a Province, it's, it's you see tribal areas are those area where Pakistani law doesn't apply.
CW-Where, where.
KW-Oh yeah. CW-Where are the Taliban controlled areas now? AM-Where?"
8-23-05 CW "KW-But I'm talking about After years later after the Muslims gained powerful and they were conquering everybody. He invaded TAIF. Because, we all know about TAIF in the MAKKAN period. When he tried to do Dawah and he was chased out by the children with rocks and stuff.
AM-Yeah.
KW-That, that was one but later on he invaded, you know, 'cause he started conquering all the Arabian peninsula.
AM-Right, right. Right, ok
KW-and this is one area they did and they used catapults of fireballs. The Muslims used catapults, which were killing civilians who were on the other side and stuff. So, I don't know. This is one Hadith evidence I saw from the other side.
AM-Let me try
KW-I try to look for it on the web (UI).
AM-You didn't find it?
KW-I can't find anything.
AM-Where did you, I mean
KW-I forget, I mean. That is something AL QAIDA came with in their evidences on that.
AM-Let me, let me. I can probably find something
CW-AM can find anything.
KW-I'm trying to find it like in (UI) and stuff like that. I can't find it.
AM-You won't find everything in there.
KW-I know. That's what I was saying, you, alot of the Hadith's and SEERAH we're limited in what we have.
AM-That's, that's, I agree with you. You cannot find, alot of stuff you cannot find because they don't want it on the web.
KW-Yeah, yeah, kinda, there's censorship. AM-They don't even want it in the print media so that if you have something in print that's easy, available, you can't even find on the web. KW-Yeah, the Hadith's are out there. CW-So we need to find them and publish them. AM-Exactly. CW-(Laughs). KW-You gotta know Arabic first. AM-(Laughs). That's too much of a responsibility. CW-No, you were, you were translating for JIHAD UNSPUN you might as well do it for us. AM-Yeah but I was translating in URDU (UI)."
"AM-I don't know man. It's looks like a pretty nice website, right? KW-Yeah. CW-Well, it's probably Zionist like the other one. KW-Oh no, yeah this is a probably a non-muslim website that has done analysis. I run across a few of those (UI). CW-But he got it searching TAIF catapult? How do you get all, I don't understand how you got that from searching TAIF catapult. AM-What? This? CW-Yeah. AM-It has to have this because, uh, Al Qaida, Al Qaida used this as a, as a, what KW-Evidence. AM-Evidence as a justification. CW-Oh. KW-I, I saw the evidences from the Muslim websites. You won't find their evidence from Muslim web sites. You gotta go to non-Muslim sites. CW-

'Cause Muslims are getting worse than the Kufar. AM-Muslims are apologetic now. (UI) ”

9-6-05 CW “KW-I don’t know what the heck My address was so clear. I kept e-mailing them and they responded back I was like what ever I’m not becoming a member ever again. So That was my issue with them that’s why but that, that video is pretty good. He mentions why he did it. Why he did it.
AM-Really. KW-Yeah he says you know how uh the um amer you know British people they allow their government to kill Muslims and this and that and how their they have blood on their hands.
AM-Yeah but that doesn’t mean you do what you did. He cannot justify what he did. I mean if, if he did it. I mean they’re not suppose to do something like that.
CW- So what are we suppose to do? What are we supposed to do?
AM-They target the military or something.
CW-Maybe the dude was living in the slum he had no other way.
KW-He was British he could have gone anywhere he wanted to. He could have went to Iraq.
CW-(Sniff) Yeah.
AM-Yeah.
KW-He could have went to Iraq and fought. (UI) but then Al Qaeda didn’t claim responsibility for it.
AM-Of course it was his own thing.
KW-Yeah he did it was out of his own but um they he (UI) he just went on to talk about BUSH and BLAIR it was all in Arabic so I couldn’t I didn’t understand it. So
CW-AM can interpret for us.
KW-But the the
CW-Some of it.” “KW-See LETTERMAN on MORK and MINDY. (Laughing) I like to see that one. Oh did you hear there was a gun battle in Saudi Arabia? The mum. You didn’t know ‘bout that? Oh yeah a lot of MUJAHADEEN. They shot down a helicopter and everything.
CW-Really.
KW-Yeah.
AM-No way.
KW-In Al-Qaeda Yeah, I mean actually they
AM-What’s he doing?
KW-I don’t know.
CW-Is that GEORGE BUSH sticking his middle finger up?
KW-Oh yeah it was on BBC this morning.
AM-Do oh really I didn’t hear about it.”
9-13-05 CW “KW-You know, you know the situation in Virginia he even explained how they it was like an Islamic center in VA I mean all sorts of CW-And SHAIKH, SHAIKH WALEED was apart of that?
KW-Yeah SHAIKH WALEED was part of that.Saudia Arabia. I mean they had.top.top.
AM-Yeah they had a big riot. I mean people, people.people funded by the SAUDI consulate in embassy.

KW-And.the government just shut everything down. Nothing exists. All sorts of schools and charities and. And uh there was some young brothers who were playing paint-ball and they got accused for having training
AM-Training.
KW-An A-Qaida training camp. So they and this is what this wasn't in the news. This is what MUJAHID told me. That SHAIKH WALEED is close to ALI TAMIMI. You know you know the people of knowledge and they they know each other very well. Well.these youths were coerced in saying that ALI TAMIMI is their spiritual leader. So by the.you know.the law enforcement. So they.said it to get some time reduced or whatever. So now ALI TAMIMI is facing life in prison.
AM-That's you know.I mean.these are difficult times.
CW-And, and how did.how did SHAIKH.
KW-And just for playing paint-ball.
CW-How did the SHAIKH escape all that?
KW-Who?
CW-WALEED. How did WALEED.
KW-SHAIKH WALEED wasn't apart of that."
9-20-05 UCE "CW-Yeah I hear that uh, that one town next to Syria, that' they're having a problem taking over. What's the name of that town again. AM-(UI). (UI) or something like that. (UI). I don't remember. Something like that.
CW-They said AL QAEDA owns the town.
AM-Hmm.
UCE-They got, like a deed?
CW-Yeah.
UCE-Owned by.
CW-They have a sign out front, Al QAEDA territory do not enter.
AM-I heard Syria has some like um, people and they're gonna try and ..
UCE-Trespassers will be shot.
CW-Say what?
AM-They have some people from that town or whatever. Supposedly terrorist rebels.
CW-Syria?
AM-Yeah.
CW-Syria's an ally.
AM-I know but these guys are after Syria, I mean they are like what like MUSHAREF (PH) is doing. Giving them people whenever they come Pakistan MUSHAREF would help them 'here you can have them'.
UCE-So they probably go out, they probably go out and grab a few people just in case.
AM-Exactly.
UCE-Uh, they bothering us a lot. Give 'em um AHMED.
AM-(Laughs). CW-(Laughs). UCE-So we need to go grab somebody (UI). CW-Find the lowest guy in the totem pole and say he's an AL QAEDA commander. UCE-So we got to go find somebody just in case huh? CW-Yeah.
AM-That's, that's how it is.
UCE-We got to give up just in case right?
CW-(Laughs).
UCE-Come here KHALIL. Here, take KHALIL."

2-6-06 Sess. 5 CW "KW-Huh, Khalid Sheikh Mohammed, that name sounds familiar. CW-I know. KW-I don't know, but, but, why is Bush saying this? CW-Uh just saying.. KW-Oh I'm yea I'm on ah MSNBC website and I see ah the link to it. CW-Yeah, he must be mentioning it because Al Qaida's still working in the U.S. or something, you think?. KW-Well, why, why doesn't nobody else know about this? CW-I don't know. KW-(laughs) CW-(laughs) KW-That's pretty odd. CW-I know man. KW-Khalid Sheikh Mohammed CW-It sounds familiar. KW-Nah, oh ah I'm wait, wait, you said that Khalid Sheikh Mohammed, the alleged master mind of September 11 attacks was captured 2003, oh wait- Khalid Sheikh Mohammed, isn't that the, no that's Moussaoui. CW-Yea, Moussaoui is the.. the what 19th or 20th guy they were saying about September 11, but Khalid Sheikh Mohammed sounds familiar and I can't place it.

KW-He was captured in 2003. CW-Uh huh KW-And already began planning the west cope coast operation October just after September 11. CW-Uh huh KW-(sneezes) Alhamdulillah. One of Mohammed's key planners was Hambali the alleged the operation chief of Al Qaida related terrorist groups from JAMAAT ISLAMI. I'm gonna look Khalid Sheikh Mohammed, look him up on the web. CW-Yeah, that's weird huh. KW-Yeah, ah the name is on the tip of my tongue, he sounds familiar. CW-Uh huh, you think it's Al Qaida? KW-Y - e - a - h, oh, yeah I see his picture, he's in Wickipedia.. CW-Uh huh KW-(laughs) CW-Oh KW-Man he's actually a, I mean I didn't know they had biographies on people like Mohammed. CW-Well that's the CIA world fact book right there man. KW-(laughs) but ah Khalid Sheikh Mohammed ah yea, he's ah, ah looks like he's Arab, you know big, big beard. CW-Uh huh KW-But ah he's the Pakistani Kuwaiti mastermind of September 11. CW-Aaaaaah KW-World Trade Center tower in New York. CW-So we, we brought Al Qaeda to other countries then. KW-He was captured in 2003, was an important figure in Osama Bin Laden's Al Qaida organization, where he masterminded numerous plans and came to head the group's propaganda operations sometime in 1999. CW-Uh huh KW-Ah, the 911 Commission Report calls him the principal architect of the attacks. CW-Interesting, so Al Qaida's working on our, on U.S. soil still?"

3-15-06 UCE "UCE-Bring this point up to him though. And I think I think he'll agree with this. We didn't we definitely didn't wanna talk about that in front of HASEEB. I mean just. Plain and simple that's. (laugh) cause that if something's gonna make him nervous, that'll make him way more nervous. AM-Yeah. KW-Yeah. UCE-Where where can we live? And who will be the right people to hook up with? KW-Yeah. UCE-What what can we find out..where can we find AL QAEDA? Can you let a brother know? (laugh) (Talking over each other)

CW-You should, you should give him a copy of our picture. UCE-(laugh) I mean well what. CW-Hey, you, uh did you get pictures off that CD? AM-I didn't go home yet. CW-I forgot to give these guys the pictures." "KW-Then they're like well who's gonna replace MUSHARRAF? Well there's already a government there ready to to take over there. And then he said Jihad is not established in our time. AM-That's what CW says too. (laughs) You cannot establish Jihad now. CW-Huh? I didn't say that. AM-In the class you say that all the time. CW-What are you talking about? KW-What class? AM-The HPD class. KW-Oh, you say that. CW-I did not say that. (talking over each other) (laughter) AM-You said that all the time. CW-I do not. No I don't I don't. (laughter) AM-What? CW-I never say that. AM-You say that.

CW-No I always give legitimacy to the CHECHNYANs (PH) and others. AM-That was CW-I just I avoided IRAQ and AFGHANISTAN for the sake of being thrown in jail. (laughter) UCE-Discretion is the better part of valor. (laughter) CW-I never said that. (laughter) KW-In a front of a bunch law enforcement guys. (laughter) KW-You got to be careful. (laughter) CW-I'm telling you man but when it comes to killing Russians they don't care. KW-Yeah, they don't care. AM-That's that's all you have to do (laughter) CW-Shoot. (laughter)

(Talking over each other) KW-CW's like what, what are talking about? UCE-Next time you have a class, I dare you to get up and say I got three friends they all part of AL QAEDA guess where they at? (laughter) UCE-You think you'll make it out? KW-(laughs) AM-(laughs)

UCE-(laugh) (Laughter) CW-We we (UI) (laughter) KW-Yes. (Laughter) UCE-(laugh) You you think they believe it? (laughter) UCE-We walk up and say, you (UI) (laughter) KW-(UI) believe it (laugh) UCE-(laugh) Heh, pull out our cards. (laughter) CW-AL QAEDA operators.

(laughter) UCE-They got any questions, what don't leave home without it. (laughter) UCE-Huh. KW-But yeah OBAID was saying that. That doesn't make any sense. And then I threw a hadith at him about uh what about (UI) there would be a group of ummah who would be fighting until the day of judgement. Who are fighting Jihad until the day of judgement. UCE-Right. KW-And then like MUJAHID and a few other brothers uh, that's not what that means that just means knowledge (laugher) KW-It didn't mean Jihad."

3-28-06 UCE "UCE-'So, um, you gonna be busy tonight? BANG, BANG, BANG, BANG! Hold on guys, just a minute, can I call you, ok, I'm gonna call you back. Alright guys, here you go. BOOM, BOOM, BOOM. We'll have the entire 5TH CALVARY comin' down on us. And he'll be over there, "I got that..I got that number guys!' (Laughs). AM-(Laughs). CW-Hey, make love, not war right UCE-We'll be, we'll be rollin' up like uh, "Can you direct us to either AL QAEDA, TALIBAN, whoever"....and he'll be like "Can you direct me to the ladies room?" (Laughs). UCE-(UI) will be like what. Can we get the mujahideen? Like, uh, can I get the red-headed lady that...How you know her hair was red? Her eyebrows, her eyebrows AM-(Laughs). UCE-We be over there with our guns he'll be...we'll come off with our guns and he'll just have a backpack. Why you just got a backpack? In case I got to go to sleep. That's our brother."

5-1-9-06 Tel CW "AM: -Did you watch yesterday's, ah, news thing? JC-Huh? AM-Ah, Channel 11 eight, ten o'clock news? JC-Oh yeah, I did see that, that's a trip, huh? AM-(laughs) JC-Al Qaida in Houston. AM-But that was, I mean, they were marketing as if they had something for real, man. JC-I know, man. AM-So old. That was crazy. JC-They have video, somebody, somebody gave them a video CD of us training, right? AM-(laughs) (UI) JC-And here all along it was these people, (laughs), these people in 1993, over ten years -ago. AM-(laughs)

JC-And they were putting it off like there was something going on today. AM-Yeah, I know. That was so funny man. It was like really, oh my God. So, all for -nothing. (laughs) " "JC-Yeah. That's a, that's a, that's interesting because ah, I mean they were just putting it -off as if they found something here in Houston today and they didn't find, it wasn't that -at all, it was stuff that happened thirteen years ago, oh, could Al Qaida be in - Houston? (laughs) AM: -Yeah. Interesting. JC-An this guy apparently he was in Houston thirteen years ago so oh my God, that's -current news. AM-(laughs) Yeah, they

made it look as if it was a big thing. JC-I know. (laughs) AM: -Yeah, the media. They're so desperate, they're so desperate for, for, for like people -can tune in. JC-I know, I know. They need something to stir up people's fears, huh?"

5-10-06 Sess. 1-3 CW "JC-I got more if I mean if you want. I got more but. MM-(UI). AM-Yeah but he's, he's pretty good, he's pretty good. HD-He's our Al-Qaeda guy. MM-There's a guy out here shooting a two seventy. There was a guy out here shooting a two seventy a minute ago. JC-Yup.

HD-They're right there aren't they both right there.

AM-They, how come I didn't see it. "

 AM-(Chuckles) (Pans banging) Ouch.
CW-What you mean ouch?
HAMAD-See, he's kinda weak now. I think he's gonna. . .
AM-My ears.
CW-What do you mean your ears. After all that. . .
CW-After all that. . .
AM-I was very (UI) (chuckling)
CW-After all the ordinance we just unloaded out of there.
AM-(Laughing)
CW-Shoot. He's complaining about his ears.
AM-(Chuckling)Too sensitive.
CW-You're just too much ADNAN. (Sniffles) That was, that was so much fun. I love doing that. And especially since we were so free out there.
AM-I never imagined that we would ever get a target placee(chuckles) like this.
CW-Yeah.
AM-I mean, this is pretty good. You can do almost everything under the (UI)
CW-Well, un. .. you know, unless you have private property it's kinda difficult.
AM-Yeah, I know. But this is pretty good.
HAMAD-Next time, next time I might get something to shoot up, like a tree or, and just shoot up something.
CW-That sounds good.
AM-Well that's what targets are for.
AM-Man, those berries over there were tasty actually.
CW-What?
HAMAD-You, you actually had some?
CW-You ate berries?
AM-I had them before.
CW-How do you know somebody didn't pee on them? (laughing)
AM-I washed them.
HAMAD-Well, urine is clean, I mean... People say it's drinkable. It is, really. People like in the whatchamacallum. In the Space Shuttle all they drink is pee, recycled pee....
CW-Actually, I knew a guy who in the Marines in Vietnam, and he was (water pouring) pinned down so long he had to drink his pee in order to keep from dying of thirst.
HAMAD-Oh.
CW-He said it was the most disgusting thing he has ever done.
AM-(Chuckles) That kinda might (UI)
HAMAD-It smells like catfish, I mean cat food. (UI).
UM#2-Uh huh. (Long pause) (Birds in background)
CW-(Eating) ADNAN you're taking up the whole spot man.
AM-(UI)
CW-No, stay there, it's okay. I was just teasing you.
AM-Who? (Laughing) (UI)
CW-I was just teasing you man, stay there.
CW-Uh hmm. Just starting to go away a little bit. (Long pause) Well, KOBE was so excited he wanted to go back tonight. When you guys were over picking up all the trash, he said, "Man, maybe we could come back and do this again tonight."
AM-I don't think so.
CW-It'll be locked up. Besides, we need to do some skeet shooting. (Long pause) That's a lot of fun man. You think you had fun today.
HAMAD-Not only was it fun, it was cool.
CW-Uh hmm.
HAMAD-Yeah, nice weapons.
CW-It brings a whole new meaning to Internet gaming, doesn't it?
CW-I don't know why. Man, I wanna shoot this thing. I'd like to see you guys shoot it.
HAMAD-Hell, that's a challenge.
CW-I wanna see ADNAN jack it up.
HAMAD-With the shotgun (UI) gonna (Laughing) like five feet away (UI)

CW-Tell you what if he misses this with this shotgun I'll be shocked.
AM-Why would you be shocked? (Overlapping conversation)
CW-I will never consider going hunting with you ever again. Because you might end up shooting me instead of the bird.
ADNAN Oh my god.
CW-How long did KOBIE want to sleep for man?
AM-I don't know. HAMAD says he's snoring, so probably...
CW-Did you hear him last night sawing down a tree?
HAMAD-Not last night.
CW-Oh he was just snoring up a storm over here.
HAMAD-Right now I heard him snore real loud.
CW-Yeah.
AM-No, I was wearing my muffs, so I don't know.
CW-When-when were in the.... When were in the desert man, he was just decimating the lizards with his snoring.(Laughing) (Rustling noise) Yeah. He snores pretty good.
AM-He needs to take care of that if he's trying go somewhere else. (Rustling noise)
CW-To JIHAD?
AM-Yeah.
CW-Yeah he does, because.
Hamad-Is he planning to go...
CW-Can you imagine that giving off you position.
AM-I know.
HAMAD-Is he really planning go out somewhere?
CW-Yeah. KOBIE's serious man. He already wanted uhh, wanted to go to uhh, what was it Iraq.
AM-Uhh, huh.
CW-But he couldn't, uhh. His plan didn't go through all the way, so. He's finding different means. I'm serious man. I'd do it. I'm dying to get out of this country any how.
AM-What's stopping you?
CW-My wife. How am I gonna support her?
HAMAD-You have family too right? (UI)
CW-Yeah. I never see him though. No. It's a matter of being able to support my-my wife and the kids. If I had the money to do that, I'd go. Get out. Who knows maybe I can get a second wife somewhere else.
AM-Okay. I get it know. It all fit into pieces, big pieces.
CW-You're starting to sound like FATIMAH, shut up. (Laughing)
HAMAD-If he goes to, if he plans to go to IRAQ does he know where to go what to do?
CW-Well, typically if you get into a area from what I hear. Because I know at-at least one guy that's been to Afghanistan for JIHAD. (Clears throat) Typically if you get into the area, umm, and you hook up, yeee, you gotta find somebody you trust or bring uhh, jamaat like we're talking about you gotta have a jamaat that you uhh, are with when you go there. People-people that you trust. And you just hook up with the commander over there. Somebody whose in charge of whatever operations you want to be involved with. There are people here Houston that, you know probably have connections. I don't see why we couldn't hook up with some of them. (Plane flying over head)
HAMAD-Yeah....
CW-I bet you KOBIE knows some. The thing is that, you don't know really know who you can trust.
HAMAD-You don't know.
CW-So that's why, that's why we talk about it among ourselves.
HAMAD-Because (overlapping conversation) a lot of people there's (UI) (Plane flying over head)
CW-And like-like ADNAN was sa-saying though a couple of weeks ago. It's good if you could form a jamaat here. And just go, you know. Go together. Yeah, it is risky. That's why you-you gotta know people you're with. (Squeaky noise) Can't just, you know, go out, you can't just go out into masjid and say "Hey man". Not even the people who you know and respect.
Hamad-Yeah.
CW-Like the Sheikh's or Imam's. You never know.
AM-Yeah, that's true.

AM-The sun found us here man.
CW-Yes it did. It was good for a while. Wasn't it?
AM-Yeah.
CW-Then you hit a breeze and every thing. (Rustling noise) I would go. If I had the means. The thing is, like we were talking about. I'm-I'm not ready for no suicide missions.
Hamad-Ah, yeah.
CW-I'm ready-I'm ready to make they die for their country, but not-not suicide missions and not killing innocent people, you know.
HAMAD-Yeah. I-I don't know I-I'm just think its just way to complex. (UI)
CW-It...
HAMAD-It's-it's easy to make the situation simpler than it sounds.
CW-Well Iraq is-is way-way-way to complex.
Hamad-Way-way exactly. That's what I'm saying that's you don't know what (UI).
CW-But at the same time. You know that's where it becomes uhh, a very cloudy thing for us. Because do you stand by and let you know let them massacre all the children and women and men in Fallujah you know. Or uhh, I mean it's tend-I guess does delegitimise the efforts of JIHAD to kill innocent people.
AM-Hmmm?
CW-You know what I mean.
AM-No. Say that again.
CW-It-it might delegitimise the JIHAD effort (Cell phone ringing)....
HAMAD-Innocent people.
CW-To kill innocent people. To target them. Salaamu Alaikum. Huh? Dude, no. Kee-keep going east. (Huh?) Keep going east. (Keep going east?) Yeah, you'll have-you'll have a nice drive. (Is it that long, really?) Yeah. And then it'll end. It will end. I guarantee you. (Laughing. (UI) brother (UI)) Well. Listen when it does end. If you keep going straight, you're gonna be right in-right in the middle of the forest. (UI) (Laughing) You're to far now. There's no turning back. Okay. You're-you're our supply lines man. We're out here, we're pinned down and we need our supplies man. You gotta make it. Dude, this is KHALID IBN WALEED group calling, so hurry up. Come on. Uhh, alright, salaamu alaikum. (Laughing) No I gave him a sense of purpose.
AM-(UI)
CW-Yeah.
Hamad-Ans also abuse you, your powers you know?
CW-You know. And-and you know a lot of these people who claim to be MUJAHADEEN. Which really-they're really not. Yet they're doing things that people, they're using Islam for their own purposes. Like, you know, say the, whoever is doing those beheadings. I don't know that those are really Islamic groups are doing those.
AM-They don't know.
HAMAD-They're sick.
AM-We don't know.
Hamad- They're-they're-they're-they're that, I mean I saw some be-headings there.
HAMAD-They're-they're usually (UI) I mean if I saw them I would shoot them myself. I don't care if they're Muslim or not. I'd-I'd-I'd-I'd kill 'em. Because then, then in a way I saw some footage I mean, that-that ain't doing it right. That's not how you're supposed to do a be-heading today.
CW-Mmm, hmm.
HAMAD-Allah, don't even like put the knife in the throat they stick it around, twisted it around.
CW-Yeah.
HAMAD-It's like (UI).....
CW-And they're sawing it and stuff.
HAMAD-(Laughing) (UI)
CW-No, I mean....that.....
HAMAD-(UI) have (UI) yelling and stuff and does you know like I mean...
CW-Well even dea-any death penalty in Islam should be swift.
HAMAD-Swift and quick.
CW-You know.

UM#2-There's (UI)...
CW-It's-it's just like ZABIHA on an animal. Why do we even bother with ZABIHA?
AM-That's true.
CW-You know. So we're treating animals better than Muslims. I mean. I mean. Uhh, better than non-mu-you know human beings.
HAMAD-Better than humans. Yeah.
HAMAD-Yeah, that's you-that's.....
CW-So. Right, I mean yeah -....
HAMAD-And then they you know with uhh, bombing something-something (UI)...
CW-Yeah. When really all it is a gang of criminals. You know.
HAMAD-Yeah. That's what I'm saying. It's-it's so complex over there.
CW-And they had-they had that problem in Indonesia you know. Remember when the economy fell and there were roving gangs and Muslim people-people. Really all they were-were just gangs. You know. And they were using Islam to scare people. And that-uhh, that's not cool. When you're in JIHAD you need to uhh, follow all the-all the rules of war fare. Uhh, so. And I don't know how-how-who-how we really resolve that, but. Iraq is a quandary right now.
AM-What does that mean?
CW-It means a very difficult...
HAMAD-Complex.
CW-Complex.
HAMAD-Almost-almost-(UI) themselves.
AM-Yeah. Somebody told me that, we(UI) that they think that SADDAM is gonna be uhh, given power again.
CW-You know I heard that too.
AM-I said what?
CW-A kafir told me that.
AM-He said well, this I heard like when back-back in nineteen ninety one. What you talking about? (Laughs) We gonna capture him and they gonna put him back and he's gonna be more strong then. (Laughs) Okay.
CW-Oh my god. Well, he's a strong supporter, huh.
AM-Yeah. I mean no, he's not supporting SADDAM, but he's saying that-that they will (UI).
AM-You think that they already-already believed some (UI) and uhh.
CW-Well, I mean (sighs)....
AM-And-and-and like top people they released them.
CW-The BATHIST and being BATHIST itself is not necessarily uhh, a bad thing. Except, I mean.
AM-NO, No, no, Im not saying Bathist its just like I mean basically what he is trying to say it they want to bring SADDAM back because they all say oh he can only bring peace over here and something like that.
CW-Mmm, hmm.
HAMAD-That that will make them look way to bad. (Motor sound)
CW-Alright. That's what we needed. (Laughs)
HAMAD-Yeah.
CW-We're just saying that's what we needed over there.
CW-Within the hour. Umm, we'd like to maybe do some shooting then. Is that Okay?
RANDY-That's fine.
CW-Okay.
RANDY-Umm, tell you what. Let me show you the best way to do it just to be on the safe side. I'd, if ya'll just walk right there, I'll show you.
AM-Sure.
RANDY-Okay. That'll work. Uhh, generally the person that has the gun the shooting. Stands like right here.
CW-Mmm, hmm.
RANDY-This like, you're further out. The person throwing can stand right over there.
CW-Oh, that's perfect.
RANDY-You know. That way you're not having to wave the gun back this way.
CW-Uhh, huh.
RANDY-Uh, I'm sure ya'll know about gun safety.

AM-Yes.
CW-Yeah.
RANDY-But, you know, you say pull or okay or go and they swing it and it goes out there and they're shooting like this and they're not having to go, you know.
CW-Yeah.
RANDY-That's the way we usually do it, you know. Mmm, just the point right here.
CW-Okay.
RANDY-It's not to bad of a deal.
CW-I-I think that's perfect, actually.
CW-Well, if we don't see you, we really appreciate your help.
RANDY-Not a problem. I was telling him. In fact uhh, I'm gonna give you my phone number and stuff. That way, you know, if you wanna come back out. Just any time. Just call me like a week ahead of time. You don't even have to call SYED.
CW-Okay.
AM-Okay.
RANDY-Just call me. That way I know you're coming.
CW-Uhh, huh.
AM-Right.
RANDY-That way I can make sure everything is kinda cleaned up and the grass is mowed and everything is.... And I'll even try to have that light going next time.
RANDY-They're gonna do some uhh, skeet shooting right here in just a little bit. I was just gonna just give 'em kinda a basic safety instruction.
HM-Skeet shooting now is what?
CW-The Clays.
HM-Where's KOBIE? You guys fed him to the water moccasins.
CW-Uhh, yeah. He's sleeping. RANDY-Sleeping.
CW-He-he had too much fun at the range. He couldn't handle it no more so.
RANDY-(Laughing) What were ya'll shootin'? What kind of guns?
CW-Uhh, I have an AR Fifteen.
RANDY-Oh, really.
CW-And uhh...
RANDY-That's cool.
CW-And uhh, also the three o eight umm, SAVAGE.
RANDY-Alright. I got a three o eight myself.
CW-Yeah. I love that three o eight.
RANDY-Oh, man. Sweet ain't it.
CW-Yeah.
RANDY-Heck yeah.
CW-And then they brought, they had their shotguns.
RANDY-Uhh, huh.
CW-KOBIE had uhh, he has a smaller shotgun you use for like deer hunting and stuff.
RANDY-Right. Right, right.
CW-And uhh, and then he also had a 30-06.
RANDY-Right. Yeah, man. I got a seven mag. I usually keep mine my scope make sure it's on I shoot the turtles.
CW-Oh, really?
RANDY-Yep. RANDY-Shoot. The turtle eat the fish. You know.
CW-Uhh, huh.
RANDY-And there were weren't gonna be a whole lot of fish left.
HANY-Why's KOBIE in his convict outfit? (Laughing) His convict uniform?
RANDY-Convict uniform? (Laughing)
CW-It's uhh, old habit we got from the desert.
KOBIE-So, uhh? CW-Back off(motor still reeving)
HANY-Do you ever put your gun down.
CW-Back off! Back off! (Rustling) Huh?
HANY-Can I shoot at that tree or sump em
CW-No they don’t want us they don’t want us to shoot stu these things here.

HANY-That's what I'm talking about
CW -Just these thing here. Just the shot guns.
HANY-Just the shot guns.
CW-Yeah.
HANY-How come?
CW-Well they got a lot of kids now and um.
HANY-Okay okay and this will be unsafe a little bit.
CW-Sooo. Yeah
HANY-So shot guns okay shooting off from this direction?
HANY-You do it?
CW -Ughhh I don't know.
HANY-Once a month.
CW -If I can ever get off work(still some rustling)Yeah. That's why I place so much importance on this weekend I took off work for this man.
HANY-(UI) I'm sorry man I did I did too man. (walking)
CW -(UI)I really wish you were here this morning because man we had a blast.
HANY- (UI)Shooting range.
CW -You would not believe man sounded like sounded like World War over there. Bamm! Bamm! Bamm! (making gun sound effects). (Laughing)
HANY-Was there a lot of people there?
CW -Huh?
HANY-Was there a lot of people there?
CW -No there was just us.
HANY-(UI)You got chicken?
CW-You got to eat what we eat man.
KOBIE-Yeah ruff it man. Eggs with no pepper.
HANY- I was gonna ruff it you the guy you come to the car with bread. I wasn't gonna eat anything.
CW-(Laughing)He was gonna live off the fish. He was gonna go fishing.
ADNAN-(UI)I can't believe you're here that's why I'm so shocked actually. So shocked.
HANY-cause you were probably cursing me the whole time.
CW-You should have been here yesterday man.
CW-ADNAN you are like an old woman.
HAMAD-Old try young dude. Teenage woman.
ADNAN- 100 calories.
HAMAD-going through high school phase.
HANY-With JIM with all the rude messages he leaves me.
CW-Yeah!
HANY-He's like a stalker.
CW-I'm like what the heck man. That's my job I was not elected, it was made the Amir I was forced to be the Amir.
ADNAN- Oh my GOD!!
HANY- Hum?
ADNAN-100 calories. I need to burn some. (Laughing)
CW-ADNAN GOD.
KOBIE-Probably the only thing I'll do to it is change that fender.
HANY-Yeah. KOBIE-That's about it. That's about a three hundred dollar job.
HAMAD-I gonna gonna sell that camero I mean that camry one day.
HANY-Why you gonna do that.
HAMAD- Get me a camero.
KOBIE-One because my right light is just dangling on there.
HAMAD- (UI) has good resale.
CW-Wonder why that is.(Laughing)
HAMAD-On the camry I got over 4000.
CW-You know the story behind that HANY?
HANY-Uh what happened?
CW-Him and I went four wheeling in this.

KOBIE-Out in the Middle of know where in the desert. (Overlapping conversation)
HANY-What did you crash into. (UI)
KOBIE-(UI) Just boom.
CW- Into the ground.
HANY-Was there a lot of desert? Was the desert nice?
KOBIE-Man I you can't see
HANY-See anything.
KOBIE-Yeah it just forever it goes on forever.
HAMAD-Big bend.
KOBIE-But yeah. We were just hit um man that's why I was wishing we had your deal.
CW-Huh?
KOBIE-Wishing we had your car So we could just boom! boom! my bumper hit the ground (claps hands together) BAM! (Laughing)(UI). (Overlapping conversation)
HAMAD-(UI) more then a camry.
ADNAN-Man you speed a lot that's why.
HANY-Camry.
ADNAN-You are not suppose to speed like that.
KOBIE-What out there in the desert.
ADNAN-Yeah.
CW-We weren't speeding. You were suppose to go that fast.
KOBIE-Yeah.
ADNAN-Bump Bump! (UI)
CW-It's not our fault those bumps were there.
KOBIE-We we couldn't stop if we had of we would have sunk.
CW-umm hmm.
ADNAN-Oh, really.
KOBIE-That's how soft the sand was.
CW-The sand was that soft. We were sinking in it.
KOBIE-We would have been just there in the middle of freak-n nowhere. And nobody could hear us. No cell phones
ADNAN-The thing the thing when you have salt sand like that all you have to do is like ugh take some tire off your tire. (Lots of rustling)
KOBIE-Some what? ADNAN-(UI)take some air out your tire.
HAMAD-take your tire out your tire.(Laughing)
ADNAN-Sorry.
CW-(UI)ADNAN you trying to get us more stuck.
ADNAN-No I've tried that man.(UI)
HAMAD-Tri tried what? What'd you do?
ADNAN-Is desert. You just take some air out of your tire.
HANY-No actually this was before RANDY before RANDY this was probably when I was like 10 13. (UI) Something like that.
ADNAN-You were that old.
HANY-Between 10 & 16 I guess so it was before RANDY (UI)
ADNAN-Since how long did they have this property.
KOBIE-I came out here when I was 12 or 13.
HANY-He's thirty something now.
ADNAN-Oh you came here like that long ago?
HANY-We were probably out here the same time. Uh
KOBIE-With SAYAF UD DEEN?
HANY-Yeah it was a whole bunch of people I don't I don't remember everybody I just know there were kids.
KOBIE-I remember that house.
HANY-(UI) The trees weren't like this they were different right.(pause birds chirping)
KOBIE-Yeah, cause SAYAF UD DEEN used to always take us on camping trips, fishing and stuff.
HANY-(UI)Been to this place I'm glad you guys hooked us up. (Muffled talking)
KOBIE-(UI) their supposed to let RANDY know that we are on our way.
HANY-I feel like JIM is setting me up man. Like he trying to get me out here so bad now he's

taking pictures of me out here.
KOBIE-Aw you ain't seen pictures yet.
CW-Yeah.
HANY-He's trying to hold me.
CW-This is our dead cow.
HANY-Where is where is that at.
KOBIE-That's at the shooting range.
CW-Um hmm (UI). That's lastnight we're under a fire.
HANY-Look at you guys you are a bunch of extremist.(All start laughing)bunch of Jihadist.
KOBIE-All we need is the Qur'an to hold it up, you know that that one scene they show?
HAMAD-Yeah
AM-Yeah, right.
HANY-You should bolt it bolt it have it bolted around you and the Qur'an tight. Look at KOBIE man with his....
CW-He looks killer doesn't he.
HANY-KOBIE looks like he escaped from prison
ADNAN-(Laughing)
HANY-And he's on a rampage.(Laughing)
HAMAD-Man man these pictures are awesome I need to make a copy.
HANY-This is incriminating evidence.
KOBIE-I learned from pros.
ADNAN-You know what JIM was saying about KOBIE that they have to update the pictures anyways, they keep showing the old pictures (UI)(laughing).
CW-Oh.
KOBIE-Those uh old same videos they show on T.V.(UI)
CW-They need new file footage.
KOBIE-They need new footage.
HANY-Why don't we take his pictures to ISGH or something were just gonna have a little camp for the kids(laughing).
CW-Yeah that's cool.
KOBIE-(UI)We're gonna organize a little camp for the kids and we'll use these pictures as proof of our success (UI).(laughing)
HAMAD-That is so cool. I need (UI)
KOBIE-You want the one with all of us.
HAMAD-Yeah man I like all.... we're ready to go man, man.
KOBIE-Right before the departure to Afghanistan.
ADNAN-And don't show this to your parents alright.
AM-I'm gonna get screwed (UI).
HANY-(UI) This is probably the first time it's ever happened on ISGH property.
CW-What?
ADNAN-What?
HANY-That guys come out here with guns.
ADNAN-No they do it all the time.
HANY-Who does?
ADNAN-(UI)
HANY-No but I'm saying Muslims.
CW-No no Muslims come out here too.
HANY-With guns.
CW-YEAH!
KOBIE-Probably SAYAF used to do it.
CW-YEAH!
KOBIE-SAYAF was all into shooting back in the day.
HANY-You think so?
KOBIE-A lot of brother were (smacking of the lips) until 9/11 happened. They don't show up at the range anymore.
CW-Yeah.
ADNAN-Post 9/11 probably the first ones. KOBIE-Yeah, post 9/11.

6-4-05 CW CW-Shoot the ***shotgun*** on the ***rifle range*** what? He didn't like it when I called him MALIK. When we were talking about MALIK and MALIK...
KW-Yeah.
CW-(Laughs). (Vehicles driving in background). Yeah, I think that, yeah they got a sh-a skeet shooting center up here. They got a really nice one.
AM-Really?
CW-Yeah.
CW-Yeah, that's cool. (Vehicle traffic passing by). (Long pause). Oh we got our first chance to shoot those sporting clays now.
KW-Yeah.
AM-Yeah, we need to. We could do that, like, uh, every month, like just go there for a day
KW-Well, you say every month, but you're not gone be here.
CW-Yeah, what's up that?
AM-(UI) too much, man.
KW-I know, you got one more month after this though.
AM-No, this is June, then July, then there's August I leaving...
KW-Yeah, but...
AM-I'm leaving at the end of August.
CW-ADNAN, we don't want to hear it, oh we gotta do this every month...
AM-(Laughs). Hey...
CW-We gotta camp every month
AM-You're not talking with HAKIM right? You're not gonna talk to him.
CW-Huh?
AM-You're not gonna talk to him?
CW-KOBIE talk to HAKIM.
AM-Huh?
CW-KOBIE talked to HAKIM.
AM-No, about the scholarship.
KW-Oh, um...
CW-Ohhh, I forgot all about that. (Pause). My bad! (Traffic noises). Yeah, he was - ADNAN, was saying (UI) talk to him about a scholarship (UI) to stick around.
CW-What, uh, what are you going for?
AM-Electrical engineering.
CW-Electrical engineering. I thought it was Biotech Engineering?
AM-It's - it's actually, um, a branch of electrical engineering. Biomedical engineering.
CW-Biomedical engineering.
AM-Yeah, it's just like two additional courses.
KW-I see.
CW-But you keep changing it.
AM-No, I'm not changing it.
CW-(Laughs).
AM-(UI) . In my country they don't have a specialty biomedical, uh technology major.
CW-Uh huh.
AM-They have them in a couple of engineering majors. Where I can - where I can take two other courses and I can get my biomedical engineering.
CW-Well, with biomedical engineering you're going to be like a, um, a repair technician or something like that, right?
AM-Yeah. It - it can be, it can be in research, it can be in instrumentation, it's other than repair.
CW-Okay.
AM-(UI) it's not a, not a Bachelor's Degree.
CW-But electrical engineering is something different.
AM-No.
CW-That's like wiring stuff.
AM-Electrical engineering is getting (UI). Um, electronic, electronic engineering some (UI) the rest of the (UI) it’s just a difference of a couple of courses(UI) to get the (UI).
KW-Whatever.

KW-Oh, no, there is a difference in electrical and electronic engineering.
AM-Just a couple of courses.
KW-Yeah, but I'm saying, it's like when you get a job.
AM-Right, right.
CW-Yes, exactly.
AM-I see, I see, I do, I - I do. The thing is I want to biomedical but it's, it's one (UI) but they don't have a specialty biomedical major over there.
CW-They're not good enough man, you shouldn't be going.
AM-(UI).
CW-ADNAN, it's gonna be like FIRASET, you're gonna get there and hate it.
AM-(Laughs).
KW-The course load is different, too.
AM-It's just like two, (UI). I did a lot of research on that.
KW-Whatever.
AM-Because I'm already taken like a lot of biomedical courses over here. And uh...
KW-No, I'm talking about the (UI).
AM-(UI). Today I call the person and told them to (UI).
KW-You did?
AM-Yeah, it's just like two, two courses that are different.
KW-Oh.
CW-ADNAN, ALLAH will not bless somebody who leaves the Jamaat without permission. So, you gotta stick around.
AM-(UI). You talk to HAKIM, you talk to HAKIM, that's (UI). I'll even get something from ISGH. See the thing is, I have to receive my degree.
CW-Why didn't AYUB give you a scholarship?
AM-(UI). AYUB has other people to take care of man.
CW-He's forking out...
AM-People that...
CW-He's forking out all kinds of money for criminal defense.
AM-Yeah, well...
KW-(Laughs).
AM-That's, that's, that's also important you can't let...
CW-Yeah, well more important is keeping uh, somebody who hasn't been in trouble.
AM-Uh huh.
CW- In our, in our Jamat.
CW-My god, yeah, they're crawling up the ceiling man. (Sounds of passing traffic). So when is our next ah, KHALID IBN WALEED CAMP?
KW-(Chuckles).
AM-(UI).
KW-Well, we did it May, right?
AM-We should do it in June.
CW-Yeah.
KW-We could do it this month. Like uh...
CW-Like what?
KW-Not the weekend AL MAGHRIB.
CW-What weekend is that?
AM-Yeah, what weekend is that?
KW-I think the last two weekends.
AM-So let's plan for the...
CW-Or we'll do it the beginning of - beginning of July.
KW-Yeah.
CW-First week of July.
KW-Around the 4th of July (UI)...
AM-Um, yeah.
KW-The 4th of July.
AM-No, no, I'll - I'll be out of town.
CW-Okay.

AM-I'm going to Hartford.
CW-The second week of July?
AM-No, the first week.
CW-No I mean...
AM-Why don't we do it in June?
CW-We gotta turn here, man.
AM-This one?
CW-Because it's too soon, man, I can't get off work that quickly.
AM-Maybe we don't do it for like two days.
CW-I - I need to see, this is, this what I'm talking about planning and preparation man. Because I can't just take off work.
AM-Okay. Okay, let's do it July.
KW-The second week in July?
AM-Yeah, no problem.
CW-Okay.
AM-Second, third, whatever. (Rustling).
CW-Remember all that KOBIE and I taught you about the heat.
KW-Ha, ha, ha, ha.
AM-What heat?
CW-The desert heat.
KW-Come well dressed.
CW-Yeah.
AM-I don't like hot weather, man.
KW-And you know that was record highs that day?
CW & AM-Yeah (in unison).
AM-It was record high...
AM & KW-(Both talking at same time). (UI).
CW-I came back and I was all (UI) and everything, man.
AM-It was hot. Like I mean, when I get back and I look at the paper record high (UI)...
CW-(Laughs).
AM-All that weekend, man. All three days it was hot.
KW-Oh yeah.
CW-That was Allah preparing us right there, man.
AM-Take a right?
CW-There you go. Yep, He made sure that we went through the ringer.
AM-Yeah.
CW: And still stood our ground.
KW-(Chuckles).
AM: It almost hit a hundred, man.
CW-I'm telling you man, it was something. And I was wondering why I was so drained, you know, and I needed water. No, keep going round.
CW-(Phone dialing). See and you keep talking about going hunting but you're going to Minnesota. How can we hunt if you're in Minnesota?
AM-Why don't you talk to HAKEEM, man? Why don't you talk to HAKEEM?
CW-(Chuckles). Why don't you give me...
AM-I'm, I'm returning your ball so it's in your court now.
CW-Oh, a week to hit him up for how many grand?
AM-Don't, now don't uh.. explain the situation and see what you can do.
CW-Yeah, I mean if I can catch him. See if he has a scholarship or something.
AM-I mean, he has for sure, that's not it. It's just that it depends who's asking for what.
CW-Oh, the hunter's education class?
AM-You're not taking it? You need to take it.
CW-Why are you worried about it?
AM-I already took it. (Chuckles).
KW You did?
CW-Yeah, but it doesn't matter that you took it 'cuz you're going to Minnesota.
AM-Valid, it's valid. It is, it is.

CW-All right. Yeah. (Gun shot fires) This is um...
KW-KOBIE WILLIAMS.
MM-(UI) MALIK, Salaamu alaikum.
KW Salaamu alaikum.
CW-And this is uh, MALEEK, this is ADNAN MIRZA.
AM-(UI).
CW-(UI). Um, I got plugs. I got some plugs in the car. I'll get some plugs. Okay. Open your trunk.
AM-It's open.
CW-Uh, all right, man. Yeah. So, MALEEK is from um, Missouri. Thinking about moving down here. Yeah.
KW-Yeah. Okay.
CW-Okay. (Laughs).
MM-(UI). You still scared to go to Missouri, man?
CW-Shoot. (Chuckles). Yeah. And after I get run down. Well, actually I ran somebody down.
MM-(Chuckles).
CW-Got in a fight with a truck driver.
MM-Don't be scared (UI).
CW-Mashallah. Back when I was driving for SCHNEIDER and having a bad day, I had a headache.
KW-Uh-hum.
CW-And this driver cut in front of me. (Walking on range). And uh, I ended up cutting him off, and uh, what happened was, I didn't realize that we were on the same route all the down to McAllen, Texas.
AM-Okay.
KW-(UI).
CW-Yeah. I got down there and woke up the next day and there he was. (Continuing to walk).
MM-(UI).
CW-So, you thinking about moving down?
MM-Yeah. I um, uh, (UI).
CW-(Chuckles).
MM-I thought everybody knew (UI).
CW-It's hot down here, I'm telling you. Too hot.
MM-Let me tell you, I'm a black man, I'm used to heat.
CW-(Laughs). ADNAN you're just not Pakistani no more. I don't care, I don't care what you say.
CW-So, you've been doing this before, huh?
MM-Uh huh.
CW-You've been doing this before? Oops, we have to go down.
MM-If I told you I'd have to kill you.
CW-(Chuckles).
AM-HANEY would be happy to kill him.
MM-(Laughs).
CW-(Laughs).
MM-Who would be happy to hear that? (UI).
AM-Huh?
MM-Who'd be happy to hear that?
AM-HANY, one of our other group members. (Gun shots fired).
MM-(Laughs). You down here pissing people off like in Missouri man? Come on now.
CW-This is the guy you gotta worry about right here.
MM-He's got the skill? (Gun shots being fired).
CW-Yeah, he got it. (Gun shots being fired).
MM-How many guns do you have? (UI). (Gun shots being fired).
CW-A bunch. (Gun shots being fired). Got uh, these two here. Oh! And you know the craziest thing KOBIE?
KW-Hmm?
MM-Uh huh. (Gun shots being fired). CW-I forgot to uh, forgot to bring my concealed carry weapon with me. CW-I rushed outta the house so quick. I was on my way, half way to ADNAN's place when I, said oh man, I forgot it at home. (Gun shots being fired).

KW-Hope nothing happens on your way back. (Gun shots being fired).
CW-Huh? (Gun shots being fired).
CW-(Gun shots being fired). I've got uh, I think, four. Four or five guns actually. I've got three pistols and two rifles. Like to carry my glock around all the time. I don't know about Missouri but down here in Texas you can
CW-Everybody is going to think that you are a radical with all that background.
AM-(Laughs). (Shots being fired).
CW-Do you guys think you can work on this gun too?
MM-(UI).
CW-To get it sited. For some reason they are not hitting uh, no body hitting the target with this. We hit it at 75 last time or a 100 last time, but...
KW-The scope on here is on wrong
CW-It's on wrong?
KW-Yeah. It needs to turn maybe (UI). (Shots being fired).
CW-(Laughs). Okay. (Shots being fired). I going to put (UI).
MM-Do you have any allen wrenches with you?
CW-Any what?
MM-Allen wrenches.
CW-No, he'll take care of it, I'm sure. He's a range officer, right?
MM-He does, yeah, but he (UI).
CW-We're good. Lines hot. (Making crunching sound). Okay, since we got two good targets lets hit those. You can pick KOBIE'S or yours.
AM-Myself huh? (Chuckles).
CW-Come on you gotta make KOBIE feel good,(loud noise) like he actually hit something.
MM-But huh, KOBIE'S out of commission with his gun right now so...
CW-Really? Why? What's up?
KW-The mounts are not too high.
MM-He bought his mount at Target (UI).
KW-Huh?
MM-You bought your mount at ah at.... (Laughing).
KW-Target. (Laughing).
MM-(Laughing). Target.
KW-Academy. (Laughing). They cheap, cheap mounts. He say he can see the target in the, the cross hairs but if you look straight down the barrel...
CW-Ah huh.
KW- ...it goes straight into the ground.
AM-Oh.
CW-So we were tearing up the ground hogs out there.
KW-Yeah. (Laughing).
CW-Alright. (Laughing). So what are you gonna do? Are you gonna have them put the mounts on right now?
KW-Aaaaaa, we'll have to... I'll have to get some new mounts.
CW-Oh, you gonna do that later on?
KW-Yeah, and ah also that, that screw that's broken that I broke. (UI). (Gun fired).
CW-Okay. You want to ah, (gun fired) I think they want to get a cease fire going here. After that, you wanna do one more round, you can shoot my gun.
KW-Yeah sure.
CW-And then huh, I think that's pretty much it. You got to get back to work, right?
AM-Yeah.
CW-Okay.
KW-Yeah, I need a gun smith to take that screw out.
CW-Huh?
MM-(UI)..
KW-I need a gun smith to take that broken screw out.
CW-Yeah, that's what I thought, they probably got to drill it out.
KW-Yeah, he said the guy in here was a good gun smith.
MM-You must work for the government.

MM-(Laughing).
CW-That what?
KW-That guy inside the store here is a gun smith.
CW-Yeah, yeah they do gun smithing.
KW-So.
CW-Yeah, you should have them do it. Get the thing set and ready just once and for all, so you don't have to keep fooling with it..
AM-Ebay has got good deals on everything.
KW-Yeah, wasn't it the other night you were gonna get something on Ebay?
CW-You're an Ebay nut.
KW-What was it.
AM-(UI).
KW-Huh, you were gonna buy ice cream on Ebay. Was that it?
AM-No man, come on.
KW-(UI).
AM-(UI) not ice cream.
CW-How do you buy ice cream on Ebay?
AM-How can you buy that?
KW-I don't know.
CW-Anybody will sell anything. Yeah, I'll mail it over night to you.
AM-Yeah but...
AM-Well if shipping from Alaska to Alaska I can understand. (Laughing). Not to Houston.
CW-(Laughing).
KW-No, cuz that ice cream festival is today.
CW-Yeah, the refrigeration on that man, the cost of refrigeration.
KW-Yeah.
CW-If they gave you a good deal on it, it wouldn't be good bout time it got down here.
AM-Better (UI). (Wind blowing).
KW-(UI) freezer and the ice cream on Ebay and have the ice cream sitting in the refrigerator when it comes.
AM-Or in an Igloo. Yeah, that's possible.
KW-Nah, you need electricity.
AM-You, you just like put some (UI). (Motor cycle revving).
KW-How are those four wheelers? Are they real cool?
CW-Yeah.
MM-You should get one.
CW-You should get a couple. Take them back out to desert.
MM-Lot of fun.
KW-(UI).
CW-Yeah.
AM-(UI). It like a four wheel drive.
MM-Oh yeah.
CW- Him, KOBIE and I went to ah, Big, BIG BEND, in his truck. His pick up truck is a two wheel drive little Nissan. We were using it like a four wheel drive back there man.
MM-Oh yeah.
KW-It was hitting everything man.
MM-That four wheel drive of mine, I never used it.
CW-Oh man, we would of had fun with a four wheel drive. (Motor cycle passing)
KW-(UI) they wont let you drive on the desert though.
CW-Not actually in the desert but those back roads they're just as rough..man!
MM-Looks like the Dukes of Hazard.
KW-Kekekeke.
CW-Shoots. That's what we would like.
KW-Ah, that's pretty much (UI).
CW-We busted his light and everything, under carriage (UI).
KW-Booom, booom...
CW-I'm over here holding on like this. Stuff flying all over the cab.

MM-(UI) I have to keep a look out for a old four, four by four raggedy truck that I wouldn't mind taking there. If I see one, I'd try to pick one up.
CW-Yeah, that'll be cool.
MM-Yeah. Yeah.
CW-He into cars man.
KW-Oh really.
CW-Yeah. So, if you need a deal on a car man he might (UI) be the man!
MM-He got a good job. If can take off to go shoot for a couple of hours and come back, so you know.
CW-(Laughing).
KW-(Laughing).
MM-Maybe I need to stay with him.
AM-(Laughing).
MM-What skills, what skills do I need for your job man?
KW-(Laughing).
MM-No, I'm serious. I want that job.
CW-I think this is the skill right here. What you see.
AM-(Laughing). I don't have skills like that (UI).
MM-I thought you worked for the government. Don't you?
AM-(Laughing). I don't work for the government
KW-Bankers hours.
CW-Your father did. Wha... your father was a, wasn't he a....
AM-MINISTRY OF INTERIOR
CW-For PAKISTAN or KUWAIT.
AM For KUWAIT.
MM-(UI) its always Kuwait. No matter what it's Kuwait fault.
CW-(Laughing). Uh, yeah.
AM-(Laughing).
KW-The Minister of Interior. That's a high position.
CW-Yeah, for a Pakistani. How do you become Minister of Interior if your not arab?
KW-(UI) to like secretary of State.
AM-Its gonna be like um, whatever you have the ministry that we'll deal inside the U.S. any department that also in charge of paying inside of here, maybe like the Homeland Security.
MM-Dang. So we should be like happy. Your like important. You're the son of the son of son.
CW-(Laughing). We got connections.
KW-You really wealthy. Yeah, you were wealthy, man.
AM-(Laughing).
KW-Yeah, you hiding how rich you was.
MM-He probably still is.
KW-How rich he was.
MM-He probably still is. CW-Are you still in that Mercedes (UI). He races his Mercedes in the desert.
KW-Yeah. (UI) in Kuwait he had Mercedes.
MM-Ah man. (UI) you trying to say you work at rallies or something now. What's the deal?
AM-(Laughing). I just be chased on the road probably.
MM-You just be what?
AM-I used to race on the road (UI). (UI) happen though.
MM-He fooling us.
KW-So you got some real estate up in Kuwait?
AM-Nah. (Laughing).
MM-He's fooling us. You got some Rolls somewhere. Come on.
AM-Nah. (Laughing).
MM-He holding out on the brothers.
AM-The hummer the H1 is better you know. The diesel H1.
CW-Yeah. (Shots fired). What are they worth, about fifty or sixty grand?
AM-I guess.
AM-I mean less than that (UI) it should be less than that. It's gonna be good (UI).

CW-Yeah.
AM-The windows are half the size of mine. The windows on the H2.
CW-(UI) once you get one of those.
AM-The H Hummer.
CW-Yeah. Like the day I can afford one. There's no way, there's no way I will ever be able to afford it.
CW-Okay, no go ahead finish up. We'll just do a few more rounds then we're gonna go because we gotta get back to work...
MM-Yeah, that government job.
CW-...and all that.
CW-RAIHAN said you didn't invite me for ice cream. He said what's up with that?
KW-I didn't "invite" you?
CW-Yeah. You were suppose to invite me for ice cream.
KW-I was telling everybody about that alright.
CW-Huh?
KW-I was telling everybody about that.
CW-I didn't hear nothing about ice cream.
KW-I was telling everybody about ice cream in Brenham, so go. ADNAN I don't know even if I'm gonna go, so I don't know. I told RAIHAN about it, he said he was already there.
CW-Really? Is that what he was talking about?
KW-Yeah. So they got free ice cream in Brenham today. (UI).
CW-He said next time we do this we need to invite him.
KW-Ah, yea right. He ain't gonna come.
CW-Yeah.
KW-(Laughing). He rather do archery!
CW-Really? He's in archery, huh?
KW-When you were in the military, what kind of gun do you guys have?
MM-Handgun.
KW-Handgun (UI).
MM-Like 45?
KW-That's all.
MM-Yeah, you had to do the M-Sixteen, but...
CW-I think everybody had to do the M16
MM-That's like one of (UI) weapons.
CW-My, my ex-wife did the M-sixteen and she qualified top of her class in basic.
MM-Scared you didn't it.
CW-Huh?
MM-Scared you didn't it? Kept you in line, didn't it?
CW-Yeah, yeah, I was afraid to divorce her.
KW-She was in the military?
CW-My ex-wife, yeah, she was in the military.
KW-Wow.
CW-That's how I got so much knowledge in weaponry man.
KW-Oh yeah?
CW-I hung around a lot around those Special Op's guys and stuff.
AM-(UI).
CW-That's how I got my tattoos too.
CW-Yeah, let me see mine. Real quick.
AM-Okay, this is yours.
CW-Look at this. I hit this guy in the balls. He ain't having babies no more.
MM-Okay, you know why because targets don't shoot back? (Laughing).
CW-(Laughing).
AM-(Laughing). That was a good one.
CW-Oh look. They have a little human silhouette over there. That's what we should of done. (Shots fired).
MM-(UI) easier to image that way. (Shot fired).
CW-See that ADNAN?

AM-What?
CW-Those people, there are shooting with a human silhouette down there.
AM: Oh really? Yeah, over there?
CW-Yeah, like we had over at the uh.....
AM-Yeah. (Shot fired).
CW-That's what we should of done. I still got more left over.
AM-We have like a bunch of these one's. So, we can bring them next time.
CW-Yeah, we don't have to buy those no more. (Shots fired). I got, I got the human silhouette ones and the, check it out and see here what you did. I got the, you know the human silhouette. I had a bunch of them left over from the last time we went shoot, and now we got a bunch of these.
MM-That use to aggravate me, when uh, when we go to the ranch, military and they were like okay, put up your target. You feel like a little man, that big and yourlike way down there. (Shots fired). That's (UI). That's what you call a Hobbit..
CW-(Laughing).
MM-And you be like, alright. Guys like when you get the big ones, like the pistolrange. You get up closer, you can actually see, okay this dude about my size, (UI).
CW-(Laughing). So when you thinking about moving down here?
MM-Hopefully, the next couple of months.
CW-Yeah, your still gonna do the same, same thing for your job?
MM-(UI). That's all I do. With all my skills, he won't give me a government job with him.
KW-RAIHAN's coming out with us next time, huh?
CW-Yeah he better. He said invite him the next time.
KW-He always do.
CW-So if turns me down the next time, I'm gonna slap him.
KW-He always says he's gonna turn the FBI on us.
CW-(Laughs). Isn't that why he didn't go the last time? Said that we were being watched.
AM-Yeah.
MM-It's a ploy by the man.
CW-Because KOBIE and I were stopped after BIG BEND. I guess we, we uh, were speeding too much. (Laughs).
MM-This is like after you were.
CW-Yeah, yeah (laughs).
KW-Yeah (laughs).
MM-They never figured you for one of us anyway. You don't look the part, I do believe.
CW-No, I'm not Arab.
MM-What year is your truck?
CW-Ninety six.
MM-(UI)...
AM-Mercedes is a classic (UI) c.
MM-Okay.
AM-(UI).
CW-And he thinks that he still owns it.
AM-I still own it.
KW-How's everything M-sixteen compared to (UI)...
MM-Crap. It's just like civilian model that's all. Same stuff. (UI).
CW-Right.
MM-Same stuff...same stuff...a lot of military ones over there close enough don't really have a (UI) (back ground noise) scope like they usually.
CW-Yeah.
MM; Just got like a piece or junk.
CW-A little piece of iron slight that's about it.
MM-Exactly (talking over each other) every now and then they make you shoot, way, way, way back, but....
CW-I wanna get a new one. I want to get rid of this one and get a new one. Thinking about selling this, and going to buy a uh....(shot fired) a uh, Bushmaster). (Shot fired). The one's that they have fully loaded with the life suppressor and everything.

CW-But KOBIE there has to come a point were you final say man quit acting like a fag.
KW-(Laughing).
AM-He wouldn't understand it but that's the problem.
KW-You don't think he would?
AM-He wouldn't understand the word fag.
CW-Well, no. What he'll do is he'll try to understand it. Why did he just say that word to me? And he'll go around asking and then he'll find out.
KW-(Laughing).
CW-When somebody else says he thinks you want his rear end or something.
AM-(UI).
AM-Somebody...somebody like uh, mentioned to me that the people from the Northwest area, I mean they are like gays most of them (UI).
KW-For real?
AM-I mean, yeah.
KW-Northwest Masjid??
AM-No. No. Northwest Pakistan.
KW-Oh. Oh. Oh. Okay.
AM-Probably people from Northwest Frontier.
AM-Yeah.
KW-No (everybody talking at once). All of them.
CW-In the (UI), Na.
AM-Not all of them.
CW-There’s fags in the PASHAWAR?
AM-Yeah, cause they, you know, they think different (UI). They are famous for that.
KW-Naw, naw, naw, I always thought the Plushtunes... (Talking over one another).
AM-What's a Pushtune?
CW-Nah, they ain't no fags.
KW-They use to think that the northern alliance or the Tajiks were faggots.
AM-Yeah, yeah, that's true, no that's true but the thing is, in Northwest Province not all of them are from Pashtune. They're some of there that's Tajik and all they are (UI). It's just a matter of fact.
CW-So we need to go over there and clean house from all the fags.
KW-Yeah. Yeah.
AM-Yeah, but I don't think (UI).
KW-But Pashtunes don't.
AM-Yeah, Pashtunes don't.
CW-Pashtune will cut the darn thing off.
KW-Each one of the men are like CLINT EASTWOOD. (Everybody laughs).
AM-Yeah. (Everybody talking).
AM-The other guys the other.....
AM-The Tajiks
AM-Yeah the Tajiks and all that.
KW-So there's Tajiks in North Frontier huh?
AM-Cause I mean it's a closed area.
KW-I know it's closed but...
AM-But some of them migrated here (UI) but, huh there okay. There was this guy, he was married for like a good fifteen, twenty years and he wouldn't have children right? And he went to the doctor and they tested him and his wife and turned out everything was fine. He was wondering why they not having kids, then he said the doctor said I suggest you try it again and see what happens but then that guy was leaving the office, the doctors office and he remembered to (UI) he come back. I need to talk to you. He said okay, just tell me truthfully how do you guys make out? And he said he did it from the rear end. (Laughing).
KW: What, to his wife?
AM-Yeah.
KW-Astaghfrallah!.
AM-He didn't know.
KW-In the butt hole?

AM-Yeah.
KW-Astaghfrallah!
AM-That's big time Haram.
AM-I know.
AM-That's one thing you don't do to your wife.
AM-But then there are some people who don't know.
CW-What do you mean it's in the QUR'AN?
AM-But they don't read the Qur'an. Nobody talks about sex. Over there it's taboo.
CW-That's got to hurt.
AM-I know.
KW-Astagfrallah!
CW-What's the difference between a woman and a man in that respect, then?
AM-That because they are fags man. They don't care. They think that (interrupted). (Talking over each other).
CW-So that's how they make their wives huh? The same way they do their boyfriends.
KW-You mean to tell me this guy went to a doctor and he didn't know what he was doing?
AM-He didn't know what he was doing.
KW-He thought you have babies through a butt hole?
AM-Yeah.
KW-Oh my god.
AM-I mean, he probably didn't know where the babies come out (laughing).
KW-This guy must be freaken ignorant man (laughing).
AM-Well.
KW-Oh my god. Oh my god.
AM-Those people are pretty simple. (Laughing).
KW-That's as pretty simple as it gets, man.
CW-Yeah, but come on read the Qur'an man. At least it tells you not to do that.
AM-They won't man, the won't you think they would read the Qur'an.
KW-This guy thinks that's how you get a woman pregnant?
AM-Yeah.
CW-That's just ignorant.
AM-I know.
CW-That's just ignorant. I mean even the most dumbest person on the planet knows where a baby comes from.
KW-What about the wife? I'm sure she is suppose to know.
CW-Well, obviously she felt that something was not right. (Laughing). Gee husband, do you think that belongs there? (Laughing). Don't you think it'll work better the other way around? (Cell phone ring).
KW-That's how you get AIDS man.
AM-I know.....but that's uh...
CW-Man....how do you miss that basic sex education? (Laughing).
KW-(UI). (Interrupted).
AM-Usually you can do it man over there (UI).
KW-I mean, you got Bushmen (PH), Aborigines (PH), people who haven't been in society.
AM-Yeah, but your talking about somebody who was a fag in his early childhood. (Laughing).
KW-Oh...your saying the guy is a faggot?
AM-Well, yeah.
CW-So then when he got a wife, he would do her that way.
AM-And probably he thinks that's the only way. (Motor cycle passing by).
CW-Ah.
KW-You got me worried about going to Pakistan now, man.
AM-(Laughing). No, but that's, you can't visualize it (UI)...twenty bucks that expensive.
CW-ADNAN where ever you take us on our way over there, you better not stop us in a house where there are fags. You do that, were holding you personally liable for whatever happens.
AM-(Laughing).
CW-I think were safe at the Pashtunes. Well just stick with the Pashtunes.
AM-(UI) they kicked him out. I mean, that's the reason why they had to do clean house for so

long. There's a lot of FITNAH over there...
KW-(UI)...
AM-Yeah, of course they did man.
KW-Yeah, I heard the Pashtunes was like uh...considered Tajiks. That's why they were kicking their butts during that Civil War. With that said, both of them were Iran, I mean Shai to huh..
CW-Well, what business do Tajiks have in Afghanistan anyway? I mean, they have a war touring country they need to fix.
AM-I really don't know. I think uh....
CW-Are they all the exiles or something there just causing problems?
AM-No, no I think the Russians supported them. The Russians supported them (UI) about some land issues. I don't know. I'll fix the land where you can get the pipeline or something.
CW-Yeah, yeah.
AM-It's all political. It's nothing to do because there's nothing left of on land site that somebody would want, you know? (Talking over each other).
KW-The land is not fertile, right?
AM-Yeah, its not fertile. It's all terrain and it's not even like (UI).
AM & KW: Yeah.
CW-Well it is, it is fertile, fertile for opium. I should go there just to relax and chill.
KW-(Laughing). The hippies use to go there during the seventies.
CW-Really?
CW-My wife knew a Pashtunes in New York and he didn't know better when he came here. He would always sit on the street corner and smoke his hasheesh.
KW-(Laughing).
CW-She said, until two cops came up and said what are you doing? He said, I'm smoking my hasheesh. You want some?
AM-He offered the cops?
CW-Yeah, he offered the cops. He didn't know.
KW-Wow.
CW-He didn't know better. That's when she was living with that Afghan family.
KW-So before all of this....fighting in Afghanistan, all the coffee guy moved here?
CW-Un huh.
KW-It use to be up in Galleria Area.
CW-Yeah, it's here now.
KW-Me and my wife use to always go there. But, uh, I mean what was Afghanistan like? Did they use to have fertile land and water and everything, right?
CW-I think they did until it got all bombed up by the Russians and everything.
AM-(UI).
KW-Iraq, Iraq is gonna be the same way.
CW-Yeah.
KW-You know that half life of depleted uranium is a billion years.
AM-Yeah, yeah.
CW-Uh?
KW-And all that land, can't grow food you can't do nothing man.
AM-That's pretty rough man. You did n't do extra water get contaminated what else do you have.
KW-Yeah.
CW-Man.
CW-You know, oil is far more useful than gold. You can make a lot of money off of it and you can get a industrialized nation up and running.
KW & AM-Yeah.
CW-It's critical to your economy. Especially China's economy right now. So, if China needs it and we need it and we have access or at least we have control over the oil field....what's gonna happen, you know? It's gonna be a fight over it.
AM-Yeah.
CW-Same thing with World War Two when Japan attacked us. They attacked us because of our of seizing of oil reserves in the Pacific. That's why we're in uh, Hawaii.
KW-Yeah, yeah. They don't tell you that in history books.

CW-That's right.
KW-They will never know that. They will never bring that up.
CW-Because America was aggressive.
KW-Yeah. I mean, because it looks bad when you fight for oil and then you drop a "A bomb" on the people after (UI).
CW-Yeah.
KW-I live for bad P.R. (Chuckles).
CW-Yeah...talk about genocide, man.
AM-Well, I think since we just reached the peak of oil right now. I mean, personally should take some time to get that HADITH like you know coming to (UI) (interrupted).
CW-I don't know..I don't know man. Things are moving very, very quickly.
AM-Yes, they are moving quickly.
CW-I mean, in the last fifteen years I have seen the world change like from lets say like ever since the fall of communism, right?
AM-Yeah.
CW-When the fall of communism happened, world power structured changed, shifted and ever since then, it has been shifting very rapidly.
AM-Yeah. (Loud noises).
CW-And a lot of things has been happening. Even to the point to where communism is our allies.... right? We're not necessarily haters of communism no more.
AM-Right.
CW-We're allies with Vietnam, China you know other...except for North Korea and Islam is our main target.
AM-Yeah.
CW-Islam has taken over uh...taken over for communism as our enemy.
AM-Right, right, but yeah. I mean, the more you think about the fight, right the big fight like...it'll be a fight where the Muslims. (Interrupted). The Muslims and the...
KW-Romans.
AM-Romans they fight a common enemy first. They fight a common enemy and when that enemy's down the Roman side will raise the cross and say it is the victory of their god.
KW-Yeah, they'll take the victory. They take credit for the victory.
AM-Yeah, they get credit for the victory and (UI), or something and at that point in time there be a Muslim that's gonna stand up and break that cross and then there will be another fight between the Romans and the Muslims.
KW-Right.
AM-I personally see that like right now they...they fought a common enemy that was SADDAM or the Taliban. I don't know, like I mean Muslims allies go to far, to far to defeat a common enemy, right? (Back ground noise). (UI).
KW-I thought it was the Soviet Union?
CW-I think it's gonna be...it's got to be something bigger.
KW-Soviet Union, I mean America and ...MUJAHADEEN fought together, you know.
CW-Yeah.
AM-But the thing is, America they didn't claim it was a Christian, the war a the Christian thing, right? They didn't claim that...(UI).
KW-They are very defined right now.
AM-No but still you what to right now you have a lot of Muslims countries that are allied with the west. You know a lot of them, I mean I think which country is not actually.
CW-But uh, the HADITH talked about movement or just Muslims general?
AM-It would be..it would be like the Muslim who supported the allied forces...it would be amongst them that somebody would rise. That's how it is. But then, we also have that other HADITH about like the army riding in from KORISAN (ph). Then it will be nobody stopping that army. I mean, that army that's gonna start from KORISAN (ph). It's gonna take over the west in no time, and there be nobody stopping that army.
CW-You mean out of SYRIA?
KW-It'll go all the way to Palestine.
AM-Yeah further. The thing is, even the Jews believed that there's gonna be a fight in Jeru...in Palestine.

KW-That's why they're planting the trees?
AM-Yeah...and uh, even the Christian believe that there will be a fight in that Region.
KW-Yeah.
AM-I mean everyone believes that (UI). (Talking over each other).
KW-Everybody's in agreement on it.
AM-Yeah, but the only difference is like how things are gonna happen.
KW-Yeah.
AM-Everyone.
KW-Everyone not sure.
AM-No...everyone claims their...their side is gonna be win, winning. But there another common commonality that they all the thing that they'll be three religions. They'll be merging into one after Christ.
CW-Right.
AM-Comes back
KW-Who..who..who says that?
AM-I think it's the Jews and the Christians believe so. Jews..Jews believe so.
KW-(Talking over each other). No the Christians don't.
AM-Yeah, the Jews believe so.
KW-I know the Freemasons believe that.
AM-They believe that.
KW-Yeah (talking over each other) one world government.
CW-Well...well, the Christians believe that the Jews will become Christians.
AM-Yeah.
AM-But I think the Jews believe that even the Muslim and they all believed that they said the three major religions will be one.
CW-The Jews think that they're gonna be the apple of GODS eye and they'll get everything and everybody else will get the scraps.
CW-Yep...Oh man, wind (slamming car door). Well, that was fun guys.
AM-Yeah.
KW-I need to take care of this gun and scope.
CW-Yeah, see if you can get that done by the time.. next time we come out man.
KW-Yeah.
CW-Cause I would sure....like for you to be able to use it (laughing).
KW-Yeah.
CW-Yeah, so once you get it set up, I mean that's it. You don't have to worry about it after that.
KW-Yeah, he said the mounts were...way off. He said that I was probably shooting thirty yards into the grass.
CW-Killing warms.
KW-(Laughing). Yeah.
CW-Know we're suppose to have respect for our ALLAH's creation. We're not suppose to shoot it. (Laughing). But at least you got to shoot some targets, you know.
KW-Yeah.
CW-Good gun. More practice the better.
KW-Yeah, and I'm learning, you know.
KW-Me and MALIK were talking and he was talking about how Muslims be scared to come out here you know. We were talking about that if you ask, hey you want to go shooting? Nah, I'm not going out there. Somebody might turn you in.
CW-(Laughing).
KW-(UI).
AM-(Laughing). What if come on man let do it any way.
CW-Yeah what the...what are they gonna do? It's legal.
KW-But the thing is that there so freakin scared. There's nothing to be scared about.
CW-Yeah.
AM-They just take everything to...I don't know really.
KW-And these people got (UI) we got beards and like they look like Muslims but they're not.
AM-Man, I hate to be on so many like...people like that. Don't do this. Don't do that.

CW-I think that most people tend to not, not make judgements. You know?
KW-Yeah.
CW-Every once in a while you might get a wack-o but (interrupted).
KW-Yeah, but that's like (Interrupted).
CW-Yeah, that's for everybody.
KW-Yeah, yeah we talked to a guy that was in the Marines. He was showing off his stuff.
KW-JAWLA, TABLIGHI. Bet you its TABLIGHI.
CW-Yeah, they look like TABLIGH.
KW-Yeah.
CW-But typically the only way you see Pakistani and Black Americans together, huh.
KW-Yep, yep...if only they had uh concept of JIHAD AL FISABILILLAH.
CW-Gotta be strong.
KW-Yeah. They all got this GHANDI philosophy.
CW-(Laughing).
KW-They do man. It's all about no politics, no JIHAD they're Apolitical. That's a BIDDAH
CW-Yeah, the Prophet was political.
KW-Yep.
CW-He's a statesman as well as a warrior.
KW-Yep...and he mediates peoples problems and...
CW-Yep, he was a jack of all trades. You think about it, he was tough. He was the top of every field.
KW-Yeah.
CW-Think about it. ALLAH could not have chosen or made a person into a better person.
KW-He didn't know how to read or write. He didn't have no degree or...
CW-Yeah, yeah and think about it. The UMMAH, under the KHALIPHATE was larger than any country and planet.
KW-Yeah..yeah, yeah, yeah it was.
CW-So he founded a country that was bigger than any country on the planet.
KW-Because the planet is suppose to be under Allah (subhana wa t'ala's) rule.
CW-Yeah.
KW-That's the whole objective.
CW-I try to solidify that stuff in July.
KW-Okay.
CW-And try and find a tent.