IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| V. | § | CRIMINAL ACTION NO. H-06-421 |
| | § | CIVIL ACTION NO. H-13-0604 |
| ADNAN MIRZA, | § | |
| | § | |
| Defendant-Movant. | § | |

**FINAL JUDGMENT**

It is ORDERED and ADJUDGED for the reasons set forth in this Court's separate Order Adopting Recommendation of the Magistrate Judge, and the Memorandum and Recommendation of the Magistrate Judge signed and filed on August 15, 2014, which Memorandum is adopted as the opinion of this Court, that Movant Adnan Mirza's Motion to Vacate, Set Aside or Correct Sentence (Document No. 304) is DENIED and DISMISSED with prejudice. It is further

ORDERED that a Certificate of Appealability is DENIED.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

SIGNED at Houston, Texas, this 8TH day of December, 2014.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE